UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BENJAMIN HEETER, *and*

FIREARMS POLICY COALITION, INC.,

            Plaintiffs,

    v.

LETITIA JAMES, in her official capacity as Attorney General of the State of New York,

STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, *and*

MICHAEL J. KEANE, in his official capacity as Acting District Attorney for Erie County, New York,

            Defendants.

**FIREARMS POLICY COALITION, INC.'S CORPORATE DISCLOSURE STATEMENT**

Case No.: 1:24-cv-623

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and General Order No. 157 of the United States District Court for the Western District of New York, plaintiff Firearms Policy Coalition, Inc. ("FPC"), by its attorney Nicolas J. Rotsko, Esq., states that (a) it does not have any parent corporation and has no stock, thus no publicly held corporation could own 10% or more stock in FPC; and (b) there are no shareholders or individuals in leadership positions whose identities might reasonably bear on the Court's decision whether to recuse.

Dated:   McLean, Virginia
        July 1, 2024

FLUET

By: /s/ Nicolas J. Rotsko
Nicolas J. Rotsko, Esq.
**Fluet**
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: 703-590-0366
nrotsko@fluet.law
e-file@fluet.law

*Attorneys for Plaintiffs*