UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BENJAMIN HEETER and FIREARMS POLICY COALITION, INC.,

                        Plaintiffs,

    vs.

STEVEN G. JAMES, LETITIA JAMES and MICHAEL J. KEANE all in their official capacities,

                        Defendants.

Case No. 24-CV-00623-JLS

**NOTICE OF MOTION TO RANDOMLY REASSIGN THIS CASE DISTRICTWIDE**

---

| | |
|---|---|
| MOTION BY: | Superintendent Steven G. James and Attorney General Letitia James, sued in their official capacities. |
| RELIEF SOUGHT: | Declaration that this litigation is unrelated to <u>Christian et al. v. Bruen, et al.</u>, Case No. 22-cv-00695 (W.D.N.Y.), <u>Hardaway et al. v. Bruen, et al.</u>, Case No. 22-cv-00771 (W.D.N.Y.), and <u>Spencer, et al. v. Bruen, et al.</u>, Case No. 22-cv-06486 (W.D.N.Y.) and directing that the case be randomly reassigned pursuant to the Western District of New York's district-wide judicial assignment procedures and in accordance with the Guidance for Civil Case Assignment in District Courts. |
| WHEN RETURNABLE: | To be determined by this Court. |
| WHERE RETURNABLE: | Hon. John L. Sinatra, Jr.<br>United States District Court<br>2 Niagara Square<br>Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Memorandum of Law dated July 16, 2024; and all pleadings, papers and proceedings had herein. |

1

Dated: Buffalo, New York
       July 16, 2024

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendants
                                      BY: /s/ *Ryan L. Belka*
                                              Ryan L. Belka
                                      Assistant Attorney General of Counsel
                                      Main Place Tower, Suite 300A
                                      350 Main Street
                                      Buffalo, NY 14202
                                      (716) 853-8440
                                      Ryan.Belka@ag.ny.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BENJAMIN HEETER and FIREARMS POLICY COALITION, INC.,

                              Plaintiffs,

    vs.

STEVEN G. JAMES, LETITIA JAMES and MICHAEL J. KEANE all in their official capacities,

                              Defendants.

Case No. 24-CV-00623-JLS

---

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2024, I electronically filed the foregoing along with a memorandum of law in support, with exhibits, with the Clerk of the District Court using its CM/ECF system.

Dated:  Buffalo, New York
          July 16, 2024

                                        LETITIA JAMES
                                        Attorney General of the State of New York
                                        Attorney for Defendants
                                        BY: /s/ *Ryan L. Belka*
                                              Ryan L. Belka
                                        Assistant Attorney General of Counsel
                                        Main Place Tower, Suite 300A
                                        350 Main Street
                                        Buffalo, NY 14202
                                        (716) 853-8440
                                        Ryan.Belka@ag.ny.gov