UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BENJAMIN HEETER, and                           **NOTICE OF APPERANCE**
FIREARMS POLICY COALITION, INC.

                                        Plaintiffs,
v.                                                                                     Civil No.: 1:24-cv-00623

LETITA JAMES, in her official capacity as
Attorney General of the State of New York,

STEVEN G. JAMES, in his official capacity as
Superintendent of the New York State Police, and

MICHAEL J. KEANE, in his official capacity as
Acting District Attorney for Erie County, New York,

                                        Defendants.
_____

**PLEASE TAKE NOTICE** that Christopher J. Sasiadek, Esq., Assistant County Attorney appears for Defendant, Michael J. Keane in the above-captioned actions and requests that all notices given or required in this case and all papers served or required to be served be sent to Christopher J. Sasiadek, Esq., Assistant County Attorney, 95 Franklin Street, Room 1634, Buffalo, New York 14202, Christopher.Sasiadek@erie.gov via CM/ECF.

Dated: Buffalo, New York
         August 7, 2024

                                        Respectfully submitted,

                                        JEREMY C. TOTH, ESQ.
                                        Erie County Attorney

                                        By:     /s/Christopher J. Sasiadek
                                        CHRISTOPHER J. SASIADEK, ESQ.
                                        Assistant County Attorney, of Counsel
                                        95 Franklin Street, Room 1634
                                        Buffalo, New York 14202
                                        (716) 858-2226
                                        Email: Christopher.Sasiadek@erie.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2024 I electronically filed the foregoing with the clerk of the United States District Court for the Western District of New York using that Court's CM/ECF electronic filing system, which then electronically notified all counsel of record in this matter.

Dated:  Buffalo, New York
          August 7, 2024

                                      Respectfully submitted,

                                      JEREMY C. TOTH, ESQ.
                                      Erie County Attorney, Attorney for
                                      Defendant, Michael J. Keane

                                      By:    /s/Christopher J. Sasiadek
                                      CHRISTOPHER J. SASIADEK, ESQ.
                                      Assistant County Attorney, of Counsel
                                      95 Franklin Street, Room 1634
                                      Buffalo, New York 14202
                                      (716) 858-2226
                                      Email: Christopher.Sasiadek@erie.gov