UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER and
FIREARMS POLICY COALITION, INC.

           Plaintiff,

v.

STEVEN G. JAMES,
LETITIA JAMES, and
MICHAEL J. KEANE, all in their official capacities

           Defendants.

**NOTICE OF MOTION TO DISMISS**

Civil Action No.:
1:24-cv-623-JLS

**PLEASE TAKE NOTICE**,

| | |
|---|---|
| **OBJECT OF MOTION:** | Motion by Defendant, Michael J. Keane, for an Order and/or Judgment dismissing the Complaint as against him for failure to |
| **DATE, TIME AND PLACE OF HEARING:** | To be scheduled by the Honorable Court. |
| **SUPPORTING PAPERS:** | Memorandum of Law dated August 7, 2024. |
| **GROUNDS FOR RELIEF SOUGHT:** | As to primary relief sought: dismissal of action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. |
| **REPLY PAPERS:** | Defendants anticipate filing and serving reply papers in relation to the within motion. |
| **ORAL ARGUMENT:** | If the Court directs that oral argument of the within motion will be had, this movants' attorney will attend at such time and place as may be directed by the Court. |

DATED:   Buffalo, New York
         August 7, 2024

                                        Yours, etc.
                                        JEREMY C. TOTH, Erie County Attorney
                                        and Attorney for Michael J. Keane

                                        By:  *s/Christopher J. Sasiadek*
                                        Christopher J. Sasiadek, Esq.
                                        Assistant County Attorney, of Counsel
                                        95 Franklin Street, Room 1634
                                        Buffalo, New York, 14202
                                        (716) 858-2200

## CERTIFICATE OF SERVICE

I hereby certify that on Auguat 7, 2024, we electronically filed the foregoing along with a memorandum of law in support with the clerk of District Court using its CM/ECF system.

DATED:  Buffalo, New York
        August 7, 2024

                                        Yours, etc.
                                        JEREMY C. TOTH, Erie County Attorney
                                        and Attorney for Defendants

                                        By:  *s/Christopher J. Sasiadek*
                                        Christopher J. Sasiadek, Esq.
                                        Assistant County Attorney, of Counsel
                                        95 Franklin Street, Room 1634
                                        Buffalo, New York, 14202
                                        (716) 858-2200