UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BENJAMIN HEETER, et al. | **DECLARATION OF NICOLAS J. ROTSKO** |
| Plaintiffs, | |
| v. | Civil Action No.: |
| LETITIA JAMES, et al. | 1:24-cv-00623-JLS |
| Defendants. | |

---

I, Nicolas J. Rotsko, Esq., hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following pursuant to 28 U.S.C. §1746:

1. I am a partner with Fluet & Associates, PLLC, attorneys for Plaintiffs.

2. **Exhibit A** is Governor Hochul's June 6, 2022 press release, "Governor Hochul Signs Landmark Legislative Package to Strengthen Gun Laws and Protect New Yorkers." Also available at: https://www.governor.ny.gov/news/governor-hochul-signs-landmark-legislative-package-strengthen-gun-laws-and-protect-new-yorkers.

3. **Exhibit B** is New York State Attorney General Letitia James' ("AG James") June 23, 2022 press release, "Attorney General James Vows to Protect New Yorkers in Wake of Supreme Court Ruling." Also available at: https://ag.ny.gov/press-release/2022/attorney-general-james-vows-protect-new-yorkers-wake-supreme-court-ruling.

4. **Exhibit C** is AG James' January 26, 2023 press release, "Understanding Recent Changes to New York's Gun Laws." Also available at: https://ag.ny.gov/new-york-gun-laws.

5. **Exhibit D** is AG James' July 2, 2022 press release, "Attorney General James' Statement on New Efforts to Protect Abortion and Strengthen Gun Control." Also available at: https://ag.ny.gov/press-release/2022/attorney-general-james-statement-new-efforts-protect-abortion-and-strengthen-gun.

6. **Exhibit E** is Governor Hochul's June 1, 2022 press release, "Governor Hochul Signs Landmark Legislation to Strengthen Gun Laws and Bolster Restrictions on Concealed Carry Weapons in Response to Reckless Supreme Court Decision." Also available at: https://www.governor.ny.gov/news/governor-hochul-signs-landmark-legislation-strengthen-gun-laws-and-bolster-restrictions.

7. **Exhibit F** is a screenshot of the New York Secretary of State's website "FAQ's" concerning the Body Armor Ban. Also available at: https://dos.ny.gov/body armor#:~:text=Effective%20July%206%2C%202022%2C%20when,of%20body%20armor%20is%20prohibited. (Highlighting added).

8. The State Police's warnings regarding zero tolerance for violations of the CCIA are available on Youtube: "Governor Hochul Delivers a Press Conference on Gun Violence Prevention," August 31, 2022, beginning at 37:40. https://www.youtube.com/watch?v=gC1L2rrztQs.

9. **Exhibits G, H, and I** are recent State Police press releases discussing arrests for violation of the Body Armor Ban. Also available at: https://troopers.ny.gov/news/state-police-arrest-virginia-man-illegally-possessing-multiple-firearms (Ex. G, August 2024); https://troopers.ny.gov/news/new-york-state-police-arrest-hastings-man-illegally-possessed-firearms (Ex. H, August 2024);

- 3 -

https://troopers.ny.gov/news/niagara-falls-man-arrested-multiple-ghost-guns (Ex. I, June 2024).

10. **Exhibit J** contains the pattern jury instructions for Penal Law § 270.21 (unlawful possession of body armor).  Also available at: https://nycourts.gov/judges/cji/2-PenalLaw/270/270.21.pdf.

11. **Exhibit K** contains the pattern jury instructions for Penal Law § 270.22 (unlawful sale of body armor).  Also available at: https://nycourts.gov/judges/cji/2-PenalLaw/270/270.22.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: September 27, 2024

_____
Nicolas J. Rotsko, Esq.