UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**BENJAMIN HEETER, FIREARMS POLICY COALITION, INC., MARK BRAIMAN, and JOSEPH WURTENBERG,**

                Plaintiffs,

vs.

**LETITA JAMES, in her official capacity as Attorney General of the State of New York, STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, MICHAEL J. KEANE, in his official capacity as Actin District Attorney for Erie County, New York, WILLIAM G. GABOR, in his official capacity as District Attorney for Madison County, New York, and, SANDRA DOORLEY, in her official capacity as District Attorney for Monroe County, New York,**

                Defendants.

Case No. 24-CV-00623-JLS

---

## PROPOSED EXTENSION OF THE CASE MANAGEMENT ORDER

The current case management Order [ECF No. 54] sets the following deadlines:

| | |
|---|---|
| Motions to Compel Discovery: | April 18, 2025 |
| Fact Discovery Completed: | May 2, 2025 |
| Plaintiff Expert Witness ID: | May 16, 2025 |
| Defendant Expert Witness ID: | June 20, 2025 |
| Expert Depositions: | December 31, 2025 |
| Dispositive Motions: | February 27, 2026 |

The parties propose the following deadlines, an extension of two weeks or 14 days on all deadlines:

| | |
|---|---|
| Motions to Compel Discovery: | May 2, 2025 |
| Fact Discovery Completed: | May 16, 2025 |
| Plaintiff Expert Witness ID: | May 30, 2025 |

| | |
|---|---|
| Defendant Expert Witness ID: | July 4, 2025 |
| Expert Depositions: | January 14, 2026 |
| Dispositive Motions: | March 13, 2026 |

The State Defendants had noticed the individual Plaintiffs' depositions for early April 2025. Due to scheduling, Plaintiffs asked for those depositions to be rescheduled to take place on April 24th and 25th 2025. The parties agreed to move the deadlines and apply to the court, jointly, for an extension of all CMO deadlines by two weeks.[1] As such, the parties request that the court amend the Case Management Order, as reflected above, to accommodate the agreement of the parties. The remaining parties have no objection to this joint motion and would not be prejudiced by the entry of such an Order.

Dated: Buffalo, New York
April 18, 2025

LETITIA JAMES
Attorney General of the State of New York
Attorney for State Defendants
BY:
*s/ Ryan L. Belka*
RYAN L. BELKA
Assistant Attorney General,
    of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202
(716) 853-8440
Ryan.Belka@ag.ny.gov

---

[1] As of the filing of this document, State Defendants do not have *written* confirmation of Plaintiffs consent to jointly move on these specific papers. The filed Motion was circulated yesterday memorializing a prior oral agreement. While originally styled as a Joint Motion, as a matter of prudence, State Defendants have removed Plaintiffs counsel's signature block from these documents. However, as noted above, the requested enlargement of all deadlines is in line with the parties agreement and State Defendants ask the court to amend the Case Management Order in accordance with this filing.