UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN HEETER, et al. | **STIPULATION OF PARTIAL DISMISSAL** |
| Plaintiffs, | |
| v. | Civil Action No.: |
| LETITIA JAMES, et al. | 1:24-cv-00623-JLS-HKS |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that:

1. Plaintiff Mark Braiman hereby voluntarily dismisses his claims in the above-captioned action without prejudice as against all Defendants;

2. Plaintiffs Benjamin Heeter, Joseph Wurtenberg, and Firearms Policy Coalition, Inc. hereby voluntarily dismiss their claims in the above-captioned action without prejudice, as against Defendant William G. Gabor only; and

3. Defendant William G. Gabor is therefore dismissed from the action altogether.

Dated: June 2, 2025
McLean, Virginia

| | |
|---|---|
| */s/ Nicolas J. Rotsko*<br>Nicolas J. Rotsko, Esq.<br>FLUET<br>Attorneys for Plaintiffs<br>1751 Pinnacle Drive, Suite 1000<br>Tysons, Virginia 22102<br>Tel: 703.590.1234<br>nrotsko@fluet.law | */s/ Ryan Belka*<br>Ryan Lane Belka<br>NYS Attorney General's Office<br>Attorney for Defendants Letitia James and Steven James<br>Main Place Tower, Suite 300A<br>350 Main Street<br>Buffalo, NY 14202<br>716.853.8440<br>Ryan.Belka@ag.ny.gov |
| */s/ Christopher J. Sasiadek*<br>Christopher J. Sasiadek<br>Erie County Law Department<br>Attorney for Defendant Michael Keane<br>95 Franklin Street<br>Room 1634<br>Buffalo, NY 14202<br>716-858-2208<br>christopher.sasiadek@erie.gov | */s/ James P. Youngs*<br>James P. Youngs<br>Erica L. Masler<br>Hancock Estabrook, LLP<br>Attorneys for Defendant Willam Gabor<br>1800 AXA Tower 1<br>100 Madison Street<br>Syracuse, NY 13202<br>315-565-4500<br>jyoungs@hancocklaw.com<br>emasler@hancocklaw.com |
| */s/ Robert Shoemaker*<br>Robert John Shoemaker<br>Monroe County Law Department<br>Attorney for Defendant Sandra Doorley<br>39 West Main Street<br>Room 307<br>Rochester, NY 14614<br>585-753-1472<br>boshoemaker@monroecounty.gov | |