UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**BENJAMIN HEETER, FIREARMS POLICY COALITION, INC., and JOSEPH WURTENBERG,**

                Plaintiffs,

vs.

**LETITA JAMES**, in her official capacity as Attorney General of the State of New York, **STEVEN G. JAMES**, in his official capacity as Superintendent of the New York State Police, **MICHAEL J. KEANE**, in his official capacity as Acting District Attorney for Erie County, New York, **WILLIAM G. GABOR**, in his official capacity as District Attorney for Madison County, New York, and, **SANDRA DOORLEY**, in her official capacity as District Attorney for Monroe County, New York,

                Defendants.

Case No. 24-CV-00623-JLS

---

### STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' EXPERT DISCLOSURE

IT IS HEREBY STIPULATED, by and between the undersigned, that the time for Defendants' Expert Disclosure is enlarged from August 18, 2025 up to and including **September 1, 2025**. *See* [ECF No. 58]  All remaining deadlines in the text Order dated May 2, 2025 [ECF No. 58] are to stay the same.

Dated: August 15, 2025

| | |
|---|---|
| /s/ Nicolas J. Rotsko, Esq. | /s/ Ryan L. Belka, Esq. |
| Nicolas J. Rotsko, Esq. | Ryan L. Belka, Esq. Assistant Attorney General |
| **FLUET** | **OFFICE OF THE ATTORNEY GENERAL** |
| *Attorneys for Plaintiffs* | *Attorney for Defendants Letitia James and Stephen G. James* |
| 1751 Pinnacle Drive, Suite 1000 | Buffalo Regional Office |
| Tysons, Virginia 22102 | Main Place Tower, Suite 300A 350 Main Street |
| Tel: 703.590.1234 | Buffalo, New York 14202 Tel: 716.853.8440 |

**SO ORDERED:**

Dated:

_____
Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BENJAMIN HEETER, FIREARMS POLICY COALITION, INC., and JOSEPH WURTENBERG,**<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>**LETITA JAMES, in her official capacity as Attorney General of the State of New York, STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, MICHAEL J. KEANE, in his official capacity as Acting District Attorney for Erie County, New York, WILLIAM G. GABOR, in his official capacity as District Attorney for Madison County, New York, and, SANDRA DOORLEY, in her official capacity as District Attorney for Monroe County, New York,**<br><br>　　　　　　　　　Defendants. | Case No. 24-CV-00623-JLS |

## CERTIFICATE OF SERVICE

　　　I hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system.

DATED:　　August 15, 2025
　　　　　　Buffalo, New York

LETITA JAMES
Attorney General of the
State of New York
Attorney for State Defendants
BY:
*s/ Ryan L. Belka*
RYAN L. BELKA
Assistant Attorney General,
　　of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202
(716) 853-8440
Ryan.Belka@ag.ny.gov