UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BENJAMIN HEETER, JOSEPH WURTENBERG, and
FIREARMS POLICY COALITION, INC.,

                  Plaintiffs,

        -against-                          Case No. 24 Civ. 623 (JLS) (HKS)

LETITIA JAMES, in her official capacity as Attorney      **NOTICE OF APPEARANCE**
General of the State of New York; STEVEN G. JAMES,
in his official capacity as Superintendent of the New
York State Police; MICHAEL J. KEANE, in his official
capacity as Acting District Attorney for Erie County,
New York, and SANDRA DOORLEY, in her official
capacity as District Attorney for Monroe County, New
York,

                  Defendants.
-------------------------------------------------------------------X

       PLEASE TAKE NOTICE that JAMES M. THOMPSON, Special Counsel for Second

Amendment Litigation in the Office of LETITIA JAMES, Attorney General of the State of New

York, certifies that he is admitted to practice before this Court and hereby appears as counsel of

record for Defendants LETITIA JAMES and STEVEN G. JAMES, in their official capacities, in

the above-referenced action.

Dated:   New York, New York
           September 19, 2025

                                LETITIA JAMES
                                Attorney General of the State of New York

                                By:  _____
                                   James M. Thompson
                                   Special Counsel
                                   28 Liberty Street
                                   New York, New York 10005
                                   (212) 416-6556
                                   james.thompson@ag.ny.gov