UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Benjamin Heeter et al.,<br><br>                    Plaintiffs,<br>v.<br><br>Letitia James et al.,<br><br>                    Defendants. | Case No. 1:24-cv-00623-JLS-HKS<br><br>**NOTICE OF WITHDRAWAL** |

Robert John Shoemaker, Esq., a duly licensed attorney, declares and affirms as true and correct under penalty of perjury under 28 U.S.C. § 1746 as follows:

1.      I am a Deputy County Attorney for the County of Monroe and appear as counsel for Defendant Sandra Doorley. I am submitting this Notice of Withdrawal on behalf of Defendant, which concerns Zachary Nelson, Esq., and request that he be removed as counsel of record for Defendants.

2.      In accordance with Local Rule 83.2(c)(3), I affirm that Zachary Nelson, Esq., who previously appeared in this action on behalf of Defendant, is no longer affiliated with the Monroe County Department of Law; should be removed from the docket as counsel of record for Defendant; and, that I remain counsel of record for Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on** _____

_____
Robert J. Shoemaker, Esq.
Deputy County Attorney
307 County Office Building, 39 W. Main Street Rochester, New York 14614
585.753.1472
boshoemaker@monroecounty.gov

To: Counsel of Record, *by ECF*