

(703) 590-1234 Tel         1751 Pinnacle Drive, Suite 1000
(703) 590-0366 Fax         Tysons, VA 22102
                           www.fluet.law

**VIA CM/ECF**                                                    February 26, 2026

Honorable John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

       **Re:**    *Heeter et al. v. James et al.* **| Case No. 1:24-cv-623-JLS:**
                **Joint Letter re Dispositive Motion Briefing.**

Dear Judge Sinatra:

We represent the Plaintiffs in this matter, and submit this letter jointly with Ryan Belka, Esq. and James M. Thompson, Esq. of the N.Y.S. Attorney General's office (counsel for Attorney General Letitia James and Superintendent of the State Police Steven James), Christopher Sasiadek, Esq., Erie County Law Department (counsel for Acting Erie County District Attorney Michael J. Keane), and Adam M. Clark, Esq., Monroe County Law Department (counsel for Monroe County District Attorney Sandra Doorley).

Magistrate Judge Schroeder issued a Text Order (Dkt. No. 58) setting April 27, 2026 as the deadline for dispositive motions.  The parties have conferred and developed the briefing schedule below to accord with this deadline.  The parties wish to update the Court about the briefing schedule, and draw the Court's attention to the 30-day reply periods they have agreed to afford each other, which exceed the default timeline under the Local Rules and FRCP.

Briefing Schedule for the parties cross-motions for summary judgment:

**March 27, 2026**:          Plaintiffs to file motion for summary judgment.

**April 27, 2026**:           Defendants to file cross-motion for summary judgment, and opposition to Plaintiffs' motion.

**May 29, 2026**:            Plaintiffs to file reply in further support of motion, and opposition to Defendants' cross-motion.

**June 29, 2026**:           Defendants to file reply in further support of cross-motion.



(703) 590-1234 Tel
(703) 590-0366 Fax

1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
www.fluet.law

Should the Court wish to discuss the briefing schedule further, the parties remain available for a status conference.

Respectfully submitted,

Nicolas J. Rotsko, Esq.
**Fluet**
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
nrotsko@fluet.law
e-file@fluet.law

cc: Counsel of record via CMECF