**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN HEETER, *et al.* *Plaintiffs,*<br><br>v.<br><br>LETITIA JAMES, et al.,<br><br>*Defendants.* | **NOTICE OF APPEARANCE**<br><br>Case No. 24-cv-00623 |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please add my appearance as counsel of record in this case for Defendant Sandra Doorley. I certify that I am admitted to practice in this Court.

**Matthew Schwartz, Monroe County Attorney**
*Attorney for County Defendant*

**Executed on February 27, 2026**

**Adam M. Clark, Esq. of Counsel**
Deputy County Attorney
307 County Office Building
39 West Main Street, Rochester, New York 14614
Telephone: 585.753.1374
adamclark@monroecounty.gov

To:   Counsel of record, *by ECF*