UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER, et al.,

Plaintiffs,

v.

LETITIA JAMES, et al.,

Defendants.

Civil Action No.:

1:24-cv-00623-JLS

**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Benjamin Heeter, Joseph Wurtenberg, and Firearms Policy Coalition, Inc., respectfully move this Court, upon the Plaintiffs' Statement of Undisputed Material Fact, dated March 27, 2024, Appendix of Exhibits thereto, Declaration of Nicolas J. Rotsko, dated March 27, 2026, with exhibits, the accompanying memorandum of law, and all the papers and proceedings herein, to enter an Order granting summary judgment under F.R.C. P. Rule 56 in their favor on the First Amended Complaint, granting the relief requested therein, declaring New York's Body Armor Ban unlawful, permanently enjoining Defendants from enforcing New York's Body Armor Ban, and all related regulations, policies, and/or customs designed to enforce or implement the same, and awarding Attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

Respectfully Submitted,

Dated: McLean, Virginia
March 27, 2026

FLUET

By: */s/ Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.

1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
nrotsko@fluet.law
*Attorney for Plaintiffs*