**PLAINTIFFS' APPENDIX EXHIBIT INDEX**

| Exhibit | Document |
|---|---|
| A. | Governor Hochul's June 6, 2022 press release, "Governor Hochul Signs Landmark Legislative Package to Strengthen Gun Laws and Protect New Yorkers." Also available at: https://www.governor.ny.gov/news/governor-hochul-signslandmark-legislative-package-strengthen-gun-laws-and-protect-new-yorkers |
| B. | New York State Attorney General Letitia James' ("AG James") June 23, 2022 press release, "Attorney General James Vows to Protect New Yorkers in Wake of Supreme Court Ruling." Also available at: https://ag.ny.gov/pressrelease/2022/attorney-general-james-vows-protect-new-yorkers-wake-supreme-court-ruling |
| C. | AG James' January 26, 2023 press release, "Understanding Recent Changes to New York's Gun Laws." Also available at: https://ag.ny.gov/new-york-gun-laws |
| D. | AG James' July 2, 2022 press release, "Attorney General James' Statement on New Efforts to Protect Abortion and Strengthen Gun Control." Also available at: https://ag.ny.gov/press-release/2022/attorney-general-james-statement-newefforts-protect-abortion-and-strengthen-gun |
| E. | Governor Hochul's June 1, 2022 press release, "Governor Hochul Signs Landmark Legislation to Strengthen Gun Laws and Bolster Restrictions on Concealed Carry Weapons in Response to Reckless Supreme Court Decision." Also available at: https://www.governor.ny.gov/news/governor-hochul-signs-landmarklegislation-strengthen-gun-laws-and-bolster-restrictions |
| F. | Screenshot of the New York Secretary of State's website "FAQ's" concerning the Body Armor Ban. Also available at: https://dos.ny.gov/bodyarmor#:~:text=Effective%20July%206%2C%202022%2C%20when,of%20body%20armor%20is%20prohibited (Highlighting added). |
| G. | Recent State Police press release discussing arrests for violation of the Body Armor Ban. Also available at: https://troopers.ny.gov/news/state-police-arrest-virginia-man-illegally-possessing-multiplefirearms (August 2024) |
| H. | Recent State Police press release discussing arrests for violation of the Body Armor Ban. Also available at: https://troopers.ny.gov/news/new-york-state-police-arresthastings-man-illegally-possessed-firearms (August 2024) |
| I. | Recent State Police press release discussing arrests for violation of the Body Armor Ban. Also available at: https://troopers.ny.gov/news/niagara-falls-man-arrested-multiple-ghost-guns (June 2024). |
| J. | Pattern jury instructions for Penal Law § 270.21 (unlawful possession of body armor). Also available at: https://nycourts.gov/judges/cji/2-PenalLaw/270/270.21.pdf |
| K. | Pattern jury instructions for Penal Law § 270.22 (unlawful sale of body armor). Also available at: https://nycourts.gov/judges/cji/2-PenalLaw/270/270.22.pdf |
| L. | Declaration of Brandon Combs, dated September 27, 2024 |

1

| Exhibit | Document |
|---|---|
| **M.** | Declaration of Benjamin Heeter, dated September 27, 2024 |
| **N.** | Declaration of Joseph Wurtenberg, dated September 27, 2024 |
| **O.** | List of manufacturers that sell body armor to the civilian marketplace |

2