# Exhibit A

NEW YORK STATE An official website of New York State Here's how you know






Gun Violence Prevention (/keywords/gun-violence-prevention) Legislation (/keywords/legislation)

Public Safety (/keywords/public-safety)

JUNE 6, 2022 | Albany, NY

# Governor Hochul Signs Landmark Legislative Package to Strengthen Gun Laws and Protect New Yorkers

Comprehensive Ten-Bill Package Closes Critical Gun Law Loopholes Exposed in Tragic Shootings in Buffalo and Uvalde

Legislation S.9458/A.10503 Bars Purchase of Semiautomatic Rifles by Anyone Under Age 21 by Requiring a License

Legislation S.9407-B/A.10497 Prohibits Purchase of Body Armor with Exception of Those in Specified Professions

Legislation S.9113-A./A.10502 Expands List of People Who Can File Extreme Risk Protection Orders and Requires Law Enforcement to File ERPOs Under Specified Set of Circumstances

Package Also Strengthens Crime Reporting; Closes "Other Gun" Loophole; Requires Microstamping of New Semiautomatic Pistols; Eliminates Grandfathering of High-Capacity Feeding Devices; Requires Social Media Companies to Improve Response to and Reporting of Hateful Content

---

Governor Kathy Hochul today signed a landmark legislative package to immediately strengthen the state's gun laws, close critical loopholes exposed by shooters in Buffalo and Uvalde and protect New Yorkers from the scourge of gun violence that continues to infect our nation and endanger our communities. Governor Hochul signed the bills at the Northeast Bronx YMCA flanked by Majority Leader Andrea Stewart-Cousins, Speaker Carl Heastie, partners in the legislature, Attorney General Letitia James and victims and survivors of gun violence.

"Gun violence is an epidemic that is tearing our country apart. Thoughts and prayers won't fix this, but taking strong action will," **Governor Hochul said.** "In New York, we're taking bold steps to protect the people of our state. I am proud to sign a comprehensive bill package that prohibits the sale of semiautomatic weapons to people under 21, bans body armor sales outside of people in select professions, closes critical gun law loopholes and strengthens our Red Flag Law to keep guns away from dangerous people—new measures that I believe will save lives. I am thankful to Majority Leader Stewart-Cousins, Speaker Heastie, and all our legislative partners for acting with the urgency and thoughtfulness that this issue demands. While we are taking expedient action to enhance New York State's nation-leading gun laws, we recognize that gun violence is a nationwide problem. I once again urge Congress to follow our lead and take immediate action to pass meaningful gun violence prevention measures. Lives depend on it."

"There is a scourge of gun violence in our country due to the pervasiveness of illegal firearms. Year after year, our neighborhoods are flooded with illegal guns and ghost guns, tormenting families and law-abiding citizens every day, but yet the national response does not change," **Lieutenant Governor Antonio Delgado said.** "In New York, we just passed common-sense gun safety legislation and more kids will live to see their high school graduation because of it. In the fight to save lives, New York is leading the way."

https://www.youtube.com/embed/SNrci_ey8L4

AUDIO PHOTOS

**Majority Leader Andrea Stewart-Cousins said,** "Our nation has been brought to a moment of reckoning due to weapons of war that have been too easily accessed by those seeking to kill. These weapons have made places in our communities like schools, grocery stores, houses of worship, and concerts, places of carnage. In these devastating times in New York and across the nation, we have worked with Governor Hochul, Speaker Heastie, and members of the Democratic Legislature to step up and send a message that this path of gun violence is unacceptable and we need real change."

**Assembly Speaker Carl Heastie said,** "My colleagues and I in the Assembly Majority have worked tirelessly for years to address the scourge of gun violence that has plagued this country for far too long. In just 10 days, two horrific shootings took the lives of 31 innocent people in Uvalde, Texas and right here in Buffalo, New York - including children - in places where they should have felt safe. Together with our colleagues in the Senate and Governor Hochul, we have worked to make New York's gun laws some of the toughest in the country because we believe that every American deserves to feel safe. I am proud of our efforts here in New York, but this country needs to have a serious conversation about its obscene fascination with guns and assault weapons so that every American can live without the fear of gun violence devastating their communities."

**Assembly Majority Leader Crystal Peoples-Stokes said,** “New York is taking decisive action to protect children and families from mass violence and domestic terrorism. Our moral imperative is to act because no one should live in fear while grocery shopping, attending school, or worshiping. We are protecting the rights of law-abiding citizens and reducing opportunities for radicalization through online platforms and social media outlets. Furthermore, we have: strengthened early warning systems; expanded access to extreme risk protective orders; closed loopholes for combat equipment and military-grade weapons, and made the prosecution of mass violence more effective. I'd like to thank the Speaker, my colleagues for pushing and supporting this legislation and Governor Hochul for signing it into Law.”

**New York Attorney General Letitia James said,** "Today, New York is taking swift, comprehensive action to combat the gun violence epidemic that continues to take the lives of innocent Americans each and every day. Across the

nation, loopholes, lax laws, and the inaction of public officials allow guns to proliferate in our streets and devastate our communities. With this new package of gun laws, New York will continue to lead in imposing reasonable gun laws that keep our people safe, and I urge other states to follow suit. The time for thoughts and prayers alone has long passed — now is the time for action."

Signed into law less than one month after the tragic white supremacist act of terror at a Buffalo supermarket, this comprehensive ten-bill package will: ban the sale of semiautomatic rifles to anyone under 21 by requiring a license; prohibit the purchase of body armor by anyone not engaged in an eligible profession; strengthen the Red Flag Law by expanding the list of people who can file for Extreme Risk Protection Orders (ERPOs) and requiring law enforcement to file ERPOs under a very specified set of circumstances; make threatening mass harm a crime; require microstamping for new semiautomatic handguns; enhance information sharing between state, local and federal agencies when guns are used in crimes and strengthen requirements for gun dealers related to record-keeping and safeguarding their inventory; close the "other gun" loophole by revising and widening the definition of a firearm; eliminate the grandfathering of large capacity feeding devices; and require social media platforms to provide a mechanism for users to report hateful conduct.

**Raising the Age to Purchase Semiautomatic Rifles**

Legislation S.9458/A.10503 requires individuals to obtain a license prior to purchasing a semiautomatic rifle. Under preexisting New York State law, individuals must be 21 years or older to acquire a gun license.

**Banning Body Armor**

Legislation S.9407-B/A.10497 makes it illegal to purchase and sell body vests for anyone who is not engaged in an eligible profession. Eligible professions include law enforcement officers and other professions, which will be designated by the Department of State in consultation with other agencies. It also requires that all body vest sales are completed in-person.

**Strengthening the Red Flag Law**

Legislation S.9113-A/A.10502 expands who may file an Extreme Risk Protection Order (ERPO) petition to include health care practitioners who have examined an individual within the last six months.

It amends the firearm licensing statute to ensure that mental health practitioners' reports on potentially harmful individuals are considered closely when determining whether to issue a firearm license.

It also requires police and district attorneys to file ERPO petitions when they have acquired credible information that an individual is likely to engage in conduct that would result in serious harm—either to themselves or others.

It requires State Police and the Municipal Police Training Council to create and disseminate policies and procedures to identify when an ERPO petition may be warranted.

**Microstamping**

Legislation S.4116-A/A.7926-A requires the Division of Criminal Justice Services to certify or decline to certify that microstamping-enabled pistols are technologically viable and if certified as viable, to establish programs and processes for the implementation of such technology; and establishes the crime of the unlawful sale of a non-microstamping-enabled firearm.

Microstamping is an innovative ammunition-marking technique that marks bullets and cartridge cases with a unique fingerprint each time a firearm is discharged. This allows investigators to link bullets and casings recovered at crime scenes to a specific gun and potentially other crimes.

**Closing Loopholes**

Legislation S.9456/A.10504 expands the definition of a "firearm" to include any weapon not defined in the Penal Law that is designed or may readily be converted to expel a projectile by action of an explosive. This is intended to capture firearms that have been modified to be shot from an arm brace, which are evading our current definitions of firearms and rifles.

Legislation S.9229-A/A.10428-A eliminates the grandfathering of large capacity ammunition feeding devices that were lawfully possessed prior to the enactment of the Safe Act or manufactured prior to 1994.

Legislation S.89-B/A.6716-A creates the crimes of making a threat of mass harm and aggravated making a threat of mass harm.

**Enhancing Information Sharing**

Legislation S.4970-A/A.1023-A requires enhanced reporting by law enforcement to the state and federal gun databases. Agencies must report seized or recovered guns to the criminal gun clearinghouse; participate in the ATF's collective data sharing program; and enter the make, model, caliber, and serial number of the gun into the national crime information center.

The law also requires gun dealers to enact uniform security and reporting standards. It prohibits those under 18 and not accompanied by a parent from entering certain locations of a gun dealer's premises and requires training for all employees on conducting firearm, rifle, and shotgun transfers, including identification of and response to illegal purchases. It also requires State Police to conduct inspections of gun dealers every three years.

**Improving Response and Reporting of Hateful and Threatening Social Media Content**

Legislation S.4511-A/A.7865-A requires social media networks in New York to provide a clear and concise policy regarding how they would respond to incidents of hateful conduct on their platform and maintain easily accessible mechanisms for reporting hateful conduct on those platforms

Legislation S.9465/A.10501 creates a new Task Force on Social Media and Violent Extremism. Housed in the Office of the Attorney General, the Task Force will study and investigate the role of social media companies in promoting and facilitating violent extremism and domestic terrorism online.

This robust set of new laws, designed to provide immediate enhanced protections and developed and approved in partnership with Majority Leader Andrea Stewart-Cousins and Speaker Carl Heastie, builds on two Executive Orders issued in the immediate wake of the Buffalo shooting.

> ***"I am proud to sign a comprehensive bill package that prohibits the sale of semiautomatic weapons to people under 21, bans body armor sales outside of people in select professions, closes critical gun law loopholes and strengthens our Red Flag Law to keep guns away from dangerous people—new measures that I believe will save lives."***

The first Executive Order is designed to fight the troubling surge in domestic terrorism and violent extremism frequently inspired by, planned on and posted about on social media platforms and internet forums. The Executive Order calls on the Division of Homeland Security and Emergency Services to establish a new unit, dedicated solely to the prevention of domestic terrorism, within the Division's Office of Counter Terrorism. This new unit will focus on threat assessment management, disbursing funding to localities to create and operate their own threat assessment management teams and utilizing social media to intervene in the radicalization process. It will also educate law enforcement members, mental health professionals and school officials on the recent uptick in domestic and homegrown violent extremism and radicalization, as well as create best practices for identifying and intervening in the radicalization process.

The Executive Order also calls on New York State Police to establish a dedicated unit within the New York State Intelligence Center (NYSIC) to track domestic violent extremism through social media. The unit will develop investigative leads through social media analysis, with a specific focus on identifying possible threats and individuals motivated by radicalization and violent extremism. Finally, the Executive Order calls on every county to perform an exhaustive review of its current strategies, policies and procedures for confronting threats of domestic terrorism.

The second Executive Order will require State Police to file for an Extreme Risk Protection Order (ERPO) under New York State's Red Flag Law whenever they have probable cause to believe that an individual is a threat to themselves or others.

Governor Hochul also issued a referral to the Office of the Attorney General under Executive Law Section 63(8) to investigate and study the social media platforms that were utilized by the Buffalo shooting suspect to broadcast, promote, and facilitate violence, espouse hate, and legitimize replacement theory. Findings from the investigation will be used to enhance and build on New York State's strategy for combatting hate and violent extremism.

**Division of Criminal Justice Services Commissioner Rossana Rosado said,** "The horrific mass shooting in Buffalo changed New York. It tore apart a community and revealed our vulnerability to hate-fueled extremism. As we listen to the voices most impacted and support their healing, we also must act to make sure this never happens again. Through the bills that Governor Hochul is signing into law today, New York is confronting the deadly intersection of hate, extremism, and gun violence. We thank the Governor for her leadership to protect New Yorkers and look forward to working with our state and local partners to implement these laws, building upon our nation-leading gun violence prevention policies and programs."

**New York State Health Commissioner Dr. Mary Bassett said,** "Recent events demonstrate once again the need to take a legal and policy approach to address the gun violence that plagues our communities and costs lives every day. Prevention is the core of a public health approach. I applaud the Governor for her leadership in signing into law a host of bills that are an example to the nation and will make New Yorkers safer and save lives. This is public health in action."

**State Police Superintendent Kevin P. Bruen said,** "Getting illegal guns off our streets remains a top priority and we continue to partner with other local, state, and federal law enforcement agencies to share information, strategies, and tactics. We appreciate the commitment and support of the Governor and the Legislature for this work and our shared goal of providing for the safety and security of all New Yorkers."

**New York State Office of Gun Violence Prevention Director Calliana S. Thomas said,** "I thank Governor Hochul and our legislative partners for this comprehensive ten-bill package that will strengthen and close critical loopholes in gun laws. We will continue to take a multifaceted approach to building solutions to prevent gun

violence statewide - spanning public health, policy, and community-based approaches - and we urge those outside of New York State to act with the same level of urgency in order to address gun violence as the nationwide issue it is."

**Division of Homeland Security and Emergency Services Commissioner Jackie Bray said**, "Today, New York State under Governor Hochul's leadership has taken swift and decisive action to strengthen our gun laws and increase the safety and security of our fellow New Yorkers. Keeping New Yorkers safe means making sure we are doing absolutely everything within our power to keep weapons of war out of the wrong hands. Governor Hochul is doing just that."

**Division of Human Rights Commissioner Maria Imperial said,** "Hate speech left unchecked can have tragic and deadly consequences. These measures are an important step towards combatting hate-based violence and I applaud Governor Hochul for her leadership in meeting this crisis head on."

**Office of Victim Services Director Elizabeth Cronin said,** "Victim advocates see the devastating effects of gun violence every day, working tirelessly to ensure that individuals and families get the support and services they need to recover and move forward. This work is incredibly important, but we need to do more than just respond to this epidemic. I thank Governor Hochul for taking decisive action to strengthen protections for all New Yorkers."

**State Senator Jamaal Bailey said,** "We cannot wait for the next Buffalo or Uvalde to act. With this package of legislation, New York is leading the country in strengthening our gun laws to meaningfully address the scourge of gun violence. My bill will establish a dedicated task force within the New York Attorney General's Office to investigate social media's role in promoting violent extremism and the use of social media platforms to plan and facilitate acts of domestic terrorism. Together with my colleagues' bills to require a permit and raise the age to purchase a semiautomatic rifle, strengthen background checks for gun and ammunition sales, and improve the reporting of hateful social media, this legislative package will save lives and prevent future tragedies. Thank you Governor Kathy Hochul for signing into law the most robust package of bills to tackle gun violence in our state's history, Majority Leader Andrea Stewart-Cousins, Speaker Carl Heastie, and my colleagues in both houses for your leadership in this moment of crisis."

**State Senator Brad Hoylman said,** "We must do everything in our power to prevent gun violence in New York. We honor the memories of the 10 lives lost in Buffalo at the hands of a white supremacist, the 19 children in Texas, and the hundreds of New Yorkers that die from gun violence every year with this package of gun safety bills. I'm honored and humbled to have sponsored two bills being signed by Governor Hochul today, including the new microstamping law (S.4116A/A.7926) and the bill making it easier prosecute cases where a large capacity magazine was used (S.9229A/A.10428A). My sincerest gratitude goes to to Governor Hochul for championing and expeditiously signing these bills, Senate Majority Leader Andrea Stewart-Cousins for prioritizing gun safety, and the advocates and anti-gun violence organizations with whom we work closely including, New Yorkers Against Gun Violence, Everytown, Moms Demand Action, Brady, Giffords and the Coalition to Stop Gun Violence."

**State Senator Todd Kaminsky said,** "Those who threaten to inflict mass harm on the public must be held accountable. Courts in our state have blocked prosecutions of those who make serious threats against our schools, synagogues and businesses so it was necessary to close this loophole. By signing this legislation, we are empowering law enforcement to prosecute those who make such threats to the fullest extent of the law. Our children's and our neighbors' safety demand nothing less. Thank you to Governor Hochul and Assemblymember Wallace for their work on this."

**State Senator Anna M. Kaplan said**, "The racist domestic terrorist who murdered 10 innocent Black New Yorkers in a Buffalo supermarket was radicalized online in an environment where hate speech is encouraged and where there are few options for people of good conscience to sound the alarm about what's going on there. We all know the expression "if you see something, say something," but unfortunately, many social media platforms make it

impossible to speak out when you see something dangerous or harmful online. My legislation will empower social media users to keep virtual spaces safer for all by providing clear and consistent reporting mechanisms to flag hate speech, and with the devastating consequences of hate all around us getting worse by the day, we need to take this action right away. I'm grateful for Governor Hochul's leadership in signing this legislation along with the entire gun safety package we passed last week, and I'm thankful for my partnership with Assemblywoman Patricia Fahy on this bill."

**State Senator Brian Kavanagh said,** "We will never fully rid our country of atrocities like the horrific shootings in Buffalo and Uvalde — or the day-to-day gun violence that plagues so many of our communities — until the gun industry and their allies in Congress and in many states act responsibly and stop blocking laws that would stop the violence. But our actions over the last decade, and the laws Governor Kathy Hochul is signing today, demonstrate that we are willing and able to protect New Yorkers from the scourge of gun violence. I thank Governor Hochul, Majority Leader Andrea Stewart-Cousins, and Speaker Carl Heastie for their leadership, our colleagues in the executive chamber and the legislature, and the many advocates, survivors, law enforcement professionals, and gun violence prevention experts who have helped shape our understanding of what needs to be done."

**State Senator Tim Kennedy said,** "While Washington continues to fail to act, New York is stepping up to the plate," said Senator Tim Kennedy. "One of the City of Buffalo's darkest days is leading to change, and we are giving voice to those that we lost by effecting real and substantive reforms that will help to prevent future tragedies and save lives. While our work is far from over, I'm proud that the Legislature was able to swiftly come together on this issue, and I thank Governor Hochul for her leadership and for signing these bills into law."

**State Senator Sean Ryan said,** "As the Buffalo community continues to mourn, dozens of other communities like ours have lost innocent lives to mass shootings. It has long been clear that our country needs to take bold action to prevent these attacks, confront white supremacy and hateful ideology, and do everything possible to save lives. While we wait for the federal government to act, it is up to individual states to do our part. Here in New York, we looked closely at what happened in Buffalo and Uvalde, Texas to develop commonsense reforms that will make a difference and help prevent tragedies like these from happening in the future."

**State Senator Luis Sepúlveda said,** "I am honored Governor Kathy Hochul has signed into law my bill S9456, which changes the definition of firearms to include "Ghost Guns". Ghost Guns are, unequivocally, a big component of the increasing gun violence that is plaguing our communities. This law is a transcendental step in our fight to ensure public safety. Governor Hochul has chosen the Bronx as the scenario to send a clear message to the entire State and the rest of the Nation: we will not stand idly by without acting for the peace and tranquility of our communities. Today, we are giving hope to millions of people and proving that it is possible to come together to give our communities the tools they need and the protection they deserve to live in peace."

**State Senator James Skoufis said,** "Our gun safety package sends a clarion message in the wake of Buffalo, Uvalde, and countless other violent tragedies: New York will do what's needed to keep our communities safe. The 'red flag' expansion bill that I sponsored allows health and mental healthcare professionals to file for extreme risk protection orders to help keep firearms out of the hands of dangerous individuals. I applaud the Governor for signing this and other key measures to protect our families and communities."

**State Senator Kevin Thomas said,** "As the federal government sits idly, New York State is once again stepping up and taking action to protect our residents from gun violence. The tragedies in Buffalo and Uvalde have shown there is a correlation between mass shootings and young people having unfettered access to semiautomatic weapons. I am proud to have been the primary sponsor of S.9458, which would effectively raise the age to purchase semi-automatic rifles from 18 to 21. New York continues to be a leader in implementing tough common sense gun laws. I thank Governor Hochul for signing this life-saving legislative package into law today to ensure communities across New York remain safe."

**Assemblymember Kenny Burgos said,** "Gun violence is a national epidemic and a plague on our communities. And when any innocent life is lost at the barrel of a gun, it is a failure of our government and our humanity. It's why I am heartened by the tireless work of my legislative colleagues and the Governor in passing the most comprehensive package of gun safety reforms in the country. This includes my own bill which closes a dangerous loophole and expands the definition of firearms to keep up with the disturbingly-innovative minds in the gun industry. New York stepped up at this distressing time in our nation's history, and I reiterate my call for Congress to do the same."

**Assemblymember Patrick Burke said,** "As a father, I know the fear and anxiety parents feel when sending their kids to school. The "have a nice day" hugs are being held just a little bit longer. We need common sense gun reform at the federal level but New Yorkers can rest assured that their Legislature Majority and their Governor will do everything in their power to protect them and their families from gun violence."

**Assemblymember Kevin Cahill said,** "When a person is in crisis, the folks best equipped to identify them and help out are mental health professionals. By strengthening the Red Flag Law and extending the ability to file Extreme Risk Protection Orders, we will help ensure that those who present an immediate danger to themselves or our communities do not remain in the shadows and can begin to receive the attention and treatment they need."

**Assemblymember William Conrad said,** "We as Americans can absolutely uphold our Second Amendment rights while at the same time securing critical protections against gun crimes. A recommitment to the Red Flag Law, practical regulations around the possession and use of semiautomatic weapons, comprehensive records-sharing among and for the benefit of law enforcement agencies - these are some of the common-sense measures that will both support responsible gun ownership and provide the enhanced controls demanded by the vast majority of our citizens. The crisis of gun violence, which so grievously touched Buffalo on May 14, will be addressed with a multi-faceted approach that includes more than tightened access to firearms. But I believe the legislation passed this year in New York State represents the appropriate immediate response to such violence. We cannot enjoy the freedom our forefathers intended for us without the assurances of basic safety and security."

**Assemblymember Patricia Fahy said,** "We have seen too much hate and misinformation spread across social media networks, and too often that vitriol spills over into violence offline and can culminate into the type of tragedy that occurred in Buffalo last month. With over 4.75 billion posts made on Facebook alone every day and more than 70 percent of Americans having some form of social media account, we need social media platforms to put into place clear, concise policies on how to report and address hateful content. This legislation sends a strong message to social media platforms and companies; that they must take real action to protect New Yorkers from the spread of dangerous hate speech and misinformation both online and offline."

**Assemblymember Jonathan Jacobson said,** "As in far too many other mass shootings, the gunman in Buffalo went into the store wearing a bulletproof vest so he would be safe while he slaughtered innocent victims. The store's armed security guard shot at him, but the shooter was unharmed and returned fire, killing the security guard. This is a very pro-law enforcement bill. Unless your profession puts you at a special risk of gun violence, there is no reason you need a bullet proof vest. This bill will help keep them out of the hands of those who want to protect themselves from law enforcement or other security officers while harming others. If we can't stop these criminals from shooting, the least we can do is take away their protection."

**Assemblymember Chantel Jackson said,** "It's time to move from just offering thoughts and prayers to victims of gun violence. The Governor and legislature is committed to taking every step to secure the safety of all New Yorkers. The bill I sponsored will require people to be 21 years old and licensed to purchase or take possession of a semiautomatic rifle."

**Assemblymember Karen McMahon said**, "Communities across the nation and in Western New York are still reeling from senseless and horrific gun violence. Nearly a decade since the Sandy Hook massacre, we are

incomprehensibly in the same position, suffering the consequences of inaction. Here in New York State, however, I'm proud that my colleagues and I have taken a stand and said 'no more.' Together, we passed a series of bills that will crack down on weapons of war and body armor, close loopholes for obtaining a weapon, fight hate speech online, and more. With the Governor's signature, we take a step in the right direction toward much-improved gun safety and responsibility in New York State."

**Assemblymember Demond Meeks said,** "The core tenet for the state of New York is Excelsior, "ever upward." At the start of COVID-19, New York took the lead in passing measures and protections to combat the spread of this unknown virus. We acted quickly and we moved forward while doing what we believed was right to save lives throughout our state. This is no different as it relates to mass murder and the rising rates of gun violence, another deadly disease overtaking our communities. As an epidemic, we must protect the members of our communities by implementing restorative reforms to increase public safety. We have to maintain our initiatives and push for regulations and guidelines that will safeguard the people of New York State from further acts of senseless violence. Collectively, we must take a stand against hatred and prejudice, striving ever upward for our residents and families."

**Assemblymember Amy Paulin said,** "There is a thriving underground market for illegal guns throughout this country, including in New York State. This legislation will improve the sharing of crime gun information by requiring state and local law enforcement agencies to submit crime gun information to federal databases. Additionally, since we know that roughly 25% of crime guns were obtained within New York, this legislation establishes security, training, and recordkeeping standards for retail gun dealers in the state. These measures will greatly enhance the State's ability to prevent the unlawful sale of firearms, combat gun trafficking through comprehensive traces of crime guns, and ultimately save the lives of New Yorkers. I'm thrilled that this legislation has been signed into law and thank Governor Kathy Hochul for her steadfast commitment to reducing gun violence in New York State. As tragic as these last few weeks have been, I'm heartened to be part of a State legislature that offers not just thoughts and prayers but takes concrete action and passes laws to stem gun violence."

**Assemblymember Jon D. Rivera said,** "Just like we regulate the sale of alcohol to minors, so too should we regulate the sale of automatic weapons to minors. The comprehensive gun-bill package that Governor Hochul will sign into law represents common sense measures that all law-abiding gun owners should be able to support, including banning the sale of semiautomatic rifles to anyone under 21 by requiring a license, prohibiting the purchase of body armor by anyone not engaged in an eligible profession, and strengthening Red Flag Laws by expanding the list of people who can file for Extreme Risk Protection Orders. Mass shooters have recently used loopholes in state laws to devastate communities and tear families apart. By closing them, New York is taking yet another step forward in protecting its residents from the scourge of gun violence that continues to destroy communities across our nation, as action at the federal level has been frozen and mired in a political stalemate."

**Assemblymember Linda Rosenthal said,** "Gun violence is the number one leading cause of death among our nation's young people. Our inaction in the face of so much preventable carnage is a national embarrassment. In light of the continued federal paralysis, New York is taking the lead once again to crack down on guns. Microstamping is a vital tool that will help law enforcement solve crimes. With a clearance rate on gun crimes of 30% in New York City, microstamping will help get dangerous criminals and their guns of the streets. This is one of the best ways to end the viscous cycle of violence. I am grateful to Speaker Heastie for his leadership on this issue and to Governor Hochul for signing it into law."

**Assemblymember Monica Wallace said,** "After the devastating attacks in Buffalo and then Uvalde, the people of New York State demanded action to end senseless gun violence. We delivered by passing common sense gun control laws that will keep people safe and save lives. I thank Governor Hochul for her leadership on this issue and for signing my legislation making it a crime to threaten to commit an any mass shooting."

**Erie County Executive Mark C. Poloncarz said,** "Large numbers of Americans support common sense gun laws that protect our citizens, close loopholes, and prevent weapons of mass violence from being used in our communities. As we all know too well, too many lives have been destroyed, families devastated and much pain suffered by victims, their loved ones and communities from gun violence to let this moment pass. This law is a major achievement and an announcement to America that New York State is united and focused against gun violence. I thank Governor Hochul and our state Assembly and Senate leadership for their swift action. This comprehensive legislative package will help to save lives, protect our residents, and take guns out of the hands of people who should not have them."

**New York City Mayor Eric Adams said,** "The sea of gun violence does not have a single point of origin, but these 10 laws will dam some of the rivers leading to that sea. Working in partnership with our investments in both prevention and intervention, I am confident that this set of laws will continue the reduction in shootings we've seen over the last two months across New York City. I previously supported and fought for many of these efforts, including microstamping, in the Legislature, and I am glad we are today taking action to prevent New York City from becoming the next Buffalo, Uvalde, Orlando, Columbine, or Sandy Hook. I thank Governor Hochul and our legislative leaders for moving with urgency to save lives."

**Buffalo Mayor Byron Brown said,** "On this day, action was taken in New York State toward sensible gun reform so that every New Yorker can feel safer going to the store, going to school and visiting places of worship without having to consider the possibility of a mass shooter wielding a weapon made for war. The mass shooting victims in Buffalo and across the country must not be in vain. We will continue to make our voices heard and urge the Federal government to follow New York's lead so that no community has to feel pain and loss like Buffalo, Uvalde, Philadelphia and so many other places around our country."

**Rochester Mayor Malik D. Evans said,** "I want to commend and thank Governor Hochul and our representatives in the New York State Legislature for adopting these common-sense measures to strengthen New York's gun laws. These comprehensive reforms will work to keep guns out of the hands of those who intend to use them to kill or harm others and reduce the flow of illegal guns through the iron pipeline that is fueling the unprecedented levels of violence on our streets. I am proud to live in a state that is leading the way on gun safety, which is shaping up to be one of the most important policy debates of our time"

**Niagara Falls Mayor Robert Restaino said,** "New York State continually acts as a leader in our country when it comes to taking action to protect our citizens against gun violence. Once again, we are leading the way. The new laws Governor Hochul signed today focus on keeping our neighbors safe. They focus on keeping children in schools safe. They put citizens' quality of life ahead of politics. They are an appropriate action to combat the horrors that are plaguing not only the Western New York community, but also the entire country. I applaud Governor Hochul and support her dedication to close loopholes in our current gun laws. These new measures will help to protect people trying to live their everyday lives, whether they're shopping for groceries or praying at a church. Governor Hochul put people first when she signed these new laws."

**Mayor Ben Walsh said,** "New York State is showing the nation how to strengthen protections against the epidemic of gun violence. We already have tough gun laws, but the threats are evolving and growing. I commend Governor Hochul, the New York State Legislature and Attorney General James for taking a comprehensive approach to reducing the risk of gun violence and for moving quickly to enact new protections."

**Director of the Mayor's Office to Reduce Gun Violence in Syracuse Lateef Johnson-Kinsey said,** "I would like to thank Governor Hochul and the Legislature for putting community safety first and for being a forerunner in change for stronger and comprehensive gun laws. This package of bills is a step in the right direction to making our communities safer."

**Manhattan District Attorney Alvin Bragg said,** "It will take an all-hands-on-deck approach to combat gun violence in our state, and these measures represent a critical step forward to keeping our communities safe. I applaud Governor Hochul, Speaker Heastie and Majority Leader Stewart-Cousins for recognizing the importance of this moment and taking swift action. My Office will continue working closely with community leaders, lawmakers and our law enforcement partners to get guns off our streets and hold violence drivers accountable."

**Bronx District Attorney Darcel D. Clark said,** "Anything we can do to stem the carnage of mass shootings, and the everyday gun violence that plagues our communities must be done NOW. I applaud Governor Hochul Speaker Heastie and Majority Leader Stewart-Cousins for taking action at the state level and hopefully Congress will act too."

**Brooklyn District Attorney Eric Gonzalez said,** "Recent mass shootings have shocked the nation, and I commend the Legislature and Governor Hochul for taking quick and decisive action by passing new laws to make our neighborhoods safer. From loophole closures and a stronger Red Flag Law, to mandatory microstamping and a bill to combat hate on social media, New York continues to lead the nation with commonsense legislation to stop gun violence."

**Queens District Attorney Melinda Katz said,** "Gun violence is a disease that has affected every part of our country. New York State, as usual, is leading the way when it comes to legislation that effectuates real change. I was proud to join Governor Kathy Hochul and state lawmakers, who have come together on a path forward for our nation by strengthening gun control measures. The more we limit access to firearms, the more lives are saved. I thank the Governor and the Legislature for their actions."

**Staten Island District Attorney Michael E. McMahon said,** "As our nation mourns in the wake of multiple mass shootings, and we see a rise in the violent devastation caused by the flood of illegal guns on our City's streets, especially in the hands of our youth, the fight to strengthen gun laws and prevent future tragedies has never been more urgent. This comprehensive bill package passed by the State Legislature and signed into law today by Governor Hochul is critical to assisting law enforcement in keeping our communities safe and ensuring firearms do not fall into the wrong hands. At the Staten Island District Attorney's office, my prosecutors will continue to work zealously to hold accountable those who possess and use illegal firearms and to deliver justice for the victims of these violent crimes. At the same time, the national issue of gun violence demands immediate attention, and I urge our leaders on the federal level to enact similar measures to help curb senseless killings like we witnessed in Uvalde, Buffalo, and in far too many other mass shootings from recent memory. Protecting New Yorkers and all Americans from the scourge of gun violence must remain a top priority for leaders across government. On Staten Island, my office will continue working with a myriad of partners, from law enforcement, to elected leaders, anti-violence groups, and the healthcare community, to promote safer communities, provide more mental health resources, and work to prevent gun violence from spreading on our streets through vigorous precision policing and prosecution."

**New York State United Teachers President Andy Pallotta said,** "The pain New York's education community feels after the horror of Buffalo and Uvalde is deep. But what gives us hope is the willingness of New York's leaders to put politics aside and enact common sense measures to help address the scourge of gun violence and mass shootings that plagues this nation. We thank Governor Hochul and the Legislature for heeding the calls for change and will continue working with them to help our communities heal."

**United Federation of Teachers President Michael Mulgrew said,** "We support common sense gun control measures to keep our children, schools, streets and communities safe. Our students are demanding we act."

**Giffords Law Center Deputy Chief Counsel David Pucino said,** "The bills signed into law today will make New Yorkers safer. They close gaps in the law, introduce new innovations to help solve gun crime, and strengthen gun safety. No single policy will make the shootings stop, but these bills represent critical progress towards protecting

our communities from gun violence. We thank Governor Hochul for her courageous leadership in the wake of unspeakable tragedy. Her efforts, and the efforts of our leaders in Albany, are a testament to New York as a leader in gun violence prevention."

**Executive Director of New Yorkers Against Gun Violence Rebecca Fischer said,** "Faced with a surging gun violence crisis, Governor Hochul and the New York State Legislature have once again made it a priority this week to protect New Yorkers by passing a strong, life-saving slate of gun violence prevention bills. These measures will help keep guns away from people in crisis to prevent mass shootings, suicide and other gun violence, will require a license to purchase or possess a semi-automatic rifle anywhere in this state, and will provide law enforcement with a new tracing tool to stop gun trafficking and hold rogue gun dealers accountable. As New Yorkers and Americans, we should not have to fear gun violence on a daily basis in our neighborhoods or homes, in our subways, our supermarkets, our schools, our houses of worship, or anywhere else. While Congress continues to stall on meaningful national gun reform, we are grateful to have outstanding gun violence prevention champions leading our state government. Thank you Governor Hochul for signing these bills into law and keeping our children and all New Yorkers safe."

**Youth Over Guns Co-founder and Executive Director Luis Hernandez said,** "As our communities face tragedy and grief we must find solutions to address the looming gun violence epidemic. Today is a historic day for the State of New York as we continue to lead the nation with robust, and common sense policies. Youth Over Guns is proud to stand alongside Governor Kathy Hochul as we work to ensure the wellbeing and safety of young people across the state. This is a remarkable step forward, and we invite our Federal representatives to look to NY for guidance. Today and always, we call for an end to this carnage simply because we deserve to grow up."

**Brady President Kris Brown said,** "This is a historic day for New York and just the latest example of the state leading the nation in enacting common-sense and bold gun violence prevention laws. Governor Hochul has championed gun violence prevention and here reacted decisively following the tragic shooting in Buffalo to deliver life-saving policies that New Yorkers consistently agree on. Her leadership is an example to the country, and we applaud the legislature, Governor Hochul, and the many local and grassroots advocates who have supported these policies and ensured that they become law."

## Contact the Governor's Press Office


**Contact us by phone:**

Albany: (518) 474 - 8418
New York City: (212) 681 - 4640

**Contact us by email:**

Press.Office@exec.ny.gov


## Translations

| | | |
|---|---|---|
| | Arabic Translation<br>الترجمة إلى العربية | DOWNLOAD |
| | Bengali Translation<br>বাংলা অনুবাদ | DOWNLOAD |
| | Chinese Translation<br>中文翻譯 | DOWNLOAD |

| | | |
|---|---|---|
| | **Haitian-Creole Translation**<br>Tradiksyon kreyòl ayisyen | DOWNLOAD |
| | **Italian Translation**<br>Traduzione italiana | DOWNLOAD |
| | **Korean Translation**<br>한국어 번역 | DOWNLOAD |
| | **Polish Translation**<br>Polskie tłumaczenie | DOWNLOAD |
| | **Russian Translation**<br>Перевод на русский язык | DOWNLOAD |
| | **Spanish Translation**<br>Traducción al español | DOWNLOAD |
| | **Yiddish Translation**<br>אידישע איבערטייטשונג | DOWNLOAD |

# Exhibit B

Letitia James
New York State Attorney General

How can we help you?

I Want To...

# Attorney General James Vows to Protect New Yorkers in Wake of Supreme Court Ruling

## June 23, 2022

NEW YORK – New York Attorney General Letitia James today released the following statement after the U.S. Supreme Court issued a ruling in *New York State Rifle & Pistol Association v. Bruen*, overturning New York's century-old proper cause requirement in its concealed carry gun licensing law, a common-sense law that has allowed New York to fulfill its responsibility to establish its own gun licensing laws and protect residents:

*"Today's decision by the Supreme Court to strike down New York's proper cause requirement to carry a concealed weapon is incredibly disappointing. For more than a century, this law has protected New Yorkers from harm by ensuring that there are reasonable and appropriate regulations for guns in public spaces.*

*"The Supreme Court made its decision, but the fight to protect American families from gun violence will march on. In the days to come, my office will be taking action to address the potential harm that this ruling may cause, and we will continue to defend the constitutionality of our state's laws, as we've always done. We will work with the Governor and Legislature to amend our licensing statute that will continue to protect New Yorkers. I want to reassure all New Yorkers that our robust gun protection laws remain intact and we will be working with our partners in government to further strengthen them.*

*"Make no mistake: This decision will not deter us from standing up to the gun lobby and their repeated efforts to endanger New Yorkers. I vow to use the full force of my office to protect New Yorkers and American families."*

Since 1913, New York law has required individuals to obtain a license to be able to carry a handgun outside their home. In March 2019, the New York State Rifle & Pistol Association (NYSRPA) and two individuals, who had been denied a unrestricted license, sued New York state in the U.S. District Court for the Northern District of New York, claiming that New York's concealed carry law infringed upon their Second Amendment rights. The Office of the Attorney General (OAG) successfully defended the law, and the lawsuit was dismissed in March 2018 and then again affirmed by the U.S. Court of Appeals for the Second Circuit. The plaintiffs then petitioned the U.S. Supreme Court to review the case, which Solicitor General Barbara D. Underwood argued on behalf of the state of New York in November 2021.

**We value your privacy**

We use cookies to enhance your browsing experience, improve our content delivery, and analyze our traffic. We do not use cookies for advertising or marketing purposes. By using this website, you consent to our use of cookies. You can learn more about how we collect and use information by reviewing our privacy policy.

Okay

# Exhibit C

Letitia James
New York State Attorney General

How can we help you?

I Want To...

# Understanding Recent Changes to New York's Gun Laws

## Background

On June 23, 2022, in a 6-3 ruling, the U.S. Supreme Court struck down part of New York's concealed carry law, a provision requiring an applicant to show "proper cause" in order to obtain a license to carry a concealed handgun outside their home. (New York does not allow handguns to be carried openly at all, and that restriction was not challenged in the case.) The Court's decision in New York State Rifle & Pistol Association v. Bruen removed a key element of New York's gun laws, making it easier to obtain a license to carry a firearm in New York's public spaces. In its wake, on July 1, 2022, New York Governor Kathy Hochul signed into law new legislation strengthening the state's gun laws.

### › What did the Supreme Court hold and why?

- The Court ruled that the 109-year-old provision violated the Second Amendment, holding that States may not require otherwise responsible and law-abiding citizens to show "a special need for self-defense" in order to qualify for a license to carry a handgun outside the home. (p. 30). A license to carry a handgun may be denied for other reasons specific to an applicant's background, character, or ability to use a firearm properly, but not for lack of a special need for self-defense.
- The Court's opinion focused primarily on history, relying on its view that there was no precedent for similarly restrictive laws limiting people's ability to carry handguns in public for the purpose of self-defense when the Second Amendment was ratified. Consequently, the Court ruled that New York's proper-cause requirement was not part of a "historical tradition" defining the "outer bounds of the right to keep and bear arms." (p. 10).

### › What does the Supreme Court's decision do to gun safety in New York State?

- **The decision does not invalidate New York's handgun licensing requirement.** The proper-cause requirement the Court invalidated was just one requirement for obtaining a concealed carry license in New York. The rest of the licensing regime remains in force and is being updated to clarify the eligibility criteria for acquiring a license to carry a concealed handgun in public in this State.
- **The Supreme Court endorsed many of the licensing criteria common to New York and the less strict, "shall issue" jurisdictions.** (In a "shall issue" state, licensing authorities are required to issue a concealed carry license if an applicant satisfies certain threshold criteria defined by statute.) The Supreme Court made clear

that States may continue to enforce requirements that ensure concealed carry licenses are issued only to law-abiding, responsible individuals. (p. 30). The majority opinion and concurring opinions specifically mention fingerprinting, background checks, checks of mental-health records, and firearm training courses as a non-exhaustive list of preconditions that States may enforce for obtaining such a license.

› What kinds of restrictions on public carry remain presumptively permissible?

- **Carrying guns may be prohibited in "sensitive places" like schools and government buildings.** It remains "settled" that the Second Amendment allows restrictions on carrying guns in "sensitive places" like schools, government buildings, courthouses, and polling sites. (p. 21). The Supreme Court acknowledged that similar restrictions may be imposed for "new and analogous sensitive places." (p. 21). However, the Court warned that an entire geographic area, such as the whole "island of Manhattan," could not be declared a "sensitive place" solely on the ground that it is crowded and well-policed. (p. 22). Consistent with this, the state legislature and municipal authorities may expand the list of specific public spaces where carrying handguns and other weapons is prohibited.
- **Licenses may still be required for carrying handguns in public, and those licenses may be reserved only for responsible, law-abiding individuals.** Fingerprinting, background checks, mental-health checks, and training courses all remain presumptively permissible. (p. 30).
- **Dangerous or unusual weapons may be subject to further restrictions.** The Court did not define what a dangerous or unusual weapon may be, leaving some ambiguity on this point, but certain restrictions remain presumptively permissible. (p. 38).
- **Carrying guns with unlawful intent may be prohibited.** While the Court held that the Second Amendment protects a law-abiding citizen's right to carry a concealed handgun in public for lawful self-defense purposes, restrictions on carrying guns with unlawful intent remain presumptively permissible. (pp. 29, 62).
- **Financial incentives for responsible arms carrying may be devised.** (p. 51).
- **Private parties may restrict guns on their own property.** Nothing in *Bruen* requires private parties to allow guns into their own homes or businesses if they do not want them there.

## Enhancing New York's Gun Laws in the Wake of Bruen

In the wake of the Court's decision in *Bruen*, New York's lawmakers were called back to Albany for a special session to pass new legislation clarifying and enhancing New York's many public-safety-oriented protections for handgun licensing in a manner consistent with the Supreme Court's decision. On July 1, 2022, Governor Hochul signed landmark legislation expanding restrictions on access to guns in the state. You can read the law here.

- **Sensitive Places:** The new measures build on the constitutional carveout for protecting "sensitive places," barring the carrying of firearms in specific public settings, such as: colleges and universities, hospitals, houses of worship, public transportation, including subways, places where alcohol is consumed, homeless shelters and other public residential facilities, entertainment venues, such as stadiums, theaters, casinos, and polling places, and places where children gather, such as schools, daycare centers, playgrounds, libraries parks and zoos.
- **New Eligibility Requirements:** The new law adds requirements for New Yorkers applying for a concealed carry permit, including presenting a certificate of completion of a standardized firearm training and firing range training. Only applicants deemed to have "good moral character" and sufficient mental competence—a determination based on an in-person interview, a written exam and character references—will be eligible for a concealed carry permit. Applicants may be disqualified by past illicit behavior, including misdemeanor convictions for weapons possession and menacing (placing another person in fear of death or serious injury). Applicants who are denied a permit following this process may appeal.

- **Safe Storage, Background Checks and Body Armor:** The new law also imposes new safe storage requirements, for example, prohibiting gun owners from leaving a firearm in a car unless stored in a lockbox with ammunition removed, and requiring safe gun ownership in a home where someone under 18 resides. Additionally, New York's new law allows the State to conduct and exercise oversight over background checks for firearms, beyond those maintained by the FBI, which lack access to state- and local-owned databases. Finally, the law expands the scope of bullet-resistant protective equipment prohibited in New York, for example, the steel-plated vest worn by the shooter in the Buffalo, New York.

## Additional Resources

**Governor Kathy Hochul:** Governor Hochul Signs Landmark Legislation to Strengthen Gun Laws and Bolster Restrictions on Concealed Carry Weapons

**Legislation S.51001/A.41001:** Restricts the Carrying of Concealed Weapons in List of Sensitive Locations

**New York State Office of the Attorney General:** Attorney General James Vows to Protect New Yorkers in Wake of Supreme Court Ruling

**Everytown For Gun Safety:** Here's what you need to know about NYSRPA v. Bruen

# Exhibit D

Letitia James

New York State Attorney General

How can we help you?

I Want To...

# Attorney General James' Statement on New Efforts to Protect Abortion and Strengthen Gun Control

## July 2, 2022

NEW YORK – New York Attorney General Letitia James released the following statement on the new measures passed today to protect access to abortion and strengthen gun control in New York following last week's decisions from the U.S. Supreme Court:

*"Today, our state government made important progress to protect New Yorkers' rights. In the aftermath of these harmful decisions from the Supreme Court, New York acted swiftly and thoroughly to preserve the right to abortion and enact common-sense measures to protect our communities from gun violence. I want to thank the governor and our legislative leaders for the opportunity to work with them on these critical issues and for getting this done. Once again, New York is leading the way."*

# Exhibit E

NEW YORK STATE An official website of New York State Here's how you know





Gun Violence Prevention (/keywords/gun-violence-prevention) Legislation (/keywords/legislation)
Public Safety (/keywords/public-safety)

JULY 1, 2022 | Albany, NY

# Governor Hochul Signs Landmark Legislation to Strengthen Gun Laws and Bolster Restrictions on Concealed Carry Weapons in Response to Reckless Supreme Court Decision

Legislation (S.51001/A.41001) Restricts the Carrying of Concealed Weapons in List of Sensitive Locations

Institutes a Default of No Concealed Carry on Private Property and Businesses Unless Deemed Permissible by Property Owners

Establishes New Eligibility Requirements and Expands Disqualifying Criteria for Those Seeking Concealed Carry Permits

Enhances Safe Storage Requirements, Extends Requirements to Vehicles

Requires Backgrounds Checks for All Ammunition Purchases

Amends Body Armor Purchase Ban to Include Hard Body Armor Used by Suspect in Buffalo Shooting

Photos of Governor Hochul Signing the Bill are Available Here

---

Governor Kathy Hochul today signed landmark legislation to strengthen New York's gun laws and bolster restrictions on concealed carry weapons. This package of new laws — drafted in close collaboration with the Legislature — is devised to align with the Supreme Court's recent decision in *NYSRPA v. Bruen*. As a result of this

decision, the State has taken steps to address the consequences of the Supreme Court decision and the resulting increase in licenses and in the number of individuals who will likely purchase and carry weapons in New York State.

"A week ago, the Supreme Court issued a reckless decision removing century-old limitations on who is allowed to carry concealed weapons in our state — senselessly sending us backward and putting the safety of our residents in jeopardy," **Governor Hochul said**. "Today, we are taking swift and bold action to protect New Yorkers. After a close review of the *NYSRPA vs. Bruen* decision and extensive discussions with constitutional and policy experts, advocates, and legislative partners, I am proud to sign this landmark legislative package that will strengthen our gun laws and bolster restrictions on concealed carry weapons. I want to thank Majority Leader Stewart-Cousins, Speaker Heastie, and all of our partners in the Legislature for their willingness to take on this critical issue with urgency and precision. I will continue to do everything in my power to combat the gun violence epidemic."

"Keeping the people of New York State safe is our greatest priority and I am proud to stand with the Governor and Legislature in enacting the measures put into place today," **Lieutenant Governor Antonio Delgado said.** "With this action, New York has sent a message to the rest of the country that we will not stand idly by and let the Supreme Court reverse years of sensible gun regulations."

Research has shown that violent crime involving firearms increases by 29 percent when people are given the right to carry handguns, caused in part by a 35 percent increase in gun theft and a 13 percent decrease in the rate that police solved cases. Today's legislative package furthers the State's compelling interest in preventing death and injury by firearms by:

- Expanding on eligibility requirements in the concealed carry permitting process, including completed firearm training courses for applicants.
- Allowing the state to regulate and standardize training for license applicants.
- Restricting the carrying of concealed weapons in sensitive locations and establishing that private property owners must expressly allow a person to possess a firearm, rifle, or shotgun on their property. Individuals who carry concealed weapons in sensitive locations or in contravention of the authority of an owner of private property will face criminal penalties.
- Establishing state oversight over background checks for firearms and regular checks on license holders for criminal convictions.
- Creating a statewide license and ammunition database.
- Strengthening and clarifying the law relating to the sale of body armor to include hard body armor, such as the type worn by the suspect in the Buffalo shooting and the safe storage of firearms.

The law will take effect on September 1, 2022. In addition, an appeals board will be created for those applicants whose license or renewal is denied or revoked, which will take effect on April 1, 2023.

Photos of Governor Hochul signing today's legislative package are available **here**.

**Senate Majority Leader Andrea Stewart-Cousins said,** "In response to the Supreme Court's decision implying that guns are more important than lives in this country, we are passing legislation to ensure that New York State has safe and responsible gun laws. States are the last line of defense, which is why we are stepping up to protect New York from being easily flooded with concealed weapons and keeping firearms out of the wrong hands. These measures, in addition to the previous anti-gun violence legislation we passed, are vital in a time when there are more guns than people in America. New York will continue to prioritize people's safety and lives, and I thank my conference, Speaker Heastie, and Governor Hochul for their partnership."

**Speaker Carl Heastie said,** "In the wake of the Supreme Court's dismantling our more than 100-year-old sensible concealed carry law, the Assembly Majority worked tirelessly alongside our Senate colleagues and the governor to ensure that our state has the strongest gun laws possible. We will not let this ruling make our streets less safe. Here in New York, the right to feel safe in public spaces is not secondary to unfettered access to firearms. And when this right-wing conservative court inevitably continues its assault on our democracy, we will remain as committed as ever to protecting the rights of every New Yorker."

Last week, the Supreme Court's 6-3 decision ended a 100-year legal precedent requiring individuals to demonstrate "proper cause" to obtain a license to carry a concealed firearm. The existing law gave discretion to the state and its licensing officers in determining what constitutes "proper cause", which the court cited as unconstitutional. Governor Hochul has worked closely with the legislature to devise the following Legislation (S.51001/ A.41001), which carefully and strictly regulate concealed carry weapons while staying within the confines of the *NYSRPA vs. Bruen* decision.

**Sensitive locations and Private Property**

Certain locations are always unsafe for guns, and this legislation makes concealed carry in sensitive locations a punishable crime. Sensitive locations include:

- Airports
- Bars and restaurants that serve alcohol
- Courthouses
- Daycare facilities, playgrounds and other locations where children gather
- Educational Institutions
- Emergency shelters, including domestic violence shelters and homeless shelters
- Entertainment venues
- Federal, state, and local government buildings
- Health and medical facilities
- Houses of worship
- Libraries
- Polling sites
- Public demonstrations and rallies
- Public transportation including subways and buses
- Times Square

The law also makes 'no carry' the default for private property, unless deemed permissible by property owners. This gives power to business and property owners to decide whether or not they want guns in their establishments, which could include bars, restaurants, shops or grocery stores. Property owners who do decide to allow concealed carry will have to disclose with signage saying concealed carry is allowed on the premises. This allows people to make an informed decision on whether or not they want to be in a space where people could potentially be carrying a weapon.

**Expanded Eligibility Requirements and Disqualifying Criteria**

The legislation expands eligibility requirements for concealed carry permit applicants. Expanded application requirements include character references, firearm safety training courses, live fire testing, and background checks. Additionally, applicants who have documented instances of violent behavior will be disqualified from obtaining a concealed carry permit. Disqualifying criteria also includes misdemeanor convictions for weapons possession and menacing, recent treatment for drug-related reasons, and for alcohol-related misdemeanor convictions.

**Safe Storage**

Today's legislation also implements new safe storage requirements for rifles, shotguns, and firearms. Gun owners will be prohibited from leaving a gun in their car unless it is stored in a lockbox. Additionally, state law previously required that guns be stored safely in a home if someone under 16 resides there, but new legislation will require safe gun ownership in a home if someone under 18 resides there.

**Ammunition Background Checks**

The legislation allows the state to conduct and have oversight over background checks for firearms and run regular checks on license holders for criminal convictions. State background checks will go beyond those conducted by the National Instant Criminal Background Check System maintained by the FBI, which lack access to crucial state-owned and local-owned records and databases that provide a more accurate assessment of an applicant's background. Research has found that states that perform their own background checks, instead of solely using the federal database, experience 27 percent lower firearm suicide rates and 22 percent lower firearm homicide rates. The legislation also requires background checks for ammunition sales and creates a statewide license and ammunition database.

**Body Armor Amendment**

Under current law, a "body vest" has a limited defined as a bullet-resistant soft body armor. This legislation will redefine body vests to encompass a broader array of protective equipment that is bullet resistant, expanding current purchase and sale prohibitions to include hard body armor. During the Buffalo tragedy, the shooter was wearing a steel-plated vest which would be captured under this new body armor definition.

## Contact the Governor's Press Office

**Contact us by phone:**

Albany: (518) 474 - 8418
New York City: (212) 681 - 4640

**Contact us by email:**

Press.Office@exec.ny.gov

## Translations

| | | |
|---|---|---|
| | Arabic Translation<br>الترجمة إلى العربية | DOWNLOAD |
| | Bengali Translation<br>বাংলা অনুবাদ | DOWNLOAD |
| | Chinese Translation | |

| | | |
|---|---|---|
| | 中文翻譯 | DOWNLOAD |
| | French Translation<br>traduction française | DOWNLOAD |
| | Haitian-Creole Translation<br>Tradiksyon kreyòl ayisyen | DOWNLOAD |
| | Italian Translation<br>Traduzione italiana | DOWNLOAD |
| | Korean Translation<br>한국어 번역 | DOWNLOAD |
| | Polish Translation<br>Polskie tłumaczenie | DOWNLOAD |
| | Russian Translation<br>Перевод на русский язык | DOWNLOAD |
| | Spanish Translation<br>Traducción al español | DOWNLOAD |
| | Urdu Translation<br>اردو ترجمہ | DOWNLOAD |
| | Yiddish Translation<br>אידישע איבערטייטשונג | DOWNLOAD |

# Exhibit F

dos.ny.gov/body-armor#:~:text=Effective%20July%206%2C%202022%2C%20when,of%20body%20armor%20is%20prohibited.



Professions Currently Under Review by the Department of State

Process for Adding a Profession to the List

Presenting Proof of Engagement in an Eligible Profession When Purchasing Body Armor

Frequently Asked Questions

Contact Information

# Frequently Asked Questions

**NEW LAWS REGARDING THE SALE, TRANSFER, PURCHASE AND ACQUISITION OF BODY ARMOR IN NEW YORK STATE**

*The following frequently asked questions ("FAQs") should not be used in lieu of seeking appropriate legal advice and are not intended to answer general questions regarding the New York State Penal Law. These FAQs are subject to change and professionals should frequently visit this page for important updates.*

**Q1: What is the "body armor law"?**

A1: The "body armor law" is a series of laws enacted in 2022 designed to protect New Yorkers. The laws generally restrict how and to whom "body armor" can be bought, sold, or transferred within the state. The laws are codified in both the New York General Business Law and the New York Penal Law. The full text of the laws is available here.

**Q2: What is the Department of State's role in the "body armor law?"**

A2: The Department of State's role in New York State's body armor law is limited to publishing a list of eligible professions requiring the use of body armor and processing eligible profession requests. The Department has also established a process and forms that purchasers may use when purchasing body armor, as applicable, to prove that they are engaged in an eligible profession. Questions that relate to enforcement of the Penal Law should be directed to the appropriate local district attorney's office. Questions about the marketplace prohibition relating to body armor sales that is codified in § 396-eee of the General Business Law should be directed to the New York State Attorney General's Office.

**Q3: What is considered body armor?**

A3: Body armor means: "any product that is a personal protective body covering intended to protect against gunfire, regardless of whether such product is to be worn alone or is sold as a complement to another product or garment." NY Penal Law § 270.20(2).

# Exhibit G

**New York State Police**
**(/)**

We are now accepting applications for the NYS Trooper Entrance Exam! Please visit joinstatepolice.ny.gov (https://joinstatepolice.ny.gov/) to learn more.

# Press Release

On August 3, 2024, State Police of Saratoga arrested **Matthew Sanchez**, 28, of Hampton, VA, for:

Sixteen counts of Criminal Possession of a Weapon in the third degree, a class “D” felony

Two counts of Criminal Possession of a Firearm, a class “E” felony

Two counts of Criminal Possession of a Controlled Substance in the seventh degree, a class “A” misdemeanor

Unlawful Purchase of Body Armor, a class “A” misdemeanor

Criminal Possession of a Rapid-Fire Modification Device, a class “A” misdemeanor

On August 3, 2024, Troopers responded to the Naval Nuclear Laboratory at the Kenneth A. Kesselring Site in West Milton, NY, for the reports of weapons found in an individual’s vehicle. The investigation determined **Sanchez** allegedly illegally possessed a handgun, multiple illegal high-capacity magazines, a ballistic vest, and controlled substances in his vehicle while on the property. **Sanchez** was working at the facility as a contractor. He was permitted to be there and did not threaten or display any weapon. The weapons were discovered during a routine security inspection, as weapons are not allowed in the secured facility.

**Sanchez** was arrested at the scene and transported to SP Saratoga for processing.

The continued investigation led to the execution of a search warrant at a hotel room rented by **Sanchez** in Saratoga Springs, NY, where multiple additional illegal firearms, high-capacity magazines, and controlled substances were seized.

**Sanchez** was processed at SP Saratoga for additional charges, arraigned before the Saratoga Springs Court, and remanded to the Saratoga County Correctional Facility in lieu of $40,000 cash, $80,000 bond, and a $400,000 partially secured bond.

# Contact Troop G Public Information Officer: Trooper Stephanie O'Neil

**Troop G Commander:**
Major Robert J. McConnell

**Contact us by phone:**

Office (518) 783-3284 (tel:(518) 783-3284 )

**Contact us by email:**

gpio@troopers.ny.gov (mailto:gpio@troopers.ny.gov)

**Contact us by fax:**

(518) 783-3298

**Map Directions:**

New York State Police Troop G Headquarters Latham NY, 12110 (https://google.com/maps?q=New+York+State+Police+Troop+G+Headquarters+7 Schenectady+Road+Latham,+NY+12110)

**New York State Police**

| | | | |
|---|---|---|---|
| About | Accessibility | Contact | Disclaimer |
| Employment | Language Access | Newsroom | Privacy Policy |
| Procurement | Publications | Request Records | Site Map |

CONNECT WITH US

NEW YORK STATE

# Exhibit H

**New York State Police**
**(/)**

We are now accepting applications for the NYS Trooper Entrance Exam! Please visit joinstatepolice.ny.gov (https://joinstatepolice.ny.gov/) to learn more.




On July 31st, 2024, State Police arrested **Aaron M. Sotherden**, age 35, of 947 County Route 84 Hastings, NY on 28 felony counts and 13 misdemeanor counts related to illegally possessed firearms and firearms related material. The charges are detailed as follows:

**Aaron Sotherden**
3 counts of the Class C Felony of Criminal Possession of a Weapon 2nd in violation of NY Penal Law Section 265.03 sub 3
2 counts of the Class D Felony of Criminal Possession of a Weapon 3rd in violation of NY Penal Law section 265.02 sub 7
18 counts of the Class D Felony of Criminal Possession of a Weapon 3rd in violation of NY Penal Law section 265.02 sub 8
5 counts of the Class E Felony of Criminal Possession of a Firearm in violation of NY Penal Law section 265.01-b sub 1
12 counts of the Class A Misdemeanor of Failure to Safely Store Rifles, Shotguns, and Firearms 1st in violation of NY Penal Law section 265.45 sub 1
1 Count of Unlawful Purchase of Body Armor, in violation of NY Penal Law section 270.21

The State Police also arrested **Todd A. Sahm**, age 54, of 369 County Route 4 Hastings, NY on 1 felony count related to an illegally possessed firearm.

**Sotherden** was remanded to the Oswego County Jail on 100,000 cash or 500,000 bond. **Sahm** was issued an appearance ticket and released.

The arrests are connected to a 10 month joint investigation conducted by the New York State Police Community Stabilization Unit and the New York City Police Department Intelligence Division. The State Police along with the NYPD executed search warrants at 947 County Route 84 and 369 County Route 4 both in the town of Hastings resulting in the above mentioned arrests.

The Community Stabilization Unit was assisted by the State Police Violent Gangs and Narcotics Enforcement Team, the State Police Counterterrorism Intelligence Unit, the State Police Computer Crimes Unit, the Oswego County Sheriff's Department, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the FBI's Joint Terrorism Task Force.

The New York State Police Community Stabilization Unit is a unit within the state police dedicated to Narcotics, Firearms, and Human Trafficking.

## Contact Troop D Public Information Officer: Trooper Jennifer Jiron

**Troop D Commander:** Major Marc A. Barbera

**Contact us by phone:**

Troop D PIO 315-366-6000 (tel:315-366-6000)

**Contact us by email:**

dpio@troopers.ny.gov (mailto:dpio@troopers.ny.gov)

**Map Directions:**

261 Genesee Street
Oneida NY, 13421 (https://google.com/maps?q=261+Genesee+Street++Oneida,+NY+13421)

# Exhibit I

NEW YORK STATE

**New York State Police**
**(/)**

We are now accepting applications for the NYS Trooper Entrance Exam! Please visit joinstatepolice.ny.gov (https://joinstatepolice.ny.gov/) to learn more.

On June 5, 2024, the Bureau of Criminal Investigation and the Town of Niagara Police Department arrested Joshua M. McClelland, 42 of Niagara Falls, NY for Criminal Possession of a Weapon 4th (ghost gun), Criminal Possession of a Firearm, Criminal Possession of an Assault Weapon 3rd, Criminal Possession of a Weapon 3rd (silencer), Criminal Possession of a Weapon 3rd (large capacity ammunition feeding device) and Unlawful Purchase of Body Armor.

On June 5, 2024 the Town of Niagara Police Department were at a suspicious property complaint at the Expressway Village in the town of Niagara. During that initial investigation multiple weapons were located. The Town of Niagara Police Department requested assistance. Investigation determined that McClelland had four rifles (no serial), two handguns (no serial), body armor, one high-capacity ammunition magazine and a firearm silencer. McClelland was arrested and transported to SP Niagara for processing.

McClelland was transported to the Niagara County Jail for CAP arraignment.



# Contact Troop A Public Information Officer: Trooper James O'Callaghan

**Troop A Commander:**
**Major Amie P. Feroleto**

**Contact us by email:**

**Contact us by fax:**

james.ocallaghan@troopers.ny.gov (mailto:james.ocallaghan@troopers.ny.gov) (585) 344-6279

**Map Directions:**

New York State Police Troop A Headquarters
4525 West Saile Drive NY, 14020 (https://google.com/maps?q=New+York+State+Police+Troop+A+Headquarters++4525+West+Saile+Drive+,+NY+14020)

# Exhibit J

**UNLAWFUL PURCHASE OF BODY ARMOR**
**Penal Law § 270.21**
**(Committed on or after July 7, 2022)**

The (*specify*) count is Unlawful Purchase of Body Armor.

Under our law, a person is guilty of Unlawful Purchase of Body Armor when, not being engaged or employed in an eligible profession, they knowingly purchase or take possession of body armor.

The following terms used in that definition have a special meaning:

ELIGIBLE PROFESSION[1] includes individuals or entities engaged or employed as police officers[2], peace officers[3], persons in military service in the State of New York, or military or other service for the United States, [4]

BODY ARMOR means any product that is a personal protective body covering intended to protect against gunfire, regardless of whether such product is to be worn alone or is sold as a complement to another product or garment.[5]

POSSESS means to have physical possession or otherwise to exercise dominion or control over tangible property.[6]

---

[1] Penal Law § 270.21.

[2] "as defined in" CPL 1.20.

[3] "as defined in" CPL 2.10.

[4] Here, in accord with Penal Law § 270.21, as appropriate, add any other applicable profession(s) designated by the Department of State in accordance with Executive Law § 144-a.

[5] Penal Law § 270.20(2).

[6] Penal Law § 10.00(8). If necessary, an expanded definition of "possession" is available in the section on Instructions of General Applicability under Possession.

A person KNOWINGLY purchases or takes possession of body armor when that person is aware that he or she is doing so.[7]

In order for you to find the defendant guilty of this crime, the People are required to prove, from all the evidence in the case, beyond a reasonable doubt, each of the following three elements:

1. That on or about *(date)*, in the County of (County), the defendant, *(defendant's name)*[8] purchased or took possession of body armor;

2. That the defendant did so knowingly; and

3. That the defendant was not engaged or employed in an eligible profession.

If you find the People have proven beyond a reasonable doubt each of those elements, you must find the defendant guilty of this crime.

If you find the People have not proven beyond a reasonable doubt any one or more of those elements, you must find the defendant not guilty of this crime.

---

[7] *See* Penal Law § 15.05(2). If necessary, an expanded definition of "knowingly" is available in the section on Instructions of General Applicability under Culpable Mental States.

[8] When the defendant is charged in whole or in part as an accomplice, Court will add: "personally, or by acting in concert with another person." *See* Accomplice charge.

# Exhibit K

# UNLAWFUL SALE OF BODY ARMOR
## Penal Law § 270.22
## (Committed on or after July 7, 2022)

The (*specify*) count is Unlawful Sale of Body Armor.

Under our law, a person is guilty of Unlawful Sale of Body Armor when they sell, exchange, give or dispose of body armor to an individual whom they know or reasonably should have known is not engaged or employed in an eligible profession.

The following terms used in that definition have a special meaning:

[DISPOSE OF means to dispose of, give, give away, lease, loan, keep for sale, offer, offer for sale, sell, transfer and otherwise dispose of.[1]]

ELIGIBLE PROFESSION[2] includes individuals or entities engaged or employed as police officers[3], peace officers[4], persons in military service in the state of New York, or military or other service for the United States. [5]

BODY ARMOR means any product that is a personal protective body covering intended to protect against gunfire, regardless of whether such product is to be worn alone or is sold as a complement to another product or garment.[6]

---

[1] Penal Law § 265.00(6).

[2] Penal Law § 270.21.

[3] "as defined in" CPL 1.20.

[4] "as defined in" CPL 2.10.

[5] Here, in accord with Penal Law § 270.21, as appropriate, add any other applicable profession(s) designated by the Department of State in accordance with Executive Law § 144-a.

[6] Penal Law § 270.20(2).

In order for you to find the defendant guilty of this crime, the People are required to prove, from all the evidence in the case, beyond a reasonable doubt, each of the following two elements:

1. That on or about (*date*), in the County of (County), the defendant, (*defendant's name*)[7] sold, exchanged, gave, or dispose of body armor to an individual who was not engaged or employed in an eligible profession; and

2. That the defendant knew or reasonably should have known that the individual was not engaged or employed in an eligible profession.

If you find the People have proven beyond a reasonable doubt both of those elements, you must find the defendant guilty of this crime.

If you find the People have not proven beyond a reasonable doubt either one or both of those elements, you must find the defendant not guilty of this crime.

[7] When the defendant is charged in whole or in part as an accomplice, Court will add: "personally, or by acting in concert with another person." *See* Accomplice charge.

# Exhibit L

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER, et al.

Plaintiffs,

v.

LETITIA JAMES, et al.

Defendants.

**DECLARATION OF BRANDON COMBS**

Civil Action No.:

1:24-cv-00623-JLS

I, Brandon Combs, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following pursuant to 28 U.S.C. §1746:

1. I am the President of Firearms Policy Coalition, Inc. ("FPC"), a plaintiff in the above-captioned matter, and have personal knowledge of the facts set forth below. I am over the age of 18 years old and competent to give this declaration.

2. FPC is a validly incorporated 501(c)(4) nonprofit membership organization, incorporated under the laws of Delaware with a primary place of business in Clark County, Nevada. In my role as President, I am familiar with FPC's mission and purposes as an organization, as well as FPC's membership.

3. FPC's mission is to create a world of maximal human liberty and freedom. Germane to that purpose are FPC's efforts to protect, defend, and advance the People's inalienable, fundamental, and individual right to keep and bear arms, through legislative advocacy, grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs.

4. FPC has members residing in New York State, including Plaintiffs Heeter, Braiman, and Wurtenberg.

5. FPC's members residing in New York State, who want to purchase body armor for lawful purposes, but who are not in a profession deemed "eligible" by the state, have been prohibited from doing so since the Body Armor Ban took effect. These FPC members will continue to be injured by the Body Armor Ban, unless enforcement is enjoined.

6. Through this lawsuit, FPC seeks to defend the Second Amendment rights of its members to purchase and possess body armor and bulletproof garments, which are outlawed by the state.

7. The individual Plaintiffs in this case are but three examples of FPC's members who are injured by the Body Armor Ban.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: September 27, 2024

Brandon Combs, President
Firearms Policy Coalition, Inc.

# Exhibit M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**DECLARATION OF**
**BENJAMIN HEETER**

BENJAMIN HEETER, et al.

Plaintiffs,

Civil Action No.:
1:24-cv-00623-JLS

v.

LETITIA JAMES, et al.

Defendants.

I, Benjamin Heeter, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following pursuant to 28 U.S.C. §1746:

1. I am over the age of 18, a citizen of the United States, and otherwise legally eligible to purchase and possess body armor but for New York's Ban. I am a member of Firearms Policy Coalition, Inc. ("FPC").

2. I reside in Erie County, New York. I am medical device salesman, and therefore I am not in a profession that New York deems eligible for body armor.

3. I intend to exercise my right to keep and bear body armor for lawful purposes. Specifically, if allowed, I would purchase (and would have already purchased) Safe Life Defense Level IV armor, BulletSafe Level IV armor, or another body armor offering a similar level of protection.

4. I would immediately purchase and possess this armor (and would have done so already) were it not for Defendants' enforcement of New York's Ban. In light of Defendants' actions, including the credible threat of arrest, confiscation, prosecution, fines, and imprisonment arising from New York's Body Armor Ban and their recent actions to enforce it, I have refrained from acquiring Safe Life Defense or BulletSafe body armor.

5. My desire and intention to purchase body armor arose in large part from a close call I experienced in May 2020, as violent riots swept America's cities. I left work at the Buffalo Niagara Medical Campus on the evening of May 30, 2020, and took my normal route home through Niagara Square. Shortly after I drove through the square, a protest turned into a violent mob, accosting motorists and lighting a vehicle on fire, resulting in a state of emergency. I narrowly missed being surrounded by the mob. I desire to purchase body armor, in part so that I can keep it in my car in the event of similar civil unrest, which concerns me as the next presidential election approaches.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: September 27, 2024

Benjamin Heeter

# Exhibit N

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER, et al.

Plaintiffs,

v.

LETITIA JAMES, et al.

Defendants.

**DECLARATION OF JOSEPH WURTENBERG**

Civil Action No.:

1:24-cv-00623-JLS

I, Joseph Wurtenberg, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following pursuant to 28 U.S.C. §1746:

1. I am over the age of 18, a citizen of the United States, and otherwise legally eligible to purchase and possess body armor but for New York's Ban. I am a member of Firearms Coalition Policy, Inc. ("FPC").

2. I reside in Monroe County, New York. I am a 911 dispatcher in Downtown Rochester, and therefore I am not in a profession that New York deems eligible for body armor.

3. I intend to exercise my right to keep and bear body armor for lawful purposes. Specifically, if allowed, I would purchase (and would have already purchased) Safe Life Defense FRAS or HYPERLINE armor, or another body armor offering a similar level of protection.

4. I would immediately purchase and possess this armor (and would have done so already) were it not for Defendants' enforcement of New York's Ban. In light of Defendants' actions, including the credible threat of arrest, confiscation, prosecution, fines, and imprisonment arising from New York's Body Armor Ban and their recent actions to enforce it, I have refrained from acquiring Safe Life Defense FRAS or HYPERLINE armor.

5. I have multiple reasons why I desire and intend to purchase body armor. I work the graveyard shift as a 911 dispatcher in Downtown Rochester, which is a relatively high crime area, prone to random violence, and at times I feel unsafe commuting for the graveyard shift. I would like to have the option to wear body armor, or carry it in my car, while commuting to work, particularly during times of civil unrest. In addition, I desire to incorporate body armor into my firearms training equipment. If the Body Armor Ban and Defendants' enforcement thereof did not prevent me from doing so, I would wear body armor while practicing at the range or taking firearms classes, to protect myself from being injured by an accidental discharge, errant shot, or ricochet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: September 27, 2024

Joseph Wurtenberg

# Exhibit O

EXHIBIT O - COMPANIES SELLING BODY ARMOR PRODUCTS TO THE AMERICAN PUBLIC

| NO. | NAME OF COMPANY | WEBSITE |
|---|---|---|
| 1. | 221b Tactical | https://www.221btactical.com/ |
| 2. | 5.11 Tactical | https://www.511tactical.com/public-safety/plate-carriers.html?zmp=&msclkid=cb734af1c46d1801619c2c9a5ae9c72f |
| 3. | AA Shield Body Armor | https://store.aashield.com/ |
| 4. | Ace Link Armor | https://acelinkarmor.com/ |
| 5. | Adept Armor | https://www.ade.pt/ |
| 6. | Armor Importers of Texas | https://armorimportersoftexas.com/ |
| 7. | A Safe Pack | https://www.asafepack.com/ |
| 8. | Atomic Defense | https://www.atomicdefense.com/ |
| 9. | Bao Tactical | https://baotactical.com/ |
| 10. | Body Armor Megastore | https://bodyarmormegastore.com |
| 11. | Brownells | https://www.brownells.com/search/?page=1&search=armor |
| 12. | Bulletblocker | https://www.bulletblocker.com/ |
| 13. | Bulletproof Zone | https://bulletproofzone.com/ |
| 14. | BulletSafe Bulletproof Vests | https://bulletsafe.com/ |
| 15. | Byrna | https://byrna.com/collections/backpack-body-armor |
| 16. | Caliber Armor | https://caliberarmor.com/ |
| 17. | Canadian Armour Ltd | https://canarmor.ca/ |
| 18. | CATI | https://catiarmor.com/armor/ |
| 19. | Chase Tactical | https://www.chasetactical.com/ |
| 20. | Citizen Armor | http://citizenarmor.com/ |
| 21. | Compass Armor | https://compassarmor.com/ |
| 22. | Condor Outdoor | https://condoroutdoor.com/ |
| 23. | DFNDR Armor | https://dfndrarmor.com/ |
| 24. | Ferro Concepts | https://ferroconcepts.com/collections/armor |
| 25. | Galls | https://www.galls.com/galls-body-armor |
| 26. | Geary Defense | https://gearysecurity.com/who-we-are/# |
| 27. | GH Armor Systems | https://www.gharmor.com/ |
| 28. | Gladiator Solutions | https://gladiatorsolutions.com/ |
| 29. | Guard Dog Body Armor | https://gdbodyarmor.com/ |
| 30. | Guardian Gear | https://guardiangearusa.com/ |
| 31. | Hardcore Defense | https://hardcoredefense.com/collections/body-armor-and-helmets |
| 32. | Hardwire LLC | https://hardwirellc.com/ |
| 33. | Hesco | https://www.hesco.com/products/armor/ |
| 34. | High End Defense Solutions | https://hedsusa.com/ |
| 35. | Highcom Armor | https://www.highcomarmor.com/ |
| 36. | Hoplite Armor | https://www.hoplitearmor.com/ |
| 37. | HRT Tactical Gear | https://hrttacticalgear.com/body-armor/ |
| 38. | Infidel Armor | https://infidelbodyarmor.com/level-iii-10x12-1-plate-multi-curve-in-stock.html |

EXHIBIT O - COMPANIES SELLING BODY ARMOR PRODUCTS TO THE AMERICAN PUBLIC

| | | |
|---|---|---|
| 39. | Innocent Armor | https://innocentarmor.com/products/ballistic-backpack# |
| 40. | LBX Tactical | https://lbxtactical.com/ |
| 41. | Leatherback Gear | https://www.leatherbackgear.com/ |
| 42. | Legacy Safety and Security | https://legacyss.net/ |
| 43. | Level-4 Armor | https://level-4armor.com/ |
| 44. | MC Armor | https://mc-armor.com/ |
| 45. | Mira Safety | https://www.mirasafety.com/ |
| 46. | National Body Armor | https://nationalbodyarmor.com/ |
| 47. | Ncstar | https://www.ncstar.com/ |
| 48. | North American Rescue | https://www.narescue.com/ |
| 49. | Optics Planet | https://www.opticsplanet.com/armor-plates.html |
| 50. | Point Blank Body Armor | https://www.pointblankenterprises.com/point-blank-body-armor/ |
| 51. | Predator Armor | https://www.predatorarmor.com/ |
| 52. | Premier Body Armor | https://premierbodyarmor.com/ |
| 53. | Prime Armor | https://primearmor.us/product-category/body-armor/ |
| 54. | Protectagainst | https://protectagainst.com/collections/protectagainst |
| 55. | RMA Armament | https://rmadefense.com/ |
| 56. | RTS Tactical | https://rtstactical.com/collections/rts-tactical-products |
| 57. | Safe Life Defense | https://safelifedefense.com/ |
| 58. | Safeguard Armor | https://www.safeguardarmor.com/ |
| 59. | Security Pro USA | https://www.securityprousa.com/ |
| 60. | Shellback Tactical | https://www.shellbacktactical.com/ |
| 61. | Spartan Armor Systems | https://www.spartanarmorsystems.com/ |
| 62. | T.Rex Arms | https://www.trex-arms.com/product-category/Body-Armor/ |
| 63. | Tactical Scorpion Gear | https://tacticalscorpiongear.com/body-armor.html |
| 64. | Tacticon Armament | https://tacticon.com/ |
| 65. | Top Armor | https://toparmor.com/ |
| 66. | Tuffypacks | https://tuffypacks.com/ |
| 67. | U.S. Armor | https://www.usarmor.com/ |
| 68. | UARM | https://uarmprotection.com/ |
| 69. | Warrior Assault Systems | https://www.warriorassaultsystems.com/find-a-dealer/ |
| 70. | Westcoast Armor | https://westcoastarmor.com/ |
| 71. | White Horse Defense | https://whitehorsedefense.com/ |
| 72. | Wonder Hoodie | https://wonderhoodie.com/ |
| 73. | ZAHAL Armor | https://zahalarmor.com/contact-us/ |