UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BENJAMIN HEETER, et al.

                 Plaintiffs,

       v.

LETITIA JAMES, et al.

                Defendants.

_____

**DECLARATION OF NICOLAS J. ROTSKO IN SUPPORT OF PLAINTIFFS' MOTION FOR <u>SUMMARY JUDGMENT</u>**

Civil Action No.:

1:24-cv-00623-JLS

I, Nicolas J. Rotsko, Esq., hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following pursuant to 28 U.S.C. §1746:

1.     I am a partner with Fluet & Associates, PLLC, attorneys for Plaintiffs.

**A.    <u>Market Research on Body Armor Sales</u>**

2.     Multiple market research reports demonstrate that U.S. civilians spend millions of dollars each year on body armor, and that the civilian market segment is a key driver of overall body armor industry growth.

3.     **Exhibit 1** contains the Grand View Research 2026 Body Armor Market Report, with the data table for North America, 2021-2033.  **Exhibit 2** contains the receipt.

4.     **Exhibit 3** contains the Precedence Research 2023 North America Body Armor Market Report.  **Exhibit 4** contains the receipt.

5.     **Exhibit 5** contains Fortune Business Insights' discussion of the Body Armor Market in 2026.

6.      **Exhibit 6** contains Cognitive Market Research's discussion of the Body Armor Market in 2026.

**B.      Dictionaries Cited in *District of Columbia v. Heller***

7.      In *District of Columbia v. Heller*, 554 U.S. 570, 581 (2008), the Supreme Court observed

> Before addressing the verbs "keep" and "bear," we interpret their object: "Arms." The 18th-century meaning is no different from the meaning today. The 1773 edition of Samuel Johnson's dictionary defined "arms" as "[w]eapons of offence, or armour of defence." . . . Timothy Cunningham's important 1771 legal dictionary defined "arms" as "any thing that a man wears for his defence, or takes into his hands, or useth in wrath to cast or strike another."

8.      The Court also cited Noah Webster's *American Dictionary of the English Language* as having a similar definition.  *Heller*, 554 U.S. at 581.

9.      All three dictionaries referenced in *Heller* establish that the public and legal understanding of term "Arms" necessarily included defensive armor when the Second Amendment was ratified in 1791.

10.      **Exhibit 7** contains the relevant page from Samuel Johnson, 1 *Dictionary of the English Language* 107 (4th ed. 1773) (defining "arms" as "weapons of offence, or armour of defence" and "armour" as "defensive arms").

11.      **Exhibit 8** contains the relevant page from 1 Timothy Cunningham, *A New and Complete Law Dictionary* (1771) (defining "arms" as "any thing that a man wears for his defence or takes into his hands, or useth in wrath to cast at or strike another").

12.      **Exhibit 9** contains the relevant page from N. Webster, *American Dictionary of the English Language* (1828) (defining "arms" as "weapons of offense, or armor for defense and protection of the body" and "armor" as "defensive arms").

**C.**     <u>Additional Dictionaries Showing that "Arms" Encompasses Armor</u>

13.     From the decades preceding the Founding to today, more than a dozen dictionaries (both legal and general) beyond those cited in *Heller* likewise incorporated the concept of defensive armor or instruments as a fundamental aspect of the term "Arms." The following exhibits represent a non-exhaustive compilation of those sources.

14.     **Exhibit 10** contains the relevant pages from *A Pocket Dictionary or Complete English Expositor* (London, 1753) (defining "arms" as "all portable weapons" and "weapons" as "an offensive or defensive instrument").

15.     **Exhibit 11** contains the relevant pages from 1 *A New and Complete Dictionary of Arts and Sciences: Comprehending All the Branches of Useful Knowledge* (London, 1754) (defining "arms of defence" as "armour" and noting that "arms, in a legal sense, extend to any thing that a person wears for his own defence, or takes into his hand, and uses, in anger, to strike or throw at another").

16.     **Exhibit 12** contains the relevant page from Joseph Nicol Scott, *A New Universal Etymological English Dictionary* (London, 1755) (defining the verb "to arm" as "to put into, or furnish with armour of defence, or weapons of offence" and "unarmed" as "having no armour or weapons").

17.     **Exhibit 13** contains the relevant page from Giles Jacob, *A New Law-Dictionary: Containing the Interpretation and Definition of Words and Terms Used in the Law; as Also the Whole Law and Practice Thereof* (9th ed. 1772) (providing a single definition for "armour and arms" and noting, "In the understanding of law, are extended to any thing that

a man wears for his defence, or takes into his hands, or useth in anger to strike or cast at another").

18.    **Exhibit 14** contains the relevant page from Thomas Sheridan, *A Complete Dictionary of the English Language* (1790) (defining "arms" as "weapons of offence, or armour of defence" and "armour" as "defensive arms").

19.    **Exhibit 15** contains the relevant page from Joseph Worcester, *A Comprehensive Pronouncing and Explanatory Dictionary of the English* (1831) (defining "Armor" as "defensive arms for the body").

20.    **Exhibit 16** contains the relevant page from J.J.S. Wharton, *The Law Lexicon, on Dictionary of Jurisprudence* (1848) (providing a single definition for "armour and arms" as "things which a person wears for defence , or takes in hand, or uses in anger to strike or cast at another"; defining the Latin phrase "*Armorum appellation, non solum scuta et gladii, et galese, sed et fustes et lapides continentur*" as "Under the words arms are included not only shields and swords and helmets, but also clubs and stones").

21.    **Exhibit 17** contains the relevant page from William G. Webster, *A Primary-School Pronouncing Dictionary of the English Language* (1848) (defining "armor" as "defensive arms").

22.    **Exhibit 18** contains the relevant page from Malachy Postlethwayt, *The Universal Dictionary of Trade and Commerce* (1851) (supplying under the definition of "arms" a

list of prohibited merchandise in France, which included "Cuirasses"[1] and "Helmets"[2];

referring to "Armor" or "Armour" as "defensive arms"; defining "Armourer" as "he that

makes arms," which included "all sorts of armour for men, and especially corslets,[3]

cuirasses, gorgets,[4] tassies,[5] brassets,[6] gantlets,[7] cuisses,[8] and all covers for the legs; head-

pieces, burganets[9] for horsemen, burgainets and murrians[10] for the infantry, both slight, and

shot-proof; and all kinds of armour for justs and tournaments").

23.    **Exhibit 19** contains the relevant page from John Bouvier, 1 *A Law*

*Dictionary Adapted to the Constitution and Laws of the United States of America* (12th ed. 1868)

---

[1] "The cuirass was originally a breastplate of leather as its name implies. Later it was made of bronze and finally of steel. Both back and breast are often included in the term." George Cameron Stone, *A Glossary of the Construction, Decoration and Use of Arms and Armor in All Countries and in All Times* 196 (1999) ("Stone").

[2] A "Helmet" is "Generally any headpiece, specifically the open headpiece of the time of the Norman conquest." Stone, at 289.

[3] A "Corslet" originally "meant leather armor . . . . [l]ater its meaning was strictly plate armor for the body only." Stone, at 192.

[4] A "Gorget" was "Armor for the neck." Stone, at 250.

[5] "Taces" were "laminated defenses for the thighs" that were similar to "Tassets," which were "Protections of plate for the thighs made of a single plate, or of several narrow plate flexibly connected by straps and rivets." Stone, at 598, 606.

[6] A "Brasset" or "Brassard" was "Plate armor for the entire arm. They are divided into several parts of which the most important are—the *vambrace* or *avantbras* for the forearm, the *elbow cop* or *coudiere* for the elbow; and the *rerebrace* or *arrierebras* for the upper arm. The *shoulder cop*, *pauldron* or *epauliere* which covered the shoulder, and often a large part of the breast and back, was usually considered a part of the arm guard." Stone, at 142.

[7] A "Gauntlet" was "Armor for the hands." Stone, at 245.

[8] "Cuisses" were "Defenses for the thighs." Stone, at 196–97.

[9] A "Burgonet" was "a close-fitting 16th century helmet with cheek guards." Merriam-Webster Online (last visited January 30, 2025), https://www.merriam-webster.com/dictionary/burgonet.

[10] A "Morion" was "A light, open headpiece with a high comb and a brim forming high peak front and back, and turned down at the sides." Stone, at 457.

(defining "arms" as "Any thing that a man wears for his defence, or takes in his hands, or uses in his anger, to cast at, or strike at another").

24.    **Exhibit 20** contains the relevant page from Malachy Postlethwayt, 1 *The Universal Dictionary of Trade and Commerce* (1874) (supplying under the definition of "arms" a list of prohibited merchandise in France, which included "Cuirasses" and "Helmets"; referring to "Armor" or "Armour" as "defensive arms"; defining "Armourer" as "he that makes arms," which included "all sorts of armour for men, and especially corslets, cuirasses, gorgets, tassies, brassets, gantlets, cuisses, and all covers for the legs; head-pieces, burganets for horsemen, burgainets and murrians for the infantry, both slight, and shot-proof; and all kinds of armour for justs and tournaments").

25.    **Exhibit 21** contains the relevant page from Henry Campbell Black, *A Dictionary of Law Containing Definitions of the Terms and Phrases of American and English Jurisprudence Ancient and Modern* (1st ed. 1891) (defining "Arma" as "Arms; weapons, offensive and defensive; armour" and "Arms" as "Anything that a man wears for his defense, or takes in his hands as a weapon.").

26.    **Exhibit 22** contains the relevant pages from 1 *The Century Dictionary and Cyclopedia* (1901) (defining "arm," in part, as "Armor; covering the body intended against weapons of war").

27.    **Exhibit 23** contains the relevant pages from 1 *Oxford English Dictionary* (1st ed. 1913) (defining "arm" as "Defensive and offensive outfit for war, things used in fighting" and "Defensive covering or appendages for the body; armour, mail").

28.     **Exhibit 24** contains the relevant pages from 1 *Oxford English Dictionary* (2d ed. 1989) (defining "arms" as "defensive and offensive outfit for war, things used in fighting. Defensive covering or appendages for the body; armour, mail").

29.     **Exhibit 25** contains the relevant pages from Black's Law Dictionary (6th ed. 1990) (defining "Arms" as "Anything that a man wears for his defense, or takes in his hands as a weapon.").

**D.    Legal Texts, Business Records, and Treatises Showing that "Arms" Encompasses Armor**

30.     For centuries leading up to and after the Second Amendment's ratification in 1791, legal texts, business records, and treatises from England, the Colonies, and the United States incorporated the concept of defensive armor under the umbrella term "Arms." The following represents a non-exhaustive list of some of those materials, showing a consistent public and legal understanding of the term for more than 600 years.

31.     **Exhibit 26** contains a copy of *The Assize of Arms (1181), reprinted in Sources of English Constitutional History* 85–87 (Carl Stephenson & Frederick George Marcham, eds., 1937) (requiring "every free layman" to have "arms," including either "a shirt of mail, a helmet, a shield, and a lance" or "a hauberk,[11] an iron cap, and a lance").

32.     **Exhibit 27** contains a copy of *The Statute of Winchester*, 13 Edw. 1 St. 2 (1285), *reprinted in Sources of English Constitutional History* 174 (Carl Stephenson & Frederick George Marcham, eds., 1937) (commanding "that every man have in his house arms for keeping the peace," including a "hauberk," "haubergeon,"[12] and "helmet of iron").

---

[11] A "Hauberk" was "The long coat of mail that was the principal defense of the kings of the 11th, 12th and 13th centuries." Stone, at 286.

[12] A "Haubergeon" was "A short hauberk of the 11th century." Stone, at 286.

33.    **Exhibit 28** contains the relevant pages from "Dale's Code" in *For the Colony in Virginea Britannia: Laws Divine, Morall and Martiall, &c.* 32 (London 1612) ("Hee shall not suffer in his Garrison any Souldier to enter into Guard, or to bee drawne out into the field, without being armed according to the Marshals order, which is that every shot shall either be furnished with a quilted coate of Canvas, a headpiece, and a sword, or else with a light Armor, and Bases quilted, with which hee shall be furneished: and every Targiteer with his Bases to the small of his legge, and his headpeece, sword and pistol, or Scuppet provided for that end. And likewise every Officer armed as before, with a firelocke, or Snaphause, headpeace, and a Target[.][13]").

34.    **Exhibit 29** contains the relevant pages from *For the Colony in Virginea Britannia: Laws Divine, Morall and Martiall, &c.* 59 (London 1612) ("Such Armes as he is appointed to serve with, whither Musket, Caliuer or Target, let him be very diligent to use all his industrie to excel in the use of them, for thereby he may conserve his own life and his fellows[.]").

35.    **Exhibit 30** contains the relevant page from 3 *The Records of the Virginia Company of London* 171 (Kingsbury, ed. 1933) (August 4, 1619: "That no man do sell or give any Indians any piece shott or poulder, or any other armes, offensive or defensive upon paine of being held a Traytour to the Colony, and of being hanged as soon as the facte is proved, without all redemption.").

36.    **Exhibit 31** contains the relevant pages from 3 *The Records of the Virginia Company of London* 577–78 (Kingsbury, ed. 1933) (1622: listing "One Armour compleat,

---

[13] A "Target" was "A round shield with loops on the back through one of which the arm was passed while the other was grasped in by the hand." Stone, at 605.

light" under "Armes" in the "List of Requisites" of items to possess "for their better support at their first landing in Virginia").

37.    **Exhibit 32** contains the relevant pages from 3 *The Records of the Virginia Company of London* 614, 676 (Kingsbury, ed. 1933) (September 1622: reporting the Council of Virginia were sent out of the royal treasury "2000 skulls of iron, 100 brigandines,[14] 40 plate Coats and 400 shirts[] and Coate of Maile" in response to a petition to the king for "Armes and munitione").

38.    **Exhibit 33** contains the relevant page from 3 *The Records of the Virginia Company of London* 665 (Kingsbury, ed. 1933) (July 1622: listing "Brigandynes,    . . . Plate Coates," "Jacks of plate,"[15] "Shirts of Male," and "Targetts, & Bucklers"[16] as part of the "Armes in the Tower").

39.    **Exhibit 34** contains the relevant page from 1 *Records of the Governor and Company of the Massachusetts Bay in New England* 31 (Nathaniel B. Shurtleff ed., 1853) (March 6, 1628: purchase agreement with a London armorer for "20 armes, viz, coslett, brest, back, culet, gorgett, tases & hed peece to ech, varnished all black, with lethers & bucklers, at 17s ech armour, excepting 4, which are to bee with closed head peeces, & theis 4 armours at 24, a peece").

---

[14] A "Brigandine" was "medieval body armor of scales or plates." Merriam-Webster Online (last visited January 30, 2025), https:// www.merriam-webster.com/dictionary/brigandine.

[15] A "Jack" was "Body armor" that included "either a padded coat, or one interlined with mailplates or horn." Stone, at 310.

[16] A "Buckler" was "A shield or more especially the small, round shield held in the left hand when fencing." Stone, at 150.

40.    **Exhibit 35** contains the relevant pages from Michael Dalton, *The County of Justice: Containing the Practice of the Justices of the Peace, as well in, as out of the Sessions*, ch. IX (1715) ("If any person shall ride or go armed offensively before the King's Justices, or any other the King's Officers or Ministers doing their Office, or in Fairs, Markets or elsewhere (by night or by day) in Affray of the King's People . . . [S]aid Justice of the Peace (as also every Constable) may seize and take away their Armour and other Weapons . . . So of such as shall carry any Guns, Daggs or Pistols that be charged, or that shall go apparelled with privy Coats or Doublets,[17] the Justice may cause them to find Sureties for the Peace, and may take away such Weapons[.]").

41.    **Exhibit 36** contains the relevant pages from 1 William Hawkins, *A Treatise of the Pleas of the Crown: Or a System of the Principal Matters Relating to That Subject, Digested Under Their Proper Heads* ch. 63, § 9, p. 136 (London 1716) ("And from the same Ground it also follows That Persons armed with privy Coats of Mail to the Intent to defend themselves against their Adversaries are not within the Meaning of [the Statute of Northampton], because they do nothing in terrorum Populi.").

42.    **Exhibit 37** contains the relevant pages from Sir Matthew Hale, 1 *The History of the Pleas of the Crown* 145–46, 149 (1736) (employing the Latin phrase "armis defensivis et offensivis" to describe the state of men in a "posture of war," marking a distinction between "offensive arms" and "defensive arms").

43.    **Exhibit 38** contains the relevant page from William Blackstone, *Commentaries on the Laws of England*, Book the First, 410–11 (1765–1769) ("In the mean time

---

[17] A "Doublet" was "A padded garment of some heavy material, usually leather. . . . It was padded to act as a cushion to blows struck on the armor." Stone, at 14.

we are not to imagine that the kingdom was left wholly without defence in case of domestic insurrections, or the prospect of foreign invasions. Besides those who by their military tenures were bound to perform forty days' service in the field, first the assize of arms, enacted 27 Hen. II., and afterwards the statute of Winchester, under Edward I., obliged every man, according to his estate and degree, to provide a determinate quantity of such arms as were then in use, in order to keep the peace, and constables were appointed in all hundreds by the latter statute, to see that such arms were provided.").

44.     **Exhibit 39** is a copy of the *Treaty of Amity and Commerce Between the United States of America and His Most Christian Majesty*, 8 Stat. 12, art. XXIV (Feb. 6, 1778) ("This liberty of navigation and commerce shall extend to all kinds of merchandizes, excepting those only which are distinguished by the name of contraband, and under this name of contraband or prohibited goods, shall be comprehended arms, great guns, bombs with the fuzes, and other things belonging to them, cannon ball, gunpowder, match, pikes, swords, lances, spears, halberds, mortars, petards, grenades, saltpetre, muskets, musket ball, *bucklers, helmets, breast plates, coats of mail, and the like kind of arms*, proper for arming soldiers . . . and all other warlike instruments whatever." (emphasis added)).

**E.     Literary and Religious Texts Showing that "Arms" Encompasses Armor**

45.     Beyond dictionaries and legal documents, the historical record is replete with examples from texts used by the public—both secular and religious— recognizing that defensive armor is subsumed under the broader term "Arms." As the following examples demonstrate, the same popular and general understanding remains applicable, even today.

46.     **Exhibit 40** contains the relevant page from 1 *Winthrop's Journal: "History of New England" 1630–1649* 191 (Hosmer, ed., 1908) ("'Armed,' that is, provided with defensive armor.").

47.     **Exhibit 41** contains the relevant page from John Wilkins, *An Essay Towards a Real Character and a Philosophical Language* 278 (London 1668) (clarifying the difference between "weapon," which referred to "arms offensive," and "armour," which referred to "defensive arms").

48.     **Exhibit 42** contains the relevant pages from *The Birth, Parentage, and Education, of Praise—God Barebone* ii (1766) ("Why then must I alone to insult yield, And use no arms but the defensive shield?").

49.     **Exhibit 43** contains the relevant pages from M. Thomas, 1 *Essay on the Character, Manners, and Genius of Women in Different Ages* 89–90 (1774) ("[T]hat, under Mahomet II. a girl of the isle of Lemnos, armed with the sword and shield of her father, who had fallen in battle, opposed the Turks, when they had forced a gate, and chased them to the shore.").

50.     **Exhibit 44** contains the relevant pages from William Dunlap, *The Archers, or Mountaineers of Switzerland* 16 (1796) ("William Tell is discovered adjusting his Arms—a Helmet, a Cuirass, Cross-bow and Pike lying around.").

51.     **Exhibit 45** contains the relevant page from William Robertson, 2 *The History of America* 221 (1798) ("Pizarro, with no other arms than his sword and buckler, defended the entry, and supported by his half-brother Alcantara, and his little knot of friends, he maintained the unequal contest with intrepidity worthy of his past exploits, and with the vigour of a youthful combatant.").

52.   **Exhibit 46** contains the relevant page from Thomas Pennant, 4 *The View of Hindoostan* 167 (1798) ("Their weapons were spears, scymetars, poisoned darts blown out of tubes, and even matchlocks, as early as the year 1598, which last they probably got from the Portuguese, their first masters: their defensive arms were shields, very long and narrow.").

53.   **Exhibit 47** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 88 (Bibliophile ed. 1893) (1819) ("'A knight, clad in sable armour, is the most conspicuous,' said the Jewess; 'he alone is armed from head to heel, and seems to assume the direction of all around him.' 'What device does he bear on his shield?' replied Ivanhoe. 'Something resembling a bar of iron, and a padlock painted blue on the black shield.'").

54.   **Exhibit 48** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 91–92 (Bibliophile ed. 1893) (1819) ("Meanwhile, spectators of every description thronged forward to occupy their respective stations, and not without many quarrels concerning those which they were entitled to hold. Some of these were settled by the men-at-arms with brief ceremony; the shafts of their battle-axes, and pummels of their swords, being readily employed as arguments to convince the more refractory. Others, which involved the rival claims of more elevated persons, were determined by the heralds, or by the two marshals of the field, William de Wyvil, and Stephen de Martival, who, armed at all points, rode up and down the lists to enforce and preserve good order among the spectators.").

55.   **Exhibit 49** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 101 (Bibliophile ed. 1893) (1819) ("'Care not thou for such reports,' said the Templar; 'but let us think of making good the castle.—How fought these villain yeomen on

- 13 -

thy side?' 'Like fiends incarnate,' said De Bracy. 'They swarmed close up to the walls, headed, as I think, by the knave who won the prize at the archery, for I knew his horn and baldric. And this is old Fitzurse's boasted policy, encouraging these malapert knaves to rebel against us! Had I not been armed in proof, the villain had marked me down seven times with as little remorse as if I had been a buck in season. He told every rivet on my armour with a cloth-yard shaft, that rapped against my ribs with as little compunction as if my bones had been of iron—But that I wore a shirt of Spanish mail under my plate-coat, I had been fairly sped.' 'But you maintained your post?' said the Templar. 'We lost the outwork on our part.'").

56.     **Exhibit 50** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 107–08 (Bibliophile ed. 1893) (1819) ("The heralds finished their proclamation with their usual cry of "Largesse, largesse, gallant knights!" and gold and silver pieces were showered on them from the galleries, it being a high point of chivalry to exhibit liberality towards those whom the age accounted at once the secretaries and the historians of honour. The bounty of the spectators was acknowledged by the customary shouts of "Love of Ladies—Death of Champions—Honour to the Generous—Glory to the Brave!" To which the more humble spectators added their acclamations, and a numerous band of trumpeters the flourish of their martial instruments. When these sounds had ceased, the heralds withdrew from the lists in gay and glittering procession, and none remained within them save the marshals of the field, who, armed cap-a-pie,[18] sat on horseback, motionless as statues, at the opposite ends of the lists. Meantime, the enclosed space at the northern extremity of the lists, large as it was, was now completely crowded with knights desirous to

---

[18] "Armed cap-a-pie" means fully clad in armor, from head to toe.

- 14 -

prove their skill against the challengers, and, when viewed from the galleries, presented the appearance of a sea of waving plumage, intermixed with glistening helmets, and tall lances, to the extremities of which were, in many cases, attached small pennons of about a span's breadth, which, fluttering in the air as the breeze caught them, joined with the restless motion of the feathers to add liveliness to the scene.").

57.    **Exhibit 51** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 115 (Bibliophile ed. 1893) (1819) ("When the barbican was carried, the Sable Knight sent notice of the happy event to Locksley, requesting him at the same time, to keep such a strict observation on the castle as might prevent the defenders from combining their force for a sudden sally, and recovering the outwork which they had lost. This the knight was chiefly desirous of avoiding, conscious that the men whom he led, being hasty and untrained volunteers, imperfectly armed and unaccustomed to discipline, must, upon any sudden attack, fight at great disadvantage with the veteran soldiers of the Norman knights, who were well provided with arms both defensive and offensive; and who, to match the zeal and high spirit of the besiegers, had all the confidence which arises from perfect discipline and the habitual use of weapons.").

58.    **Exhibit 52** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 118–19 (Bibliophile ed. 1893) (1819) ("The gigantic Front-de-Bœuf, armed in sable armour, was the first who took the field. He bore on a white shield a black bull's head, half defaced by the numerous encounters which he had undergone, and bearing the arrogant motto, "Cave, Adsum". Over this champion the Disinherited Knight obtained a slight but decisive advantage. Both Knights broke their lances fairly, but Front-de-Bœuf, who lost a stirrup in the encounter, was adjudged to have the disadvantage.").

59.   **Exhibit 53** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 164 (Bibliophile ed. 1893) (1819) ("It was a goodly, and at the same time an anxious, sight, to behold so many gallant champions, mounted bravely, and armed richly, stand ready prepared for an encounter so formidable, seated on their war-saddles like so many pillars of iron, and awaiting the signal of encounter with the same ardour as their generous steeds, which, by neighing and pawing the ground, gave signal of their impatience.").

60.   **Exhibit 53** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 164 (Bibliophile ed. 1893) (1819) ("As yet the knights held their long lances upright, their bright points glancing to the sun, and the streamers with which they were decorated fluttering over the plumage of the helmets. Thus they remained while the marshals of the field surveyed their ranks with the utmost exactness, lest either party had more or fewer than the appointed number. The tale was found exactly complete. The marshals then withdrew from the lists, and William de Wyvil, with a voice of thunder, pronounced the signal words—"Laissez aller!" The trumpets sounded as he spoke—the spears of the champions were at once lowered and placed in the rests—the spurs were dashed into the flanks of the horses, and the two foremost ranks of either party rushed upon each other in full gallop, and met in the middle of the lists with a shock, the sound of which was heard at a mile's distance. The rear rank of each party advanced at a slower pace to sustain the defeated, and follow up the success of the victors of their party.").

61.   **Exhibit 54** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 291–92 (Bibliophile ed. 1893) (1819) ("Men of their precarious course of life change readily from the banquet to the battle; and, to Richard, the exchange seemed but a

succession of pleasure. He called for his helmet and the most cumbrous parts of his armour, which he had laid aside; and while Gurth was putting them on, he laid his strict injunctions on Wilfred, under pain of his highest displeasure, not to engage in the skirmish which he supposed was approaching. 'Thou hast fought for me an hundred times, Wilfred,—and I have seen it. Thou shalt this day look on, and see how Richard will fight for his friend and liegeman.' In the meantime, Robin Hood had sent off several of his followers in different directions, as if to reconnoitre the enemy; and when he saw the company effectually broken up, he approached Richard, who was now completely armed, and, kneeling down on one knee, craved pardon of his Sovereign. 'For what, good yeoman?' said Richard, somewhat impatiently. 'Have we not already granted thee a full pardon for all transgressions? Thinkest thou our word is a feather, to be blown backward and forward between us? Thou canst not have had time to commit any new offence since that time?'").

62.      **Exhibit 55** contains the relevant pages from Sir Walter Scott, *Ivanhoe: A Romancer* 324 (Bibliophile ed. 1893) (1819) ("At length the drawbridge fell, the gates opened, and a knight, bearing the great standard of the Order, sallied from the castle, preceded by six trumpets, and followed by the Knights Preceptors, two and two, the Grand Master coming last, mounted on a stately horse, whose furniture was of the simplest kind. Behind him came Brian de Bois-Guilbert, armed cap-a-pie in bright armour, but without his lance, shield, and sword, which were borne by his two esquires behind him. His face, though partly hidden by a long plume which floated down from his barrel-cap, bore a strong and mingled expression of passion, in which pride seemed to contend with irresolution. He looked ghastly pale, as if he had not slept for several nights, yet reined his pawing war-horse with the habitual ease and grace proper to the best lance of the Order of the Temple. His

general appearance was grand and commanding; but, looking at him with attention, men read that in his dark features, from which they willingly withdrew their eyes.").

63.    **Exhibit 56** contains the relevant pages from Alfred, Lord Tennyson, *The Marriage of Geraint: Geraint and Enid* 9:280–292 (London, 1892) ("Speak, if ye be not like the rest, hawk-mad, Where can I get me harbourage for the night? And arms, arms, arms to fight my enemy? Speak! Whereat the armourer turning all amazed And seeing one so gay in purple silks, Came forward with the helmet yet in hand And answer'd, 'Pardon me, O stranger knight; We hold a tourney here to-morrow morn, And there is scantly time for half the work. Arms? Truth! I know not: all are wanted here. Harbourage? Truth, good truth, I know not, save, It may be at Earl Yniol's, o'er the bridge Yonder.' He spoke and fell to work again.").

64.    **Exhibit 57** contains the relevant pages from Alfred, Lord Tennyson, *The Marriage of Geraint: Geraint and Enid* 28:76–30:129 (London, 1892) ("He made a wrathful answer: 'Did I wish Your warning or your silence? one command I laid upon you, not to speak to me, And thus ye keep it! Well then, look–for now, Whether ye wish me victory or defeat, Long for my life, or hunger for my death, Yourself shall see my vigour is not lost.' Then Enid waited pale and sorrowful, And down upon him bare the bandit three. And at the midmost charging, Prince Geraint Drave the long spear a cubit through his breast And out beyond; and then against his brace Of comrades, each of whom had broken on him A lance that splintered like an icicle, Swung from his brand a windy buffet out Once, twice, to right, to left, and stunned the twain Or slew them, and dismounting like a man That skins the wild beast after slaying him, Stript from the three dead wolves of woman born The three gay suits of armour which they wore, And let the bodies lie, but bound the suits Of armour

on their horses, each on each, And tied the bridle-reins of all the three Together, and said to her, 'Drive them on Before you;' and she drove them through the waste. He followed nearer; ruth began to work Against his anger in him, while he watched The being he loved best in all the world, With difficulty in mild obedience Driving them on: he fain had spoken to her, And loosed in words of sudden fire the wrath And smouldered wrong that burnt him all within; But evermore it seemed an easier thing At once without remorse to strike her dead, Than to cry 'Halt,' and to her own bright face Accuse her of the least immodesty: And thus tongue-tied, it made him wroth the more That she COULD speak whom his own ear had heard Call herself false: and suffering thus he made Minutes an age: but in scarce longer time Than at Caerleon the full-tided Usk, Before he turn to fall seaward again, Pauses, did Enid, keeping watch, behold In the first shallow shade of a deep wood, Before a gloom of stubborn-shafted oaks, Three other horsemen waiting, wholly armed, Whereof one seemed far larger than her lord, And shook her pulses, crying, 'Look, a prize! Three horses and three goodly suits of arms, And all in charge of whom? a girl: set on.' 'Nay,' said the second, 'yonder comes a knight.' The third, 'A craven; how he hangs his head.' The giant answered merrily, 'Yea, but one? Wait here, and when he passes fall upon him.'").

65.    **Exhibit 58** contains the relevant page from 1 *Samuel* 17:5–7 (King James, 1611) (describing Goliath as having a "helmet of brass upon his head, and he was armed with a coat of mail; and the weight of the coat was five thousand shekels of brass. And he had greaves of brass upon his legs, and a target of brass between his shoulders. And the staff of his spear was like a weaver's beam; and his spear's head weighed six hundred shekels of iron; and one bearing a shield went before him.").

66.     **Exhibit 59** contains the relevant page from 1 *Samuel* 17:5–7 (English Standard Version, 2001) ("[Goliath] has a helmet of bronze on his head, and he was armed with a coat of mail, and the weight of the coat was five thousand shekels of bronze. And he had bronze armor on his legs, and a javelin of bronze slung between his shoulders. The shaft of his spear was like a weaver's beam, and his spear's head weighed six hundred shekels of iron.").

67.     **Exhibit 60** contains the relevant page from 1 *Samuel* 17:38 (King James, 1611) ("And Saul armed David with his armour, and he put an helmet of brass upon his head; also he armed him with a coat of mail.").

68.     **Exhibit 61** contains the relevant page from 1 *Chronicles* 12:23–24 (King James, 1611) ("And these are the numbers of the bands that were ready armed to the war, and came to David to Hebron, to turn the kingdom of Saul to him, according to the word of the Lord. The children of Judah that bare shield and spear were six thousand and eight hundred, ready armed to the war.").

69.     **Exhibit 62** contains the relevant page from 1 *Chronicles* 12:23–24, 34 (English Standard Version, 2001) ("These are the numbers of the divisions of the armed troops who came to David in Hebron to turn the kingdom of Saul over to him, according to the word of the Lord. The men of Judah bearing shield and spear were 6,800 armed troops. . . . Of Naphtali 1,000 commanders with whom were 37,000 men armed with shield and spear.").

70.     **Exhibit 63** contains the relevant page from 2 *Chronicles* 17:17 (King James, 1611) ("And of Benjamin: Eliada a mighty man of valour, and with him armed men with bow and shield two hundred thousand.").

71.    **Exhibit 64** contains the relevant page from 2 *Chronicles* 17:17 (English Standard Version, 2001) ("Of Benjamin: Eliada, a mighty man of valor, with 200,000 men armed with bow and shield[.]").

****

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct to the best of my knowledge.

Dated: March 27, 2026

Nicolas J. Rotsko, Esq.