# Exhibit 1



# Body Armor Market

## RESEARCH METHODOLOGY



Grand View Research is a market research and consulting company that provides syndicated research reports, customized research reports, and consulting services. To help clients make informed business decisions, we offer market intelligence studies ensuring relevant and fact-based research across a range of industries including healthcare, technology, chemicals, materials, and energy.

With a deep-seated understanding of many business environments, Grand View Research provides strategic objective insights. We periodically update our market research studies to ensure our clients get the most recent, relevant, and valuable information. Grand View Research has a strong base of analysts and consultants from assorted areas of expertise. Our industry experience and ability to zero-in on the crux of any challenge gives you and your organization the ability to secure a competitive advantage.

# Body Armor Market

## RESEARCH METHODOLOGY

*Copyright © 2026 Grand View Research, Inc., USA*

*All Rights Reserved. This document contains highly confidential information and is the sole property of Grand View Research. No part of it may be circulated, copied, quoted, or otherwise reproduced without the approval of Grand View Research.*

CHAPTER 01

# Research Methodology

## 1.1 Methodology

Our analysis and market estimation for the "*Body Armor Market*" leveraged a thoroughly designed, multi-tiered research approach that incorporated both macro and micro factors influencing the body armor ecosystem. This approach was centered around a data triangulation process that integrated insights from secondary research, primary interviews, and proprietary data sources to ensure accuracy and reliability in market sizing and forecasts.

Key Steps in Methodology:

- **Comprehensive Secondary Research:** Secondary research formed the backbone of our study. It included the following stages:

  o *Internal Research:* Utilizing proprietary databases, historical data, and prior analyses across personal protective equipment (PPE), defense equipment, ballistic protection systems, and law enforcement gear markets.

  o *External Research***:** Incorporating verified information from:

    ▪ Government and regulatory publications

    ▪ Trade journals, industry reports, and whitepapers on ballistic protection technologies, defense modernization, and law enforcement equipment procurement

    ▪ Paid third-party data sources such as technical reports, market studies, and platforms like S&P Global Market Intelligence

Quantitative aspects of the study, including historical market data (2021–2024), were meticulously compiled and refined using these sources.

- **Extensive Primary Research:** Our primary research involved structured interviews with key market stakeholders, ensuring practical and on-ground validation. Interviewees included:

  o Body armor manufacturers and suppliers (including global and regional vendors)

  o Defense contractors, law enforcement procurement agencies, and material technology providers

Body Armor Market – Research Methodology

©*Grand View Research, Inc., USA. All Rights Reserved*

Insights from these interviews were essential in authenticating secondary data, refining assumptions, and identifying emerging trends. The perspectives from key industry participants ensured our estimates reflected both ground realities and industry confidence.

*Kindly note the company has its own proprietary database as well as access to verified paid data sources; however, owing to the confidentiality and the competitive nature of this information, together with the company's non-disclosure policy, does not allow us to provide you the exact references, page numbers and other attributes as requested concerning these paid databases.*

- **Market Segmentation and Breakdown:** The market sizing process involved breaking the overall body armor market into micro-segments to capture the industry's granular details. Revenue estimates were derived by analyzing the following:

  o Company annual reports, financials, and historical sales data for key body armor manufacturers.

  o Revenue contributions based on end-user segment, and regional presence.

  o Inclusion of associated services (customization, integration, maintenance)

**Research Validation and Refinement:** *Our iterative approach ensured the accuracy of market estimates through exhaustive validation cycles, which included:*

  o *Cross-verifying all quantitative findings through triangulation, referencing multiple reliable sources.*

  o *Continuous refinements of estimates and forecasts through insights gathered during primary interactions.*

### 1.1.1 BODY ARMOR MARKET – KEY PARAMETERS CONSIDERED WHILE MARKET SIZING

- **Technology Penetration:** Adoption of advanced materials such as aramid fibers (Kevlar), UHMWPE, and ceramic composites enabling improved ballistic resistance and lightweight protection

- **Competitive Landscape:** Major body armor manufacturers, their market shares, regional presence, and product portfolios across military, law enforcement, and civilian segments

- **Pricing Models:** Procurement-based pricing driven by government tenders, bulk contracts, and long-term defense agreements, along with customized solutions for specific end-users

- **Service Components:** Customization, integration with tactical gear, maintenance, and replacement services included alongside product revenue where relevant

- **Defense & Security Investments:** Government spending on military modernization, homeland security, and law enforcement equipment procurement

- **Operational Requirements:** Increasing need for lightweight, high-protection armor with enhanced mobility and ergonomic design

- **Ballistic Standards & Certifications:** Compliance with NIJ (National Institute of Justice), NATO, and country-specific ballistic standards, which directly influence product development, pricing, and adoption across regions

- **Procurement Dynamics:** Dependence on defense tenders, public safety procurement programs, and multi-year contract cycles, impacting revenue visibility and market entry barriers

- **Threat-Level Requirements:** Demand driven by protection needs against handgun, rifle, and multi-threat environments (ballistic, stab, spike), varying by region and application

- **Product Lifecycle & Replacement Rates:** Recurring demand based on armor degradation, replacement cycles (typically 3–5 years), and periodic upgrades to advanced protection systems

- **Raw Material Supply Chain:** Availability, cost, and supply dynamics of key materials such as aramid fibers, UHMWPE, and advanced ceramics, impacting production capacity and pricing trends

### 1.1.2 BODY ARMOR MARKET – KEY PARAMETERS CONSIDERED WHILE FORECASTING

- **Market Drivers and Growth Enablers:** Rising geopolitical tensions, increasing defense budgets, and growing demand for personal protection across military, law enforcement, and civilian sectors.

- **Regulatory and Compliance Trends:** Stringent ballistic certification standards (NIJ, NATO) and evolving safety regulations influencing product adoption and market entry.

- **Enterprise & End-User Trends:** Adoption patterns across armed forces, police departments, private security firms, and civilian users, with increasing focus on modernization and advanced protection

- **Technological Advancements:** Development of lightweight armor systems, nanomaterials, advanced ceramics, and hybrid protection solutions enhancing performance and comfort.

- **Economic and Regional Factors:** Defense expenditure trends, internal security challenges, geopolitical conflicts, and regional modernization programs

- **Competitive Dynamics:** Entry of new manufacturers, strategic partnerships, mergers, and long-term defense contracts shaping market competition

- **Procurement & Pricing Models:** Shift toward long-term contracts, framework agreements, and bulk procurement strategies driven by government and institutional buyers

- **Potential Market Saturation:** Mature defense markets with established procurement cycles versus emerging economies with increasing investments in personal protection.

- **Operational Efficiency Requirements:** Growing demand for ergonomic, lightweight, and multi-functional armor systems to improve mobility and operational effectiveness.

- **Threat Evolution & Combat Requirements:** Increasing complexity of threats (high-velocity ammunition, asymmetric warfare, urban combat) driving demand for advanced protection solutions.

- **Replacement Demand & Upgrade Cycles:** Continuous replacement and upgrading of armor systems due to wear, evolving standards, and technological improvements.

- **Material Innovation Trends:** Advancements in next-generation fibers, composite materials, and manufacturing techniques improving durability and reducing weight.

- **Supply Chain & Manufacturing Constraints:** Dependence on specialized raw materials and global supply chain stability impacting production timelines and pricing.

- **Vendor Ecosystem Growth:** Strategic collaborations between body armor manufacturers, defense agencies, raw material suppliers, and system integrators influencing market expansion.

V0.1    ©Grand View Research, Inc., USA. All Rights Reserved

## 1.2 Information Analysis



*Fig.1 Research Process*

**PRIMARY RESEARCH**

Primary interviews with industry experts, freelance consultants, manufacturers, distributors and resellers & end users. Interviews are largely based on tele-interviews and online surveys

**INFORMATION PROCUREMENT**

The stage involves the procurement of market data or related information via different sources & methodologies such as primary interviews, paid and internal databases and secondary sources

**PURCHASED DATABASE**

We buy access to paid databases like Hoover's and Factiva to gain access to company financials, industry information, and industry journal publications

**SECONDARY SOURCES**

Includes government statistics published published by organizations like World Bank, consumer forum publications, EE Times, company filings, investor documents, whitepapers and use cases

**GVR'S INTERNAL DATABASE**

Includes historic market databases, case studies, internal audit reports, & archives. Pertinent data such as average selling price, manufacturing cost, shipments etc. are also taken into account. We have a dedicated team of analysts updating & maintaining these databases

**THIRD PARTY PERSPECTIVE**

Analysis of investor analyst reports, broker reports, government quotes, key opinion leaders, research institutes & academic centres

©Grand View Research, Inc., USA. All Rights Reserved

## 1.3  Market formulation & data visualization

**Fig.2** *Market Formulation*

| INFORMATION PROCUREMENT | INFORMATION ANALYSIS | MARKET FORMULATION | VALIDATION & PUBLISHING |
|---|---|---|---|
| The stage involves the procurement of market data or related information via different sources & methodologies. | This step involves the analysis & mapping of all the information procured from the previous step. It also encompasses the analysis of data discrepancies observed across various data sources. | The final step entails the placement of data points at appropriate market spaces in an attempt to deduce viable conclusions. Analyst perspective & subject matter expert based heuristic form of market sizing also plays an integral role in this step. | Validation is the most important step in the process. Validation & re-validation via an intricately designed process helps us finalize data-points to be used for final calculations. |

The movement from step 1 and step 2 is bi-directional in nature. The process follows a to & fro from both the ends. This is an integral data filtration technique used by GVR.

The validation & market formulation steps are also reversible in nature. They are run parallel to ensure data accuracy and process flexibility.

The process of market sizing & data point identification runs throughout the report schedule. The process moves from Step 1&2 to Step 3&4, while keeping the steps 1&2 and 3&4 reversible. The cycle of market sizing & variable identification also keeps repeating until every data point is duly validated and is fit for publishing.

©Grand View Research, Inc., USA. All Rights Reserved

## 1.4  List of sources

### 1.4.1  SECONDARY SOURCES

- National Institute of Justice (NIJ)
- U.S. Department of Defense (DoD)
- Defense Logistics Agency (DLA)
- Federal Bureau of Investigation (FBI) – Uniform Crime Reports (UCR)
- Bureau of Justice Statistics (BJS)
- Department of Homeland Security (DHS)
- U.S. Army Natick Soldier Systems Center
- SIPRI (Stockholm International Peace Research Institute)
- Congressional Budget Office (CBO)
- Defense News
- Jane's Defence / Janes
- Army Technology
- Police1 / Law Enforcement Today
- Company Annual Reports & SEC Filings (10-K, 10-Q)
- PitchBook / Crunchbase

### 1.4.2  PRIMARY SOURCES

- Point Blank Enterprises
- Safariland Group
- 3M Company
- Honeywell International Inc.
- BAE Systems

# Disclaimer

In response to requests/orders received, Grand View Research provides strategic business/market analysis services that are limited to publications containing valuable market information to a select group of customers. The publication is solely for our customers' internal use. By placing an order with us, the customer acknowledges that no part of this strategic market analysis service would be used for general publication or disclosure to the third party.

Grand View Research does not offer warranty for the accuracy of the data as these are primarily based on interviews and are therefore liable to fluctuation. Also, the company takes no responsibility for any incorrect information supplied by manufacturers or users.

Any resale, lending, disclosure, transmission, or reproduction of this publication by any means or in any form (including photocopying, mechanical, electronic, recording, or otherwise) is prohibited and can only be made with a prior written permission from Grand View Research.

**Registered Office Address**

Grand View Research, Inc.

201 Spear Street 1100,

San Francisco, CA 94105

United States

Phone: 1-415-349-0058
Email: sales@grandviewresearch.com

©Grand View Research, Inc., USA. All Rights Reserved

| North America  Body Armor Market, 2021-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR (2026 to 2033) |
| Revenue | 794.4 | 838.0 | 884.4 | 931.1 | 980.1 | 1,031.5 | 1,085.2 | 1,141.6 | 1,200.5 | 1,262.3 | 1,326.9 | 1,394.5 | 1,465.2 | 5.1% |

| North America Body Armor Market, By End Use, 2021-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR |
| Defense | 426.1 | 448.2 | 471.6 | 495.0 | 519.6 | 545.2 | 571.9 | 599.8 | 628.9 | 659.3 | 691.0 | 724.0 | 758.4 | 4.8% |
| Law Enforcement Protection | 313.7 | 331.7 | 350.9 | 370.3 | 390.8 | 412.2 | 434.7 | 458.4 | 483.2 | 509.3 | 536.6 | 565.3 | 595.3 | 5.4% |
| Civilians | 54.6 | 58.1 | 61.9 | 65.7 | 69.8 | 74.1 | 78.6 | 83.4 | 88.4 | 93.7 | 99.3 | 105.2 | 111.5 | 6.0% |
| Total | 794.4 | 838.0 | 884.4 | 931.1 | 980.1 | 1,031.5 | 1,085.2 | 1,141.6 | 1,200.5 | 1,262.3 | 1,326.9 | 1,394.5 | 1,465.2 | 5.1% |

# Exhibit 2

# INVOICE

**GRAND VIEW RESEARCH**

**Invoice Number: GVR-2026/020159**

Date Of Issue: Mar 26, 26

Payment Date: Mar 27, 26

**Grand View Research, Inc.**

201 Spear Street 1100,
San Francisco, CA 94105,
Phone:1-415-349-0058
payments@grandviewresearch.com
Tax Identification Number: 46-3955913

**Bill To**

Nick rotsko

Fluet

1751 Pinnacle Dr, Tysons, VA, United States, 22102

Contact No.:(703) 590-1234

nrotsko@fluet.law

**Ship To**

Nick rotsko

Fluet

1751 Pinnacle Dr, Tysons, VA, United States, 22102

Contact No.:(703) 590-1234

nrotsko@fluet.law

## $965.00 USD Mar 27, 26

| Description | License Type | Unit price | Amount |
|---|---|---|---|
| Body Armor Market (Customized Data) | Individual license | $965.00 | $965.00 |

| | | |
|---|---|---|
| | **Subtotal** | $965.00 |
| | **Total** | $965.00 |

**Paid $965.00 by Online**

Make Payable To: Grand View Research, Inc.

Memo/Inv. No.:GVR-2026/020159

Address: 201 Spear Street, #1100, San Francisco, CA 94105

Tax ID: 46-3955913

**Bank Details**

Bank Name: BANK OF AMERICA, N.A

Account Number: 325016376225

Routing Number: 026009593

Swift Code: BOFAUS3N

**Notes:**

1. We declare that this Invoice shows the actual price of the services described and that all the particulars are true and correct.
2. The company maintains the 'Service Guarantee Policy', and all the disputes/refund requests will be handled as per the procedure laid down in the agreement governing this sale. The client hereby acknowledges that the information contained in the invoice is derived from services agreed upon and carried out in accordance with accented research management practice.
3. The company's service agreement governs the sales made by the company. The client hereby acknowledges the acceptance of the terms and conditions of the service agreement.
4. Please contact payments@grandviewresearch.com if you have any questions.

# Exhibit 3



## North America Body Armor Market

## Table of Contents

1    North America Body Armor Market
2    By Protection Level
3    By End-User
4    By Type
5    By Style
6    By Country
7    U.S.
8    Rest of North America

## Copyright © Precedence Research All Rights Reserved

Disclaimer: Precedence Research delivers strategic market research reports and services for its customers. The publication is completely for its client's internal use. Precedence Research does not make any warranty for the accuracy of the data as these are primarily based on interviews from diverse industry participants, therefore, accountable for fluctuation. Information herein is supposed to be trustworthy and has been acquired from public sources held to be reliable.

The reports provided by Precedence Research are for internal use by the client and cannot be used for general publication or distribution to third parties. In relation to the use of products, you are restricted to copy, alter, publicize, adapt or reproduction of this document by any means or in any form (such as photocopying, electronic, mechanical recording or otherwise) are prohibited without permission of Precedence Research.

Precedence Research will accept no accountability for actions taken on the basis of any information that could consequently prove to be incorrect. The facts of this research study are supposed to be correct at the time of publication however cannot be assured.



| North America Body Armour Market 2022-2033 (USD Million) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024-2033 |
| Revenue | 790.9 | 843.1 | 894.2 | 944.1 | 992.8 | 1,040.5 | 1,086.9 | 1,132.2 | 1,176.4 | 1,219.4 | 1,261.3 | 1,301.7 | 4.26% |

`



| By Protection Level | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North America Body Armour Market, By Protection Level 2022-2033 (USD Million) | | | | | | | | | | | | | |
| Level II | 74.0 | 78.7 | 83.2 | 87.5 | 91.8 | 95.9 | 99.9 | 103.7 | 107.4 | 110.9 | 114.4 | 117.6 | 3.93% |
| Level IIA | 144.6 | 154.9 | 165.1 | 175.2 | 185.1 | 194.9 | 204.6 | 214.1 | 223.5 | 232.7 | 241.8 | 250.7 | 4.75% |
| Level III | 177.6 | 190.2 | 202.7 | 215.0 | 227.1 | 239.1 | 250.9 | 262.5 | 273.9 | 285.1 | 296.2 | 306.9 | 4.72% |
| Level IIIA | 194.7 | 206.7 | 218.4 | 229.7 | 240.6 | 251.1 | 261.3 | 271.2 | 280.7 | 289.8 | 298.7 | 307.1 | 3.86% |
| Level IV | 199.9 | 212.5 | 224.8 | 236.7 | 248.2 | 259.4 | 270.3 | 280.8 | 290.9 | 300.8 | 310.3 | 319.3 | 3.98% |
| Total | 790.9 | 843.1 | 894.2 | 944.1 | 992.8 | 1040.5 | 1086.9 | 1132.2 | 1176.4 | 1219.4 | 1261.3 | 1301.7 | 4.26% |



| North America Body Armour Market, By End-User 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By End-User | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024- |
| Defence | 436.1 | 466.6 | 496.7 | 526.4 | 555.6 | 584.4 | 612.7 | 640.6 | 668.0 | 695.0 | 721.5 | 747.3 | 4.64% |
| Law Enforcement | 306.9 | 325.4 | 343.2 | 360.4 | 376.9 | 392.8 | 408.0 | 422.7 | 436.7 | 450.2 | 463.0 | 475.2 | 3.68% |
| Civilians | 47.9 | 51.1 | 54.3 | 57.4 | 60.4 | 63.3 | 66.2 | 68.9 | 71.6 | 74.3 | 76.8 | 79.2 | 4.29% |
| Total | 790.9 | 843.1 | 894.2 | 944.1 | 992.8 | 1040.5 | 1086.9 | 1132.2 | 1176.4 | 1219.4 | 1261.3 | 1301.7 | 4.26% |



| North America Body Armour Market, By Type 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By Type | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Vest | 444.8 | 473.2 | 500.9 | 527.7 | 553.8 | 579.2 | 603.8 | 627.7 | 650.9 | 673.3 | 695.0 | 715.8 | 4.05% |
| Helmets | 258.4 | 276.4 | 294.0 | 311.4 | 328.6 | 345.4 | 362.0 | 378.3 | 394.3 | 409.9 | 425.3 | 440.3 | 4.59% |
| Others | 87.7 | 93.5 | 99.3 | 104.9 | 110.4 | 115.8 | 121.1 | 126.2 | 131.3 | 136.2 | 140.9 | 145.5 | 4.34% |
| Total | 790.9 | 843.1 | 894.2 | 944.1 | 992.8 | 1040.5 | 1086.9 | 1132.2 | 1176.4 | 1219.4 | 1261.3 | 1301.7 | 4.26% |



| North America Body Armour Market, By Style 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By Style | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Covert | 79.2 | 85.2 | 91.0 | 96.9 | 102.7 | 108.4 | 114.1 | 119.8 | 125.3 | 130.9 | 136.3 | 141.7 | 5.04% |
| Overt | 711.7 | 757.9 | 803.1 | 847.2 | 890.2 | 932.0 | 972.8 | 1012.5 | 1051.1 | 1088.6 | 1125.0 | 1160.0 | 4.17% |
| Total | 790.9 | 843.1 | 894.2 | 944.1 | 992.8 | 1040.5 | 1086.9 | 1132.2 | 1176.4 | 1219.4 | 1261.3 | 1301.7 | 4.26% |



| North America Body Armour Market, By Country 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By Countr | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| U.S. | 700.8 | 746.7 | 788.9 | 829.7 | 869.2 | 907.4 | 944.3 | 979.8 | 1014.1 | 1047.0 | 1078.7 | 1108.9 | 3.86% |
| Rest of No | 90.1 | 96.4 | 105.3 | 114.3 | 123.6 | 133.0 | 142.6 | 152.4 | 162.3 | 172.4 | 182.5 | 192.8 | 6.95% |
| Total | 790.9 | 843.1 | 894.2 | 944.1 | 992.8 | 1040.5 | 1086.9 | 1132.2 | 1176.4 | 1219.4 | 1261.3 | 1301.7 | 4.26% |



| U.S. Body Armour Market, By Protection Level 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By Protect | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Level II | 64.9 | 69.0 | 72.7 | 76.3 | 79.7 | 83.0 | 86.1 | 89.1 | 92.0 | 94.7 | 97.3 | 99.8 | 3.58% |
| Level IIA | 128.7 | 137.9 | 146.4 | 154.8 | 162.9 | 170.9 | 178.8 | 186.4 | 193.9 | 201.2 | 208.3 | 215.1 | 4.37% |
| Level III | 157.1 | 168.2 | 178.7 | 189.0 | 199.1 | 208.9 | 218.6 | 228.0 | 237.2 | 246.2 | 255.0 | 263.5 | 4.41% |
| Level IIIA | 173.1 | 183.6 | 193.0 | 202.0 | 210.7 | 218.9 | 226.6 | 234.0 | 241.0 | 247.7 | 253.9 | 259.7 | 3.35% |
| Level IV | 177.0 | 188.0 | 198.0 | 207.7 | 216.9 | 225.7 | 234.2 | 242.2 | 249.9 | 257.3 | 264.2 | 270.8 | 3.54% |
| Total | 700.8 | 746.7 | 788.9 | 829.7 | 869.2 | 907.4 | 944.3 | 979.8 | 1014.1 | 1047.0 | 1078.7 | 1108.9 | 3.86% |

| U.S. Body Armour Market, By End-User 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By End-Us | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Defence | 387.5 | 414.4 | 439.4 | 463.9 | 487.7 | 511.0 | 533.6 | 555.7 | 577.2 | 598.0 | 618.3 | 637.8 | 4.23% |
| Law Enfor | 271.4 | 287.4 | 301.9 | 315.7 | 328.7 | 341.1 | 352.9 | 363.9 | 374.4 | 384.2 | 393.4 | 401.9 | 3.23% |
| Civilians | 41.9 | 44.8 | 47.5 | 50.2 | 52.8 | 55.3 | 57.8 | 60.2 | 62.6 | 64.8 | 67.1 | 69.2 | 4.26% |
| Total | 700.8 | 746.7 | 788.9 | 829.7 | 869.2 | 907.4 | 944.3 | 979.8 | 1014.1 | 1047.0 | 1078.7 | 1108.9 | 3.86% |

| U.S. Body Armour Market, By Type 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By Type | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Vest | 395.3 | 420.2 | 442.9 | 464.8 | 485.9 | 506.1 | 525.5 | 544.0 | 561.8 | 578.7 | 594.9 | 610.1 | 3.62% |
| Helmets | 228.6 | 244.4 | 259.0 | 273.4 | 287.3 | 300.9 | 314.2 | 327.0 | 339.6 | 351.7 | 363.6 | 374.9 | 4.19% |
| Others | 76.9 | 82.1 | 86.9 | 91.5 | 96.0 | 100.4 | 104.7 | 108.8 | 112.7 | 116.6 | 120.3 | 123.9 | 4.02% |
| Total | 700.8 | 746.7 | 788.9 | 829.7 | 869.2 | 907.4 | 944.3 | 979.8 | 1014.1 | 1047.0 | 1078.7 | 1108.9 | 3.86% |

| U.S. Body Armour Market, By Style 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By Style | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Covert | 70.4 | 75.7 | 80.7 | 85.6 | 90.5 | 95.2 | 99.9 | 104.6 | 109.1 | 113.6 | 118.0 | 122.3 | 4.73% |
| Overt | 630.4 | 671.0 | 708.2 | 744.1 | 778.8 | 812.2 | 844.3 | 875.2 | 904.9 | 933.4 | 960.7 | 986.6 | 3.75% |
| Total | 700.8 | 746.7 | 788.9 | 829.7 | 869.2 | 907.4 | 944.3 | 979.8 | 1014.1 | 1047.0 | 1078.7 | 1108.9 | 3.86% |



| Rest of North America Body Armour Market, By Protection Level 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By Protect | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Level II | 9.1 | 9.7 | 10.5 | 11.3 | 12.1 | 12.9 | 13.7 | 14.6 | 15.4 | 16.2 | 17.0 | 17.8 | 6.08% |
| Level IIA | 15.9 | 17.1 | 18.7 | 20.4 | 22.2 | 24.0 | 25.8 | 27.7 | 29.6 | 31.6 | 33.6 | 35.6 | 7.41% |
| Level III | 20.6 | 22.0 | 24.0 | 26.0 | 28.1 | 30.2 | 32.3 | 34.5 | 36.7 | 38.9 | 41.2 | 43.4 | 6.83% |
| Level IIIA | 21.6 | 23.2 | 25.4 | 27.6 | 29.9 | 32.3 | 34.7 | 37.1 | 39.6 | 42.2 | 44.8 | 47.4 | 7.19% |
| Level IV | 22.9 | 24.5 | 26.8 | 29.0 | 31.4 | 33.7 | 36.1 | 38.5 | 41.0 | 43.5 | 46.0 | 48.5 | 6.84% |
| Total | 90.1 | 96.4 | 105.3 | 114.3 | 123.6 | 133.0 | 142.6 | 152.4 | 162.3 | 172.4 | 182.5 | 192.8 | 6.95% |

| Rest of North America Body Armour Market, By End-User 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By End-Us | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Defence | 48.5 | 52.2 | 57.3 | 62.5 | 67.9 | 73.4 | 79.1 | 84.9 | 90.9 | 97.0 | 103.2 | 109.5 | 7.46% |
| Law Enfor | 35.6 | 38.0 | 41.3 | 44.7 | 48.2 | 51.7 | 55.2 | 58.8 | 62.4 | 66.0 | 69.6 | 73.3 | 6.58% |
| Civilians | 6.0 | 6.3 | 6.7 | 7.2 | 7.6 | 8.0 | 8.4 | 8.7 | 9.1 | 9.4 | 9.7 | 10.0 | 4.54% |
| Total | 90.1 | 96.4 | 105.3 | 114.3 | 123.6 | 133.0 | 142.6 | 152.4 | 162.3 | 172.4 | 182.5 | 192.8 | 6.95% |

| Rest of North America Body Armour Market, By Type 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By Type | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Vest | 49.6 | 53.1 | 57.9 | 62.9 | 67.9 | 73.1 | 78.4 | 83.7 | 89.1 | 94.6 | 100.2 | 105.7 | 6.92% |
| Helmets | 29.8 | 32.0 | 35.0 | 38.1 | 41.3 | 44.5 | 47.8 | 51.2 | 54.7 | 58.2 | 61.8 | 65.4 | 7.19% |
| Others | 10.7 | 11.4 | 12.4 | 13.4 | 14.4 | 15.4 | 16.4 | 17.5 | 18.5 | 19.6 | 20.6 | 21.6 | 6.40% |
| Total | 90.1 | 96.4 | 105.3 | 114.3 | 123.6 | 133.0 | 142.6 | 152.4 | 162.3 | 172.4 | 182.5 | 192.8 | 6.95% |

| Rest of North America Body Armour Market, By Style 2022-2033 (USD Million) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| By Style | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | CAGR 2024 |
| Covert | 8.8 | 9.5 | 10.3 | 11.3 | 12.2 | 13.2 | 14.2 | 15.2 | 16.2 | 17.2 | 18.3 | 19.4 | 7.22% |
| Overt | 81.3 | 87.0 | 94.9 | 103.1 | 111.4 | 119.9 | 128.5 | 137.2 | 146.1 | 155.1 | 164.2 | 173.4 | 6.92% |
| Total | 90.1 | 96.4 | 105.3 | 114.3 | 123.6 | 133.0 | 142.6 | 152.4 | 162.3 | 172.4 | 182.5 | 192.8 | 6.95% |

# Exhibit 4



# You paid $3,800.00 USD to Precedence Research Private Limited

Create a PayPal account for fast, secure checkouts at millions of merchants.

**Activate PayPal Now**

## Your purchase details

**Your Transaction ID:**
32U76451E76551444

**Merchant Transaction ID:**
7EP3725282696233L

**Purchase Date:**
May 15, 2024

**Payment to:**
Precedence Research Private Limited

**Payment from:**
Sabrina Lopez

**Invoice ID:**
2812

| | |
|---|---|
| **Quantity** | 1 |
| **Item** | Product ID - # 2812 |
| **ID Number** | |
| **Price** | $3,800.00 USD |

| | |
|---|---|
| Subtotal | $3,800.00 USD |
| **Total** | **$3,800.00 USD** |

You paid using: Visa x-0312

This credit card transaction will appear on your statement as PAYPAL *PRECEDENCE PRECED.

**Activate PayPal Now**



Help & Contact  |  Security  |  Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? Learn more

Copyright © 1999-2024 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000398:en_US(en-US):1.4.0:714f475cf79fa

# Exhibit 5


Defense Platforms    / Body Armor Market

# Body Armor Market Size, Share & Industry Analysis, By Application (Air Force, Army, and Navy), By Material (Soft Armor, Hard Armor, Concealed Vest, Full Body Tactical Armor, Bulletproof Military Vest, and Others), and Regional Forecast, 2025-2032

Last Updated: March 09, 2026 | Format: PDF | Report ID: FBI113318

Select a Regional/Country Report ⌄

Summary ⌄

Download Free Sample

## KEY MARKET INSIGHTS

 **Listen to Audio Version**

The global body armor market size was valued at USD 6.72 billion in 2024. The market is projected to grow from USD 7.60 billion in 2025 to USD 14.42 billion by 2032, exhibiting a CAGR of 9.6% during the forecast period. Asia Pacific dominated the body armor market with a market share of 34.52% in 2024.

WE ARE IN THE PROCESS OF REVAMPING BODY ARMOR MARKET WITH RESPECT TO RUSSIA-UKRAINE CONFLICT

Download Free Sample

Body armor, used by the military, is protective clothing worn by soldiers to protect them from all the threats that they face while they are involved in battle, including bullets, shrapnel, and other projectiles. Such a form of armor has made enormous progress over recent years. It is produced through newer materials and technologies in an effort to enhance safety as well as mobility during reconnaissance. Military body armor continues to evolve with shifting threats since its aim is to balance safety as well as ensure flexibility during operation.

The majority of market share is led by top players such as BAE Systems plc, Point Blank Enterprises Inc., Armor Express, and Honeywell International Inc. The growing number of terrorist missions and brutal crimes across the globe has contributed to increased demand for body armor. Soldiers, police officers, and individuals need high quality body armor to protect themselves against ballistic attacks as security issues become increasingly accumulating. Additionally, some nations are concentrating on military modernization, which entails buying new body armor solutions. Modernization is to equip soldiers with new-generation protective body armor that is light, boosts agility, and offers better protection. These factors are major contributors to the body armor market growth.



Download Free Sample to learn more about this report.

## MARKET DYNAMICS

## MARKET DRIVERS

*Military Modernization Programs to Lead Substantial Market Growth*

Go Top ⬆

Military modernization programs are ambitious efforts to transform military forces to defeat evolving security challenges and achieve strategic advantage. The programs are intended for equipment modernization, expanding operational capability, and adaptation to multi-domain operations on land, air, sea, space, and cyberspace. For example, the U.S. modernization plan of the Army has six priorities: future long-range precision fires, next-generation combat vehicles, future vertical lift, missile and air defense, advanced networks, and soldier lethality. Indian modernization, too, has the same agenda of building defense preparedness, speeding acquisition, and creating a healthy defense industrial base. These initiatives leverage cutting-edge technology, including hypersonic missiles and artificial intelligence, and find a balance between cost and viability.

## MARKET RESTRAINTS

### *High Cost and Regulatory Compliance Issues to Limit Market Expansion*

The hefty cost of body armor arises from the incorporation of cutting-edge materials such as Kevlar, Dyneema, and ceramic composites. They provide quality ballistic protection but are costly to manufacture. The R&D costs associated with lightweight and long-duration designs also add to their manufacturing costs, rendering adoption costly in most instances, particularly for organizations in low-budget areas or small organizations.

Furthermore, compliance with regulations is also a major constraint, as body armor has to comply with rigorous standards that differ by country and region. The manufacturing cost of this item is high in terms of testing, certification, and compliance, which can deter market entry and innovation.

## MARKET OPPORTUNITIES

### *Increasing Demand for Modular Armor Systems among Civilians to Positively Impact Market Growth*

Modular body armor systems offer flexibility and versatility, which is why they are becoming increasingly popular among civilians seeking personal safety. These systems allow users to customize their gear to address specific threats by combining lightweight designs with high-performance ballistic protection. The growing demand for personal protection, especially among preppers, outdoorsmen, and private security professionals, has fueled the trend toward concealable and modular armor. Online shopping websites also enhance convenience by offering features for personalization and transparent pricing policies, which encourage usage among security-conscious consumers.

Additionally, growing spending on defense throughout the globe is one of the key drivers for growth in the body armor industry. Nations are investing in advanced protective gear for their military personnel to address new security challenges. For example, the U.S. spent a record USD 842 billion for its FY2024 defense budget, focusing significant resources on next-generation body armor systems. This investment enables the production of lightweight, durable, and technologically advanced solutions, such as modular scalable vests and ballistic plates, which improve soldier survivability and mission success. NATO member countries are also increasing their defense budgets to enhance military modernization initiatives, counter strategic rivals, and better protect their personnel.



## BODY ARMOR MARKET OVERVIEW & KEY METRICS

### Market Size & Forecast

- » 2024 Market Size: USD 6.72 billion
- » 2025 Market Size: USD 7.60 billion
- » 2032 Forecast Market Size: USD 14.42 billion
- » CAGR: 9.6% from 2025–2032

### Market Share

- » North America dominated the body armor market in 2024, driven by high defense budgets (USD 842 billion FY2024 in the U.S.), extensive soldier protection programs, and increasing civilian demand for personal protective gear amid rising security threats.
- » By material, bulletproof military vests accounted for the largest market share in 2024, fueled by advancements in lightweight

Go Top

ballistic fabrics like Kevlar and Dyneema, and their wide adoption in military and law enforcement applications.

## Key Country Highlights

» United States: Military modernization programs and extensive R&D investments in next-generation modular and scalable body armor systems, such as the U.S. Army's MSV Gen-II, continue to propel demand.

» India: Rapid defense procurement and indigenous manufacturing initiatives are boosting the adoption of advanced body armor to address regional security challenges.

» China: Expansion of defense budgets and local production capabilities supports significant demand for full-body tactical armor and ballistic plates.

» Europe: NATO modernization and increasing geopolitical tensions in Eastern Europe are driving investment in lightweight, modular body armor systems for both military and police forces.

## BODY ARMOR MARKET TRENDS

*Battlefield Operational Requirement Evolution Driving the Material and Design Innovation in Body Armor*

**Battlefield-Driven Material & Design Shifts**: The Russia-Ukraine War's drone-artillery dominance, which is causing 40% of combat injuries from micro-shrapnel, directly catalyzed three innovations:

» Hybrid ceramic-polyethylene plates, such as RMA 1192, Plasan Sasa Nano, replaced steel for 15% higher multi-hit resilience.

» Smart armor (BAE's sensor-embedded plates) emerged for real-time damage assessment amid electronic warfare saturation.

» Shear-thickening fluid liners (Sioen X-FIPV) reduced blunt trauma by 30% in urban trench warfare.

**Geopolitical Supply Chain Realignment**: Sanctions crippling Russian/Belarusian raw material exports such as, aramid fibers, triggered industrial restructuring:

» Production reshoring to NATO states, such as Teijin, shifted 50% of Twaron output from Poland to the Netherlands.

» Dual-use crossover accelerated Safariland's Tegris police tech, (militarized for 360° coverage).

» India's MKU captured 20% of Asia-Pacific contracts as export controls blocked Chinese composites.

» Asia Pacific witnessed body armor market growth from USD 2 Billion in 2023 to USD 2.32 Billion in 2024.



**Asia Pacific Body Armor Market Size, 2019-2032 (USD Billion)**

www.fortunebusinessinsights.com

Download Free Sample  to learn more about this report.

## IMPACT OF RUSSIA-UKRAINE WAR

*Supply Chain Realignments and Market Entry of New Players are Propelling Market Growth*

The rising demand for body armor in war impacted countries have facilitated the manufacturers to look for better and effective supply chain options. The companies are seeking location based suppliers to meet the growing demand of body armor. The dependence on few vendors is causing delay in production and also increases the dependency on specific vendors. Thus, new players are seeking to establish contracts and agreements with the leading players.

## SEGMENTATION ANALYSIS

### By Application

*Increasing Demand for Sophisticated Protection Drives Army Segment*

Based on application, the market is classified into army, air force, and navy.


Go Top

The army segment accounted for a dominating market share and is expected to grow at the highest CAGR in the forthcoming years. Body armor growth in military uses is inspired by the enhanced requirement for protecting soldiers during conflict and military actions. Geopolitical tensions, border conflicts, and terrorism have created a requirement for sophisticated protection equipment to defend personnel in aggressive environments. Advanced armies are pouring money into modular, scalable, and lightweight body armor systems to improve mobility without compromising ballistic protection. For example, agreements such as the U.S. Army's Modular Scalable Vest (MSV) Gen-II illustrate attempts to supply soldiers with adjustable equipment for versatile threats. Besides, developments in materials such as composite ceramics and UHMWPE provide durability and comfort with increasing adoption levels.

The air force segment is expected to witness steady growth in the forecast period. Applications of body armor in the Air Force are expanding due to the unique operational demands of troops in air combat and ground support missions. Pilots and aircrew require light armor that can comfortably fit flight suits without affecting mobility but providing shrapnel and ballistic protection. Asymmetric conflict and advanced missile technology have elevated demands for additional protective gear for airbase missions or rescue missions. Governments are choosing to invest in modular systems designed to address the requirements of air forces, such as lightweight ballistic vests that allow mobility while offering protection. Advancements in technology, such as smart armor, also drive market growth.

### By Material

*Innovation in Material and Design in Ballistic Fabrics Propels Bulletproof Military Vest's Growth*

Based on material, the market is segmented into soft armor, hard armor, concealed vest, full body tactical armor, bulletproof military vest, and others.

The bulletproof military vest segment accounted for the larger share of the market in 2024. The development of light, flexible, and impact-absorbing ballistic fabrics such as Kevlar, Dyneema, and Ultra-High-Molecular-Weight Polyethylene (UHMWPE) fabric has set up bulletproof fabric technology. Technologies enable enhanced protection from bullets and shrapnel without added body weight. Graphene and metal nanofiber technology also enhance multi-hit capacity and energy absorption. Governments and enterprises are investing huge amounts of money to develop vests with a mid-point level of protection, mobility, and comfort, which are appropriate for the armed forces and law enforcement agencies and are also for civilian purposes. Lightweight solutions have an increasingly large market as the threats to security increase across the board.

Full body tactical armor is projected to continue to account for a considerable share of the market and is expected to grow at the highest CAGR in the forthcoming years. Materials for full body armor are witnessing growth as demand has increased for all-encompassing protection against various threats, such as explosives, high-caliber bullets, and sharp objects. High-tech ceramics, composite plates, and hybrid materials are being used in full body armor designs to resist extreme impacts while keeping the wearer comfortable. Modular designs enable customization for particular operating requirements, which suits military units conducting high-threat missions. Also, intelligent textiles infused with sensors for real-time threat detection are becoming popular. Increasing defense expenditures and geopolitical tensions fuel the demand for full body armor in global military uses.

## BODY ARMOR MARKET REGIONAL OUTLOOK

By geography, the market is categorized into North America, Europe, Asia Pacific, and the rest of the world.

### North America

**Asia Pacific Body Armor Market Size, 2024 (USD Billion)**



Asia Pacific
USD 2.32 Billion

To get more information on the regional analysis of this market, Download Free Sample

Go Top

North America dominates the global market with a major share. North American body armor development is driven by huge defense expenditure, particularly in the U.S., which spent USD 842 billion FY2024 on upgrading the military. Soldier Protection Systems and Extremity Protection programs focus on future-generation armor technologies. Furthermore, growing civilian demand for protection equipment as a threat to security increases drives market growth.

### Europe

Europe is the second-largest market for body armor. The prevalence of major market players and rising investments from the government in the region will fuel growth in the forthcoming years. Europe's body armor industry is being driven by increasing geopolitics in Eastern Europe and NATO military modernization. Defense allocations' highest priorities are light and modular body armor systems to enhance mobility and defense. Protective gear is also substantially invested in by police to deal with terror and civil unrest.

### Asia Pacific

Asia Pacific is projected to be the fastest-growing region, with a high CAGR in the forecast period. The region's expansion is driven by increasing defense expenditures in China and India, owing to regional security concerns. Governments are also acting quickly to equip military personnel with body armor that incorporates cutting-edge technologies. Expansion in civilian markets as a result of urbanization and security concerns also propels the market.

### Rest of the World

The market in the rest of the world is expected to witness considerable growth in the near future. The Latin American body armor market share is also expanding as a result of increasing crime and political unrest. Law enforcement agencies and security companies are investing in protective gear to counter rising violence. Spending by militaries of Brazil and Mexico on new body armor products is driving growth. The growth in the Middle East & Africa is being driven by sustained warfare and increased security threats. Governments are buying advanced body armor products to armor troops. Increasing application by private security companies and individuals working in high-risk environments also drives market growth.

## COMPETITIVE LANDSCAPE

### Key Industry Players

*Continuous Development and Introduction of New Products by Key Companies Resulted in their Dominating Position*

The market for body armor is competitive and dynamic with a mix of defense conglomerates as well as protection equipment specialists. Major players such as DuPont de Nemours Inc., Honeywell International Inc., BAE Systems plc, and 3M Company dominate the global body armor market with huge R&D capabilities and excellent connections with military as well as law enforcement agencies. They maintain their positions in the market by following strategic alliances, continuous research and development, and adherence to rigorous quality norms.

### LIST OF KEY BODY ARMOR COMPANIES PROFILED

» 3M (U.S.)

» ArmorSource LLC (U.S.)

» BAE Systems (U.K.)

» DuPont (U.S.)

» Eagle Industries (U.S.)

» Gentex Corporation (U.S.)

» Honeywell International Inc. (U.S.)

» Armor Express (U.S.)

» Point Blank Enterprises Inc. (U.S.)

» Revision Military (U.S.)

## KEY INDUSTRY DEVELOPMENTS

» **August 2024:** The British Military introduced a next-generation body armor designed for modern warfare. This modern kit aims to address emerging threats such as drones and laser detection while enhancing soldiers' situational awareness and decision-making capabilities.

» **May 2024:** Queensland-based defense contractor Craig International Ballistics announced a contract to supply body armor for the Australian Protection Drive. Valued at USD 19.7 million, the contract covers suits that provide protection for troops against low- and high-velocity shells and fragmentation effects.

Go Top

**» January 2024:** DuPont and Point Blank Enterprises (PBE), a worldwide pioneer in protective solutions for military and law enforcement experts, announced an exclusive agreement to offer body armor made with Kevlar® EXO™ aramid fiber for state and local law enforcement departments in North America.

**» April 2023:** At the University of Skövde, Frida Nordling and Agnes Fryklind are working on their final project in the Product Design Engineering program. They are collaborating with a Swedish company to create a model of body armor designed specifically for women in the armed forces, as there is a growing demand for customized body protection among female users.

**» April 2022:** The Department of Campus Safety at York College of Pennsylvania is joining support efforts for Ukraine. The department is donating 8 pre-worn pieces of body armor to the FBI National Academy Class. The FBI National Academy is a leadership training program for senior law enforcement officials from around the country, and also includes international law enforcement leaders.

## REPORT COVERAGE

The global body armor market analysis provides market size & forecast by all the segments included in the report. It includes details on market dynamics and market trends expected to drive market in the forecast period. It offers information on the key regions/countries, key industry developments, new product launches, details on partnerships, and mergers & acquisitions. The report covers a detailed competitive landscape with information on the market share and profiles of key players.



**Body Armor Market Segments**

Request For Customization  to gain extensive market insights.

## REPORT SCOPE & SEGMENTATION

| ATTRIBUTE | DETAILS |
|---|---|
| Study Period | 2019-2032 |
| Base Year | 2024 |
| Estimated Year | 2025 |
| Forecast Period | 2025 2032 |
| Historical Period | 2019-2023 |
| Growth Rate | CAGR of 9.6% from 2025 2032 |
| Unit | Value (USD Billion) |

Go Top

| Segmentation | **By Application** |
| | • Air Force |
| | • Army |
| | • Navy |
| | **By Material** |
| | • Soft Armor |
| | • Hard Armor |
| | • Concealed Vest |
| | • Full Body Tactical Armor |
| | • Bulletproof Military vest |
| | • Others |
| | **By Geography** |
| | • North America (By Application, Material, and Country) |
| | ○ U.S. (By Application) |
| | ○ Canada (By Application ) |
| | • Europe (By Application, Material, and Country) |
| | ○ Germany (By Application) |
| | ○ U.K. (By Application ) |
| | ○ France (By Application ) |
| | ○ Rest of Europe (By Application ) |
| | • Asia Pacific ( By Application, Material, and Country) |
| | ○ China (By Application ) |
| | ○ Japan (By Application ) |
| | ○ India (By Application ) |
| | ○ Australia (By Application ) |
| | ○ Rest of Asia Pacific (By Application ) |
| | • Rest of the World  (By Application, Material, and Sub-region) |
| | ○ Latin America (By Application) |
| | ○ Middle East & Africa (By Application) |

## FREQUENTLY ASKED QUESTIONS

How much is the global body armor market worth?

At what CAGR is the body armor market projected to grow during the forecast period of 2025-2032?

Which was the leading segment in the market by application?

What are the key factors driving the market?

Who are the top players in the market?

Which region held the largest share of the market?

SEEKING COMPREHENSIVE INTELLIGENCE ON DIFFERENT MARKETS?GET IN TOUCH WITH OUR EXPERTS

Speak to an Expert

Go Top

## Key Questions Answered

- What is the market size and growth rate of the global and regional market by various segments?
- What is the market size and growth rate of the market for selective countries?
- Which region or sub-segment is expected to drive the market in the forecast period?
- What Factors are estimated to drive and restrain the market growth?
- What are the key technological and market trends shaping the market?
- What are the key opportunities in the market?
- What are the key companies operating in the market?
- Which company accounted for the highest market share?

DOWNLOAD SAMPLE

## Why Choose Fortune Business Insights?

- Strong Industry Focus
- Extensive Product Offerings
- Customer Research Services
- Robust Research Methodology
- Comprehensive Reports
- Latest Technological Developments
- Value Chain Analysis
- Potential Market Opportunities
- Growth Dynamics
- Quality Assurance
- Post-sales Support
- Regular Report Updates

SPEAK TO ANALYST



**STUDY PERIOD:**
2019 2032

**BASE YEAR:**
2024

**HISTORICAL DATA:**
2019 2023

**NO OF PAGES:**
200

Buy Now

Download Free Sample

Full Name*

Go Top

| ✉ | Business Email* |
|---|---|

| ▼ | Phone no (Without country code)* |
|---|---|

| **Security Code** | **9309** ↻ | Enter Code |
|---|---|---|

Submit

---

**GET 20% FREE CUSTOMIZATION**

Expand Regional and Country Coverage, Segments Analysis, Company Profiles, Competitive Benchmarking, and End-user Insights.

Get 20% Free Customization On This Report

---

**Growth Advisory Services**

How can we help you uncover new opportunities and scale faster?

Check Now

---

## Aerospace & Defense Clients

in

X

f

📰 **Related Reports**

- Military Personal Protective Equipment (PPE) Market

---

**Get In Touch With Us**

📞

US +1 833 909 2966 ( Toll Free )

UK +44 808 502 0280 ( Toll Free )

(APAC) +91 744 740 1245

✉

sales@fortunebusinessinsights.com

---

Subscribe News Letter

Enter your email address                                    Submit

Trust Online



## Contact Us

US +1 833 909 2966 ( Toll Free )

📞 UK +44 808 502 0280 (Toll Free )

APAC +91 744 740 1245

✉ sales@fortunebusinessinsights.com

## Connect with us

Go Top ↑

  

## Information

FAQs

Testimonials

Terms of Use

Privacy Policy

Careers

How To Order



© 2026 Fortune Business Insights . All rights reserved



Go Top

# Exhibit 6

Introduction | Table of Contents | Executive Summary | Customized Data | Dashboard | Request Free Sample | Research Methodology



**Cognitive**
Market Research & Consulting

🛒 0    🔍    Login

**Global Market Report**  ⓘ **8th Edition 2026**   **Revenue: USD Million/Billion**

Home - Aerospace & Defense - Body Armor Parts Market

# Body Armor Parts Market Analysis 2026

**CAGR 2025–2033**
▲ 4%

| Data Timeline | Historical Data:2022-2025 \| Base Year:2025 \| Forecast Period:2026-2034 |
|---|---|
| **Protection Level Outlook:** **Segment Analysis** | Level II, Level IIA, Level III, Level III A, Level IV |
| **Product Type Outlook:** **Segment Analysis** | Vest, Helmets, Others |

ⓘ **Author By:** Manjiri Kanhere

ⓘ **Industry Expert:** Not Disclosed (NDA)

ⓘ **Data Updated:** January 2026

Read more

Explore Body Armor Parts Market Services: Bespoke Data | Athenaeum AI Dashboard | Market Surveys | Expert-Led Market Analysis | Market Size | Key I

ⓘ Global Body Armor Parts Market Analysis from 2022 to 2034 Containing Market Size, Share along with its CAGR, Forecast and Trends

Top 10 Countries Body Armor Parts Market Analysis includes Ranking, Market Size, Revenue in USD Million/Billion, Market Volume

2025 ⌄

Million

Data not disclosed

Request Sample

Country1  Country2  Country3  Country4  Country5  Country6  Country7  Country8  Country9  Country10

Top 10 Countries Analysis of Body Armor Parts Market Share Distributio   2025 ⌄

■ Country1  ■ Country2  ■ Country3  ■ Country4  ◀ 1/4 ▶

Free Account                                 Buy Now

Introduction | Table of Contents | Executive Summary | Customized Data | Dashboard | Request Free Sample | Research Methodology

compound annual growth rate (CAGR) of 4.00% from 2024 to 2031.

- North America held the major market share for more than 40% of the global revenue with a market size of USD 1005.80 million in 2024 and will grow at a compound annual growth rate (CAGR) of 2.2% from 2024 to 2031.
- Europe accounted for a market share of over 30% of the global revenue with a market size of USD 754.35 million.
- Asia Pacific held a market share of around 23% of the global revenue with a market size of USD 578.34 million in 2024 and will grow at a compound annual growth rate (CAGR) of 6.00% from 2024 to 2031.
- Latin America had a market share of more than 5% of the global revenue with a market size of USD 125.73 million in 2024 and will grow at a compound annual growth rate (CAGR) of 3.4% from 2024 to 2031.
- Middle East and Africa had a market share of around 2% of the global revenue and was estimated at a market size of USD 50.29 million in 2024 and will grow at a compound annual growth rate (CAGR) of 3.7% from 2024 to 2031.
- The Level II category is the fastest growing segment of the Body Armor Parts industry

ⓘ Body Armor Parts Market Size, CAGR and Industry Statistics

**Market Drivers:**

- Increasing Demand for Personal Protection
- Rising Need for Law Enforcement Equipment
- Growth of Private Security Services

**Market Restrains:**

- High Costs of Advanced Body Armor
- Weight and Comfort Trade-offs

**Market Trends:**

- Advancements in Material Technology
- Adoption of Smart and Modular Armor

| Market Size | USD | 2021 (A) | 2025 (A) | 2033 (P) | CAGR |
|---|---|---|---|---|---|
| Global Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 4% |
| North America Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 2.2% |
| United States Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 2% |
| Canada Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 3% |
| Mexico Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 2.7% |
| Europe Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 2.5% |
| United Kingdom Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 3.3% |
| France Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 1.7% |
| Germany Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 2.7% |
| Italy Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 1.9% |
| Russia Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 1.5% |
| Spain Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 1.6% |
| Rest of Europe Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 1.2% |
| Asia Pacific Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 6% |
| China Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 5.5% |
| Japan Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 4.5% |
| India Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 7.8% |
| South Korea Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 5.1% |
| Australia Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 5.7% |
| Rest of APAC Body Armor Parts Market Sales Revenue | | 🔒 | 🔒 | 🔒 | 5.8% |

Buy Now

| | ▼ | ▼ | ▼ | |
|---|---|---|---|---|
| South America Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 3.4% |
| Brazil Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 4% |
| Argentina Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 4.3% |
| Colombia Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 3.2% |
| Peru Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 3.6% |
| Chile Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 3.7% |
| Rest of South America Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 2.5% |
| Middle East Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 3.7% |
| Egypt Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 4% |
| Turkey Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 3.2% |
| Rest of Middle East Body Armor Parts Market Sales Revenue | 🔒 | 🔒 | 🔒 | 2.7% |

Note: A = Actual data, E = Estimated data, P = Projected data.

## ⓘ Body Armor Parts Market Report Description

### Introduction of the Body Armor Parts Market

The Body Armor Parts Market encompasses the production, distribution, and innovation of protective components designed to safeguard individuals against physical threats, such as projectiles, sharp objects, and ballistic impacts. These components include plates, vests, helmets, and accessories made from advanced materials like Kevlar, aramid fibers, ceramics, and ultra-high-molecular-weight polyethylene (UHMWPE). The market serves diverse end-users, including military personnel, law enforcement officers, private security professionals, and civilians. The demand for body armor parts is driven by increasing global security concerns, advancements in material science, and a growing emphasis on personal safety. Body armor systems are tailored to meet specific protection levels, from soft armor designed for mobility to hard armor optimized for high-threat scenarios. Governments worldwide are investing in upgrading defense equipment, including body armor systems, to address modern security challenges.

In April 2024, Black Box Safety, Inc., a San Diego-based leader in advanced defense solutions, was awarded a USD 35 million sole-source, 5-year contract for body armor by the state of California, making it the largest body armor contract in the United States. (Source: https://blackboxsafety.com/blogs/news/black-box-safety-inc-inc-secures-5-year-state-of-california-body-armor-contract?srsltid=AfmBOopTlGIwLs8wuk0n9z6idQ8AqPXn2L9p9uUr2Tdgq5GtqA9kjUd9 )

### Body Armor Parts Market Size



## Market Dynamics of Body Armor Parts Market

### Key Drivers for Body Armor Parts Market

### Rising Defense Budgets in Emerging Economies to Boost Market Growth

Introduction | Table of Contents | Executive Summary | Customized Data | Dashboard | Request Free Sample | Research Methodology

enforcement equipment, driving substantial demand for body armor components. Global military expenditure reached a record $2,240 billion in 2022, marking a 3.7% real-term increase from the previous year. Over the decade from 2013 to 2022, worldwide military spending grew by 19% and has consistently risen annually since 2015. Russia's defense budget surged by 24% in 2023 to an estimated $109 billion, reflecting a 57% increase since 2014 when it annexed Crimea. In 2023, military spending accounted for 16% of Russia's total government expenditure, with a military burden (spending as a percentage of GDP) of 5.9%. Ukraine ranked as the eighth-largest military spender in 2023, with a remarkable 51% rise in defense spending to $64.8 billion. This constituted a military burden of 37% and accounted for 58% of the nation's total government expenditure. Heightened regional conflicts and growing security concerns in these regions are accelerating the adoption of advanced body armor solutions.

## Growth in Civilian and Private Security Markets to Drive Market Growth

Rising crime rates and growing concerns about personal safety have driven increased demand for body armor among civilians, particularly in high-risk areas. In 2023, the FBI reported a violent crime rate of 363.8 incidents per 100,000 people. In Canada, the Crime Severity Index (CSI), which measures the volume and severity of police-reported crime, rose by 2% in 2023, marking the third consecutive year of increases and continuing an upward trend since 2015. Additionally, non-violent crimes such as fraud (+12%), shoplifting involving amounts under $5,000 (+18%), and motor vehicle theft (+5%) also saw notable increases in 2023. The expanding presence of private security firms worldwide, particularly in developing nations, offers a lucrative market for body armor components. Furthermore, growing adoption among high-net-worth individuals and executives seeking personal protection presents niche growth opportunities.

## Restraint Factor for the Body Armor Parts Market

## High Costs of Advanced Body Armor Will Limit Market Growth

Advanced materials such as Kevlar, Dyneema, and ceramic composites are costly, making high-performance body armor parts expensive to produce and purchase. Many smaller law enforcement agencies, security firms, and individuals may struggle to afford high-quality body armor, limiting market penetration. Defense budgets in some countries are constrained, prioritizing other military expenditures over advanced body armor acquisitions. While advanced materials aim to reduce weight, many body armor components, especially those designed for high-threat scenarios, remain bulky and uncomfortable. The lack of ergonomic designs in some armor parts may impede mobility, affecting the user's performance and adoption in certain sectors.

## Impact of Covid-19 on the Body Armor Parts Market

Lockdowns, travel restrictions, and factory shutdowns disrupted the production and supply of body armor parts. Many manufacturers faced delays in sourcing raw materials such as Kevlar, ceramics, and advanced composites. Many governments reallocated budgets toward healthcare and pandemic management, leading to a temporary reduction in spending on law enforcement equipment, including body armor. Personal safety concerns during the pandemic, including increased crime in some regions, boosted demand for body armor among civilians and private security personnel. Military modernization programs in many countries experienced delays as governments redirected resources to combat the pandemic. This slowed the adoption of advanced body armor technologies. As economies recovered, governments and law enforcement agencies resumed procurement programs for body armor, leading to a rebound in demand.

*We have various report editions of Body Armor Parts Market, hence please contact our sales team and author directly to obtain/purchase a desired Edition eg, Global Edition, Regional Edition, Country Specific Report Edition, Company Profiles, Forecast Edition, etc.* Request for your Free Sample PDF/Online Access

## Competitive Landscape of the Body Armor Parts Market

In the Body Armor Parts market's competitive landscape, numerous key competitors are driving innovation and growth. Companies are heavily investing in research to develop lightweight, durable, and multi-functional body armor. Companies that prioritize advanced materials, modularity, and geographic diversification are better positioned to gain a competitive edge in this dynamic market.

In January 2024, DuPont, in collaboration with Point Blank Enterprises, secured a deal to supply advanced body armor to state and local law enforcement across North America. Their latest breakthrough, Kevlar EXO, represents a major milestone in aramid technology—the most significant advancement in over 50 years. Kevlar EXO delivers exceptional lightweight flexibility and superior protection, redefining standards in body armor performance. This partnership aims to enhance safety and operational efficiency for military and law enforcement personnel relying on Kevlar EXO. (Source: https://www.dupont.com/news/dupont-and-point-blank-enterprises-announce-exclusive-partnership-for-dupont-kevlar-exo.html . )

**Top Companies Market Share in Body Armor Parts Industry: (In no particular order of Rank)**

| Companies | 2022 (A) | 2023 (A) | 2024 (A) | 2025 (A) |
|---|---|---|---|---|
| BAE Systems | 🔒 | 🔒 | 🔒 | 🔒 |
| Safariland LLC | 🔒 | 🔒 | 🔒 | 🔒 |
| Pointblank Enterprizes Inc | 🔒 | 🔒 | 🔒 | 🔒 |
| Mehler Vario System GmBH | 🔒 | 🔒 | 🔒 | 🔒 |

Buy Now

| Introduction | Table of Contents | Executive Summary | Customized Data | Dashboard | Request Free Sample | Research Methodology |

| MKU Limited | 🔒 | 🔒 | 🔒 | 🔒 |
| Armor Express Inc. | 🔒 | 🔒 | 🔒 | 🔒 |

Note: A = Actual data, E = Estimated data, P = Projected data.

**\*List of Second Tier Companies, List of Third Tier/ Start-up Companies (Inquire with sales executive)**

Request Any Company Profile for Preview Purpose OR Data Validation!

*If any Company(ies) of your interest has/have not been disclosed in the above list then please let us know the same so that we will check the data availability in our database and provide you the confirmation or include it in the final deliverables.*

## Regional Analysis of the Body Armor Parts Market

### Which Region Dominates the Body Armor Parts Market in 2024?

According to Cognitive Market Research, North America currently dominates the Body Armor Parts market, and the region is expected to have significant growth during the projected period. Rising geopolitical tensions and increasing concerns about domestic security in North America are driving both government and private sector investments in body armor for military and security personnel. Whether responding to international conflicts, domestic civil unrest, or terrorist threats, there is a heightened emphasis on body armor as a vital protective measure. Notable incidents, such as the racially motivated mass shooting in Buffalo, New York, in May 2022, which claimed the lives of 10 individuals, and the 2018 attack at a Pittsburgh synagogue that left 11 dead, underscore the growing threat. Between 2010 and 2021, all but eight U.S. states experienced at least one domestic terrorism incident, with domestic terrorism-related investigations increasing by 357% over the last decade. According to the Department of Homeland Security (DHS), 231 domestic terrorism incidents occurred during this period, with roughly 35% categorized as racially or ethnically motivated. These events, along with numerous civil protests and violent confrontations, have underscored the critical need for body armor for both law enforcement and civilians.

### Which Region is Expanding at the Fastest CAGR?

Asia-Pacific is expected to make significant gains during the projected period, with the greatest compound annual growth rate (CAGR). Several countries in the Asia-Pacific (APAC) region are significantly investing in modernizing their military equipment due to escalating security concerns and geopolitical tensions. The rise in military budgets and the need to bolster defense capabilities have driven the demand for advanced body armor and protective gear. For instance, the Ministry of Defence in India has set a target of US$ 2.41 billion (Rs. 20 crore) in defense exports for FY24, while annual defense production reached a record high of approximately Rs. 1.27 lakh crore (US$ 1 billion) in FY24, marking a 16.7% increase from the previous year. India defense budget of US$ 74.7 billion ranks fourth globally in 2024. FY25, the Ministry of Defence (MoD) has been allocated Rs. 6,21,940.85 crore (approximately US$ 75 billion), the highest allocation among all ministries. Ongoing territorial disputes, such as those in the South China Sea, and the growing military presence of neighboring countries like China and India, are further fueling defense spending in the APAC region. As a result, nations are increasingly outfitting their armed forces with high-quality protective equipment, including body armor.

**The current report Scope analyzes Body Armor Parts Market on 6 major region Split (In case you wish to acquire a specific region edition (more granular data) or any country Edition data then please write us on info@cognitivemarketresearch.com**

- North America (United States, Canada, Mexico)
- Europe (United Kingdom, France, Germany, Italy, Russia, Spain, Sweden, Denmark, Switzerland, Luxembourg, Rest of Europe)
- Asia Pacific (China, Japan, South Korea, India, Australia, Singapore, Taiwan, South East Asia, Rest of APAC)
- South America (Brazil, Argentina, Colombia, Peru, Chile, Rest of South America)
- Middle East (Saudi Arabia, Turkey, UAE, Egypt, Qatar, Rest of Middle East)
- Africa (East Africa, West Africa, North Africa, South Africa)

**Body Armor Parts Market Share (%) by Region (2022-2034)**

Buy Now

Introduction | Table of Contents | Executive Summary | Customized Data | Dashboard | Request Free Sample | Research Methodology

*The above graph is for illustrative purposes only.*

To learn more about geographical trends request the free sample pages.

Get Free Sample

### North America Body Armor Parts Market Analysis

According to Cognitive Market Research, the global Body Armor Parts market size was estimated at USD 2514.5 Million, out of which North America held the major market share of more than 40% of the global revenue with a market size of USD 1005.80 million in 2024 and will grow at a compound annual growth rate (CAGR) of 2.2% from 2024 to 2031.

- According to Cognitive Market Research, the US had a major share in the Body Armor Parts market with a market size of USD 793.58 million in 2024 and is projected to grow at a CAGR of 2.0% during the forecast period. In the U.S., the demand for the Body Armor Parts market is driven by the rising concerns over domestic terrorism, violent crimes, and civil unrest, which have increased the need for personal and law enforcement protection.
- The Canadian Body Armor Parts market had a market share of USD 120.70 million in 2024 and is projected to grow at a CAGR of 3.0% during the forecast period. In Canada, the demand for the Body Armor Parts market is driven by growing security concerns, an increase in violent crimes, and a rise in the need for protective equipment among law enforcement and private security personnel.
- The Mexico Body Armor Parts market is projected to witness growth at a CAGR of 2.7% during the forecast period, with a market size of USD 91.53 million in 2024.

### Europe Body Armor Parts Market Analysis

According to Cognitive Market Research, the global Body Armor Parts market size was estimated at USD 2514.5 Million, out of which Europe held the market share of more than 30% of the global revenue with a market size of USD 754.35 million in 2024 and will grow at a compound annual growth rate (CAGR) of 2.5% from 2024 to 2031.

- The United Kingdom Body Armor Parts market had a market share of USD 126.73 million in 2024 and is projected to grow at a CAGR of 3.3% during the forecast period. In the UK, Body Armor Parts sales witness an upswing due to the government focus on bolstering security measures and defense spending.
- The French body Armor Parts market is projected to witness growth at a CAGR of 1.7% during the forecast period, with a market size of USD 69.40 million in 2024.
- According to Cognitive Market Research, the German Body Armor Parts market size was valued at USD 149.36 million in 2024 and is projected to grow at a CAGR of 2.7% during the forecast period. In Germany, Body Armor parts surged due to the heightene    urity concerns, particularly related to terrorism and crime, which have resulted in a stronger focus on law enforcement protection.

Buy Now

Introduction    Table of Contents    Executive Summary    Customized Data    Dashboard    Request Free Sample    Research Methodology

- The Russian Body Armor Parts market is projected to witness growth at a CAGR of 1.5% during the forecast period, with a market size of USD 116.92 million in 2024.
- The Spain Body Armor Parts market is projected to witness growth at a CAGR of 1.6% during the forecast period with a market size of USD 61.86 million in 2024
- The Luxembourg Body Armor Parts market is projected to witness growth at a CAGR of 2.6% during the forecast period, with a market size of USD 23.38 million in 2024.
- The Portugal Body Armor Parts market is projected to witness growth at a CAGR of 2.3% during the forecast period, with a market size of USD 15.84 million in 2024.
- The Greece Body Armor Parts market is projected to witness growth at a CAGR of 2.8% during the forecast period, with a market size of USD 9.05 million in 2024.
- The Rest of Europe's Body Armor Parts market is projected to witness growth at a CAGR of 1.2% during the forecast period, with a market size of USD 116.92 million in 2024.

## Asia Pacific Body Armor Parts Market Analysis

According to Cognitive Market Research, the global Body Armor Parts market size was estimated at USD 2514.5 Million, out of which Asia Pacific held the market share of around 23% of the global revenue with a market size of USD 578.34 million in 2024 and will grow at a compound annual growth rate (CAGR) of 6.00% from 2024 to 2031.

- According to Cognitive Market Research, the China Body Armor Parts market size was valued at USD 260.25 million in 2024 and is projected to grow at a CAGR of 5.5% during the forecast period. Body Armor Parts surged in China due to the significant defense spending, modernization of military capabilities, and the need to equip armed forces with advanced protective gear in response to geopolitical tensions and security challenges.
- The Japan Body Armor Parts market is projected to witness growth at a CAGR of 4.5% during the forecast period, with a market size of USD 79.81 million in 2024.
- The India Body Armor Parts market had a market share of USD 69.40 million in 2024 and is projected to grow at a CAGR of 7.8% during the forecast period. India's increasing internal security concerns, rising terrorism-related incidents, and ongoing territorial disputes, prompting heightened demand for protective gear among military, paramilitary forces, and law enforcement agencies, driving the market.
- The South Korean Body Armor Parts market is projected to witness growth at a CAGR of 5.1% during the forecast period, with a market size of USD 569.53 million in 2024.
- The Australian Body Armor Parts market is projected to witness growth at a CAGR of 5.7% during the forecast period, with a market of USD 30.07 million in 2024.
- The South East Asia Body Armor Parts market is projected to witness growth at a CAGR of 7.0% during the forecast period, with a market size of USD 39.91 million in 2024.
- The Rest of the Asia Pacific Body Armor Parts market is projected to witness growth at a CAGR of 5.8% during the forecast period, with a market size of USD 41.06 million in 2024.

## South America Body Armor Parts Market Analysis

According to Cognitive Market Research, the global Body Armor Parts market size was estimated at USD 2514.5 Million, out of which Latin America held the market share of around 5% of the global revenue with a market size of USD 125.73 million in 2024 and will grow at a compound annual growth rate (CAGR) of 6.6% from 2024 to 2031.

- According to Cognitive Market Research, the Brazil Body Armor Parts market size was valued at USD 53.81 million in 2024 and is projected to grow at a CAGR of 4.0% during the forecast period. Body Armor Parts flourished in Brazil due to the rising violence due to organized crime, drug trafficking, and gang-related activities, particularly in urban areas.
- Argentina's Body Armor Parts market had a market share of USD 21.12 million in 2024 and is projected to grow at a CAGR of 4.3% during the forecast period. Argentina's rising instances of organized crime, political protests, and civil unrest, which have heightened the need for protective gear for law enforcement and security personnel, driving the market.
- Colombia's Body Armor Parts market is projected to witness growth at a CAGR of 3.2% during the forecast period, with a market size of USD 11.19 million in 2024.
- Peru's Body Armor Parts market is projected to witness growth at a CAGR of 3.6% during the forecast period, with a market size of USD 10.31 million in 2024.
- Chile's Body Armor Parts market is projected to witness growth at a CAGR of 3.7% during the forecast period, with a market size of USD 9.05 million in 2024.
- The Rest of Latin America's Body Armor Parts market is projected to witness growth at a CAGR of 2.5% during the forecast period, with a market size of USD 20.24 million in 2024.

## Middle East Body Armor Parts Market Analysis

Buy Now

Introduction    Table of Contents    Executive Summary    Customized Data    Dashboard    Request Free Sample    Research Methodology

Middle East and Africa held the major market share of around 2% of the global revenue with a market size of USD 36.29 million in 2024 and will grow at a compound annual growth rate (CAGR) of 6.9% from 2024 to 2031.

- The GCC Countries Body Armor Parts market is projected to witness growth at a CAGR of 4.5% during the forecast period, with a market size of USD 21.52 million in 2024. Body Armor Parts sales flourish due to the ongoing modernization of military forces and increasing security threats in the region, including the risks posed by regional conflicts and terrorism.
- The Egypt Body Armor Parts market is projected to witness growth at a CAGR of 4.0% during the forecast period, with a market size of USD 5.28 million in 2024.
- The South African Body Armor Parts market is projected to witness growth at a CAGR of 4.7% during the forecast period, with a market size of USD 7.95 million in 2024. Automotive brake Hose sales flourished in South Africa due to the high crime rates, particularly violent and organized crime, which has raised concerns for personal safety.
- The Turkey Body Armor Parts market is projected to witness growth at a CAGR of 3.2% during the forecast period, with a market size of USD 4.32 million in 2024.
- The Nigeria Body Armor Parts market is projected to witness growth at a CAGR of 2.8% during the forecast period, with a market size of USD 5.28 million in 2024.
- The Rest of the MEA Body Armor Parts market is projected to witness growth at a CAGR of 2.7% during the forecast period, with a market size of USD 5.93 million in 2024.

## Body Armor Parts Market Segmentation Analysis from 2022 till 2034

Global Body Armor Parts Market Report 2025 Edition talks about crucial market insights with the help of segments and sub-segments analysis. In this section, we reveal an in-depth analysis of the key factors influencing Body Armor Parts Industry growth. Body Armor Parts market has been segmented with the help of its Protection Level Outlook:, Product Type Outlook: End-user Outlook:, and others. Body Armor Parts market analysis helps to understand key industry segments, and their global, regional, and country-level insights. Furthermore, this analysis also provides information pertaining to segments that are going to be most lucrative in the near future and their expected growth rate and future market opportunities. The report also provides detailed insights into factors responsible for the positive or negative growth of each industry segment.

How are Segments Performing in the Global Body Armor Parts Market?

### Body Armor Parts Market Protection Level Segment Analysis

According to Cognitive Market Research, Level III is likely to dominate the Body Armor Parts Market over the forecast period. Level III arm designed to protect against powerful rifle rounds, such as the 7.62x51mm NATO, which is commonly used in modern military rifles and sr rifles. As conflicts around the world become more intense and involve more sophisticated weaponry, the need for armor capabl withstanding these high-velocity threats has increased. Military personnel, law enforcement, and private security forces require higher levels of protection due to the growing presence of high-powered rifles in active combat zones.

The Level II is the fastest-growing segment in the Body Armor Parts Market. The rise in gun violence, particularly involving handguns, in urban areas has fueled the demand for Level II body armor. In the U.S. and other regions with high gun violence rates, law enforcement officers are increasingly faced with situations where they need protection from handguns. The rise in active shooter incidents, robberies, and general firearm-related violence is contributing to the adoption of Level II protection.



Body Armor Parts Market Share (%) by Protection Level Outlook: in 2022-2034

Level II    Level IIA    Level III    Level III A    Level IV

2026

Introduction | Table of Contents | Executive Summary | Customized Data | Dashboard | Request Free Sample | Research Methodology

Level II — Level IIA — Level III — Level III A — Level IV

*The above Chart is for representative purposes and does not depict actual sale statistics. Access/Request the quantitative data to understand the trends and dominating segment of Body Armor Parts Industry Request a Free Sample PDF!*

## Body Armor Parts Market Product Type Segment Analysis

According to Cognitive Market Research, the Vest segment holds the largest share of the market. With rising threats to personal safety, including violent crime, terrorism, and civil unrest, there is a growing demand for personal protective equipment, particularly body armor. Vests are the most commonly used form of body armor, providing broad protection for vital organs like the chest and abdomen. The increasing frequency of violent incidents and civil disturbances worldwide is prompting law enforcement agencies and military personnel to invest in advanced body armor solutions. Vests offer mobility while ensuring protection, which makes them suitable for both tactical and routine law enforcement activities.

In the Body Armor Parts Market, Helmets have been expanding at a rapid pace. Growing geopolitical tensions, regional conflicts, and military engagements have spurred increased spending on defense equipment. Helmets are a critical component of protective gear, providing defense against head injuries from bullets, shrapnel, and other projectiles. The ongoing conflicts in regions such as the Middle East, Eastern Europe, and Asia Pacific have led to heightened demand for helmets in military and law enforcement sectors. The increasing frequency of terrorist attacks, civil unrest, and violent confrontations has raised the need for enhanced personal protection for military personnel, law enforcement officers, and security professionals.



Body Armor Parts Market Share (%) by Product Type Outlook: in 2022-2034

Case 1:24-cv-00623-JLS-HKS    Document 69-6    new message Filed 03/27/26    Page 48 of 108

Introduction | <u>Table of Contents</u> | <u>Executive Summary</u> | <u>Customized Data</u> | <u>Dashboard</u> | <u>Request Free Sample</u> | <u>Research Methodology</u>



*The above Graph is for representation purposes only. This chart does not depict actual Market share.*

To learn more about market share request the free sample pages.

Get Free Sample

End-user Outlook: Segmentation Analysis from 2022 till 2034: Defense, Law Enforcement & Security Personnel, Civilians

Body Armor Parts Market End-user Segment Analysis

According to Cognitive Market Research, The Defence segment holds the largest market share. Offshore oil and gas exploration is one of the major drivers for the growth of the >200 PSI End-user segment. Offshore platforms, subsea exploration, and deepwater drilling require specialized hoses that can handle high-pressurefluids, especially in environments where high levels of pressure are involved during extraction processes. As the global energy demand continues to rise, the exploration of deepwater oil reserves is increasing, which requires hoses with high-pressure handling capabilities. Body Armor parts capable of handling pressures greater than 200 PSI are essential for offshore operations, where they are used in fuel transfer, chemical handling, and hydraulic systems.

In the Body Armor Parts market, the rapidly growing sector is the Law Enforcement & Security Personnel. Industries that deal with transportation and handling of hazardous liquids, gases, and chemicals require hoses that can withstand extreme pressures with compromising safety. The >250 PSI End-user hoses are built to endure higher internal pressures, which are common in applications like h flow liquid transfer, offshore oil drilling, and chemical processing. These hoses are essential in transferring substances such as crude liquefied natural gas (LNG), chemicals, and high-temperature fluids, where the operational pressures often exceed 250 PSI.

- Defense
- Law Enforcement & Security Personnel
- Civilians

Product Style Outlook: Segmentation Analysis from 2022 till 2034: Covert, Overt

Body Armor Parts Market Product Style Segment Analysis

According to Cognitive Market Research, the Covert segment dominates the market. Covert body armor is designed to be worn under clothing, providing discreet protection without drawing attention. This feature makes it particularly appealing for civilians, including high-net-worth individuals, executives, and security personnel, who require personal safety but do not want to reveal that they are wearing protective gear. Law enforcement officers also prefer covert vests during undercover operations, where the visibility of protective gear could compromise their mission.

Overt is projected to be the fastest-growing segment in the Body Armor Parts market. Overt body armor is designed to offer superior protection against a wider range of threats, including high-velocityfirearms, explosives, and other dangerous projectiles. It is often used by military personnel, law enforcement officers, and other professionals in high-risk environments who need robust, visible protection. The growth in demand for overt armor is linked to the rising threat of gun violence, terrorism, and civil unrest, which require more fortified defense gear.

- Covert
- Overt

## Author's Conclusion

Conclusion

- The global Body Armor Parts market will expand significantly by 4.00% CAGR between 2024 and 2031.
- The growing adoption of body armor by civilians, particularly in high-risk areas, and private securityfirms is boosting the dem     or

Buy Now

Introduction | Table of Contents | Executive Summary | Customized Data | Dashboard | Request Free Sample | Research Methodology

- Level III vests offer enhanced lightness, and flexibility, and can be discreetly worn under clothing. They are capable of stopping a broader range of ammunition and provide superior blunt force protection compared to Level II-A armor. These vests are ideal for use by council employees, law enforcement officers, and even civilians, making them the most commonly used protective armor.

## Author's Detail

Manjiri Kanhere

Senior Research Associate at Cognitive Market Research

LinkedIn | Profile | Book Appointment

Manjiri Kanhere is a seasoned market research professional specializing in the pharmaceutical and healthcare sectors. With extensive experience in analyzing global healthcare trends, emerging drug developments, and evolving medical technologies, she brings deep insights into industry dynamics and competitive landscapes. At Cognitive Market Research, Manjiri contributes to creating data-driven intelligence reports and strategic analyses that empower clients to make informed decisions in an ever-changing healthcare environment.

**Bio :**

Read More

## Frequently Asked Questions (FAQs)

| What is the market size for the Body Armor Parts market in 2024? | - |
| --- | --- |

The global market size for Body Armor Parts in 2024 is USD 2514.5 million.

| What is the growth rate for the Body Armor Parts market over the forecast period? | + |
| --- | --- |
| Which is the leading region of the market for Body Armor Parts? | + |
| Which region is projected to detect the fastest growth in the Body Armor Parts market over the forecast period? | + |
| Which country will be leading in the Body Armor Parts market in 2024? | - |
| What are the key drivers for the growth of the Body Armor Parts market? | - |
| Which is the significant Body Armor Parts market segment by Protection Level? | - |

Navigation

Support

## Reviews

Average Rating: 0



First Name*

Last Name*

Email*

Rating* ★ ★ ★ ★ ★

Comment*

I'm not a robot
reCAPTCHA
Privacy - Terms

Submit

Buy Now

Introduction | Table of Contents | Executive Summary | Customized Data | Dashboard | Request Free Sample | Research Methodology



**NEED ASSISTANCE?**

WRITE US

CALL US

BOOK APPOINTMENT



**WRITE AN EMAIL**

info@cognitivemarketresearch.com

sales@cognitivemarketresearch.com



**CALL US**

USA: (+1) 929-659-6832

Europe and UK: (+44) 73-0721-4177

Asia Pacific: (+852) 24529464

**Subscribe To CMR Newsletter**

Stay in touch with us to get latest news and discount coupons

Enter Your Email Address...

**Subscribe Now!**

**Address**

Sales Office Address (USA): 150 N Wacker Drive Building, Chicago, Illinois 60606

Headquarters: G4060, Solitaire Business Hub, Viman Nagar, Pune, Maharashtra 411014

UAE Office: IFZA Business Park, DDP, Dubai Silicon Oasis

**Call Us On**

USA: (+1) 929-659-6832

Europe and UK: (+44) 73-0721-4177

Asia Pacific: (+852) 24529464

India: (+91) 983-496-8611

**Email Us**

info@cognitivemarketresearch.com

sales@cognitivemarketresearch.com

**About Us**

Services

Testimonials

**Terms & Conditions**

Privacy Policy

Return Policy

How To Order

Buy Now

Events

Case Study

White Papers

Teams

Careers

Clientele

Contact Us

Become A Reseller

Journalist Portal

**Media**

Blogs

Press Release

Infographics

Videos

Articles

Company Profile

**Research Data**

Research Methodology

Athenaeum Subscription

Report Store

Syndicate Reports

**We Accept**

   



**Links**

Sitemap

Global RSS Feed

Regional RSS Feed

Navigation

Support





      



©2024 Cognitive Market Research. All rights reserved.

 



Buy Now

# Exhibit 7

# A
# DICTIONARY
## OF THE
# ENGLISH LANGUAGE:

### IN WHICH

The WORDS are deduced from their ORIGINALS,
Explained in their DIFFERENT MEANINGS,

### AND

Authorized by the NAMES of the WRITERS
in whose Works they are found.

Abstracted from the FOLIO EDITION,

By the AUTHOR

# SAMUEL JOHNSON, A.M.

To which is prefixed,

## A GRAMMAR of the ENGLISH LANGUAGE.

---

### In TWO VOLUMES.

### VOL. I.

---

The FIFTH EDITION, corrected.

---

## LONDON,

Printed for W. STRAHAN; J. and F. RIVINGTON; J. HINTON;
T. DAVIES; HAWES, CLARKE, and COLLINS; R. HORSEFIELD;
W. JOHNSTON; W. OWEN; T. LOWNDES; T. CASLON; S. CROWDER;
T. LONGMAN; B. LAW; BECKETT, and DE HONDT; E. and C. DILLY;
J. DODSLEY; W. NICOLL; W. GRIFFIN; G. ROBINSON; T. CA-
DELL; J. KNOX; ALMON; W. GOLDSMITH; J. and J. RIDLEY.
MDCCLXXIII.

Case 1:24-cv-00623-JLS-HKS    Document 69-6    Filed 03/27/26    Page 54 of 108

AREO'TICK. a. [ἀραιστιϰα.] Such medicines as open the pores.

A'RGENT. a. [from argentum, Lat. silver.]
1. Having the white colour used in the coats of gentlemen.
2. Silver; bright like silver.

A'RGIL. f. [argilla, Lat.] Potters clay.

ARGILLA'CEOUS. a. [from argil.] Clayey; consisting of argil, or potters clay.

ARGI'LLOUS. a. [from argil.] Consisting of clay; clayish. *Brown.*

A'RGOSY. f. [from Argo, the name of Jason's ship.] A large vessel for merchandise; a carrack. *Shakespeare.*

To A'RGUE. v. n. [arguo, Lat.]
1. To reason; to offer reasons. *Locke.*
2. To persuade by argument. *Congreve.*
3. To dispute. *Locke.*

To A'RGUE. v. a.
1. To prove any thing by argument. *Donne.*
2. To debate any question.
3. To prove as an argument. *Par. Lost. Newton.*
4. To charge with, as a crime. *Dryden.*

A'RGUER. f. [from argue.] A reasoner; a disputer. *Decay of Piety.*

A'RGUMENT. f. [argumentum, Lat.]
1. A reason alleged for or against any thing. *Locke.*
2. The subject of any discourse or writing. *Milton. Spratt.*
3. The contents of any work summed up by way of abstract. *Dryden.*
4. Controversy. *Locke.*

ARGUME'NTAL. a. [from argument.] Belonging to argument. *Pope.*

ARGUMENTA'TION. f. [from argument.] Reasoning; the act of reasoning.

ARGUME'NTATIVE. a. [from argument.] Consisting of argument; containing argument. *Atterbury.*

A'RGUTE. a. [arguto, Ital. argutus, Lat.]
1. Subtile; witty; sharp.
2. Shrill.

A'RID. a. [aridus, Lat. dry.] Dry; parched up. *Arbuthnot.*

ARI'DITY. f. [from arid.]
1. Dryness; siccity. *Arbuthnot.*
2. A kind of insensibility in devotion. *Norris.*

A'RIES. f. [Lat.] The ram; one of the twelve signs of the zodiack. *Thomson.*

To ARI'ETATE. v. n. [arieto, Lat.] To butt like a ram. To strike in imitation of the blows which rams give with their heads.

ARIETA'TION. f. [from arietate.]
1. The act of butting like a ram.
2. The act of battering with an engine called a ram. *Bacon.*
3. The act of striking or conflicting in general. *Glanville.*

ARIE'TTA. f. [Ital. in musick.] A short air, song, or tune.

ARI'GHT. ad. [from a and right.]
1. Rightly; without errour. *Dryden.*
2. Rightly; without crime. *Psalms.*
3. Rightly; without failing of the end designed. *Dryden.*

ARIOLA'TION. f. [hariolus, Lat.] Soothsaying. *Brown.*

To ARI'SE. v. n. pret. arose, particip. arisen.
1. To mount upward as the sun. *Dryden.*
2. To get up as from sleep, or from rest. *Proverbs.*
3. To come into view, as from obscurity. *Matthew.*
4. To revive from death. *Isaiah.*
5. To proceed, or have its original. *Dryd.*
6. To enter upon a new station. *Cowley.*
7. To commence hostility. *1 Samuel.*

ARISTO'CRACY. f. [ἄριϛος and ϰϱαϯεω.] That form of government which places the supreme power in the nobles. *Swift.*

ARISTOCRA'TICAL. a. [from aristocracy.] Relating to aristocracy. *Ayliffe.*

ARISTOCRA'TICALNESS. f. [from aristocratical.] An aristocratical state.

ARI'THMANCY. f. [ἀριθμός and μαντεία.] A foretelling future events by numbers.

ARITHME'TICAL. a. [from arithmetick.] According to the rules or method of arithmetick. *Newton.*

ARITHME'TICALLY. ad. [from arithmetical.] In an arithmetical manner. *Arbuthnot.*

ARI'THMETICIAN. f. [from arithmetick.] A master of the art of numbers. *Addison.*

ARI'THMETICK. f. [ἀριθμός and μετρεω.] The science of numbers; the art of computation. *Taylor.*

ARK. f. [arca, Lat. a chest.]
1. A vessel to swim upon the water, usually applied to that in which Noah was preserved from the universal deluge. *Milton.*
2. The repository of the covenant of God with the Jews.

ARM. f. [eaƿm, eoƿm, Sax.]
1. The limb which reaches from the hand to the shoulder. *Dryden.*
2. The large bough of a tree. *Sidney.*
3. An inlet of water from the sea. *Norris.*
4. Power; might: as, the secular arm. *Shakespeare.*

ARM'S-END. f. A due distance. A phrase taken from boxing. *Sidney.*

To ARM. v. a. [armo, Lat.]
1. To furnish with armour of defence, or weapons of offence. *Pope.*
2. To plate with any thing that may add strength. *Shakespeare.*
3. To furnish; to fit up. *Walton.*

To ARM. v. n.
1. To take arms. *Shakespeare.*
2. To provide against. *Spenser.*

ARMADA.

## ARM

ARMÆDA. *f.* [Span. a fleet of war.] An armament for sea.                    *Fairfax.*

ARMADI'LLO. *f.* [Spanish.] A four-footed animal of Brasil, as big as a cat, with a snout like a hog, a tail like a lizard, and feet like a hedge-hog. He is armed all over with hard scales like armour.

A'RMAMENT. *f.* [armamentum, Lat.] A naval force.

A'RMATURE. *f.* [armatura, Latin.] Armour.                    *Ray.*

ARMED *Chair. f.* [from armed and chair.] An elbow chair.

ARME'NIAN *Bole. f.* A fat medicinal kind of earth.

ARME'NIAN *Stone. f.* A mineral stone or earth of a blue colour, spotted with green, black and yellow.

ARME'NTAL. ⎫ Belonging to a drove or
A'RMENTINE. ⎭ herd of cattle.

A'RMGAUNT. *a.* [ from arm and gaunt. ] Slender as the arm; or rather slender with want.                    *Shakespeare.*

ARM-HOLE. *f.* [from arm and hole.] The cavity under the shoulder.                    *Bacon.*

ARMI'GEROUS. *a.* [from armiger, Latin.] Bearing arms.

A'RMILLARY. *a.* [from armilla, Lat.] Resembling a bracelet.

A'RMILLATED. *a.* [armillatus, Latin.] Wearing bracelets.                    *Dict.*

A'RMINGS. *f.* [in a ship.] The same with wasteclothes.

ARMI'POTENCE. *f.* [arma, potentia, Lat.] Power in war.

ARMI'POTENT. *a.* [armipotens, Latin.] Mighty in war.                    *Dryden.*

A'RMISTICE. *f.* [armistitium, Lat.] A short truce.

A'RMLET. *f.* [from arm.]
  1. A little arm.
  2. A piece of armour for the arm.
  3. A bracelet for the arm.                    *Donne.*

ARMONI'ACK. *f.* [erroneously so written for ammoniac.] The name of a salt generated by the urine of camels that brought visitants to the temple of Jupiter Ammon, now counterfeited by the chymists.

A'RMORER. *f.* [armorier, Fr.]
  1. He that makes armour, or weapons. *Pope.*
  2. He that dresses another in armour. *Shak.*

ARMO'RIAL. *a.* [armorial, Fr.] Belonging to the arms or escutcheon of a family.

A'RMORY. *f.* [from armour.]
  1. The place in which arms are reposited for use.                    *South.*
  2. Armour; arms of defence.    *Par. Lost.*
  3. Ensigns armorial.    *Fairy Queen.*

A'RMOUR. *f.* [armatura, Lat.] Defensive arms.                    *South.*

A'RMOUR BEARER. *f.* [from armour and bear.] He that carries the armour of another.                    *Dryden.*

Vol. I.

## ARR

A'RMPIT. *f.* [from arm and pit.] The hollow place under the shoulder.    *Swift.*

ARMS. *f.* without the singular number. [arma, Lat.]
  1. Weapons of offence, or armour of defence.                    *Pope.*
  2. A state of hostility.    *Shakespeare.*
  3. War in general.    *Dryden.*
  4. Action; the act of taking arms. *Milton.*
  5. The ensigns armorial of a family.

A'RMY. *f.* [armée, Fr.]
  1. A collection of armed men, obliged to obey one man.                    *Locke.*
  2. A great number.    *Shakespeare.*

AROMA'TICAL. ⎫ *a.* [from aroma, Lat.]
AROMA'TICK. ⎭ spice.]
  1. Spicy.                    *Dryden.*
  2. Fragrant; strong scented.    *Pope.*

AROMA'TICKS. *f.* Spices.    *Raleigh.*

AROMATIZA'TION. *f.* [from aromatize.] The act of scenting with spices.

To ARO'MATIZE. *v. a.* [from aroma, Lat. spice.]
  1. To scent with spices; to impregnate with spices.                    *Bacon.*
  2. To scent; to perfume.    *Brown.*

ARO'SE. The preterite of the verb arise.

ARO'UND. *ad.* [from a and round.]
  1. In a circle.                    *Dryden.*
  2. On every side.

ARO'UND. *prep.* About.    *Dryden.*

To ARO'USE. *v. a.* [from a and rouse.]
  1. To wake from sleep.
  2. To raise up; to excite.    *Thomson.*

ARO'W. *ad.* [from a and row.] In a row.                    *Sidney. Dryden.*

ARO'YNT. Be gone; away.    *Shakespeare.*

A'RQUEBUSE. *f.* A hand gun.    *Bacon.*

A'RQUEBUSIER. *f.* [from arquebuse.] A soldier armed with an arquebuse. *Knolles.*

ARRA'CK. *f.* A spirit procured by distillation from a vegetable juice called toddy, which flows by incision out of the cocoa-nut tree.

A'RRACK. *f.* One of the quickest plants both in coming up and running to seed. *Mortimer.*

To ARRA'IGN. *v. a.* [arranger, Fr. to set in order.]
  1. To set a thing in order, in its place. A prisoner is said to be arraigned, when he is brought forth to his trial.    *Cowel.*
  2. To accuse; to charge with faults in general, as in controversy, or in satire.
                    *South.*

ARRA'IGNMENT. *f.* [from arraign.] The act of arraigning; a charge.    *Dryden.*

To ARRA'NGE. *v. a.* [arranger, Fr.] To put in the proper order for any purpose.
                    *Fairy Queen.*

ARRA'NGEMENT. *f.* [ from arrange. ] The act of putting in proper order; the state of being put in order.    *Cheyne.*

A'RRANT. *a.* [from errant.] Bad in a high degree.                    *Dryden.*

H                    A'RRANTLY.

# Exhibit 8

Case 1:24-cv-00623-JLS-HKS    Document 69-6    Filed 03/27/26    Page 57 of 108

Dictionaries K.



Duce Minerva.

A NEW AND COMPLETE

# DICTIONARY

OF

## ARTS and SCIENCES;

COMPREHENDING ALL

### The Branches of Useful Knowledge,

WITH

ACCURATE DESCRIPTIONS as well of the various MACHINES, INSTRUMENTS, TOOLS, FIGURES, and SCHEMES neceſſary for illuſtrating them,

AS OF

The Claſſes, Kinds, Preparations, and Uſes of NATURAL PRODUCTIONS, whether ANIMALS, VEGETABLES, MINERALS, FOSSILS, or FLUIDS;

Together with

The KINGDOMS, PROVINCES, CITIES, TOWNS, and other Remarkable Places throughout the WORLD.

Illuſtrated with above Three Hundred COPPER-PLATES, curiouſly engraved by Mr. JEFFERYS, Geographer and Engraver to his Royal Highneſs the Prince of WALES.

The Whole extracted from the Beſt AUTHORS in all Languages.

By a SOCIETY of GENTLEMEN.

*Huc undique Gaza Congeritur* —————— VIRG.

## VOL. I.

LONDON:

Printed for W. OWEN, at Homer's Head, in Fleet-ſtreet.

MDCC LIV.

ARMIRO, a town of european Turky, in the province of Theſſaly, ſituated in 23° 30' eaſt longitude.

ARMISTICE, a temporary truce, or ceſſation of arms for a very ſhort ſpace of time.

ARMOISIN, a ſilk ſtuff, or kind of taffety, manufactured in the Eaſt-Indies, at Lyons in France, and Lucca in Italy. That of the Indies is ſlighter than thoſe made in Europe.

ARMONIAC, or AMMONIAC, in natural hiſtory, a ſort of volatile ſalt, of which there are two kinds, natural and artificial.

The natural ſal ammoniac, uſed by the antients, was found in the ſands of Lybia, near the temple of Jupiter Ammon. It was ſuppoſed to be generated in thoſe ſands from the urine of camels. The artificial, or common ſal ammoniac, is chiefly brought from Egypt; and though there is hardly a more common drug, it is but very lately we have known in what manner it is made; being procured by ſublimation from all ſort of urine of men and beaſts, mixed with common ſalt and ſoot. It muſt be choſen white, clean, tranſparent, dry, and without filth; and when broken, it muſt appear as if full of needles.

The uſe of this ſalt is very conſiderable in medicine, and ſeveral artificers uſe it; ſuch as dyers, ſilverſmiths, piamakers, farriers, &c. Its ſpirit is ſo ſharp, that, when mixed with aqua-fortis, or ſpirit of nitre, it completes the diſſolution of gold, which thoſe two powerful diſſolvents could not effect without it.

Its preparations are, 1. Flowers of ſal armoniac. 2. Its volatile ſalt. 3. Its ſpirit. 4. Its dulcified ſpirit.

ARMOR, or ARMOUR. See ARMOUR.

ARMORIAL, ſomething relating to arms, or coats of arms. See ARMS.

ARMORY, a warehouſe of arms, or a place where the military habiliments are kept, to be ready for uſe.

ARMORY is alſo a branch of the ſcience of heraldry, conſiſting in the knowledge of coats of arms, as to their blazons and various intendments. See the articles BLAZON and HERALDRY.

ARMOUR denotes all ſuch habiliments as ſerve to defend the body from wounds, eſpecially of darts, a ſword, a lance, &c. A complete ſuit of armour formerly conſiſted of a helmet, a ſhield, a cuiraſſe, a coat of mail, a gantlet, &c. all now laid aſide.

ARMOURER, a perſon who makes or deals in arms and armour.

ARMS, arma, in general, all kinds of weapons, whether uſed for offence or defence.

ARMS of offence, are the ſword, piſtol, muſquet, bayonet, &c. See the article SWORD, &c.

ARMS of defence. See ARMOUR.

ARMS, in a legal ſenſe, extend to any thing that a perſon wears for his own defence, or takes into his hand, and uſes, in anger, to ſtrike or throw at another.

ARMS of courteſy or parade, were lances not ſhod, ſwords without edge or point, &c. uſed in the antient tournaments. See the article TOURNAMENT.

Paſs of ARMS, a kind of combat, when antiently one or more cavaliers undertook to defend a paſs againſt all attacks. Arms denote alſo the natural weapons of beaſts, as claws, teeth, beaks, &c.

ARMS, or ARMORIES, in heraldry, marks of honour borne upon ſhields, banners, and coats, in order to diſtinguiſh ſtates, families, and perſons.

At this time, arms follow the nature of titles, which being made hereditary, they are alſo become ſo, being the ſeveral marks to diſtinguiſh families, as names ſerve to diſtinguiſh individuals. They are the gift of kings and princes, through the miniſtry of their kings and heralds of arms, who ought to be knowing and judicious, to give the proper arms to all perſons.

Arms are ſaid to be parted, couped, quartered, &c. See the articles PARTED, COUPED, &c.

Charged ARMS, are ſuch as retain their antient integrity, with the addition of ſome new honourable bearing.

Canting or vocal ARMS, thoſe in which there are ſome figures, alluding to the name of the family.

Full or intire ARMS, ſuch as retain their primitive purity, without any alterations or abatements.

Falſe ARMS, ſuch as are not conformable to the rules of heraldry.

ARMS, in falconry, the legs of a hawk from the thigh to the foot.

Place of ARMS, in fortification. See the article PLACE of arms.

Aſſumptive ARMS. See ASSUMPTIVE.

ARMS of patronage. See PATRONAGE.

King at ARMS. See KING at arms.

Herald at ARMS. See the article HERALD.

Pourſuivant at ARMS. See POURSIVANT.

College of ARMS. See COLLEGE of arms.

AR-

# Exhibit 9

## A R I      A R K      A R M

pron. *arise, arose, arisen.* [Sax. *arisan*; D. *ryzen*; Goth. *reisan.* It may be allied to Ar. ـرس, to be the head or chief; Heb. Ch. Syr. Sam. Eth. ראש head, origin.]

1. To ascend, mount up or move to a higher place; as, vapors *arise* from humid places.

2. To emerge from below the horizon; as, the sun or a star *arises* or *rises.*

3. To get out of bed; to leave the place or state of rest; or to leave a sitting or lying posture.

The king *arose* early and went to the den. Dan. vi.

4. To begin; to spring up; to originate.

A persecution *arose* about Stephen. Acts xi.

*Figuratively,* to awake from a state of sin and stupidity; to repent.

*Arise* from the dead, and Christ shall give thee life. Eph. v.

5. To revive from death; to leave the grave.

Many bodies of saints *arose.* Math. xxvii.

6. To begin to act; to exert power; to move from a state of inaction.

Let God *arise*; let his enemies be scattered. Ps. lxviii.

7. To appear, or become known; to become visible, sensible or operative.

To you shall the sun of righteousness *arise.* Math. iv.

Till the day star shall *arise* in your hearts. 2 Pet. i.

8. To be put in motion; to swell or be agitated; as, the waves *arose.*

9. To be excited or provoked; as, the wrath of the king shall *arise.*

10. To emerge from poverty, depression or distress.

By whom shall Jacob *arise?* for he is small. Amos vii.

11. To appear in a particular character; to enter upon an office.

There *arose* a new king who knew not Joseph. Ex. i.

12. To begin sedition, insurrection, or mutiny; as, the men *arose,* or *rose* upon their officers.

13. To invade, assault or begin hostility; followed by *against.*

When he *arose against* me, I caught him by the beard. 1 Sam. xvii.

In this sense, the word *against* really belongs to the verb, and is necessary to give it this meaning. [See *Rise,* another form of this verb, which has the same signification, and is more generally used in popular language.]

ARI'SING, *ppr.* Ascending; moving upward; originating or proceeding; getting up; springing up; appearing.

ARIST'A, *n.* [L.] In *botany,* awn, the long pointed beard which issues from the husk, or scaly flower cup of the grasses, called the glume. *Milne.*

ARISTAR'CHY, *n.* [Gr. αρισος, best, and αρχη, rule.]

A body of good men in power, or government by excellent men. *Harington.*

ARISTOC'RACY, *n.* [Gr. αρισος, best, and κρατεω, to hold or govern.]

A form of government, in which the whole supreme power is vested in the principal persons of a state; or in a few men distinguished by their rank and opulence. When the supreme power is exercised by a small number, the government is called an *oligarchy.* The latter word however

is usually applied to a corrupted form of aristocracy.

ARIST'OCRAT, *n.* One who favors an aristocracy in principle or practice; one who is a friend to an aristocratical form of government. *Burke.*

ARISTOCRAT'IC,     }   *a.* Pertaining to
ARISTOCRAT'ICAL, } aristocracy; consisting in a government of nobles, or principal men; as an *aristocratic* constitution.

2. Partaking of aristocracy; as, an *aristocratic* measure; *aristocratic* pride or manners.

ARISTOCRAT'ICALLY, *adv.* In an aristocratical manner.

ARISTOCRAT'ICALNESS, *n.* The quality of being aristocratical.

ARISTOTE'LIAN, *a.* Pertaining to Aristotle, a celebrated philosopher, who was born at Stagyra, in Macedon, about 384 years before Christ. The *Aristotelian* philosophy is otherwise called *peripatetic.*

ARISTOTE'LIAN, *n.* A follower of Aristotle, who was a disciple of Plato, and founded the sect of *peripatetics.* [See *Peripatetic.*]

ARISTOTE'LIANISM, *n.* The philosophy or doctrines of Aristotle.

ARISTOTEL'IC, *a.* Pertaining to Aristotle or to his philosophy.

The pernicious effects of the *Aristotelic* system. *Schlegel, Trans.*

ARITH'MANCY, *n.* [Gr. αριθμος, number, and μαντεια, divination.]

Divination or the foretelling of future events by the use or observation of numbers.

ARITH'METIC, *n.* [Gr. αριθμεω, to number, αριθμητικη, the art of numbering, from αριθμος, number; from ρυθμος, number, rhythm, order, agreement.]

The science of numbers, or the art of computation. The various operations of arithmetic are performed by addition, subtraction, multiplication and division.

ARITHMET'IC,     }   *a.* Pertaining to arith-
ARITHMET'ICAL, } metic; according to the rules or method of arithmetic.

ARITHMET'ICALLY, *adv.* According to the rules, principles or method of arithmetic.

ARITHMETI'CIAN, *n.* One skilled in arithmetic, or versed in the science of numbers.

ARK, *n.* [Fr. *arche*; L. *arca*; Sp. Port. It. *arca,* a chest or coffer; Ir. *airg, airk*; Sax. *erc* or *erk*; G. *arche*; D. *arke*; Ch. ארן.]

1. A small close vessel, chest or coffer, such as that which was the repository of the tables of the covenant among the Jews. This was about three feet nine inches in length. The lid was the *propitiatory,* or mercy seat, over which were the cherubs. The vessel in which Moses was set afloat upon the Nile was an *ark* of bulrushes.

2. The large floating vessel, in which Noah and his family were preserved, during the deluge.

3. A depository.

Arise, O Lord, into thy rest, thou and the *ark* of thy strength. Ps. cxxxii.

4. A large boat used on American rivers, to transport produce to market.

ARKITE, *n.* A term used by Bryant to denote one of the persons who were preser-

ved in the ark; or who, according to pagan fables, belonged to the ark.

ARKITE, *a.* Belonging to the ark.
*Bryant. Faber.*

ARKTIZITE,    }   *n.* A mineral, now called
ARCTIZITE, } Wernerite.

ARM, *n.* [Sax. *arm, earm*; D. G. Sw. Dan. *arm*; L. *armus,* an *arm,* a shoulder, a wing. In Russ. a shoulder is *ramo,* which may be the same word as the L. *armus.* If so, this word belongs to the root, Rm, coinciding with L. *ramus,* a branch, that is, a shoot, like the Celtic *braich,* L. *brachium.* But if the L. *armus* is directly from the Gr. αρμος, a joint, it would seem to be formed from Gr. αρω, to fit.]

1. The limb of the human body, which extends from the shoulder to the hand.

2. The branch of a tree, or the slender part of a machine, projecting from a trunk or axis. The limbs of animals are also sometimes called arms.

3. A narrow inlet of water from the sea.

4. *Figuratively,* power, might, strength; as the secular *arm.* In this sense the word is often used in the scriptures.

To whom is the *arm* of the Lord revealed. Isa. liii.

ARM, *v. t.* [L. *armo*; Fr. *armer*; Sp. *armar*; It. *armare*; from L. *arma.*]

1. To furnish or equip with weapons of offense, or defense; as, to *arm* the militia.

2. To cover with a plate, or with whatever will add strength, force, or security; as, to *arm* the hilt of a sword.

3. To furnish with means of defense; to prepare for resistance; to fortify.

*Arm* yourselves with the same mind. 1 Pet. iv.

ARM, *v. i.* To provide with arms, weapons, or means of attack or resistance; to take arms; as, the nations *arm* for war.

This verb is not really intransitive in this use, but reciprocal, the pronoun being omitted. The nations *arm*—for, the nations *arm themselves.*

ARMA'DA, *n.* [Sp. from *arma.*]

A fleet of armed ships; a squadron. The term is usually applied to the Spanish fleet, called the *Invincible Armada,* consisting of 130 ships, intended to act against England in the reign of Queen Elizabeth, A. D. 1588.

ARMADIL'LO, *n.* [Sp.; so called from being *armed* with a bony shell.]

A quadruped peculiar to America, called also *tatoo,* and in zoology, the *dasypus.* This animal has neither fore-teeth, nor dog-teeth; it is covered with a hard, bony shell, divided into movable belts, except on the forehead, shoulders and haunches, where it is not movable. The belts are connected by a membrane, which enables the animal to roll itself up like a hedge hog. These animals burrow in the earth, where they lie during the day time, seldom going abroad except at night. They are of different sizes; the largest 3 feet in length, without the tail. They subsist chiefly on fruits and roots; sometimes on insects and flesh. When attacked, they roll themselves into a ball, presenting their armor on all sides to any assailant; but they are inoffensive, and their flesh is esteemed good food. *Encyc.*

ARM          ARM          ARM

ARMAMENT, n. [L. *armamenta*, utensils, tackle, from *arma*.]
A body of forces equipped for war; used of a land or naval force. It is more generally used of a naval force, including ships, men and all the necessary furniture for war.

ARMAMENT'ARY, n. An armory; a magazine or arsenal. [*Rarely used.*]

ARMATURE, n. [L. *armatura*.]
1. Armor; that which defends the body. It comprehends whatever is worn for *defense* of the body, and has been sometimes used for *offensive* weapons. *Armature*, like *arms* and *armor*, is used also of the furniture of animals and vegetables, evidently intended for their protection; as prickles, spines and horns.
2. In *ancient military art*, an exercise performed with missive weapons, as darts, spears and arrows. *Encyc.*

ARMED, pp. Furnished with weapons of offense or defense; furnished with the means of security; fortified, in a *moral sense.*
2. In *heraldry*, *armed* is when the beaks, talons, horns, or teeth of beasts and birds of prey are of a different color from the rest of the body. *Chambers.*
3. Capped and cased, as the load stone; that is, set in iron.
An *armed ship* is one which is taken into the service of government for a particular occasion, and armed like a ship of war.

ARME'NIA, a. Pertaining to Armenia, a country and formerly, a kingdom, in Asia, divided into Major and Minor. The greater Armenia is now called Turcomania.

ARME'NIAN, n. A native of Armenia, or the language of the country. *Sir W. Jones.*
*Armenian bole* is a species of clay from Armenia, and found in other countries. But the term, being of uncertain signification, is rejected in modern mineralogy. [See *Bole.*] *Cronstedt.    Kirwan.*
*Armenian stone*, a soft blue stone, consisting of calcarious earth or gypsum, with the oxyd of copper. It is too soft to give fire with steel, loses its color when heated, and does not admit of a polish. *Nicholson.*

ARME-PUIS'SANT, a. [See *Puissant.*]
Powerful in arms. *Weever.*

ARMFUL, n. As much as the arms can hold.

ARMGAUNT, a. Slender, as the arm. [*Not in use.*] *Shak.*

ARMHOLE, n. [arm and *hole*.] The cavity under the shoulder, or the armpit. *Bacon.*
2. A hole for the arm in a garment.

ARMIG'EROUS, a. [L. *armiger*; *arma* and *gero*.]
Literally, bearing arms. But in present usage, *armiger* is a title of dignity next in degree to a knight. In times of chivalry, it signified an attendant on a knight, or other person of rank, who bore his shield and rendered him other military services. So in antiquity, Abimilech, Saul, &c. had their armor bearers, Judg. ix. 1 Sam. xvi. As had Hector and Achilles. *Homer.* This title, under the French princes, in England, was exchanged, in common usage, for *esquire*, Fr. *ecuyer*, a word of similar import, from *ecu*, L. *scutum*, a

shield. *Armiger* is still retained with us, as a title of respect, being the Latin word equivalent to *esquire*, which see. *Spelman.*

ARMILLARY, a. [L. *armilla*, a bracelet, from *armus*, the arm.]
Resembling a bracelet, or ring; consisting of rings or circles. It is chiefly applied to an artificial sphere, composed of a number of circles of the mundane sphere, put together in their natural order, to assist in giving a just conception of the constitution of the heavens, and the motions of the celestial bodies. This artificial sphere revolves upon its axis within a horizon, divided into degrees, and movable every way upon a brass supporter. *Encyc.*

ARMING, ppr. Equipping with arms; providing with the means of defense or attack; also, preparing for resistance in a *moral sense.*

ARMINGS, n. The same as *waist-clothes*, hung about a ship's upper works. *Chambers.*

ARMIN'IAN, a. Pertaining to Arminius, or designating his principles.

ARMIN'IAN, n. One of a sect or party of Christians, so called from Arminius, or Harmansen, of Holland, who flourished at the close of the 16th century, and beginning of the 17th. The Arminian doctrines are, 1. Conditional election and reprobation, in opposition to absolute predestination. 2. Universal redemption, or that the atonement was made by Christ for all mankind, though none but believers can be partakers of the benefit. 3. That man, in order to exercise true faith, must be regenerated and renewed by the operation of the Holy Spirit, which is the gift of God; but that this grace is not irresistible and may be lost; so that men may relapse from a state of grace and die in their sins. *Encyc.*

ARMIN'IANISM, n. The peculiar doctrines or tenets of the Arminians.

ARMIP'OTENCE, n. [*arma* and *potentia*. See *Potency.*]
Power in arms. *Johnson.*

ARMIP'OTENT, a. Powerful in arms; mighty in battle. *Dryden.*

ARMIS'ONOUS, a. [*arma* and *sonus*. See *Sound.*]
Sounding or rustling in arms. *Johnson.*

ARMISTICE, n. [L. *arma* and *sisto*, to stand still, Gr. ιστημι; Sp. *armisticio*; It. *armistizio*; Fr. *armistice*.]
A cessation of arms, for a short time, by convention; a truce; a temporary suspension of hostilities by agreement of the parties.

ARMLESS, a. Without an arm; destitute of weapons. *Beaumont.*

ARMLET, n. [dim. of *arm*.] A little arm; a piece of armor for the arm; a bracelet. *Dryden.    Johnson.*

ARMOR, n. [from *arm*.]
1. Defensive arms; any habit worn to protect the body in battle; formerly called *harness*. A complete armor formerly consisted of a casque or helmet, a gorget, cuirass, gauntlets, tasses, brassets, cuishes, and covers for the legs to which the spurs were fastened. *Encyc.*
In *English statutes*, armor is used for the whole apparatus of war; including offensive as well as defensive arms. The *statutes of armor* directed what arms every man should provide, 27. Hen. II. and

of Westminster. Hence *armor* includes all instruments of war.
*Blackstone*, B. iv. Ch. 7. B. i. Ch. 13. Hen. Hist. Brit. B. iii. Ch. 1.
2. In a *spiritual sense*, a good conscience, faith and Christian graces are called *armor.* Rom. xiii. Eph. vi. 2 Cor. vi.
*Coat-armor* is the escutcheon of a person or family, with its several charges and other furniture, as mantling, crest, supporters, motto, &c. *Encyc.*

ARMOR-BEARER, n. One who carries the armor of another.

ARMORER, n. A maker of armor or arms; a manufacturer of instruments of war. The armorer of a ship has the charge of the arms, to see that they are in a condition fit for service.

ARMO'RIAL, a. Belonging to armor, or to the arms or escutcheon of a family; as ensigns *armorial.* *Blackstone.*

ARMOR'IC,   }
ARMOR'ICAN, } a. [Celtic *ar*, upon, and *mor*, the sea; that is, maritime.]
Designating the northwestern part of France, formerly called *Armorica*, afterward Bretagne, or Britanny. This part of France is peopled by inhabitants who speak a dialect of the Celtic. It is usually supposed their ancestors were refugees or colonists from England.

ARMOR'IC, n. The language of the Armoricans; one of the Celtic dialects which have remained to the present times.

ARMOR'ICAN, n. A native of Armorica, or Bretagne.

ARMORIST, n. One skilled in heraldry.

ARMORY, n. A place where arms, and instruments of war are deposited for safe keeping.
2. Armor; defensive arms. *Milton.*
3. Ensigns armorial. *Spenser.*
4. The knowledge of coat-armor; skill in heraldry. *Encyc.*

ARMPIT, n. [arm and *pit*.] The hollow place or cavity under the shoulder. *Moxon.*

ARMS, n. plu. [L. *arma*; Fr. *arme*; Sp. It. *arma.*]
1. Weapons of offense, or armor for defense and protection of the body.
2. War; hostility.
  *Arms* and the man I sing. *Dryden.*
  *To be in arms*, to be in a state of hostility, or in a military life.
  *To arms* is a phrase which denotes a taking arms for war or hostility; particularly, a summoning to war.
  *To take arms*, is to arm for attack or defense.
  *Bred to arms* denotes that a person has been educated to the profession of a soldier.
3. The ensigns armorial of a family; consisting of figures and colors borne in shields, banners, &c., as marks of dignity and distinction, and descending from father to son.
4. In *law*, arms are any thing which a man takes in his hand in anger, to strike or assault another. *Cowel.    Blackstone.*
5. In *botany*, one of the seven species of fulcra or props of plants, enumerated by Linne and others. The different species of arms or armor, are prickles, thorns, forks and stings, which seem intended to protect the plants from injury by animals. *Milne.    Martyn.*

# Exhibit 10

# A Pocket Dictionary

OR COMPLETE

# ENGLISH EXPOSITOR:

SHEWING READILY

The Part of Speech to which each Word belongs; its true Meaning, when not self-evident; its various Senses, if more than one, placed in proper Order; and the Language, from whence it is deriv'd, pointed out immediately after the Explication.

ALSO

The Technical Terms are clearly explain'd; every Word is so accented, that there can be no Uncertainty as to the Pronunciation;

AND THE

Names of the Cities and principal Towns, their Distance from LONDON, their Market Days, and Fairs, according to the NEW STYLE, are alphabetically interspers'd; with other useful Articles.

To render this BOOK complete, many modern Words are introduc'd, which are not to be found in other Dictionaries; and to make it more concise and portable, such Words are omitted, as being neither properly English, nor ever used by good Authors, would only serve to mislead and embarrass the Learner.

A WORK entirely new, and design'd for the YOUTH of both Sexes, the LADIES and PERSONS in BUSINESS.

To which is prefix'd

# An INTRODUCTION,

Containing an History of the ENGLISH Language, with a compendious Grammar:

And a Recommendation of the Manuscript Copy, In a LETTER from Dr. BEVIS to the Publisher.

Μέγα Βιβλίον, μέγα Κακόν.

LONDON:

Printed for J. NEWBERY, at the *Bible* and *Sun*, in St. *Paul's* Church-Yard, 1753.

## AR

A'RIES, (S.) The ram, one of the 12 figns of the zodiack, denoted by this character ♈. *L.*

ARI'GHT, (P.) Right, well, truly. *S.*

ARI'SE, (V.) 1. To rife up, 2. To proceed from.

ARISTO'CRACY, (S.) A government adminiftred by a council of nobles. *G.*

ARISTOCRA'TICK, or Ariftocratical, (A.) Belonging to an Ariftocracy.

ARI'THMETICK, (S.) The art of numbering. *G.*

ARK, (S.) 1. A cheft, 2. A fhip or boat. *L.*

ARM, (S.) 1. A limb of the human body, 2. A branch of a tree, 3. A creek of the fea. *T.*

ARMS, (S.) All portable weapons. *L.*

ARMA'DA, (S.) A large fleet of fhips. *Sp.*

ARMADI'LLIO, (S.) A little Weft Indian animal with a fkin like armour.

A'RMAMENT, (S.) 1. An army or navy, 2. All kinds of warlike ftores. *L.*

ARMI'LLA, (S.) 1. An ornament worn on the rift or arm, 2. One of the garments worn by kings at their coronations. *L.*

ARMI'NIANISM, (S.) The doctrine of the Arminians, fo called from Jacob Arminius, who held free grace and univerfal redemption.

ARMI'POTENT, (A.) Powerful in arms.

A'RMISTICE, (S.) A fhort truce. *L.*

A'RMORY, (S.) The art of heraldry. *F.*

A'RMOUR, (S.) A warlike harnefs made to cover and defend the body. *F.*

A'RMOURER, (S.) 1. A perfon who makes and fells arms, 2. One that looks after and cleans them. *F.*

A'RMOURY, (S.) A magazine of arms.

A'RMY, (S.) A collective body of foldiers under their proper officers. *L.*

AROMA'TICK, (A.) Odoriferous, fragrant, fpicy. *L.*

AROU'ND, (P.) Round about, on every fide. *T.*

ARRAI'GN, (V.) To endite, to bring to a trial. *F.*

ARRA'NGEMENT, (S.) The difpofing of perfons or things into due order.

A'RRANT, (A.) Notorious, downright.

A'RRAS, (S.) A rich tapeftry firft made at Artois in Flanders.

ARRA'Y, (S.) Order. *F.*

ARREA'RS, (S.) The remainder of money unpaid. *F.*

ARRE'ST, (S.) The ftopping a perfon by a legal procefs. *F.*

ARRE'T, (S.) A proclamation. *F.*

ARRIE'RE *Guard*, (S.) The rear of an army.

ARRI'VE, (V.) 1. To come to a place, 2. To compafs a thing. *F.*

A'RROGANCE, (S.) Pride and infolence. *L.*

A'RROGANT, (A.) Prefumptuous, proud and infolent.

A'RROGATE, (V.) To claim to ourfelves more than we ought. *L.*

A'RROW, (S.) A kind of dart made to be fhot from a bow. *S.*

A'RSENAL, (S.) A ftorehoufe of arms and ammunition. *F.*

A'RSENICK, (S.) A poifonous mineral.

ART, (S.) 1. Skill, 2. Cunning. *F.*

A'RTERY, (S.) A hollow canal which receives the blood from the heart, and difperfes it all over the body. *G.*

A'RTFUL, (A.) 1. Sly, cunning and dexterous, 2. Well contrived. *L.*

ARTHRI'TICK, (A.) Gouty. *G.*

A'RTICHOKE, (S.) A plant well known.

A'RTICLE, (S.) 1. A joint of the body, 2. A knob or joint in plants and trees, 3. A condition of a covenant, 4. A head of a difcourfe, 5. An item in an account, 6. In grammar it is a word added to the noun to diftinguifh its gender, &c. *L.*

A'RTICLE, (V.) To fettle the conditions of an agreement.

ARTI'CULATE, (A.) Diftinct and plain.

A'RTIFICE, (S.) A device, or cunning ftratagem. *L.*

ARTI'FICER, (S.) 1. A workman, 2. An overfeer or contriver. *L.*

ARTIFI'CIAL, (A.) According to art, generally applied to an artful imitation of nature. *L.*

ARTI'LLERY, (S.) Ordnance, great guns, mortars, &c. *F.*

ARTILLERY *Company*, A company of voluntier citizens in London, train'd up to military exercifes.

A'RTISAN, (S.) An artificer. *F.*

A'RTIST, (S.) A curious workman. *F.*

A'RTLESS, (A.) Without art, fimple, undifguifed.

A'RUNDEL, (S.) A town in Suffex, 55 miles

C

## WA

## WE

WA'TERAGE, (S.) Money paid for a passage by water.

WA'TERED, (A.) 1. Sprinkled, or soaked in water, 2. Having drank, or been led to the water, 3. Made like glossy waters, as silks.

WA'TERISH, (A.) Like to, or of the nature of water.

WA'TERY, (A.) 1. Full, or having water, 2. Subject to water, as the eyes.

WA'TFORD, (S.) A small town in Hertfhire, 17 miles from London, with a market on Tuesday.

WA'TLINGTON, (S.) A small town in Oxfordfhire, 45 miles from London, with a market on Saturday.

WA'TTLES, (S.) 1. Hurdles made of split willows, 2. The gills of a cock, 3. The red flesh that hangs under the neck of a turkey cock.

WA'TTON, (S.) A town in Norfolk, 90 miles from London, with a market on Wednesday.

WAVE, (S.) A billow or furge.

WAVE Offerings, (S.) Among the Jews, loaves paid as the first fruits of every year's increase.

WAVE, (V.) 1. To make like the waves of the sea, 2. To move backwards and forwards, 3. To put off or omit, 4. To forego or renounce.

WA'VER, (V.) To float as it were in uncertainty, to be irresolute.

WA'VERING, (A.) Fickle, uncertain.

WA'VESON, (S.) A term in the Admiralty Law, for such goods as after a shipwreck are found floating on the water.

WA'VY, (A.) In the form of waves.

WAX, (V.) 1. To grow or become, 2. To encrease, 3. To cover or rub with wax.

WAX, (S.) A yellowish matter extracted from the honey combs of bees.

Sealing WAX, (S.) A hard substance used for sealing letters, &c.

WAY, (S.) A road or space to go from one place to another, 2. Course, run or rake of a ship, 3. Track or trace, 4. Means, expedient, 5. Manner, method, 6. Condition. B.

WAYFA'RING, (A.) Travelling.

WA'YLAY, (V.) To lie in wait for one by the way.

WA'YWISER, (S.) A mathematical strument fixed to a coach or chaise, to shew how far it goes in a day.

WA'YWOD, (S.) The governor of a principality in Muscovy.

WEAR, (A.) 1. Feeble, 2. Of a poor spirit, as liquor, 3. Simple, filly, foolish.

WEA'KEN, (V.) 1. To make weak, 2. To grow weak.

WEAL, (S.) Benefit, advantage.

WEALD, (S.) The woody part of a country.

WEALTH, (S.) Riches. S.

WEA'LTHY, (A.) Rich, opulent.

WEAN, (V.) 1. To take a child from the breaft, 2. To wear off one's defires by abftaining from the gratification of them.

WEA'PON, (S.) An offensive or defensive inftrument.

WEAR, or Were, (S.) A large dam in a river, fitted for taking fish, or conveying the ftream to a mill. S.

WEAR, (V.) 1. To have on, 2. To hold out, 3. To decay or weat away. S.

WEA'RIED, (A.) Tired. S.

WEA'RINESS, (S.) The being tired.

WEA'RING, (S.) 1. The being cloathed with, 2. Decaying, or growing worfe.

WEA'RISOME, (A.) Fatiguing, tirefome.

WEARY, (A.) Tired.

WEA'SAND, (S.) The wind pipe.

WEA'THER, (S.) 1. A male fheep gelt, 2. The difpofition of the air with refpect to heat or cold, funfhine or rain, fnow, hail, &c.

WEATHER Beaten, Grown rough or tarnished by being exposed to the inclemencies of the weather.

WEATHER Board, That fide of a ship that lies to the windward.

WEATHER Cock, A vane to shew which way the wind blows.

WEATHER Gage, The advantage of the wind.

WEATHER Glass, See BAROMETER.

WEATHER Wife, Having skill in foretelling the changes of the weather.

WEA'THER, (V.) 1. To endure the rage of a ftorm, &c. 2. To face and overcome a difficulty.

WEATHER a Point, To go to the windward of a point or head land.

WEATHER a Hawk, To fet her abroad to take the air.

Bb 4

WEAVE,

# Exhibit 11

A NEW AND COMPLETE

# DICTIONARY

O F

# ARTS and SCIENCES;

COMPREHENDING ALL

## The Branches of Useful Knowledge,

WITH

ACCURATE DESCRIPTIONS as well of the various MACHINES, INSTRUMENTS, TOOLS, FIGURES, and SCHEMES neceffary for illuftrating them,

AS OF

The Claffes, Kinds, Preparations, and Ufes of NATURAL PRODUCTIONS, whether ANIMALS, VEGETABLES, MINERALS, FOSSILS, or FLUIDS ;

Together with

The KINGDOMS, PROVINCES, CITIES, TOWNS, and other Remarkable Places throughout the WORLD.

Illuftrated with above Three Hundred COPPER-PLATES, curioufly engraved by Mr. JEFFERYS, Geographer and Engraver to his Royal Highnefs the Prince of WALES.

The Whole extracted from the Beft AUTHORS in all Languages.

By a SOCIETY of GENTLEMEN.

——————————— *Huc undique Gaza*
*Congeritur*——————— VIRG.

## VOL. I.

LONDON:

Printed for W. OWEN, at Homer's Head, in Fleet-ftreet.
MDCC LIV.

A R M          [ 191 ]          A R M

ARMIRO, a town of european Turky, in the province of Theffaly, fituated in 23° 30′ eaft longitude.

ARMISTICE, a temporary truce, or ceffation of arms for a very fhort fpace of time.

ARMOISIN, a filk ftuff, or kind of taffety, manufactured in the Eaft-Indies, at Lyons in France, and Lucca in Italy. That of the Indies is flighter than thofe made in Europe.

ARMONIAC, or AMMONIAC, in natural hiftory, a fort of volatile falt, of which there are two kinds, natural and artificial.

The natural fal ammoniac, ufed by the antients, was found in the fands of Lybia, near the temple of Jupiter Ammon. It was fuppofed to be generated in thofe fands from the urine of camels. The artificial, or common fal ammoniac, is chiefly brought from Egypt; and though there is hardly a more common drug, it is but very lately we have known in what manner it is made; being procured by fublimation from all forts of urine of men and beafts, mixed with common falt and foot. It muft be chofen white, clear, tranfparent, dry, and without filth; and when broken, it muft appear as if full of needles.

The ufe of this falt is very confiderable in medicine, and feveral artificers ufe it; fuch as dyers, filverfmiths, pinmakers, farriers, &c. Its fpirit is fo fharp, that, when mixed with aqua-fortis, or fpirit of nitre, it completes the diffolution of gold, which thofe two powerful diffolvents could not effect without it.

Its preparations are, 1. Flowers of fal armoniac. 2. Its volatile falt. 3. Its fpirit. 4. Its dulcified fpirit.

ARMOR, or ARMOUR. See ARMOUR.

ARMORIAL, fomething relating to arms, or coats of arms. See ARMS.

ARMORY, a warehoufe of arms, or a place where the military habiliments are kept, to be ready for ufe.

ARMORY is alfo a branch of the fcience of heraldry, confifting in the knowledge of coats of arms, as to their blazons and various intendments. See the articles BLAZON and HERALDRY.

ARMOUR denotes all fuch habiliments as ferve to defend the body from wounds, efpecially of darts, a fword, a lance, &c. A complete fuit of armour formerly confifted of a helmet, a fhield, a cuiraffe, a coat of mail, a gantlet, &c. all now laid afide.

ARMOURER, a perfon who makes or deals in arms and armour.

ARMS, arma, in general, all kinds of weapons, whether ufed for offence or defence.

ARMS of offence, are the fword, piftol, mufquet, bayonet, &c. See the article SWORD, &c.

ARMS of defence. See ARMOUR.

ARMS, in a legal fenfe, extend to any thing that a perfon wears for his own defence, or takes into his hand, and ufes, in anger, to ftrike or throw at another.

ARMS of courtefy or parade, were lances not fhod, fwords without edge or point, &c. ufed in the antient tournaments. See the article TOURNAMENT.

Pafs of ARMS, a kind of combat, when antiently one or more cavaliers undertook to defend a pafs againft all attacks. Arms denote alfo the natural weapons of beafts, as claws, teeth, beaks, &c.

ARMS, or ARMORIES, in heraldry, marks of honour borne upon fhields, banners, and coats, in order to diftinguifh ftates, families, and perfons.

At this time, arms follow the nature of titles, which being made hereditary, they are alfo become fo, being the feveral marks to diftinguifh families, as names ferve to diftinguifh individuals. They are the gift of kings and princes, through the miniftry of their kings and heralds of arms, who ought to be knowing and judicious, to give the proper arms to all perfons.

Arms are faid to be parted, couped, quartered, &c. See the articles PARTED, COUPED, &c.

Charged ARMS, are fuch as retain their antient integrity, with the addition of fome new honourable bearing.

Canting or vocal ARMS, thofe in which there are fome figures, alluding to the name of the family.

Full or intire ARMS, fuch as retain their primitive purity, without any alterations or abatements.

Falfe ARMS, fuch as are not conformable to the rules of heraldry.

ARMS, in falconry, the legs of a hawk from the thigh to the foot.

Place of ARMS, in fortification. See the article PLACE of arms.

Affumptive ARMS. See ASSUMPTIVE.

ARMS of patronage. See PATRONAGE.

King at ARMS. See KING at arms.

Herald at ARMS. See the article HERALD.

Pourfuivant at ARMS. See POURSIVANT.

College of ARMS. See COLLEGE of arms.

AR-

# Exhibit 12

A NEW

# UNIVERSAL ETYMOLOGICAL
# ENGLISH DICTIONARY:

Containing not only

## EXPLANATIONS of the WORDS

IN THE

# ENGLISH LANGUAGE;

And the Different SENSES in which they are used;

WITH

AUTHORITIES from the BEST WRITERS, to support those which appear Doubtful;

BUT ALSO THEIR

## ETYMOLOGIES

FROM THE

## ANCIENT and MODERN LANGUAGES:

AND

ACCENTS directing to their Proper PRONUNCIATION;

Shewing both the

ORTHOGRAPHY and ORTHOEPIA of the *ENGLISH* TONGUE.

ALSO,

Full and Accurate EXPLANATIONS of the Various TERMS made use of in the several
ARTS, SCIENCES, MANUFACTURES, and TRADES.

Illustrated with COPPER-PLATES.

Originally compiled by *N. BAILEY.*

Assisted in the Mathematical Part by *G. GORDON*; in the Botanical by *P. MILLER*; and in the
Etymological, &c. by *T. LEDIARD*, Gent. Professor of the Modern Languages in *Lower Germany.*

And now Re-published with many CORRECTIONS, ADDITIONS, and LITERARY IMPROVEMENTS,
by Different HANDS.

The Etymology of all TERMS mentioned as derived from the *Greek, Hebrew, Arabic,* and other *Asiatic* LANGUAGES,
being Revised and Corrected

By *JOSEPH NICOL SCOTT*, M. D.

*L O N D O N:*

Printed for T. OSBORNE and J. SHIPTON; J. HODGES; R. BALDWIN;
W. JOHNSTON, and J. WARD.

MDCCLV.

## ARM

an archbishop in Persia, and another in Poland; the other make a peculiar sect, and have two patriarchs in Natolia.

ARME'RIA [with botanists] the herb sweet-william.

A'RMGAUNT [of *arm* and *gaunt*] slender as the arm; as, he did mount an *armgaunt* steed. *Shakespeare.*

ARM-HOLE [of *arm* and *hole*] the hollow under the arm. *Bacon.*

A'RMIGER [of *arma* and *gero*, Lat. to bear] a title of dignity properly signifying an armour-bearer to a knight; an esquire, an officer of the body. *Lat.*

ARMI'GEROUS [*armiger*, Fr.] bearing arms or weapons.

ARMI'LLA, a bracelet or jewel worn on the arm or wrist; and also a ring of iron, a hoop in a brace, in which the gudgeons of a wheel move. *Lat.*

ARMI'LLA *Membranofa* [in anatomy] the annular ligament; a ligament, band, or string, which comprehends the other ligaments of the hand in a sort of circle. *Lat.*

ARMI'LLAR [*armillaire*, Fr. *armillare*, It. of *armillaris*, Lat.] like a hoop or ring, resembling a bracelet. The following word is the more usual.

ARMI'LLARY *Sphere*, is when the greater and lesser circles of the sphere being made of brass, wood, &c. and put together in their natural order, so as to represent the three positions of these circles in the heavens, as in Plate IV. Fig. 15, where P represents the north pole, and P the south pole; *a b* the arctic circle, and *n y* the antarctic circle, each 23° 29′ distant from its respective pole; and the two tropics as far removed from the equator, as the polar circles are removed from the poles. The tropic of Cancer is represented by *ez*, that of Capricorn by *ly*, the ecliptic by A B, and the horizon by H O. These circles that pass through both poles, are called meridians. The earth is represented by the small ball in the center of the sphere, and the sphere itself is made to turn round the earth agreeable to the Ptolemaic system; and by this sphere the positions, viz. a right sphere, an oblique sphere, and a parallel sphere (which for under the several words) are truly represented according as the several inhabitants of the earth enjoy them; also the several problems belonging to the sphere, viz. the time of rising, setting, and culminating of the planets in any latitude, and consequently the length of their days and nights.

ARMI'LLATED [*armillatus*, Lat.] wearing bracelets.

ARMILU'STRIUM [among the Romans] a feast wherein they sacrificed, being armed at all points.

A'RMINGS [in a ship] the same as waste cloaths, being red cloaths hung about the outside of the ship's upper works, fore and aft, and before the cubbridge heads. Some are also hung about the tops, called top-armings. *Chambers*

ARMI'NIANISM [*arminianisme*, Fr.] the doctrine of Arminius, a celebrated professor in the university of Leyden, *A. C.* 1603, and who advanced some tenets with reference to the divine decrees, free will, and the nature of Christ's atonement, that were afterwards condemned by the *synod* of Dort. See *Synod of* Dort.

ARMI'NIANS, those that embrace the doctrine of James Arminius.

ARMI'POTENT [*armipotens*, Lat.] mighty in arms, puissant in war; as, the *armipotent* soldier. *Shakespeare.*

ARMISA'LII [of *arma*, arms, and *salio*, Lat. to dance, among the Romans] a sort of dancers in armour, who danced the Pyrrhic dance, keeping time by striking their swords and javelins against their bucklers.

ARMISCA'RE [old records] any fort of punishment.

A'RMISTICE [Fr. *armistitio*, It. *armistitio*, Sp. of *armistitium*, Lat.] a cessation of arms for a little time, a short truce.

A'RMLET. 1. A little arm, as of the sea. 2. A piece of armour for the arm. 3. A bracelet for the arm; as, rings and *armlets*. *Donne.*

ARMO'MANCY [of *armus*, Lat. a shoulder, and *μαντεια*, Gr. divination] divination by the shoulders of beasts.

AMMONIAC, *q.* Ammo'NIAC, a sort of volatile salt, of which there are two forts, ancient and modern. Ammoniac is written erroneously for Ammoniac. See Ammoniac.

*Volatile Sal* ARMONIAC, is made by subliming it with salt of tartar.

*Flowers of Sal* ARMONIAC, are made by subliming of it.

A'RMOR, or ARMOUR [in law] any thing that a man either wears for his defence, or that he takes into his hand in his fury or rage, to strike or throw at another.

ARMORA'CIA [among botanists] crow-flower. *Lat.*

ARMORA'RIA [in botany] horse-radish. *Lat.*

ARMO'RIAL, Fr. belonging to the coats or escutcheons of families; as, *enfigns armorial.*

A'RMORIST [*armoriste*, Fr. with heralds] a person well-skilled in the knowledge of armory or coats of arms.

A'RMOUR [*armure*, Fr. *armadura*, It. of *armatura*, Lat.] warlike harness, defensive armour for covering the body.

*Coat* ARMOUR, there being, as it were, a kind of sympathy between the arms, and the persons to whom they belong, he who else or bears the arms of any person, that else out of right belong to him, seems to affront the person of the bearer.

ARMOUR-BEARER [of *armour* and *bear*] he that carries the armour of another.

A'RMOURER [*armirede*, It. *armere*, Sp. *armamentarius*, Lat. *armarius*, Fr.] 1. One that makes or sells armour. 2. He that dresses another in armour; as, his *armourer* put on his back-piece before. *Camden.*

The A'RMOURERS were incorporated in the beginning of the reign of Henry VI, the king himself being pleased to be free of their company; their arms are argent on a chevron gules, a gantlet between four swords in saltire, on a chief sable, a buckler argent, charged with a cross, gules between two helmets of the first. Their crest is a man demi-armed at all points, surmounting a torce and helmet.

A'RMOURY, *q.* A'RMORY [*armarium*, Lat. *armoire*, Fr. *armaria*, It. and Sp.] 1. A store-house of armour, a particular place where arms are laid up and kept, a magazine of warlike weapons. 2. Arms themselves, weapons of defence; as, celestial *armory*, shields, helms, and spears. *Milton.* 3. Coat armour, ensigns armorial; as, well worthy be you of that *armory*. *Spenser.*

A'RMS, without a singular [*arma*, Fr. *armi*, It. *armas*, Sp. and Port.

## ARO

*arma*, Lat.] 1. All manner of weapons made use of by men, either for defending themselves, or for attacking others. 2. State of being actually in arms as an enemy; as, they are all in *arms*. 3. War in general; as, *arms* and the man I sing. *Dryden.* 4. The act of taking arms; as, to *arms* the main trumpet sung. *Milton.*

ARMS [with falconers] the legs of a bird of prey from the thigh to the foot.

ARMS [in heraldry] the ensigns armorial of any family so named, because they are borne chiefly on the buckler, guirass, banners, &c. They are used for marks of dignity and honour, being composed regularly of certain figures or colours, given or authorized by sovereign princes to be borne in coats, shields, banners, &c. for the distinction of persons, families, and states.

*Charged* ARMS [in heraldry] are such as retain their ancient integrity, with the addition of some new honourable change or bearing.

ARMS *of Courtesy*, or ARMS *of Parade*, those arms anciently used in justs and tournaments, as swords without edge or point, and sometimes wooden swords, and also canes; lances not shod, &c.

*Intire* ARMS, or *Full* ARMS [in heraldry] are such as retain their primitive purity, integrity, and value, without any alterations, diminutions, or abatements.

*Pass of* ARMS [among the ancient cavaliers] a kind of combat so named.

*Vocal* ARMS [in heraldry] such wherein the figures bear an allusion to the name of the family.

A'RMY [*armée*, Fr.] a great number of armed men or soldiery, gathered together into one body, consisting of horse, foot, and dragoons, with artillery, ammunition, provisions, &c. under the command of one general.

*The Vanguard, Body, Rear,* and *Wings* of an ARMY.

ARMY, figuratively denotes any great number; as, an *army* of good words. *Shakespeare.*

ARNA'LDIA, or ARNO'LDIA [old writ.] a disease which causes the hair to fall off. *Law.*

ARNA'ULT [in geography] the modern or Turkish name of Albany.

A'RNAY *le Duc*, a town of Burgundy in France, situated on the river Arroux. Lat. 47° N. Long. 4° E.

A'RNEBERG, a town of Germany upon the Elbe, between Angermund and Werben.

ARRE'DO, a town of South America, upon the Pacific Ocean in Peru.

ARNHE'M, a large city of Guelderland, in the United Netherlands, situated on the river Lech, about ten miles north of Nimeguen. Lat. 52° N. Long. 5° 50′ E.

A'RNO, a river of Italy, which, after watering Tuscany, falls into the Mediterranean below Pisa.

ARNO'GLO [of *ἀρήν*, gen. of *ἀρός*, a lamb, and *ἀὺς*, Gr. a tongue] the same with sheep's tongue. See RHAPIODI.

ARNO'GLOSSUM [*ἀρνόγλωσσον*, Gr.] the plant ram's-tongue, or rib-wort. *Lat.*

ARNO'LDISTS, a sect so called of Arnold of Bressia, who declaimed against the great wealth and possessions of the church, and preached against baptism and the eucharist.

A'RNSTADT, a town of Germany in Thuringia, upon the river Gera. Lat. 50° 54′ N. Long. 11° E.

A'ROBE [in Portugal] a measure for sugar, containing twenty-five bushels.

A'ROCUM [with botanists] an artichoke. *Law.*

A'RDLEC, an American weight, equal to twenty-five of our pounds.

AROMA'TICA *Nux*, a nutmeg. *Law.*

AROMA'TICAL, or AROMA'TIC [*aromaticus*, Fr. *aromaticus*, It. and Sp. *aromatico*, Lat. *ἀρωμάτικος*, Gr.] having a spicy smell, sweet and high scented, fragrant, strong scented.

AROMA'TICALNESS, or AROMA'TICNESS [from *aromatical*] spiciness.

ARDMA'TICS, *subst.* spices; as, they were furnished for exchange of their aromatic and other commodities. *Raleigh.*

AROMA'TICUM *Rosatum* [in medicine] a compound officinal powder made of red roses, aloes-wood, liquorice, spikenard, ambergrease, musk, and other ingredients, used in cordial and cephalic prescriptions. *Law.*

AROMA'TITES [*ἀρωματίτης*, Gr.] 1. Hippocras, or sweet wine brewed with spices. 2. A sweet stone smelling like spices. *Law.*

AROMATIZA'TION [of *aromatize*, in pharmacy] the art of mingling a due proportion of aromatic spices or drugs with any medicine.

To ARO'MATIZE [*aromatise*, Lat. *ἀρωματίζω*, Gr.] 1. To scent with spice, to season with spices. Brown uses it in this sense. 2. To perfume, to scent. Brown also uses it in this sense.

AROMATO'POLA [of *ἀρώματα*, spices, and *πώλης*, Gr. to sell] a seller of spices, a grocer, a druggist.

A'RON, or A'RUM [*aron*, Gr. *aron*, Lat.] the herb wake-robin, cuckoo pint, or ramp.

ARO'NA, a fortified town of the Milanese, situated on the south-west part of the lake Maggiore. Lat. 45° 40′ N. Long. 8° 50′ E.

ARO'OC, a city of Russia, upon the river Occa. Lat. 51° 48′ N. Long. 38° 50′ E.

ARO'SE, *preter.* of arise. See *To* ARISE.

A'ROT and MA'ROT, [or rather *Harût* and *Marût*] two angels mentioned in the coran, book 2. *And what was sent down to the two angels at* Babel, Harut, *and* Marut. On which the traditionary comment of some Mahometan writers is to this effect; that these two angels being stationed as judges on the earth, they suffered themselves to be captivated by the planet Venus descending in a human form: Or, (as others say) by a real woman; analogous to the opinion of the Persian Magi, Jews, and several of the Christian *fathers*, who gave much the same turn to those words in Genesis, *and the sons of God saw the daughters of men.* Sale's Coran.

ARO'UND, *adv.* [of *a* and *round*, a-out rout, Dan. *runt*, Du. *runt*, Ger.] 1. In a round, or circle; as, Atlas turns the rowling heaven's *around. Dryden.* 2. On every side.

AROUSE

# Exhibit 13

# New Law = Dictionary:

CONTAINING

### The INTERPRETATION and DEFINITION

OF

## WORDS and TERMS used in the LAW;

AS ALSO

### The LAW and PRACTICE,

UNDER

### The Proper HEADS and TITLES.

TOGETHER WITH

Such LEARNING as explains

The **History** and **Antiquity** of the **Law**; our *Manners,*
*Customs,* and *Original Government.*

Collected and Abstracted from

### All Dictionaries, Abridgments, Institutes, Commentaries, Reports, Year-Books, Charters, Registers, Chronicles, and Histories, Published to this Time.

Adapted to the Use of

Barristers, Students, and Practisers of the Law, Members of Parliament, Justices of
Peace, Clergymen, and other Gentlemen, &c.

## The Ninth Edition.

With great *Additions* and *Improvements,* from the latest Reports and
Statutes to this Time.

Also *many* NEW TITLES, not in any other Work of the Kind.

Originally COMPILED by

# GILES JACOB.

Now corrected and greatly enlarged by

## OWEN RUFFHEAD and J. MORGAN, Esquires.

## LONDON:

Printed by W. STRAHAN and M. WOODFALL, Law-Printers to the King's Most Excellent Majesty;
For J. Beecroft; W. Strahan; J. and F. Rivington; J. Hinton; W. Johnston; R. Horsfield;
W. Owen; B. Law; S. Crowder; W. Fuller; Hawes and Co.; T. Longman; T. Caslon;
E. and C. Dilly; P. Uriel; Z. Stewart; T. Cadell; J. Johnson; W. Nicoll; T. Becket and
Co.; T. Davies; J. Robson; W. Flexney; Robinson and Roberts; M. Hingeston; W. Otridge,
and W. Domville.

MDCCLXXII.

24-cv-00623-JLS-HKS   Document 69-6   Filed 03/27/26   Page 7

They were heretofore... This was when a man was commanded to attend his lord to the wars...

**Arma Reversata,** is a sort of punishment, decreed to such as...

**Armiger,** is a title of dignity, belonging to such gentlemen as bear arms, and these are either by descent... &c.

**Armour and Arms.** In the statutes of armour for the defence, or extended to any thing that a man wears for his defence...

To arms for necessary defence, vide Black. Com. 1 V.

As to riding or going armed, vide Black. Com. 1 V.

**Aratia,** arable grounds. This word is mentioned in Domesday, vid. Esser.

**Aratura,** arable... A sort of disease that makes the hair fall off, like the alopecia...

**Aromataries,** (Lat.) A word often used for a grocer, but held not good in law proceedings. 1 Vent. 142.

**Aper,** or arpen, signifies an acre or furlong of ground: and according to the old French account in Domesday-book, 100 perches make an arpent...

**Acquavit,** (Fr. argueleys) A short hand-gun, a calliver or pistol; mentioned in some of our antient statutes. Law. Fr. Dict.

**Arrack.** The same duty and excise payable for brandy and foreign spirits, and no more, shall be paid for arrack imported from the East-Indies; and the like allowance to be made on exportation, &c. St. 7 Geo. 1. c. 14.

**Arrest,** (arrestare) Such effects as by the soldiers command...

**Arraign,** (from the Fr. arranger, to set in order) Hath the same signification in law...

The prisoner is to be discharged... where only in treason and felony...

By the Common law, if a principal be acquitted, pardoned, or dies, the accessary shall not be arraigned. But vide Stat. 1 Ann. cap. 9. and word Arraignment...

**Array,** (arraya sive arraiamentum) An old French signifying the ranking or setting forth of a jury as impanelled upon a cause...

**Array,** (arrayagio, from the French array, behind) Is taken for money unpaid at the last rent behind; the remainder due on an account...

**Arrectatus,** One suspected of any crime...

**Arrenatus,** arraigned, accused...

**Arrentation,** (from the Spanish arrendar) Is the licensing the owner of lands in the forest...

**Arrest,** (arrestum) Consisteth of the Fr... to stop, or stay. It is a restraint of a man's liberty, obliging him to be obedient to the law...

There are several statutes treating of this subject...

There are several persons who are liable...

Seamen in the king's service privileged from arrest...

Soldiers or marines not liable to arrest for less than 10 l. ...

The bailiff is for... an arrest...

No bailiff, or other officer, shall arrest any tavern...

king Hen. 2.

Armiger, a title of dignity, belonging either by curtesy, &c. to gentlemen that bear arms: and are either by curtesy, &c. to gentlemen that bear arms: and are sons of noblemen, eldest sons of knights, &c. The word armigeration, such as the king's servants, &c. The word armigeri has been also applied to the higher servants in convents. *Paroch. Antiq.* 576. See *Esquire.*

**Armour and Arms,** In the understanding of law, are extended to any thing that a man wears for his defence, or takes into his hands, or useth in anger to strike or cast at another. *Crompt. Just.* 65. *Arms* are also what we call in Latin *insignia,* ensigns of honour; as to the original of which, it was to distinguish commanders in war; for the antient defensive *armour* being a coat of mail, &c. which covered the persons, they could not be distinguished, and therefore a certain badge was painted on their shields, which was called *arms*; but not made hereditary in families till the time of king *Rich.* 1. on his expedition to regain *Jerusalem* from the *Turks:* and besides shields with *arms,* they had a silk coat drawn over their *armour,* and afterwards a stiff coat, on which their *arms* were painted all over, now the herald's coat of *arms. Sid. Rep.* 352. By the Common law, it is an offence for persons to go or ride *armed* with dangerous and unusual weapons: but gentlemen may wear common *armour* according to their quality, &c. 3 *Inst.* 160, &c. *St. de defens. part. arm.* The king may prohibit force of *arms,* and punish offenders according to law; and herein every subject is bound to be aiding. *Stat.* 7 *Ed.* 1. None shall come with *force and arms* before the king's justices, nor ride *armed* in an affray of the peace, on pain to forfeit their *armour,* and suffer imprisonment, &c. 2 *Ed.* 3. *c.* 3.

Imbezilling the king's armour felony. *Stat.* 31 *Eliz. c.* 4. Armour may be exported. 12 *Car.* 2. *c.* 4. *sect.* 10. Unless prohibited by proclamation. 12 *Car.* 2. *c.* 4. *sect.* 12. Importing arms or ammunition prohibited. 1 *Jac.* 2. *c.* 8.

As to arms for necessary defence, vide *Black. Com.* 1 *V.* 143.

As to riding or going armed, vide *Black. Com.* 148, &c.

**Arnalia**

# Exhibit 14

Case 1:24-cv-00623-JLS-HKS   Document 69-6   Filed 03/27/26   Page 78 of 108

any question; to charge with as a crime: with *of*.

ARGUER, ǎr-gǔ-ǔr. f.   A reasoner, a disputer.

ARGUMENT, ǎr-gǔ-mềnt. f.   A reason alleged for or against any thing; the subject of any discourse or writing; the contents of any work summed up by way of abstract; controversy.

ARGUMENTAL, ǎr-gǔ-mền'-tǎl. a.   Belonging to argument.

ARGUMENTATION, ǎr-gǔ-mền-tǎ'-shǔn. f.   Reasoning, the act of reasoning.

ARGUMENTATIVE, ǎr-gǔ-mền'-tǎ-tiv. a.   Consisting of argument, containing argument.

ARGUTE, ǎr-gǔ'te. a.   Subtile, witty, sharp, shrill.

ARID, ǎr'-rid. a.   Dry, parched up.

ARIDITY, ǎ-rid'-di-tỳ. f.   Dryness, siccity; a kind of insensibility in devotion.

ARIES, ǎ'-ryềz. f.   The ram, one of the twelve signs of the zodiack.

To ARIETATE, ǎ'-ryề-tǎte. v. n.   To butt like a ram.

ARIETATION, ǎ-ryề-tǎ'-shǔn. f.   The act of butting like a ram; the act of battering with an engine called a ram.

ARIETTA, ǎ-rỳ-ềt'-tǎ. f.   A short air, song, or tune.

ARIGHT, ǎ'-rǐ'te. ad.   Rightly, without errour; rightly, without crime; rightly, without failing of the end designed.

ARIOLATION, ǎ-rỳ-ǒ-lǎ'-shǔn. f.   Soothsaying.

To ARISE, ǎ-rǐ'ze. v. n. pret. arose, part. arisen.   To mount upward as the sun; to get up as from sleep, or from rest; to revive from death; to enter upon a new station; to commence hostility.

ARISTOCRACY, ǎ-rǐf-tǒk'-krǎ-fỳ. f.   That form of government which places the supreme power in the nobles.

ARISTOCRATICAL, ǎ-rǐf-tǒ-krǎt'-ti-kǎl. a.   Relating to aristocracy.

ARISTOCRATICALNESS, ǎ-rǐf-tǒ-krǎt'-ti-kǎl-nềs. f.   An aristocratical state.

ARITHMANCY, ǎ-rǐth-mǎn-fỳ. f.

A foretelling of future events by numbers.

ARITHMETICAL, ǎ-rǐth-mềt'-ti-kǎl. a.   According to the rules or methods of arithmetick.

ARITHMETICALLY, ǎ-rǐth-mềt'-ti-kǎl-lỳ. ad.   In an arithmetical manner.

ARITHMETICIAN, ǎ-rǐth-mề-tǐsh'-ǎn. f.   A master of the art of numbers.

ARITHMETICK, ǎ-rǐth'-mề-tǐk. f.   The science of numbers; the art of computation.

ARK, ǎ'rk. f.   A vessel to swim upon the water, usually applied to that in which Noah was preserved from the universal deluge; the repository of the covenant of God with the Jews.

ARM, ǎ'rm. f.   The limb which reaches from the hand to the shoulder; a large bough of a tree; an inlet of water from the sea; power, might, as the secular arm.

To ARM, ǎ'rm. v. a.   To furnish with armour of defence, or weapons of offence; to plate with any thing that may add strength; to furnish, to fit up.

To ARM, ǎ'rm. v. n.   To take arms, to provide against.

ARMADA, ǎr-mǎ'-dǎ. f.   An armament for sea.

ARMADILLO, ǎr-mǎ-dǐl'-lǒ. f.   A four-footed animal of Brasil.

ARMAMENT, ǎr-mǎ-mềnt. f.   A naval force.

ARMATURE, ǎr-mǎ-tǔre. f.   Armour.

ARMENTAL, ǎr-mền'-tǎl. }
ARMENTINE, ǎr-mền-tǐne. }   Belonging to a drove or herd of cattle.

ARMGAUNT, ǎ'rm-gǎ'nt. a.   Slender as the arm; or rather, slender with want.

ARM-HOLE, ǎ'rm hǒle. f.   The cavity under the shoulder.

ARMIGEROUS, ǎr-mǐdzh'-ề-rǔs. a.   Bearing arms.

ARMILLARY, ǎ'r-mǐl-ǎ-rỳ. a.   Resembling a bracelet.

ARMILLATED, ǎ'r-mǐl-ǎ-tềd. a.   Wearing bracelets.

ARMINGS, ǎ'r-mǐngz. f.   The same with waste-clothes.

ARMIPOTENCE, ǎr-mǐp'-ǒ-tềns. f.   Power in war.

ARMI-

MIPOTENT, ár-mĭp´-ŏ-tĕnt. a. ghty in war.

MISTICE, ár-mĭ-ftĭs. f. A fhort ce.

MLET, árm-lĕt. f. A little arm; iece of armour for the arm; a brace-t for the arm.

MONIACK, ár-mŏ-nyăk. f. The ne of a falt.

MORER, ár-mŭr-ŭr. f. He that akes armour, or weapons; he that effes another in armour.

MORIAL, ár-mŏ-ryăl. a. Belong-g to the arms or efcutcheon of a fa-ily.

MORY, ár-mŭr-ў. f. The place i which arms are repofited for ufe; mour, arms of defence; enfigns ar-orial.

RMOUR, ár-mŭr. f. Defenfive rmt.

RMOUR BEARER, ár-mŭr-bĕ´-r. f. He that carries the armour of nother.

RMPIT, árm-pĭt. f. The hollow lace under the fhoulder.

RMS, ármz. f. Weapons of offence, r armour of defence; a ftate of hof-lity; war in general; action, the act f taking arms; the enfigns armorial of family.

RMY, ár-mў. f. A collection of rmed men, obliged to obey their gene-als; a great number.

ROMATICAL, á-rŏ-mát´-ĭ-kál. ⎫
ROMATICK, á-rŏ-mát´-lk.   ⎬
  Spicy; fragrant, ftrong fcented. ⎭

ROMATICKS, á-rŏ-mát´-lks. f. pices.

ROMATIZATION, á-rŏ-má-tĭ-á-fhŭn. f. The act of fcenting with pices.

o AROMATIZE, ár´-rŏ-má-tĭze. v. a. To fcent with fpices, to im-regnate with fpices; to fcent, to erfume.

AROSE, á-rŏze. The preterite of the verb Arife.

AROUND, á-rou´nd. ad. In a circle; un every fide.

AROUND, á-rou´nd. prep. About.

To AROUSE, á-rou´ze. v. a. To wake from fleep; to raife up, to excite.

AROW, á-rŏ´. ad. In a row.

AROYNT, á-roy´nt. ad. Be gone, away.

ARQUEBUSE, ár´-kwĕ-bŭs. f. A hand gun.

ARQUEBUSIER, ár-kwĕ-bŭf-ĕ´r. f. A foldier armed with an arquebufe.

ARRACK, ár´-rák. f. A fpirituous li-quor.

To ARRAIGN, ár-rá´ne. v. a. To fet a thing in order, in its place: a prifoner is faid to be arraigned, when he is brought forth to his trial; to accufe, to charge with faults in general, as in con-troverfy, or in fatire.

ARRAIGNMENT, ár-rá´ne-mĕnt. f. The act of arraigning, a charge.

To ARRANGE, ár-rá´nje. v. a. To put in the proper order for any pur-pofe.

ARRANGEMENT, ár-rá´nje-mĕnt. f. The act of putting in proper order, the ftate of being put in order.

ARRANT, ár´-ránt. a. Bad in a high degree.

ARRANTLY, ár´-ránt-lў. ad. Corrupt-ly, fhamefully.

ARRAS, ár´-rás. f. Tapeftry.

ARRAUGHT, ár-rá´t. a. Seized by violence. Out of ufe.

ARRAY, ár-rá´. f. Drefs; order of battle; in law, the ranking or fetting in order.

To ARRAY, ár-rá´. v. a. To put in order; to deck, to drefs.

ARRAYERS, ár-rá´-ŭrs. f. Officers, who anciently had the care of feeing the foldiers duly appointed in their ar-mour.

ARREAR, ár-rĕ´r. f. That which re-mains behind unpaid, though due.

ARREARAGE, ár-rĕ´-ráje. f. The re-mainder of an account.

ARRENTATION, ár-rĕn-tá´-fhŭn. f. The licenfing an owner of lands in the foreft to inclofe.

ARREPTITIOUS, ár-rĕp-tĭfh´-ŭs. a. Snatched away; crept in privily.

ARREST, ár-rĕft´. f. In law, a ftop or ftay: an arreft is a reftraint of a man's perfon; any caption.

To ARREST, ár-rĕft´. v. a. To feize by a mandate from a court; to feize any-thing by law; to feize, to lay hands on; to withhold, to hinder; to ftop motion.

ARRIERE, ár-ryĕ´re. f. The laft body of an army.

# Exhibit 15

COMPREHENSIVE

# PRONOUNCING AND EXPLANATORY

# DICTIONARY

OF THE

# ENGLISH LANGUAGE,

WITH

PRONOUNCING VOCABULARIES

OF

CLASSICAL AND SCRIPTURE PROPER NAMES.

By J. E. WORCESTER.

BURLINGTON, VT.
PUBLISHED BY CHAUNCEY GOODRICH.

BOSTON TYPE AND STEREOTYPE FOUNDERY.

1831.

**Arch-fiend′,** (ärch-fēnd′) *n.* the chief of fiends.

**Ar-che-tỹ′pal,** *a.* original.

**Ar′che-type,** *n.* the original ; a model.    [con.

**Ar-chi-di-ac′o-nal,** *a.* belonging to an archdea-con.

**Ar′chi-e-pis′co-pal,** *a.* belonging to an arch-bishop.

**Ar′chi-e-pis′co-pa-cy,** *n.* the state of an arch-bishop.

**Ar-chi-pēl′a-gō,** [är-ke-pēl′a-gō, *W. J. E. F.*; ärch-e-pēl′a-gō, *Earnshaw.*] *n.* any sea which abounds in small islands.

**Ar′chi-tèct,** *n.* a professor of the art of building ; a builder.

**Ar-chi-tèc′tive,** *a.* performing the work of archi-tecture.    [science of building.

**Ar′chi-tèct-ure,** (är′ke-tĕkt-yur) *n.* the art or

**Ar-chi-tèc′tu-ral,** *a.* relating to architecture.

**Ar′chi-trāve,** *n.* that part of the entablature which lies immediately upon the capital.

**Ar′chīves,** (är′kīvz) *n.* records ; the place where the records or ancient writings are kept.

**Arch′ly,** *ad.* jocosely ; shrewdly.

**Arch′ness,** *n.* shrewdness ; sly humor.

**Är′chŏn,** (är′kŏn) *n.* [Gr.] the chief magistrate among the Athenians.

**Arc-tā′tion,** *n.* a constipation of the intestines.

**Arc′tic,** *a.* northern ; lying under the Arctos, or Bear.

**Arc′tic-cir′cle,** *n.* the circle at which the north-ern frigid zone begins.

**Ar′cu-ate,** *a.* bent like an arch.

**Ar-cu-ā′tion,** *n.* the act of bending ; curvity.

**Ar′cu-bal-ist,** *n.* a cross-bow.

**Ar-cu-bäl′is-ter,** [är-ku-bäl′is-ter, *S. W. P.*; är′-ku-bäl-is-ter, *Ja.*; är-ku-ba-lis′ter, *Wb.*] *n.* a cross-bow-man.

**Ar′den-cy,** *n.* ardor ; eagerness ; heat.

**Ar′dent,** *a.* hot ; burning ; fiery ; fierce ; vehe-ment.

**Ar′dor,** *n.* heat ; heat of affection.

*****Ar′du-ous,** [är′du-us, *S. P. J. F. Ja.*; är′ju-us, *W.*] *a.* lofty ; hard to climb ; difficult.

*****Ar′du-ous-nèss,** *n.* height ; difficulty.

**Ɨre,** (är) indicative mode, present tense, plu-ral number of the verb *to be.*

**A′re-a,** *n.* superficial content ; any open surface.

**Ar-e-fac′tion,** *n.* act of growing dry ; a drying.

**Ar′e-fy,** *v. a.* to dry.

**A̶-rē′na,** *n.* [L.] the space for combatants in an amphitheatre.    [dy.

**Ar-e-nā′ceous,** (är-e-nā′shus) Ar-e-nōse′, *a.* san-

**Ar-e-nā′tion,** *n.* a sort of dry sand bath.

**A̶-rē′o-la,** *n.* the colored circle round the nipple.

**Ar-e-ŏp′a-gīte,** *n.* a senator or judge in the court of Areopagus at Athens.

**Ăr-e-ŏp′a-gus,** *n.* the highest court at Athens.

**A̶-re-ŏt′ic,** *a.* efficacious in opening the pores.

**Ar′gent,** *a.* silvery ; white ; shining like silver.

**Ar′gent,** *n.* white color in coats of arms.

**Ar-gen-tā′tion,** *n.* an overlaying with silver.

**Ar′gen-tine,** *a.* pertaining to, or like silver.

**Ar′gil,** *n.* potter's clay.

**Ar-gil-lā′ceous,** (är-jil-lā′shus) *a.* clayey.

**Ar-gil′lous,** *a.* consisting of clay.

**Ar′go-nauts,** *n. pl.* the companions of Jason in the ship *Argo,* on the voyage to Colchis.

**Ar′go-sy,** *n.* a large vessel for merchandise.

**Ar′gue,** (är′gu) *v. n.* to reason ; to dispute.

**Ar′gue,** *v. a.* to prove ; to reason ; to debate.

**Ar′gu-er,** *n.* a reasoner.

**Ar′gu-ment,** *n.* a reason alleged ; the subject of any discourse ; a controversy.

**Ar-gu-mènt′al,** *a.* belonging to an argument.

**Ar-gu-men-tā′tion,** *n.* the act of reasoning.

**Ar-gu-mènt′a-tive,** *a.* consisting of argument.

**Ar-gute′,** *a.* subtle ; witty ; shrill.

**A̶′ri-a,** *n.* [It.] *in music,* an air, song, or tune.

**A′ri-an,** *n.* one of the sect of Arius.

**A′ri-an-Iṣm,** *n.* the doctrine or heresy of Arius.

**Ar′id,** *a.* dry ; parched with heat.

**A̶-rid′i-ty,** *n.* state of being arid ; dryness.

**Ă′ri-ēṣ,** *n.* [L.] the Ram ; a sign of the zodiac.

**Ar′i-e-tate,** [är′e-e-tāt, *S. P. Ash*; a-rī′e-tāt, *W., Johnson.*] *v. n.* to butt like a ram.

**Ar-i-e-tā′tion,** *n.* act of butting like a ram.

**Ă-ri-ĕt′ta,** *n.* [It.] a short air, song, or tune.

**A-right′,** (a-rīt′) *ad.* rightly.

**Ă-ri-ō′so,** *n.* [It.] a movement of a common air.

**A-rīṣe′,** *v. n.* [*imp. t.* arose ; *pp.* arisen.] to mount upward ; to get up ; to come into view ; to revive from death ; to proceed from.

**Ar′is-tär-chy,** *n.* a body of good men in power.

**Ar-is-tŏc′ra-cy,** *n.* that form of government which places the supreme power in the prin-cipal persons of a state ; the principal per-sons of a state or town.

**Ar′is-to-crät,** *or* **A-rïs′to-crät,** [är-is-to-krät′, *W. P.*; är′is-to-krät, *F.*; a-ris′to-krät′, *Wb.*] *n.* one who favors aristocracy.

**Ar-is-to-crät′ic,**    } *a.* relating to aristocracy.
**Ar-is-to-crät′i-cal,**    }

**Ar-is-to-tē′li-an,** *a.* relating to Aristotle.

**Ar-is-to-tē′li-an,** *n.* a follower of Aristotle.

**A̶-rith′man-cy,** [a-rĭth′man-se, *S. W. Ja.*; är′-ith-män-se, *Wb.*] *n.* a foretelling by numbers.

**Ar-ith-mēt′i-cal,** *a.* according to arithmetic.

**A̶-rith-me-tī′cian,** (a-rĭth-me-tĭsh′an) *n.* a mas-ter of the art of numbers.

**A̶-rith′me-tïc,** *n.* the science of numbers.

**Ärk,** *n.* a chest ; a vessel to swim upon the water : *usually applied to that in which Noah was preserved.*

**Arleṣ,** (ärlz) *n.* earnest money given to servants

**Arm,** *n.* the limb which reaches from the hand to the shoulder ; a bough of a tree ; an inlet of the sea.

**Arm,** *v. a.* to furnish with arms ; to fortify.

**Arm,** *v. n.* to take arms.    [of war.

**Ar-mā′da,** *n.* [Sp.] an armament for sea ; a fleet

**Ăr-ma-dïl′lo,** *n.* [Sp.] a fourfooted animal of Brazil.

**Ar′ma-mènt,** *n.* a force equipped for war.

**Ar′ma-tūre,** *n.* armor for defending the body.

**Ar-mèn tal,**    } *a.* belonging to a drove or herd
**Ar′men-tine,**    } of cattle.

**Ar-men-tōse′,** *a.* abounding with cattle.

**Arm′ful,** *n.* as much as the arms can enfold.

**Ar′mi-ger,** *n.* [L.] a knight or esquire : *a title.*

**Ar-mĭg′er-oŭs,** *a.* bearing arms.

**Ar′mil-la-ry,** *a.* resembling a bracelet.

**Ar′mil-la-ted,** *a.* having bracelets.

**Ar-mĭn′i-an,** (ar-mĭn′yan) *n.* a follower of Ar-minius.

**Ar-mĭn′i-an,** *a.* relating to the sect of Arminius.

**Ar-mĭn′i-an-Iṣm,** *n.* the doctrine of Arminius

**Ar-mĭp′o-tènce,** *n.* power in war.

**Ar-mĭp′o-tènt,** *a.* powerful in arms.

**Ar′mis-tice,** *n.* a cessation from arms ; a truce.

**Arm′let,** *n.* a little arm ; a bracelet.

**Ar′mor,** *n.* defensive arms for the body.

**Ar′mor-beär′er,** (är′mur-bâr′er) *n.* he that car-ries the armor of another.

**Ar′mor-er,** *n.* he that makes or sells arms.

**Ar-mō′ri-al,** *a.* belonging to armor.

**Ar′mo-ry,** *n.* a place in which arms are re-posited for use ; armor ; ensigns armorial.

---

mīen, sĭr ; mōve, nŏr, sŏn ; bŭll, bŭr, rŭle.—Ç, Ǥ, ç, ġ, *soft* ; Ꞓ, Ǥ, ç, ḡ, *hard.* ṣ *as* z ; x *as* gz;—thiṣ.

# Exhibit 16

THE

# LAW LEXICON,

OR

# DICTIONARY OF JURISPRUDENCE:

EXPLAINING ALL

THE TECHNICAL WORDS AND PHRASES

EMPLOYED IN

THE SEVERAL DEPARTMENTS OF ENGLISH LAW,

INCLUDING ALSO THE VARIOUS

## LEGAL TERMS

# USED IN COMMERCIAL TRANSACTIONS;

TOGETHER WITH AN

## EXPLANATORY AS WELL AS LITERAL TRANSLATION

OF THE

## LATIN MAXIMS

CONTAINED IN

### THE WRITINGS OF THE ANCIENT AND MODERN COMMENTATORS.

By J. J. S. WHARTON, Esq.,

S. C. L., OXON, OF THE MIDDLE TEMPLE, BARRISTER-AT-LAW, ETC.

FROM THE LONDON EDITION.

HARRISBURG, Pa.:

PUBLISHED BY I. G. M'KINLEY & J. M. G. LESCURE.

NORTH THIRD STREET.

1848.

ARM

ceremony observed in confirmation of a league or friendship. Blount.

ARMA REVERSATA, reversed arms, a punishment for a traitor or felon. Cowel.

ARMARIA. see ALMARIA.

ARMIGER, an esquire. A title of dignity belonging to gentlemen who bear arms. Ken. Paroch. Antiq. 576.

ARMISCARA, an ancient mode of punishment, which was to carry a saddle at the back as a token of subjection. Spelm.

ARMORIAL BEARINGS, a device depicted on the (now imaginary) shield of one of the nobility, of which gentry is the lowest degree. The criterion of nobility is the bearing of arms or armorial bearings received from ancestry and descent.—There is nothing, however, to prevent persons assuming arbitrary insignia and armorial bearings to which they are not entitled ; and all persons entitled to bear arms can register their genealogies and families at the Herald's College, St. Bennet's Hill, London, on payment of a moderate fee, the heralds being the examiners of these matters and the recorders of genealogies. The 43 Geo. III., c. 161, imposes an assessed tax upon armorial bearings, whether borne on plate, carriages, seals, or in any other way. Persons keeping a coach or other carriage pay annually 2l. 8s. Persons not keeping a coach, &c., but liable to the house or window duty, pay 1l. 4s., and all other persons 12s. annually. The 3. Vict. c. 17, imposed an additional duty of 10l. per cent. on all assessed taxes, which begun on the 14th May, 1840. Armorum appellatione, non solum scuta et gladii, et galea, sed et fustes et lapides continentur. Co. Litt. 162.—(Under the words arms are included not only shields and swords and helmets, but also clubs and stones.)

ARMOUR, and ARMS, things which a person wears for defence, or takes in hand, or uses in anger, to strike or cast at another. Arms are also

CRM

insignia, i. e., ensigns of honour, which were formerly assumed by soldiers of fortune and painted on their shields to distinguish them, the ancient coat of mail not being a mark of distinction from its covering the whole body. King Richard I., during his crusade, made arms hereditary. Every subject in this realm has a right, springing from the indigenous principle of personal liberty, to carry arms for defence suitable to his condition and degree and such as are allowed by law, which is embodied in the Bill of Rights, 1 W. & M. s. 2, c. 2. The 2 Edw. III., c. 3, prohibits persons going armed under circumstances which may tend to terrify the people or indicate an intention of disturbing the public peace. The 60 Geo. III., c. 1, prohibits the training of persons without lawful authority to the use of arms, and authorises any justice of the peace to disperse any assembly of persons as he may find engaged in such occupation, and to arrest any of the persons present.—Power is vested in the Crown, by 3 & 4 W. IV., c. 42, s. 104, to prohibit the exportation of arms, ammunition, and gunpowder out of this kingdom, and of licensing the importation of gunpowder for the use of the royal stores. As to arms in Ireland, see 1 W. 4, s. 44, and 6 & 7 Vict., c. 74.

ARMY. It is a constitutional principle that the raising or keeping a standing army within the kingdom during peace, unless it be by consent of Parliament, is contrary to law. 1 W. & M., s. 2, c. 2 ; Montesq. Sp. Laws, ii. 6. It has been judged necessary ever since 1689, for the safety of the kingdom, the defence of the possessions of Great Britain, and the preservation of the balance of the European powers, to maintain, even in time of peace, a standing army, under the command of the Sovereign. 13 Car. II., c. 6. An act of Parliament, therefore, passes annually (called the Mutiny Act,) authorizing the maintenance of the

their genealogies and Herald's College, St. Bennet's Hill, London, on payment of a moderate fee, the heralds being the examiners of these matters and the recorders of genealogies. The 43 Geo. III., c. 161, imposes an assessed tax upon armorial bearings, whether borne on plate, carriages, seals, or in any other way. Persons keeping a coach or other carriage pay annually 2*l.* 8*s.* Persons not keeping a coach, &c., but liable to the house or widow duty, pay 1*l.* 4*s.*, and all other persons 12*s.* annually. The 3. Vict. c. 17, imposed an additional duty of 10*l.* per cent. on all assessed taxes, which begun on the 14th May, 1840.

*Armorum appellatione, non solum scuta et gladii, et galeæ, sed et fustes et lapides continentur.* Co. Litt. 162.—(Under the words arms are included not only shields and swords and helmets, but also clubs and stones.)

ARMOUR, and ARMS, things which a person wears for defence, or takes in hand, or uses in anger, to strike or cast at another. Arms are also

Power is ve & 4 W hibit the exp nition, and kingdom, a portation of of the roya Ireland, se 7 Vict., c.

ARMY. It ple that th standing ar during peac of Parliam 1 W. & M Sp. Laws, necessary safety of of the pos and the p of the Eur even in t army, und Sovereign. act of Par annually authorizin

# Exhibit 17



SIGILLVM · ACADEMIÆ · HARVARDIANÆ · IN · NOV · ANG · CHRISTO · ET · ECCLESIÆ

*The Gift of the Publishers Mason Brothers, of New York, N.Y., 11 Feb. 1860.*

Google

A

# PRIMARY-SCHOOL

# PRONOUNCING DICTIONARY

OF

# THE ENGLISH LANGUAGE.

ABRIDGED FROM THE AMERICAN DICTIONARY OF

## NOAH WEBSTER, LL.D.

## BY WILLIAM G. WEBSTER.

WITH SYNONYMS
AND VARIOUS USEFUL TABLES.

NEW YORK:
## MASON BROTHERS,
108 & 110 DUANE STREET.
PHILADELPHIA: J. B. LIPPINCOTT, & CO.

*New York.*

ENTERED, ACCORDING TO ACT OF CONGRESS IN THE YEAR 1848, BY
WM. W. ELLSWORTH AND HENRY WHITE,
Executors of Noah Webster, deceased,
IN THE CLERK'S OFFICE OF THE DISTRICT COURT OF CONNECTICUT.

———

ENTERED, ACCORDING TO ACT OF CONGRESS IN THE YEAR 1857, BY
GEORGE AND CHARLES MERRIAM,
IN THE CLERK'S OFFICE OF THE DISTRICT COURT OF MASSACHUSETTS.

ELECTROTYPED BY
THOMAS B. SMITH,
82 & 84 Beekman-st., N. Y.

PRINTED BY
C. A. ALVORD,
15 Vandewater-st., N. Y.

Digitized by Google

A-ris-to-erăt′ic, a. partaking of aristocracy.

A-rith′me-tic, n. the science of numbers.

Ar-ith-mĕt′ic-al, a. according to arithmetic.

A-rith-me-ti′′cian (-tish′an), n. one skilled in arithmetic. [chest.

Ark, n. a lumber vessel;

Ărm, n. a limb of the body; an inlet of water.

Ărm, v. t. or i. to furnish with, or take up arms.

Ar-mā′da, n. a fleet of armed ships.

Ărm′a-ment, n. a force equipped for war.

Ărm′a-tūre, n. armor; defense.

Ărm′ful, n. what the arms can hold.

Ărm′hōle, n. a hole for the arm. [arms.

Ăr-mĭg′er-ous, a. bearing

Ărm′il-lu-ry, a. consisting of rings like a bracelet.

Ăr-mĭn′ian, n. one who denies predestination, and holds to universal redemption.

Ăr-mĭn′ian-ism, n. the tenets of Arminians.

Ărm′is-tice (ärm′is-tiss), n. a cessation of arms.

Ărm′let, n. a bracelet; a little arm.

Ărm′or, n. defensive arms.

Ărm′or-or, n. a person that makes or sells arms.

Arm-ō′ri-al, a. belonging to arms. [arms.

Ărm′o-ry, n. a repository of

Ărm′pit, n. the hollow under the shoulder.

Ărms, n. pl. weapons; ensigns armorial.

Ăr′my, n. a large body of armed men.

A-rō′ma, n. the fragrant quality of plants.

Ar-o-măt′ic, a. spicy; fragrant.

Ar-o-măt′ics, n. pl. fragrant drugs or spices.

A-rōse′, pret. of Arise.

A-round′, prep. and ad. in a circle; on every side.

A-rouse′, v. t. to awaken suddenly; to animate.

Ar′que-būse, n. a hand gun.

Ar-răck′, n. spirit of the cocoanut, rice, or sugar-cane.

Ar-răign′ (ar-rāne′), v. t. to call to answer in court.

Ar-răign′ment, n. act of arraigning.

Ar-rānge′, v. t. to set in order.

Ar-rānge′ment, n. act of putting in order; adjustment.

Ar′rant, a. infamous; bad.

Ar′ras, n. hangings of tapestry.

Ar-rāy′ (ar-rā′), n. order of men for battle; dress.

Ar-rāy′, v. t. to put in order. —Syn. To dispose; deck; arrange.

Ar-rēars′, n. pl. that which remains unpaid.

Ar-rēar′age, n. remainder of a debt.

Ar-rēst′, v. t. to seize by warrant; to detain.

Ar-rēst′, n. a seizure by legal warrant; stay of judgment after verdict.

Ar-rēt′ (ar-rā′), n. a decree.

Ar-rĭv′al, n. act of coming.

Ar-rīve′, v. i. to come to a place; to reach.

Ar′ro-gance, n. insolence of bearing; haughtiness.

Ar′ro-gant, a. haughty; proud.

Ar′ro-gāte, v. t. to claim unjustly; to assume.

Ar-ro-gā′tion, n. act of assuming unjustly or proudly. [bow.

Ar′rōw, n. a weapon for a

Ar′se-nal, n. a magazine of military stores.

Ar′sen-ic, n. a mineral poison. [arsenic.

Ar-sĕn′ic-al, a. pertaining to

Ar′son, n. the malicious burning of a house

Art, 2d person of the verb Am.

Ărt, n. cunning; skill.

Ar-tē′ri-al, a. belonging to an artery.

Ăr′te-ry, n. a vessel conveying blood from the heart.

Art′ful, a. skillful; cunning.

Ar-thrīt′ic, a. pertaining to the joints. [etable.

Ar′ti-chōke, n. a garden veg-

Ar′ti-cle, n. a condition; a particular item.

Ar′ti-cle, v. t. to covenant; to agree.

Ar-tĭc′ū-lar, a. belonging to articles or joints.

Ar-tĭc′ū-late, a. having joints.

Ar-tĭc′ū-lāte, v. t. to pronounce words distinctly.

Ar-tĭc-ū-lā′tion, n. connection by joints; distinct utterance.

Ar′ti-fice, n. artful contrivance; device.—Syn. Stratagem; finesse; deception; fraud.

Ar-tĭf′i-cer, n. a mechanic.

Ar-ti-fĭ′′cial (-fish′al), a. made by art; not natural.

Ar-ti-fĭ′′cial-ly, ad. by art.

Ar-tĭl′le-rist, n. one skilled in gunnery.

Ar-tĭl′le-ry, n. weapons for war; ordnance; troops who manage cannon.

Art′i-san, n. a mechanic.

Art′ist, n. the professor of an art. [ple.

Art′less, a. without art; simple.

Art′less-ness, n. want of art.

As (āz), ad. even; in like manner.

As-a-fœt′i-da, ) n. a fetid

As-a-fœt′i-da, ) gum-resin.

As-bĕs′tus, ) n. a mineral

As-bĕs′tos, ) which is fibrous and incombustible.

As-cĕnd′, v. i. or t. to move upward; to rise.

As-cĕnd′ant, a. superior:— n. superior influence; height.

As-cĕnd′en-cy, n. superior influence. — Syn. Authority; prevalence; control.

As-cĕn′sion (-sĕn′shun), n. the act of ascending.

ă, ŏ, &c., long.—ă, ŏ, &c. short.—câre, fär, lăst, fâll, whạt; thêre, tẽrm; marine;

# Exhibit 18

N: 13

# UNIVERSAL DICTIONARY

OF

## TRADE and COMMERCE,

Translated from the French of the Celebrated

# Monsieur SAVARY,

INSPECTOR-GENERAL of the MANUFACTURES for the King,
at the Custom-house of *PARIS*:

WITH LARGE

## Additions and Improvements,

Incorporated throughout the Whole WORK;

Which more particularly accommodate the same to the

# TRADE and NAVIGATION

Of these Kingdoms,

## And the LAWS, CUSTOMS, and USAGES,

To which all Traders are subject.

By MALACHY POSTLETHWAYT, Esq;



LONDON:

Printed for JOHN and PAUL KNAPTON, in Ludgate-Street.

M DCC LI.

**ARMOUR**, or **ARMOUR**; a defensive habit, commonly of iron or steel, which warriors and soldiers used formerly to defend and secure the body against the offensive arms of the enemy. ...

**ARMOURER**, he that makes arms.

The armourer-braziers (or helmet-makers) were formerly a numerous corporation at Paris. ...

**ARMOURERS Company**, in London. The arms and crest of the armourers and failers of the fraternity, or guild, of St George, of the myftery of the armourers of the city of London (as they were filed in their charter) were anciently borne by the faid corporation, but afterwards declared and confirmed to them by Thomas Hawley, Clarencieux, by patent under the feal of his arms and crest, 3 and 4 Philip and Mary, 1556. Their arms are argent on a chevron, gules; a gauntlet, between four fwords in faltire, on a chief, fable; a buckler, argent, charged with a crofs, gules, between two martlets of the feft.

Their crest is a man demi-armed at all points, furmounting a tarce and a helmet. Their motto, Make all fure. Their hall is in Coleman-street.

**ARMS**, all weapons that ferve to attack an enemy, or defend one's felf. ...

*A lift of the merchandifes, the exportation of which is prohibited throughout the whole extent of the kingdom, territories, and dominions of the king of France, in an alphabetical order.*

| | | |
|---|---|---|
| Bullets, | Granadoes, | Petards, |
| Bandaliers, | Gun-powder, | Pikes, |
| Belts of all forts, | Guns, | Pistols, and piftol-cafes, |
| Bomb-fhells, | Halberds, | |
| Carcaffes, | Helmets, | Puddings for mines, |
| Carriages for guns, | Javelins, | Saddles, |
| Cuiraffes, | Matches for guns, | Salt-petre, |
| Falcions, | Mortars, | Swords. |
| Fufes, | Musquets, | |

Arms,

Their crest is a man demi-armed at all points, surmounting an helmet, their motto, *Make all sure.* Their hall is in *Coleman-street.*

ARMS, all weapons that serve to attack an enemy, or defend one's self.

Of all contraband merchandises, there are none the exportation of which, without licence or passport, is more strictly prohibited, and more severely punished, than that of arms, by the ordonnances of the kings of *France.* The penalty mentioned in the ordonnance relating to the five large farms, published in *February* 1687, is, the forfeiting of such arms, together with all the horses, carts, carriages, and equipages, which served to carry them; as also of all other merchandises which may be found with those arms, or were hid under them, besides a fine of 500 livres, to be paid by the merchants and carriers, or carmen; without prejudice to the corporal punishment mentioned in the ordonnances, according to the nature of the offence, and as the case shall require.

Under the general name of arms the tariffs comprehend, besides defensive and offensive arms, all sorts of ammunition, instruments, and other warlike stores, mentioned in the following list:

*A list of the merchandises, the exportation of which is prohibited throughout the whole extent of the kingdom, territories, and dominions of the king of* France, *in an alphabetical order.*

| | | |
|---|---|---|
| Balls, | Granadoes, | Petards, |
| Bandaliers, | Gun-powder, | Pikes, |
| Belts of all sorts, | Guns, | Pistols, and pistol- |
| Bomb-shells, | Halberds, | cases, |
| Carcasses, | Helmets, | Puddings for mines, |
| Carriages for guns, | Javelins, | Saddles, |
| Cuirasses, | Matches for guns, | Salt-petre, |
| Fascines, | Mortars | Swords. |
| Fusees, | Musquets, | |

Arms,

to be rejected. The *gypsum* has given a smoaking liquor, of ... ell. ... enumeration, the salt of solder, and especially chalk, are the two ingredients which Monsieur *du Hamel* found to succeed best; yet the chalk must be properly chosen.

ARMONIAC. There is also a gum called by some *Gum Armoniac*.

ARMOR, or ARMOUR, a defensive habit, commonly of iron or steel, which warriors and soldiers used formerly, to defend and secure the body against the offensive arms of the enemies. The complete armor was composed of a helmet, or head-piece, a neck-piece, or gorget, a cuirasse, tasses, brassets, gantlets, cuisses, and covers for the legs and feet, to which were also fastened the spurs. This was called *armor cap-à-pee*; and thus the horsemen, or knights, and men of arms, were dressed.

The infantry wore but part of this armor. The *murrian* was to them instead of a helmet: they had also a curiasse and tasses, but all this very light, and such as the pikemen in the regiment of guards, and in some other regiments in *France*, still wore towards the end of the seventeenth century. Lastly, the horses themselves had their armor, wherewith to cover the head and breast. The curious may see all those kinds of armor in the tower of *London*.

Of all this warlike furniture, scarce any thing is now used except the cuirasse; the gorget, which the officers still wear, being at present nothing but a mark of honour, or distinction, by which the soldiers know them, but which is of no defence. Instead of a helmet, or murrian, they use sometimes an iron or steel bonnet, or cap, under the hat; and none but the regiments called cuirassiers still use the simple cask, or helmet. The folly, or, if you like the word better, the gallantry, of going to the battle naked, as it were, that is, without any defensive arms, had prevailed to such a degree among the *French* nobility, that it was thought proper to restrain it by ordonnances; and during the wars, which were almost continual under the long reign of *Lewis* XIV, the general officers, and all the officers of the horse, were commanded to use the cuirasse again; which, though still but indifferently obeyed, has kept up in *France* the manufacture of that part of ancient armor, of which in the next article.

ARMOURER, he that makes arms.

The armourer-heaumiers (or helmet-makers) were formerly a numerous corporation at *Paris*. They were called *armourers* from the armour they made, and *heaumiers* from *heaume*, or helmet, which is the chief and most honourable piece of the whole armour. Some vocabularies confound them with the

# Exhibit 19

A

# LAW DICTIONARY,

ADAPTED TO THE

## CONSTITUTION AND LAWS

OF THE

# UNITED STATES OF AMERICA,

AND OF THE

SEVERAL STATES OF THE AMERICAN UNION;

WITH

## REFERENCES

TO

### THE CIVIL AND OTHER SYSTEMS

OF

## FOREIGN LAW.

By JOHN BOUVIER.

IN TWO VOLUMES.—VOL. I.

PHILADELPHIA:

T. & J. W. JOHNSON, LAW BOOKSELLERS,

SUCCESSORS TO NICKLIN & JOHNSON,

NO. 5 MINOR STREET.

1839.

Digitized by Google

88          ARB                          ARP

the prothonotary, when the parties cannot agree,—at which time the arbitrators, after being sworn or affirmed justly and equitably to try all matters in variance submitted to them, proceed to hear and decide the case; their award is filed in the office of the prothonotary and has the effect of a judgment, subject, however to appeal, which may be entered at any time within twenty days after the filing of such award. Act of 16th June, 1836, Pamphl. p. 715. This is somewhat similar to the arbitrations of the Romans; there the prætor selected from a list of citizens made for the purpose, one or more persons who were authorised to decide all suits submitted to them, and which had been brought before him; the authority which the prætor gave them conferred on them a public character, and their judgments were without appeal. Toull. Dr. Civ. Fr. liv. 3, t. 3, ch. 4, n. 820. See generally, Kyd. on Awards; Caldwell on Arbitrations; 1 Bac. Ab. 201; 1 Salk. R. 69, 70–75; 2 Saund. R. 133, n. 7; 2 Sell. Pr. 241; Doct. Pl. 96; 3 Vin. Ab. 40.

ARBITRATOR. A private extraordinary judge chosen by the parties who have a matter in dispute, invested with power to decide the same. Arbitrators are so called because they have generally an arbitrary power, there being in common no appeal from their sentences, which are called awards. Vide Caldw. on Arb. Index, h. t.; Kyd on Awards, Index. h. t.

ARCHES' COURT. Vide Court of Arches.

ARCHIVES. Ancient charters or titles, which concern a nation, state or community, in their rights or privileges. The place where the archives are kept, bears the same name. Jacob; Merl. Rép. h. t.

ARGUMENT, *practice*. Cicero defines it a probable reason proposed in order to induce belief. Ratio probabilis et idonea ad faciendam fidem. The logicians define it more scientifically to be a means, which by its connexion between two extremes, establishes a relation between them. This subject belongs rather to rhetoric and logic than to law.

ARGUMENTUM AB INCONVENIENTI. An argument arising from the inconvenience which the construction of the law would create, is to have effect only in a case where the law is doubtful; where the law is certain, such an argument is of no force. 1 Bac. Ab. 491.

ARISTOCRACY is that form of government in which the sovereign power is exercised by a small number of persons to the exclusion of the remainder of the people.

ARKANSAS. The name of one of the new states of the United States. It was admitted into the Union by the act of Congress of June 15th, 1836, 4 Sharsw. cont. of Story's L. U. S. 2444, by which it is declared that the state of Arkansas shall be one, and is hereby declared to be one of the United States of America, and admitted into the Union on an equal footing with the original states in all respects whatever.

ARMS. Any thing that a man wears for his defence, or takes in his hands, or uses in his anger, to cast at or strike at another. Crompt. Just. P. 65; Cunn. Dict. h. t. The Constitution of the United States, Amendm. art. 2, declares that " a well regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed." Vide Story, Const. § 1889, 1890; Amer. Citizen, 176; 1 Tuck. Black. App. 300; Rawle on Const. 125.

ARMISTICE. Vide *Truce.*

ARPENT. A quantity of land

# Exhibit 20

4-cv-00623-JLS-HKS   Document 69-6   Filed 03/27/26   Page 10



# THE UNIVERSAL DICTIONARY

OF

# TRADE and COMMERCE:

WITH LARGE

## ADDITIONS and IMPROVEMENTS,

Adapting the same to the

PRESENT STATE of BRITISH AFFAIRS in AMERICA,

since the last TREATY of PEACE made in the Year 1763.

With GREAT VARIETY of

## NEW REMARKS and ILLUSTRATIONS

Incorporated throughout the Whole:

TOGETHER WITH

Every Thing essential that is contained in SAVARY's DICTIONARY:

ALSO,

All the Material LAWS of TRADE and NAVIGATION

relating to these KINGDOMS,

AND THE

CUSTOMS and USAGES to which all TRADERS are subject.

By MALACHY POSTLETHWAYT, Esq;

## THE FOURTH EDITION.

### VOL. I.



*Joseph Jackson ⹀ now Robert Johnstons*
*March 29 — 1814*

LONDON:

Printed for W. STRAHAN, J. and F. RIVINGTON, J. HINTON, L. HAWES and W. CLARKE and R. COLLINS,
R. HORSFIELD, W. JOHNSTON, T. CASLON, S. CROWDER, T. LONGMAN, B. LAW, R. BALDWIN, T. CADELL,
J. BROTHERTON and J. SEWELL, J. DODSLEY, T. PAYNE, T. BECKET, J. ROBSON, T. LOWNDES, W. NICOLL,
J. KNOX, D. WILSON and G. NICOLL, and W. OTRIDGE.

MDCCLXXIV.

**ARMOURER**, he that makes arms.

The armourer-becomfirs [or helmet-makers] were formerly a numerous corporation at Paris. They were called armouriers from the armour they made, and braconniers from bracon, or helmet, which is the chief and most honourable piece of the whole armour. Some vocabularies confound them with the gun-smiths [in French arquebusiers] who are also filed armourers, though that name was never given to the gun-smiths in their statutes, and belongs only to the helmet-makers, who are a body intirely distinct from the gun-smiths; of whom an account will be given in their proper article.

The first statutes of the armouriers-becomfirs were given them by Charles VI, who, in the year 1409, erected them into a body corporate. These ancient statutes being neglected and almost demolished, new statutes were made for them in the year 1562, which being examined and approved by Matthai les Bristons, then governor of Paris, and afterwards by the lieutenant-civil, and by the king's attorney at the court of the Chatelet, who gave their opinions upon them the 23d of July, they were at last approved, confirmed, and authorised by letters-patent of Charles IX, issued at Moulins that same year, in the month of September, and registered in the parliament in March following.

These last statutes contain, in 22 articles, the whole discipline, or form of government of that corporation.

Four jurats, or wardens, two of whom are chosen yearly, watch over the preservation of their privileges, and take care that their statutes be observed.

Every freeman of that company can have but one apprentice at a time, who must be bound before a notary-public, and admitted by the wardens.

The apprenticeship, without which no man can be made free of the company, is of five years, and even freemen's sons are not exempted from it; but they may serve their time either with their father or with others: with this difference, however, that, if they be bound with a stranger, they are looked upon as apprentices, and to prevent the taking any other; but, if a freeman's son serve their father, whatever be their number, he may take another apprentice beside them.

The master-piece is given by the masters, to whom but 5 livres Paris are due for his right of assistance: but freemen's sons are not obliged to make their master-piece, nor even to undergo a trial.

Widows, who continue such, enjoy the same privileges their husbands had, except that they cannot take a new apprentice, but only continue to keep him who was bound to the husband, and has not finished his time.

The works and merchandizes of foreigners are liable to be visited or examined; which must be done by the jurats, as soon as it is required, under a penalty of 20 livres Paris, to be paid by them, besides an indemnification to the merchants for staying beyond their time.

The materials proper for the manufacture of armour, that is to say, iron, steel, &c. are also to be visited, and must be divided into lots among the merchants who have occasion for them.

No freemen can keep above one work-shop.

Every piece of armour is to be marked with a puncheon, which is delivered by the jurats, and the impression of which upon lead ought to be kept in the chamber of the king's attorney.

Journeymen who have been apprentices at Paris, ought to be preferred before strangers, provided they be satisfied with the same wages.

The works that can be manufactured by the freemen of the armourers-helmet-maker's company, according to their statutes, are all sorts of armour for men, and especially corslets,

... belts, gorgets, tasses, brassets, gantlets, cuisses, and all covers for the legs, head-pieces, burgonets or burbones, bare-gauntlets and armatures for the infantry, both light, and stand-proof, and all kinds of armour for salts and tournaments.

The armourers-helmet-makers company at Paris have St. George for their patron, the fraternity or brotherhood of which is established in the parish of St. James; where that faint is represented at full length, armed cap-à-piè, with an armour of polished steel, and mounted on a horse capparisoned after the ancient manner, with all his attire full of steel.

This company, formerly one of the most numerous in Paris, was but little the idol of the fourteenth century, already consumed by the divisions only, and, in profane, dwindled to a small number, who are brothers, but it is on the hundred livres, the last piece of that company, whose ancient lot above three years, had the reputation of making the best and richest armour in Europe, not excepting that of Milan, which was always very much esteemed.

The manufacture of cuirasses used by the French cavalry is at present established at Briançon; some, however, are imported from Germany.

As to the other branches of the employment of armourers-helmet-makers who are still left at Paris, they continue to fit them-selves; the needle armourers helmet-makers to the king, the gorgets, and the great lords, and they do accordingly furnish them with the cuirasses they want, keeping up with honour their father's reputation.

**ARMOURY**, is also said of a trade who sells armour, though he does not manufacture it. That name is also given to those who trade in all sorts of arms.

ARMOURERS company in London. The arms and coat of the brothers and sisters of the fraternity, or guild, of St. George, of the mystery of the armourers of the city of London [as they were filed in their charter] were anciently borne by the said corporation, but afterwards declared and confirmed to them by Thomas Hawley, Clarencieux, by patent under the seal of his arms and office, 3 and 4 Philip and Mary, 1556. Their arms are argent on a chevron, gules; 3 gauntlets, between four swords in fabrie, on a chief, sable; a buckler, argent, charged with a cross, gules, between two helmets of the field.

That crest is a man demi-armed at all points, furmounting a torce and a helmet. Their motto, Make all fure. Their hall is in Coleman-street.

**ARMS**, all weapons that serve to attack an enemy, or defend one's self.

Of all contraband merchandise, there are none the exportation of which, without licence or passport, is more strictly prohibited, and more severely punished, than that of arms, by the ordinances of the kings of France. The penalty mentioned in the ordinance relating to the fire large farms published in February 1687, is, the forfeiting of such arms, together with all the horses, carts, carriages, and equipage, which served to carry them; as also of all other merchandizes of a sum of 900 livres, to be paid by the merchants and carriers, or carmen; without prejudice to the corporal punishment mentioned in the ordonnance, according to the nature of the offence, and as the case shall require.

Under the general name of arms the tariff comprehend, besides defensive and offensive arms, all sorts of ammunition, instruments, and other warlike stores, mentioned in the following list:

A list of the merchandises, the exportation of which is prohibited throughout the whole extent of the kingdom, territories and dominions of the king of France, in an alphabetical order.

| | | |
|---|---|---|
| Balls, | Granadoes, | Petards, |
| Bandeliers, | Gun-powder, | Pikes, |
| Belts of all sorts, | Guns, | Pistols, and Pistol-cases, |
| Bomb-shells, | Halberds, | |
| Cuirasses, | Helmets, | Puddings for mines, |
| Carriages for guns, | Javelins, | Saddles, |
| Cuirasses, | Matches for guns, | Salt-petre, |
| Falchions, | Mortars, | Swords, |
| Fuses, | Musquets, | |

Arms, arquebusses, pistols, harnesses, brassets, musquets, barrels for fire-arms, and other arms of iron, pay duties on importation in France, at the rate of 40 sols per 100 weight.

In England arms and ammunition, and all utensils of war, or gun-powder, imported without licence from his majesty, are forfeited, and treble the value, 1 Jac. II. cap. 8. sect. 2. Such licence being obtained, except for the furnishing of his majesty's public stores is void, and the offender incurs a præmunier, and is disabled to hold any office from the crown, 1 Jac. II. cap. 8. sect. 3.

**ARROBE**, which some spell and pronounce ARROBE, in Spanish arroba, and, in the language of Peru, arroue, a weight used in Spain, in Portugal, at Goa, and throughout all Spanish America. The Portuguese use it also in Brazil, where, as well as at Goa, it is sometimes called ariate. All these arobes are scarce any other ways like each other but in name, being very
different

tween four fwords in faltier, on a chief, fable; a buckler, argent, charged with a crofs, gules, between two efclops of

Their creft is a man demi-armed at all points, furmounting a torce and a helmet. Their motto, Make all fure. Their hall is in Coleman-ftreet.

ARMS, all weapons that ferve to attack an enemy, or defend one's felf.

Of all contraband merchandifes, there are none the exporta-tion of which, without licence or paffport, is more ftrictly prohibited, and more feverely punifhed, than that of arms, by the ordonnances of the kings of France. The penalty mentioned in the ordonnance relating to the five large farms publifhed in February 1687, is, the forfeiting of fuch arms, together with all the horfes, carts, carriages, and equipages, which ferved to carry them; as alfo of all other merchandifes which may be found with thofe arms, or were hid under them, befides a fine of 500 livres, to be paid by the merchants and carriers, or carmen; without prejudice to the corporal pu-nifhment mentioned in the ordonnances, according to the nature of the offence, and as the cafe fhall require.

Under the general name of arms the tariffs comprehend, be-fides defenfive and offenfive arms, all forts of ammunition, inftruments, and other warlike ftores, mentioned in the fol-lowing lift:

A lift of the merchandifes, the exportation of which is pro-hibited throughout the whole extent of the kingdom, terri-tories and dominions of the king of France, in an alpha-betical order.

| | | |
|---|---|---|
| Balls, | Granadoes, | Petards, |
| Bandaliers, | Gun-powder, | Pikes, |
| Belts of all forts, | Guns, | Piftols, and Piftol- |
| Bomb-fhells, | Halberds, | cafes, |
| Carcaffes, | Helmets, | Puddings for mines, |
| Carriages for guns, | Javelins, | Saddles, |
| Cuiraffes, | Matches for guns, | Salt-petre, |
| Fafcines, | Mortars, | Swords. |
| Fufees, | Mufquets, | |

Arms, arquebuffes, piftols, harneffes, braffets, mufquets, bar-rels for fire-arms, and other arms of iron, pay duties of im-portation in France, at the rate of 40 fols per 100 weight.

In England arms and ammunition, and all utenfils of war, or gun-powder, imported without licence from his majefty, are forfeited, and treble the value, 1 Jac. II. cap. 8. fect. 2.— Such licence being obtained, except for the furnifhing of his majefty's public ftores is void, and the offender incurs a præ-munire, and is difabled to hold any office from the crown, 1 Jac. II. cap. 8. fect. 3.

AROBE, which fome fpell and pronounce ARROBE, in Spanifh arroba, and, in the language of Peru, arroue, a weight

**ARMOURER**, he that makes arms.

The armourer-heaumiers (or helmet-makers) were formerly a numerous corporation at Paris. They were called armourers from the armour they made, and heaumiers from heaume, or helmet, which is the chief and moſt honourable piece of the whole armour. Some vocabularies confound them with the gun-ſmiths (in French arquebuſiers) who are alſo ſtiled armourers, though that name was never given to the gun-ſmiths in their ſtatutes, and belongs only to the helmet-makers, who are a body intirely diſtinct from the gun-ſmiths, of whom an account will be given in their proper article.

The firſt ſtatutes of the armourers-heaumiers were given them by Charles VI, who, in the year 1409, erected them in a body corporate. Theſe antient ſtatutes being neglected and almoſt demoliſhed, new ſtatutes were made for them in the year 1562, which being examined and approved by Marſhal de Briſſac, then governor of Paris, and afterwards by the lieutenant-civil, and by the king's attorney at the court of the Chatelet, who gave their opinions upon them the 23d of July, they were at laſt approved, confirmed, and authoriſed by letters-patent of Charles IX, iſſued at Houdan that ſame year, in the month of September, and regiſtered in the parliament in March following.

Theſe laſt ſtatutes contain, in 22 articles, the whole diſcipline, or form of government of that corporation.

Four jurats, or wardens, two of whom are choſen yearly, watch over the preſervation of their privileges, and take care that their ſtatutes be obſerved.

Every freeman of that company can have but one apprentice at a time, who muſt be bound before a notary-public, and admitted by the wardens.

The apprenticeſhip, without which no man can be made free of the company, is of five years, and even freemen's ſons are not exempted from it; but they may ſerve their time either with their father or with others: with this difference, however, that, if they be bound with a ſtranger, they are looked upon as apprentices, and ſo prevent the taking any other; but, if a freeman's ſon ſerve their father, whatever be their number, he may take another apprentice beſide them.

The maſter-piece is given by the maſters, to whom but 8 livres Pariſis are due for his right of aſſiſtance: but freemen's

with their father or with others : with this difference, how-ever, that, if they be bound with a stranger, they are looked upon as apprentices, and serve out the time; but, if a freeman's son serve their father, whatever be their number, he may take another apprentice beside them.

The master-piece is given by the masters, to whom but 8 livres Parisis are due for his right of assistance : but freemen's sons are not obliged to make their master-piece, nor even to undergo a trial.

Widows, who continue such, enjoy the same privileges their husbands had, except that they cannot take a new apprentice, but only continue to keep him who was bound to the husband, and has not finished his time.

The works and merchandizes of foreigners are liable to be visited or examined ; which must be done by the jurats, as soon as it is required, under a penalty of 20 livres Parisis, to be paid by them, besides an indemnification to the merchants for staying beyond their time.

The materials proper for the manufacture of armour, that is to say, iron, steel, &c. are also to be visited, and must be divided into lots among the merchants who have occasion for them.

No freemen can keep above one work-shop.

Every piece of armour is to be marked with a puncheon, which is delivered by the jurats, and the impression of which upon lead ought to be kept in the chamber of the king's attorney.

Journeymen who have been apprentices at Paris, ought to be preferred before strangers, provided they be satisfied with the same wages.

The works that can be manufactured by the freemen of the armourer-helmet-maker's company, according to their statutes, are all sorts of armour for men, and especially corslets,

8

A R G

cuiraffes, gorgets, taffes, braffets, gantlets, cuiffes, and all covers for the legs; head-pieces, burganets for horfemen, burganets and murrians for the infantry, both flight, and fhot-proof; and all kinds of armour for jufts and tournaments. The armourers-helmet-makers company in France have St. George for their patron, the fraternity or brotherhood of which is eftablifhed in the parifh of St. James's, where that faint is reprefented at full length, armed cap-à-pee, with an armour of polifhed fteel, and mounted on a horfe caparifoned after the ancient manner, with its harnefs alfo of fteel.

This company, formerly one of the moft numerous in Paris, was towards the end of the fixteenth century, already dwindled to 60 freemen only, and, at prefent, it confifts of 2 freemen only, who are brothers, and fons to the famous Drouart, the laft jurat of that company, whofe anceftors for above 200 years, had the reputation of making the beft and richeft armour in Europe, not excepting that of Milan, which was always very much efteemed.

The manufacture of cuiraffes ufed by the French cavalry is at prefent eftablifhed at Befançon; fome, however, are imported from Switzerland.

As to the two freemen of the company of armourers-helmet-makers who are ftill left at Paris, they continue to ftile themfelves the only armourers-helmet-makers to the king, the princes, and the great lords; and they do accordingly furnifh them with the cuiraffes they want, keeping up with honour their father's reputation.

ARMOURER, is alfo faid of a trader who fells armour, though he does not manufacture it. That name is alfo given to thofe who trade in all forts of arms.

ARMOURERS company in London. The arms and creft of the brothers and fifters of the fraternity, or guild, of St. George, of the myftery of the armourers of the city of London (as they were ftiled in their charter) were anciently borne by the faid corporation, but afterwards declared and confirmed to them by Thomas Hawley, Clarencieux, by patent under the feal of his arms and office, 3 and 4 Philip and Mary, 1556.

Their arms are argent on a chevron, gules; a gantlet, between four fwords in faltier, on a chief, fable; a buckler, argent, charged with a crofs, gules, between two helmets of the firft.

Their creft is a man demi-armed at all points, furmounting a torce and a helmet. Their motto, Make all fure. Their hall is in Coleman-ftreet.

This salt, ... ng ... rified by fire and filtered ... a very white salt, whi... ing, &c. It is alfo reduced into flowers, by mea... mon falt decrepitated, or calcined, or by fteel-filing... alfo extract feveral fpirits, and a kind of oil, from... nally, they fix it with egg-fhells, or live-chalk and... Salt-armoniac pays duty of importation in France ... 100 weight, according to the tariff of the year 166... by a decree of the council of ftate of the 15th of... 1685, it pays 20 per 100 of its value, if it be not ... directly into France, but was landed any where in... countries.

ARMONIAC. There is a gum alfo called by fome Gum ... ARMOR, or ARMOUR, a defenfive habit, comm... iron or fteel, which warriors and foldiers ufed form... defend and fecure the body againft the offenfive arm... enemies. The complete armor was compofed of a... or head-piece, a neck-piece, or gorget, a cuiraffe, ta... fets, gantlets, cuiffes, and covers for the legs and feet, ...

# ARM

were also faftened the fpurs. This was called armor cap-à-pee; and thus the horfemen, or knights and men of arms, were dreffed.

The infantry wore but part of this armor. The murrian was to them inftead of a helmet: they had alfo a cuiraffe and taffes, but all this very light, and fuch as the pikemen in the regiment of guards, and in fome other regiments in France, ftill wore towards the end of the feventeenth century. Laftly, the horfes themfelves had their armor, wherewith to cover the head and breaft. The curious may fee all thofe kinds of armor in the tower of London.

Of all this warlike furniture, fcarce any thing is now ufed except the cuiraffe; the gorget, which the officers ftill wear, being at prefent nothing but a mark of honour, or diftinction, by which the foldiers know them, but which is of no defence. Inftead of a helmet, or murrian, they ufe fometimes an iron or fteel bonnet, or cap, under the hat; and none but the regiments called cuiraffiers ftill ufe the fimple cafk, or helmet. The folly, or if you like the word better, the gallantry, of going to the battle naked, as it were, that is, without any defenfive arms, had prevailed to fuch a degree among the French nobility, that it was thought proper to reftrain it by ordonnances; and during the wars, which were almoft continual under the long reign of Lewis XIV, the general officers, and all the officers of the horfe, were commanded to ufe the cuiraffe again; which, though ftill but indifferently obeyed, has kept up in France the manufacture of that part of antient armor, of which in the next article.

ARMOURER, he that makes arms.

The armourer-heaumiers (or helmet-makers) were formerly a numerous corporation at Paris. They were called armourers from the armour they made, and heaumiers from heaume, or helmet, which is the chief and moft honourable piece of the