# Exhibit 21

# A DICTIONARY OF LAW

CONTAINING

DEFINITIONS OF THE TERMS AND PHRASES OF AMERICAN AND ENGLISH JURISPRUDENCE, ANCIENT AND MODERN

INCLUDING

THE PRINCIPAL TERMS OF INTERNATIONAL, CONSTITUTIONAL, AND COMMERCIAL LAW; WITH A COLLECTION OF LEGAL MAXIMS AND NUMEROUS SELECT TITLES FROM THE CIVIL LAW AND OTHER FOREIGN SYSTEMS

---

By HENRY CAMPBELL BLACK, M. A.

Author of Treatises on "JUDGMENTS," "TAX-TITLES," "CONSTITUTIONAL PROHIBITIONS," etc.

---

ST. PAUL, MINN.
WEST PUBLISHING CO.
1891

Digitized by Google

COPYRIGHT, 1891,
BY
WEST PUBLISHING COMPANY.

Digitized by Google

**ARISTO-DEMOCRACY.** A form of government where the power is divided between the nobles and the people.

**ARLES.** Earnest. Used in Yorkshire in the phrase "Arles-penny." Cowell. In Scotland it has the same signification. Bell.

**ARM OF THE SEA.** A portion of the sea projecting inland, in which the tide ebbs and flows. 5 Coke, 107.

An arm of the sea is considered as extending as far into the interior of a country as the water of fresh rivers is propelled backwards by the ingress of the tide. Ang. Tide-waters, 73.

**ARMA.** Lat. Arms; weapons, offensive and defensive; armor; arms or cognizances of families.

**ARMA DARE.** To dub or make a knight.

**Arma in armatos sumere jura sinunt.** The laws permit the taking up of arms against armed persons. 2 Inst. 574.

**ARMA MOLUTA.** Sharp weapons that cut, in contradistinction to such as are blunt, which only break or bruise. Fleta, lib. 1, c. 33, par. 6.

**ARMA REVERSATA.** Reversed arms, a punishment for a traitor or felon. Cowell.

**ARMATA VIS.** In the civil law. Armed force. Dig. 43, 16, 3; Fleta, lib. 4, c. 4.

**ARMED.** A vessel is "armed" when she is fitted with a full armament for fighting purposes. She may be equipped for warlike purposes, without being "armed." By "armed" it is ordinarily meant that she has cannon, but if she had a fighting crew, muskets, pistols, powder, shot, cutlasses, and boarding appliances, she might well be said to be equipped for warlike purposes, though not armed. 2 Hurl. & C. 537; 2 Cranch, 121.

**ARMIGER.** An armor-bearer; an esquire. A title of dignity belonging to gentlemen authorized to bear arms. Cowell.

In its earlier meaning, a servant who carried the arms of a knight. Spelman.

A tenant by scutage; a servant or valet; applied, also, to the higher servants in convents. Spelman.

**ARMISCARA.** An ancient mode of punishment, which was to carry a saddle at the back as a token of subjection. Spelman.

**ARMISTICE.** A suspending or cessation of hostilities between belligerent nations or forces for a considerable time.

**ARMORIAL BEARINGS.** In English law. A device depicted on the (now imaginary) shield of one of the nobility, of which gentry is the lowest degree. The criterion of nobility is the bearing of arms, or armorial bearings, received from ancestry.

**Armorum appellatione, non solum scuta et gladii et galeæ, sed et fustes et lapides continentur.** Under the name of arms are included, not only shields and swords and helmets, but also clubs and stones. Co. Litt. 162.

**ARMS.** Anything that a man wears for his defense, or takes in his hands, or uses in his anger, to cast at or strike at another. Co. Litt. 161*b*, 162*a*; Cromp. Just. Peace, 65.

This term, as it is used in the constitution, relative to the right of citizens to bear arms, refers to the arms of a militiaman or soldier, and the word is used in its military sense. The arms of the infantry soldier are the musket and bayonet; of cavalry and dragoons, the sabre, holster pistols, and carbine; of the artillery, the field-piece, siege-gun, and mortar, with side arms. The term, in this connection, cannot be made to cover such weapons as dirks, daggers, slung-shots, sword-canes, brass knuckles, and bowie-knives. These are not military arms. 37 Tex. 476; 3 Heisk. 179.

Arms, or coat of arms, signifies *insignia*, *i. e.*, ensigns of honor, such as were formerly assumed by soldiers of fortune, and painted on their shields to distinguish them; or nearly the same as armorial bearings, (*q. v.*)

**ARMY.** The armed forces of a nation intended for military service on land.

"The term 'army' or 'armies' has never been used by congress, so far as I am advised, so as to include the navy or marines, and there is nothing in the act of 1862, or the circumstances which led to its passage, to warrant the conclusion that it was used therein in any other than its long established and ordinary sense,—the land force, as distinguished from the navy and marines." 2 Sawy. 205.

**AROMATARIUS.** A word formerly used for a grocer. 1 Vent. 142.

**AROMATIC.** This word, when employed to express one of the qualities of a liquor, cannot be protected as a trade-mark. 45 Cal. 467.

Digitized by Google

# Exhibit 22

# THE CENTURY DICTIONARY AND CYCLOPEDIA

A WORK OF UNIVERSAL REFERENCE
IN ALL DEPARTMENTS OF KNOWLEDGE
WITH A NEW ATLAS OF THE WORLD

IN TEN VOLUMES

VOLUME I

127135
11/4/13

PUBLISHED BY
The Century Co.
NEW YORK

PE
1625
C4
1901
v. 1

Copyright, 1889, 1890, 1891, 1894, 1895, 1896, 18[illegible], 1898, 1899, 1900, 1901,
By The Century Co.

*All Rights Reserved.*

## PUBLISHERS' NOTE ON THE COMPLETED WORK

With the publication of the Atlas which is incorporated in the present edition The Century Dictionary and Cyclopedia has been brought to completion. As the Cyclopedia of Names grew out of the Dictionary and supplemented it on its encyclopedic side, so the Atlas has grown out of the Cyclopedia, and serves as an extension of its geographical material. Each of these works deals with a different part of the great field of words,—common words and names,—while the three, in their unity, constitute a work of reference which practically covers the whole of that field. The total number of words and names defined or otherwise described in the completed work is about 450,000.

The special features of each of these several parts of the book are described in the Prefaces which will be found in the first, ninth, and tenth volumes. It need only be said that the definitions of the common words of the language are for the most part stated encyclopedically, with a vast amount of technical, historical, and practical information in addition to an unrivaled wealth of purely philological material; that the same encyclopedic method is applied to proper names—names of persons, places, characters in fiction, books—in short, of everything to which a name is given; and that in the Atlas geographical names, and much besides, are exhibited with a completeness and serviceableness seldom equaled. Of The Century Dictionary and Cyclopedia as a whole, therefore, it may be said that it is in its own field the most complete presentation of human knowledge—scientific, historical, and practical—that exists.

Moreover, the method of distributing this encyclopedic material under a large number of headings, which has been followed throughout, makes each item of this great store of information far more accessible than in works in which a different system is adopted.

The whole represents fifteen years of labor. The first edition of The Century Dictionary was completed in 1891, and that of The Century Cyclopedia of Names in 1894. During the years that have elapsed since those dates each of these works has been subjected to repeated careful revisions, in order to include the latest information, and the results of this scrutiny are comprised in this edition.

January, 1899.

# THE CENTURY DICTIONARY

## AN ENCYCLOPEDIC LEXICON OF THE ENGLISH LANGUAGE

PREPARED UNDER THE SUPERINTENDENCE OF
WILLIAM DWIGHT WHITNEY, Ph. D., LL.D.
PROFESSOR OF COMPARATIVE PHILOLOGY AND SANSKRIT
IN YALE UNIVERSITY

PUBLISHED BY
The Century Co.
NEW YORK

Copyright, 1889, 1890, 1891, 1895, 1896, 1897, 1899, 1900, 1901, by THE CENTURY CO.
*All Rights Reserved.*

---

By permission of Messrs. Blackie & Son, publishers of The Imperial Dictionary by Dr. Ogilvie and Dr. Annandale, material from that English copyright work has been freely used in the preparation of THE CENTURY DICTIONARY, and certain owners of American copyrights having claimed that undue use of matter so protected has been made in the compilation of The Imperial Dictionary, notice is hereby given that arrangement has also been made with the proprietors of such copyright matter for its use in the preparation of THE CENTURY DICTIONARY.

THE DEVINNE PRESS.

# LIST OF COLLABORATORS:

## EDITOR-IN-CHIEF,

WILLIAM D. WHITNEY, PH. D., LL. D.*

## MANAGING EDITOR,

BENJAMIN E. SMITH, A. M.

## EDITORIAL ASSISTANTS,

FRANKLIN H. HOOPER, A. B.
ROBERT LILLEY, M. R. A. S.
THOMAS W. LUDLOW, A. M.*
JOHN W. PALMER, M. D.
CHARLES P. G. SCOTT, PH. D.
FRANCIS A. TEALL, A. M.*
KATHARINE B. WOOD.

## EDITORIAL CONTRIBUTORS,

AUSTIN ABBOTT, LL. D.*
*Law; Legal and Political Institutions.*

LYMAN ABBOTT, D. D.
*Theology; Liturgics; Ecclesiastical History.*

CHARLES BARNARD,
*Tools and Machines.*

ALBERT S. BOLLES, PH. D.
Professor of Mercantile Law and Practice in the Wharton School of Finance and Economy, University of Pennsylvania.
*Commerce; Finance.*

ELLIOTT COUES, M. D., PH. D.
Late Professor of Anatomy in the National Medical College.
*General Zoölogy; Biology; Comparative Anatomy.*

EDWARD S. DANA, PH. D.
Professor of Physics in Yale University.
*Physics; Mineralogy.*

ISAAC W. DRUMMOND, E. M., PH. D.
*Pigments; Dyes; Dyeing, etc.*

THEODORE N. GILL, M. D., PH. D.
Professor of Zoölogy in the Columbian University.
*Ichthyology; Conchology.*

FRANCIS M. GREEN, COM'R U. S. N.
*Naval and Nautical Terms.*

JAMES A. HARRISON, LITT. D., LL. D.
Professor of English and Modern Languages in Washington and Lee University.
*Contributions to the Etymologies (in the last Quarter of the Alphabet).*

J. FRANKLIN JAMESON, PH. D.
Professor of History in Brown University.
*History of the United States.*

EDWARD H. JENKINS, PH. D.
Vice-Director of the Connecticut Agricultural Experiment Station.
*Chemistry.*

FRANK H. KNOWLTON, S. M.
Associate Curator of Botany, U. S. National Museum.
*Cryptogamic Botany, H–Z.*

GEORGE F. KUNZ, A. M.
*Gems; Lapidary Work.*

THOMAS R. LOUNSBURY, A. M.
Professor of English in the Sheffield Scientific School, Yale University.
*Middle English (Chaucer).*

THOMAS W. LUDLOW, A. M.*
*Architecture; Sculpture; Greek and Roman Archæology.*

DAVID A. LYLE, CAPT. U. S. A.
*Military Terms.*

THOMAS C. MENDENHALL, PH. D., LL. D.
President of Worcester Polytechnic Institute.
*Electricity.*

CHARLES S. PEIRCE, S. B., A. M.
Late Lecturer on Logic at the Johns Hopkins University, and of the U. S. Coast and Geodetic Survey.
*Logic; Metaphysics; Mathematics; Mechanics; Astronomy; Weights and Measures.*

CHARLES C. PERKINS, A. B.*
*Painting; Engraving; Etching.*

WALDO S. PRATT, A. M.
Professor of Worship, Hymnology, and Sacred Music in the Hartford Theological Seminary.
*Music.*

CHARLES P. G. SCOTT, PH. D.
*Etymologies.*

ARTHUR B. SEYMOUR, S. M.
Assistant in the Cryptogamic Herbarium, Harvard University.
*Cryptogamic Botany, A–G.*

RUSSELL STURGIS, A. M.
Late Professor of Architecture and the Arts of Design in the College of the City of New York.
*Decorative Art; Ceramics; Medieval Archæology; Heraldry; Costumes.*

JAMES K. THACHER, M. D.*
Professor of Physiology and Clinical Medicine in Yale University.
*Physiology; Medicine; Surgery; Human Anatomy; Histology.*

ROBERT H. THURSTON, A. M., DOC. ENG.
Director of Sibley College, Cornell University.
*General Technology.*

LESTER F. WARD, A. M., LL. B.
Geologist, U. S. Geological Survey; Honorary Curator of Botany and Fossil Plants, U. S. National Museum.
*Botany, H–Z.*

SERENO WATSON, PH. D.*
Curator of the Herbarium, Harvard University.
*Botany, A–G.*

HENRY M. WHITNEY, A. M.
Professor of English Literature in Beloit College.
*Synonyms.*

JOSIAH D. WHITNEY, LL. D.*
Professor of Geology, Harvard University.
*Geology; Lithology; Mining; Metals and Metallurgy; Physical Geography; Fossil Botany.*

WILLIAM D. WHITNEY, PH. D., LL. D.*
Professor of Comparative Philology and Sanskrit in Yale University.
*Spelling; Pronunciation; Grammar; Comparative Philology; Ethnology; Anthropology.*

* Deceased.

## DEPARTMENT OF ILLUSTRATIONS,

WILLIAM LEWIS FRASER.

Case 1:24-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 9 of 102



**2.** In *Scrip.*: (*a*) The repository of the covenant or tables of the law. The ark was made of shittim-wood, overlaid within and without with gold. It was about 3½ feet long by 2¼ feet high and broad, and over it were placed the golden covering or mercy-seat and the two cherubim. The same name is given in modern Jewish synagogues to a repository for the rolls or books used in divine service. (*b*) The large floating vessel in which, according to the account in the Old Testament, Noah and his family were preserved during the deluge. (*c*) The vessel of bulrushes in which the infant Moses was laid.—**3.** In the *Ethiopic Ch.*, a sacred chest, called the *tabout*, serving as an altar.

I must here speak of that extraordinary appurtenance of the Ethiopic Church, the tabout, or *ark*. It is the belief of that Church that the original ark is preserved in the cathedral of Axum, and, in imitation of that, every parish church is also furnished with an *ark*, which is preserved in the sanctuary, and forms the principal object in ecclesiastical processions.
*J. M. Neale*, Eastern Church, i. 185.

**4.** A large boat used on western American rivers to transport produce to market.—**5.** In *zoöl.*, a name common to the bivalve mollusks of the family *Arcidæ*; an ark-shell.—**6.** An Arabian measure of capacity, equal to the Spanish *fanega*, or 58 quarts; also, a measure of three fourths of this capacity, or 43 quarts.

**ark**²† (ärk), *v. t.* [< *ark*², *n.*] To inclose in an ark.

**Arkansas stone.** See *stone*.

**arkansite** (är'kan-sit or är-kan'sit), *n.* [< *Arkansas* (one of the United States) + *-ite*².] A variety of brookite from Magnet Cove, Arkansas.

**arki** (är'ki), *n.* [Ar. *'argiy*: see *arrack*.] Same as *arrack*.

**arkite** (är'kit), *n.* and *a.* [< *ark*² + *-ite*².] **I.** *n.* One of the persons who were preserved in Noah's ark. *J. Bryant.* [Rare.]

**II.** *a.* Belonging to Noah's ark. *J. Bryant.* [Rare.]

**arkose** (är-kōs'), *n.* [F.] Feldspathic sandstone; a rock consisting essentially of more or less consolidated quartzose sand with grains or particles of orthoclase disseminated through it, and frequently containing also some mica and kaolin. The feldspar seems, in some cases, to have been derived from the disintegration of rock containing that mineral; in others, to have resulted from the metamorphism of sandstone containing argillaceous material. The rock to which the name arkose has been given occurs chiefly in the Lower Silurian, Carboniferous, and Triassic formations.

**ark-shell** (ärk'shel), *n.* [< *ark*² + *shell*.] The shell of a mollusk belonging to the family *Arcidæ* (which see).

**arksutite** (ärk'sū-tit), *n.* [< *Arksut* (see def.) + *-ite*².] A fluorid of aluminium, calcium, and sodium, occurring with cryolite in the Arksut fiord, Greenland.

**Arkys** (är'kis), *n.* Same as *Arcys*.

**arle-penny, arles-penny** (ärl'-, ärlz'pen"i), *n.* [< *arle*, *arles* + *penny*.] Same as *arles*.

Here tak' this gowd and never want
Enough to gar you drink and rant,
And this is but an *arle penny*
To what I afterwards design ye. *Allan Ramsay.*

**arles** (ärlz), *n.* [North. and Sc., Sc. also *arlis*, *erlis*, < ME. *erles*, appar. < OF. **erle*, **arle*, < L. as if **arrhula*, dim. (cf. OF. *erre*, *arre*, pl. *erres*, *arres*, mod. F. *arrhes*), < L. *arrha*, *arra*, earnest: see *arrha*.] **1.** Earnest-money given in confirmation of a bargain, contract, or agreement: a practice chiefly connected with the hiring of servants and with sales of goods where there is no writing and delivery is postponed. [Scotch and north of England.]—**2.** An earnest or foretaste.

This ure lauerd [Lord] giueth ham [them] as on *erles* of the eche mede [eternal reward] that schal cume thrafter.
*Hali Meidenhad* (ed. Cockayne), p. 7.

**arlienanse** (är"li-ā-nän'sā), *n.* [Sp.] A kind of Spanish linen. *E. H. Knight.*

**arling**† (är'ling), *n.* [E. dial. (ME. not found), < AS. *eorthling*, *irthling*, *eorthling*, a name for this bird, lit. a "'fieldling,' 'earthling' (cf. *clodbird*, *fallow-smiter*); the name also means a 'farmer': see *earthling*.] A species of bird; the wheatear.

*Arling*, a bird that appeareth not in winter; a clotbyrde; a smatch. *Baret*, Alvearie. (*N. E. D.*)

**arm**¹ (ärm), *n.* [< ME. *arm*, < AS. *earm* = ONorth. *arm* = OS. *arm* = OFries. *erm*, *arm*, Fries. *arm* = OD. *aerm*, D. *arm* = OHG. *aram*, MHG. G. *arm*, arm, = Icel. *armr* = Sw. Dan. *arm* = Goth. *arms*, arm, = L. *armus*, shoulder (usually of a brute), = Gr. ἁρμός, joint, shoulder, allied to ἄρθρον, joint, L. *artus*, limb, joint: all < √ **ar*, fit, join. See *arm*², and cf. *art*², *art*³, *article*, etc.] **1.** In ordinary language: (*a*) The upper limb of the human body, extending from the shoulder to the hand, and including the latter. (*b*) The same, exclusive of the hand; the upper limb from the shoulder to the wrist. It is divided into upper arm, or arm proper, from the shoulder to the elbow, and lower arm, or forearm, from the elbow to the wrist.—**2.** In *human anat.*, the anterior extremity from the shoulder-joint to the elbow-joint, represented by the extent of the humerus; the brachium, as distinguished from the forearm or antebrachium.—**3.** In *comp. anat.* and *zoöl.*: (*a*) The fore limb of any vertebrate, especially when terminating in a prehensile extremity like a hand, more or less removed from the office of locomotion; the pectoral or thoracic limb; the diverging appendage of the scapular arch or shoulder-girdle; a fore leg, wing, pectoral fin, etc. (*b*) Some diverging or radiating part or organ like or likened to an arm, as the *arm* of a cephalopod, the wing of a pteropod, the brachium of a brachiopod, and the ray of a starfish, sand-star, or crinoid.—**4.** Anything formed on the type of the arm, or resembling an arm in shape, position, or function. (*a*) Any projecting part from a main body, trunk, axis, etc.: as, the *arm* of a lever or of the yard of a ship; an *arm* of the sea; the *arm* of an anchor. (*b*) A rail or projecting support at the sides of a chair, sofa, etc.

**5.** Figuratively, power; might; strength; authority: as, the secular *arm*. [In this sense the word is often used in the Scriptures.]

To whom is the *arm* of the Lord revealed? Is. liii. 1.

Hence—**6.** That on which one relies for support or assistance; a prop; a stay.—**Arm in arm**, properly *arm-and-arm*, with arms interlinked.

I saw my companions passing *arm-in-arm* across the end of one of the long-drawn vistas.
*H. James, Jr.*, Pass. Pilgrim, p. 140.

**Arm of a force, arm of a couple**, in *mech.* See *moment of a force*, under *moment*.—**Babe in arms**, a child so young that it has to be carried in the arms.—**Better arm**†, the right arm. *Chaucer*, Troilus, ii. 1030.—**Oral arms**, in acalephs. See *oral*.—**To dagger** or **stab arms**†, a practice once observed among gallants of piercing their arms with daggers so as to draw blood, which they mixed with wine and drank to the health of their mistresses. *Nares.*

Have I not . . . *stabb'd arms*, and done all the offices of protested gallantry for your sake? *Marston.*

**Trailing arm**, in *mech.*, an arm which follows the piece to which it is attached.

In adapting this wheel to multiplex telegraphy, a *trailing arm* is attached to the revolving wheel.
*Jour. Franklin Inst.*, CXXI. 312.

**With open arms**, cordially; with eager welcome.

Even mitred Rochester would nod the head,
And St. John's self (great Dryden's friends before)
*With open arms* received one poet more.
*Pope*, Prol. to Satires, l. 142.

**arm**¹† (ärm), *v. t.* [< *arm*¹, *n.*] To take by the arm; also, to seize or hold in the arms.

*Arm* your prize;
I know you will not lose her.
*Fletcher* (*and another*), Two Noble Kinsmen, v. 3.

And make him with our pikes and partisans
A grave. Come, *arm* him. *Shak.*, Cymbeline, iv. 2.

**arm**² (ärm), *n.* [< pl. *arms*, < ME. *armes*, < OF. *armes*, pl. (sing. *arme*), = Pr. *armas* = Sp. Pg. *armas* (sing. *arma*) = It. *armi* (sing. *arme*, sometimes *arma*), < L. *arma* (neut. pl., in ML. sometimes used as fem. sing.), arms, weapons, prop. fittings, equipments; from same source as *armus*, shoulder, etc.: see *arm*¹. Hence *alarm*, q. v.] **1.** *Milit.*: (*a*) A weapon. In this sense most commonly used in the plural, and when used in the singular for the most part referring rather to a particular kind of weapon than to an individual piece.

If the citadel of poverty and ignorance and vice is to be taken at all, it must be besieged from every point of the compass, . . . and no kind of *arm* must be neglected which will tend to secure the ultimate victory of morality and culture. *Jevons*, Social Reform, p. 7.

(*b*) *pl.* Armor; coverings for the body intended as defenses against weapons of war.

Look, a prize!
Three horses and three goodly suits of *arms*,
And all in charge of whom? a girl: set on.
*Tennyson*, Geraint.

(*c*) A branch of the military service, as cavalry or artillery: as, the enemy was strong in artillery, but we were weak in that *arm*.

The inland Britons being accustomed to rely upon their infantry, and the Continental Gauls being fonder of the cavalry arm. *C. Elton*, Orig. of Eng. Hist., p. 118.

Hence—**2.** *pl.* The use of weapons; military occupations; war.

By sea, by land, thy matchless worth was known,
*Arms* thy delight, and war was all thy own.
*Dryden*, Abs. and Achit., l. 841.

**3.** *pl.* Deeds or exploits of war.

*Arms* and the man I sing. *Dryden*, Æneid, i. 1.

The women crowded to the doors to gaze upon him as he passed, so much does prowess in *arms* delight the gentle sex. *Irving*, Knickerbocker, p. 418.

**4.** In *law*, anything which a man takes in his hand in anger to strike or assault another.—**5.** *pl.* In *bot.*, anything that serves as a defense to a plant, as prickles, thorns, or spines.—**6.** *pl.* In *falconry*, the legs of a hawk from the thigh to the foot.—**7.** *pl.* The heraldic bearings of an individual or a community, consisting of some device in heraldic tinctures (see *tincture*) borne on a shield, generally with the addition of a crest and sometimes with supporters. A description in heraldic terms of shield, crest, etc., is called *blazoning* (which see). The right to bear the arms of the father is inherited by the sons, but in strictness each of the younger sons should add to the paternal shield a label as a mark of cadency; the same right descends to a daughter only if she is her father's heiress. A person inheriting an estate other than the paternal one often assumes the arms of the former possessor, but should in strictness apply to the proper authorities. See *king-at-arms*, *herald*, and *heralds' college*. Arms not paternal may be classed as follows: (*a*) *Arms of dominion*, or the national arms borne by the sovereign, in which generally the bearings inherited by the prince as an individual have come to have a certain national character. (*b*) *Arms of community*, as of a corporation, an episcopal see, or the like. Arms assumed by a republic, as by the United States or by one of the States, partake of the nature of both the preceding. (*c*) *Arms of pretension*, as, specifically, those assumed by a sovereign in assertion of his claim to a realm not actually under his authority, like the fleurs-de-lys of France, which were borne by English sovereigns until 1801. (*d*) *Arms of succession*, denoting inheritance of an estate, as mentioned above. (*e*) *Arms of assumption*, or *assumptive arms*, bearings assumed or granted in consequence of an exploit, as the three feathers with the motto *Ich dien* taken from the slain King John of Bohemia by Edward the Black Prince at the battle of Crécy (1346), and now borne by the Prince of Wales. (*f*) *Arms of alliance*, as where one spouse impales the arms of the other on his or her shield. (*g*) *Arms of office*, arms which are the perquisite or appendage of some public position. In all the above cases except (*a*) and (*b*), a private individual having a right to such arms charges them with the paternal arms, whether by quartering or otherwise. For the origin and history of arms, see *heraldry*.—**Abated arms.** See *abate*.—**Adoptive arms.** See *adoptive*.—**Allusive arms**, in *her.*, a bearing or bearings having immediate reference to the wearer's name: thus, the arms of a person named Lamb or Herring would be termed *allusive*, if they included as a bearing a figure of the animal so named. In this way the name De Loupe may have been given to the first earls of Chester because of their bearing a wolf's head, or the name Arundel may be derived from swallows (French *hirondelles*) borne on the shield. The arms of Bolton are a crossbow-bolt driven through a tun. Castile and Leon had for their chief bearings a castle and a lion respectively. There are many such cases. Also called *allusive heraldry*, *canting heraldry*, *rebus*, and *armes parlantes*.—**Arms-carrying Act.** See *Bill of Rights*, under *bill*.—**Arms of precision**, firearms rifled, furnished with graded sights, accurately prepared bullets, and appliances calculated to enable them to act with precision and rapidity, and at much greater distances than ordinary weapons. The Armstrong gun and the Springfield and Martini-Henry rifles are examples.—**Assize of arms.** See *assize*.—**Assumptive arms.** See above, 7 (*e*), and *assumptive*.—**Coat of arms.** See *coat*.—**Places of arms**, in *fort.*, parts of the covered way opposite the salient and reëntering angles of the counterscarp.—**Repeating arms**, arms that can be discharged a number of times without being reloaded.—**Rifled small arms**, rifles, muskets, carbines, pistols, or revolvers, the bores of which are cut with spiral grooves or "rifles."—**Small arms**, all weapons not requiring carriages, as opposed to *artillery*, and including rifles, muskets, bayonets, pistols, revolvers, sabers, and swords; also, sporting weapons.—**Stand of arms**, a complete set of arms for one soldier, consisting of a musket, bayonet, cartridge-box, and belt, with or without a sword.—**To arms!** a warning equivalent to "arm! take to your arms; make ready for battle." (Compare *alarm*.)—**To bear arms**, to do military service; serve as a soldier.

You have been a soldier, De Vitry, and *borne arms*.
*Beau. and Fl.*, Thierry and Theodoret, iii. 2.

**To be in arms**, to be in a state of hostility, or of readiness for war.

Sir Edward Courtenay and the haughty prelate, . . .
With many more confederates, are in *arms*.
*Shak.*, Rich. III., iv. 4.

**To be under arms**, to be armed and in a state of readiness for fighting.—**To carry, order, present**, etc., **arms**. See the verbs.—**To take** (or **take up**) **arms**, to arm for attack or defense, literally or figuratively.

Ye will find it a far easier field to wage war against all the armies that ever were or will be on earth, and all the angels of heaven, than to *take up arms* against any truth of God. *Nathaniel Ward*, Simple Cobler.

=**Syn.** 1. (*a*) *Arm*, *Weapon*. *Arm* is especially applied to those things which are designed for fighting and recognized as such; it includes means of defense as well as of offense. *Weapon* applies to any means of offense made for the purpose or (as a scythe, chisel, or hammer) used for the nonce.

**arm**² (ärm), *v.* [< ME. *armen*, < OF. *armer* (F. *armer*) = Pr. Sp. Pg. *armar* = It. *armare*, < L. *armare*, arm, furnish with weapons, < *arma*, arms: see *arm*², *n.*] **I.** *trans.* **1.** To furnish or equip with weapons for offense or defense: as, to *arm* the militia.

On our return to Souhag we met a party of men on foot, who were *armed* with spears, shields, and daggers, and one or two with guns.
*R. Curzon*, Monast. in the Levant, p. 159.

**2.** To cover or provide with whatever will add strength, force, or security: as, to *arm* the hilt of a sword; to *arm* a man-of-war with armor-plates.—**3.** To furnish with means of defense; prepare for resistance; fortify.

*Arm* yourselves likewise with the same mind.
1 Pet. iv. 1.

Case 1:24-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 10 of 102



There is no terror, Cassius, in your threats;
For I am arm'd so strong in honesty,
That they pass by me as the idle wind.
*Shak.*, J. C., iv. 3.

I am arming myself against her favours with all my philosophy. *Steele*, Tatler, No. 124.

4. To provide with the requisite appliances or authority for any work or undertaking: as, *armed* with axes and alpenstocks, we started out; *armed* with a warrant.—5. To fit or prepare (a thing) for any specific purpose or effective use: as, to *arm* a hook in angling; to *arm* a dressing in surgery.—**To arm a lead**, to apply soap or grease to the socket in the lower end of a sounding-lead, so that a specimen of the bottom may be brought up.—**To arm a magnet**, to fit it with an armature. See *armature*, 6.—**To arm a shot**, to roll rope-yarns about a cross-bar shot in order to facilitate ramming it home, and also to prevent the ends from catching any accidental inequalities in the bore. *Wilhelm*, Mil. Dict. [For other phrases, see *armed*.]

II. *intrans.* To provide one's self with arms, weapons, or means of attack or resistance; take arms: as, the nations *arm* for war.

Now is it time to *arm*. *Shak.*, Hen. V., iii. 7.

The Belgic tribes, alarmed at the approaching danger, *arm* against the universal tyrant.
*Motley*, Dutch Republic, I. 11.

**armada** (är-mä'dä), *n.* [Early mod. E. also erroneously *armado* (also sometimes as It., *armata*); < Sp. *armada* = Pr. Pg. *armada* = It. *armata* = F. *armée* (> E. *army*², q. v.), lit. an armed force, army, navy, < ML. *armata*, an armed force, an army, prop. fem. of L. *armatus*, pp. of *armare*, arm: see *arm*², *v.*, and also *army*, which is a doublet.] 1. A fleet of war-ships; a squadron. The *Spanish* or *Invincible Armada*, which consisted of 130 large ships, was sent by Philip II. against England in 1588, during the reign of Elizabeth, but was repulsed, and afterward almost entirely destroyed by storms off the Orkney Islands and on the western coast of Ireland.

A whole *armado* of convicted sail. *Shak.*, K. John, iii. 4.

2†. A single war-ship.—3. Any armed force; an army.

Nor was the naval unworthy of the land *armada*.
*Bulwer*, Athens, II. 121. (*N. E. D.*)

**armadillo** (är-ma-dil'ō), *n.* [Formerly also *armadillio*, *armadillo*, *armadile*; < Sp. *armadillo* (= Pg. *armadilho*), dim. of *armado*, armed, with reference to its bony shell. Cf. ML. *armadillus*, a kind of sea-fish.] 1. An American edentate quadruped, of the order *Bruta* (or *Edentata*) and suborder *Loricata*, and of the extant families *Tatusiidæ*, *Dasypodidæ*, and *Chlamydophoridæ*, or of the extinct family *Glyptodontidæ*, having a hard shell or carapace like a coat of mail, resulting from a peculiar ossification of the integument and the confluence of numerous small scutes.



Armadillo, or Peludo (*Dasypus villosus*).

In the glyptodons the carapace was entire and fixed, and even in some cases covered the belly as well as the back; but in all the living armadillos the shell is divided into an anterior, a posterior, and an entire or variously divided middle part. When the division of the middle part is complete, the animal can roll itself into a ball. The teeth are numerous, but vary in number and other characteristics with the several genera; in the genus *Priodontes* they are a hundred in number. The peba is an armadillo of the family *Tatusiidæ*, the *Tatusia novemcincta*, the only one of the group found as far north as the United States. There are other species. The encoberts are the typical armadillos of the family *Dasypodidæ*. The peludo is *Dasypus villosus*. The kabassous constitute the genus *Xenurus*. The kabalassou is *Priodontes gigas*. The apars are the three-banded armadillos, of the genus *Tolypeutes*. The pichiciagos constitute the family *Chlamydophoridæ*; they are the smallest and most peculiar forms, being less than a foot long, while the kabalassou is three feet long without the tail. All these animals are mild, timid, and inoffensive, subsisting on roots, leaves, and fruits, sometimes on insects or flesh. They are able to dig into the ground with great rapidity, and escape from their enemies in this way as well as by rolling up in a ball. The flesh is considered good for food.

2. In *Crustacea*: (*a*) [*cap.*] A genus of isopods, of the family *Oniscidæ*, including the pill-bugs, which can roll themselves into a ball like the mammals called armadillos. (*b*) A species of this genus; a pill-bug or sow-bug; a kind of wood-louse.—3. A name given to an electric battery composed of copper and zinc elements riveted together, and designed to be worn as a remedy in certain diseases.

**armado**†, *n.* An erroneous form of *armada*.

**armament** (är'ma-ment), *n.* [< L. *armamentum*, usually in pl. *armamenta*, implements, esp. tackle of a ship, < *armare*, arm, equip: see *arm*², *v.*] 1. A body of forces equipped for war: used of a land or naval force.

The whole united *armament* of Greece. *Glover.*

It was necessary for him . . . to proceed with his twenty men-of-war to the Mediterranean, while his superiors, with the rest of the *armament*, returned to the Channel.
*Macaulay*, Hist. Eng., xx.

2. Munitions of war; especially, the number and weight of all the guns which a ship of war carries. Within a comparatively short period remarkable changes have occurred in the size and weight of the armament of war-vessels. In the United States, before the civil war, the usual armament for both forts and vessels consisted of 32-pounders. The war led to the construction and use of 15-inch smooth-bore guns, weighing 50,000 pounds, and afterward of 20-inch guns, weighing 100,000 pounds. Rifling was introduced in 1858, and is now universally employed, reliance being placed upon the piercing power of elongated projectiles moving at a great velocity and fired from rifled guns. The United States battle-ship "Kearsarge" (1898) carries four 13-inch, four 8-inch, fourteen 5-inch, and twenty-six quick-fire guns. In the British navy, the "Warrior," in 1861, was provided with 4½-ton guns; but the weight of metal was successively increased up to the 80-ton guns of the "Inflexible" (1876) and the 111-ton guns of the "Sans Pareil" (1887). The "Magnificent" (1894), the latest type, is armed with four 12-inch guns, twelve 6-inch guns, and twenty-eight smaller quick-fire guns. The more recent ships of other nations have similar armaments.

**armamentarium** (är"ma-men-tā'ri-um), *n.*; pl. *armamentaria* (-ä). [L.] An armamentary.

The physiological investigation of new remedies for the purpose of enriching the *armamentarium* of the physician.
*Therapeutic Gazette*, IX. 24.

**armamentary** (är-ma-men'ta-ri), *n.*; pl. *armamentaries* (-riz). [< L. *armamentarium*, an arsenal, armory, < *armamenta*, equipments: see *armament*.] An armory; a magazine or an arsenal. *Bailey.*

**armarian** (är-mä'ri-an), *n.* [< ML. *armarius*, < *armarium*, a bookcase, library: see *armary*.] A librarian. See extract. [Rare.]

*Armarian*, an officer in the monastic libraries who had charge of the books to prevent them from being injured by insects, and especially to look after bindings. He had also to keep a correct catalogue.
*Chambers's Journal*, No. 276, p. 239. (*N. E. D.*)

**armary**†, *n.* [< ME. *armarie* (Wyclif), < L. *armarium*, a chest, safe, or closet, a repository, in ML. esp. a bookcase, library, lit. a place for arms or tools. Cf. *armory*³, and *armory*¹, a different word, of the same ult. origin, with which *armary* was confused.] 1. A library: used by Wyclif in the plural for books, writings.

Thou shalt find write in *armaries* [Vulgate, *in commentariis*]. *Wyclif*, Ezra iv. 15.

2. An armory. *Leland*, Itin., IV. 54. (*N. E. D.*)

**armata**¹† (är-mä'tä), *n.* Obsolete form of *armada*.

**Armata**² (är-mä'tä), *n. pl.* [NL., neut. pl. of L. *armatus*, armed: see *armada*.] A group of gephyreans having setæ and a double blood-vascular system: synonymous with *Chætifera*. It consists of the families *Echiuridæ* and *Sternaspidæ*.

**armature** (är'ma-tūr), *n.* [= F. *armature* = Pr. Sp. Pg. *armadura* = It. *armadura*, *armatura*, < L. *armatura*, armor, equipment, armed troops, < *armatus*, pp. of *armare*, arm: see *arm*², *v.* Doublet, *armor*, q. v.] 1†. Military equipment; especially, defensive armor.—2. In *zoöl.* and *anat.*: (*a*) Any part or organ of an animal serving as a means of defense or offense.

Others armed with hard shells; others with prickles; others having no such *armature*. *Ray*, On Creation.

It is remarkable that man, who is endowed with reason, is born without *armature*.
*Derham*, Physico-Theology, iv. 14.

(*b*) Any apparatus or set of organs without reference to defense; an equipment; an appanage: as, the genital or the anal *armature*.

All the crayfishes have a complete gastric *armature*.
*Huxley*, Crayfish, p. 255.

3. In *bot.*, the hairs, prickles, etc., covering an organ.—4†. A body of armed troops.

Ground fit for the archers and light *armature*.
*Raleigh*, Hist. of World, v. 4.

5. In *arch.*, any system of bracing in timber or metal, as the iron rods used to sustain slender columns, to hold up canopies, etc. The term is applied especially to the iron framework by which lead-lights are secured in mediæval windows.

6. A piece of soft iron applied simply by contact to the two poles of a magnet or electromagnet as a means of maintaining the magnetic power undiminished. In dynamo-electric machines (which see, under *electric*) the armature is a cylinder or ring of laminated soft iron wound with coils of insulated copper wire. This armature is rotated rapidly in the field of the adjacent electromagnets. In the Holtz electric machine the armature is a strip of varnished paper attached to the edge of the openings or windows of the fixed plate. Also called *armor*.

**armazine**, *n.* See *armozeen*.

**arm-band** (ärm'band), *n.* A piece of crooked iron attached to a rail or to a stone block fixed against the walls in barrack-rooms, to retain the soldiers' muskets when not in use.

**arm-board** (ärm'bōrd), *n.* A graining-board used in leather-working, made of the outer bark of the cork-oak, without grooves.

**arm-bone** (ärm'bōn), *n.* A bone of the arm or fore limb; especially, the bone of the upper arm; the humerus.

**arm-chair** (ärm'chãr), *n.* A chair with arms to support the elbows.

**arm-chest** (ärm'chest), *n.* 1. *Naval*, a box placed on the upper deck, or in the tops, to contain a ready supply of rifles, pistols, or cutlasses.—2. A similar box or chest used in the military service for the transportation of small arms.

**armed** (ärmd), *p. a.* [< *arm*² + *-ed*².] 1. Bearing arms; furnished with means of offense and defense: as, an *armed* force or ship; "the *armed* rhinoceros," *Shak.*, Macbeth, iii. 4.—2. Supported by arms; carried on or maintained by force or readiness for military action: as, an *armed* inroad; *armed* peace or neutrality.

I shall not attempt to collect the duties and imposts by any *armed* invasion of any part of the country.
*Lincoln*, in Raymond, p. 132.

3. In *her.*, having the beaks, talons, horns, or teeth, or, of an arrow or lance, having the head, of the color specified: as, a lion gules *armed* or. The word is not used for the horns of a hart or buck. See *attired*.—4. In *phys.*, furnished with an armature or a piece of iron so as to connect the poles, as a horseshoe magnet.—5. In *bot.*, having prickles or thorns.—**Armed at all points**, (*a*) Completely equipped with offensive and defensive arms, according to the fashion of the time: equivalent to the French *armé de pied en cap*. See cuts under *armor*. (*b*) In *her.*, dressed in complete plate-armor, but having the visor open: said of a warrior used as a bearing or supporter.—**Armed in flute**. See *flute*².—**Armed neutrality**, the maintenance by a nation of an armed force held ready to repel any aggression on the part of belligerent nations between which it is neutral.—**Armed peace**, the condition of a country which in time of peace maintains its military establishments on a war footing, so as to be ready for war at any moment.—**Armed ship**, a merchant ship taken into the service of a government for a particular occasion, and armed like a ship of war.—**Armed to the teeth**, very fully or completely armed.

On the ramparts of the fort stood Nicholas Koorn, *armed to the teeth*, flourishing a brass-hilted sword.
*Irving*, Knickerbocker, p. 231.

**Armenian** (är-mē'ni-an), *a.* and *n.* [< L. *Armenius*, < Gr. Ἀρμένιος, < Ἀρμενία, Armenia.] I. *a.* Pertaining to Armenia, a former kingdom of Asia lying between the Black and Caspian seas, northeast of Asia Minor, now included in Turkey, Persia, and Asiatic Russia, or to its inhabitants.—**Armenian architecture**, a term sometimes applied to the form of Byzantine church architecture usual in Armenia.




Armenian Architecture.
Typical Church Plan, St. R'ripsimeh, near Etchmiadzin.
*AB*, bema, or sanctuary; *B*, *B'*, parabemata; *E*, prothesis; *F*, diakonikon; *C*, altar; *D*, apse; *FF*, wall occupying the place of the iconostasis; *G*, dome and choir; *H*, nave; *I*, *I'*, antiparabemata; *K*, chief entrance; *L*, north door; *L'*, south door.

ture usual in Armenia. The typical plan of such churches maintains a strict symmetry between the apsidal and western ends, having antiparabemata to correspond with the parabemata, and omitting the narthex. The central dome is often represented by a lofty tower.—**Armenian blue**. See *blue*.—**Armenian bole**. See *bole*³.—**Armenian cement**, a cement made by soaking isinglass in water until it becomes soft, and then mixing it with spirit in which a little gum mastic and ammoniacum have been dissolved. It is used to unite pieces of broken glass, to repair precious stones, and to cement them to watch-cases and other ornaments.—**Armenian Church**, the ancient national church of Armenia. It maintains that it was founded as early as A. D. 34; but while traces of Christianity are found previously to the fourth century, the conversion of the country as a whole was the work of St. Gregory the Illuminator, who began his evangelistic labors about the year 302; and from his name it is sometimes known also as the Gregorian Church. The Armenian Church has for the most part remained estranged from the orthodox Greek Church since the latter part of the fifth century, when it rejected the decrees of the Council of Chalcedon (A. D. 451). It has therefore been credited

# Exhibit 23

# THE OXFORD ENGLISH DICTIONARY

BEING A CORRECTED RE-ISSUE

WITH AN

INTRODUCTION, SUPPLEMENT, AND BIBLIOGRAPHY

OF

# A NEW ENGLISH DICTIONARY

## ON HISTORICAL PRINCIPLES

FOUNDED MAINLY ON THE MATERIALS COLLECTED BY

The Philological Society

AND EDITED BY

JAMES A. H. MURRAY, HENRY BRADLEY, W. A. CRAIGIE, C. T. ONIONS

VOLUME I

A–B

OXFORD

AT THE CLARENDON PRESS

armes in Derbie.' 1538 LELAND *Itin.* VII. 122 The Marsch Land .. runnyng uppon Poynt standeth as an Arme, Foreland, or Nesse. 1589 HAKLUYT *Voy.* I. 63 The Great sea, out of which the arme of S. George proceedeth. 1704 DE FOE, etc. *Tour Gt. Brit.* (1769) III. 60 That Arm of the Sea which is now called the Humber. c 1840 STANLEY *Sinai & Pal.* Introd. (1858) 53 The arms of the mountain closing us in.

c. of a machine, or other object.

1833 BREWSTER *Nat. Magic* v. 120 On a projecting arm .. I fixed a broad collar. 1862 GREENER *Gun* 18 The powder-chamber or arm of the bombard is of much smaller diameter.

7. One of the branches into which a main trunk divides. † a. *spec.* of a vine. *Obs.* b. *fig.* A main branch or limb of any tree (usually with something of personification).

1398 TREVISA *Barth. De P. R.* XVII. cxvi, 'Palmes' is propirly a bowe oper a spray of a vine, and .. spryngep oute in newe armes. 1580 LYLY *Euphues* (Arb.) 473 They that feare theyr Vines will make too sharpe wine, must not cutte the armes. 1579 SPENSER *Sheph. Cal.* Feb. 102 A goodly Oake .. With armes full strong. 1601 COTGR., *Avantin*, the arme, or braunch of a vine. 1697 DRYDEN *Virg. Georg.* III. 514 Some ancient Oak, whose Arms extend In ample Breadth. 1863 LONGF. *Falc. Federigo* 5 A huge vine .. with its arms outspread.

c. of a river, a nerve, or the like.

1330 R. BRUNNE *Chron.* 67 His flote alle pleyn In an arme of Ouse vnder Ricalle lay. 1601 HOLLAND *Pliny* I. 118 The great riuer Tanais, which runneth into Maeotis with two armes or branches. 1846 GROTE *Greece* XX. II. 450 The Pelusian arm of the Nile. 1870 ROLLESTON *Anim. Life* 130 An azygos nerve trunk .. which .. has two lateral arms.

8. One of two lateral (and generally horizontal) parts, which answer to each other, like the two arms of the body.

a. *Naut.* (a.) The parts of an anchor, at right angles to its shank, which bear the flukes that grip the bottom. (b) The parts of the yard extending on either side of the mast; see YARD-ARM. (c.) 'The extremity of the bibbs which support the tressel trees' (Smyth *Sailor's Word-bk.* 1867).

1665 PEPYS *Diary* 18 Sept., The yard-arms sticking in the very rocks. 1706 PHILLIPS, *Arm of an Anchor*, that part of it to which the Flook is set.

b. of machines; as of a balance. In a lever: The part or length from the fulcrum to the point of application of the power or weight respectively. (In levers of the *second* and *third* kind, the *power arm* and *weight arm* are both on the same side.)

1652 LEAK *Water-wks.* 17 The said Levers shalbe also fitted to two arms or branches. 1727–51 CHAMBERS *Cycl.* s.v. *Crane*, The middle and extremity of this [beam] are again sustained by arms from the middle of the arbor. 1866 NEWTH *Nat. Phil.* (1873) 34 It is convenient to describe the perpendiculars drawn from the fulcrum to the directions of the power and the weight as the power's arm and the weight's arm respectively.

9. One of the two rails or projecting supports at the sides of a chair, sofa, etc., on which the arms of one who is using it may rest. See ARM-CHAIR.

1633 [See ARM-CHAIR]. 1859 TENNYSON *Elaine* 437 Two dragons gilded, sloping down to make Arms for his chair. 1860 J. HAWTHORNE *Fort. Fool* xiv, The chairs and sofas having curved and arabesqued backs, legs, and arms.

III. *Comb.* and *Attrib.*, as *arm-eddre* (= vein), *-glove, -linked, -sweep, -wrist.* Also arm-bone, the bone of the arm, the *humerus*; † arm-circle, arm-coil, a bracelet, an armlet; † arm-gaunt *a.*, (meaning not certainly known) ? with gaunt limbs; † arm-great *a.*, as large round as an arm; † arm labour, manual labour; arm-piece, armour to protect the arm; † arm-slasher, one who cuts his arm to get blood with which to drink his mistress' health; † arm-strong *a.*, strong of arm. See arm's-end, -length, arm-reach, under 2 b. Also ARM-CHAIR, -HOLE, -PIT, ARMFUL, ARMLESS, q.v.

a 1639 ABP. SPOTSWOOD *Ch. & St. Scotl.* (1677) 5 The *Arm-bone, three Fingers, and as many Toes of St. Andrew. 1831 RICHARDSON *Geol.* viii. 308 In the anterior extremities we find an *arm-bone. 1382 WYCLIF *Ecclus.* xxi. 24 As an *arm-cercle in the rist arm. 1866 LIVINGSTONE *Jrnl.* iii. (1873) 68 *Arm-coils of thick brass wire. c 1230 *Ancr. R.* 258 Hwon heo beoð iletten blod on one *erm eddre. 1606 SHAKS. *Ant. & Cl.* I. v. 48 Did mount an *Arme-gaunt Steede. 1808 SCOTT *Old Mort.* xl, Mounted upon his *arm-gaunt charger. 1540 C'TESS HARTFORD *Corr.* (1806) II. 127 Black velvet *arm-gloves. c 1386 CHAUCER *Knt's. T.* 1287 A wrethe of gold *arm-gret. c 1420 *Pallad. on Husb.* III. 412 An *arme greet withi bough. 1677 YARRANTON *Engl. Improv.* 185 Will draw more Wire in one day, than six men can .. by *arm labour. 1839 BAILEY *Festus* vi. (1848) 53 A shadow not thine own *armlinked with mine. 1864 MARG. FULLER *Wom. in 19th C.* (1862) 86 A golden helmet and *arm-pieces. 1611 COTGR., *Taille-bras*, A hackster, *arme-slasher. c 1000 ÆLFRIC *Gloss.* in Wright 43 *Toreosus*, *earm-strang. 1589 GREENE *Menaphon* (Arb.) 56 Alcides, the *arme-strong darling of the doubled night. 1850 MRS. BROWNING *Poems* II. 276 Like a fly .. By queen Juno brushed aside, a Full white *arm-sweep, from the edge. 1656 HEYLIN *Two Journ.* 42 Hands and arme-wrists free from scabs.

**Arm**, *sb.*² Commonly in *pl.* **Arms** (āɹmz). Forms: 3–7 **armes** (5 -is, -ys), 6– **arms**, 8– **arm.** [a. F. *armes*, Pr. *armas*:—L. *arma* (no sing.) 'arms, fittings, tackle, gear'; from root *ar-* to fit, join. The sing. *arm* is late and rarely used.]

I. *pl.* Defensive and offensive outfit for war, things used in fighting.

1. Defensive covering or appendages for the body; armour, mail. Now only *poet.*

1340 *Ayenb.* 165 Þe clopinges pe makep nyzt pane monek, ne pe armes pane knyzt. 1382 WYCLIF *Eph.* vi. 11 Clothe 3ou with the armer [v.r. armes] of God. c 1450 *Sowdone Bab.* 188 Armed in Stele In armes goode and profitable. 1593 SHAKS. *Rich. II*, III. ii. 114 Clap their female ioints In stiffe vnwieldie Armes. 1718 POPE *Iliad* II. 500 Once more refulgent shine in brazen arms. 1872 TENNYSON *Gareth* 908 Those arm'd him in blue arms.

2. Instruments of offence used in war; weapons. *Fire-arms*: those for which gunpowder is used, such as guns and pistols, as opposed to *swords, spears,* or *bows.* *Small-arms*: those not requiring carriages, as opposed to *artillery.* *Stand of arms*: a complete set for one soldier.

a 1300 *K. Horn* 516 Þin armes he hap and scheld To fizte wip upon pe feld. 1382 WYCLIF *John* xviii. 3 He cam with lanternis, and brondis, and armys. 1484 CAXTON *Ordre Chyu.* viii. 61 b, He ought not to trust in his armes, ne in his strengthe. 1659 T. B. *Worcester's Apophth.* 95 They were come to search his house for Armes. 1712 *Lond. Gaz.* mmmmdccviii/2 The remaining 12,910 Arms not already contracted for. *Ibid.* mmmmdcccl/4 Powder, small Ball, and small Arms. 1777 MARION in *Harper's Mag.* Sept. (1883) 546/1 To parade with their side arms. 1794 TYTLER *Reg. Spean.* I. 37 By *arms*, we understand those instruments of offence generally made use of in war; such as firearms, swords, etc. By *weapons*, we more particularly mean instruments of other kinds (exclusive of fire-arms), made use of as offensive on special occasions. 1870 *Instr. Musketry* 7 Each lesson in cleaning arms .. to occupy half an hour.

b. *sing.* A particular species of weapon; (cf. *a wine, a sugar, an ash*).

1862 SIR W. FAIRBAIRN *Addr. Brit. Assoc.*, A rifled small arm and gun which have never been surpassed. 1877 *World* No. 178. 21 An extraordinarily well-balanced arm, and highly effective.

3. *Man of arms*, later *man-at-arms*: a. one practised in war, a warrior, soldier; b. a fully-armed knight. *Man-in-arms*: an armed man.

1393 GOWER *Conf.* III. 2 He is a noble man of armes. 1489 CAXTON *Faytes of A.* I. xi, The proprietes that man of armes ought to haue. c 1590 MARLOWE *2nd Pt. Tamburl.* III. i, I have a hundred thousand men-in-arms. 1593 SHAKS. 3 *Hen. VI*, V. iv. 42 And make him, naked, foyle a man at Armes. 1598 BARRET *Theor. Warres* v. ii. 141 The Man at Armes is armed complete. *Ibid.*, Men at Armes are commonly men of title and qualitie. 1611 BIBLE *Transl. Pref.* 2 For the loue that he bare unto peace .. iudged to be no man at armes. 1690 COTTON *Espernon* III. XI. 580 Worth the pains, or notice of men of Arms. 1855 KINGSLEY *Heroes* IV. 57 The men-at-arms drew their swords and rushed on him.

4. In many phrases. a. *To arms!* (formerly [OFr.] *as armes! at arms!*): take to your arms, be ready for fight! b. *In arms*: armed, furnished with weapons, sword in hand, prepared to fight; as *to rise in arms* (of a number); *up in arms*, in active readiness to fight, actively engaged in struggle or rebellion; also *fig.* c. *To take up arms*: to arm oneself, rise in hostility defensive or offensive, to draw the sword; also *fig.* *To bear arms*: to serve as a soldier, do military service, fight. *To turn one's arms against*: to make war upon, attack. *To lay down arms*: to surrender, cease hostilities, give up the struggle.

a. 1330 R. BRUNNE *Chron.* 162 Richard, 'hasarmes!' did crie. c 1380 *Sir Ferumb.* 2933 'Asarmes!' panne cride Roland, 'asarmes, euerechon!' c 1450 *Merlin* xxii. 406 And ronne to armes moo than xxvii squyers. c 1450 LONELICH *Grail* xlii. 731 Anon, 'As Armes,' they gonnen to crie. 1470–85 MALORY *Arthur* I. xi. (1634) 20 'Lords, at arms! for here be your enemies at your hand.' 1712 POPE *Rape Lock* v. 37 To arms! to arms! the fierce Virago cries. 1842 MACAULAY *Horatius* xx, To arms! To arms! Sir Consul.

b. 1509 HAWES *Examp. Vertue* vii. 92 When in armes .. He all his ennemyes dyd abiecte. 1588 SHAKS. *L. L. L.* v. ii. 636 Heere comes Hector in Armes. 1593 — 2 *Hen. VI*, IV. i. 93 Hating thee, and rising vp in armes. 1611 BIBLE 1 *Macc.* xii. 27 Ionathan commaunded his men .. to be in armes. 1714 SWIFT *T. Tub* Apol., All the men of wit .. were immediately up in Arms. 1810 SCOTT *Lady of L.* III. xiv, In arms the huts and hamlets rise. 1868 *Digby's Voy. Medit.* Pref. 32 As soon as the facts came to the knowledge of the Admiralty .. Buckingham's Secretary was up in arms.

c. 1297 R. GLOUC. 63 Alle pat armes bere Azen pe king. c 1590 MARLOWE *Massac. Paris* III. i, The Guise hath taken arms against the King. 1602 SHAKS. *Ham.* III. i. 59 To take Armes against a Sea of troubles. 1769 ROBERTSON *Charles V*, V. III. 309 Obliged to take arms in self-defence. *Ibid.* V. IV. 421 He turned his arms against Naples. 1725 SEWELL *Hist. Quakers* I. Pref. 7 For bearing arms and resisting the wicked by fighting. 1831 BREWSTER *Newton* (1855) II. xiv. 2 Newton took up arms in his own cause. 1848 ST. JOHN *Fr. Rev.* 245 Lay down your arms. 1872 YEATS *Growth Comm.* 180 Albuquerque turned his arms towards Ormuz.

5. Also in the mod. phrases: *Under arms* (of troops); bearing arms; standing or marching arms in hand, in battle array; so, *to lie upon their arms. Stand to your arms!* i.e. in order of battle with arms presented. For the various military words of command, *Order arms, Port arms, Present arms, Shoulder arms, Slope arms, Trail arms*, etc., see the respective verbs.

1697 DRYDEN *Virg. Georg.* III. 537 Thus, under heavy Arms, the Youth of Rome Their long laborious Marches overcome. 1702 *Lond. Gaz.* mmmmdcccv/2 Obliged to halt and lye all Night on their Arms. 1777 ROBERTSON *Hist. Amer.* (1783) II. 265 In a moment the troops were under arms. 1817 GLEIG *Waterloo* 272 The Anglo-Belgian army lay on its arms in the field which its valour had won. *Ibid.* 108 No cry of 'Stand to your arms!' or other notices expressive of danger near at hand. a 1882 ROSSETTI *Dante & Circ.* (1874) I. 8 The whole city got under arms.

II. Elliptical senses. (Only *pl.* exc. in 9.)

6. The exercise or employment of arms; fighting, war, active hostilities. † *To bid at arms* (obs.): to offer battle. *To carry arms*: to wage war. *To appeal to arms*: see APPEAL *v.* 6 b.

c 1374 CHAUCER *Anel. & Arc.* 1 Thou ferse god of armes Mars the rede. c 1590 MARLOWE *2nd Pt. Tamburl.* II. ii, An hundred Kings, by scores, will bid him arms. 1660 DRYDEN *Astræa Red.* 4 Worser far Than arms, a sullen interval of war. 1712 STEELE *Spect.* No. 2 ¶ 3 It is a barbarous Way to extend Dominion by Arms. 1750 OZELL *Vertot's Rom. Rep.* I. IV. 236 Her Arms were carried abroad. 1780 HARRIS *Philol. Enq.* (1841) 478 Success in arms. 1790 BEATSON *Nav. & Mil. Mem.* I. 4 A cessation of arms having been agreed on. 1847 GLEIG *Waterloo* 297 There shall be a suspension of Arms.

7. The practice or profession of arms, service as a soldier, the military profession.

c 1450 LONELICH *Grail* lii. 1077 Whanne to harnes that he cam, He was a worthy chevalrows man. 1475 CAXTON *Jason* 78 b, He accorded .. and putte hym anone to armes. 1489 — *Faytes of Armes* I. i, The right honorable offyce of armes & of chyualrye. 1591 SHAKS. 1 *Hen. VI*, II. i. 43 Since first I follow'd Armes. 1596 SPENSER *F. Q.* I. iv. 1 Young knight, what ever that dost armes professe. 1814 SCOTT *Wav.* vi, To take up the profession of arms.

8. Deeds or feats of arms. Now only *poet.*; *deeds, feats*, etc. being expressed in prose.

c 1384 CHAUCER *H. Fame* 143 I wol now synge yif I kan The Armes and also the man That first cam of Troy Contree. 1489 CAXTON *Paris & V.* (1868) 35 [They] made grete chyualryes & dyd grete armes. 1697 DRYDEN *Æneid* I. 1, Arms and the man I sing, who, forced by fate, etc. [1712 ADDISON *Spect.* No. 309 ¶ 13 Contentions at the Race, and in Feats of Arms.]

b. *phr. A passage of* (or *at*) *arms*: an exchange of blows by armed opponents, an encounter; also *fig.* a controversial bout. *An assault of* (or *at*) *arms*: an attack made upon each other by two fencers, etc., as an exercise or trial of skill; and, in a wider sense, a display of hand-to-hand military exercises. See PASSAGE, ASSAULT.

1824 TREVELYAN in *Macaulay's Life* I. iii. 136 His connection with the Review was that passage of arms. 1857 HUGHES *Tom Brown* II. v. (1871) 269 An account of his passage-at-arms with the only one of his school-fellows whom he ever had to encounter in this manner.

9. *sing.* and *pl.* Each kind of troops of which an army is composed: the infantry, cavalry, artillery, and engineers; originally, the two first. *Of all arms*: of every description of troops. (So in Fr.)

1798 CLOSE in *Wellesley, Desp.* (1877) 605 Abounding in cavalry, and acting in a country the most favourable to that arm. 1805 SOUTHEY *Madoc* XXX. Wks. III. 140 Nor force of either arm of war, nor art of skilled artillerist. 1842 ALISON *Hist. Eur.* X. lxvi. § 69. 181 The supposition that the English had no heavy artillery .. The English general had already secured that vital arm. 1847 GLEIG *Waterloo* 201 They numbered about 10,000 of all arms. 1879 in *Cassell's Techn. Educ.* III. 267 The three so-called 'arms' of the service; the infantry, the cavalry, and the artillery.

III. Transf. and fig. senses. (Usually *pl.*)

10. in *Law.* (See quot.)

1641 *Termes de la Ley* 31 Arms, in the understanding of the Law, is extended to any thing that a man, in his anger or fury, takes into his hand to cast at, or strike another. [So in BLOUNT, TOMLINS, etc.]

11. Instruments of defence or offence possessed by animals; the ARMATURE or ARMOUR of plants.

1711 ADDISON *Spect.* No. 121 ¶ 3 That great Variety of Arms with which Nature has differently fortified the Bodies of .. Animals, such as Claws, Hoofs, and Horns.

12. *fig.* (from 2) of things immaterial.

c 1230 *Ancr. R.* 60 Eien beoð .. to create armes of lecherles pricches. 1340 *Ayenb.* 170 Þe armes of penance, huerby he may ouercome his y-uo. 1648 BRENT *Counc. Trent* (1629) 736 Which would bee as much as to put Armes into the hands of the heretikes. 1646 SIR T. BROWNE *Pseud. Ep.* I. iii. (1686) 7 Unable to wield the intellectual arms of reason. 1871 FREEMAN *Norm. Conq.* IV. xvii. 90 And had himself fought, perhaps with temporal, certainly with spiritual arms.

b. *sing.*

1786 GIBBON *Misc. Wks.* (1814) V. 239 He employed every arm both of argument and pleasantry.

† c. (from 1) *collect.* as *sing.* 'Armour.' *Obs.*

1646 H. LAWRENCE *Comm. & Warre w. Angels* 141 An armes fitted on purpose.

13. (*sing.*) Protection, guard. [Perh. from ARM *v.*¹]

c 1374 CHAUCER *Troylus* II. 1601 For I well have no wise To bring in prease, that myht done him harme, Or him disesen, for my better arme.

IV. Heraldic Arms.

14. Heraldic insignia or devices, borne originally on the shields of fully armed knights or barons, to distinguish them in battle (hence properly called ARMORIAL bearings), which subsequently became hereditary, and are the property of their families. Also the similar ensigns of countries, corporations, trading companies, etc.

1330 R. BRUNNE *Chron.* 8 Þe lond lost þe armes, changed is þe scheld. c 1384 CHAUCER *H. Fame* 1331 Al these armes that ther weren That they thus on her cote beren. 1489 CAXTON *Faytes of Armes* IV. xv. 274 The bodies in a bataylle myght be knowen by his armes. a 1553 UDALL *Royster D.* III. iv, By the armes of Caleys, it is none of myne. 1587 FLEMING *Contn. Holinshed* III. 763/2 The heralds of armes dooing him such honour. 1589 *Pappe w. Hatchet* B iij, His

# Exhibit 24

# THE OXFORD ENGLISH DICTIONARY

Second Edition, Volume 1

## A - BAZ

1989

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

THE OXFORD ENGLISH DICTIONARY

*First Edited by*

JAMES A. H. MURRAY, HENRY BRADLEY, W. A. CRAIGIE *and* C. T. ONIONS

COMBINED WITH

A SUPPLEMENT TO THE OXFORD ENGLISH DICTIONARY

*Edited by*

R. W. BURCHFIELD

AND RESET WITH CORRECTIONS, REVISIONS AND ADDITIONAL VOCABULARY

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME I

A–Bazouki

CLARENDON PRESS · OXFORD

1989

R-E
423
O96
1989
v.1

*Oxford University Press, Walton Street, Oxford OX2 6DP*
*Oxford New York Toronto*
*Delhi Bombay Calcutta Madras Karachi*
*Petaling Jaya Singapore Hong Kong Tokyo*
*Nairobi Dar es Salaam Cape Town*
*Melbourne Auckland*
*and associated companies in*
*Berlin Ibadan*

*Oxford is a trade mark of Oxford University Press*

© *Oxford University Press 1989*

*All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of Oxford University Press*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language–Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953–*
*II. Weiner, Edmund S. C., 1950–*
*423*
*ISBN 0–19–861213–3 (vol. I)*
*ISBN 0–19–861186–2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0–19–861213–3 (vol. I)*
*ISBN 0–19–861186–2 (set)*
*1. English language—Dictionaries. I. Simpson, J. A.*
*II. Weiner, E. S. C. III. Oxford University Press.*
*PE1625.O87 1989*
*423—dc19 88–5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*Rand McNally & Company, Taunton, Mass.*

# CONTENTS

Preface vii

The New Oxford English Dictionary Project ix

Introduction xi
- *Special features of the second edition* xii
- *Principles of integration* xvi
- *The translation of the phonetic system* xviii
- *New vocabulary* xxi
- *Statistics* xxiii

General Explanations xxiv
- *The vocabulary* xxiv
- *Classification of the vocabulary* xxv
- *Main words* xxvi
- *Subordinate words* xxxi
- *Combinations* xxxi
- *Derivatives* xxxii
- *Ordering of entries* xxxii
- *Ordering of senses* xxxiii
- *Pronunciation* xxxiii

The History of the Oxford English Dictionary xxxv

Key to the Conventions of the Dictionary lxii

Key to the Pronunciation lxv

List of Abbreviations, Signs, etc. lxvi

Note on Proprietary Names lxviii

THE DICTIONARY 1

891879

(like a gold one from Troy II) found in a grave on Lesbos. c **1230** *Ancr. R.* 258 Hwon heo beoð ileten blod on one *erm eddre. **1606** SHAKS. *Ant. & Cl.* I. v. 48 Did mount an *Arme-gaunt Steede. **1826** SCOTT *Old Mort.* xi, Mounted upon his arm-gaunt charger. **1740** C'TESS HARTFORD *Corr.* (1806) II. 127 Black velvet *arm-gloves. c **1386** CHAUCER *Knt. T.* 1290 A wreth of gold *arm-greet. c **1420** *Pallad.* on *Husb.* III. 412 An *arme gret withi bough. **1889** MITCHELL *Boxing* 148–9 Figure ix. Left *arm guard. *Ibid.* 156 Right arm guard. **1899** *Daily News* 20 June 3/3 Two massive gold arm-guards, set with...diamonds. **1677** YARRANTON *Engl. Improv.* 185 Will draw more Wire in one day, than six men can...by *arm labour. **1859** BAILEY *Festus* vi. (1848) 53 A shadow not thine own *armlinked with mine. **1905** A. M. BINSTEAD *Mop Fair* vi. 102 Whose simple faith in all mankind has been mercilessly *arm-locked and thrown clear off the mat. **1905** F. R. TOOMBS *How to Wrestle* (1906) 61 (*caption*), The Near Leg Hold and Arm Lock. **1956** K. TOMIKI *Judo* 127 Katsetsu-waza...ude-hishigi (armlock) and ude-garami (entangled armlock). **1844** MARG. FULLER *Wom.* in 19th C. (1862) 86 A golden helmet and *arm-pieces. **1889** *Cent. Dict.*, *Arm-rest. **1898** SLOANE *Stand. Elect. Dict. App.*, *Arm rest*, a device for lessening the fatigue of holding a telephone receiver to the ear. **1908** *Daily Chron.* 14 Mar. 5/6 The deceased's head was...over the mouth of the barrel, which was leaning against the arm-rest. **1962** *Which?* (Suppl.) July 91/2 This measurement excludes the permanent centre armrest in the two sports cars. **1903** W. B. YEATS *In Seven Woods* 49 I'll give you gifts, but I'll have something too An *arm-ring or the like. **1933** E. E. EVANS-PRITCHARD *Ess. Social Anthrop.* (1962) vii. 143 Azande...made a pact by drinking water from a gourd which contained an iron arm-ring. **1611** COTGR., *Taille-bras*, A backster, *arme-slasher. c **1000** ÆLFRIC *Gloss.* in Wright 43 *Toronus*, *earm-strang. **1589** GREENE *Menaphon* (Arb.) 36 Alcides, the arme-strong darling of the doubled night. **1860** MRS. BROWNING *Poems* II. 276 Like a fly...By queen Juno brushed aside, a Full white *arm-sweep, from the edge. **1938** *New Statesman* 8 Jan. 58/2 A great *arm-twister, and the sort of man who ought never to have been born. **1967** K. GILES *Death in Diamonds* ix. 164 A brute and a bully, an arm-twister and a threatener. **1957** *Newsweek* 30 Dec. 31/3 *Arm twisting is used to induce 'wavering elements, petty bourgeois, and the non-productive' to sign 'voluntary petitions' for rural service. **1963** W. H. MESSELDINE *Your Inner Child of Past* xi. 126 We are so accustomed to overly coercive attitudes that arm-twisting, demanding commercials on television and anxiety-arousing articles in the press seem right to us. **1984** *Listener* 23 Aug. 9/1 Diplomatic pressure...would be accompanied by the selective use of South African economic and military arm-twisting. **1971** J. WAMBAUGH *New Centurions* xii. 200 When he got to the latticework he peered through and saw two young men, long sideburned twins with chain belts, *arm wrestling on a swaying table with a burning candle at each side of the table to scorch the back of the loser's hand. **1973** [see *wrist-wrestling* s.v. WRIST 5 d]. **1978** *Globe & Mail* (Toronto) 14 Aug. 5/1 The muscled gladiators who prevailed...will represent Canada on Sept. 16 at Worlds of Fun Amusement Park in Kansas City, at the World Professional Armwrestling Association championships. **1986** P. BOOTH *Palm Beach* ii. 39, I remember the time when your ol' man and your granpappy set to arm wrestling on the bar. **1656** HEYLIN *Two Journ.* 41 Hands and *arme-wrests free from scabs.

**arm**, *sb.*[2] Commonly in *pl.* arms (ɑːmz). Forms: 3–7 armes (5 -is, -ys), 6– arms. 8– arm. [a. F. *armes*, Pr. *armas*:—L. *arma* (no sing.) 'arms, fittings, tackle, gear'; from root *ar-* to fit, join. The sing. *arm* is late and rarely used.]

I. *pl.* Defensive and offensive outfit for war, things used in fighting.

1. Defensive covering or appendages for the body; armour, mail. Now only *poet.*

**1340** *Ayenb.* 165 Þe clopinge ne maker nagt þane monek, ne þe armes þane knyзt. **1382** WYCLIF *Eph.* vi. 11 Clothe зou with the armer [v.r. armes] of God. c **1400** *Sowdone Bab.* 188 Armed in Stele In armes goode and profitable. **1593** SHAKS. *Rich. II*, III. ii. 114 Clap their female ioints In stiffe vnwieldie Armes. **1718** POPE *Iliad* II. 200 Once more refulgent shine in brazen arms. **1872** TENNYSON *Gareth* 908 Those arm'd him in blue arms.

2. a. Instruments of offence used in war; weapons. *fire-arms*: those for which gunpowder is used, such as guns and pistols, as opposed to *swords*, *spears*, or *bows*. *small-arms*: those not requiring carriages, as opposed to *artillery*. *stand of arms*: a complete set for one soldier.

a **1300** *K. Horn* 516 Þin armes he haþ and scheld To fiзte wiþ upon þe feld. **1382** WYCLIF *John* xviii. 3 He cam with lanternis, and brondis, and armys. **1484** CAXTON *Ordre Chyv.* viii. 81 b, He ought not to trust in his armes, ne in his strengthe. **1650** T. B. *Worcester's Apophth.* 97 They were come to search his house for Armes. **1710** *Lond. Gaz.* mmmmdcccviii/1 The remaining 12,000 Arms not already contracted for. *Ibid.* mmmmdccc/2 Powder, small Ball, and small Arms. **1777** MARION in *Harper's Mag.* Sept. (1883) 546/1 To parade with their side arms. **1794** TRUSLER *Eng. Synon.* I. 37 By *arms*, we understand those instruments of offence generally made use of in war; such as firearms, swords, etc. By *weapons*, we more particularly mean instruments of other kinds (exclusive of fire-arms), made use of as offensive on special occasions. **1850** *Instr. Musketry* 7 Each lesson in cleaning arms...to occupy half an hour.

b. *sing.* A particular species of weapon; (cf. *a wine*, *a sugar*, *an oak*).

**1862** SIR W. FAIRBAIRN *Addr. Brit. Assoc.*, A rifled small arm and gun which have never been surpassed. **1877** *World* No. 178. 11 An extraordinarily well-balanced arm, and highly effective.

3. *man of arms*, later *man-at-arms*: a. one practised in war, a warrior, soldier; b. a fully-armed knight. *man-in-arms*: an armed man.

**1393** GOWER *Conf.* III. 2 He is a noble man of armes. **1489** CAXTON *Faytes of A.* I. xi, The proprieties that men of armes ought to haue. c **1590** MARLOWE *2nd Pt. Tamburl.* III. i, I have a hundred thousand men-in-arms. **1593** SHAKS. *3 Hen. VI*, V. iv. 42 And make him, naked, foyle a man at Armes. **1598** BARRET *Theor. Warres* V. ii. 141 The Man at Armes is armed complete. *Ibid.*, Men at Armes are commonly men of title and qualitie. **1611** BIBLE *Transl. Pref.* 2 For the loue that he bare unto peace...iudged to be no man at armes. **1679** COTTON *Espernon* III. xi. 580 Worth the paper, or notice of men of Arms. **1855** KINGSLEY *Heroes* iv. 37 The men-at-arms drew their swords and rushed on him.

4. In many phrases. a. *to arms!* (formerly [OFr.] *as armes! at arms!*): take to your arms, be ready for fight! b. *in arms*: armed, furnished with weapons, sword in hand, prepared to fight; as *to rise in arms* (of a number); *up in arms*, in active readiness to fight, actively engaged in struggle or rebellion; also *fig.* c. *to take up arms*: to arm oneself, rise in hostility defensive or offensive, to draw the sword; also *fig.* *to bear arms*: to serve as a soldier, do military service, fight. *to turn one's arms against*: to make war upon, attack. *to lay down arms*: to surrender, cease hostilities, give up the struggle.

a. **1330** R. BRUNNE *Chron.* 162 Richard, 'has armes!' did crie. c **1380** *Sir Ferumb.* 2933 'Asarmes!' panne cride Rolond, 'asarmes, euerechon!' c **1450** *Merlin* xiii. 406 And rosse to armes moo than xxvii squyers. c **1440** LONELICH *Grail* xiii. 131 Anon, 'As Armes,' they gonnen to crie. **1470–85** MALORY *Arthur* I. xi. (1634) 22 'Lords, at arms! for here be your enemies at your hand.' **1712** POPE *Rape Lock* v. 37 'To arms! to arms!' the fierce Virago cries. **1842** MACAULAY *Horatius* xx, To arms! To arms! Sir Consul.

b. **1503** HAWES *Examp. Virtue* vii. 97 Whan in armes...He all his enemyes dyd abiecte. **1588** SHAKS. *L.L.L.* V. ii. 636 Heere comes Hector in Armes. **1593** —— *2 Hen. VI*, IV. i. 93 Hating thee, and rising vp in armes. **1611** BIBLE *1 Macc.* xii. 27 Ionathan commaunded his men...to be in armes. **1704** SWIFT *T. Tub* Apol., All the men of wit...were immediately up in Arms. **1810** SCOTT *Lady of L.* III. xiv, In arms the huts and hamlets rise. **1868** *Digby's Voy. Medit.* Pref. 32 As soon as the facts came to the knowledge of the Admiralty...Buckingham's Secretary was up in arms.

c. **1297** R. GLOUC. 65 Alle þat armes bere Azen þe king. c **1590** MARLOWE *Massac. Paris* III. i, The Guise hath taken arms against the King. **1602** SHAKS. *Ham.* III. i. 59 To take Armes against a Sea of troubles. **1769** ROBERTSON *Charles V*, V. III. 329 Obliged to take arms in self-defence. *Ibid.* V. IV. 410 He turned his arms against Naples. **1725** SEWELL *Hist. Quakers* I. Pref. 7 For bearing arms and resisting the wicked by fighting. **1831** BREWSTER *Newton* (1855) II. xiv. 2 Newton took up arms in his own cause. **1848** ST. JOHN *Fr. Rev.* 245 Lay down your arms. **1872** YEATS *Growth Comm.* 180 Albuquerque turned his arms towards Ormus.

5. Also in the mod. phrases: *under arms* (of troops), bearing arms, standing or marching arms in hand, in battle array; so, *to lie upon their arms*, *stand to your arms!* i.e. in order of battle with arms presented. For the various military words of command, *Order arms*, *Port arms*, *Present arms*, *Shoulder arms*, *Slope arms*, *Trail arms*, etc., see the respective verbs.

**1697** DRYDEN *Virg. Georg.* III. 537 Thus, under heavy Arms, the Youth of Rome Their long laborious Marches overcome. **1710** *Lond. Gaz.* mmmmdcccxv/2 Obliged to halt and lye all Night on their Arms. **1777** ROBERTSON *Hist. Amer.* (1783) II. 263 In a moment the troops were under arms. **1847** GLEIG *Waterloo* 273 The Anglo-Belgian army lay on its arms in the field which its valour had won. *Ibid.* 108 No cry of 'Stand to your arms!' or other notices expressive of danger near at hand. a **1850** ROSSETTI *Dante & Circ.* (1874) I. 8 The whole city got under arms.

II. Elliptical senses. (Only *pl.* exc. in 9.)

6. The exercise or employment of arms; fighting, war, active hostilities. †*to bid arms* (obs.): to offer battle. *to carry arms*: to wage war. *to appeal to arms*: see APPEAL *v.* 6 b.

c **1374** CHAUCER *Anel. & Arc.* 1 Thou fers god of armes Mars the rede. c **1590** MARLOWE *2nd Pt. Tamburl.* IV. ii, An hundred Kings, by scores, will bid him arms. **1664** DRYDEN *Arrival Bed.* 4 Worser far Than arms, a sullen interval of war. **1711** STEELE *Spect.* No. 2 ¶3 It is a barbarous Way to extend Dominion by Arms. **1720** OZELL *Vertot's Rom. Rep.* I. IV. 236 Her Arms were carried abroad. **1780** HARRIS *Philol. Enq.* (1841) 478 Success in arms. **1790** BEATSON *Nav. & Mil. Mem.* I. 4 A cessation of arms having been agreed on. **1847** GLEIG *Waterloo* 297 There shall be a suspension of Arms.

7. The practice or profession of arms, service as a soldier, the military profession.

c **1450** LONELICH *Grail* lii. 1077 Whanne to harmes that he cam, He was a worthy chevalrows man. **1475** CAXTON *Jason* 78 b, He accorded...and putte hym anone to armes. **1489** —— *Faytes of Armes* I. i, The right honourable offyce of armes & of chyualrye. **1591** SHAKS. *1 Hen. VI*, II. i. 43 Since first I follow'd Armes. **1596** SPENSER *F.Q.* I. iv. 1 Young knight, what euer that dost armes professe. **1814** SCOTT *Wav.* vi, To take up the profession of arms.

8. a. Deeds or feats of arms. Now only *poet.*; *deeds*, *feats*, etc. being expressed in prose.

c **1384** CHAUCER *H. Fame* 144, I wol now synge yif I kan The Armes and also the man That first cam of Troy Contree. **1485** CAXTON *Paris & V.* (1868) 35 [They] made grete chyualryes & dyd grete armes. **1697** DRYDEN *Æneid* I. 1, Arms and the man I sing, who, forced by fate, etc. [**1711** ADDISON *Spect.* No. 309 ¶13 Contentions at the Race, and in Feats of Arms.]

b. *phr.* *a passage of* (or *at*) *arms*: an exchange of blows by armed opponents, an encounter; also *fig.* a controversial bout. *an assault of* (or *at*) *arms*: an attack made upon each other by two fencers, etc., as an exercise or trial of skill, and, in a wider sense, a display of hand-to-hand military exercises. See PASSAGE, ASSAULT.

**1824** TREVELYAN in *Macaulay's Life* I. iii. 136 His connection with the *Review* was that passage of arms. **1857** HUGHES *Tom Brown* II. v. (1876) 289 An account of his passage-at-arms with the only one of his school-fellows whom he ever had to encounter in this manner.

9. *sing.* and *pl.* a. Each kind of troops of which an army is composed: the infantry, cavalry, artillery, and engineers; originally, the two first. *of all arms*: of every description of troops. (So in Fr.) Also used of other branches of the armed forces, esp. the air force (often called *the fourth arm*). See FLEET *sb.*[1] 1 d.

**1798** CRAIG in *Wellesley, Desp.* (1877) 605 Abounding in cavalry, and acting in a country the most favourable to that arm. **1829** SOUTHEY *Inscr.* xxx. Wks. III. 142 Nor force of either arm of war, nor art of skilled artillerist. **1842** ALISON *Hist. Eur.* X. lxvi. §69. 182 The supposition that the English had no heavy artillery...The English general had already secured that vital arm. **1847** GLEIG *Waterloo* 101 They numbered about 12,000 of all arms. **1879** in *Cassell's Techn. Educ.* III. 267 The three so-called 'arms' of the service, the infantry, the cavalry, and the artillery. **1908** H. G. WELLS *War in Air* iv. 106 The Emperor...placed him in control of the new aeronautic arm of the German forces. **1914** *Engineering* 4 Sept. 312/2 Aircraft in Warfare: the Dawn of the Fourth Arm. By F. W. Lanchester. **1926** [see AERONAUTICAL *a.*]. **1927** [see AIR *sb.*[1] B. III. 3]. **1929** [see *aerial arm*]. **1940** *Ann. Reg.* 1939 62 This was the first occasion on which the Civil Defence Forces had been recognized as a Fourth Arm.

b. *transf.* and *fig.* A branch of an organization, movement, company, etc., not necessarily or usually military. (Freq. with defining word.)

**1952** C. I. GLICKSBERG in *Amer. Lit. Crit.* 50 The failure of the so-called Marxist critics to take the aesthetic properties of literature into account, thus making literature serve utilitarian and ulterior ends as an arm of propaganda. **1968** *Time* 17 May 66 The Institute for Defense Analyses, a civilian research arm of the Government. **1976** *Survey* Summer–Autumn 103 The Mau Mau movement had hardly any external diplomatic arm. **1985** *Oxford Times* 20 Dec. 9/3 It is primarily a training unit, not a fund-raising arm of the Spastics Society.

III. Transf. and fig. senses. (Usually *pl.*)

10. in *Law*. (See quot.)

**1641** *Termes de la Ley* 31 Arms, in the understanding of the Law, is extended to any thing that a man, in his anger or fury, takes into his hand to cast at, or strike another. [So in BLOUNT, TOMLINS, etc.]

11. Instruments of defence or offence possessed by animals; the ARMATURE or ARMOUR of plants.

**1712** ADDISON *Spect.* No. 121 ¶3 That great Variety of Arms with which Nature has differently fortified the Bodies of...Animals, such as Claws, Hoofs, and Horns.

12. a. *fig.* (from 2) of things immaterial.

c **1230** *Ancr. R.* 60 Bien beoð...te cresste armes of lecheries prüches. **1340** *Ayenb.* 170 Þe armes of penonce, huerby he may ouercome his y-uo. **1626** BRENT *Counc. Trent* (1629) 756 Which would bee as much as to put Armes into the hands of the heretikes. **1646** SIR T. BROWNE *Pseud. Ep.* I. xi. (1686) 7 Unable to wield the intellectual arms of reason. **1872** FREEMAN *Norm. Conq.* IV. xvii. 90 And had himself fought, perhaps with temporal, certainly with spiritual arms.

b. *sing.*

**1762** GIBBON *Misc. Wks.* (1814) V. 256 He employed every arm both of argument and pleasantry.

†c. (from 1) *collect.* as *sing.* 'Armour.' *Obs.*

**1646** H. LAWRENCE *Comm. & Warre w. Angels* 141 An armes fitted on purpose.

13. (*sing.*) Protection, guard. [Perh. from ARM *v.*[1]]

c **1374** CHAUCER *Troylus* II. 1601 For I woll have no wise To bring in prease, that myht done him harme, Or him disesen, for my better arme.

IV. Heraldic Arms.

14. a. Heraldic insignia or devices, borne originally on the shields of fully armed knights or barons, to distinguish them in battle (hence properly called ARMORIAL bearings), which subsequently became hereditary, and are the property of their families. Also the similar ensigns of countries, corporations, trading companies, etc.

**1330** R. BRUNNE *Chron.* 8 Þe lond lese þe armes, changed is þe scheld. c **1384** CHAUCER *H. Fame* 1331 Al these armes that ther weren That they thus on her cote beren. **1489** CAXTON *Faytes of Armes* IV. xv. 274 The lordes in a bataylle myght be knowen by his armes. a **1553** UDALL *Royster D.* III. iv, By the armes of Caleys, it is none of myne. **1587** FLEMING *Contn. Holinshed* III. 1603/1 The heralds of armes doong him such honour. **1589** *Pappe w. Hatchet* B iij, His armes shalbe set on his hearse. **1601** CORNWALLYES *Ess.* xxv, They can find Titles as fast as Heralds devise Armes. **1611** GUILLIM *Heraldry* I. iii. 2 Armes are tokens or resemblances signifying some act or quality of the bearer. **1655** FULLER *Ch. Hist.* II. iv. §40 I. 313 The ancient Armes were assigned to Oxford about this time. **1787** PORNY *Heraldry* 223 Three lions passant gardant...the Royal Arms of England. **1794** TRUSLER *Eng. Synon.* II. 31 Heraldry is the science of arms. **1864** BOUTELL *Hist. Heraldry* xiv. 136 The lawful holder of Arms has in them a true estate in fee.

b. *collective* as *sing.*

c **1590** MARLOWE *Edw. II*, II. ii. 1055 What is thine arms? **1607** TOPSELL *Four-f. Beasts* 68 This the reason why the Romans gave such an arms.

15. Hence the phrases, *in arms with*: quartered with. †*to give arms* (obs.): to show or

# Exhibit 25

Black's Law Dictionary (6th ed. 1990), Arms

*ARMS*

***Arms*** Anything that a man wears for his defense, or takes in his hands as a weapon. *See also* Bear arms.

Westlaw. © 1990 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

**End of Document** © 2025 Thomson Reuters. No claim to original U.S. Government Works.

# Exhibit 26

# Sources of English Constitutional History

*A SELECTION OF DOCUMENTS*

*FROM A.D. 600 TO THE PRESENT*

EDITED AND TRANSLATED

BY

CARL STEPHENSON

AND

FREDERICK GEORGE MARCHAM

*Cornell University*

HARPER & ROW, PUBLISHERS

*New York and Evanston*

fand, to be there with his suit. And you are to have there the summoners and this writ.

(Latin) *Ibid.*, vi, 7.

(I) PROHIBE

The king to the sheriff, greeting. Prohibit R. from proceeding in the court Christian with the plea begun between him and N. concerning the lay fee of the aforesaid R. in———, in which connection he complains that the aforesaid N. is impleading him in the court Christian before———. And if the aforesaid R. will give you security for prosecuting his claim, then place the aforesaid N. under gage and good pledges to be before me or my justices on———, to show cause for impleading him in the court Christian concerning his lay fee in———, although that plea pertains to my crown and dignity.[8]

(Latin) *Ibid.*, xii, 22.

[8] See no. 30, art. 9.

## 34. THE ASSIZE OF ARMS (1181)

1. Whoever possesses one knight's fee shall have a shirt of mail, a helmet, a shield, and a lance; and every knight shall have as many shirts of mail, helmets, shields, and lances as he possesses knight's fees in demesne.[1]

2. Moreover, every free layman who possesses chattels or rents to the value of 16*m*. shall have a shirt of mail, a helmet, a shield, and a lance; and every free layman possessing chattels or rents to the value of 10*m*. shall have a hauberk, an iron cap, and a lance.[2]

3. Item, all burgesses and the whole community of freemen shall have [each] a gambeson,[3] an iron cap, and a lance.

4. Besides, each of them shall swear to have these arms before the feast of St. Hilary, to be faithful to the lord king Henry—namely, the son of the Empress Matilda—and to bear these arms in his service according to his command and in fealty to the lord king and his kingdom. And henceforth no one having these arms shall sell them or pledge them or lend them or alienate them in any other way; nor shall a lord in any way alienate them from his men, either through forfeiture or through gift or through pledge or in any other way.

5. If any one having these arms dies, his arms shall remain to his heir. If, however, the heir is not of age to use arms in time of need, that person who has wardship over him shall also have custody of the arms and shall find a man who can use the arms in the service of the lord king until the heir is of age to bear arms, and then he shall have them.

6. Any burgess who has more arms than he ought to have by this

[1] That is to say, as many knights as remain charged against his demesne; cf. no. 36.

[2] Presumably less elaborate armour than that required of the other group.

[3] A padded surcoat.

1:24-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 25 o



assize shall sell them, or give them away, or in some way alienate them to such a man as will keep them for the service of the lord king of England. And none of them shall keep more arms than he ought to have by this assize.

7. Item, no Jew shall keep in his possession a shirt of mail or a hauberk, but he shall sell it or give it away or alienate it in some other way, so that it shall remain in the king's service.

8. Item, no one shall carry arms out of England except by the command of the lord king: no one is to sell arms to another to carry out of England; nor shall a merchant or any other man carry them out of England.

9. Item, the justices shall have [a report] sworn by lawful knights, or by other free and lawful men of the hundreds and neighbourhoods and boroughs—as many as they see fit to employ—as to what persons possess chattels to the amount that they should have a shirt of mail, a helmet, a lance, and a shield according to what has been provided; so that they shall separately name for those [justices] all men of their hundreds and neighbourhoods and boroughs who are worth 16*m*. in either chattels or rents, and likewise those who are worth 10*m*. And then the justices shall have written down [the names of] all those jurors and other men, [recording] how much in chattels or rents they [each] have and what arms, according to the value of the chattels or rents, they should [each] have. Then, in their presence and in a common assembly of those men, they shall have read this assize regarding the possession of arms, and they shall have those men swear to have arms according to the value of the aforesaid chattels or rents, and to keep them for the service of the lord king according to this aforesaid assize, under the command of and in fealty to the lord king Henry and his kingdom. If, moreover, it should happen that any one of them, who ought to have these arms, is not in the county during the period when the justices are in that county, the justices shall set a time for him [to appear] before them in another county. And if he does not come to them in any county through which they are to go, and is not in that land [at all], they shall set him a time at Westminster toward the octave of St. Michael; so that, as he loves his life and all that he has, he shall be there for swearing his oath. And they shall command him, before the aforesaid feast of St. Hilary, to have arms according to the obligation resting on him.

10. Item, the justices shall have proclamation made in the counties through which they are to go that, with respect to those who do not have such arms as have been specified above, the lord king will take vengeance, not merely on their lands or chattels, but on their limbs.

11. Item, no one who does not possess 16*m*. [as specified above] or 10*m*. in chattels is to swear concerning free and lawful men.

12. Item, the justices shall command through all the counties that no one, as he loves his life and all that he has, shall buy or sell any ship to be taken away from England, and that no one shall carry any timber or cause it to be carried out of England. And the lord king

commands that no one shall be received for the oath concerning arms unless he is a freeman.

(Latin) Stubbs, *Select Charters*, pp. 183 f.

## 35. THE ASSIZE OF THE FOREST (1184)[1]

This is the assize of the lord king Henry, son of Matilda, with regard to his forest and venison[2] in England, [proclaimed] at Woodstock by the counsel and assent of the archbishops, bishops, and barons—earls and nobles—of England.

1. In the first place, he has forbidden that any one shall commit any sort of offence touching his venison and his forests, and he wills that no one shall take confidence from the fact that hitherto those who have committed offences touching his venison and his forests have been declared in mercy [only] as concerned their chattels. For henceforth, if any one commits any [such] offence against him and is convicted of it, he wills that full justice shall be had of that man as was had in the time of King Henry, his grandfather.

2. Item, he has commanded that no one shall have bows, arrows, dogs, or hounds in his forests, unless [such person] has the warrant of the king or of some other man who can [lawfully] be his warrantor.

3. Item, he forbids all persons to give or sell anything to the destruction or waste of their woods, which are within the forest of King Henry;[3] while fully conceding that, without waste, they may take from their woods whatever may be necessary for them, and this by view of the king's forester.

4. Item, he has commanded that all those who have woods within the bounds of the king's forest may put proper foresters in their woods; for which foresters those to whom the woods belong are to be sureties, or they are to provide such proper sureties as can pay compensation, should the foresters commit any offence touching what pertains to the lord king. And those who, outside the bounds of the [forest] visitation, have woods in which the venison enjoys the peace of the lord king are to have no forester unless they will swear [to respect] the king's assize, the peace of his venison, and whatever custodian is put in charge of his woods.[4]

5. Item, the lord king has commanded that his foresters shall exercise care over the forest of knights and others who have woods within the bounds of the king's forest, [to see] that the woods are not destroyed. For if on this account the woods are destroyed, let it be well known to those whose woods are destroyed that compensation

---

[1] On all phases of this assize see the chapters in Petit-Dutaillis and Lefebvre, pp. 149 f., and G. J. Turner's introduction to his *Select Pleas of the Forest* (Selden Society). No really good text of the document has come down to us.

[2] *Venatio,* meaning either game or hunting rights.

[3] The forest was a game preserve which might include all kinds of land, either inhabited or uninhabited. Within it might lie extensive woods that were the property of lay and clerical nobles. Such persons, under royal supervision, were entitled to any reasonable use of their own woods.

[4] Cf. articles 7, 13.

# Exhibit 27

# Sources of English Constitutional History

*A SELECTION OF DOCUMENTS FROM A.D. 600 TO THE PRESENT*

EDITED AND TRANSLATED
BY
CARL STEPHENSON
AND
FREDERICK GEORGE MARCHAM
*Cornell University*

HARPER & ROW, PUBLISHERS
*New York and Evanston*

debtor to come before the mayor of London or York or Bristol—[that is to say,] before the mayor and a clerk whom the king shall depute for that purpose—to acknowledge the debt and the day of payment; and the acknowledgment shall be enrolled by the hand of the aforesaid clerk so that it may be known. Moreover, the aforesaid clerk shall with his own hand write out a record of the obligation, to which shall be attached the seal of the debtor, together with the king's seal provided for that purpose, which seal shall remain in the custody of the mayor and the clerk aforesaid. And if the debtor does not pay on the day set for him, let the creditor come to the mayor and the clerk with the record of the obligation; and if it is found by the roll and the record that the debt was acknowledged and that the set day has passed, the mayor shall at once, by view of worthy men, have movables of the debtor sold to the amount of the debt. . . .[14] And to meet the cost of the aforesaid clerk, the king shall take a penny from every pound [of the debt]. This ordinance and establishment the king wishes henceforth to be observed throughout his entire kingdom of England by all persons who shall freely choose to make such acknowledgments, excepting Jews, to whom this establishment does not apply. . . .

Given at Acton Burnell, October 12, in the eleventh year of our reign.

(French) *Statutes of the Realm*, I, 53 f.

(E) Statute of Winchester (1285)

Whereas every day robbery, homicide, and arson are committed more frequently than used to be the case, and felonies escape presentment by the oaths of jurors who would see the felonies committed on strangers pass unpunished rather than accuse the offenders, many of whom are persons of the same country[15] . . . : [therefore] our lord the king, in order to abate the power of felons, has established a penalty in such cases; so that henceforth, through fear of the penalty rather than of the oath, no one will be spared and no felony will be concealed. . . .

Accordingly, inquests shall be held when necessary in a vill by him who is lord of the vill, and afterwards in hundreds, franchises, and counties—sometimes in two, three, or four counties, in cases where felonies are committed on the borders of counties—so that the offenders may be brought to justice. And if the country will not answer for criminals in this way, the penalty shall be such that each country—that is to say, the people living in the country—shall be responsible for the robberies committed and the damages [thus incurred]. . . .

And for better assuring the peace, the king has commanded that

---

[14] The statute includes detailed provisions for the attachment of property in towns other than those mentioned, for imprisonment of debtors with insufficient chattels, and the like.

[15] *Pays* (Latin, *patria*)—the neighbourhood in which a person had his home.

in great towns which are walled the gates shall be closed from sunset to sunrise; and that no man shall be lodged in the suburbs, or in the outskirts of the town, except in the daytime—nor even in the daytime unless his host will be responsible for him. And the bailiffs of towns each week, or at least every fortnight, shall make investigation concerning men lodged in the suburbs or in the outskirts of the towns; and if they find anybody harbouring or otherwise lodging persons suspected of being in any respect violators of the peace, the bailiffs shall have justice done in the matter. And the king has commanded that henceforth all watches shall be kept according to the ancient custom. . . .[16]

Furthermore, it is commanded that highways from one trading town to another shall be enlarged wherever there are woods, hedges, or ditches; so that there shall be neither ditches, underbrush, nor bushes for two hundred feet on the one side and two hundred feet on the other, where men can hide near the road with evil intent; yet so that this statute shall not apply to oaks or to any great trees, so long as they are cleared underneath. . . .

Moreover, it is commanded that every man shall have in his house arms for keeping the peace according to the ancient assize. . . .

Given at Winchester, October 8, in the thirteenth year of the king's reign.

(French) Stubbs, *Select Charters*, pp. 464 f.

(F) Statute of Quia Emptores (1290)

Whereas the buyers of lands and tenements belonging to the fiefs of magnates and other men have in times past frequently entered upon their fiefs to the prejudice of the same [lords], because the freeholders of the said magnates and other men have sold their lands and tenements to such purchasers to be held in fee by themselves and their heirs of the feoffors and not of the principal lords of the fiefs, whereby those same principal lords have often lost the escheats, marriages, and wardships of lands and tenements belonging to their fiefs; and whereas this has seemed very hard and burdensome to those magnates and other lords, being in such cases manifest disinheritance: [therefore] the lord king in his parliament at Westminister [held] after Easter in the eighteenth year of his reign. . . , at the suggestion of the magnates of his realm,[17] has granted, provided, and established that henceforth every freeman shall be permitted to sell his land or tenement, or a part of it, at pleasure; yet so that the feoffee shall hold that land or tenement of the same principal lord [of whom the feoffor held] and by the same services and customs by which the feoffor earlier held. . . .

(Latin) *Ibid.*, p. 473.

[16] What is omitted here and in the second paragraph below is largely a repetition of Henry III's ordinance (no. 46H).

[17] The parliament was attended only by prelates and lay barons.

# Exhibit 28

# FOR

# The Colony in Virginea

# BRITANNIA.

## Lavves Diuine, Morall and *Martiall, &c.*

*Alget qui non Ardet.*

*Res nostræ subinde non sunt, quales quis optaret, sed quales esse possunt.*

---




---

Printed at London for *Walter Burre.* 1612.

Digitized by Google

**Force's Collection of Historical Tracts.**

**Vol. III.—No. 2.**

[1844]

Digitized by Google

12-3-41 BEH

# *To the Right Honorable, the Lords of the Councell of Virginea.*

NOblest of men, though tis the fashion now
 Noblest to mixe with basest, for their gaine:
Yet doth it fare farre otherwise with you,
 That scorne to turn to Chaos so againe,
And follow your supreme distinction still,
 Till of most noble, you become diuine
And imitate your maker in his will,
 To haue his truth in blackest nations shine.
VVhat had you beene, had not your Ancestors
 Begunne to you, that make their nobles good?
And where white Christians turn in maners Mores
 You wash Mores white with sacred Christā bloud
  This wonder ye, that others nothing make
  Forth thē (great LL.) for your Lords Sauiors sake.

*By him, all whose duty is tributary to your Lordships, and vnto so excellent a cause.*

**William Strachey.**

164157

Digitized by Google

their Armes, & their postures, the captains shall haue order and directions for the same vnder the Marshals hand which they shall put in Execution during the time of their Guard.

41 It is also required that the Gouernor neuer lie out of his Towne or Fort whereby hee may the better keepe good espiall vpon all officers, that they perform their seueral duties each one in his place especially in good obseruatiō of the watch & Guard, for the more confidēt securing the charge cōmitted to him:

Hee shall not suffer in his Garrison any Souldier to enter into Guard, or to bee drawne out into the field without being armed according to the Marshals order, which is, that euery shot shall either be furnished with a quilted coate of Canuas, a headpeece, and a sword, or else with a light Armor, and Bases quilted, with which hee shall be furnished: and euery Targiteer with his Bases to the small of his legge, and his headpeece, sword and pistoll, or Scuppet prouided for that end. And likewisee euery Officer armed as before, with a firelocke, or Snaphaūse, headpeece, and a Target, onely the Serieant in Garrison shall vse his Halbert, and in field his Snaphaunse and Target.

The Gouernour shall haue a Principall care, that he vse his Garrison to the dayly wearing of these Armors, least in the field, the souldier do finde them the more vncouth strange and troublesome.

Lastly the Gouernor shall haue a singular care to put in execution all such Orders and Instructions as shall bee deliuered vnto him from the Generall, or his deputie or deputies, concerning the imployments of his Garrison vpon such manuall works and duties, as shall be thought necessary and conuenient for the better subsisting both of the Laborer, and Garrison committed vnto him: In which is not to bee forgotten the chary conseruation of powder, and munition, which will the better inhable him for the defence of his Charge.

The Gouernor shall be better instructed by taking notice of the Lawes published, that these following abuses are prouided for, impious and malicious speaking against the holy and blessed Trinity, Blasphemy, and taking Gods holy name in vain, traiterous words against his maiesties person, or Royall Authority, vnreuerent Demeanor towards the Ministers and preachers of the same, the detestable crime of Sodomie, incest, theft, murther, false witnessing, treason against the Person of the Generall, and principall Commaunders of this Colony, and their designes, against Detracting, Murmuring or slaundering of the Right Honourable, the Councell resident in England, and the Committies there, the Generall Councel and Subalternate Commanders,

heere,

Digitized by Google

# Exhibit 29

1:24-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 37 o

# FOR

# The Colony in Virginea

# BRITANNIA.

## Lavves Diuine, Morall and *Martiall*, &c.

*Alget qui non Ardet.*

*Res nostræ subinde non sunt, quales quis optaret, sed quales esse possunt.*

---




---

Printed at London for *Walter Burre*. 1612.

Digitized by Google

**Force's Collection of Historical Tracts.**

**Vol. III.—No. 2.**

[1844]

Digitized by Google

12-3-41 BEH

# *To the Right Honorable, the Lords*

## *of the Councell of Virginea.*

NOblest of men, though tis the fashion now
 Noblest to mixe with basest, for their gaine:
Yet doth it fare farre otherwise with you,
 That scorne to turn to Chaos so againe,
And follow your supreme distinction still,
 Till of most noble, you become diuine
And imitate your maker in his will,
 To haue his truth in blackest nations shine.
VVhat had you beene, had not your Ancestors
 Begunne to you, that make their nobles good?
And where white Christians turn in maners Mores
 You wash Mores white with sacred Christā bloud
 This wonder ye, that others nothing make
 Forth thē (great LL.) for your Lords Sauiors sake.

*By him, all whose duty is tributary
to your Lordships, and vnto so
excellent a cause.*

**William Strachey.**

164157

Digitized by Google

quished, rather defending the sillie women and Children then procuring their hurt and damage, for in so doing it will be right acceptable to God and his Commanders.

Such Armes as he is apointed to serue with, whither Musket, Caliuer or Target, let him be very dilligent to vse all his industrie to excell in the vse of them, for therby he may conserue his owne life and his fellows, for the which purpose he shall call vpon his Serjeant and his Corporall to instruct him therein, vntill hee come vnto perfection.

He must learne the seuerall sounds of the Drumme, whereby hee may obey that which he is commanded; for the Drum oftentimes is the voice of the Commander, hee shall carefully note and marke the signes made by the Captaine and officers, without talking or pratling vnto his next companions: for that is vnbefitting a Souldier, and makes him vncapable to heare what is giuen in command.

In skirmishes and incounters he shal be resolute and valiant, for that souldier which is timorous and fearfull can neuer bring his heart to any hearty enterprise, nor dareth to attempt any hotte, bold, or audacious charge or seruice, by reason of his cowardly spirit and feare.

Hee must bee carefull to bee alwayes vigilant and ready, beeing placed for a Centinell, or in the Court of guard, where he shall not put of his armes, vntill hee haue leaue from the Captaine: for therein consisteth the security of the Campe, Towne, or Fort.

Hee shall doe well to keepe his fidelity vnspotted to his Prince and Generall, although his sufferings may bee intolerable and infinite, and shall not flye vnto the enemy: for to bee branded with infamie of a traytor is a fowle and odious offence, and rigorously punished among all nations, and neuer yet traitor came to good end; of which we haue examples infinite.

Hee must not bee shifting from company to company, but serue in the company where hee first began, and if at any time hee shall depart for his preferment, let him demand the good liking of his Captaine, who if hee shall denie it him in such a case, it shall bee imputed no offence in him to appeale vnto the Generall or chiefe officer.

At the sound of the Drumme, for the setting of the watch with his arms being fix and seruiceable he shall repaire to his colours, and it shall be commendable in him by the way to call vpon his Corporall, so that all the Squadron meeting together at the Corporals lodging may attend the Corporall vnto the colours, and if he be vnprouided of munition he shall acquaint his Corporall therewith, who shall see him furnished.

When

Digitized by Google

# Exhibit 30

23-JLS-HKS Document 69-7 Filed 03/27/26

# THE RECORDS OF THE VIRGINIA COMPANY OF LONDON

---

VOLUME III

DOCUMENTS, I

v-00623-JLS-HKS Document 69-7 Filed 03/27/26 Pa

LIBRARY OF CONGRESS

# The Records of The Virginia Company of London

EDITED BY

SUSAN MYRA KINGSBURY, A. M., Ph. D.
CAROLA WOERISHOFFER PROFESSOR OF SOCIAL ECONOMY
BRYN MAWR COLLEGE

VOLUME III

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1933

L. C. card, 6–35006

v-00623-JLS-HKS Document 69-7 Filed 03/27/26 Pa

# Note

In 1906 the Library of Congress published, in two quarto volumes entitled "The Records of the Virginia Company of London," the text, from the manuscript in the Library, of the Court Book containing the minutes of that company's meetings, and of the meetings of its council, from April 28, 1619, to June 7, 1624, together with an elaborate and learned introduction by Miss Susan Myra Kingsbury, now professor of social economy in Bryn Mawr College, and a list prepared by her of additional documents illustrative of the company's history from the date of its chartering until after its dissolution by the Crown and the consequent conclusion of its business. These documents, 764 in number, are listed, with bibliographical references as to their sources, in the section of Miss Kingsbury's first volume (pp. 119–205) entitled "List of Records." The project of publication formed at the time when those volumes were issued contemplated the printing, in additional volumes, of the documents thus listed, or of all those among them that had any historical significance. Their texts are now to be presented, in two volumes numbered III, IV, of The Records of the Virginia Company of London. The texts have been prepared by Miss Kingsbury with great care and accuracy. The first 273 of the documents arranged for publication are presented in the present volume. A nearly equal number, completing the series, will be presented in Volume IV, now in the printer's hands. The two volumes will constitute an addition of great magnitude, and of the highest interest, to the materials for the early history of Virginia, and their preparation, distinctly a labor of love on the part of Miss Kingsbury, places all future students of that history under a heavy debt of gratitude to their accomplished editor.

Herbert Putnam,
*Librarian of Congress.*



12-12-35

4-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 4



Traytour to the Colony, and of being hanged as soon as the facte is proved, without all redemption.

That no man may go above twenty miles from his dwelling-place, nor upon any voiage whatsoever shalbe absent from thence for the space of seven dayes together without first having made the Governor or comaunder of the same place acquainted therwith, upon paine of paying twenty shillings to the publique uses of the same Incorporation where the party delinquent dwelleth.

That no man shall purposely goe to any Indian townes, habitations or places or resortes without leave from the Governor or comaunder of that place wher he liveth, upon paine of paying 40*s* to publique uses as aforesaid.

That no man living in this Colony, but shall between this and the first of January nexte ensueing come or sende to the Secretary of Estate to enter his own and all his servants' names, and for what terme or upon what conditions they are to serve, upon penalty of paying 40*s* to the said Secretary of Estate. Also, whatsoever M^rs^ or people doe come over to this plantation that within one month of their arrivall (notice being first given them of this very lawe) they shall likewise resorte to the Secretary of Estate and shall certifie him upon what termes or conditions they be come hither, to the ende that he may recorde their grauntes and comissions, and for how long time and upon what conditions their servants (in case they have any) are to serve them, and that upon paine of the penalty nexte above mentioned.

All Ministers in the Colony shall once a year, namely, in the moneth of Marche, bring to the Secretary of Estate a true account of all Christenings, burials and marriages, upon paine, if they faill, to be censured for their negligence by the Governor and Counsell of Estate; likewise, where there be no ministers, that the comanders of the place doe supply the same duty.

No man, without leave of the Governor, shall kill any Neatt cattle whatsoever, young or olde, especially kine, Heyfurs or cow-calves, and shalbe careful to perserve their steers and oxen, and to bring them to the plough and such profitable uses, and without having obtained leave as

4-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 4


Mr. John Rolfes againste Captaine John Martine for writing a letter to him wherein (as Mr. Rolfe alledgeth) he taxeth him both unseemly and amisse of certaine thinges wherein he was never faulty, and besides, casteth some aspersion upon the present government, which is the most temperate and juste that ever was in this country, too milde indeed, for many of this Colony, whom unwoonted liberty hath made insolente and not to know themselves. This Petition of Mr. Rolfes' was thought fitt to be referred to the Counsell of State.

*Wednesday, Aug. 4th.*

This daye (by reason of extream heat, both paste and likely to ensue and by that meanes of the alteration of the healthes of diverse of the general Assembly) the Governour, who himself also was not well, resolved should be the last of this first session; so in the morning the Speaker (as he was required by the Assembly) redd over all the lawes and orders that had formerly passed the house, to give the same yett one reviewe more, and to see whether there were any thing to be amended or that might be excepted againste. This being done, the third sorte of lawes which I am nowe coming to sett downe, were read over [and] thoroughly discussed, which, together with the former, did now passe the laste and finall consente of the General Assembly.

*A thirde sorte of lawes, suche as may issue out of every man's private conceipte.*

It shalbe free for every man to trade with the Indians, servants onely excepted, upon paine of whipping, unless the Mr. will redeeme it off with the payment of an Angell, one-fourth parte whereof to go to the Provost Marshall one fourth parte to the discoverer, and the other moyty to the publique uses of the Incorporation.

That no man doe sell or give any of the greatter howes to the Indians, or any English dog of quality, as a mastive, greyhound, bloodhounde, lande or water spaniel, or any other dog or bitche whatsoever, of the Englishe race, upon paine of forfaiting 5s sterling to the publique uses of the Incorporation where he dwelleth.

That no man do sell or give any Indians any piece shott or poulder, or any other armes, offensive or defensive upon paine of being held a

# Exhibit 31

23-JLS-HKS Document 69-7 Filed 03/27/26

# THE RECORDS OF THE VIRGINIA COMPANY OF LONDON

—

VOLUME III

DOCUMENTS, I

v-00623-JLS-HKS Document 69-7 Filed 03/27/26 Pa

LIBRARY OF CONGRESS

# The Records of The Virginia Company of London

EDITED BY

SUSAN MYRA KINGSBURY, A. M., Ph. D.
CAROLA WOERISHOFFER PROFESSOR OF SOCIAL ECONOMY
BRYN MAWR COLLEGE

VOLUME III

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1933

v-00623-JLS-HKS Document 69-7 Filed 03/27/26 Pa

L. C. card, 6-35006

v-00623-JLS-HKS Document 69-7 Filed 03/27/26 Pa

# Note

In 1906 the Library of Congress published, in two quarto volumes entitled "The Records of the Virginia Company of London," the text, from the manuscript in the Library, of the Court Book containing the minutes of that company's meetings, and of the meetings of its council, from April 28, 1619, to June 7, 1624, together with an elaborate and learned introduction by Miss Susan Myra Kingsbury, now professor of social economy in Bryn Mawr College, and a list prepared by her of additional documents illustrative of the company's history from the date of its chartering until after its dissolution by the Crown and the consequent conclusion of its business. These documents, 764 in number, are listed, with bibliographical references as to their sources, in the section of Miss Kingsbury's first volume (pp. 119–205) entitled "List of Records." The project of publication formed at the time when those volumes were issued contemplated the printing, in additional volumes, of the documents thus listed, or of all those among them that had any historical significance. Their texts are now to be presented, in two volumes numbered III, IV, of The Records of the Virginia Company of London. The texts have been prepared by Miss Kingsbury with great care and accuracy. The first 273 of the documents arranged for publication are presented in the present volume. A nearly equal number, completing the series, will be presented in Volume IV, now in the printer's hands. The two volumes will constitute an addition of great magnitude, and of the highest interest, to the materials for the early history of Virginia, and their preparation, distinctly a labor of love on the part of Miss Kingsbury, places all future students of that history under a heavy debt of gratitude to their accomplished editor.

HERBERT PUTNAM,
*Librarian of Congress.*

4-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 5


| | l. | s. | d. |
|---|---|---|---|
| The Gentlemen and Mariners that came lately home from the *East Indies*, in the two Ships called the *Hart* and *Roe-Bucke*, being at the Cape of *Bona Speranza*, homeward bound, gaue towards the building of the aforesaid Free-Schoole in VIRGINIA the summe of | 66. | 13. | 4. |

*FINIS.*

## [List of Requisites.] [1]

The Inconveniencies that have happened to some persons which have transported themselves from England to Virginia, without prouisions to sustaine themselues, hath greatly hindred the Progresse of that noble Plantation: For preuention of the like disorders heereafter, that no man suffer, either through ignorance or misinformation; it is thought requisite to publish this short declaration: wherein is contained a particular of such necessaries, as either priuate families or single persons shall haue cause to furnish themselues with, for their better support at their first landing in Virginia; whereby also greater numbers may receiue in part, directions how to prouide themselues.

*Apparrell.*

*Apparrell for one man, and so after the rate for more.*

| | li. | s. | d. |
|---|---|---|---|
| One Monmouth Cap | 00 | 01 | 10 |
| Three falling bands | — | 01 | 03 |
| Three shirts | — | 07 | 06 |
| One waste-coate | — | 02 | 02 |
| One suite of Canuase | — | 07 | 06 |
| One suite of Frize | — | 10 | 00 |
| One suite of Cloth | — | 15 | 00 |
| Three paire of Irish stockins | — | 04 | — |
| Foure paire of shooes | — | 08 | 08 |
| One paire of garters | — | 00 | 10 |
| One doozen of points | — | 00 | 03 |
| One paire of Canuase sheets | — | 08 | 00 |
| Seuen ells of Canuase, to make a bed and boulster, to be filled in *Virginia* 8.s. One Rug for a bed 8.s. which with the bed seruing for two men, halfe is | — | 08 | 00 |
| Fiue ells coorse Canuase, to make a bed at Sea for two men, to be filled with straw, iiij.s. One coorse Rug at Sea for two men, will cost vj.s. is for one | — | 05 | 00 |
| | 04 | 00 | 00 |

[1] From the broadside in the John Carter Brown Library. See note on p. 541, *ante*.

| | | li. | s. | d. |
|---|---|---|---|---|
| | *Victuall.* | | | |
| *For a whole yeere for one man, and so for more after the rate.* | Eight bushels of Meale | 02 | 00 | 00 |
| | Two bushels of pease at 3.s | — | 06 | 00 |
| | Two bushels of Oatemeale 4.s. 6.d | — | 09 | 00 |
| | One gallon of *Aquauitæ* | — | 02 | 06 |
| | One gallon of Oyle | — | 03 | 06 |
| | Two gallons of Vinegar 1.s | — | 02 | 00 |
| | | 03 | 03 | 00 |
| | *Armes.* | | | |
| *For one man, but if halfe of your men haue armour it is sufficient so that all haue Peeces and swords.* | One Armour compleat, light | — | 17 | 00 |
| | One long Peece, fiue foot or fiue and a halfe, neere Musket bore | 01 | 02 | — |
| | One sword | — | 05 | — |
| | One belt | — | 01 | — |
| | One bandaleere | — | 01 | 06 |
| | Twenty pound of powder | — | 18 | 00 |
| | Sixty pound of shot or lead, Pistoll and Goose shot | — | 05 | 00 |
| | | 03 | 09 | 06 |
| | *Tooles.* | | | |
| *For a family of 6. persons and so after the rate for more.* | Fiue broad howes at 2.s. a piece | — | 10 | — |
| | Fiue narrow howes at 16.d.a piece | — | 06 | 08 |
| | Two broad Axes at 3.s. 8.d. a piece | — | 07 | 04 |
| | Fiue felling Axes at 18.d. a piece | — | 07 | 06 |
| | Two steele hand sawes at 16.d. a piece | — | 02 | 08 |
| | Two two-hand-sawes at 5.s. a piece | — | 10 | — |
| | One whip-saw, set and filed with box, file, and wrest | — | 10 | — |
| | Two hammers 12.d. a piece | — | 02 | 00 |
| | Three shouels 18.d. a piece | — | 04 | 06 |
| | Two spades at 18.d. a piece | — | 03 | — |
| | Two augers 6.d. a piece | — | 01 | 00 |
| | Sixe chissels 6.d. a piece | — | 03 | 00 |
| | Two percers stocked 4.d. a piece | — | 00 | 08 |
| | Three gimlets 2.d. a piece | — | 00 | 06 |
| | Two hatchets 21.d a piece | — | 03 | 06 |
| | Two froues to cleaue pale 18.d | — | 03 | 00 |
| | Two hand-bills 20. a piece | — | 03 | 04 |
| | One grindlestone 4.s | — | 04 | 00 |
| | Nailes of all sorts to the value of | 02 | 00 | — |
| | Two Pickaxes | — | 03 | — |

# Exhibit 32

# THE RECORDS OF
# THE VIRGINIA COMPANY OF
# LONDON

—

## VOLUME III
## DOCUMENTS, I

v-00623-JLS-HKS Document 69-7 Filed 03/27/26 Pa

LIBRARY OF CONGRESS

# The Records of The Virginia Company of London

EDITED BY

SUSAN MYRA KINGSBURY, A. M., Ph. D.
CAROLA WOERISHOFFER PROFESSOR OF SOCIAL ECONOMY
BRYN MAWR COLLEGE

VOLUME III

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1933

L. C. card, 6-35006

v-00623-JLS-HKS Document 69-7 Filed 03/27/26 Pa

# Note

In 1906 the Library of Congress published, in two quarto volumes entitled "The Records of the Virginia Company of London," the text, from the manuscript in the Library, of the Court Book containing the minutes of that company's meetings, and of the meetings of its council, from April 28, 1619, to June 7, 1624, together with an elaborate and learned introduction by Miss Susan Myra Kingsbury, now professor of social economy in Bryn Mawr College, and a list prepared by her of additional documents illustrative of the company's history from the date of its chartering until after its dissolution by the Crown and the consequent conclusion of its business. These documents, 764 in number, are listed, with bibliographical references as to their sources, in the section of Miss Kingsbury's first volume (pp. 119–205) entitled "List of Records." The project of publication formed at the time when those volumes were issued contemplated the printing, in additional volumes, of the documents thus listed, or of all those among them that had any historical significance. Their texts are now to be presented, in two volumes numbered III, IV, of The Records of the Virginia Company of London. The texts have been prepared by Miss Kingsbury with great care and accuracy. The first 273 of the documents arranged for publication are presented in the present volume. A nearly equal number, completing the series, will be presented in Volume IV, now in the printer's hands. The two volumes will constitute an addition of great magnitude, and of the highest interest, to the materials for the early history of Virginia, and their preparation, distinctly a labor of love on the part of Miss Kingsbury, places all future students of that history under a heavy debt of gratitude to their accomplished editor.

HERBERT PUTNAM,
*Librarian of Congress.*

4-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 6


night and daye for the safetie of the rest of the Howses, of the Cattlle, and of the corne w^ch^ shalbe planted, and many must be sent owt against the Indyans, that we may be the more quiett and safe at home, neyther can wee now plant corne in soe many places as we could wish (especyally neere our howses, by reasone yt spreadeth all over all the grounde like a thick groue, that the Indyans may hide themselves therin, who will from tyme to tyme peeke out many of our people whilst they are about theire weedinge and dressinge therof, and we haue great reason to doupt, since they haue hertofore practized the like, that where wee doe plant any Corne they will eyther Cutt it downe or destroy it in Summer before yt bee ripe, or by stealth share w^th^ us at Harvest, And as for our last and beste refuge heere, which ys our gettinge of Corne eyther from our freends by trade, or from our enemies by force, though wee will to our vttermost endeuo^r^ both, yt is very vncertaine and Hazardous, And therfore we most humblie desire, that such A Sufficyent ꝑportione of Corne, and that very good and well Chosen, be sent as may be able to Sustaine the whole Colonie this next yeere, yf neede shall soe require, and that noe man be suffered to come Hither w^th^ out a yeers ꝑvsione of corne at leste, Another thinge of noe less moment then the former ys, Armes and munitione of w^ch^ there ys heere at this tyme so great wante, that at least a thirde ꝑte of men able to beare Armes are vtterly vnꝑvided therof, and w^th^owt w^ch^ we cannott only not goe fourth to revenge us vppon our enemyes, but shalbe even vnable to defend our selves at home, And therfore shall alsoe desire y^t^ some spedie course be taken for the sendinge of A large quantetie therof, and y^t^ a contynuall supplie may follow from tyme to Tyme, And since wee are resolved to bestow much paynes in matter of fortificatione where wee seate our selves, that you would be pleased w^th^ all speede to sende us some Skillfull Enginers fit[1] for such A woorke, as alsoe great store of spades, shovells, mattocks, Peekaxes, and other tooles fitt for that purpose, ffor w^ch^ as alsoe for such Corne, Armes munitione or any thinge else w^ch^ you shalbe pleased to send us, yt is not our desire to be any way Chargeable vnto you, but as we are confident to be able to doe it, notw^t^hstandinge all these misfortunes w^ch^ haue befalne us, soe shall wee be most willinge to give you full satisfactione farther for them, w^th^ very good Tobacco, and for the ꝑformanc wherof

[1] Written over the word "y^t^."

4-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page



## CCLV. A Warrant to the Lord Treasurer

September, 1622

Docquet Book, Signet Office, Volume 7
Document in Public Record Office, London
List of Records No. 360

September 1622 A° R. Rє Jacobi Angł. &c 20° et Sco: 56.

Virginia Plantačon warrant

A warrant to the lord Trẽr, to give order vnto the Mr of th'Ordonance, for present delivery vnto the Company for the Virginia Plantačon of 1000. browne bills, 400 bowes, and bowestaves, 800 shefs of Arrowes, 700 Callivers, 300 short pistolls wth fire lockє, and 300 harquibussies; And also to give like direcčon vnto the Mr of the Armory to deliver out of that office, 2000 skulls of Iron, 100 brigandines, 40 plate Coatє and 400 shirtє, and Coatє of Maile. All wch being vnfitt for any moderne service here, his Matie is pleased, at the humble suite of that Company, to bestow vpon them, as of his Matє princely and free guift, for the publique vse of that Plantačon. Subscr9 by order from the lord Trẽr, ꝑcured by Mr James Maxwell } nil

## CCLVI. Sir Edwin Sandys. A Letter to John Ferrar

September 1, 1622

Ferrar Papers
Document in Magdalene College, Cambridge
List of Records No. 361

Sr: I wish I were as well able to relieve yu in your cares and paines for Virginia; as I doo much commiserate them, beeing continually afflicted wth such crosses & discouragements. But God I trust will give issue through all those difficulties.

I am glad yu have for a beginning provided so much corn. This term approaching will give meanes I hope for more.

# Exhibit 33

# THE RECORDS OF THE VIRGINIA COMPANY OF LONDON

—

VOLUME III

DOCUMENTS, I

LIBRARY OF CONGRESS

# The Records of The Virginia Company of London

EDITED BY

SUSAN MYRA KINGSBURY, A. M., Ph. D.
CAROLA WOERISHOFFER PROFESSOR OF SOCIAL ECONOMY
BRYN MAWR COLLEGE

VOLUME III

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1933

L. C. card, 6-35006

v-00623-JLS-HKS Document 69-7 Filed 03/27/26 Pa

# Note

In 1906 the Library of Congress published, in two quarto volumes entitled "The Records of the Virginia Company of London," the text, from the manuscript in the Library, of the Court Book containing the minutes of that company's meetings, and of the meetings of its council, from April 28, 1619, to June 7, 1624, together with an elaborate and learned introduction by Miss Susan Myra Kingsbury, now professor of social economy in Bryn Mawr College, and a list prepared by her of additional documents illustrative of the company's history from the date of its chartering until after its dissolution by the Crown and the consequent conclusion of its business. These documents, 764 in number, are listed, with bibliographical references as to their sources, in the section of Miss Kingsbury's first volume (pp. 119–205) entitled "List of Records." The project of publication formed at the time when those volumes were issued contemplated the printing, in additional volumes, of the documents thus listed, or of all those among them that had any historical significance. Their texts are now to be presented, in two volumes numbered III, IV, of The Records of the Virginia Company of London. The texts have been prepared by Miss Kingsbury with great care and accuracy. The first 273 of the documents arranged for publication are presented in the present volume. A nearly equal number, completing the series, will be presented in Volume IV, now in the printer's hands. The two volumes will constitute an addition of great magnitude, and of the highest interest, to the materials for the early history of Virginia, and their preparation, distinctly a labor of love on the part of Miss Kingsbury, places all future students of that history under a heavy debt of gratitude to their accomplished editor.

Herbert Putnam,
*Librarian of Congress.*



12-12-35

4-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page


guarding of the people & ther goodę, & to receaue such further Comaunds & instructions, as hee shall receaue frō my selfe, at James Citty the 16th day of July 1622.

FRANCIS WYATT.

## CCLI. NOTE OF ARMS IN THE TOWER FOR WHICH THE VIRGINIA COMPANY ARE SUITORS [1]

JULY 17(?); BEFORE JULY 29, 1622

State Papers, C. O. 1, Volume II, No. 9
Document in Public Record Office, London
List of Records No. 354

A noate of such Armes in the Tower w^ch^ the Virginia Companye are humble Suto^rs^ for, to be p^r^sently delyvered them, their Shipps beinge readie to depte.

| | |
|---|---|
| Brigandynes, al̄s Plate Coates | 100 |
| Jacks of plate | 40 |
| Jerkins, or Shirts of Male | 400 |
| Iron Skulls | 2, 000 |
| Holberds, & browne bills | 1, 000 |
| Murtheringe peeces | 50 |
| Besides Calyuers, pistollę, Daggs, &c w^ch^ are at S^r^ Richard Morrissons howse in the Mynories layed by as alltogether vnserviceable what nomber they Can make vse of, ther beinge of them aboute | 2, 000 |
| Allso of Targetts, & Bucklers | 500 |

They are allso humble Suto^rs^ y^t^ at leaste 20 Barrells of powder may be lente them, the w^ch^ they will repaye againe at Christmas next, It beinge an vsuall fauo^r^ done to some Companyes, & o^r^ Shipps beinge instantly to goe away, we Cannot any wher so suddaynely get that w^ch^ is good.

[Indorsed:] Such Armes as the Virginia Company are sutors for out of the Tower.
[In pencil:[2]] bef. 29 July 1622. See 29 July 1622 Col. Entry Bk. Vol 79 p. 202.

[1] This document is identical with that described in List of Records 353, except that the indorsement and note do not there appear.

[2] This note and the following statement are in a modern hand: "C O 5 Vol 1354 folio 202 b. Entry of an order (29 July 1622) for the Lord High Treasurer to advise with officers of the Ordnance as to the arms fit to be delivered to the Virginia Company, made upon receipt from the Company of a note of the unserviceable arms they desired."

# Exhibit 34

4-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page

# RECORDS

OF

# MASSACHUSETTS.

VOL. I.

1628–1641.

# RECORDS

OF

THE GOVERNOR AND COMPANY

OF THE

# MASSACHUSETTS BAY

IN

## NEW ENGLAND.

PRINTED BY ORDER OF THE LEGISLATURE.

EDITED BY

NATHANIEL B. SHURTLEFF, M.D.,

MEMBER OF THE MASSACHUSETTS HISTORICAL SOCIETY, FELLOW OF THE AMERICAN ACADEMY OF ARTS AND SCIENCES, AND MEMBER OF THE AMERICAN ANTIQUARIAN SOCIETY.

VOL. I.

1628—1641.



BOSTON:

FROM THE PRESS OF WILLIAM WHITE,

PRINTER TO THE COMMONWEALTH.

1853.

LIBRARY
UNIVERSITY OF
MASSACHUSETTS
AMHERST, MASS.

975
M38Ms+
v.1

# Commonwealth of Massachusetts.

Secretary's Office,
Boston, June 1, 1853.

May it please your Excellency:

In compliance with a Resolve of the Legislature, passed on the second day of May last, authorizing the printing of the first two volumes of the General Court Records, I have, this day, appointed Dr. Nathaniel B. Shurtleff, of Boston, to prepare said volumes for the press, and to take charge of the work to its completion.

Before making this appointment, the undersigned consulted with those whose views upon an undertaking of this kind are entitled to great respect, and it was the concurrent opinion of gentlemen particularly interested in historical and antiquarian pursuits, that the above named is eminently qualified to execute the trust in a manner creditable to the Commonwealth.

For many years Dr. Shurtleff has taken a deep interest in the preservation of our Colonial Records, and in collecting a variety of materials tending to illustrate and to perpetuate the early history of Massachusetts; and he being familiar with the peculiar styles of writing and language of the several Secretaries who recorded the doings of the Courts at this early period, and having also a good reputation, both at home and abroad, for the accuracy which marks all his researches in this department of literature, it gives me great pleasure to announce to your Excellency that his services have been secured in carrying out this interesting provision of legislative enactment.

Respectfully,

EPHRAIM M. WRIGHT,
*Secretary of the Commonwealth.*

To His Excellency,
JOHN H. CLIFFORD.

Case 1:24-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 72 of 102



1628-9. to be at chardge of his bringing back for England, & he to leaue his s'u[ant] and the chist for the Comp̃ seruice.

5 March. Surgeon. Robt Morley. Agreed wth Robert Morley, s'uant to Mr Andrewe Mathewes, late barber surgeon, to s'ue the Comp̃ in Newe England for three yeeres; the first yeere to haue 20 nobles, the second yeere * *, * * yeere 20 markes, to serue as a barber & a surgeon, * * occasyons belonging to his calling, to aney of this * that are planters, or there seruants; and for his [chist,] and all in it, whereof he hath geeuen an inuentory, * * * sight of it, it bee approoued, ffyve pounds is * * * and payd to him ffor it, & the same to bee fo[rt]hwith payd].

[*5a.] *The buissines concerning the deuision of the lands, ꝑpounded the 3d of this monthe, was agayne taken into consideraĉon, & it was resolued that Capten Waller, Captͣ Ven, Mr Eaton & Mr Addams, Mr Whetcombe, Mr Wright, Mr Vassall, Mr Thrẽr, wth the Gouno' and Depty, shall consyder seriously of the buissines, calling to there assistance Mr Graues, Mr Sharpe, or aney other, & to sett downe in writinge what course they conseaue fytt to bee held herein, whereby an equallety may bee held, to avoyd all contention twixt the aduenturers; & Tuesday morning aꝑoynted for theise Comittees to meete about this buissines.

Mr Graues. This Court also, Mr Thoms Graues was ꝑpounded to goe ouer wth the shippes nowe bound for Newe England, to haue his chargs borne out & home; & beeinge a man experienced in iron workes, in salt workes, in measuring & surveyinge of lands, & in fortificaĉons, in lead, copp, & allum mynes, etc, hauinge a chardge of wiffe, 5 children, a man & mayd s'uant; after some conference wth him, he tendring his implyment to goe and returne wth one of or shyps, to the comp̃ discression ffor his sallery in that tyme, it was thought fytt that he should consyder twixt this & tomorrow what to demand in case he did returne ꝑ'ntly wth the shippe he should take his passage in; & what his demands would bee if the Comp̃ should contyneue him there, & bee at chardges of the transportaĉon of his wiffe and ffameley thether in theire next shippes, if he take lyking to contyneue in Newe England.

Mr Malbon. Mr Jno Malbon beeing also desyred to bee heere, after conference had wth him touching the ꝑposiĉon made in his behalffe the 2 of this monthe, he was wished to consyder what farther ꝑposiĉon he would make, that the Comp̃ might take it into consyderaĉon.



### *The 6 Marche, 1628.*

1628-9.

AGREED wth Mr Thomas Steeuens, armorer in Buttolph Lane, for 20 armes, viz̃, coslett, brest, back, culet, gorgett, tases, & hed peece to ech, varnished all black, wth lethers & buckles, at 17s ech armour, excepting 4, wch are to bee wth close head peeces, & theis 4 armours at 24s a peece, to bee dd all by the 20th of this monthe; w'of 1 left nowe for a sample. — 6 March. Armes bought.

Agreed wth Jno Wise, shoemaker in Marke Lane, ffor

| | | | | |
|---|---|---|---|---|
| 1 dussen pere | sheues | of tens, | | at 2s 7d a pere; |
| 3 dussen | " | " | of 11, | |
| 3 dussen | " | " | of 12, | |
| 1 dussen pere | " | | of 13, | |
| 1 dussen pere | " | | of 8, | at 2s 5d a pere; |
| 1 dussen pere | " | | of 9, | |

10 dussen pere to bee dd by the 20th of this monthe. — 120 pr sheues.

---

### *The 9 Marche, 1628.*

9 March.

THIS day John Washborne is intertayned for Secretary for one whole yeere, to enter the Courts, to keepe the Companys accounts, to make warrants for all moneys to bee browght in or payd out, & to geeue nottice at euery meeting of such as are backward in payment of there subscriptions, as also for all ꝑuision to bee made reddy, to call vppon such as haue ye chardge thereof, w'by the shippes nowe bound ffor Newe England may bee dispatched by the 25 of this month at ffurdest; his sallery ffor this yeere is te * * , he in the premisses, & the office of a Secretary, to pf[orme] ffaithfull, dilligent, & tr[eue i]ndeuours whervnto he doeth fulley * & agree.

[An autograph in the original.] JNO WASHBORNE.

[*6a.]

*AGREED wth John Gace, of London, turner, ffor 40 bandeleers, * * * neates lether, broad girdles, ech wth 12 chargs, w'of one a priming b *, * of wood, couered wth black lether, at 2s a peece, to bee dd next [weeke]; the boxes to bee for bastard muskett sise, excepting 10 for full mus[ketts,] and these to be marked M., the other for bas' musketts B. — 40 bandeleers. Da a warrant for 13l, March 20th.

More, agreed wth him for ten dozen of shouels and spades, at eyghten sh' the dozen, of three seuerall sises, whereof the smalest proporĉon to be of ye smallest sises; and three spads and thre shouels left heer for sa[mples]. — 120 shouells and spades.

# Exhibit 35

# The Country Justice:

CONTAINING THE

# PRACTICE

OF THE

# Justices of the Peace,

As well IN, as OUT of the

# SESSIONS.

GATHERED

For the better help of Such JUSTICES of Peace, as have not been much conversant in the Study of the LAWS of this REALM.

---

*By* MICHAEL DALTON *of* Lincolns-Inn, *Esq*; *And One of the Masters in* Chancery.

---

To which is now added,

An Abridgment (under proper Titles) of all STATUTES relating thereunto, to the Dissolution of the Parliament 5 *Jan.* 1715.

A Large TABLE of the Principal Matters herein contain'd;

WITH

Two other TABLES, one of the CHAPTERS in this Book; And the other of such ACTS of Parliament, as concern the Office of a JUSTICE of PEACE.

---

With Variety of Useful PRECEDENTS relating thereunto.

---

*Justice is the Staff of Peace, and the Maintenance of Honour.* Cic.

---

*LONDON,*

Printed for JOHN WALTHOE in the *Middle-Temple* Cloisters, and at his Shop in *Stafford.* 1715.

c#

S
UK
997.7
DAL

Every Justice of Peace (in his own discretion, and *ex officio*) may bind all such to the Peace as in his presence shall strike another, or shall threaten to hurt another, or shall contend only in hot words. *Vide tit. Sureties for the Peace.*

P. Just. 173. 10 H. 7. 20. Cromp. 154. If any person be dangerously hurt in any Affray (or otherwise,) every Justice of Peace, within the year and day after such hurt, may commit to the Gaol such Offender, there to remain until the day and year be expired, or that the said Offenders shall find Sureties to appear at the next General Gaol Delivery, to answer to the Felony, if the party hurt, happen to die within a year after the hurt. *Vide Stat.* 3 *H.7.c.*1. *And by God's Law, Exod.*21. 18, 19. *If the party happen to recover, the Offender shall pay to the party hurt for losing his time, and also for his healing.* § 7. *Dangerous hurt.*

But where the hurt shall be dangerous, or wound mortal, although the Justice may bail the offender, living the party so hurt; yet it shall be better discretion for the Justice to commit the offender to the Gaol, there to remain, until there shall appear some good hope of recovery in the other: And so Sir *Nicholas Hyde* advised at *Cam.* Lent Assizes, *An.* 5 *Car. Regis.*

*And by the Stat.* de officio Coronatoris 3 *or* 4 *E.*1. *upon Appeal of Wounds, and such like, especially if the Wounds be mortal, the parties appealed shall be taken immediately, and kept till it be known perfectly whether the party hurt shall recover or not; and if he die, the Offender shall be kept; and if he recover, he shall be attached by four or six Pledges, as the wound is great or small: And if it be for a maim, the Offender shall find no less than four Pledges; if it be for a small wound or maim, two Pledges shall suffice.*

5 H. 7. 6. Br. Faux. imp. 41. If an Affray or Assault shall be made upon a Justice of Peace or a Constable, they may not only defend themselves, but may also apprehend and commit the Offenders, until they have found Sureties for the Peace: The Justice of Peace may presently cause them to be arrested, and carried before another Justice, who may send them to the Gaol: And the Constable must commit them to the Stocks for the present, and after carry them before a Justice of Peace, or to the Gaol. *Vide hic postea.*

## CHAP. IX.

### *Armour.*

2 E. 3 c. 3. P. 1. 7 R. 2. 13. 20 R. 2. c. 1. IF any person shall ride or go armed offensively before the King's Justices, or any other the King's Officers or Ministers doing their Office, or in Fairs, Markets or elsewhere, (by night or by day) in Affray of the King's People, (Sheriff, and other the King's Officers) and every Justice of Peace (upon his own view, or upon complaint thereof) may cause them to be staid and arrested, and may bind all such to the Peace or Good Behaviour, (or, for want of Sureties may commit them to the Gaol:) And the said Justice of Peace (as also every Constable) may seize and take away their Armour and other Weapons, and shall cause them to be apprised, and answered to the King as aforesaid. And this the Justice of Peace may do by the first *Assignavimus* in the Commission. See hereof *antea*. § 1. *One Justice.*

Lam. Offic. of a Const. 13. So of such as shall carry any Guns, Daggs or Pistols that be charged, or that shall go apparelled with privy Coats or Doublets, the Justice may cause them to find Sureties for the Peace, and may take away such Weapons, &c. *Vide tit. Surety for the Peace.*

2 E. 3. c. 3. Co. 5. 72. 20 R. 2. 1. And yet the King's Servants in his presence, and Sheriffs, and their Officers, and other the King's Ministers, and such as be in their company assisting them in executing the King's Process, or otherwise in executing of § 2.

Case 1:24-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 76 of 102



their Office, and all others in purſuing Hue and Cry, where any Felony or other Offences againſt the Peace be done, may lawfully bear Armour or Weapons.

Alſo it ſeemeth that any Juſtice of Peace may command that Weapons be taken from ſuch Priſoners as at any time ſhall be brought before him. 12 R. 2. 2.

Alſo if any Servant to Husbandry, or to any Artificer, or Victualler, or any Labourer, ſhall bear any Buckler, Sword or Dagger, except they be travelling with their Maſter, or in their Maſters meſſage) it ſeemeth every Juſtice of Peace may impriſon them till they have found Sureties for the Peace, and may ſeize and take away their ſaid Weapons, (or may cauſe the Conſtable to ſeize the ſame as forfeit) and preſent the ſaid Weapons at the next Seſſions of the Peace. But this Statute ſeemeth now to be repealed by the Statute made 21 *Jac.* 28.

*And yet, by the firſt* Aſſignavimus *in the Commiſſion, the Juſtice of Peace may do it, eſpecially if he ſuſpect any breach of the Peace to be intended by them.* Vide Addenda. 12 R. 2. 6. P. 2.

## CHAP. X.

### *Barrator.*

§. 1. Barrator *cometh from the French* Barrat, id eſt, aſtutia, *and in that Tongue betokeneth a Deceiver. In our Law a Barrator is a common Wrangler that ſetteth Men at odds, and is himſelf never quiet, but at Braul with one or other. Dr.* Cow & Minſh.

Every Juſtice of Peace (upon his diſcretion) may bind to the Peace or Good Behaviour, ſuch as are common Barrators. 9 E. 4. 5. Lamb. 79.

Alſo a common Barrator is he who is either a common Mover and Stirrer up (or Maintainer) of Suits in Law in any Court, or elſe of Quarrels or parties in the Country. *Co. L.* 368. Co 8. 36. 9 E. 4. 3. 2.

§. 2. *In Courts.* As if in any Court of Record, County Court, Hundred, or other inferior Courts, any perſon by fraud or malice under colour of Law, ſhall themſelves maintain (or ſtir up others unto) multiplicity of unjuſt and feigned Suits or Informations (upon penal Laws,) or ſhall maliciouſly purchaſe a ſpecial *Supplicavit* of the Peace, to force the other party to yield him Compoſition; all ſuch are Barrators.

§. 3. *In the Country.* In the Country; and theſe are of three ſorts.

1. Diſturbers of the Peace, *viz.* ſuch as are either common Quarrellers or Fighters in their own cauſe; or common Movers or Maintainers of Quarrels and Affrays between others.

2. Commmon Takers or Detainers (by force or ſubtily) of the poſſeſſions of houſes, lands or goods, which have been in queſtion or controverſies.

3. Inventers and Sowers of falſe Reports, whereby diſcord ariſeth, or may ariſe between Neighbours. All theſe are Barrators. Co. 8. 36.

*Yea, if one be* Communis Seminator litium, *he is a Barrator.* Weſt Indict. 75, 76.

*Or if any Man of himſelf be* Communis oppreſſor vicinorum, *(a common Oppreſſor of, or Wrangler with, his Neighbour or others) either by unjuſt or wrangling Suits, or other oppreſſions or deceits, he is a Barrator.*

*Or if one be* Communis Pacis perturbator, Calumniator, & Malefactor *he is a Barrator.* Crom. 257.

§. 4. But all ſuch perſons muſt be common Barrators, *ſc.* not in one or two, but in may cauſes. Co. 8. 37.

*A Feme covert cannot be indicted of Common Barretry, and an Indictment againſt one for that offence was quaſht.* T. 16 Jac. Rolls, Rep. part. 2. p. 39.

1. *A*

# Exhibit 36

James Gr... Bought in 1823

William Blakeney
Middle Temple

A

# TREATISE

OF THE

# PLEAS

OF THE

# CROWN:

OR A

SYSTEM of the Principal Matters relating to that SUBJECT, digested under their proper Heads.

## BOOK I.

By *WILLIAM HAWKINS*, of the *Inner-Temple*, Esq;.

In the *SAVOY*,

Printed by Eliz. Nutt, (Executrix of J. Nutt, Assignee of *Edward Sayer*, Esq;) for J. Walthoe in the *Middle-Temple-Cloysters*; and J. Walthoe, *jun.* against the *Royal-Exchange* in *Cornhill*. 1716.

Digitized by Google

W. W. Bishop
Bequest
8-6-56

# T[illegible] ight Honourable,

# THOM[illegible] Lord PARKER,

## Baron of MACCLESFIELD,

# Lord Chief Justice of ENGLAND.

My LORD,

THE following Treatise containing that Part of the Law, which is peculiarly under the Administration of the Chief Justice of *England*, I presum'd, in regard to the Subject of it, to think of presenting it to your Lordship, which your Goodness having been pleased to permit, it is with the less Uneasiness that I venture to make it Publick; for I could not hope to introduce it into the World with greater Advantage than under your Protection.

This was the real Ground of my Ambition, to dedicate it to your Lordship, and not to give my self an Opportunity of publishing how much I honour those wonderful Talents, that have raised You to so high a Station: A private Character indeed may be set forth to Advantage, and many Vertues in it be made known by an Address of this Nature, which might otherwise have lain for ever concealed: But your Lordship's is Publick and Conspicuous, and can appear no where with so much Lustre as when you sit in Judgment, where that vast Genius you are bless'd with, shines forth to all the World, adorn'd with all the Improvements that Humane Art can furnish, and supported with the greatest Courage and Integrity.

And nothing less, My Lord, could give You that Command of all the Variety of Business which comes before You, and that Facility with which You dispatch it: The most intricate Points of Law, that have for Ages lain in Confusion and Obscurity, when they fall under your Lordship's Consideration, receive such Light, are stated and explain'd with such exact Method, and such Propriety and Beauty of Expression, that the most Polite Compositions appear not

more

Digitized by Google

more Elegant, nor the moſt Demonſtraive more Convincing: This, My Lord, is the agreeable Part of the Exerciſe of your Authority, being no Violence to that general Humanity which You delight to ſhew to all Mankind: But the Duties of your Office require You ſometimes to put on another Character, and to ſhew the awful Face of Juſtice, to curb the Rage of an unruly People, and to fright them into their Duty by the Terrours of the Law; and 'tis with Pleaſure all good Men ſee your Lordſhip purſue the prevailing Vices of the Age with ſuch Zeal and Indignation, that Crimes no longer appear leſs odious for being faſhionable, nor are the more ſecure from Puniſhment for being popular.

Theſe, My Lord, are Bleſſings which the whole Nation ſhares in, and have an Influence upon all Parts of the civil Adminiſtration: But we, who have the Honour to attend your Lordſhip at the Bar, are in a more particular Manner to acknowledge our Obligations, for that Candour and Condeſcenſion with which You treat us: The Encouragement You give to our weak Endeavours no leſs engages our Affections, than your comprehenſive Knowledge and clear and accurate Judgment command our Reverence and Eſteem.

Such Goodneſs charms all that approach and feel it; and it was with univerſal Joy we ſaw your Lordſhip's Firmneſs to the preſent Eſtabliſhment, and great Services to your Country, diſtinguiſhed lately by an Acceſſion of Honour from his Majeſty, whoſe Wiſdom in conferring his Favours has eminently appeared, by the many ſignal Benefits the Nation has received from thoſe who have the Honour to ſerve Him. I am with the greateſt Reſpect,

MY LORD,

*Your Lordſhip's*

*Moſt obliged,*

*And moſt Humble Servant,*

William Hawkins.

Digitized by Google

Case 1:24-cv-00623-JLS-HKS Document 69-7 Filed 03/27/26 Page 81 of 102



the said Statute, and is the most authentick Explication thereof, it seemeth that the Rules therein prescribed, should be the best Direction for all Proceedings upon that Statute.

Cro. El. 294. *Sect.* 7. III. That the Under-Sheriff may execute the said Writ, being directed to the Sheriff, if it name him only by the Name of his Office, and not by his proper Name, and do not expresly command him to act in his proper Person.

24 Ed. 33. a. b. 21 H. 7. 39. a. 3 Inst. 161, 162. Con. 2. Rol. 78. d. 21 H. 7. 39. a. 3 Inst. 162. *Sect.* 8. That a Man cannot excuse the wearing such Armour in Publick, by alledging that such a one threatened him, and that he wears it for the Safety of his Person from his Assault; but it hath been resolved, That no one shall incur the Penalty of the said Statute for assembling his Neighbours and Friends in his own House, against those who threaten to do him any Violence therein, because a Man's House is as his Castle.

3 Mod. 117, 118. 2 Bulst. 330. *Sect.* 9. V. That no wearing of Arms is within the meaning of this Statute, unless it be accompanied with such Circumstances as are apt to terrify the People; from whence it seems clearly to follow, That Persons of Quality are in no Danger of Offending against this Statute by wearing common Weapons, or having their usual Number of Attendants with them, for their Ornament or Defence, in such Places, and upon such Occasions, in which it is the common Fashion to make use of them, without causing the least Suspicion of an Intention to commit any Act of Violence or Disturbance of the Peace. And from the same Ground it also follows, That Persons armed with privy Coats of Mail to the Intent to Crom. 64. a. defend themselves against their Adversaries, are not within the Meaning of this Statute, because they do nothing *in terrorem Populi.*

*Sect.* 10. VI. That no Person is within the Intention of the said Statute, Poph. 121, 122. who arms himself to suppress Rioters, Rebels, or Enemies, and endeavours to suppress or resist such Disturbers of the Peace or Quiet of the Realm; for Persons who so arm themselves, seem to be exempted out of the general Words of the said Statute, by that Part of the Exception in the beginning thereof, which seems to allow all Persons to arm themselves upon a Cry made for Arms to keep the Peace, in such Places where such Acts happen.

Lamb. 131. 3 Inst. 158. H. P. C. 131. 2 Inst. 52. 22 E. 4 44. b. Dalt. cap. 8. Lamb 131. *Sect.* 11. As to the second Point, *viz.* How far an Affray may be suppressed by a private Person, it seems agreed, That any one who sees others fighting, may lawfully part them, and also stay them till the Heat be over, and then deliver them to the Constable, who may imprison them till they find Surety for the Peace; also it is said, That any private Person may stop those whom he shall see coming to join either Party; and from hence it seems clearly to follow, That if a Man receive a Hurt from either Party in thus endeavouring to preserve the Peace, he shall have his Remedy by an Action against him; also upon the same Ground it seems equally rea-3 Inst. 158. Con. Lamb. 131. Dalt. cap. 8. sonable, That if he unavoidably happen to hurt either Party, in thus doing what the Law both allows and commends, he may well justify it, inasmuch as he is no Way in Fault; and the Damage done to the other, was occasioned by a laudable Intention to do him a Kindness.

*Sect.* 12. However it seems clear, That if either Party be dange-Lamb. 131. Dalt. cap 8. 3 Inst. 158. Bro. Faux Imprisonment 35, 44. H. P. C. 135. 10 H. 7. 20. 2 Inst. 52. rously wounded in such an Affray, and a Stander-by, endeavouring to arrest the other, be not able to take him without hurting, or even wounding him, yet he is no Way liable to be punished for the same, inasmuch as he is bound under Pain of Fine and Imprisonment, to arrest such an Offender, and either detain him till it appear whether the Party will live or die, or carry him before a Justice of Peace, by whom he either is to be bailed, or committed, &c.



Digitized by Google

# Exhibit 37

*HALE'S*

# HISTORY

OF THE

# PLEAS OF THE CROWN.

VOL. I.

Digitized by Google

## *Extract from the Journal of the House of Commons.*

Lunæ 29° die Novemb. 1680.

Ordered, That the Executors of Sir *Matthew Hale*, late Lord Chief Justice of the Court of King's Bench, be desired to print the MSS. relating to the Crown-law; and that a Committee be appointed to take care in printing thereof, and it is referred to

| | |
|---|---|
| Sir *Will. Jones*, | Mr. *Sacheverel*, |
| Serj. *Maynard*, | Mr. *Geo. Pelham*, |
| Sir *Fra. Winnington*, | Mr. *Paul Foley*. |

Digitized by Google

*Historia Placitorum Coronæ.*

THE

# HISTORY

OF THE

# Pleas of the Crown.

By SIR MATTHEW HALE,

LORD CHIEF JUSTICE OF THE COURT OF KING'S BENCH.

PUBLISHED FROM THE ORIGINAL MANUSCRIPTS

*By* SOLLOM EMLYN, *of Lincoln's-Inn, Esq.*

WITH

ADDITIONAL NOTES AND REFERENCES TO MODERN CASES CONCERNING THE PLEAS OF THE CROWN.

By GEORGE WILSON, SERJEANT AT LAW.

A NEW EDITION.

AND

AN ABRIDGMENT OF THE STATUTES RELATING TO FELONIES CONTINUED TO THE PRESENT TIME, WITH NOTES AND REFERENCES,

*By* THOMAS DOGHERTY, *Esq.*

*OF CLIFFORD'S-INN.*

In Two Volumes.

VOL. I.

London:

*Printed by E. Rider, Little-Britain,*

FOR T. PAYNE, H. L. GARDNER, W. OTRIDGE, E. AND R. BROOKE AND J. RIDER, J. BUTTERWORTH, W. CLARKE AND SON, R. PHENEY, J. CUTHELL, J. WALKER, J. BAGSTER, AND R. BICKERSTAFF.

1800.

Digitized by Google

Digitized by Google

# ADVERTISEMENT.

*THE former Edition of this truly valuable Work, by Mr.* SERJEANT WILSON, *having been long out of print, induced the Publiſhers to ſend it again to the preſs. The additional notes and references to modern caſes concerning the* PLEAS OF THE CROWN, *which were inſerted in the margin of the former* Edition, *are placed at the end of each Chapter in the preſent; and an Abridgment of thoſe Statutes relating to Felonies, which have been enacted ſince the firſt publication of the Work, to the preſent time, is introduced after the* Addenda in Notis, *at the end of the* firſt *volume, in order to prevent any derangement of the original paging.*

Digitized by Google

doors and burning the engine-looms and many of the wares made by them.

2. In respect of the design itself, which was to burn and destroy not the single engine-looms of this or that particular person, but engine-looms in general, and that not in one county only, but [*145] in several counties, and so agreeable to *Burton*'s case.

The other five judges were not satisfied, that this was treason within the clause of 25 *E.* 3. against levying of war, nor within the statute of 13 *Car.* 2. for conspiring to levy war.

1. It was agreed, that if men assemble together and consult to raise a force immediately or directly against the king's person, or to restrain or depose him, whether the number of the persons were more or less, or whether armed or unarmed, tho this were not a treason within this clause of the statute of 25 *E.* 3. yet it was treason within the first clause of compassing the king's death, and an overt-act sufficient to make good such an indictment, tho no war was actually levied; and with this accord the resolutions before cited, especially that of the insurrection in the north at *Farley* wood (*); but no such conspiracy or compassing appears in this case, and so that is not now in question, but we are only upon a point of constructive or interpretative levying of war.

2. Here is nothing in this case of any conspiring to do any thing, but what they really and fully effected; they agreed to rise in multitudes to burn the looms, and accordingly they did it, but nothing of conspiring against the safety of the king's person, or to arm themselves; therefore if what they did were not a levying of war against the king within the statute of 25 *E.* 3. here appears no conspiring to levy such war within the statute of 13 *Car.* 2. *cap.* 1. for, what appears, all was done, which they conspired to do.

3. It seemed very doubtful to them, whether in the manner of this assembling it was any levying of war, or whether it were more than a riot, for in all indictments of this kind for levying of war it is laid, [*146] that they were *more guerrino arraiati*, and upon the evidence, that they were assembled in a posture of war *armis offensivis*

(*) *Vide supra p.* 120.

& de-

Digitized by Google

& *defensivis*, and sometimes particular circumstances also proved or found, as banners, trumpets, drums, *&c.* and where they were indicted for conspiring only to levy war, yet there was this circumstance accompanied it, *viz.* a confederacy to get arms and arm themselves, as in *Grant*'s case, and *Burton*'s case.

4. It seemed very doubtful to them, whether this design to burn engine-looms were such a design, as would make it a levying of war against the king (*), for it was not like the designs of altering religion, laws, pulling down inclosures generally, as in *Burton*'s case, nor to destroy any trade, but only a particular quarrel and grievance between men of the same trade against a particular engine, that they thought a grievance to them, which, tho it was an enormous riot, yet it would be difficult to make it treason. *Vide statutes* 8 *H.* 6. *cap.* 27. 9 *H.* 6. *cap.* 5. (†).

Many of them therefore concluded, that if Mr. Attorney should think fit to proceed as for a treason, the matter might be specially found and so left to farther advice, or rather that according to the clause of the statute of 25 *E.* 3. the declarative judgment of the king and both houses of parliament might be had, because it was a new case and materially differed from other cases of like nature formerly resolved.

Upon the conclusion of this debate we all departed, and Mr. Attorney upon consideration of the whole matter, it seems, thought fit to proceed for a riot, and caused many of them to be indicted for riots, for which they were convicted and had great fines set upon them, and were committed in execution and adjudged to stand upon the pillory.

Touching the laws of treason in *Ireland*, by the statute of [147] 18 *H.* 6. *cap.* 3. levying horse or foot upon the king's subjects against their will shall be treason; this they call cessing of soldiers upon men, and hath been often done by the lieutenants or deputies of *Ireland* by consent of the council in some cases.

Among many cumulative treasons charged upon the late earl of *Strafford* the king's deputy in *Ireland*, this one thing of cessing of

(*) By 12 *Geo.* 1. *cap.* 34. "If any person shall wilfully break any tools used "in the woollen manufacture, not having "the consent of the owner, or shall break "or enter by force into any house or shop "by night or by day for such purpose, he "shall be adjudged guilty of felony without benefit of clergy.

(†) Concerning the riots committed by the *Welsh* upon the dragmen of *Severn*, *vide infra*, *p.* 151.

 soldiers

Digitized by Google

above-mentioned, to which we may add *Rot. Parl.* 50 *E.* 3. *n.* 140, 164. 11 *H.* 4. *n.* 36, 57. 13 *H.* 4. *n.* 14. 18 *H.* 6. *n.* 30.

5. An actual levying of war therefore againſt the king to make a treaſon, for which the offender may be indicted upon this clauſe of the ſtatute for levying of war againſt the king, conſiſts of two principal parts or ingredients, *viz.* 1. It muſt be a levying of war. 2. It muſt be a levying of war againſt the king.

6. What ſhall be ſaid a levying of war is partly a queſtion of fact, for it is not every unlawful or riotous aſſembly of many perſons to do an unlawful act, tho *de facto* they commit the act they intend, that [150] makes a levying of war, for then every riot would be treaſon, and all the acts againſt riotous and unlawful aſſemblies, as 13 *H.* 4. *cap.* 7. 2 *H.* 5. *cap.* 8. 8 *H.* 6. *cap.* 14. and many more *(b)* had been vain and needleſs; but it muſt be ſuch an aſſembly as carries with it *ſpeciem belli*, as if they ride or march *vexillis explicatis*, or if they be formed into companies, or furniſhed with military officers, or if they are armed with military weapons, as ſwords, guns, bills, halberds, pikes, and are ſo circumſtanced, that it may be reaſonably concluded they are in a poſture of war, which circumſtances are ſo various, that it is hard to define them all particularly.

Only the general expreſſions in all the indictments of this nature, that I have ſeen, are *more guerrino arraiati*, and ſometimes other particulars added as the fact will bear, as *cum vexillis explicatis*, *cum armis defenſivis & offenſivis*, *cum tympanis & tubis*: but altho it be a queſtion of fact, whether war be levied or conſpired to be levied, which depends upon evidence, yet ſome overt-act muſt be ſhewn in the indictment, upon which the court may judge; and this is uſually *modo guerrino arraiati*, or *armati*, or conſpiring to get arms to arm themſelves.

And therefore in the caſes of *Burton* and *Grant* before-mentioned, who were indicted and convicted upon the ſtatute of 13 *Eliz. cap.* 1. for conſpiring to levy war for pulling down incloſures, *&c.* there is not only the conſpiracy to do the thing, but alſo to gain arms and weapons at the lord *Norris*'s houſe, and elſewhere to arm themſelves for that attempt.

And the reaſon hereof ſeems to be, becauſe, when an aſſembly of people thus arm themſelves, it is a plain evidence, that they mean to defend themſelves, and make good their attempts by a military force, and to reſiſt and ſubdue all power, that ſhall be uſed to ſuppreſs them;

*(b)* See 3 & 4 *Edw.* VI. *cap.* 5. 1 *Mar. cap.* 12. 1 *Geo.* I. *cap.* 5.

and

Digitized by Google

# Exhibit 38

# COMMENTARIES

ON THE

# LAWS

OF

# ENGLAND.

## BOOK THE FIRST.

BY

WILLIAM BLACKSTONE, Esq.

VINERIAN PROFESSOR OF LAW,

AND

SOLICITOR GENERAL TO HER MAJESTY.

OXFORD,

PRINTED AT THE CLARENDON PRESS.

M. DCC. LXV.

UPON the Norman conquest the feodal law was introduced here in all it's rigor, the whole of which is built on a military plan. I shall not now enter into the particulars of that constitution, which belongs more properly to the next part of our commentaries: but shall only observe, that, in consequence thereof, all the lands in the kingdom were divided into what were called knight's fees, in number above sixty thousand; and for every knight's fee a knight or soldier, *miles*, was bound to attend the king in his wars, for forty days in a year; in which space of time, before war was reduced to a science, the campaign was generally finished, and a kingdom either conquered or victorious[e]. By this means the king had, without any expense, an army of sixty thousand men always ready at his command. And accordingly we find one, among the laws of William the conqueror[f], which in the king's name commands and firmly enjoins the personal attendance of all knights and others; "*quod habeant et teneant se semper in armis et equis, ut decet et oportet; et quod semper sint prompti et parati ad servitium suum integrum nobis explendum et peragendum, cum opus adfuerit, secundum quod debent de feodis et tenementis suis de jure nobis facere.*" This personal service in process of time degenerated into pecuniary commutations or aids, and at last the military part of the feodal system was abolished at the restoration, by statute 12 Car. II. c. 24.

[e] The Poles are, even at this day, so tenacious of their antient constitution, that their pospolite, or militia, cannot be compelled to serve above six weeks, or forty days, in a year. Mod. Univ. Hist. xxxiv. 12.

[f] c. 58. See Co. Litt. 75, 76.

IN the mean time we are not to imagine that the kingdom was left wholly without defence, in case of domestic insurrections, or the prospect of foreign invasions. Besides those, who by their military tenures were bound to perform forty days service in the field, the statute of Winchester[g] obliged every man, according to his estate and degree, to provide a determinate quantity of such arms as were then in use, in order to keep the peace: and constables were appointed in all hundreds to see that such arms were provided. These weapons were changed, by the statute 4 & 5 Ph. & M. c. 2. into others of more modern service; but both this and the former provision were repealed in the reign of James I[h]. While these continued in force, it was usual from time to time for our princes to to issue commissions of array, and send into every county officers in whom they could confide, to muster and array (or set in military order) the inhabitants of every district: and the form of the commission of array was settled in parliament in the 5 Hen. IV[i]. But at the same time it was provided[k], that no man should be compelled to go out of the kingdom at any rate, nor out of his shire but in cases of urgent necessity; nor should provide soldiers unless by consent of parliament. About the reign of king Henry the eighth, and his children, lord lieutenants began to be introduced, as standing representatives of the crown, to keep the counties in military order; for we find them mentioned as known officers in the statute 4 & 5 Ph. & M. c. 3. though they had not been then long in use, for Camden speaks of them[l], in the time of queen Elizabeth, as extraordinary magistrates constituted only in times of difficulty and danger.

[g] 13 Edw. I. c. 6.

[h] Stat. 1 Jac. I. c. 25. 21 Jac. I. c. 28.

[i] Rushworth. part 3. pag. 667.

[k] Stat. 1 Edw III. st. 2. c. 5 & 7. 25 Edw. III. st. 5. c. 8.

[l] Brit. 103. Edit. 1594.

# Exhibit 39

8 Stat 12 (U.S. Treaty), 1778 WL 38 (U.S. Treaty)

UNITED STATES OF AMERICA

France

Treaty of Amity and Commerce Between the United States of America and His Most Christian Majesty.

Feb. 6, 1778.

TREATY OF AMITY AND COMMERCE.

ARTICLE I.

ARTICLE II.

ARTICLE III.

ARTICLE IV.

ARTICLE V.

ARTICLE VI.

ARTICLE VII.

ARTICLE VIII.

ARTICLE IX.

ARTICLE X.

[1] ARTICLE XI.

ARTICLE XII.

ARTICLE XIII.

ARTICLE XIV.

ARTICLE XV.

ARTICLE XVI.

ARTICLE XVII.

ARTICLE XVIII.

ARTICLE XIX.

ARTICLE XX.

ARTICLE XXI.

ARTICLE XXII.

ARTICLE XXIII.

ARTICLE XXIV.

ARTICLE XXV.

ARTICLE XXVI.

ARTICLE XXVII.

ARTICLE XXVIII.

ARTICLE XXIX.

ARTICLE XXX.

ARTICLE XXXI.

TREATY OF AMITY AND COMMERCE.

***1** THE Most Christian King, and the thirteen United States of North America, to wit: New Hampshire, Massachusetts Bay, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina, and Georgia, willing to fix in an equitable and permanent manner, the rules which ought to be followed relative to the correspondence and commerce which the two parties desire to establish, between their respective countries, states and subjects, his Most Christian Majesty and the said United States, have judged that the said end could not be better obtained than by taking for the basis of their agreement, the most perfect equality and reciprocity, and by carefully avoiding all those burthensome preferences which are usually sources of debate, embarrassment and discontent; by leaving also each party at liberty to make, respecting commerce and navigation, those interior regulations which it shall find most convenient to itself; and by founding the advantage of commerce solely upon reciprocal utility, and the just rules of free intercourse; reserving withal to each party the liberty of admitting at its pleasure, other nations to a participation of the same advantages. It is in the spirit of this intention, and to fulfil these views, that his said Majesty having named and appointed for his plenipotentiary, Conrad Alexander Gerard, Royal *Syndic* of the city of Strasbourg, Secretary of his Majesty's Council of State; and the United States on their part, having fully impowered Benjamin Franklin, Deputy from the state of Pennsylvania to the General Congress, and President of the Convention of said state; Silas Deane, late Deputy from the state of Connecticut to the said Congress, and Arthur Lee, Councellor at Law; the said respective plenipotentiaries after exchanging their powers, and after mature deliberation, have concluded and agreed upon the following articles.

ARTICLE I.

There shall be a firm, inviolable and universal peace, and a true and sincere friendship between the Most Christian King, his heirs and successors, and the United States of America; and the subjects of the Most Christian King and of the said States; and between the countries, islands, cities and towns, situate under the jurisdiction of the Most Christian King and of the said

ARTICLE XXII.

It shall not be lawful for any foreign privateers, not belonging to subjects of the Most Christian King, nor citizens of the said United States, who have commissions from any other Prince or State in enmity with either nation, to fit their ships in the ports of either the one or the other of the aforesaid parties, to sell what they have taken, or in any other manner whatsoever to exchange their ships, merchandizes, or any other lading; neither shall they be allowed even to purchase victuals, except such as shall be necessary for their going to the next port of that Prince or State from which they have commissions.

ARTICLE XXIII.

***7** It shall be lawful for all and singular the subjects of the Most Christian King, and the citizens, people and inhabitants of the said United States, to sail with their ships with all manner of liberty and security, no distinction being made, who are the proprietors of the merchandizes laden thereon, from any port to the places of those who now are or hereafter shall be at enmity with the Most Christian King, or the United States. It shall likewise be lawful for the subjects and inhabitants aforesaid, to sail with the ships and merchandizes aforementioned, and to trade with the same liberty and security from the places, ports and havens of those who are enemies of both or either party, without any opposition or disturbance whatsoever, not only directly from the places of the enemy aforementioned to neutral places, but also from one place belonging to an enemy, to another place belonging to an enemy, whether they be under the jurisdiction of the same Prince, or under several. And it is hereby stipulated, that free ships shall also give a freedom to goods, and that every thing shall be deemed to be free and exempt which shall be found on board the ships belonging to the subjects of either of the confederates, although the whole lading, or any part thereof should appertain to the enemies of either, contraband goods being always excepted. It is also agreed in like manner, that the same liberty be extended to persons who are on board a free ship, with this effect, that although they be enemies to both or either party, they are not to be taken out of that free ship, unless they are soldiers and in actual service of the enemies.

ARTICLE XXIV.

This liberty of navigation and commerce shall extend to all kinds of merchandizes, excepting those only which are distinguished by the name of contraband, and under this name of contraband or prohibited goods, shall be comprehended arms, great guns, bombs with the fuzes, and other things belonging to them, cannon ball, gunpowder, match, pikes, swords, lances, spears, halberds, mortars, petards, granades, saltpetre, muskets, musket ball, bucklers, helmets, breast plates, coats of mail, and the like kinds of arms, proper for arming soldiers, musket rests, belts, horses with their furniture, and all other warlike instruments whatever. These merchandizes which follow shall not be reckoned among contraband or prohibited goods; that is to say, all sorts of cloths, and all other manufactures woven of any wool, flax, silk, cotton, or any other materials whatever, all kinds of wearing apparel, together with the species whereof they are used to be made, gold and silver, as well coined as uncoined, tin, iron, latten, copper, brass, coals; as also wheat and barley, and any other kind of corn and pulse; tobacco, and likewise all manner of spices; salted and smoked flesh, salted fish, cheese and butter, beer, oils, wines, sugars, and all sorts of salts; and in general all provisions which serve for the nourishment of mankind and the sustenance of life; furthermore, all kinds of cotton, hemp, flax, tar, pitch, ropes, cables, sails, sail cloths, anchors and any parts of anchors, also ships' masts, planks, boards and beams of what trees soever; and all other things proper either for building or repairing ships, and all other goods whatever which have not been worked into the form of any instrument or thing prepared for war by land or by sea, shall not be reputed contraband, much less such as have been already wrought and made up for any other use: all which shall be wholly reckoned among free goods; as likewise all other merchandizes and things which are not comprehended and particularly mentioned in the foregoing enumeration of contraband goods; so that they may be transported and carried in the freest manner by the subjects of both confederates, even to places belonging to an enemy, such towns or places being only excepted, as are at that time besieged, blocked up or invested.

ARTICLE XXV.

# Exhibit 40



FIRST PAGE OF THE WINTHROP MANUSCRIPT
From the original in the Library of the Massachusetts Historical Society

Digitized by Google

*ORIGINAL NARRATIVES*
*OF EARLY AMERICAN HISTORY*

---

# WINTHROP'S JOURNAL

## "HISTORY OF NEW ENGLAND"

## 1630—1649

EDITED BY

JAMES KENDALL HOSMER, LL.D.

CORRESPONDING MEMBER OF THE MASSACHUSETTS HISTORICAL SOCIETY
AND OF THE COLONIAL SOCIETY OF MASSACHUSETTS

*WITH MAPS AND FACSIMILES*

VOLUME I

UNIVERSITY
OF VIRGINIA

CHARLES SCRIBNER'S SONS
NEW YORK
1908

Digitized by Google

Copyright, 1908, by
CHARLES SCRIBNER'S SONS

Printed in the United States of America

*All rights reserved. No part of this book may be reproduced in any form without the permission of Charles Scribner's Sons*

F
67
.W78
1908
v. 1

Digitized by Google

# A CONTINUATION OF THE HISTORY OF NEW ENGLAND[1]

## 1636

8ber (*October*).] AFTER Mr. Endecott and our men were departed from the Pequod,[2] the twenty men of Saybrook lay wind-bound there, and went to fetch some of the Indians' corn; and having fetched every man one sackful to their boat, they returned for more, and having loaded themselves, the Indians set upon them. So they laid down their corn and gave fire upon them, and the Indians shot arrows at them. The place was open for the distance of musket shot, and the Indians kept the covert, save when they came forth, about ten at a time, and discharged their arrows. The English put themselves into a single file, and some ten only (who had pieces which could reach them) shot; the others stood ready to keep them from breaking in upon our men. So they continued the most part of the afternoon. Our men killed some of them, as they supposed, and hurt others; and they shot only one of ours, and he was armed, all the rest being without arms.[3] He was shot through the leg. Their arrows were all shot compass,[4]

[1] The manuscript of this, the second, part of the *Journal*, after having been copied by Savage, while still in his possession was destroyed by fire in 1825. Though his transcript, as he tells us, had not undergone "perfect verification" beyond 1639, there is no reason to think that his usual faithfulness is lacking; while therefore the loss is greatly to be regretted, we can be confident of having an accurate story.

[2] Now the Thames River.

[3] "Armed," that is, provided with defensive armor.

[4] "To keep compass" is in archery, according to the *Century Dictionary*, "to preserve a due elevation." To reach the distant foe the arrows, of necessity, described a high arc within view of the soldiers, who had time to dodge. The helplessness of the savages before fire-arms is very apparent.



Digitized by Google