# Exhibit 41

# AN ESSAY
## Towards a
# REAL CHARACTER,
## And a
# PHILOSOPHICAL LANGUAGE.

By JOHN WILKINS D.D. *Dean of* RIPON,
*And Fellow of the ROYAL SOCIETY.*



*LONDON,*
Printed for SA: GELLIBRAND, and for
*JOHN MARTYN* Printer to the *ROYAL*
*SOCIETY*, 1668.

Case 1:24-cv-00623-JLS-HKS Document 69-8 Filed 03/27/26 Page 3 of 96



IV. Military PERSONS AGGREGATE.

IV. *Military* PERSONS AGGREGATE (*Party of Souldiers, Forces, disband*) may be distributed according to such different names as do denote either the
*Whole*; being an armed Multitude fit to assault or resist, consisting of many (subordinate divisions.
1 ARMY, *Host, Forces, Battalia.*
*Parts*; according to
*The first*; or the *second greatest subdivisions.*
2. BRIGADE, *Battalion, Terce.* REGIMENT, *Legion, Tribune, Colonel.*
*The third*: or *fourth subdivision*, belonging both to Horse and Foot.
3. COMPANY, *Troop, Band, Captain, Centurion.* SQUADRON.
*Order and Situation*; *whether with* || *the side of every one towards the side of the next*: or *the face of every one towards the back of the next*,
4. RANK. FILE, *Roe.*
*Uses and Services* for which such persons are designed; whether
*To march before the Army*, for clearing of the way: or *to follow after*, for help and supply in case of necessity.
5. VANCURRIER. RESERVE.
*To begin the Fight*: or *to ingage in the most difficult services*, being usually a selected Company.
6. FORLORN HOPE. COMMANDED PARTY.
*To take care of* and *defend the Baggage.*
7. TRAIN.

V. AMMUNITION.

V. The Provisions necessary for Offence and Defence are styled by the general name of AMMUNITION, *Magazin, charge, discharge, Arcenal.*

To which may be adjoyned the word BAGGAGE, *Impediments, Luggage, Lumber.*

They are distinguishable according to their Shapes, and those several Uses for which they are designed, into such as are more
*General*; *denoting the common names belonging to things of this nature*; whether such as are || *offensive*: or *defensive.*
1. WEAPON, *Arms offensive.* ARMOUR, *defensive Arms, Mail, Headpiece, Helmet, Scull, Gorget, Gauntlet, Habergeon, &c. Armorer, Armory.*
*Special*; for
*Offence.*
*Comminus*, near hand; being either for
*Striking* chiefly; whether || *bruising*: or *cutting.*
2. CLUB, *Bat, Batoon, Battle-ax, Mace, Pole-ax, Cudgel.* SWORD, *Scimitar, Hanger, Rapier, Tuck, Ponyard, Stilletto, Dagger, Fauchion, Glave, Cutler.*
*Thrusting* chiefly; of which the latter is sometimes used for *striking.*
3. PIKE, *Spear, Launce, Javelin, run at tilt.* HALBERT, *Partizan, Trident.*
*Eminus*, at a distance; whether
*Ancient and less artificial*; denoting either the
*Instrument giving the force*, being of a curved figure and elastical power; *to be held in the hand*, *either* || *immediately*: or *by the stock to which it is fixed.*
4. BOW, *shoot, Archer, Fletcher.* CROSS-BOW, *shoot.*
*Instrument or Weapon projected*; whether || *immediately out of the hand*: or *mediately from something else.*
5. DART, *Javelin, Harping-iron.* ARROW, *Shaft, Bolt.*
*Modern and more artificial*, (i.) fire-Arms; denoting either the
*Vessels giving the force*; *according to the name of* || *the whole kind*: or *of the bigger kind.*
6. GUN,

# Exhibit 42

# The birth, parentage, and education, of Praise-God Barebone. To which is added, an election ballad, or the lamentation of Miss *******. A true but doleful ditty.

Show annotations

ABOUT THIS ITEM

**Title**

The birth, parentage, and education, of Praise-God Barebone. To which is added, an election ballad, or the lamentation of Miss *******. A true but doleful ditty.

**Author**

Hunt, Isaac, ca. 1742-1809.

**Publication**

[Philadelphia] :: Printed [by Andrew Steuart] for Jack Northwester [i.e., Isaac Hunt], at the Sign of the White-Oak in Heart of Oak Street,,

MDCCLXVI. [1766]

**Rights/Permissions**

To the extent possible under law, the Text Creation Partnership has waived all copyright and related or neighboring rights to this keyboarded and encoded edition of the work described above, according to the terms of the CC0 1.0 Public Domain Dedication (http://creativecommons.org/publicdomain/zero/1.0/). This waiver does not extend to any page images or other supplementary files associated with this work, which may be protected by copyright or other license restrictions. Please go to http://www.textcreationpartnership.org/ for more information.

### Subject Terms

Dickinson, John, 1732-1808 -- Caricatures and cartoons.

Presbyterianism -- Anecdotes

Pennsylvania -- Politics and government -- To 1775 -- Anecdotes, facetiae

Poems -- 1766.

Satires.

Ballads.

Dickinson, John, 1732-1808 -- Caricatures and cartoons.

Presbyterianism -- Anecdotes

Pennsylvania -- Politics and government -- To 1775 -- Anecdotes, facetiae

Poems -- 1766.

Satires.

Ballads.

### Link To This Item

`http://name.umdl.umich.edu/N08102.0001.001`

## Cite This Item

"The birth, parentage, and education, of Praise-God Barebone. To which is added, an election ballad, or the lamentation of Miss *******. A true but doleful ditty." In the digital collection *Evans Early American Imprint Collection*. https://name.umdl.umich.edu/N08102.0001.001. University of Michigan Library Digital Collections. Accessed January 30, 2025.

PAGES

PAGE [UNNUMBERED]

PAGE [UNNUMBERED]

THE BIRTH, PARENTAGE, and EDUCATION, OF PRAISE-GOD BAREBONE.

To which is added, An ELECTION BALLAD, OR The LAMENTATION of Miss * * * * * * *. A true but doleful Ditty.

Printed for JACK NORTHWESTER, at the Sign of the *White-Oak* in *Heart of Oak* Street, MDCCLXVI.

PAGE II

# PREFACE, OR AN APOLOGY FOR WRITING THE LIFE OF PRAISE-GOD BAREBONE. * 2.1

REVENGE, by nature, animates each breast,

As fierce in man, as in the savage beast:

Ev'n the vile reptile feels this passion strong;

The abject Worm resents injurious wrong.
Does not the Wasp, provok'd, dart forth his sting?
The patient Swan will sometimes arm his wing.
Nature's the same in All—What wretch so low
Not to rataliate, or resent a blow?
Why then must I *alone* to *insult* yield,
And use no arms but the *defensive* shield?
Shall coward Scandal dare to wound my name,
Publish dis-praise and privately defame?
And blast, by falsehood, what's my greatest good,
A reputation dearer than my blood?
Shall sons of *Belial* saucily presume,
While I must sit, like patience on a tomb?
No:—to *rataliate* is a *nat'ral law*;
Reason, in self-defence, the sword will draw.
Arms less offensive to the Bard belong;
The Pen alone must vindicate his wrong:
Thus, like the fretful Porcupine's, his quill,
Venom'd with gall, his vengeance must fulfil.
Revenge, like Honor, has some noble laws;
Arm me then, Satire, and maintain my cause.

---

PAGE 3

## THE BIRTH, PARENTAGE, AND EDUCATION OF PRAISE-GOD BAREBONE.

TO paint a Puritan, a queer one,
An holy knave, a Prysbyterian,

Teach me, *Erynnis*, for you dwell
'Mongst many *Roundheads* sent to hell.
I ask not now your aid to sing
The worse than murder of our king;
Nor yet the Regicides, old Lambert,
Cromwell, or Bradshaw, now all damn'd for
No solemn covenant of the kirk,
To make rebellion holy work;
Nor the committee's pious board,
Who robb'd the church to serve the Lord;
With eyes turn'd up, devour'd the land,
Then prais'd their God's all-bounteous hand:
Nor yet the downfal of the Rump,
Worn by long sessions to the stump:
Awhile we'll wave these lofty themes,
These cursed principles and schemes.
Suffice it now we draw a saint▪
Of gesture prim, and visage quaint;
With short blue cloak, and prudish band,
And warning hour-glass in his hand:
A little * 3.1 Smec. the epitome
Of Puritan hypocrisy.

---

## PAGE 4

Or, as some say, the true descendant
Of him * 3.2 , who fought for Bear defendant.
Yet for his race, it matters not
Of whom, or where he was begot;

# Exhibit 43

# Essay on the character, manners, and genius of women in different ages. Enlarged from the French of M. Thomas, by Mr. Russell. ; In two volumes. Vol. I[-II].

Show annotations

## ABOUT THIS ITEM

### Title

Essay on the character, manners, and genius of women in different ages. Enlarged from the French of M. Thomas, by Mr. Russell. ; In two volumes. Vol. I[-II].

### Author

Thomas, M. (Antoine Léonard), 1732-1785.

### Publication

Philadelphia: :: Printed and sold by R. Aitken, bookseller, opposite the London-Coffee-House, Front-Street.,

M,DCC,LXXIV. [1774]

### Rights/Permissions

To the extent possible under law, the Text Creation Partnership has waived all copyright and related or neighboring rights to this keyboarded and encoded edition of the work described above, according to the terms of the CC0 1.0 Public Domain Dedication (http://creativecommons.org/publicdomain/zero/1.0/). This waiver does not extend to any page images or other supplementary files associated with this work, which may be protected by copyright or other license restrictions. Please go to http://www.textcreationpartnership.org/ for more information.

### Subject Terms

Women -- History.

Booksellers' advertisements -- Pennsylvania -- Philadelphia.

Women -- History.

Booksellers' advertisements -- Pennsylvania -- Philadelphia.

### Link To This Item

`http://name.umdl.umich.edu/N10774.0001.001`

### Cite This Item

"Essay on the character, manners, and genius of women in different ages. Enlarged from the French of M. Thomas, by Mr. Russell. ; In two volumes. Vol. I[-II]." In the digital collection *Evans Early American Imprint Collection*. https://name.umdl.umich.edu/N10774.0001.001. University of Michigan Library Digital Collections. Accessed January 30, 2025.

### PAGES

PAGE [UNNUMBERED]

PAGE [UNNUMBERED]

ESSAY ON THE CHARACTER, MANNERS, AND GENIUS OF WOMEN IN DIFFERENT AGES.

Enlarged from the French of M. THOMAS, By Mr. RUSSELL.

IN TWO VOLUMES. VOL. I.

PHILADELPHIA: PRINTED AND SOLD BY R. AITKEN, BOOK-SELLER, OPPOSITE THE LONDON-COFFEE-HOUSE, FRONT-STREET. M,DCC,LXXIV.

---

PAGE [UNNUMBERED]

## PREFACE.

> FENELON has left us a treatise on the education of women. Since his time, other authors, more or less celebrated, have written on the same subject; and there is still room for a treatise on female educa|tion. But to supply that want is not the immediate design of this piece: the Author here only presents an historical picture, an assemblage of facts and observations, which may serve as the elements of a didactic work. It will perhaps shew, that wo|men

---

PAGE IV

**PAGE 87**

Mountfort, disputing for her duchy of Bretagne, and fighting herself. Such was that still more celebrated Margaret of Anjou * 5.6 , active and intrepid, general and soldier, whose genius supported a long time a feeble husband; which taught him to conquer; which replaced him upon the throne; which twice relieved him from prison; and, oppressed by fortune and by rebels, which did not bend, till after she had decided in person twelve battles.

The warlike spirit among the women, consistent with ages of barbarism, when every thing is impetuous, because nothing is fixed, and when all excess is the excess of force, continued in Europe upwards of four hundred years, shewing itself from time to time, and always in the middle of convulsions, or on the eve of great revolutions.

But there were eras and countries in which that spirit appeared with particular

**PAGE 88**

lustre. Such were the displays it made in the fifteenth and sixteenth centuries in Hungary, and in the islands of the Ar|chipelago and the Mediterranean, when they were invaded by the Turks.

Every thing conspired to animate the women of those countries with an ex|alted courage:— the prevailing spirit of the foregoing ages; the terror which the name of the Turks inspired; the still more dreadful apprehensions of an un|known enemy; the difference of dress, which has a stronger effect than is com|monly supposed on the imagination of a people; the difference of religion, which produced a kind of sacred horrour; the striking difference of manners; and, above all, the confinement

of the female sex; which, though in the East consi|dered only as a civil and political institu|tion, presented to the women of Europe nothing but the frightful ideas of servi|tude and of a master— the groans of ho|nour, the tears of beauty in the embrace of barbarism, and the double tyranny of love and pride!

---

### PAGE 89

The contemplation of these objects ac|cordingly roused in the hearts of the women a resolute courage to defend themselves, nay sometimes even a courage of enthusiasm, which hurled itself against the enemy; and that courage was aug|mented, by the promises of a religion, which offered eternal happiness in ex|change for the sufferings of a moment.

It is not therefore surprising, that when three beautiful women of the Isle of Cyprus were led prisoners to Selim, to be secluded in the seraglio, one of them preferring death to such a condition, conceived the project of setting fire to the magazine; and, after having commu|nicated her design to the rest, put it in execution; — that the year following, a city of Cyprus being besieged by the Turks, the women ran in crowds, ming|led themselves with the soldiers, and, fighting gallantly in the breach, were the means of saving their country; — that, under Mahomet II. a girl of the isle of Lemnos, armed with the sword and shield of her father, who had fallen in

---

### PAGE 90

battle, opposed the Turks, when they had forced a gate, and chased them to the shore; — that, in Hungary, the wo|men distinguished themselves miraculously in a number of sieges and battles against the Turks *** 5.7** ; — that, in the two celebrat|ed sieges of Rhodes and Malta, the wo|men seconding the zeal of the

knights, discovered upon all occasions the greatest intrepidity: not only that impetuous and temporary impulse which despises death, but that cool and deliberate fortitude which can support the continued hard|ships, the toils, and the miseries of war.

That era, and these multiplied exam|ples of courage among the women merit our most serious attention: but only to consider the revolutions of history, to ob|serve, in the islands of the Archipelago, the descendants of the illustrious Greeks, after a revolution of fifteen hundred years, became Christians, and subjects of the republic of Venice, defending their cities and their coasts against the ravages

---

PAGE 91

of the conquering Tartars, who carried to the countries of Homer and Plato the religion of an Arabian prophet, is an in|teresting spectacle, and teems with reflec|tions of every kind.

The Hungarian women, in their en|counters with the same Tartars, do not pre|sent us with a spectacle less singular. We cannot doubt that it was the double mo|tive of religion and honour, which exalt|ed their courage to such a height: for these are the two principles which in all ages have given birth to the great actions of women.

## SECTION II. Of the Revival of Letters, and the Learn|ing of WOMEN.

WHILE war reigned in Greece, in Hungary, and in the islands of the Mediterranean, which seemed only so many theatres for the illustrious acti|ons of women, another revolution took place in Italy: — the revival of arts and

# Exhibit 44

# The archers, or Mountaineers of Switzerland; an opera, in three acts, as performed by the Old American Company, in New-York; : to which is subjoined a brief historical account of Switzerland, from the dissolution of the Roman Empire, to the final establishment of the Helvetic Confederacy, by the Battle of Sempach.

Show annotations

## ABOUT THIS ITEM

**Title**

The archers, or Mountaineers of Switzerland; an opera, in three acts, as performed by the Old American Company, in New-York; : to which is subjoined a brief historical account of Switzerland, from the dissolution of the Roman Empire, to the final establishment of the Helvetic Confederacy, by the Battle of Sempach.

**Author**

Dunlap, William, 1766-1839.

**Publication**

New-York: :: Printed by T. & J. Swords, no. 99 Pearl-Street.,

--1796.--

### Rights/Permissions

To the extent possible under law, the Text Creation Partnership has waived all copyright and related or neighboring rights to this keyboarded and encoded edition of the work described above, according to the terms of the CC0 1.0 Public Domain Dedication (http://creativecommons.org/publicdomain/zero/1.0/). This waiver does not extend to any page images or other supplementary files associated with this work, which may be protected by copyright or other license restrictions. Please go to http://www.textcreationpartnership.org/ for more information.

### Subject Terms

Operas -- Librettos.

Switzerland -- History -- To 1648.

Plays -- 1796.

Operas -- Librettos.

Switzerland -- History -- To 1648.

Plays -- 1796.

### Link To This Item

`http://name.umdl.umich.edu/N22993.0001.001`

### Cite This Item

"The archers, or Mountaineers of Switzerland; an opera, in three acts, as performed by the Old American Company, in New-York; : to which is subjoined a brief historical account of Switzerland, from the dissolution of the Roman Empire, to the final establishment of the Helvetic Confederacy, by the Battle of Sempach." In the digital collection *Evans Early American Imprint Collection*. https://name.umdl.umich.edu/N22993.0001.001. University of Michigan Library Digital Collections. Accessed January 30, 2025.

PAGES

PAGE [UNNUMBERED]

---

PAGE [UNNUMBERED]

THE ARCHERS, OR MOUNTAINEERS OF SWITZERLAND; TO WHICH IS SUBJOINED A BRIEF HISTORICAL ACCOUNT OF SWITZERLAND.

[COPY RIGHT SECURED.]

---

PAGE [UNNUMBERED]

THE ARCHERS, OR MOUNTAINEERS OF SWITZERLAND; AN OPERA, IN THREE ACTS, AS PERFORMED BY THE OLD AMERICAN COMPANY, IN NEW-YORK; TO WHICH IS SUBJOINED A BRIEF HISTORICAL ACCOUNT OF SWITZERLAND, FROM THE DISSOLUTION OF THE ROMAN EMPIRE, TO THE FINAL ESTABLISHMENT OF THE HELVETIC CONFEDERACY, BY THE BATTLE OF SEMPACH.

NEW-YORK: Printed by T. & J. SWORDS, No. 99 Pearl-Street. —1796.—

---

PAGE [UNNUMBERED]

## PREFACE.

And my bowls?

---

PAGE 15

**LIEUTENANT.**

We'll take care of every thing belonging to you.

**CONRAD.**

O! you're too kind. Cecily, will you go with me?

**CECILY.**

Through the world, Conrad.

**LIEUTENANT.**

O! you belong to him too—I'll take care of you.

**CECILY.**

I can take care of myself, thank ye.

**CONRAD.**

Don't affront him, Cecily, or mayhap you'll have to run the gauntlet too, by way of commencing acquaintance with the regiment.

TRIO.

LIEUTENANT, CONRAD, and CECILY.

**CONRAD.**

These soldiers are devilish kind.

**CECILY.**

Such kindness does not suit for me.

**LIEUTENANT.**

Tho' hand-cuff'd, my lad, you'll soon find
It's only to make you more free.

Come, come pretty maid, frank and free,
You'll be pleas'd with a soldier's life;
My laundress and mistress you'll be,
And to Conrad still prove a good wife.

**CECILY.**

Is this then the way soldiers woo?
If so from my lad I'll ne'er part:
I'll follow him all the world through,
For he's honest and sound at the heart.

**LIEUTENANT.**

Strike up drums.

*(Lieutenant marches off one way, and guard with prisoners another.)*

---

PAGE 16

**SCENE SECOND.**

WILLIAM TELL *is discovered adjusting his Arms—a Hel|met, Cuirass, Cross-bow and Pike lying around—his lit|tle Son trying to draw the Sword.*

**BOY.**

It *won't* come out.

**TELL.**

Thou hast not strength to draw it;
But when thy arm is like thy father's, boy,
'Twill from its scabbard fly as soon as touch'd,
If sense of injury impel the hand.
When thou hast strength, how wilt thou use it, boy?

**BOY.**

I will defend my father and my mother;
And none shall harm our neighbours if I'm by.
These Austrian soldiers too, who look so proud—

**TELL.**

O! thou'rt thy father's, soul and body, lad!

*(Catches him in his arms.)*

*Enter* PORTIA.

**PORTIA.**

How my heart sinks to see these preparations!

**TELL.**

And mine, with virtuous ardour, bounds upright;
Swelling, impatient, to remove the cause.

**PORTIA.**

But then the many who must sink in death,
Whene'er the dread appeal is made to arms!
So many widows weep their husbands slain!

# Exhibit 45

# The history of America. By William Robertson, principal of the University at Edinburgh, historiographer to His Majesty for Scotland, and member of the Royal Academy at Madrid. ; In two volumes. ; Vol. I[-II].

Show annotations

## ABOUT THIS ITEM

### Title

The history of America. By William Robertson, principal of the University at Edinburgh, historiographer to His Majesty for Scotland, and member of the Royal Academy at Madrid. ; In two volumes. ; Vol. I[-II].

### Author

Robertson, William, 1721-1793.

### Publication

New-York: :: Printed for Samuel Campbell, by Robert Wilson.,

M.DCC.XCVIII. [1798]

### Rights/Permissions

To the extent possible under law, the Text Creation Partnership has waived all copyright and related or neighboring rights to this keyboarded and encoded edition of the work described above, according to the terms of the CC0 1.0 Public Domain Dedication (http://creativecommons.org/publicdomain/zero/1.0/). This waiver does not extend to any page images or other supplementary files associated with this work, which may be protected by copyright or other license restrictions. Please go to http://www.textcreationpartnership.org/ for more information.

### Subject Terms

America -- Discovery and exploration.

America -- History.

Latin America -- Bibliography.

Bibliographies.

America -- Discovery and exploration.

America -- History.

Latin America -- Bibliography.

Bibliographies.

### Link To This Item

```
http://name.umdl.umich.edu/N25924.0001.001
```

### Cite This Item

"The history of America. By William Robertson, principal of the University at Edinburgh, historiographer to His Majesty for Scotland, and member of the Royal Academy at Madrid. ; In two volumes. ; Vol. I[-II]." In the digital collection *Evans Early American Imprint Collection*. https://name.umdl.umich.edu/N25924.0001.001. University of Michigan Library Digital Collections. Accessed January 30, 2025.

PAGES

PAGE [UNNUMBERED]

PAGE [UNNUMBERED]

THE HISTORY OF AMERICA.

By WILLIAM ROBERTSON, PRINCIPAL OF THE UNIVERSITY AT EDINBURGH, HISTORIOGRAPHER TO HIS MAJESTY FOR SCOTLAND, AND MEMBER OF THE ROYAL ACADEMY AT MADRID.

IN TWO VOLUMES. VOL. I. *NEW EDITION—CORRECTED.*

NEW-YORK: Printed for SAMUEL CAMPBELL, *By Robert Wilson,* M.DCC.XCVIII.

PAGE [UNNUMBERED]

## PREFACE.

IN fulfilling the engagement which I had come under to the Public, with respect to the HIS|TORY of AMERICA, it was my intention not to have published any part of the work, until the whole was completed. The present state of the British Colonies has induced me to alter that resolution. While they are engaged in civil war with Great Britain, inquiries and specula|tions concerning their ancient forms of policy and laws, which exist no longer, cannot be in|teresting. The attention and expectation of man|kind are now turned towards their future condi|tion. In whatever manner this unhappy contest may terminate, a new order of things must

their relations and friends in that happy region, followed the Spani|ards with eagerness. By this artifice, above forty

---

**PAGE 220**

thousand were decoyed into Hispaniola, to share in the sufferings which were the lot of the inha|bitants of that island, and to mingle their groans and tears with those of that wretched race of men * 7.20 .

* 7.21 THE Spaniards had, for some time, carried on their operations in the mines of Hispaniola with such ardour as well as success, that these seemed to have engrossed their whole attention. The spirit of discovery lanquished; and, since the last voyage of Columbus, no enterprise of any moment had been undertaken. But as the decrease of the In|dians rendered it impossible to acquire wealth in that island with the same rapidity as formerly, this urged some of the more adventurous Spaniards to search for new countries, where their avarice might be gratified with more facility. Juan Ponce de Leon, who commanded under Ovando in the east|ern district of Hispaniola, passed over to the island of St. Juan de Puerto Rico, which Columbus had discovered in his second voyage, and penetrated into the interior part of the country. As he found the soil to be fertile, and expected, from some symptoms, as well as from the information of the inhabitants, to discover mines of gold in the moun|tains, Ovando permitted him to attempt making a settlement in the island. This was easily effected by an officer eminent for conduct no less than for courage. In a few years Puerto Rico was sub|jected to the Spanish government, the natives were reduced to servitude; and, being treated with the same inconsiderate rigour as their neighbours in Hispaniola, the race of original inhabitants, worn out with fatigue and sufferings, was soon extermi|nated. † 7.22

PAGE 221

ABOUT the same time, Juan Diaz de Solis, in conjunction with vincent Yanez Pinzon, one of Columbus's original companions, made a voyage to the continent. They held the same course which Columbus had taken, as far as to the island of Gua|naios; but, standing from thence to the west, they discovered a new and extensive province, after|wards known by the name of Yucatan, and pro|ceeded a considerable way along the coast of that country * 7.23 . Though nothing memorable occurred in this voyage, it deserves notice, because it led to discoveries of greater importance. For the same reason, the voyage of Sebastian de Ocampo, must be mentioned. By the command of Ovando, he sailed round Cuba, and first discovered with cer|tainty, that this country, which Columbus once supposed to be a part of the continent, was a large island † 7.24 .

THIS voyage round Cuba was one of the last occurrences under the administration of Ovando. * 7.25 Ever since the death of Columbus, his son Don Diego had been employed in soliciting Ferdinand to grant him the offices of viceroy and admiral in the New World, together with all the other im|munities and profits which descended to him by inheritance, in consequence of the original capi|tulation with his father. But if these dignities and revenues appeared so considerable to Ferdinand, that, at the expence of being deemed unjust as well as ungrateful, he had wrested them from Co|lumbus, it is not surprising that he should be un|willing to confer them on his son. Accordingly, Don Diego wasted two years in incessant but fruitless importunity. Weary of this, he endea|voured at length to obtain, by a legal sentence,

PAGE 222

what he could not procure from the favour of an interested monarch. He commenced a suit against Ferdinand before the council which managed In|dian affairs, * 7.26 and that court, with integrity which reflects honour upon its proceedings, decided against the king, and sustained Don Diego's claim of the viceroyalty, together with all the other privileges stipulated in the capitulation. Even after this decree, Ferdinand's repugnance to put a subject in possession of such extensive rights, might have thrown in new obstacles, if Don Diego had not taken a step which interested very powerful persons in the success of his claims. The sentence of the council of the Indies gave him a title to a rank so elevated, and a fortune so opulent, that he found no difficulty in concluding a marriage with Donna Maria, Daughter of Don Ferdinand de Toledo, great commendator of Leon, and brother of the Duke of Alva, a nobleman of the first rank, and nearly related to the king. The duke and his family espoused so warmly the cause of their new ally, that Ferdinand could not resist their soli|citations. He recalled Ovando, and appointed Don Diego his successor, though, even in confer|ring this favour, he could not conceal his jealousy; for he allowed him to assume only the title of go|vernor, not that of viceroy, which had been ad|judged to belong to him * 7.27 .

* 7.28 DON Diego quickly repaired to Hispaniola, attended by his brother, his uncles, his wife, whom the courtesy of the Spaniards honoured with the title of vice-queen, and a numerous retinue of persons of both sexes, born of good families. He lived with a splendour and magnificence hitherto unknown in the New World; and the family of Columbus seemed now to enjoy the honours and

---

**PAGE 223**

rewards due to his inventive genius, of which he himself had been cruelly defrauded. The colony itself required new lustre by the accession of so many inhabitants, of a different rank and charac|ter from most of those who had hitherto

# Exhibit 46

THE

# VIEW

OF

# THE MALAYAN ISLES, NEW HOLLAND, AND THE SPICY ISLANDS.

By THOMAS PENNANT, Esq.

VOL. IV.

LONDON:

*Printed by Luke Hansard, Great Turnstile, Lincoln's-Inn Fields,*

AND SOLD BY JOHN WHITE, HORACE'S HEAD, FLEET-STREET.

M.DCCC.

Case 1:24-cv-00623-JLS-HKS Document 69-8 Filed 03/27/26 Page 33 of 96



*Flora*; for variety and ſingularity of vegetation, no part of the torrid zone can (in even far greater ſpace) vie with it in numbers and elegancy. The whole length of the greater portion of this double iſland, I may call it, is ſeventy miles. The intervening ſpace of water is a moſt ſecure and beautiful meandering bay, with numberleſs ſtreams falling from the hills, a bleſſing enjoyed by every ſide of the iſland. *Dampier* * tells us, that the ſea ſurrounding it is a hundred fathom deep; the bottom ſandy and unfit for anchoring, except at the *Ley*, at the weſt end, where it may be done in twenty fathoms.

*Amboina* was diſcovered by *Antonio d'Abreu* †, about the year 1511. It is ſaid to have been even then peopled with *Malayans*, and poſſibly ſome of the *Aborigines*, repreſented as a moſt barbarous race. Their preſent religion is *Mahometaniſm* mixed with *Paganiſm*. By the wooden print given at p. 10. of the old edition of *Heemſkirk*'s Voyage, ſome of the people had no more than a wrapper round their middle, others were cloathed in long garments, and the military in a ſhirt and ſort of ſhort breeches. Their weapons were ſpears, ſcymetars, poiſoned darts blown out of tubes, and even matchlocks, as early as the year 1598, which laſt they probably got from the *Portugueſe*, their firſt maſters: their defenſive arms were ſhields, very long and narrow. *Nieuhoff* gives a print of an *Amboineſe* ſoldier in the *Dutch* ſervice at *Batavia*: many *Amboineſe* are ſettled there, and are repreſented as a moſt dangerous and turbulent people. WHEN DISCOVERED.

THE conqueſt of *Amboina* by the *Portugueſe* aroſe from this circumſtance. In 1546 *Galoun*, governor of *Ternate*, had obſerved great numbers of ſmall veſſels reſorting from *Java*, *Macaſſar*, CONQUERED BY THE PORTUGUESE.

* Voyages, iv. p. 184. † Conquêtes des Portugais, vol. iii. p. 41.

*Banda*,

# Exhibit 47

Bibliophile Edition

THE WAVERLEY NOVELS

*WITH NEW INTRODUCTIONS, NOTES AND GLOSSARIES*
*BY ANDREW LANG*

# IVANHOE

## A Romance

BY

SIR WALTER SCOTT, Bart.

ILLUSTRATED

UNIVERSITY LIBRARY ASSOCIATION
PHILADELPHIA

-00623-JLS-HKS Document 69-8 Filed 03/27/26 F



"A singular novelty," muttered the knight, "to advance to storm such a castle without pennon or banner displayed! — Seest thou who they be that act as leaders?"

"A knight, clad in sable armour, is the most conspicuous," said the Jewess; "he alone is armed from head to heel, and seems to assume the direction of all around him."

"What device does he bear on his shield?" replied Ivanhoe.

"Something resembling a bar of iron, and a padlock painted blue on the black shield." [1]

"A fetterlock and shacklebolt azure," said Ivanhoe; "I know not who may bear the device, but well I ween it might now be mine own. Canst thou not see the motto?"

"Scarce the device itself at this distance," replied Rebecca; "but when the sun glances fair upon his shield, it shows as I tell you."

"Seem there no other leaders?" exclaimed the anxious enquirer.

"None of mark and distinction that I can behold from this station," said Rebecca; "but, doubtless, the other side of the castle is also assailed. They appear even now preparing to advance — God of Zion, protect us! — What a dreadful sight! — Those who advance first bear huge shields and defences

[1] The author has been here upbraided with false heraldry, as having charged metal upon metal. It should be remembered, however, that heraldry had only its first rude origin during the crusades, and that all the minutiæ of its fantastic science were the work of time, and introduced at a much later period. Those who think otherwise must suppose that the Goddess of *Armoirers*, like the Goddess of Arms, sprung into the world completely equipped in all the gaudy trappings of the department she presides over.

# Exhibit 48

-00623-JLS-HKS Document 69-8 Filed 03/27/26

Bibliophile Edition

THE WAVERLEY NOVELS

*WITH NEW INTRODUCTIONS, NOTES AND GLOSSARIES*
*BY ANDREW LANG*

# IVANHOE

A Romance

BY

SIR WALTER SCOTT, Bart.

ILLUSTRATED

UNIVERSITY LIBRARY ASSOCIATION
PHILADELPHIA

-00623-JLS-HKS Document 69-8 Filed 03/27/26 P


the natural elevation of the ground, enabled them to overlook the galleries, and obtain a fair view into the lists. Besides the accommodation which these stations afforded, many hundreds had perched themselves on the branches of the trees which surrounded the meadow; and even the steeple of a country church, at some distance, was crowded with spectators.

It only remains to notice respecting the general arrangement, that one gallery in the very centre of the eastern side of the lists, and consequently exactly opposite to the spot where the shock of the combat was to take place, was raised higher than the others, more richly decorated, and graced by a sort of throne and canopy, on which the royal arms were emblazoned. Squires, pages, and yeomen in rich liveries, waited around this place of honour, which was designed for Prince John and his attendants. Opposite to this royal gallery was another, elevated to the same height, on the western side of the lists; and more gaily, if less sumptuously decorated, than that destined for the Prince himself. A train of pages and of young maidens, the most beautiful who could be selected, gaily dressed in fancy habits of green and pink, surrounded a throne decorated in the same colours. Among pennons and flags bearing wounded hearts, burning hearts, bleeding hearts, bows and quivers, and all the commonplace emblems of the triumphs of Cupid, a blazoned inscription informed the spectators, that this seat of honour was designed for *La Royne de la Beaulté et des Amours*. But who was to represent the Queen of Beauty and of Love on the present occasion, no one was prepared to guess.

Meanwhile, spectators of every description thronged

-00623-JLS-HKS Document 69-8 Filed 03/27/26


forward to occupy their respective stations, and not without many quarrels concerning those which they were entitled to hold. Some of these were settled by the men-at-arms with brief ceremony; the shafts of their battle-axes, and pummels of their swords, being readily employed as arguments to convince the more refractory. Others, which involved the rival claims of more elevated persons, were determined by the heralds, or by the two marshals of the field, William de Wyvil, and Stephen de Martival, who, armed at all points, rode up and down the lists to enforce and preserve good order among the spectators.

Gradually the galleries became filled with knights and nobles, in their robes of peace, whose long and rich-tinted mantles were contrasted with the gayer and more splendid habits of the ladies, who, in a greater proportion than even the men themselves, thronged to witness a sport, which one would have thought too bloody and dangerous to afford their sex much pleasure. The lower and interior space was soon filled by substantial yeomen and burghers, and such of the lesser gentry, as, from modesty, poverty, or dubious title, durst not assume any higher place. It was of course amongst these that the most frequent disputes for precedence occurred.

"Dog of an unbeliever," said an old man, whose threadbare tunic bore witness to his poverty, as his sword, and dagger, and golden chain intimated his pretensions to rank, — "whelp of a she-wolf! darest thou press upon a Christian, and a Norman gentleman of the blood of Montdidier?"

This rough expostulation was addressed to no other than our acquaintance Isaac, who, richly and even magnificently dressed in a gaberdine ornamented with

# Exhibit 49

Bibliophile Edition

THE WAVERLEY NOVELS

*WITH NEW INTRODUCTIONS, NOTES AND GLOSSARIES*
*BY ANDREW LANG*

# IVANHOE

## A Romance

BY

SIR WALTER SCOTT, Bart.

ILLUSTRATED

UNIVERSITY LIBRARY ASSOCIATION
PHILADELPHIA

-00623-JLS-HKS Document 69-8 Filed 03/27/26



want of faith; neither of you can render a reason for your belief or unbelief."

"Benedicite, Sir Templar," replied De Bracy, "I pray you to keep better rule with your tongue when I am the theme of it. By the Mother of Heaven, I am a better Christian man than thou and thy fellowship; for the *bruit* goeth shrewdly out, that the most holy Order of the Temple of Zion nurseth not a few heretics within its bosom, and that Sir Brian de Bois-Guilbert is of the number."

"Care not thou for such reports," said the Templar; "but let us think of making good the castle. —How fought these villain yeomen on thy side?"

"Like fiends incarnate," said De Bracy. "They swarmed close up to the walls, headed, as I think, by the knave who won the prize at the archery, for I knew his horn and baldric. And this is old Fitzurse's boasted policy, encouraging these malapert knaves to rebel against us! Had I not been armed in proof, the villain had marked me down seven times with as little remorse as if I had been a buck in season. He told every rivet on my armour with a cloth-yard shaft, that rapped against my ribs with as little compunction as if my bones had been of iron—But that I wore a shirt of Spanish mail under my plate-coat, I had been fairly sped."

"But you maintained your post?" said the Templar. "We lost the outwork on our part."

"That is a shrewd loss," said De Bracy; "the knaves will find cover there to assault the castle more closely, and may, if not well watched, gain some unguarded corner of a tower, or some forgotten window, and so break in upon us. Our numbers are too few for the defence of every point, and the men complain that they can nowhere show them-

# Exhibit 50

-00623-JLS-HKS Document 69-8 Filed 03/27/26

Bibliophile Edition

THE WAVERLEY NOVELS

*WITH NEW INTRODUCTIONS, NOTES AND GLOSSARIES*
*BY ANDREW LANG*

# IVANHOE

## A Romance

BY

SIR WALTER SCOTT, Bart.

ILLUSTRATED

UNIVERSITY LIBRARY ASSOCIATION
PHILADELPHIA

-00623-JLS-HKS Document 69-8 Filed 03/27/26 P



day, there should be a general tournament, in which all the knights present, who were desirous to win praise, might take part; and being divided into two bands, of equal numbers, might fight it out manfully until the signal was given by Prince John to cease the combat. The elected Queen of Love and Beauty was then to crown the knight whom the Prince should adjudge to have borne himself best in this second day, with a coronet composed of thin gold plate, cut into the shape of a laurel crown. On this second day the knightly games ceased. But on that which was to follow, feats of archery, of bull-baiting, and other popular amusements, were to be practised, for the more immediate amusement of the populace. In this manner did Prince John endeavour to lay the foundation of a popularity, which he was perpetually throwing down by some inconsiderate act of wanton aggression upon the feelings and prejudices of the people.

The lists now presented a most splendid spectacle. The sloping galleries were crowded with all that was noble, great, wealthy, and beautiful, in the northern and midland parts of England; and the contrast of the various dresses of these dignified spectators, rendered the view as gay as it was rich, while the interior and lower space, filled with the substantial burgesses and yeomen of merry England, formed, in their more plain attire, a dark fringe, or border, around this circle of brilliant embroidery, relieving, and, at the same time, setting off its splendour.

The heralds finished their proclamation with their usual cry of "Largesse, largesse, gallant knights!" and gold and silver pieces were showered on them from the galleries, it being a high point of chivalry

-00623-JLS-HKS Document 69-8 Filed 03/27/26


to exhibit liberality towards those whom the age accounted at once the secretaries and the historians of honour. The bounty of the spectators was acknowledged by the customary shouts of "Love of Ladies — Death of Champions — Honour to the Generous — Glory to the Brave!" To which the more humble spectators added their acclamations, and a numerous band of trumpeters the flourish of their martial instruments. When these sounds had ceased, the heralds withdrew from the lists in gay and glittering procession, and none remained within them save the marshals of the field, who, armed cap-a-pie, sat on horseback, motionless as statues, at the opposite end of the lists. Meantime, the enclosed space at the northern extremity of the lists, large as it was, was now completely crowded with knights desirous to prove their skill against the challengers, and, when viewed from the galleries, presented the appearance of a sea of waving plumage, intermixed with glistening helmets, and tall lances, to the extremities of which were, in many cases, attached small pennons of about a span's breadth, which, fluttering in the air as the breeze caught them, joined with the restless motion of the feathers to add liveliness to the scene.

At length the barriers were opened, and five knights, chosen by lot, advanced slowly into the area; a single champion riding in front, and the other four following in pairs. All were splendidly armed, and my Saxon authority (in the Wardour Manuscript) records at great length their devices, their colours, and the embroidery of their horse trappings. It is unnecessary to be particular on these subjects. To borrow lines from a contemporary poet, who has written but too little —

# Exhibit 51

Bibliophile Edition

THE WAVERLEY NOVELS

*WITH NEW INTRODUCTIONS, NOTES AND GLOSSARIES*
*BY ANDREW LANG*

# IVANHOE

## A Romance

BY

SIR WALTER SCOTT, Bart.

ILLUSTRATED

UNIVERSITY LIBRARY ASSOCIATION
PHILADELPHIA

-00623-JLS-HKS Document 69-8 Filed 03/27/26 P



The parts being thus distributed to the leaders, they commenced the first assault, of which the reader has already heard the issue.

When the barbican was carried, the Sable Knight sent notice of the happy event to Locksley, requesting him at the same time, to keep such a strict observation on the castle as might prevent the defenders from combining their force for a sudden sally, and recovering the outwork which they had lost. This the knight was chiefly desirous of avoiding, conscious that the men whom he led, being hasty and untrained volunteers, imperfectly armed and unaccustomed to discipline, must, upon any sudden attack, fight at great disadvantage with the veteran soldiers of the Norman knights, who were well provided with arms both defensive and offensive; and who, to match the zeal and high spirit of the besiegers, had all the confidence which arises from perfect discipline and the habitual use of weapons.

The knight employed the interval in causing to be constructed a sort of floating bridge, or long raft, by means of which he hoped to cross the moat in despite of the resistance of the enemy. This was a work of some time, which the leaders the less regretted, as it gave Ulrica leisure to execute her plan of diversion in their favour, whatever that might be.

When the raft was completed, the Black Knight addressed the besiegers: — "It avails not waiting here longer, my friends; the sun is descending to the west — and I have that upon my hands which will not permit me to tarry with you another day. Besides, it will be a marvel if the horsemen [illegible] not upon us from York, unless we speedily [illegible] plish our purpose. Wherefore [illegible]

# Exhibit 52

Bibliophile Edition

THE WAVERLEY NOVELS

*WITH NEW INTRODUCTIONS, NOTES AND GLOSSARIES*
*BY ANDREW LANG*

# IVANHOE

A Romance

BY

SIR WALTER SCOTT, Bart.

ILLUSTRATED

University Library Association
PHILADELPHIA

-00623-JLS-HKS Document 69-8 Filed 03/27/26



and at the acclamations with which it was hailed by the spectators, he drew his sword and waved it in defiance of his conqueror. The Disinherited Knight sprung from his steed, and also unsheathed his sword. The marshals of the field, however, spurred their horses between them, and reminded them, that the laws of the tournament did not, on the present occasion, permit this species of encounter.

"We shall meet again, I trust," said the Templar, casting a resentful glance at his antagonist; "and where there are none to separate us."

"If we do not," said the Disinherited Knight, "the fault shall not be mine. On foot or horseback, with spear, with axe, or with sword, I am alike ready to encounter thee."

More and angrier words would have been exchanged, but the marshals, crossing their lances betwixt them, compelled them to separate. The Disinherited Knight returned to his first station, and Bois-Guilbert to his tent, where he remained for the rest of the day in an agony of despair.

Without alighting from his horse, the conqueror called for a bowl of wine, and opening the beaver, or lower part of his helmet, announced that he quaffed it, "To all true English hearts, and to the confusion of foreign tyrants." He then commanded his trumpet to sound a defiance to the challengers, and desired a herald to announce to them, that he should make no election, but was willing to encounter them in the order in which they pleased to advance against him.

The gigantic Front-de-Bœuf, armed in sable armour, was the first who took the field. He bore on a white shield a black bull's head, half defaced by the numerous encounters which he had under-

-00623-JLS-HKS Document 69-8 Filed 03/27/26 P



gone, and bearing the arrogant motto, *Cave, Adsum.* Over this champion the Disinherited Knight obtained a slight but decisive advantage. Both Knights broke their lances fairly, but Front-de-Bœuf, who lost a stirrup in the encounter, was adjudged to have the disadvantage.

In the stranger's third encounter with Sir Philip Malvoisin, he was equally successful; striking that baron so forcibly on the casque, that the laces of the helmet broke, and Malvoisin, only saved from falling by being unhelmeted, was declared vanquished like his companions.

In his fourth combat with De Grantmesnil, the Disinherited Knight showed as much courtesy as he had hitherto evinced courage and dexterity. De Grantmesnil's horse, which was young and violent, reared and plunged in the course of the career so as to disturb the rider's aim, and the stranger, declining to take the advantage which this accident afforded him, raised his lance, and passing his antagonist without touching him, wheeled his horse and rode back again to his own end of the lists, offering his antagonist, by a herald, the chance of a second encounter. This De Grantmesnil declined, avowing himself vanquished as much by the courtesy as by the address of his opponent.

Ralph de Vipont summed up the list of the stranger's triumphs, being hurled to the ground with such force, that the blood gushed from his nose and his mouth, and he was borne senseless from the lists.

The acclamations of thousands applauded the unanimous award of the Prince and marshals, announcing that day's honours to the Disinherited Knight.

# Exhibit 53

Bibliophile Edition

THE WAVERLEY NOVELS

*WITH NEW INTRODUCTIONS, NOTES AND GLOSSARIES*
*BY ANDREW LANG*

# IVANHOE

A Romance

BY

SIR WALTER SCOTT, Bart.

ILLUSTRATED

UNIVERSITY LIBRARY ASSOCIATION
PHILADELPHIA

-00623-JLS-HKS Document 69-8 Filed 03/27/26



themselves in a double file, precisely opposite to each other, the leader of each party being in the centre of the foremost rank, a post which he did not occupy until each had carefully arranged the ranks of his party, and stationed every one in his place.

It was a goodly, and at the same time an anxious sight, to behold so many gallant champions, mounted bravely, and armed richly, stand ready prepared for an encounter so formidable, seated on their war-saddles like so many pillars of iron, and awaiting the signal of encounter with the same ardour as their generous steeds, which, by neighing and pawing the ground, gave signal of their impatience.

As yet the knights held their long lances upright, their bright points glancing to the sun, and the streamers with which they were decorated fluttering over the plumage of the helmets. Thus they remained while the marshals of the field surveyed their ranks with the utmost exactness, lest either party had more or fewer than the appointed number. The tale was found exactly complete. The marshals then withdrew from the lists, and William de Wyvil, with a voice of thunder, pronounced the signal words — *Laissez aller!* The trumpets sounded as he spoke — the spears of the champions were at once lowered and placed in the rests — the spurs were dashed into the flanks of the horses, and the two foremost ranks of either party rushed upon each other in full gallop, and met in the middle of the lists with a shock, the sound of which was heard at a mile's distance. The rear rank of each party advanced at a slower pace to sustain the defeated, and follow up the success of the victors, of their party.

# Exhibit 54

Bibliophile Edition

THE WAVERLEY NOVELS

*WITH NEW INTRODUCTIONS, NOTES AND GLOSSARIES BY ANDREW LANG*

# IVANHOE

## A Romance

BY

SIR WALTER SCOTT, Bart.

ILLUSTRATED

UNIVERSITY LIBRARY ASSOCIATION
PHILADELPHIA

-00623-JLS-HKS Document 69-8 Filed 03/27/26 P


that they who jest with Majesty even in its gayest mood, are but toying with the lion's whelp, which, on slight provocation, uses both fangs and claws."

"You have touched the very cause of my fear," said the Outlaw; "my men are rough by practice and nature, the King is hasty as well as good-humoured; nor know I how soon cause of offence may arise, or how warmly it may be received — it is time this revel were broken off."

"It must be by your management then, gallant yeoman," said Ivanhoe; "for each hint I have essayed to give him serves only to induce him to prolong it."

"Must I so soon risk the pardon and favour of my Sovereign?" said Robin Hood, pausing for an instant; "but by Saint Christopher, it shall be so. I were undeserving his grace did I not peril it for his good. — Here, Scathlock, get thee behind yonder thicket, and wind me a Norman blast on thy bugle, and without an instant's delay, on peril of your life."

Scathlock obeyed his captain, and in less than five minutes the revellers were startled by the sound of his horn.

"It is the bugle of Malvoisin," said the Miller, starting to his feet, and seizing his bow. The Friar dropped the flagon, and grasped his quarter-staff. Wamba stopt short in the midst of a jest, and betook himself to sword and target. All the others stood to their weapons.

Men of their precarious course of life change readily from the banquet to the battle; and, to Richard, the exchange seemed but a succession of pleasure. He called for his helmet and the most cumbrous parts of his armour, which he had laid

-00623-JLS-HKS Document 69-8 Filed 03/27/26


aside; and while Gurth was putting them on, he laid his strict injunctions on Wilfred, under pain of his highest displeasure, not to engage in the skirmish which he supposed was approaching.

"Thou hast fought for me an hundred times, Wilfred, — and I have seen it. Thou shalt this day look on, and see how Richard will fight for his friend and liegeman."

In the meantime, Robin Hood had sent off several of his followers in different directions, as if to reconnoitre the enemy; and when he saw the company effectually broken up, he approached Richard, who was now completely armed, and, kneeling down on one knee, craved pardon of his Sovereign.

"For what, good yeoman?" said Richard, somewhat impatiently. "Have we not already granted thee a full pardon for all transgressions? Thinkest thou our word is a feather, to be blown backward and forward between us? Thou canst not have had time to commit any new offence since that time?"

"Ay, but I have though," answered the yeoman, "if it be an offence to deceive my prince for his own advantage. The bugle you have heard was none of Malvoisin's, but blown by my direction, to break off the banquet, lest it trenched upon hours of dearer import than to be thus dallied with."

He then rose from his knee, folded his arms on his bosom, and in a manner rather respectful than submissive, awaited the answer of the King, — like one who is conscious he may have given offence, yet is confident in the rectitude of his motive. The blood rushed in anger to the countenance of Richard; but it was the first transient emotion, and his sense of justice instantly subdued it.

"The King of Sherwood," he said, "grudges his

# Exhibit 55

Bibliophile Edition

THE WAVERLEY NOVELS

*WITH NEW INTRODUCTIONS, NOTES AND GLOSSARIES BY ANDREW LANG*

# IVANHOE

A Romance

BY

SIR WALTER SCOTT, Bart.

ILLUSTRATED

UNIVERSITY LIBRARY ASSOCIATION
PHILADELPHIA

-00623-JLS-HKS Document 69-8 Filed 03/27/26 P



eyes were now turned to the Preceptory, expecting the approach of the Grand Master, the champion, and the criminal.

At length the drawbridge fell, the gates opened, and a knight, bearing the great standard of the Order, sallied from the castle, preceded by six trumpets, and followed by the Knights Preceptors, two and two, the Grand Master coming last, mounted on a stately horse, whose furniture was of the simplest kind. Behind him came Brian-de-Bois-Guilbert, armed cap-a-pie in bright armour, but without his lance, shield, and sword, which were borne by his two esquires behind him. His face, though partly hidden by a long plume which floated down from his barret-cap, bore a strong and mingled expression of passion, in which pride seemed to contend with irresolution. He looked ghastly pale, as if he had not slept for several nights, yet reined his pawing war-horse with the habitual ease and grace proper to the best lance of the Order of the Temple. His general appearance was grand and commanding; but, looking at him with attention, men read that in his dark features, from which they willingly withdrew their eyes.

On either side rode Conrade of Mont-Fitchet, and Albert de Malvoisin, who acted as godfathers to the champion. They were in their robes of peace, the white dress of the Order. Behind them followed other Companions of the Temple, with a long train of esquires and pages clad in black, aspirants to the honour of being one day Knights of the Order. After these neophytes came a guard of warders on foot, in the same sable livery, amidst whose partisans might be seen the pale form of the accused, moving with a slow but undismayed step towards

# Exhibit 56

TENNYSON

# THE MARRIAGE OF GERAINT

# GERAINT AND ENID

WITH

INTRODUCTION AND NOTES

BY

G. C. MACAULAY, M.A.
FORMERLY FELLOW OF TRINITY COLLEGE, CAMBRIDGE

London
MACMILLAN AND CO.
AND NEW YORK
1895

[*All rights reserved*]

Generated through HathiTrust on 2026-03-26 14:16 GMT
https://hdl.handle.net/2027/mdp.39015063986056 / Public Domain, Google-digitized

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

24-cv-00623-JLS-HKS Document 69-8 Filed 03/27/26 Page



He put the self-same query, but the man
Not turning round, nor looking at him, said:
'Friend, he that labours for the sparrow-hawk
Has little time for idle questioners.'
Whereat Geraint flash'd into sudden spleen:
'A thousand pips eat up your sparrow-hawk!
Tits, wrens, and all wing'd nothings peck him dead!
Ye think the rustic cackle of your bourg
The murmur of the world! What is it to me?
O wretched set of sparrows, one and all,
Who pipe of nothing but of sparrow-hawks!
Speak, if ye be not like the rest, hawk-mad,
Where can I get me harbourage for the night?
And arms, arms, arms to fight my enemy? Speak!'
Whereat the armourer turning all amazed
And seeing one so gay in purple silks,
Came forward with the helmet yet in hand
And answer'd, 'Pardon me, O stranger knight;
We hold a tourney here to-morrow morn,
And there is scantly time for half the work.
Arms? truth! I know not: all are wanted here.
Harbourage? truth, good truth, I know not, save,
It may be, at Earl Yniol's, o'er the bridge
Yonder.' He spoke and fell to work again.

Then rode Geraint, a little spleenful yet,
Across the bridge that spann'd the dry ravine.
There musing sat the hoary-headed Earl,
(His dress a suit of fray'd magnificence,
Once fit for feasts of ceremony) and said:
'Whither, fair son?' to whom Geraint replied,
'O friend, I seek a harbourage for the night.'
Then Yniol, 'Enter therefore and partake
The slender entertainment of a house
Once rich, now poor, but ever open-door'd.'
'Thanks, venerable friend,' replied Geraint;

Generated through HathiTrust on 2026-03-26 14:16 GMT
https://hdl.handle.net/2027/mdp.39015063986056 / Public Domain, Google-digitized

Digitized by Google
Original from
UNIVERSITY OF MICHIGAN

# Exhibit 57

TENNYSON

# THE MARRIAGE OF GERAINT

# GERAINT AND ENID

WITH

INTRODUCTION AND NOTES

BY

G. C. MACAULAY, M.A.
FORMERLY FELLOW OF TRINITY COLLEGE, CAMBRIDGE

London
MACMILLAN AND CO.
AND NEW YORK
1895

[*All rights reserved*]

Generated through HathiTrust on 2026-03-26 14:16 GMT / https://hdl.handle.net/2027/mdp.39015063986056 / Public Domain, Google-digitized
Digitized by Google
Original from UNIVERSITY OF MICHIGAN

24-cv-00623-JLS-HKS Document 69-8 Filed 03/27/26 Page



Here comes a laggard hanging down his head,
Who seems no bolder than a beaten hound;
Come, we will slay him and will have his horse
And armour, and his damsel shall be ours.'

Then Enid ponder'd in her heart, and said:
'I will go back a little to my lord,
And I will tell him all their caitiff talk;
For, be he wroth even to slaying me,
Far liefer by his dear hand had I die,
Than that my lord should suffer loss or shame.'

Then she went back some paces of return,
Met his full frown timidly firm, and said;
'My lord, I saw three bandits by the rock
Waiting to fall on you, and heard them boast
That they would slay you, and possess your horse
And armour, and your damsel should be theirs.'

He made a wrathful answer: 'Did I wish
Your warning or your silence? one command
I laid upon you, not to speak to me,
And thus ye keep it! Well then, look—for now,
Whether ye wish me victory or defeat,
Long for my life, or hunger for my death,
Yourself shall see my vigour is not lost.'

Then Enid waited pale and sorrowful,
And down upon him bare the bandit three.
And at the midmost charging, Prince Geraint
Drave the long spear a cubit thro' his breast
And out beyond; and then against his brace
Of comrades, each of whom had broken on him
A lance that splinter'd like an icicle,
Swung from his brand a windy buffet out
Once, twice, to right, to left, and stunn'd the twain

Generated through HathiTrust on 2026-03-26 14:15 GMT
https://hdl.handle.net/2027/mdp.39015063986056 / Public Domain, Google-digitized
Digitized by Google
Original from
UNIVERSITY OF MICHIGAN

24-cv-00623-JLS-HKS Document 69-8 Filed 03/27/26 Page



Or slew them, and dismounting like a man
That skins the wild beast after slaying him,
Stript from the three dead wolves of woman born
The three gay suits of armour which they wore,
And let the bodies lie, but bound the suits
Of armour on their horses, each on each,
And tied the bridle-reins of all the three
Together, and said to her, 'Drive them on
Before you;' and she drove them thro' the waste.

He follow'd nearer: ruth began to work
Against his anger in him, while he watch'd
The being he loved best in all the world,
With difficulty in mild obedience
Driving them on: he fain had spoken to her,
And loosed in words of sudden fire the wrath
And smoulder'd wrong that burnt him all within;
But evermore it seem'd an easier thing
At once without remorse to strike her dead,
Than to cry 'Halt,' and to her own bright face
Accuse her of the least immodesty:
And thus tongue-tied, it made him wroth the more
That she *could* speak whom his own ear had heard
Call herself false: and suffering thus he made
Minutes an age: but in scarce longer time
Than at Caerleon the full-tided Usk,
Before he turn to fall seaward again,
Pauses, did Enid, keeping watch, behold
In the first shallow shade of a deep wood,
Before a gloom of stubborn-shafted oaks,
Three other horsemen waiting, wholly arm'd,
Whereof one seem'd far larger than her lord,
And shook her pulses, crying, 'Look, a prize!
Three horses and three goodly suits of arms,
And all in charge of whom? a girl: set on.'
'Nay,' said the second, 'yonder comes a knight.'

Generated through HathiTrust on 2026-03-26 14:15 GMT / https://hdl.handle.net/2027/mdp.39015063986056 / Public Domain, Google-digitized
Digitized by Google
Original from UNIVERSITY OF MICHIGAN

The third, 'A craven; how he hangs his head.'
The giant answer'd merrily, 'Yea, but one?
Wait here, and when he passes fall upon him.'

And Enid ponder'd in her heart and said,
'I will abide the coming of my lord,
And I will tell him all their villainy.
My lord is weary with the fight before,
And they will fall upon him unawares.
I needs must disobey him for his good;
How should I dare obey him to his harm?
Needs must I speak, and tho' he kill me for it,
I save a life dearer to me than mine.'

And she abode his coming, and said to him
With timid firmness, 'Have I leave to speak?'
He said, 'Ye take it, speaking,' and she spoke.

'There lurk three villains yonder in the wood,
And each of them is wholly arm'd, and one
Is larger-limb'd than you are, and they say
That they will fall upon you while ye pass.'

To which he flung a wrathful answer back:
'And if there were an hundred in the wood,
And every man were larger-limb'd than I,
And all at once should sally out upon me,
I swear it would not ruffle me so much
As you that not obey me. Stand aside,
And if I fall, cleave to the better man.'

And Enid stood aside to wait the event,
Not dare to watch the combat, only breathe
Short fits of prayer, at every stroke a breath.
And he, she dreaded most, bare down upon him.
Aim'd at the helm, his lance err'd; but Geraint's,

Generated through HathiTrust on 2026-03-26 14:15 GMT
https://hdl.handle.net/2027/mdp.39015063986056 / Public Domain, Google-digitized

Digitized by Google Original from UNIVERSITY OF MICHIGAN

# Exhibit 58




# THE HOLY BIBLE,

Conteyning the Old Testament, AND THE NEW:

*Newly Translated out of the Originall tongues: & with the former Translations diligently compared and reuised, by his Maiesties speciall Comandement.*

*Appointed to be read in Churches.*

*Imprinted at London by Robert Barker, Printer to the Kings most Excellent Maiestie.*

ANNO DOM. 1611.

Israel? Fill thine horne with oile, and
goe, I will send thee to Iesse the Beth-
lehemite: for I haue prouided mee a
King among his sonnes.
2 And Samuel said, How can I
goe? if Saul heare it, he will kill mee.
And the LORD said, Take an heifer
† with thee, and say, I am come to sacri-
fice to the LORD.

† Hebr. in thine hand.

3 And call Iesse to the sacrifice, and
I will shew thee what thou shalt doe:
and thou shalt anoynt vnto mee him
whom I name vnto thee.
4 And Samuel did that which the
LORD spake, and came to Bethle-
hem: and the elders of the towne trem-
bled at his † comming, and said, Com-
mest thou peaceably?

† Hebr. meeting.

5 And hee said, Peaceably: I am
come to sacrifice vnto the LORD: san-
ctifie your selues, and come with me to
the sacrifice: and he sanctified Iesse, and
his sonnes, and called them to the sa-
crifice.
6 ¶ And it came to passe when they
were come, that he looked on Eliab,
and said, Surely the LORDS anoin-
ted is before him.
7 But the LORD said vnto Sa-
muel, Looke not on his countenance,
or on the height of his stature, because
I haue refused him: for the LORD seeth
not, as man seeth; For man looketh on
the † outward appearance, but the
LORD looketh on the * heart.

† Hebr. eyes. * 1. Chron. 28.9. psal. 7.9. ierem. 11.20. and 17.10. and 20.12.

8 Then Iesse called Abinadab, and
made him passe before Samuel: and he
said, Neither hath the LORD cho-
sen this.
9 Then Iesse made Shammah to
passe by: and he said, Neither hath the
LORD chosen this.
10 Againe Iesse made seuen of his
sonnes to passe before Samuel; and
Samuel said vnto Iesse, The LORD
hath not chosen these.
11 And Samuel saide vnto Iesse,
Are here all thy children? And he said,
There remaineth yet the yongest, and
behold, he keepeth the sheepe. And Sa-
muel said vnto Iesse, * Send, and fetch
him: for we will not sit † downe, till hee
come hither.

* 2. Sam. 7.8. psal. 78.71. † Heb. round.

12 And he sent, and brought him in:
now he was ruddy, and withal † of a beau-
tifull countenance, and goodly to looke
to: And the LORD said, Arise, anoint
him: for this is he.

† Hebr. faire of eyes.

13 Then Samuel tooke the horne of
oile, and annointed him in the midst of
his brethren: and the Spirit of the
LORD came vpon Dauid, from that
day forward: So Samuel rose vp and
went to Ramah.
14 ¶ But the spirit of the LORD
departed from Saul, and an euill spirit
from the LORD || troubled him.

|| Or, terrified.

15 And Sauls seruants said vnto
him, Behold now, an euill spirit from
God troubleth thee.
16 Let our lord now command thy
seruants which are before thee, to seeke
out a man, who is a cunning player on
an harpe: and it shall come to passe
when the euill spirit from God is vpon
thee, that hee shall play with his hand,
and thou shalt be well.
17 And Saul said vnto his seruants,
Prouide mee now a man, that can play
well, and bring him to me.
18 Then answered one of the ser-
uants, and said, Behold, I haue seene a
sonne of Iesse the Bethlehemite, that
is cunning in playing, and a mighty va-
liant man, and a man of warre, and
prudent in || matters, and a comely per-
son, and the LORD is with him.

|| Or, speech.

19 ¶ Wherefore Saul sent messen-
gers vnto Iesse, and said, Send me Da-
uid thy sonne, which is with the sheepe.
20 And Iesse tooke an asse laden
with bread, and a bottle of wine, and
a kid, and sent them by Dauid his sonne
vnto Saul.
21 And Dauid came to Saul, and
stood before him: and hee loued him
greatly, and hee became his armour
bearer.
22 And Saul sent to Iesse, saying,
Let Dauid, I pray thee, stand before
me: for hee hath found fauour in my
sight.
23 And it came to passe, when the
euill spirit from God was vpon Saul,
that Dauid tooke an harpe, and played
with his hand: So Saul was refre-
shed, and was well, and the euill spirit
departed from him.

## CHAP. XVII.

1 The armies of the Israelites, and Philistines beeing readie to battell, 4 Goliath commeth proudly forth, to chalenge a combate. 12 Dauid sent by his father to visit his brethren, taketh the chalenge. 28 Eliab chideth him. 30 He is brought to Saul. 32 He sheweth the reason of his confidence. 38 Without

*Without armour, armed by faith, he slayeth the Giant. 55 Saul taketh notice of Dauid.*

NOw the Philistines gathe-
red together their armies
to battell, and were gathe-
red together at Shochoh,
which belongeth to Iudah,
and pitched betweene Shochoh and A-
zekah, in || Ephes-Dammim.

|| Or, the coast of Dammim.

2 And Saul and the men of Israel
were gathered together, and pitched by
the valley of Elah, and † set the battell
in aray against the Philistines.

† Heb. ranged the battell.

3 And the Philistines stood on a
mountaine on the one side, and Israel
stood on a mountaine on the other side:
and there was a valley betweene them.
4 ¶ And there went out a cham-
pion out of the campe of the Philistines,
named Goliath of Gath: whose height
was sixe cubites and a span.
5 And he had an helmet of brasse vp-
on his head, and he was † armed with
a coate of male: and the weight of the
coat was fiue thousand shekels of brasse.

† Heb. cloathed.

6 And he had greaues of brasse vp-
on his legs, and a || target of brasse be-
tweene his shoulders.

|| Or, gorget.

7 And the staffe of his speare was
like a weauers beame, and his speares
head weighed sixe hundred shekels of y-
ron: and one bearing a shield, went be-
fore him.
8 And hee stood and cried vnto the
armies of Israel, and said vnto them,
Why are yee come out to set your battell
in aray? am not I a Philistine, and you
seruants to Saul? chuse you a man for
you, and let him come downe to me.
9 If he be able to fight with mee,
and to kill me, then will we be your ser-
uants: but if I preuaile against him,
and kill him, then shall yee be our ser-
uants, and serue vs.
10 And the Philistine said, I defie
the armies of Israel this day; giue me
a man, that we may fight together.
11 When Saul and all Israel heard
those words of the Philistine, they were
dismayed, and greatly afraid.
12 ¶ Now Dauid was * the sonne of
that Ephrathite of Bethlehem Iudah,
whose name was Iesse, and hee had
eight sonnes: and the man went a-
mong men for an old man in the dayes
of Saul.

* Chap. 16.1.

13 And the three eldest sonnes of Iesse
went, and followed Saul to the battell:
and the names of his three sonnes that
went to the battell, were, Eliab the first
borne, and next vnto him, Abinadab,
and the third, Shammah.
14 And Dauid was the yongest: and
the three eldest followed Saul.
15 But Dauid went, and returned
from Saul, to feed his fathers sheepe
at Bethlehem.
16 And the Philistine drewe neere,
morning and euening, and presented
himselfe forty dayes.
17 And Iesse said vnto Dauid his
sonne, Take now for thy brethren an
ephah of this parched corne, and these
ten loaues, and run to the campe to thy
brethren.
18 And carie these ten † cheeses vnto
the † Captaine of their thousand, and
looke how thy brethren fare, and take
their pledge.

† Heb. cheeses of milke.
† Heb. captaine of a thousand.

19 Now Saul, and they, and all the
men of Israel were in the valley of E-
lah, fighting with the Philistines.
20 ¶ And Dauid rose vp early in
the morning, and left the sheepe with a
keeper, and tooke, and went, as Iesse
had commanded him; and he came to
the || trench, as the host was going forth
to || the fight, and shouted for the bat-
tell.

|| Or, place of the cariage.
|| Or, battell ray, or place of fight.

21 For Israel and the Philistines
had put the battel in aray, army against
armie.
22 And Dauid left † his cariage in
the hand of the keeper of the cariage,
and ranne into the armie, and came and
† saluted his brethren.

† Hebr. the vessels from vpon him.
† Heb. asked his brethren of peace.

23 And as he talked with them, be-
hold, there came vp the champion (the
Philistine of Gath, Goliath by name)
out of the armies of the Philistines, and
spake according to the same words: and
Dauid heard them.
24 And all the men of Israel, when
they saw the man, fled † from him, and
were sore afraid.

† Heb. from his face.

25 And the men of Israel said, Haue
yee seene this man that is come vp?
Surely to defie Israel is he come vp:
and it shall be that the man who killeth
him, the king wil enrich him with great
riches, and * will giue him his daugh-
ter, and make his fathers house free in
Israel.

* Iosh. 15. 16.

26 And Dauid spake to the men that
stood by him, saying; What shall bee
done to the man that killeth this Phi-
listine, and taketh away the reproch
from Israel? for who is this vncir-
cumcised

# Exhibit 59

# The Holy Bible
# English Standard Version 2001 ESV

Gen 1:1 In the beginning, God created the heavens and the earth.
Gen 1:2 The earth was without form and void, and darkness was over the face of the deep. And the Spirit of God was hovering over the face of the waters.
Gen 1:3 And God said, "Let there be light," and there was light.
Gen 1:4 And God saw that the light was good. And God separated the light from the darkness.
Gen 1:5 God called the light Day, and the darkness he called Night. And there was evening and there was morning, the first day.
Gen 1:6 And God said, "Let there be an expanse in the midst of the waters, and let it separate the waters from the waters."
Gen 1:7 And God made the expanse and separated the waters that were under the expanse from the waters that were above the expanse. And it was so.
Gen 1:8 And God called the expanse Heaven. And there was evening and there was morning, the second day.
Gen 1:9 And God said, "Let the waters under the heavens be gathered together into one place, and let the dry land appear." And it was so.
Gen 1:10 God called the dry land Earth, and the waters that were gathered together he called Seas. And God saw that it was good.
Gen 1:11 And God said, "Let the earth sprout vegetation, plants yielding seed, and fruit trees bearing fruit in which is their seed, each according to its kind, on the earth." And it was so.
Gen 1:12 The earth brought forth vegetation, plants yielding seed according to their own kinds, and trees bearing fruit in which is their seed, each according to its kind. And God saw that it was good.
Gen 1:13 And there was evening and there was morning, the third day.
Gen 1:14 And God said, "Let there be lights in the expanse of the heavens to separate the day from the night. And let them be for signs and for seasons, and for days and years,
Gen 1:15 and let them be lights in the expanse of the heavens to give light upon the earth." And it was so.
Gen 1:16 And God made the two great lights- the greater light to rule the day and the lesser light to rule the night- and the stars.
Gen 1:17 And God set them in the expanse of the heavens to give light on the earth,
Gen 1:18 to rule over the day and over the night, and to separate the light from the darkness. And God saw that it was good.
Gen 1:19 And there was evening and there was morning, the fourth day.
Gen 1:20 And God said, "Let the waters swarm with swarms of living creatures, and let birds fly above the earth across the expanse of the heavens."
Gen 1:21 So God created the great sea creatures and every living creature that moves, with which the waters swarm, according to their kinds, and every winged bird according to its kind. And God saw that it was good.
Gen 1:22 And God blessed them, saying, "Be fruitful and multiply and fill the waters in the seas, and let birds multiply on the earth."
Gen 1:23 And there was evening and there was morning, the fifth day.
Gen 1:24 And God said, "Let the earth bring forth living creatures according to their kinds- livestock and creeping things and beasts of the earth according to their kinds." And it was so.
Gen 1:25 And God made the beasts of the earth according to their kinds and the livestock according to their kinds, and everything that creeps on the ground according to its kind. And God saw that it was good.
Gen 1:26 Then God said, "Let us make man in our image, after our likeness. And let them have dominion over the fish of the sea and over the birds of the heavens and over the livestock and over all the earth and over every creeping thing that creeps on the earth."
Gen 1:27 So God created man in his own image, in the image of God he created him; male and female he created them.
Gen 1:28 And God blessed them. And God said to them, "Be fruitful and multiply and fill the earth and subdue it and have dominion over the fish of the sea and over the birds of the heavens and over every living thing that moves on the earth."
Gen 1:29 And God said, "Behold, I have given you every plant yielding seed that is on the face of all the earth, and every tree with seed in its fruit. You shall have them for food.
Gen 1:30 And to every beast of the earth and to every bird of the heavens and to everything that creeps on the

1Sa 16:20 And Jesse took a donkey laden with bread and a skin of wine and a young goat and sent them by David his son to Saul.
1Sa 16:21 And David came to Saul and entered his service. And Saul loved him greatly, and he became his armor-bearer.
1Sa 16:22 And Saul sent to Jesse, saying, "Let David remain in my service, for he has found favor in my sight."
1Sa 16:23 And whenever the evil spirit from God was upon Saul, David took the lyre and played it with his hand. So Saul was refreshed and was well, and the evil spirit departed from him.
1Sa 17:1 Now the Philistines gathered their armies for battle. And they were gathered at Socoh, which belongs to Judah, and encamped between Socoh and Azekah, in Ephes-dammim.
1Sa 17:2 And Saul and the men of Israel were gathered, and encamped in the Valley of Elah, and drew up in line of battle against the Philistines.
1Sa 17:3 And the Philistines stood on the mountain on the one side, and Israel stood on the mountain on the other side, with a valley between them.
1Sa 17:4 And there came out from the camp of the Philistines a champion named Goliath of Gath, whose height was six cubits and a span.
1Sa 17:5 He had a helmet of bronze on his head, and he was armed with a coat of mail, and the weight of the coat was five thousand shekels of bronze.
1Sa 17:6 And he had bronze armor on his legs, and a javelin of bronze slung between his shoulders.
1Sa 17:7 The shaft of his spear was like a weaver's beam, and his spear's head weighed six hundred shekels of iron. And his shield-bearer went before him.
1Sa 17:8 He stood and shouted to the ranks of Israel, "Why have you come out to draw up for battle? Am I not a Philistine, and are you not servants of Saul? Choose a man for yourselves, and let him come down to me.
1Sa 17:9 If he is able to fight with me and kill me, then we will be your servants. But if I prevail against him and kill him, then you shall be our servants and serve us."
1Sa 17:10 And the Philistine said, "I defy the ranks of Israel this day. Give me a man, that we may fight together."
1Sa 17:11 When Saul and all Israel heard these words of the Philistine, they were dismayed and greatly afraid.
1Sa 17:12 Now David was the son of an Ephrathite of Bethlehem in Judah, named Jesse, who had eight sons. In the days of Saul the man was already old and advanced in years.
1Sa 17:13 The three oldest sons of Jesse had followed Saul to the battle. And the names of his three sons who went to the battle were Eliab the firstborn, and next to him Abinadab, and the third Shammah.
1Sa 17:14 David was the youngest. The three eldest followed Saul,
1Sa 17:15 but David went back and forth from Saul to feed his father's sheep at Bethlehem.
1Sa 17:16 For forty days the Philistine came forward and took his stand, morning and evening.
1Sa 17:17 And Jesse said to David his son, "Take for your brothers an ephah of this parched grain, and these ten loaves, and carry them quickly to the camp to your brothers.
1Sa 17:18 Also take these ten cheeses to the commander of their thousand. See if your brothers are well, and bring some token from them."
1Sa 17:19 Now Saul and they and all the men of Israel were in the valley of Elah, fighting with the Philistines.
1Sa 17:20 And David rose early in the morning and left the sheep with a keeper and took the provisions and went, as Jesse had commanded him. And he came to the encampment as the host was going out to the battle line, shouting the war cry.
1Sa 17:21 And Israel and the Philistines drew up for battle, army against army.
1Sa 17:22 And David left the things in charge of the keeper of the baggage and ran to the ranks and went and greeted his brothers.
1Sa 17:23 As he talked with them, behold, the champion, the Philistine of Gath, Goliath by name, came up out of the ranks of the Philistines and spoke the same words as before. And David heard him.
1Sa 17:24 All the men of Israel, when they saw the man, fled from him and were much afraid.
1Sa 17:25 And the men of Israel said, "Have you seen this man who has come up? Surely he has come up to defy Israel. And the king will enrich the man who kills him with great riches and will give him his daughter and make his father's house free in Israel."
1Sa 17:26 And David said to the men who stood by him, "What shall be done for the man who kills this Philistine and takes away the reproach from Israel? For who is this uncircumcised Philistine, that he should defy the armies of the living God?"
1Sa 17:27 And the people answered him in the same way, "So shall it be done to the man who kills him."
1Sa 17:28 Now Eliab his eldest brother heard when he spoke to the men. And Eliab's anger was kindled against David, and he said, "Why have you come down? And with whom have you left those few sheep in the wilderness? I know your presumption and the evil of your heart, for you have come down to see the battle."
1Sa 17:29 And David said, "What have I done now? Was it not but a word?"

# Exhibit 60


יהוה
THE
HOLY
BIBLE,
Conteyning the Old Testament,
AND THE NEW:
Newly Translated out of the Originall
tongues: & with the former Translations
diligently compared and reuised, by his
Maiesties speciall Comandement.
Appointed to be read in Churches.
Imprinted at London by Robert
Barker, Printer to the Kings
most Excellent Maiestie.
ANNO DOM. 1611.
C. Boel fecit in Richmont.

cumcised Philistine, that he should defie the armies of the liuing God?
27 And the people answered him after this maner, saying, So shall it be done to the man that killeth him.
28 ¶ And Eliab his eldest brother heard when he spake vnto the men, and Eliabs anger was kindled against Dauid, and he said, Why camest thou downe hither? and with whom hast thou left those few sheepe in the wildernesse? I know thy pride, and the naughtinesse of thine heart; for thou art come downe, that thou mightest see the battell.
29 And Dauid saide, What haue I now done? Is there not a cause?
30 ¶ And hee turned from him towards another, and spake after the same † maner: and the people answered him againe after the former maner.
31 And when the words were heard which Dauid spake, they rehearsed them before Saul: and he † sent for him.
32 ¶ And Dauid said to Saul, Let no mans heart faile, because of him: thy seruant will goe and fight with this Philistine.
33 And Saul said to Dauid, Thou art not able to goe against this Philistine, to fight with him: for thou art but a youth, and he a man of warre from his youth.
34 And Dauid said vnto Saul, Thy seruant kept his fathers sheepe, and there came a Lyon, and a Beare, and tooke a ‖ lambe out of the flocke:
35 And I went out after him, and smote him, and deliuered it out of his mouth: and when he arose against me, I caught him by his beard, and smote him, and slew him.
36 Thy seruant slew both the Lyon and the Beare: and this vncircumcised Philistine shall be as one of them, seeing he hath defied the armies of the liuing God.
37 Dauid saide moreouer, The LORD that deliuered me out of the paw of the Lyon, and out of the pawe of the Beare, he will deliuer me out of the hand of this Philistine. And Saul said vnto Dauid, Goe, and the LORD be with thee.
38 ¶ And Saul † armed Dauid with his armour, and hee put an helmet of brasse vpon his head, also he armed him with a coat of male.
39 And Dauid girded his sword vpon his armour, and he assayed to goe, for he had not proued it: and Dauid said vnto Saul, I cannot goe with these: for I haue not proued them. And Dauid put them off him.
40 And hee tooke his staffe in his hand, and chose him fiue smoothe stones out of the ‖ brooke, and put them in a shepheards † bag which he had, euen in a scrip, and his sling was in his hande, and he drew neere to the Philistine.
41 And the Philistine came on and drew neere vnto Dauid, and the man that bare the shield, went before him.
42 And when the Philistine looked about, and saw Dauid, hee disdained him: for he was but a youth, and ruddy, and of a faire countenance.
43 And the Philistine said vnto Dauid, Am I a dog, that thou commest to me with staues? and the Philistine cursed Dauid by his gods.
44 And the Philistine said to Dauid, Come to me, and I will giue thy flesh vnto the foules of the aire, and to the beasts of the field.
45 Then said Dauid to the Philistine, Thou commest to mee with a sword, and with a speare, and with a shield: but I come to thee in the Name of the LORD of hostes, the God of the armies of Israel, whom thou hast defied.
46 This day wil the LORD † deliuer thee into mine hand, and I will smite thee, and take thine head from thee, and I wil giue the carkeises of the host of the Philistines this day vnto the foules of the aire, and to the wild beasts of the earth, that all the earth may know that there is a God in Israel.
47 And all this assembly shal know that the LORD saueth not with sword & speare (for the battell is the LORDS) and he will giue you into our hands.
48 And it came to passe when the Philistine arose, and came, and drewe nigh to meet Dauid, that Dauid hasted, and ran toward the armie to meete the Philistine.
49 And Dauid put his hande in his bag, and tooke thence a stone, and slang it, & smote the Philistine in his forehead, that the stone sunke into his forehead, and he fell vpon his face to the earth.
50 So * Dauid preuailed ouer the Philistine with a sling and with a stone, and smote the Philistine, and slew him, but there was no sword in the hande of Dauid.

Margin notes:
† Hebr. word.
† Heb. tooke him.
‖ Or, kid.
† Heb. cloathed, &c. with his cloathes.
‖ Or, valley.
† Heb. vessell.
† Hebr. shut thee vp.
* Ecclus. 47.4. 1. macc. 4.30.

51 There-

# Exhibit 61


יהוה
THE
HOLY
BIBLE,
Conteyning the Old Testament,
AND THE NEW:
Newly Translated out of the Originall
tongues: & with the former Translations
diligently compared and reuised, by his
Maiesties speciall Comandement.
Appointed to be read in Churches.
Imprinted at London by Robert
Barker, Printer to the Kings
most Excellent Maiestie.
ANNO DOM. 1611.
C. Boel fecit
in Richmont.

captaines of the hoste: ||one of the least
was ouer an hundred, and the greatest,
ouer a thousand.
15 These are they that went ouer
Jorden in the first moneth, when it had
†ouerflowen all his *bankes, and they
put to flight all them of the valleis, both
toward the East, and toward the West.
16 And there came of the children of
Beniamin, and Judah, to the hold vn-
to Dauid.
17 And Dauid went out †to meete
them, and answered and sayd vnto
them: If yee bee come peaceably vnto
me to helpe me, mine heart shall †be knit
vnto you: but if yee be come to betray
me to mine enemies, seeing there is no
||wrong in mine hands: the God of our
fathers looke thereon, and rebuke it.
18 Then †the spirit came vpon A-
masai, who was chiefe of the captaines,
and he sayd, Thine are we, Dauid, and on
thy side, thou sonne of Jesse: Peace,
peace be vnto thee, and peace be to thine
helpers: for thy God helpeth thee. Then
Dauid receiued them, and made them
captaines of the band.
19 And there fell some of Manasseh
to Dauid, when he came with the Phi-
listines against Saul to battell, but
they helped them not. For the Lords
of the Philistines, vpon aduisement,
sent him away, saying, *Hee will fall to
his master Saul, †to the ieopardie of our
heads.
20 As he went to Ziklag, there fell
to him of Manasseh, Adnah, and Jo-
zabad, and Jediel, and Michael, and
Jozabad, and Elihu, and Zilthai, cap-
taines of the thousands that were of
Manasseh.
21 And they helped Dauid ||against
the band of the Rouers: for they were all
mighty men of valour, and were cap-
taines in the hoste.
22 For at that time day by day, there
came to Dauid to helpe him, vntill it
was a great hoste, like the hoste of
God.
23 ¶ And these are the numbers of
the ||bands, that were ready armed to
the warre, and came to Dauid to He-
bron, to turne the kingdome of Saul to
him, according to the word of the
LORD.
24 The children of Judah that bare
shield, and speare, were sixe thousand,
and eight hundred, readie ||armed to the
warre.

||Or, one that was least could resist an hundred, and the greatest a thousand.
†Heb. filled ouer.
*Josh.3.15.
†Heb. before them.
†Heb. be one.
||Or, violence.
†Heb. the Spirit clothed Amasai.
*1.Sam.29.4.
†Heb. on our heads.
||Or, with a band.
||Or, captaines, or, men. Heb. heads.
||Or, prepared.

25 Of the children of Simeon, migh-
ty men of valour for the warre, seuen
thousand and one hundred.
26 Of the children of Leui, foure
thousand and sixe hundred.
27 And Jehoiada was the leader
of the Aaronits, and with him were
three thousand, and seuen hundred.
28 And Zadok, a young man migh-
tie of valour, and of his fathers house
twentie and two captaines.
29 And of the children of Beniamin
the †kinred of Saul three thousand: for
hitherto †the greatest part of them had
kept the ward of the house of Saul.
30 And of the children of Ephraim,
twentie thousand, and eight hundred,
mightie men of valour, †famous
throughout the house of their fathers.
31 And of the halfe tribe of Manasseh,
eighteene thousand, which were ex-
pressed by name, to come and make Da-
uid king.
32 And of the children of Issachar,
which were men that had vnderstan-
ding of the times, to know what Isra-
el ought to doe: the heads of them were
two hundred, and all their brethren
were at their commandement.
33 Of Zebulun, such as went foorth
to battell, ||expert in warre, with all in-
struments of warre, fifty thousand,
which could ||keepe ranke: They were
†not of double heart.
34 And of Naphtali a thousand cap-
taines, and with them, with shield and
speare, thirtie and seuen thousand.
35 And of the Danites, expert in war,
twentie and eight thousand, and sixe
hundred.
36 And of Asher, such as went foorth
to battell, ||expert in warre, fourtie
thousand.
37 And on the other side of Jorden,
of the Reubenites, & the Gadites, and
of the halfe tribe of Manasseh, with all
maner of instruments of warre for the
battell, an hundred and twentie thou-
sand.
38 All these men of warre, that could
keepe ranke, came with a perfect heart
to Hebron, to make Dauid king ouer all
Israel: and all the rest also of Israel,
were of one heart to make Dauid king.
39 And there they were with Dauid
three dayes, eating and drinking: for
their brethren had prepared for them.
40 Moreouer, they that were nigh
them, euen vnto Issachar, and Zebu-

†Heb. brethren.
†Heb. a multitude of them.
†Heb. men of names.
||Or, rangers of battell, or ranged in battell.
||Or, set the battell in aray.
†Heb. without a heart and a heart.
||Or, keeping their ranke.

# Exhibit 62

# The Holy Bible
# English Standard Version 2001 ESV

Gen 1:1 In the beginning, God created the heavens and the earth.
Gen 1:2 The earth was without form and void, and darkness was over the face of the deep. And the Spirit of God was hovering over the face of the waters.
Gen 1:3 And God said, "Let there be light," and there was light.
Gen 1:4 And God saw that the light was good. And God separated the light from the darkness.
Gen 1:5 God called the light Day, and the darkness he called Night. And there was evening and there was morning, the first day.
Gen 1:6 And God said, "Let there be an expanse in the midst of the waters, and let it separate the waters from the waters."
Gen 1:7 And God made the expanse and separated the waters that were under the expanse from the waters that were above the expanse. And it was so.
Gen 1:8 And God called the expanse Heaven. And there was evening and there was morning, the second day.
Gen 1:9 And God said, "Let the waters under the heavens be gathered together into one place, and let the dry land appear." And it was so.
Gen 1:10 God called the dry land Earth, and the waters that were gathered together he called Seas. And God saw that it was good.
Gen 1:11 And God said, "Let the earth sprout vegetation, plants yielding seed, and fruit trees bearing fruit in which is their seed, each according to its kind, on the earth." And it was so.
Gen 1:12 The earth brought forth vegetation, plants yielding seed according to their own kinds, and trees bearing fruit in which is their seed, each according to its kind. And God saw that it was good.
Gen 1:13 And there was evening and there was morning, the third day.
Gen 1:14 And God said, "Let there be lights in the expanse of the heavens to separate the day from the night. And let them be for signs and for seasons, and for days and years,
Gen 1:15 and let them be lights in the expanse of the heavens to give light upon the earth." And it was so.
Gen 1:16 And God made the two great lights- the greater light to rule the day and the lesser light to rule the night- and the stars.
Gen 1:17 And God set them in the expanse of the heavens to give light on the earth,
Gen 1:18 to rule over the day and over the night, and to separate the light from the darkness. And God saw that it was good.
Gen 1:19 And there was evening and there was morning, the fourth day.
Gen 1:20 And God said, "Let the waters swarm with swarms of living creatures, and let birds fly above the earth across the expanse of the heavens."
Gen 1:21 So God created the great sea creatures and every living creature that moves, with which the waters swarm, according to their kinds, and every winged bird according to its kind. And God saw that it was good.
Gen 1:22 And God blessed them, saying, "Be fruitful and multiply and fill the waters in the seas, and let birds multiply on the earth."
Gen 1:23 And there was evening and there was morning, the fifth day.
Gen 1:24 And God said, "Let the earth bring forth living creatures according to their kinds- livestock and creeping things and beasts of the earth according to their kinds." And it was so.
Gen 1:25 And God made the beasts of the earth according to their kinds and the livestock according to their kinds, and everything that creeps on the ground according to its kind. And God saw that it was good.
Gen 1:26 Then God said, "Let us make man in our image, after our likeness. And let them have dominion over the fish of the sea and over the birds of the heavens and over the livestock and over all the earth and over every creeping thing that creeps on the earth."
Gen 1:27 So God created man in his own image, in the image of God he created him; male and female he created them.
Gen 1:28 And God blessed them. And God said to them, "Be fruitful and multiply and fill the earth and subdue it and have dominion over the fish of the sea and over the birds of the heavens and over every living thing that moves on the earth."
Gen 1:29 And God said, "Behold, I have given you every plant yielding seed that is on the face of all the earth, and every tree with seed in its fruit. You shall have them for food.
Gen 1:30 And to every beast of the earth and to every bird of the heavens and to everything that creeps on the

1Ch 11:43 Hanan the son of Maacah, and Joshaphat the Mithnite,
1Ch 11:44 Uzzia the Ashterathite, Shama and Jeiel the sons of Hotham the Aroerite,
1Ch 11:45 Jediael the son of Shimri, and Joha his brother, the Tizite,
1Ch 11:46 Eliel the Mahavite, and Jeribai, and Joshaviah, the sons of Elnaam, and Ithmah the Moabite,
1Ch 11:47 Eliel, and Obed, and Jaasiel the Mezobaite.
1Ch 12:1 Now these are the men who came to David at Ziklag, while he could not move about freely because of Saul the son of Kish. And they were among the mighty men who helped him in war.
1Ch 12:2 They were bowmen and could shoot arrows and sling stones with either the right or the left hand; they were Benjaminites, Saul's kinsmen.
1Ch 12:3 The chief was Ahiezer, then Joash, both sons of Shemaah of Gibeah; also Jeziel and Pelet, the sons of Azmaveth; Beracah, Jehu of Anathoth,
1Ch 12:4 Ishmaiah of Gibeon, a mighty man among the thirty and a leader over the thirty; Jeremiah, Jahaziel, Johanan, Jozabad of Gederah,
1Ch 12:5 Eluzai, Jerimoth, Bealiah, Shemariah, Shephatiah the Haruphite;
1Ch 12:6 Elkanah, Isshiah, Azarel, Joezer, and Jashobeam, the Korahites;
1Ch 12:7 And Joelah and Zebadiah, the sons of Jeroham of Gedor.
1Ch 12:8 From the Gadites there went over to David at the stronghold in the wilderness mighty and experienced warriors, expert with shield and spear, whose faces were like the faces of lions and who were swift as gazelles upon the mountains:
1Ch 12:9 Ezer the chief, Obadiah second, Eliab third,
1Ch 12:10 Mishmannah fourth, Jeremiah fifth,
1Ch 12:11 Attai sixth, Eliel seventh,
1Ch 12:12 Johanan eighth, Elzabad ninth,
1Ch 12:13 Jeremiah tenth, Machbannai eleventh.
1Ch 12:14 These Gadites were officers of the army; the least was a match for a hundred men and the greatest for a thousand.
1Ch 12:15 These are the men who crossed the Jordan in the first month, when it was overflowing all its banks, and put to flight all those in the valleys, to the east and to the west.
1Ch 12:16 And some of the men of Benjamin and Judah came to the stronghold to David.
1Ch 12:17 David went out to meet them and said to them, "If you have come to me in friendship to help me, my heart will be joined to you; but if to betray me to my adversaries, although there is no wrong in my hands, then may the God of our fathers see and rebuke you."
1Ch 12:18 Then the Spirit clothed Amasai, chief of the thirty, and he said, "We are yours, O David, and with you, O son of Jesse! Peace, peace to you, and peace to your helpers! For your God helps you." Then David received them and made them officers of his troops.
1Ch 12:19 Some of the men of Manasseh deserted to David when he came with the Philistines for the battle against Saul. (Yet he did not help them, for the rulers of the Philistines took counsel and sent him away, saying, "At peril to our heads he will desert to his master Saul.")
1Ch 12:20 As he went to Ziklag, these men of Manasseh deserted to him: Adnah, Jozabad, Jediael, Michael, Jozabad, Elihu, and Zillethai, chiefs of thousands in Manasseh.
1Ch 12:21 They helped David against the band of raiders, for they were all mighty men of valor and were commanders in the army.
1Ch 12:22 For from day to day men came to David to help him, until there was a great army, like an army of God.
1Ch 12:23 These are the numbers of the divisions of the armed troops who came to David in Hebron to turn the kingdom of Saul over to him, according to the word of the LORD.
1Ch 12:24 The men of Judah bearing shield and spear were 6,800 armed troops.
1Ch 12:25 Of the Simeonites, mighty men of valor for war, 7,100.
1Ch 12:26 Of the Levites 4,600.
1Ch 12:27 The prince Jehoiada, of the house of Aaron, and with him 3,700.
1Ch 12:28 Zadok, a young man mighty in valor, and twenty-two commanders from his own fathers' house.
1Ch 12:29 Of the Benjaminites, the kinsmen of Saul, 3,000, of whom the majority had to that point kept their allegiance to the house of Saul.
1Ch 12:30 Of the Ephraimites 20,800, mighty men of valor, famous men in their fathers' houses.
1Ch 12:31 Of the half-tribe of Manasseh 18,000, who were expressly named to come and make David king.
1Ch 12:32 Of Issachar, men who had understanding of the times, to know what Israel ought to do, 200 chiefs, and all their kinsmen under their command.
1Ch 12:33 Of Zebulun 50,000 seasoned troops, equipped for battle with all the weapons of war, to help David with singleness of purpose.

1Ch 12:34 Of Naphtali 1,000 commanders with whom were 37,000 men armed with shield and spear.
1Ch 12:35 Of the Danites 28,600 men equipped for battle.
1Ch 12:36 Of Asher 40,000 seasoned troops ready for battle.
1Ch 12:37 Of the Reubenites and Gadites and the half-tribe of Manasseh from beyond the Jordan, 120,000 men armed with all the weapons of war.
1Ch 12:38 All these, men of war, arrayed in battle order, came to Hebron with full intent to make David king over all Israel. Likewise, all the rest of Israel were of a single mind to make David king.
1Ch 12:39 And they were there with David for three days, eating and drinking, for their brothers had made preparation for them.
1Ch 12:40 And also their relatives, from as far as Issachar and Zebulun and Naphtali, came bringing food on donkeys and on camels and on mules and on oxen, abundant provisions of flour, cakes of figs, clusters of raisins, and wine and oil, oxen and sheep, for there was joy in Israel.
1Ch 13:1 David consulted with the commanders of thousands and of hundreds, with every leader.
1Ch 13:2 And David said to all the assembly of Israel, "If it seems good to you and from the LORD our God, let us send abroad to our brothers who remain in all the lands of Israel, as well as to the priests and Levites in the cities that have pasturelands, that they may be gathered to us.
1Ch 13:3 Then let us bring again the ark of our God to us, for we did not seek it in the days of Saul."
1Ch 13:4 All the assembly agreed to do so, for the thing was right in the eyes of all the people.
1Ch 13:5 So David assembled all Israel from the Nile of Egypt to Lebo-hamath, to bring the ark of God from Kiriath-jearim.
1Ch 13:6 And David and all Israel went up to Baalah, that is, to Kiriath-jearim that belongs to Judah, to bring up from there the ark of God, which is called by the name of the LORD who sits enthroned above the cherubim.
1Ch 13:7 And they carried the ark of God on a new cart, from the house of Abinadab, and Uzzah and Ahio were driving the cart.
1Ch 13:8 And David and all Israel were rejoicing before God with all their might, with song and lyres and harps and tambourines and cymbals and trumpets.
1Ch 13:9 And when they came to the threshing floor of Chidon, Uzzah put out his hand to take hold of the ark, for the oxen stumbled.
1Ch 13:10 And the anger of the LORD was kindled against Uzzah, and he struck him down because he put out his hand to the ark, and he died there before God.
1Ch 13:11 And David was angry because the LORD had broken out against Uzzah. And that place is called Perez-uzza to this day.
1Ch 13:12 And David was afraid of God that day, and he said, "How can I bring the ark of God home to me?"
1Ch 13:13 So David did not take the ark home into the city of David, but took it aside to the house of Obed-edom the Gittite.
1Ch 13:14 And the ark of God remained with the household of Obed-edom in his house three months. And the LORD blessed the household of Obed-edom and all that he had.
1Ch 14:1 And Hiram king of Tyre sent messengers to David, and cedar trees, also masons and carpenters to build a house for him.
1Ch 14:2 And David knew that the LORD had established him as king over Israel, and that his kingdom was highly exalted for the sake of his people Israel.
1Ch 14:3 And David took more wives in Jerusalem, and David fathered more sons and daughters.
1Ch 14:4 These are the names of the children born to him in Jerusalem: Shammua, Shobab, Nathan, Solomon,
1Ch 14:5 Ibhar, Elishua, Elpelet,
1Ch 14:6 Nogah, Nepheg, Japhia,
1Ch 14:7 Elishama, Beeliada and Eliphelet.
1Ch 14:8 When the Philistines heard that David had been anointed king over all Israel, all the Philistines went up to search for David. But David heard of it and went out against them.
1Ch 14:9 Now the Philistines had come and made a raid in the Valley of Rephaim.
1Ch 14:10 And David inquired of God, "Shall I go up against the Philistines? Will you give them into my hand?" And the LORD said to him, "Go up, and I will give them into your hand."
1Ch 14:11 And he went up to Baal-perazim, and David struck them down there. And David said, "God has broken through my enemies by my hand, like a bursting flood." Therefore the name of that place is called Baal-perazim.
1Ch 14:12 And they left their gods there, and David gave command, and they were burned.
1Ch 14:13 And the Philistines yet again made a raid in the valley.
1Ch 14:14 And when David again inquired of God, God said to him, "You shall not go up after them; go around and come against them opposite the balsam trees.
1Ch 14:15 And when you hear the sound of marching in the tops of the balsam trees, then go out to battle, for

# Exhibit 63


יהוה
THE
HOLY
BIBLE,
Conteyning the Old Testament,
AND THE NEW:
Newly Translated out of the Originall
tongues: & with the former Translations
diligently compared and reuised, by his
Maiesties speciall Cōmandement.
Appointed to be read in Churches.
Imprinted at London by Robert
Barker, Printer to the Kings
most Excellent Maiestie.
ANNO DOM. 1611.
C. Boel fecit
in Richmont.

2 Then Asa brought out siluer and golde out of the treasures of the house of the LORD, and of the kings house, and sent to Benhadad King of Syria that dwelt at † Damascus, saying;

*† Heb. Darmesek.*

3 There is a league betweene me and thee, as there was betweene my father and thy father: beholde, I haue sent thee siluer and golde, goe, breake thy league with Baasha king of Israel, that he may depart from me.

4 And Benhadad hearkened vnto king Asa, and sent the captaines of † his armies against the cities of Israel: and they smote Ijon, and Dan, and Abel-maim, & all the store-cities of Naphtali.

*† Heb. which were his.*

5 And it came to passe, when Baasha heard it, that hee left off building of Ramah, and let his worke cease.

6 Then Asa the king tooke all Judah, and they caried away the stones of Ramah, and the timber thereof, wherewith Baasha was a building, and hee built therewith Geba and Mizpah.

7 ¶ And at that time Hanani the Seer came to Asa king of Judah, and said vnto him, Because thou hast relyed on the king of Syria, and not relyed on the LORD thy God, therefore is the hoste of the king of Syria escaped out of thine hand.

8 Were * not the Ethiopians and the Lubims a † huge hoste, with very many charets and horsemen? yet because thou diddest relie on the LORD, he deliuered them into thine hand.

**Cha. 14.9.* *† Heb. in abundance.*

9 For the eyes of the LORD run to and fro throughout the whole earth, || to shewe himselfe strong in the behalfe of them, whose heart is perfite towards him. Herein thou hast done foolishly; therefore, from hencefoorth thou shalt haue warres.

*|| Or, strongly to holde with them, &c.*

10 Then Asa was wroth with the Seer, and put him in a prison-house; for he was in a rage with him because of this thing. And Asa † oppressed some of the people the same time.

*† Heb. crushed.*

11 ¶ And behold, the actes of Asa first and last, lo, they are written in the booke of the Kings of Judah and Israel.

12 And Asa in the thirtie and ninth yeere of his reigne, was diseased in his feete, vntill his disease was exceeding great: yet in his disease hee sought not to the LORD, but to the Physicians.

13 ¶ And Asa slept with his fathers, and died in the one and fourtieth yeere of his reigne.

14 And they buried him in his owne sepulchres which he had † made for himselfe in the citie of Dauid, and laide him in the bed, which was filled with sweet odours, and diuers kindes of spices prepared by the Apothecaries arte: & they made a very great burning for him.

*† Heb. digged.*

## CHAP. XVII.

1 Iehoshaphat succeeding Asa, reigneth well, and prospereth. 7 He sendeth Leuites with the Princes to teach Iudah. 10 His enemies being terrified by God, some of them bring him presents and tribute. 12 His greatnesse, captaines and armies.

AND * Jehoshaphat his sonne reigned in his stead, and strengthened himselfe against Israel.

**1. King. 15.24.*

2 And he placed forces in all the fenced cities of Judah, and set garisons in the land of Judah, and in the cities of Ephraim, which Asa his father had taken.

3 And the LORD was with Jehoshaphat, because hee walked in the first wayes of his father Dauid, and sought not vnto Baalim:

4 But sought to the LORD God of his father, and walked in his commandements, and not after the doings of Israel:

5 Therefore the LORD stablished the kingdome in his hand, and all Judah † brought to Jehoshaphat presents, and he had riches and honour in abundance.

*† Heb. gaue.*

6 And his heart was || lift vp in the wayes of the LORD: moreouer hee tooke away the high places and groues out of Judah.

*|| That is, was encouraged.*

7 ¶ Also in the third yeere of his reigne, hee sent to his princes, euen to Benhail, and to Obadiah, and to Zechariah, and to Nethaneel, and to Michaiah, to teach in the cities of Judah:

8 And with them hee sent Leuites, euen Shemaiah, and Nethaniah, and Zebadiah, and Asahel, and Shemiramoth, and Jehonathan, and Adoniiah, and Tobiiah, and Tob-adoniiah, Leuites: and with them, Elishama and Jehoram, Priests.

9 And they taught in Judah, and had the book of the Law of the LORD with them, and went about throughout all the cities of Judah, and taught the people.

10 ¶ And

† Heb. was.

10 ¶ And the feare of the LORD
† fell vpon all the kingdomes of the
lands that were round about Iudah, so
that they made no warre against Ie-
hoshaphat.
11 Also some of the Philistines brought
Iehoshaphat presents, and tribute sil-
uer, and the Arabians brought him
flocks, seuen thousand and seuen hun-
dred rammes, and seuen thousand and
seuen hundred he goats.
12 ¶ And Iehoshaphat waxed great
exceedingly, and he built in Iudah || ca-
stles, and cities of store.

|| Or, palaces

13 And he had much businesse in the
cities of Iudah: and the men of warre,
mightie men of valour, were in Ieru-
salem.
14 And these are the numbers of them
according to the house of their fathers:
Of Iudah, the captaines of thousands,
Adnah the chiefe, and with him mighty
men of valour, three hundred thousand.
15 And † next to him was Iehohanan
the captaine, and with him two hun-
dred and fourescore thousand.

† Heb. at his hand.

16 And next him was Amasiah the
sonne of Zichri, who willingly offered
himselfe vnto the LORD, and with
him two hundred thousand mightie
men of valour.
17 And of Beniamin, Eliada a migh-
tie man of valour, and with him, ar-
med men with bow and shield two
hundred thousand.
18 And next him was Iehoshabad,
and with him an hundred and foure
score thousand, ready prepared for the
warre.
19 These waited on the king, besides
those whom the king put in the fenced
cities throughout all Iudah.

## CHAP. XVIII.

1 Iehoshaphat ioyned in affinitie with Ahab, is perswaded to goe with him against Ramoth Gilead. 4 Ahab seduced by false prophets, according to the worde of Micaiah is slaine there.

NOw Iehoshaphat had ri-
ches and honour in abun-
dance, and ioyned affinitie
with Ahab.
2 * And † after certaine
yeeres, he went downe to Ahab to Sa-
maria: and Ahab killed sheepe and ox-
en for him in abundance, and for the peo-
ple that he had with him, and perswa-
ded him to goe vp with him to Ramoth
Gilead.

* 1. King. 22. 2.
† Heb. at the end of yeeres.

3 And Ahab king of Israel said vn-
to Iehoshaphat king of Iudah, Wilt
thou goe with me to Ramoth Gilead?
And he answered him, I am as thou art,
and my people as thy people, and we will
be with thee in the warre.
4 ¶ And Iehoshaphat saide vnto
the king of Israel, Enquire, I pray
thee, at the word of the LORD to day.
5 Therefore the king of Israel ga-
thered together of prophets foure hun-
dred men, and said vnto them, Shal we
goe to Ramoth Gilead to battel, or shal
I forbeare? And they said, Goe vp, for
God will deliuer it into the kings hand.
6 But Iehoshaphat saide, Is there
not here a Prophet of the LORD † be-
sides, that we might enquire of him?

† Heb. yet or more.

7 And the king of Israel said vnto
Iehoshaphat, There is yet one man, by
whom we may enquire of the LORD:
but I hate him, for he neuer prophesied
good vnto me, but alwayes euill: the
same is Micaiah the sonne of Imla.
And Iehoshaphat saide, Let not the
king say so.
8 And the king of Israel called for
one of his || officers, and saide, † Fetch
quickly Micaiah the sonne of Imla.

|| Or, Eunuches.
† Heb. hasten

9 And the king of Israel and Iehe-
shaphat king of Iudah sate, either of
them on his throne, clothed in their
robes, and they sate in a || voide place at
the entring in of the gate of Samaria,
and all the prophets prophesied before
them.

|| Or, floore.

10 And Zedekiah the sonne of Che-
naanah, had made him hornes of yron,
and said, Thus saith the LORD, With
these thou shalt push Syria, vntil † they
be consumed.

† Hebr. thou consume them.

11 And all the prophets prophesied
so, saying, Goe vp to Ramoth Gilead,
and prosper: for the LORD shall de-
liuer it into the hand of the king.
12 And the messenger that went to
call Micaiah, spake to him, saying, Be-
hold, the words of the prophets declare
good to the king † with one assent: let
thy word therefore, I pray thee, be like
one of theirs, and speake thou good.

† Heb. with one mouth.

13 And Micaiah said, As the LORD
liueth, euen what my God saith, that
will I speake.
14 And when hee was come to the
king, the king sayd vnto him, Micaiah,
shall we goe to Ramoth Gilead to bat-
tell,

# Exhibit 64

# The Holy Bible
# English Standard Version 2001 ESV

Gen 1:1 In the beginning, God created the heavens and the earth.
Gen 1:2 The earth was without form and void, and darkness was over the face of the deep. And the Spirit of God was hovering over the face of the waters.
Gen 1:3 And God said, "Let there be light," and there was light.
Gen 1:4 And God saw that the light was good. And God separated the light from the darkness.
Gen 1:5 God called the light Day, and the darkness he called Night. And there was evening and there was morning, the first day.
Gen 1:6 And God said, "Let there be an expanse in the midst of the waters, and let it separate the waters from the waters."
Gen 1:7 And God made the expanse and separated the waters that were under the expanse from the waters that were above the expanse. And it was so.
Gen 1:8 And God called the expanse Heaven. And there was evening and there was morning, the second day.
Gen 1:9 And God said, "Let the waters under the heavens be gathered together into one place, and let the dry land appear." And it was so.
Gen 1:10 God called the dry land Earth, and the waters that were gathered together he called Seas. And God saw that it was good.
Gen 1:11 And God said, "Let the earth sprout vegetation, plants yielding seed, and fruit trees bearing fruit in which is their seed, each according to its kind, on the earth." And it was so.
Gen 1:12 The earth brought forth vegetation, plants yielding seed according to their own kinds, and trees bearing fruit in which is their seed, each according to its kind. And God saw that it was good.
Gen 1:13 And there was evening and there was morning, the third day.
Gen 1:14 And God said, "Let there be lights in the expanse of the heavens to separate the day from the night. And let them be for signs and for seasons, and for days and years,
Gen 1:15 and let them be lights in the expanse of the heavens to give light upon the earth." And it was so.
Gen 1:16 And God made the two great lights- the greater light to rule the day and the lesser light to rule the night- and the stars.
Gen 1:17 And God set them in the expanse of the heavens to give light on the earth,
Gen 1:18 to rule over the day and over the night, and to separate the light from the darkness. And God saw that it was good.
Gen 1:19 And there was evening and there was morning, the fourth day.
Gen 1:20 And God said, "Let the waters swarm with swarms of living creatures, and let birds fly above the earth across the expanse of the heavens."
Gen 1:21 So God created the great sea creatures and every living creature that moves, with which the waters swarm, according to their kinds, and every winged bird according to its kind. And God saw that it was good.
Gen 1:22 And God blessed them, saying, "Be fruitful and multiply and fill the waters in the seas, and let birds multiply on the earth."
Gen 1:23 And there was evening and there was morning, the fifth day.
Gen 1:24 And God said, "Let the earth bring forth living creatures according to their kinds- livestock and creeping things and beasts of the earth according to their kinds." And it was so.
Gen 1:25 And God made the beasts of the earth according to their kinds and the livestock according to their kinds, and everything that creeps on the ground according to its kind. And God saw that it was good.
Gen 1:26 Then God said, "Let us make man in our image, after our likeness. And let them have dominion over the fish of the sea and over the birds of the heavens and over the livestock and over all the earth and over every creeping thing that creeps on the earth."
Gen 1:27 So God created man in his own image, in the image of God he created him; male and female he created them.
Gen 1:28 And God blessed them. And God said to them, "Be fruitful and multiply and fill the earth and subdue it and have dominion over the fish of the sea and over the birds of the heavens and over every living thing that moves on the earth."
Gen 1:29 And God said, "Behold, I have given you every plant yielding seed that is on the face of all the earth, and every tree with seed in its fruit. You shall have them for food.
Gen 1:30 And to every beast of the earth and to every bird of the heavens and to everything that creeps on the

brought him 7,700 rams and 7,700 goats.
2Ch 17:12 And Jehoshaphat grew steadily greater. He built in Judah fortresses and store cities,
2Ch 17:13 and he had large supplies in the cities of Judah. He had soldiers, mighty men of valor, in Jerusalem.
2Ch 17:14 This was the muster of them by fathers' houses: Of Judah, the commanders of thousands: Adnah the commander, with 300,000 mighty men of valor;
2Ch 17:15 and next to him Jehohanan the commander, with 280,000;
2Ch 17:16 and next to him Amasiah the son of Zichri, a volunteer for the service of the LORD, with 200,000 mighty men of valor.
2Ch 17:17 Of Benjamin: Eliada, a mighty man of valor, with 200,000 men armed with bow and shield;
2Ch 17:18 and next to him Jehozabad with 180,000 armed for war.
2Ch 17:19 These were in the service of the king, besides those whom the king had placed in the fortified cities throughout all Judah.
2Ch 18:1 Now Jehoshaphat had great riches and honor, and he made a marriage alliance with Ahab.
2Ch 18:2 After some years he went down to Ahab in Samaria. And Ahab killed an abundance of sheep and oxen for him and for the people who were with him, and induced him to go up against Ramoth-gilead.
2Ch 18:3 Ahab king of Israel said to Jehoshaphat king of Judah, "Will you go with me to Ramoth-gilead?" He answered him, "I am as you are, my people as your people. We will be with you in the war."
2Ch 18:4 And Jehoshaphat said to the king of Israel, "Inquire first for the word of the LORD."
2Ch 18:5 Then the king of Israel gathered the prophets together, four hundred men, and said to them, "Shall we go to battle against Ramoth-gilead, or shall I refrain?" And they said, "Go up, for God will give it into the hand of the king."
2Ch 18:6 But Jehoshaphat said, "Is there not here another prophet of the LORD of whom we may inquire?"
2Ch 18:7 And the king of Israel said to Jehoshaphat, "There is yet one man by whom we may inquire of the LORD, Micaiah the son of Imlah; but I hate him, for he never prophesies good concerning me, but always evil." And Jehoshaphat said, "Let not the king say so."
2Ch 18:8 Then the king of Israel summoned an officer and said, "Bring quickly Micaiah the son of Imlah."
2Ch 18:9 Now the king of Israel and Jehoshaphat the king of Judah were sitting on their thrones, arrayed in their robes. And they were sitting at the threshing floor at the entrance of the gate of Samaria, and all the prophets were prophesying before them.
2Ch 18:10 And Zedekiah the son of Chenaanah made for himself horns of iron and said, "Thus says the LORD, 'With these you shall push the Syrians until they are destroyed.'"
2Ch 18:11 And all the prophets prophesied so and said, "Go up to Ramoth-gilead and triumph. The LORD will give it into the hand of the king."
2Ch 18:12 And the messenger who went to summon Micaiah said to him, "Behold, the words of the prophets with one accord are favorable to the king. Let your word be like the word of one of them, and speak favorably."
2Ch 18:13 But Micaiah said, "As the LORD lives, what my God says, that I will speak."
2Ch 18:14 And when he had come to the king, the king said to him, "Micaiah, shall we go to Ramoth-gilead to battle, or shall I refrain?" And he answered, "Go up and triumph; they will be given into your hand."
2Ch 18:15 But the king said to him, "How many times shall I make you swear that you speak to me nothing but the truth in the name of the LORD?"
2Ch 18:16 And he said, "I saw all Israel scattered on the mountains, as sheep that have no shepherd. And the LORD said, 'These have no master; let each return to his home in peace.'"
2Ch 18:17 And the king of Israel said to Jehoshaphat, "Did I not tell you that he would not prophesy good concerning me, but evil?"
2Ch 18:18 And Micaiah said, "Therefore hear the word of the LORD: I saw the LORD sitting on his throne, and all the host of heaven standing on his right hand and on his left.
2Ch 18:19 And the LORD said, 'Who will entice Ahab the king of Israel, that he may go up and fall at Ramoth-gilead?' And one said one thing, and another said another.
2Ch 18:20 Then a spirit came forward and stood before the LORD, saying, 'I will entice him.' And the LORD said to him, 'By what means?'
2Ch 18:21 And he said, 'I will go out, and will be a lying spirit in the mouth of all his prophets.' And he said, 'You are to entice him, and you shall succeed; go out and do so.'
2Ch 18:22 Now therefore behold, the LORD has put a lying spirit in the mouth of these your prophets. The LORD has declared disaster concerning you."
2Ch 18:23 Then Zedekiah the son of Chenaanah came near and struck Micaiah on the cheek and said, "Which way did the Spirit of the LORD go from me to speak to you?"
2Ch 18:24 And Micaiah said, "Behold, you shall see on that day when you go into an inner chamber to hide yourself."
2Ch 18:25 And the king of Israel said, "Seize Micaiah and take him back to Amon the governor of the city and to