AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| BENJAMIN HEETER, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    No. 1:24-cv-00623-JLS-HKS |
| LETITIA JAMES, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as local counsel for:

Amicus Armored Republic Holdings LLC; 11226 N. 23rd Avenue, Suite 102B; Phoenix, Ariz. 85029    .

Date:    03/31/2026

/s/ Randy Elf
*Attorney's signature*

Randy Elf, N.Y. No. 2863553
*Printed name and bar number*

Post Office Box 525; Lakewood, N.Y. 14750

*Address*

ForEFilingOnly@gmail.com
*E-mail address*

(202) 423-2122
*Telephone number*

*FAX number*