## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER, et al.,

  Plaintiffs,

v.

LETITIA JAMES, et al.,

  Defendants.

**NOTICE OF ARMORED REPUBLIC HOLDINGS LLC'S MOTION FOR ADMISSION PRO HAC VICE OF JOSEPH BROWN**

Civil Action No.:

No. 1:24-cv-00623-JLS-HKS

PLEASE TAKE NOTICE that, upon the accompanying

- admission-petition form,

- admission-sponsor affidavit,

- attorney's oath,

- civility-principles-and-guidelines oath (signature page only),

- attorney-database and electronic-case-filing registration form, and

- proposed order,

Amicus Armored Republic Holdings LLC ("Armored Republic") will move this Court,

before the Honorable John L. Sinatra, Jr., United States District Judge, at the

Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York

1

14202, at a date and time to be set by the Court, for an order admitting Joseph

Brown pro hac vice as lead counsel for Armored Republic in this action.

Respectfully submitted,

*/s/ Randy Elf*_____
Randy Elf, N.Y. No. 2863553
Post Office Box 525
Lakewood, N. Y. 14750
Telephone (202) 423-2122
ForEFilingOnly@gmail.com

Dated: April 6, 2026                    *Local Counsel for Amicus*

2

**CERTIFICATE OF SERVICE**

I certify that today I filed the **NOTICE OF ARMORED REPUBLIC HOLDINGS LLC'S MOTION FOR ADMISSION PRO HAC VICE OF JOSEPH BROWN** with the Court's electronic-filing system, *see* W.D.N.Y. Loc. R. Civ. P. 5.1(a), which will serve:

| | |
|---|---|
| Nicolas Rotsko | NRotsko@fluet.law |
| Ryan Lane Belka | Ryan.Belka@ag.ny.gov |
| James Thompson | James.Thompson@ag.ny.gov |
| Christopher Sasiadek | Christopher.Sasiadek@erie.gov |
| James Youngs | JYoungs@HancockLaw.com |
| Erica Masler | Erica.Masler@gmail.com |
| Adam Clark | AdamClark@MonroeCounty.gov |
| Robert John Shoemaker | BoShoemaker@MonroeCounty.gov |

/s/ *Randy Elf*
Randy Elf

April 6, 2026

3