**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN HEETER, et al., | **NOTICE OF ARMORED REPUBLIC HOLDINGS LLC'S MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT MOTION** |
|   Plaintiffs, | |
| v. | |
| LETITIA JAMES, et al., | |
|   Defendants. | Civil Action No.: |
| | No. 1:24-cv-00623-JLS-HKS |

PLEASE TAKE NOTICE that, upon the accompanying

- memorandum of law,

- Declaration of Logan Reece,

- proposed brief, and

- proposed order,

Amicus Armored Republic Holdings LLC ("Armored Republic") will move this Court,

before the Honorable John L. Sinatra, Jr., United States District Judge, at the

Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York

14202, at a date and time to be set by the Court, for an order granting Armored

1

Republic leave to file an amicus-curiae brief in support of the Plaintiffs' summary-

judgment motion.

Respectfully submitted,

/s/ Joseph Brown
Joseph Brown
In-House Counsel
Armored Republic Holdings LLC
11226 N. 23rd Avenue, Suite 102B
Phoenix, Ariz. 85029
Telephone (719) 367-3338
jbrown@armoredrepublic.com

*Lead Counsel for Amicus*

*(Pro Hac Vice Application Pending)*

Dated: April 7, 2026

/s/ Randy Elf
Randy Elf, N.Y. No. 2863553
Post Office Box 525
Lakewood, N. Y. 14750
Telephone (202) 423-2122
ForEFilingOnly@gmail.com

*Local Counsel for Amicus*

2

## CERTIFICATE OF SERVICE

I certify that today I filed the **NOTICE OF ARMORED REPUBLIC HOLDINGS LLC'S MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT MOTION** with the Court's electronic-filing system, *see* W.D.N.Y. Loc. R. Civ. P. 5.1(a), which will serve:

| | |
|---|---|
| Nicolas Rotsko | NRotsko@fluet.law |
| Ryan Lane Belka | Ryan.Belka@ag.ny.gov |
| James Thompson | James.Thompson@ag.ny.gov |
| Christopher Sasiadek | Christopher.Sasiadek@erie.gov |
| James Youngs | JYoungs@HancockLaw.com |
| Erica Masler | Erica.Masler@gmail.com |
| Adam Clark | AdamClark@MonroeCounty.gov |
| Robert John Shoemaker | BoShoemaker@MonroeCounty.gov |

/s/ *Randy Elf*_____
Randy Elf

April 7, 2026

3