## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN HEETER, et al., | **ORDER** |
| Plaintiffs, | Civil Action No.: |
| v. | |
| LETITIA JAMES, et al., | No. 1:24-cv-00623-JLS-HKS |
| Defendants. | |

This action is before the Court on Amicus Armored Republic Holdings LLC's motion (ECF No. _____) for leave to file an amicus brief in support of Plaintiffs' summary-judgment motion.

The Court **GRANTS** the motion.

**SO ORDERED** this _____ day of _____ 2026.

<br>

_____
John L. Sinatra, Jr.
United States District Judge