UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER,
JOSEPH WURTEMBERG,
and the FIREARMS POLICY COALITION, INC.

         Plaintiff,

v.

STEVEN G. JAMES,
LETITIA JAMES,
MICHAEL J. KEANE, and
SANDRA DOORLEY, all in their official capacities

         Defendants.

**NOTICE  OF
CROSS-MOTION FOR
SUMMARY JUDGMENT**

Civil Action No.:
1:24-cv-623-JLS

**PLEASE TAKE NOTICE**,

**OBJECT OF MOTION:**     Motion by Defendant, Michael J. Keane, for summary judgment pursuant to Fed. R. Civ. P. 56.

**DATE, TIME AND PLACE OF HEARING:**     To be scheduled by the Honorable Court.

**SUPPORTING PAPERS:**     Declaration of Christopher J. Sasiadek, Esq., dated April 27, 2026, Statement of Facts, dated April 27, 2026 and Memorandum of Law dated April 27, 2026

**GROUNDS FOR RELIEF SOUGHT:**     As to primary relief sought: summary judgment in the Defendant's favor pursuant to Fed. R. Civ. P. 56.

**REPLY PAPERS:**     Defendants anticipate filing and serving reply papers in relation to the within motion.

**ORAL ARGUMENT:**                              If the Court directs that oral
                                                argument of the within motion will
                                                be had, this movants' attorney will
                                                attend at such time and place as may
                                                be directed by the Court.

DATED:       Buffalo, New York
             April 27, 2026

                                                Yours, etc.
                                                JEREMY C. TOTH, Erie County Attorney
                                                and Attorney for Michael J. Keane

                                                By:  _s/Christopher J. Sasiadek_____
                                                Christopher J. Sasiadek, Esq.
                                                Assistant County Attorney, of Counsel
                                                95 Franklin Street, Room 1634
                                                Buffalo, New York, 14202
                                                (716) 858-2200