UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BENJAMIN HEETER,
JOSEPH WURTENBERG,
and the FIREARMS POLICY COALITION, INC.

           Plaintiffs,

vs.

LETITIA JAMES,
STEVEN G. JAMES,
MICHAEL J. KEANE, and
SANDRA DOORLEY

           Defendants.

**ATTORNEY DECLARATION**

**Civil Action No.: 1:24-cv-00623-JLS**

---

### DECLARATION OF CHRISTOPHER J. SASIADEK IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANT MICHAEL J. KEANE'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, CHRISTOPHER J. SASIADEK, am an attorney admitted to practice before the United States District Court for the Western District of New York and make the following Declaration under the penalties of perjury:

1. I am an attorney at law admitted to practice before this Court, and I am Assistant County Attorney to Jeremy C. Toth, Erie County Attorney, attorney for Defendant Erie County District Attorney MICHAEL J. KEANE.

2. As such, I am familiar with the facts and circumstances of this litigation.

3. I make this declaration in opposition to the Plaintiffs' motion for summary judgment and in support of Michael J. Keane's cross-motion for summary judgment.

4. It is the position of Defendant MICHAEL J. KEANE that the challenged statute is constitutional; that the plaintiffs lack standing to sue and their claims are not ripe for adjudication; and that Defendant Keane is not a proper party to the present litigation.

5. Furthermore, Defendant MICHAEL J. KEANE adopts and incorporates by reference the papers in opposition to the plaintiffs' motion for summary judgment and cross-moving for summary judgment and the arguments contained therein submitted by counsel Ryan L. Belka, Esq. on behalf of Defendants LETITIA JAMES and STEVEN G. JAMES.


DATED:    Buffalo, New York
          April 27, 2026 April 27, 2026

                                 Yours truly,

                                 JEREMY C. TOTH
                                 Erie County Attorney
                                 Attorney for Defendants,

                                 By: _____
                                 Christopher J. Sasiadek
                                 Assistant County Attorney, of Counsel
                                 95 Franklin Street, Room 1634
                                 Buffalo, New York 14202
                                 (716) 858-2200