## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all CM/ECF participants on this case.

JEREMY C. TOTH
Erie County Attorney
Attorney for Defendant Michael J. Keane

By: _____
Christopher J. Sasiadek
Assistant County Attorney, of Counsel
95 Franklin Street, Room 1634
Buffalo, New York 14202
(716) 858-2200