UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER, JOSEPH WURTENBERG, and the
FIREARMS POLICY COALITION, INC,

                                 Plaintiffs,

v.

LETITIA JAMES, in her official capacity as Attorney General
of the State of New York, STEVEN G. JAMES, in his official
capacity as Superintendent of the New York State Police, and
MICHAEL J. KEANE, in his official capacity as District
Attorney for the County of Erie, and SANDRA DOORLEY,
in her official capacity as District Attorney for the County of
Monroe,

                                 Defendants.

No. 24-cv-00623 (JLS)

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

      **PLEASE TAKE NOTICE**, that the State Defendants, Letitia James, in her official

capacity as Attorney General of the State of New York, and Steven G. James, in his official

capacity as Superintendent of the New York State Police (collectively the State Defendants), by

their attorney, Letita James, Attorney General of the State of New York, Ryan L. Belka,

Assistant Attorney General, of counsel, cross-moves this Court before the Hon. John L. Sinatra,

Jr., at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, at

a time and date set by the Court, for an order granting summary judgment in State Defendants'

favor and against Plaintiffs, dismissing the Amended Complaint [ECF No. 19] upon the grounds

set forth in the documents listed below submitted in Opposition to Plaintiffs' Motion for

Summary Judgment and in Support of State Defendnats' Cross-Motion for Summary Judgment.

      **PLEASE TAKE FURTHER NOTICE** that the motion is based upon the State

Defendants'  Notice of Cross-Motion for Summary Judgment dated April 27, 2026, State

Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment

and in Support of Its Cross-Motion for Summary Judgment dated April 27, 2026, the Declaration

of Professor Dennis Baron dated August 20, 2025, the Declaration of Professor Benjamin Carp

dated August 18, 2025, the Declaration of Dr. Jaclyn Schildkraut dated August 29, 2025, and the

Declaration of Ryan L. Belka dated April 27, 2026 all submitted in Opposition to Plaintiffs'

Motion for Summary Judgment and in Support of State Defendnats' Cross-Motion for Summary

Judgment.

Dated: Buffalo, New York  
      April 27, 2026

LETITIA JAMES  
Attorney General  
State of New York  
By: /s/ Ryan L. Belka  
RYAN L. BELKA  
JAMES M. THOMPSON  
Assistant Attorneys General  
350 Main Place, Suite 300A  
Buffalo, NY 14202  
(716) 853-8440  
Ryan.Belka@ag.ny.gov  
James.Thompson@ag.ny.gov