UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN HEETER, JOSEPH WURTENBERG, and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York; STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police; MICHAEL J. KEANE, in his official capacity as Acting District Attorney for Erie County, New York, and SANDRA DOORLEY, in her official capacity as District Attorney for Monroe County, New York,<br><br>Defendants. | Case No. 24-CV-00623-JLS-HKS |

## DECLARATION OF PROFESSOR BENJAMIN CARP

I, Benjamin L. Carp, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

### BACKGROUND AND QUALIFICATIONS

1.      I am a Professor of History and the Daniel M. Lyons Chair in American History at Brooklyn College, City University of New York (CUNY). I am also a faculty member affiliated with the History Program at the CUNY Graduate Center. I received my B.A. from Yale University (1998), and my M.A. (1999) and Ph.D. (2004) from the University of Virginia. Prior to my appointment at Brooklyn College in 2014, I taught at the University of Edinburgh and at Tufts University, where I was first awarded tenure. I have taught "American Military History to 1900"

1

at both Brooklyn College and at Tufts: I previously acted as a teaching assistant in a similar course taught by the Civil War historian Gary W. Gallagher at the University of Virginia.

2.      My most recent book, *The Great New York Fire of 1776: A Lost Story of the American Revolution* (New Haven, CT, 2023) is a work of military history that discusses the 1776 campaign. Other relevant publications in the last ten years include: "Revolutionary Wars for a Revolutionary Society: Early American Conflicts," *The Cambridge History of War and Society in America*, ed. Andrew J. Huebner and Jennifer D. Keene (Cambridge, 2026), in press; "Raking among the Ashes: The Distorted History of the Great New York Fire of 1776," in *Rethinking the Revolution in New York*, ed. Thomas S. Wermuth, Jennifer Lemak, and Devin Lander (Ithaca, N.Y., 2026), in press; "Insurgency and War," in *The Cambridge History of the American Revolution*, vol. 2, *Revolution*, ed. Marjoleine Kars, Michael A. McDonnell, and Andrew M. Schocket (Cambridge, 2025), forthcoming; "An Incendiary War: Conspiracies, Disasters, and the American Revolution, 1775–1790," in *Rethinking American Disasters: New Essays in Cultural, Political, and Environmental History*, ed. Cynthia A. Kierner, Matthew Mulcahy, and Liz Skilton (Baton Rouge, LA, 2023); "'The First Incendiary': A Female Firebrand and the New York City Fire of 1776," in *Women Waging War in the American Revolution*, ed. Holly A. Mayer (Charlottesville, VA, 2022); "Jefferson's Embargo: National Intent and Sectional Effects," in *Jeffersonians in Power: The Rhetoric of Opposition Meets the Realities of Governing*, ed. Joanne B. Freeman and Johann N. Neem (Charlottesville, VA, 2019); "'Disreputable among civilized Nations': Destroying Homes during the Revolutionary War," in *Justifying Revolution: Law, Virtue, and Violence in the American War of Independence*, ed. Glenn Moots and Philip Hamilton (Norman, OK, 2018); "'The Unpleasing Part of the Drama': Fear, Devastation, and the Civilian Experience of the Revolutionary War," in *Fear and the Shaping of Early American Societies*, ed.

Lauric Henneton and L. H. Roper (Leiden, 2016); and several book reviews and popular publications.

3. I have been retained by the Office of the Attorney General of New York to provide expert testimony in litigation challenging the state's regulation of body armor. I have reviewed the provisions of the act being challenged in this case, and I have prepared a response based on my training, expertise, and research. I am being compensated at a rate of $350/hour for research, writing, and consultation.

4. I have not previously served as an expert witness. A true and correct copy of my curriculum vitae is attached as Exhibit A to this report.

**SUMMARY OF OPINIONS**

5. Most historians would agree that Americans did not wear defensive armor at the time the Second Amendment was drafted, because it had become functionally obsolete. Because defensive armor was obsolete at the time of the founding, militia and army regulations do not prescribe its use as part of the arms, accoutrements, or uniforms required for service. At the same time, the traditions of English common law had given American governments the power to regulate the wearing of defensive armor for the purposes of keeping the public peace. Technological developments in the twentieth and twenty-first centuries led to the manufacture of new forms of body armor, now used primarily for members of the armed services and law enforcement.

**I.     English and American Law Restricting Body Armor to Peacekeepers**

6. English common law had endeavored to restrict armor to peacekeepers. An English law from the late thirteenth century about tournaments declared, "no Son of a great Lord, that is to say, of an Earl or Baron, shall have other Armour than Mufflers [for the hands] and Cuishes [for

3

the thighs], and Shoulder-Plates, and a Scull-cap, without more….And they who shall come to see the Tournament, shall not be armed with any Manner of Armour." The penalty was forfeiture of one's horse and prison for one year.[1] A 1313 law about parliaments and other assemblies declared "that every Man shall come without all Force and Armour, well and peaceably, to the Honour of Us, and the Peace of Us and our Realm." The law continued, "Prelates, Earls, Barons, and the Commonalty of our Realm, there assembled [to take] Advice of this Business, have said, that to Us it belongeth, and our part is, through our Royal Seigniory, straitly to defend [Force] of Armour, and all other Force against our Peace, at all Times when it shall please Us, and to punish them which shall do contrary, according to [our] Laws and Usages of our Realm." [2]

      7.      In 1351, the king "forbid that any one . . . shall go armed with haketon [a leather jacket], or with plate [metal armor], or with habergeon [a sleeveless mail coat] [or with sword], or with long dagger, or with any other manner of arms suspected" in London or its suburbs or at Westminster. The justification was that "the business of our Lord the King and of his realm has both been impeded, and the great people and others who have come there, by command of the King, have been alarmed thereat," and the king was "desiring to provide a remedy against such evils." There was an exception to this prohibition: "save only the people of our Lord the King, whom he shall see fit to depute to such place as by his command they shall be deputed to, for keeping his peace at the said places; and also, except the officers of the King, according to the form of the Statute made at Norhamptone."[3] The Statute of Northampton (1328) in turn had stated

---

[1] *The Statutes of the Realm: Printed by Command of His Majesty King George the Third; in Pursuance of an Address of the House of Commons of Great Britain; from Original Records and Authentic Manuscripts*, vol. 1 (London, 1963; originally published 1810), 230–31; *Statuta Armorum*. Promulgated *circa* 1295.

[2] UK Parliament. "A Statute Forbidding Bearing of Armour" (Passed Oct. 13, 1313). Accessed July 24, 2025.

[3] "Royal Proclamation as to the Wearing of Arms in the City, and at Westminster; and as to Playing at Games in the Palace at Westminster," 25 Edw. 3 (1351), in Henry Thomas Riley, ed., *Memorials of London and London Life, in the XIIIth, XIVth, and XVth Centuries: Being a Series of Extracts, Local, Social, and Political, From the Early Archives of the City of London, A.D. 1276–1419* (London, 1868), 268–69.

"that no man great nor small," with similar exceptions for the king's peacekeepers, "be so hardy to come before the King's justices, or other of the King's ministers doing their office, with force and arms, nor bring no force in affray of the peace, nor to go nor ride armed by night nor by day, in fairs, markets, nor in the presence of the justices or other ministers, nor in no part elsewhere, upon pain to forfeit their armour to the King, and their bodies to prison at the King's pleasure." Both defensive armor and offensive weaponry, when worn by people other than peacekeepers, constituted an "alarmed threat"; violations would lead to forfeiture of the offender's armor (i.e., arms and armor) or imprisonment.[4]

8.      In William Blackstone's *Commentaries on the Laws of England*, he wrote, "The offence of *riding* or *going armed*, with dangerous or unusual weapons, is a crime against the public peace, by terrifying the good people of the land; and is particularly prohibited by the statute of Northampton, 2 Edw. III c. 3. Upon pain of forfeiture of the arms, and imprisonment during the king's pleasure: in like manner as, by the laws of Solon, every Athenian was finable who walked about the city in armour." English legal scholars understood offensive weapons and defensive armor to be equivalently subject to regulation, because both had the potential to terrify the public.[5]

9.      English common law had historically restricted the bearing of arms and armor to peacekeepers and deemed it otherwise subject to forfeiture. The wearing of armor in public by people other than peacekeepers was understood to be terrifying to the people and therefore subject to prohibition. Sir Edward Coke writes, "One may commit a forcible entry…in respect of the armour or weapons which he hath, that are not usually born, or if he do use violence and threats to

---

[4] "Statute Made at Northampton; in the Second Year of the Reign of K. Edward the Third After the Conquest" (Passed 1328), *The Statutes: Revised Edition, Henry III to James II. A.D. 1235–6—1685,* vol. I (London, 1870), 144-45. For the equivalency of "arms and armor," see "Arms and Armour," *A new law-dictionary: containing the interpretation and definition of words and terms used in the law . . .* (London, 1756), [p. 51].
[5] William Blackstone, *Commentaries on the Laws of England*, book 4, chap. 11, 148–49.

the terror of another."[6] In his discussion of "Affrays," William Hawkins posits that even "where there is no actual Violence," an affray (an offense against common law) may be said to exist "as where a Man arms himself with dangerous and unusual Weapons, in such a Manner as will naturally cause a Terror to the People."[7] Furthermore, Hawkins writes, "a Man cannot excuse the wearing such Armour in Publick, by alledging that such a one threatened him, and that he wears it for the Safety of his Person from his Assault."[8] When he discusses "Riots, Routs, and unlawful Assemblies," Hawkins writes, "That in every Riot there must be some such Circumstances, either of actual Force or Violence, or at least of an apparent Tendency thereto, as are naturally apt to strike a Terror into the People, as the Shew of Armour." Although there were exceptions, these were limited to defense of one's home and peacekeeping (either as a person of quality or member of a *posse comitatus*).[9] Thus any wearing of armor or bearing of arms in such a way that might terrorize the public was an offense against the Crown. Such prohibitions against affrays and riots that terrorized the public also appeared in early state laws in America.[10]

10.    Michael Dalton's *The Country Justice* (1715) makes clear that justices of the peace could deprive people of offensive weapons or defensive armor "*especially if he suspect any breach of the Peace to be intended by them.*" For instance, "So of such as shall carry any Guns, Daggs or Pistols that be charged, or that shall go apparelled with privy Coats [hidden mail shirts] or Doublets [padded coats worn beneath armor], the Justice may cause them to find Sureties for the Peace, and may take away such Weapons, &c." Another statute refers to working-class people who "shall bear any Buckler [small shield], Sword or Dagger." Peacekeepers, of course, "may lawfully bear

---

[6] Edward Coke, *The First Part of the Institutes of the Laws of England … ,* 9th ed. (London, 1685), chap. 7, §431.

[7] William Hawkins, *A Treatise of the Pleas of the Crown*, vol. 1 (London, 1716), p. 135, chap. 63, §4.

[8] Hawkins, *Treatise of the Pleas of the Crown*, 1:136, chap. 63, §8.

[9] Hawkins, *Treatise of the Pleas of the Crown*, 1:157, chap. 65, §5; Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* (Amherst, NY, 2018), 67–68, 115–16.

[10] Darrell A. H. Miller, Alexandra Filindra, and Noah Kaplan, "Technology, Tradition, and 'The Terror of the People,'" *Notre Dame Law Review* 99 (2024): 1373–1423.

Armour or Weapons." Justice of the peace could "suppress, and bind to the Peace, or Good Behaviour, all Affrayors and all persons unlawfully and riotously assembled, or unlawfully wearing Armor, or any Weapons, by night or by day, or otherwise putting the people in fear." In his definition of a "breach of the peace," Dalton includes, "to wear Armor, or Weapons not usually worn . . . for they strike a fear and terror in the People."[11]

11.      Books about the common law and legislation deriving from the common law in early America still invoked the Statute of Northampton when defining an "affray," including the now arcane passage about "armour," as well as Hawkins's commentary on wearing armor in public.[12] Furthermore, while Judge Richard E. Gardner (former assistant general counsel at the National Rifle Association) argues at length that the Statute of Northampton did not prohibit the use of offensive weapons, he acknowledges that it prohibited the wearing of armor.[13]

## II.      The Obsolescence of Body Armor at the Time of the Republic's Founding

12.      By the eighteenth century, members of the bench and bar would probably have read the Statute of Northampton's mention of "armour" as referring to arms more generally, because by that time, actual armor had fallen out of use. "Long before 1600," write Francis M. Kelly and

---

[11] Michael Dalton, ed., *The Country Justice: Containing the Practice of the Justices of the Peace . . .* (London, 1715), chaps. 9, 70, l121, pp. 37–38, 144, 282–83.

[12] *The Young clerk's vade mecum: or, Compleat law-tutor...* (New York, 1776), 5; A Bill Forbidding and Punishing Affrays, June 18, 1779, *Founders Online,* National Archives, https://founders.archives.gov/documents/Jefferson/01-02-02-0132-0004-0072 [Original source: *The Papers of Thomas Jefferson*, vol. 2, *1777– 18 June 1779*, ed. Julian P. Boyd (Princeton, NJ, 1950), 519–20]; "An Act Forbidding and Punishing Affrays" (Passed 1786), *Acts Passed at a General Assembly of the Commonwealth of Virginia . . .* (Richmond, VA, 1786), chap. 49, p. 35; *The Conductor generalis: or, The office, duty and authority of justices of the peace. . . Compiled chiefly from Burn's Justice, and the several other books, on those subjects, by James Parker, late one of the justices of the peace for Middlesex County, in New-Jersey; and now revised and adapted to the United States of America* (New York, 1788), 10–11; "No Man Shall Come Before the Justices, or Go or Ride Armed" (1328), in Francois X. Martin, ed., *A Collection of the Statutes of the Parliament of England in Force in the State of North-Carolina* (New Bern, NC, 1792), 60–61; William Waller Hening, *The new Virginia justice, comprising the office and authority of a justice of the peace, in the Commonwealth of Virginia* (Richmond, Va., 1795), 18; see also "Brief for Amici Curiae Professors of History and Law in Support of Respondents," *New York State Rifle & Pistol Association* v. *Bruen*, no. 20-843 (filed 9/2022), 12–13.

[13]  Richard E. Gardner, "The True Meaning of 'Going Armed' in the Statute of Northampton: A Response to Patrick J. Charles," *Cleveland State Law Review* 71 (2023): 947–82.

Randolph Schwabe, "it had been evident to thinking men that armor was doomed."[14] Stephen Bull agrees: "After 1700, there was only vestigial use of body armor."[15] Armor was, by this time, impractical for a number of reasons: it was cumbersome, uncomfortable to the point of health risk, expensive, and ineffective against gunfire and artillery.

13.     N.Y. General Business Law §396.eee uses the definition of "body armor" from N.Y. Penal Law §270.20, which states, "For the purposes of this section 'body armor' means any product that is a personal protective body covering intended to protect against gunfire." The armor worn before the twentieth century could not adequately protect the wearer against gunfire; therefore, at the time of the American Revolution (1775–83) and the Early Republic, any pieces of armor still being worn would not now qualify as "body armor" under New York law.[16]

14.     Pre-industrial armor could not protect against gunfire, much less artillery fire. By the late seventeenth century, the use of gunpowder to propel projectiles had spread throughout the world, including among indigenous Americans. As a result, the technology of offensive weaponry had far outpaced armorers' ability to provide soldiers with bodily defense of their persons. In 1861, a *Scientific American* article explained, "with improvements in destructive agents of warfare, such as gunpowder, artillery and muskets, steel armor gradually went out of use."[17] Therefore, as Harold L. Peterson writes, "Except for special instances [armor] was no longer sufficiently effective to be

---

[14] Francis M. Kelly and Randolph Schwabe, *A Short History of Costume and Armour,* vol. 2, *1485–1800* (New York, 1931), 2:78.

[15] Stephen Bull, *An Historical Guide to Arms and Armour* (London, 1991), 15. "After 1650 interest in armor rapidly waned" in Virginia, while in New England, armor…was almost completely a thing of the past by 1675." Harold L. Peterson, *Arms and Armor in Colonial America, 1526–1783* (New York, 1956), 142, 144.

[16] N.Y. General Business Law Chap. 20, Art. 26, §396.eee; N.Y. Penal Law Chap. 40, Pt. 3, Tit. P., Art. 270, §20.

[17] "Steel Clad Steam Chariots of War." *Scientific American* 5, 1 (1861): 9.

worth the effort and expense of acquiring and wearing it."[18] Fortifications, redoubts, and earthworks were the best defenses that engineers could provide.[19]

15.    Furthermore, armor was heavy, and most soldiers would have been unable to wear protective gear on long marches. As Kelly and Schwabe state, it was possible to manufacture armor that could stop gunfire, "but the consequent weight would have immobilized and crippled the wearer."[20] This was known to contemporaries: the *Scientific American* stated, "Modern military tactics are mostly based upon rapid movements, which most persons believe cannot be effected with heavy armor-clad soldiers."[21] In his discussion of eighteenth-century infantry tactics, Gregory Urwin writes, "Speed rather than marksmanship was the key to victory."[22] Infantry units had to be mobile in order to be maximally effective on campaigns.[23] Given that armor could not protect against gunfire, it would have been nonsensical for an eighteenth- or nineteenth-century soldier to hamper his mobility by wearing additional layers.

16.    Soldiers in the late eighteenth and early nineteenth centuries would have shunned body armor as being more likely to kill the wearer than protect him. North America was prone to more extreme temperatures than Europe. Metal armor leached heat from the human body in the colder months and cooked the human body in the warmer months (during which most eighteenth-century military campaigns occurred). Other protective materials, such as leather or padding, also

---

[18] Peterson, *Arms and Armor*, 149.

[19] J. C. Pleydell, *An Essay on Field Fortification, Intended Principally for the Use of Officers of Infantry* (London, 1768); Steven Ross, *From Flintlock to Rifle: Infantry Tactics, 1740–1866* (Rutherford, NJ, 1979), 30–33, 41, 132–34, 182–83; "However, with the advent of firearms (c.1500), most of the traditional protective devices were no longer effective. In fact, the only real protection available against firearms were manmade barriers, such as stone or masonry walls; manmade fortifications such as trenches and ditches; or manual barriers, such as rocks and trees." U.S. Department of Justice, *Selection and Application Guide to Personal Body Armor*, NIJ Guide 100–01 (Rockville, MD, National Institute of Justice's National Law Enforcement and Corrections Technology Center, November 2001), 3.

[20] Kelly and Schwabe, *Short History of Costume and Armour*, 2:78–79.

[21] "Steel Clad Steam Chariots of War." *Scientific American* 5, 1 (1861): 9.

[22] Gregory J. W. Urwin, *The United States Infantry: An Illustrated History, 1775–1918* (New York, 1988), 26.

[23] Robert K. Wright, Jr., *The Continental Army* (Washington, DC, 1983), 3–8, 141–42.

would have been too hot to wear during the warmer months. During the eighteenth century, people attributed many diseases to environmental conditions, and death rates from disease far exceeded death rates from battle. Finally, wearing ineffective armor increased the risk of infection, since a wound from a bullet that punctured the armor would also carry fragments of metal from the armor being worn. Therefore, according to the scientific and popular understandings of early Americans, the health risk of wearing armor might well have outweighed its ostensible protective benefit.[24]

17.    Although it is possible to point to some very rare cases of armor usage (or antiquated references to past armor usage) in the eighteenth and nineteenth centuries, the exceptional (or fanciful) nature of these cases demonstrates the obsolescence of armor by the eighteenth century. Some sources suggest that a few engineers or naval officers might have worn chest protection as late as the Seven Years' War (1754–63).[25] If this was the case, these would only have been a tiny portion of men, not even equivalent to the use of Flyer's Vests during World War II.[26] Historical works about the uniforms or "battledress" of the era do not mention protective wear.[27] Benjamin Franklin wrote in February 1776 that "defensive Armour" was "out of Use."[28]

---

[24] Vaughn Scribner, *Under Alien Skies: Environment, Suffering, and the Defeat of the British Military in Revolutionary America* (Chapel Hill, N.C., 2024), chap. 4; Edward M. Coffman, *The Old Army: A Portrait of the American Army in Peacetime, 1784–1898* (New York, 1986), 182–92; Sarah Jones Weicksel, "Armor, Manhood, and the Politics of Mortality," in Barton C. Hacker, ed., *Astride Two Worlds: Technology and the American Civil War* (Washington, DC, 2016), 180–85.

[25] Peterson, *Arms and Armor*, 307.

[26] Around 400,000 Flyer's Vests were produced for the 16 million people who served in the US armed forces, or enough vests for 2.5% of servicemembers. Christopher E. Howard, "This Vest May Save Your Life!: U.S. Army Body Armor from World War II to Present," *Veritas* 16, 1 (2020), 23.

[27] I. T. Shick, ed., *Battledress: The Uniforms of the World's Great Armies, 1700 to the present* (London, 1978).

[28] Benjamin Franklin to Charles Lee, February 11, 1776, *Founders Online,* National Archives, https://founders.archives.gov/documents/Franklin/01-22-02-0207 [Original source: *The Papers of Benjamin Franklin,* vol. 22, *March 23, 1775, through October 27, 1776*, ed. William B. Willcox (New Haven, CT, 1982), 342–344].

18.    Militia statutes from the eighteenth and nineteenth centuries sometimes mention a "breastplate and crupper" as required equipment for cavalry soldiers, as does the Militia Act of 1792 for dragoons. These were (and are) equestrian terms for pieces of tack: they  refer to leather straps that hold a horse's saddle in place. Thus  requirements that cavalrymen or dragoons equip themselves with a "breastplate and crupper" are not indications that American soldiers or militiamen wore a metal breastplate.[29] Joseph G.S. Greenlee, who is cited by the plaintiffs, acknowledges in another publication co-authored with David B. Kopel that a breastplate is defined as "Straps that prevent the saddle or harness from sliding. They attach to the front of the saddle."[30]

19.    American military officers in the eighteenth and early nineteenth centuries sometimes wore a "gorget" as part of their uniforms. In the Middle Ages and the Renaissance, a gorget was a piece of armor that protected the throat and neck and helped distribute the weight of a breastplate and backplate.[31] But by the eighteenth century, gorgets no longer served this function and were strictly ornamental. Timothy Pickering wrote in 1776 that the gorget and the sash were "superfluities" that were not "now of any service."[32] Warren Moore writes, "During the second

---

[29] "An Act for Regulating the Militia of the State of New-York," chap. 33, §9 (Passed April 3, 1778), *Laws of the State of New-York, Commencing with the First Session of the Senate and Assembly, After the Declaration of Independency, and the Organization of the New Government of the State, Anno 1777* (Poughkeepsie, NY, 1782), 32; "An Act to Regulate the Militia," chap. 25, § 1 (Passed April 4, 1786), *Laws of the State of New-York, Passed by the Legislature of Said State, at their Ninth Session* (New York, 1786), 39; "An Act Regulating and Governing the Militia of Vermont, §10 (Passed November 10, 1818), *An Act Regulating and Governing the Militia of Vermont; Passed November 10, 1818* (Middlebury, VT, 1819), 11; Militia Act of 1792, chap. 33, 1 Stat. 271–74 (1792) (repealed 1903); Carolyn Henderson, *The New Book of Saddlery and Tack* (New York 2002), 14–15, 19–20, 24, 81–82, 87, 98, 150–51, 153, 158, 167, 174, 179–80, 182–83, 185, 190, 206–7, 230, 232–33.

[30] David B. Kopel and Joseph G.S. Greenlee, "The Second Amendment Rights of Young Adults," *Southern Illinois Law Journal* 43 (2019): 524, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3205664.

[31] Donald J. La Rocca, *How to Read European Armor* (New York, 2017) 48.

[32] Timothy Pickering, *An easy plan of discipline for a militia* (Boston, 1776), preface 23.

half of the seventeenth century the gorget made a definite change from being a part of the defensive armor to being an ornamental symbol of rank for officers."[33] Peterson calls gorgets a "vestigial form of body armor."[34] Bull adds, "The gorget was a relic of the medieval neck defence of the same name; it was now a crescent-shaped piece of brass or other metal hung around the neck with a ribbon. Impractical as a defence, the gorget was the last vestige of the knight's armour and a symbol of rank."[35]



Charles Willson Peale, *George Washington as Colonel in the Virginia Regiment*, 1772, Museums at Washington and Lee University



George Romney, *Thayendanegea (Joseph Brant)*, 1776, National Gallery of Canada

20.     In the first known portrait of George Washington from 1772, Charles Willson Peale depicted him wearing a silver gorget; he had been a Virginia colonel during the Seven Years' War. The Museum of Washington and Lee University, which owns the portrait, calls it "a remnant of medieval armor. . . During the 18th century, a gorget became purely ornamental and was used as a

---

[33] Warren Moore, *Weapons of the American Revolution ...and Accoutrements* (New York, 1967), 185.

[34] Peterson, *Arms and Armor*, 311.

[35] Bull, *Historical Guide to Arms and Armour*, 107.

symbol of military rank."[36] Washington wore a copper gorget, "a symbolic remnant of a suit of armor," engraved with the Virginia coat of arms, in 1774–75.[37] Some revolutionary officers wore gorgets, but as Steve Delisle writes, their "use, form and ornamentation were not regulated."[38] Great Britain, France, and the United States all presented Native Americans with gorgets as "diplomatic emblems" in the eighteenth and nineteenth centuries.[39] European officers ultimately complained that gorgets were burdensome (indeed, British officers complained that American soldiers used them to target officers), and King William IV abolished their use for British officers in 1830.[40] Although gorgets were status symbols for white and indigenous Americans during the early republican period, they were not worn for protection. Instead, they were more like epaulets, sashes, or plumes—decorative parts of an officer's uniform or engraved emblems of commemoration or diplomacy that served no protective function whatsoever. An eighteenth-century gorget more closely resembles a badge, a medal, or jewelry rather than protective gear.

21.      Only two types of protective gear would have been in military use during the late eighteenth and early nineteenth centuries: members of some cavalry units wore helmets and breastplates (though the latter appear to have been relatively unused in North America). As Roger Pauly writes, "helmets and breastplates remained popular with certain cavalry units for another two centuries, but they were intended to offer protection against sabers, not against shooting."[41] The presence of helmets and breastplates for a few cavalry companies in some nations does not

---

[36] "Washington – The Details," Museums at Washington and Lee University: Online Exhibits, Washington and Lee University, https://exhibits-museums.omeka.wlu.edu/exhibits/show/beneath-the-surface-of-two-ico/george-washington.

[37] "George Washington's gorget," Revolutionary Era Art and Artifacts, Massachusetts Historical Society, https://www.masshist.org/database/viewer.php?item_id=3223&pid=38; Steve Delisle, "Read My Gorget: Transformations in the Utility of Gorgets in North America from Insignia of Rank to Symbols of Diplomacy and Presentation Objects and the Enigma of the 'Otsiquette Gorget" (PhD diss., University of Delaware, 2008), 41–42.

[38] Delisle, "Read My Gorget," 40–41.

[39] Delisle, "Read My Gorget," 33.

[40] Delisle, "Read My Gorget," 33, 36, 43.

[41] Roger Pauly, *Firearms: The Life Story of a Technology* (Westport, Conn., 2004), 54.

indicate common usage among the civilian population of North America. Greenlee, whose work is cited by the plaintiffs, acknowledges in his co-authored article with Kopel, "By the time of the Revolution, most soldiers did not wear armor; the exceptions were body armor for some specialized engineers, and metal headgear for cavalry."[42]

22.     Cavalry soldiers wore two types of helmets: the skullcap or calotte (made of iron or brass) and the light cavalry helmet, a jockey cap made of black japanned boiled leather, mounted with leather, or made entirely of metal.[43] Such helmets would not have protected the wearer's head from a bullet or a direct strike from a melee weapon, but might have protected the head from a glancing blow from a saber. Nevertheless, such helmets appear to have been worn as much for their decorative distinctiveness (they sometimes had turbans or crests of animal hair) as for their protective function. Pauly writes, "making an impressive visual display could be a very useful psychological tactic." In addition, "Fancy duds could also help to pump up the morale of an individual trooper, and uniforms were designed to that end. A large hat or shako made the soldier look and feel bigger."[44]

23.     Again, N.Y. Penal Law §270.20 defines "body armor" as "any product that is a personal protective body covering intended to protect against gunfire." Common sense would suggest that "body covering" is different from a "head covering"; the distinction between the head and body is common in boxing, for instance. Regardless, since eighteenth-century helmets did not protect the wearer against gunfire, the use of helmets by eighteenth-century cavalry units can have no bearing on the regulation of "body armor" as New York State defines it.

---

[42] Kopel and Greenlee, "Second Amendment Rights of Young Adults," 525.
[43] Peterson, *Arms and Armor*, 313–16.
[44] Moore, *Weapons of the American Revolution*, 186–87, 195; Pauly, *Firearms*, 74; Robert H. Rankin, *Military Headdress: A Pictorial History of Military Headgear from 1660 to 1914* (London, 1976).

24.     As an article of wear, helmets are not exclusively used in a defensive capacity. It is true that soldiers wore helmets in World War I and beyond as protection against gunfire, shrapnel, etc. At the same time, other types of helmets are now commonly worn by miners, construction workers, firefighters, bicyclists and motorcyclists, and athletes in many sports. Indeed, New York State law mandates rather than restricts protective headgear in certain circumstances.[45]

25.     One will occasionally come across artistic or literary representations of political or military figures wearing armor in the eighteenth and nineteenth centuries: but such depictions were stylized callbacks to earlier eras, akin to portraying monarchs and statesmen in togas and laurel wreaths to announce their republican virtue.[46] For instance, in 1765, the British portraitist Sir Joshua Reynolds depicted General Jeffrey Amherst (who had served in North America during the Seven Years' War) wearing a full suit of armor, next to a helmet on top of a map of Montreal. Amherst would not have worn metal armor of this kind; instead, Mark Hallett writes, "the artist seems to have used van Dyck's portraits of aristocratic army officers in armour [from the 1630s] as a pictorial template." Reynolds is using old-fashioned armor as a symbol of martial valor; viewers would have understood that he was not literally representing Amherst in contemporary military dress.[47] Similarly, the engraver John Norman depicted George Washington wearing a full suit of armor in 1783, calling it "Roman Dress." Norman had merely inserted Washington's head on an older portrait of an English nobleman from 1669.[48]

---

[45] N.Y. Comp. Codes R. & Regs. Tit. 12 §§ 23-1.8; N.Y.  Vehicle & Traffic (VAT) Chap. 71, Tit. 3, Art. 9, §381.
[46] Kelly and Schwabe, *Short History of Costume and Armour*, 2:80.
[47] Reynolds's "portrait of Charles Vernon . . . Depicts a lieutenant colonel in the Coldstream Guards. . . . Reynolds, by showing his military subject in an archaic suit of armour, casts Vernon in a deliberately chivalric and heroic vein. . . . Vernon is shown leaning his right hand on the steely symbol of his gleaming helmet." Mark Hallett, *Reynolds: Portraiture in Action* (New Haven, CT, 2014), 148, 186.
[48] Laura K. Mills, *American Allegorical Prints: Constructing an Identity* (New Haven, CT, 1996), 9.



Joshua Reynolds, *Jeffrey Amherst* (1765), Mead Art Museum, Amherst, MA.



John Norman, *The True Portraiture of His Excellency George Washington Esqr. in the Roman Dress . . .* , engraving and etching, ca. 1783

### III.    The Absence of Body Armor in Militia Statutes and Army Regulations

26.    Militia statutes of the late eighteenth and early nineteenth centuries, which lay out requirements for weaponry, uniforms, and other accoutrements, do not require the wearing of protective body armor for men serving in militia units.[49] Nor do army regulations from the American Revolution or the early national US Army mention the use of armor.[50]

---

[49] *An act for regulating the Militia of the state of New-York, passed at Albany, in the third session of the legislature thereof, and in the fourth year of the independence of the United States of America* (Poughkeepsie, NY, 1782), 4–5, 7; Militia Act of 1792, chap. 33, 1 Stat. 271–74 (1792) (repealed 1903).

[50] *Regulations for the Order and Discipline of the Troops of the United States* (Philadelphia, 1786); *An Act Establishing Rules and Articles for the Government of the Armies of the United States, with the Regulations of the War Department Respecting the Same, to Which Are Added, the Several Laws Relative to the Army the Militia When in Actual Service, Volunteers, Rangers, Ordnance Department, and the Quarter Master's and Commissary General's Department* (Albany, NY, 1812); *General Regulations for the Army; or, Military Institutes* (Philadelphia, 1821).

27.     Private manufacturers did market and sell body armor to some soldiers and officers during the Civil War (1861–65), but these experiments were generally regarded as failures. As Sarah J. Weicksel writes, "Cumbersome, heavy, and performing poorly in soldiers' own tests, by the end of the Civil War bulletproof vests, steel breastplates, and other styles of personal armor were little more than technological curiosities." As the American Civil War Museum's object record states, "the armor was heavy, hot, ineffective at close range, and likely to elicit ridicule or charges of cowardice from fellow soldiers."[51]



### IV.     The Invention and Adoption of Modern Body Armor

28.     Modern body armor that can protect the wearer from gunfire derives from industrial materials developed since the late nineteenth century. The Polish-American inventor Casimir Zeglen and others began to develop soft armor in the late nineteenth and early twentieth centuries, but the garments could only protect against low-velocity bullets (400 feet per second), not newer handgun ammunition that could travel up to 600 feet per second; furthermore, the cost of manufacturing was prohibitive. The Metropolitan Police Department of Washington, DC demonstrated a protective vest in 1931, but it was not sufficiently feasible or effective.[52]

29.     The soldiers of World War I (1914–18) wore steel helmets to protect themselves from shrapnel. During World War II (1939–45), bomber crews wore bulky Flyer's Vests, but according to Christopher E. Howard, "the army initially rejected armor for ground troops, due to

---

[51] Weicksel, "Armor, Manhood, and the Politics of Mortality," 187; "Breastplate, Armor," object record, cat. No. 0985.13.00421, American Civil War Museum, https://acwm.pastperfectonline.com/Webobject/621E17B9-98E9-4839-948F-531644834806; see also Sarah Weicksel, "Failed objects: Bullet proof vests and design in the American Civil War," National Museum of American History (April 29, 2013), https://americanhistory.si.edu/explore/stories/failed-objects-bullet-proof-vests-and-design-american-civil-war.

[52] Sławomir Łotysz, "Tailored to the Times: The Story of Casimir Zeglen's Silk Bullet-Proof Vest," *Arms and Armour* 11, 2 (autumn 2014): 164–86; U.S. Department of Justice, *Selection and Application Guide to Personal Body Armor*, 3.

its weight and restrictive designs." A 1949 study determined that "armor for active ground troops was impractical, based on weight." Flak jackets were issued to soldiers during the Korean War (1950–53) and Vietnam War (1954–75) and worn by servicemen in some situations, but "Despite armor availability, [Vietnam War] soldiers seldom wore body armor while patrolling, as it was bulky and trapped heat and moisture in tropical Vietnam."

30.    The army introduced the Personnel Armor System for Ground Troops, using a Kevlar vest, in 1983; some soldiers wore the PASGT at Grenada (1983), Panama (1989–90), and the Middle East (1990–91). Although Kevlar and similar soft materials provided protection against fragmentation, it was less effective against high-velocity gunfire.[53]

31.    The army experimented with adding ceramic plates for protection against gunfire as early as 1964; with further technological developments in the 1990s, specialized units were able to protect themselves with body armor that combined soft protection from fragments with hard protection from high-velocity rounds (ceramic plates called Small Arms Protective Inserts). "When US forces crossed into Iraq in March 2003, not every Soldier had been issued the latest version of Interceptor Body Armor"; demand rose tenfold during that year as the Army mandated body armor for all Department of Defense personnel in CENTCOM, but manufacturers were not immediately able to meet demand. Nevertheless, the increased adoption of body armor combined with new methods of medical treatment and transportation led to a 90% survival rate for soldiers hit by enemy fire (compared to 70% during World War II). At the same time, the US Army continues to weigh the protective benefits of armor against its weight and discomfort.[54]

---

[53] Howard, "This Vest May Save Your Life!," 24.
[54] Donald P. Wright and Timothy R. Reese with the Contemporary Operations Study Team, *The United States Army in Operation Iraqi Freedom, May 2003–January 2005: On Point II: Transition to the New Campaign* (Washington, DC, 2008), 513–14, 544–45; Howard, "This Vest May Save Your Life!," 23–28.

32.     According to a National Institute of Justice study, an estimated 15,000 to 19,000 police officers have been killed in the line of duty (mostly by firearms) in the US since the 1790s. "From 1966 to 1971, the number of law enforcement officers killed each year in the line of duty more than doubled, from 57 to 129." As law enforcement agencies began exploring possibilities for body armor, "In 1973, Officer Ron Jagielski became the first law enforcement official whose life was documented to have been saved by a concealable ballistic vest." Lightweight body armor became widely available to police officers in 1987. A survey of more than 1,000 police officers in the US in 2010–11 found that 92% were required to wear body armor and 90% wore armor "because they believe it to be critical to their safety." Some officers do complain that body armor continues to be "bulky, heavy, and uncomfortable to wear."[55]

33.     Armor was not commonly used by members of the early American military as late as the Civil War, and it is impossible to conceive that it would have been widely available for civilian use, nor seen as necessary for civilian use. Indeed, even after the chemist Stephanie Kwolek developed Kevlar in 1960s, it has not been common for most people (outside of the armed forces and law enforcement) to wear body armor of any kind, despite efforts by manufacturers to promote their use as commercial products.[56]

Dated:  New York, NY
         August 18, 2025

_____
              BENJAMIN L. CARP

---

[55] Heath Grant et al., "Body Armor Use, Care, and Performance in Real World Conditions: Findings from a National Survey," National Institute of Justice (Nov. 1. 2012), iv, viii, 5; US Department of Justice, *Selection and Application Guide to Personal Body Armor*, 6.

[56] Kevin Chappell, "A Death-Defying Business: Fashion and Fear Fuel Sales of Bulletproof Clothing," *U.S. News and World Report* (Aug. 11, 1997), Business and Technology, p. 46; Melissa Chan, "Fear of Mass Shootings Fuels a Thriving Bulletproof Business," *Time International*, Atlantic edition (Dec. 16, 2019).

A

# Benjamin L. Carp

Curriculum vitae

Department of History                                      (718) 951-5000 x6799
Brooklyn College, CUNY                                BCarp@brooklyn.cuny.edu
2900 Bedford Avenue
Brooklyn, NY  11210

## EDUCATION

Ph.D., History, University of Virginia, May 2004

M.A., History, University of Virginia, August 1999

B.A., Yale University, *magna cum laude*, history major with distinction, May 1998

## EMPLOYMENT

| | |
|---|---|
| 2022– | Daniel M. Lyons Chair of American History, Professor, Department of History, Brooklyn College, City University of New York |
| 2019– | Affiliated Faculty, History Program, Graduate Center, City University of New York |
| 2014–2022 | Daniel M. Lyons Chair of American History, Associate Professor, Department of History, Brooklyn College, City University of New York |
| 2010–2014 | Associate Professor, Department of History, Tufts University |
| 2006–2010 | Assistant Professor, Department of History, Tufts University |
| 2004–2006 | Lecturer in American History, School of History and Classics, University of Edinburgh |

## PUBLICATIONS

**Books**

2023   *The Great New York Fire of 1776: A Lost Story of the American Revolution* (New Haven, CT: Yale University Press, 2023)
   Audiobook edition, Old Saybrook, CT: Tantor Media, 2024

2010   *Defiance of the Patriots: The Boston Tea Party and the Making of America* (London: Yale University Press, 2010)
   History Book Club, featured selection
   Chinese ed., Shanghai People's Publishing House, under contract
   Audiobook edition, Old Saybrook, CT: Tantor Media, 2019

Carp                                                                                                 2

2007          *Rebels Rising: Cities and the American Revolution* (New York: Oxford University
              Press, 2007)
                       History Book Club, alternate selection

## Edited Volumes

2014          *Major Problems in the Era of the American Revolution, 1760–1791: Documents and
              Essays*, with Richard D. Brown, 3rd edition (Boston: Wadsworth Cengage
              Learning, 2014)

## Traditional Journal Articles

2022          "Introduction to Papers Given at the 2020 Annual Meeting of the American
              Historical Association" and "Conclusion," in "Decentering Early New York
              City's History," *New York History* 103, 1 (summer 2022): 1–3, 36–38

2017          "'Fix'd almost amongst Strangers': Charleston's Quaker Merchants and the
              Limits of Cosmopolitanism," *William and Mary Quarterly* 74, 1 (Jan. 2017): 77–108

2012          "Did Dutch Smugglers Provoke the Boston Tea Party?" *Early American Studies*
              (Special Issue: Anglo-Dutch Revolutions) 10, 2 (spring 2012): 335–59

2006          "The Night the Yankees Burned Broadway: The New York City Fire of 1776,"
              *Early American Studies* 4, 2 (fall 2006): 471–511

2002          "Nations of American Rebels: Understanding Nationalism in Revolutionary
              North America and the Civil War South," *Civil War History* 48, 1 (March 2002):
              5–33

2001          "Fire of Liberty: Firefighters, Urban Voluntary Culture, and the Revolutionary
              Movement," *William and Mary Quarterly* 58, 4 (Oct. 2001): 781–818

## Volume Essays

2026          "Revolutionary Wars for a Revolutionary Society: Early American Conflicts," *The
              Cambridge History of War and Society in America*, ed. Andrew J. Huebner and
              Jennifer D. Keene (Cambridge: Cambridge University Press, 2026), in press

2026          "Raking among the Ashes: The Distorted History of the Great New York Fire
              of 1776," in *Rethinking the Revolution in New York*, ed. Thomas S. Wermuth,
              Jennifer Lemak, and Devin Lander (Ithaca, N.Y., Cornell University Press,
              2026), in press

2025          "Insurgency and War," in *The Cambridge History of the American Revolution*, vol. 2,
              *Revolution*, ed. Marjoleine Kars, Michael A. McDonnell, and Andrew M. Schocket
              (Cambridge: Cambridge University Press, 2025), forthcoming

2023          "An Incendiary War: Conspiracies, Disasters, and the American Revolution,
              1775–1790," in *Rethinking American Disasters: New Essays in Cultural, Political, and
              Environmental History*, ed. Cynthia A. Kierner, Matthew Mulcahy, and Liz Skilton
              (Baton Rouge: Louisiana State University Press, 2023)

Carp                                                                                                          3

2022        "'The First Incendiary': A Female Firebrand and the New York City Fire of 1776," in *Women Waging War in the American Revolution*, ed. Holly A. Mayer (Charlottesville: University of Virginia Press, 2022)

2019        "Jefferson's Embargo: National Intent and Sectional Effects," in *Jeffersonians in Power: The Rhetoric of Opposition Meets the Realities of Governing*, ed. Joanne B. Freeman and Johann N. Neem (Charlottesville: University of Virginia Press, 2019)

2018        "'Disreputable among civilized Nations': Destroying Homes during the Revolutionary War," in *Justifying Revolution: Law, Virtue, and Violence in the American War of Independence*, ed. Glenn Moots and Philip Hamilton (Norman: University of Oklahoma Press, 2018)

2016        "'The Unpleasing Part of the Drama': Fear, Devastation, and the Civilian Experience of the Revolutionary War," in *Fear and the Shaping of Early American Societies*, ed. Lauric Henneton and L. H. Roper (Leiden: Brill, 2016)

2011        "Franklin and the Coming of the American Revolution," in *A Companion to Benjamin Franklin*, ed. David Waldstreicher (Malden, MA: Wiley-Blackwell, 2011)

2009        "Changing Our Habitation: Henry Laurens, Rattray Green, and the Revolutionary Movement in Charleston's Domestic Spaces," in *Material Culture in Anglo-America: Regional Identity and Urbanity in the Tidewater, Lowcountry, and Caribbean*, ed. David Shields (Columbia: University of South Carolina Press, 2009)

**Review Essays**

2016        "Edmund S. Morgan and the Urgency of Good Leadership," *Reviews in American History* 44, 1 (March 2016): 1–18

2011        "The First American Political Movement," review of T. H. Breen, *American Insurgents, American Patriots: The Revolution of the People* (New York: Hill and Wang, 2010), *Reviews in American History* 39, 3 (Sept. 2011): 421–26

2009        "*The Urban Crucible* as Urban History," review essay, Gary B. Nash, *The Urban Crucible: Social Change, Political Consciousness, and the Origins of the American Revolution* (Cambridge: Harvard University Press, 1979), *Pennsylvania Magazine of History and Biography* 113, 4 (Oct. 2009): 404–9

2007        "Born in War," review of *War and Society in the American Revolution: Mobilization and Home Fronts*, ed. John Resch and Walter Sargent (DeKalb: Northern Illinois University Press, 2006), *Reviews in American History* 35, 3 (Sept. 2007): 351–57

2003        "*Cities* in Review," re-review essay, *Cities in the Wilderness* and *Cities in Revolt*, by Carl Bridenbaugh, in *Common-place* 3, 4 (July 2003)

Carp                                                                                                           4

**Encyclopedia and Atlas Articles**

2019            "Boston in 1743," in *The Atlas of Boston History*, ed. Nancy S. Seasholes (Chicago: University of Chicago Press, 2019)

2012            "Boston Tea Party (1773)," and "Revolutionary War: Changing Interpretations," entries in *Oxford Encyclopedia of American Military and Diplomatic History*, ed. Timothy Lynch, David Milne, and Christopher McKnight Nichols (New York: Oxford University Press, 2012)

2012            "Cities," entry in *The Bloomsbury Encyclopedia of the American Enlightenment*, ed. Mark G. Spencer (New York: Bloomsbury, 2012)

2011            "Cities, Towns, and Settlements," entry in *The 18th Century*, ed. Brendan McConville, vol. 3 of *American Centuries: The Ideas, Issues, and Values that Made U.S. History* (New York: Facts on File, 2011)

2005            "Boston Tea Party," "Bunker Hill, Battle of," "Intolerable Acts," and "Revolution as Civil War: Patriot-Loyalist Conflict," entries in *Encyclopedia of the New American Nation*, ed. Paul Finkelman (New York: Charles Scribner's Sons, 2005)

**Book Reviews**

*American Historical Review* (2012, 2019); *BBC History Magazine* (2013); *BBC World Histories Magazine* (2017); *Common-place* (2016); *EH.net* (2023); *Gotham: A Blog for Scholars of New York City History* (2020); H-Diplo roundtable (2014); *The Historian* (2011, 2015); *Journal of American History* (2009, 2015); *Journal of American Studies* (2009); *Journal of Interdisciplinary History* (2002, 2014); *Journal of Military History* (2019); *Journal of Social History* (2017); *Journal of the Early Republic* (2012, 2013, 2023); *Labor: Studies in Working-Class History of the Americas* (2005); *New England Quarterly* (2008); *New York Journal of American History* (2005); *North Carolina Historical Review* (2024); *Social History* (2008); *Virginia Magazine of History and Biography* (2017); *William and Mary Quarterly* (2025)

**Other Publications**

2024            "'Boston Harbor a Tea-pot This Night!'" *American Heritage* 69, 2 (spring 2024)

2024            "'Timber Burning': The Great New York Fire of 1776," *Current*, March 6, 2024

2023            "The Boston Tea Party, Top to Bottom," *Bunk* and *History News Network*, Dec. 27, 2023

2023            "New York City's Forgotten Disaster: The Great New York Fire of 1776 Was a Key Part of the Revolution," *New York Daily News*, p. 24, Sept. 21, 2023

2023            "We're Not Doing Enough for Grad Students at Conferences," *Chronicle of Higher Education*, Aug. 23, 2023

2023            "What If...The Continental Army Had Not Escaped after the Battle of Long Island?" with Nige Tassell, *BBC History Revealed* 123 (August 2023): 64–65

Carp                                                                                                                    5

2023   "David Grim's Fairy Tale: The New York City Fire in Myth," *Gotham: A Blog for Scholars of New York City History*, Feb. 15, 2023; reprinted in *Untapped New York* (July 26, 2023)

2023   "Two Encounters: Captain Abraham Van Dyck, the "Negro Man," and Prince Pitkin," *Journal of the American Revolution*, Feb. 9, 2023; reprinted in *Journal of the American Revolution: Annual Volume 2024*, ed. Don N. Hagist (Yardley, PA: Westholme, 2024), 206–215

2023   "Burning Pitch: Telling a New Story of 1776," *Yale University Press Blog*, Jan. 31, 2023

2022   "Mythmaking in Manhattan: Stories of 1776 and Santa Claus," *Age of Revolutions*, Dec. 5, 2022

2022   "America's Road to Revolution," *BBC History Revealed* 107 (May 2022): 36–39

2021   "A New Low for US Democracy," *BBC History Magazine* 266 (March 2021): 10–11

2018   "Declaring Independence," in Carol Berkin, ed., *Revisiting the Founding Era: Readings from the Gilder Lehrman Institute of American History* (New York: Gilder Lehrman Institute, 2018), 1–13

2017   "On Forgetting History," part of a three-part feature on "What Are the Spectres that Continue to Haunt the US?" *BBC World Histories* 7 (Dec. 2017/Jan. 2018): 27

2017   "World Wide Enough: Historiography, Imagination, and Stagecraft," in "Symposium on *Hamilton, An American Musical*," *Journal of the Early Republic* 37, 2 (summer 2017): 289–94

2017   "Homesick for the *Quarterly*," *Uncommon Sense–The Blog*, Feb. 1, 2017

2016   "The 'Paradox' Paradox," *Process: A Blog for American History*, April 14, 2016

2016   "Ten Days that Made a Nation," *BBC History Magazine* 17, 3 (March 2016): 1–8

2015   Co-author, "Still a Prologue? The Stamp Act Protests at 250," Ask the Author, *Common-place* 16, 1 (fall 2015)

2015   "Evacuation Day: Marking the End of the Revolutionary War," *We're History*, Nov. 25, 2015

2015   "Tempests and Teapots: Sexual Politics and Tea-Drinking in the Early Modern World," *Notches: (Re)Marks on the History of Sexuality,* Sept. 22, 2015

2009–2015   Contributor, "Publick Occurrences 2.0," *Common-place*, Jan. 2009–2015

Carp                                                                                                              6

2014        "A Mother's Milk or Another Mother's Milk: Colonial Debates on Breast Feeding," *Colonial Williamsburg Magazine* 36, 1 (winter 2014): 36–43

2013        "7 Myths about the Boston Tea Party," *Journal of the American Revolution*, Nov. 12, 2013

2013        "Walking the Streets of the Revolutionary City," *Journal of the American Revolution*, vol. 1, ed. Todd Andrlik, Hugh T. Harrington, and Don N. Hagist (Yellow Springs, OH: Ertel, 2013), 14–17; reprinted, *Journal of the American Revolution*, March 10, 2014

2013        "Separated by a Common History: North and South in Colonial Times," *Colonial Williamsburg Magazine* 35, 1 (winter 2013): 55–59

2012        "Tea Act in America" and "Boston Tea Party," in *Reporting the Revolutionary War: Before It Was History, It Was News*, ed. Todd Andrlik (Naperville, IL: Sourcebooks, 2012), 72–83

2012        "Terms of Estrangement: Who Were the Sons of Liberty?" *Colonial Williamsburg Magazine* 34, 1 (winter 2012): 40–45

2011        "La Boston Tea Party, modèle pour les insoumis," *Alternatives Internationales*, no. 53 (décembre 2011): 20–23

2010        "A Global Tea Party," *BBC History Magazine* 11, 13 (Christmas 2010): 18–23

2010        "Noble Patriots or Glorified Vandals?" *Wall Street Journal*, p. C2, Oct. 16, 2010

2009        "Preserving the Library in the Digital Age," *The Readex Report* 4, 4 (Nov. 2009)

2009        "The Tea Party's Appeal Across the Political Spectrum," *History News Network*, July 20, 2009

2009        "The Ghost of Tea Parties Past," *OUPblog*, Oxford University Press, April 23, 2009

2009        "Nice Party, But Not So Revolutionary," *Washington Post*, Outlook section, p. B3, April 19, 2009

2007        "Crime in the City: American Revolution," *OUPblog*, Aug. 15, 2007

Carp                                                                                               7

## HONORS AND AWARDS

2023            Award for Excellence in Scholarly and Creative Achievement, Brooklyn College, 2023

2013            *Defiance of the Patriots*, Society of the Cincinnati Cox Book Prize, Oct. 2013

2011            *Defiance of the Patriots*, "Must-Read Nonfiction" selection, Massachusetts Center for the Book, May 2011

2011            George W. Hewlett High School Alumni Hall of Fame, Hewlett-Woodmere Alumni Association, May 2011

2011            Top Young Historian, *History News Network*, Feb. 2011

2011            *Defiance of the Patriots*, American Revolution Round Table of New York's Annual Award for Best Book on the Era of the American Revolution Published in 2010, Feb. 2011

## GRANTS AND FELLOWSHIPS

2020–2021       PSC-CUNY Traditional B Award, for research trip and other expenses

2019–2020       Ethyle R. Wolfe Institute for the Humanities Fellowship, Brooklyn College, 2019–2020

2018–2019       PSC-CUNY Enhanced Award, for multiple research trips and other expenses

2018            Price Visiting Research Fellowship, William L. Clements Library, Ann Arbor, MI, June 2018

2013            Fellowship, David Library of the American Revolution, Washingtons Crossing, PA, April 2013

2013            Archie K. Davis Fellowship, North Caroliniana Society, Chapel Hill, NC, Jan. 2013

2012            Massachusetts Society of the Cincinnati Fellowship, Washington, DC, Oct. 2012

2009            Faculty Research Fund Award, Tufts University, Oct. 2009

2008–2009       Junior Faculty Research Leave, Tufts University, 2008–2009

2007            Faculty Research Fund Award, Tufts University, Feb. 2007

2006            Mellon Research Fellowship, Virginia Historical Society, Richmond, VA, May 2006

Carp                                                                                              8

| | |
|---|---|
| 2005–2006 | Leverhulme Research Fellowship, Leverhulme Trust, 2005–2006 |
| 2005 | Research Grant, Carnegie Trust for the Universities of Scotland, summer 2005 |
| 2003–2004 | Charlotte W. Newcombe Doctoral Dissertation Fellowship, Institute for Citizens and Scholars, 2003–2004 |
| 2002–2003, 1999–2001 | President's Fellowship and Philip Francis du Pont Fellowship, University of Virginia, 1999–2001, 2002–2003 |
| 2003 | Fellowship, Gilder Lehrman Institute of American History, New York, Aug. 2003 |
| 2003 | Andrew W. Mellon Foundation Library Resident Fellowship, American Philosophical Society Library, Philadelphia, July 2003 |
| 2003 | American Society for Eighteenth Century Studies Fellowship, Library Company of Philadelphia and Historical Society of Pennsylvania, Philadelphia, June 2003 |
| 2002 | Barbara S. Mosbacher Fellowship, John Carter Brown Library, Providence, RI, March–May 2002 |
| 2002 | W. M. Keck Foundation and Fletcher Jones Foundation Fellowship, Huntington Library, San Marino, CA, Jan.–March 2002 |
| 2001 | Massachusetts Society of the Cincinnati Fellowship, Massachusetts Historical Society, Boston, Dec. 2001 |
| 2001 | Kate B. and Hall J. Peterson Fellowship, American Antiquarian Society, Worcester, MA, Oct.–Nov. 2001 |
| 2001 | Winterthur Fellowship, Winterthur Museum, Garden & Library, Winterthur, DE, Sept. 2001 |
| 2001 | Price Visiting Research Fellowship, William L. Clements Library, Ann Arbor, MI, June 2001 |
| 1998–1999 | Andrew W. Mellon Fellowship in Humanistic Studies, Institute for Citizens and Scholars, 1998–1999 |
| 1998–1999 | (Jacob K. Javits Fellowship, awarded 1998, declined) |

## INVITED PRESENTATIONS

| | |
|---|---|
| 2025 | "The Great Fire of 1776: How Historians Buried the Destruction of New York City," History Day, Fordham University, Bronx, NY, Feb. 2025 |

Carp                                                                                    9

2024          "On the Great New York Fire of 1776," History Department Lecture Series, College of Staten Island, online, Staten Island, NY, Feb. 2024

2023          "American Revolution(s) in Word and Action," with David Waldstreicher, Institute for Thomas Paine Studies, Iona University, Oct. 2023

2023          "American Creation, American Destruction: The 250th Anniversary of the Boston Tea Party and 1776," H. Nicholas Hamner Lecture, Western Michigan University, Kalamazoo, MI, Oct. 2023

2022          "Lost Stories: How the New York City Fire of 1776 Illuminates Unfamiliar Lives of the American Revolution," New York Genealogical and Biographical Society, Albany, NY, Sept. 2022

2015          "Acts of Power: The Boston Tea Party, Thomas Jefferson, and Fears of Enslavement," Abram Kartch/Thomas Jefferson Lecture, William Paterson University, Wayne, NJ, April 2015

2014          "Fear: 'The Unpleasing Part of the Drama' of the American Revolution," Summer Seminar Series, McNeil Center for Early American Studies, Philadelphia, Aug. 2014

2013          "The Fractured Teapot: Debating the Legacy of the Boston Tea Party," in series on "'Civil' Society? On the Future Prospects of Meaningful Dialogue," Center for the Humanities and the Public Sphere, University of Florida, Nov. 2013

2011          Author talk, Lehman Center for American History, Columbia University, New York, March 2011

2011          Guest speaker, in-service day, Freedom Trail Foundation, Boston, March 2011

2010          Author talk, Colonial Society of Massachusetts, Boston, Dec. 2010

2008          Dialogue and discussion, Chipstone Foundation, Milwaukee, WI, Dec. 2008

2008          "Teapot in a Tempest: the Boston Tea Party of 1773," Summer Seminar Series, McNeil Center for Early American Studies, Philadelphia, June 2008

## WORKSHOP AND SEMINAR PRESENTATIONS

2023          "The Great New York Fire of 1776," American Origins seminar, University of Southern California-Huntington Library, Early Modern Studies Institute, Los Angeles, March 2023

2020          "The Motley Crew and the Viper's Nest" and "Two Captive Officers and Two Fateful Encounters," Yale Early American History seminar, Yale University, online, Oct. 2020

Carp                                                                                                    10

2019     "Catching Perpetrators" and "The Commandant's Conundrum" (from manuscript in progress on the New York City Fire of 1776), CUNY Early American Republic Seminar, New York, Oct. 2019

2015     "Leadership in the Work of Edmund S. Morgan," Columbia University Seminar on Early American History and Culture, Feb. 2015

2015     "'The Unpleasing Part of the Drama': Fear, Devastation, and the Civilian Experience of the Revolutionary War," CUNY Early American Republic Seminar, New York, Feb. 2015

2011     Comment, "The Politics of Fear: Slave Conspiracy Panics, Community Mobilization, and the Coming of the American Revolution," by Jason T. Sharples, Boston Area Early American History Seminar, Massachusetts Historical Society, Feb. 2011

2008     "The Struggles of Empire," chap. 1 of *Defiance of the Patriots*, Atlantic World Workshop, New York University, Dec. 2008

2008     "Partygoers: Recovering the Narratives of the Boston Tea Party Participants," Boston Area Early American History Seminar, Massachusetts Historical Society, May 2008

2005     "The Flames of War: Pyromachy and Destruction during the American Revolution," Columbia University Seminar on Early American History and Culture, Oct. 2005

2003     "Cityscapes and Revolution," paper given at Fall Colloquium, Omohundro Institute for Early American History and Culture, Williamsburg, VA, Oct. 2003

## CONFERENCE PARTICIPATION

### Conference Organizer
2014     Co-organizer and Roundtable Discussant, "Fear in the Revolutionary Americas, 1776–1865," Center for the Humanities at Tufts, Medford, MA, Oct. 2014

### Papers Presented
2026     "Rethinking Approaches to Revolutionary Crowd Action," Organization of American Historians Conference on American History, Philadelphia, April 2026

2025     Panelist, "State of the Field for Busy Teachers: Eve of American Revolution," AHA Teaching Division, American Historical Association, annual meeting, New York, Jan. 2025

2022     Panelist, Roundtable Discussion, "Talkin' about A Revolution: Communication in History and Historians Communicating," CUNY EARS Graduate Conference, New York, May 2022

Carp                                                                                              11

| | |
|---|---|
| 2021 | Panelist, "America's Revolutionary Moment: New Approaches to the Continental Army," Society for Military Historians conference, Norfolk, VA (virtual), May 2021 |
| 2020 | "Shaping the Patriot Story of the Fire of 1776," at "Foundations of Independence: Protest and Communication in Revolutionary America, 1770 to 2020," Institute for Thomas Paine Studies, Iona College, New Rochelle, NY, Sept. 2020 |
| 2020 | "Incendiaries: The Great Fire of 1776 and the Spreading Nature of Radicalism and Disaster," Consortium on the Revolutionary Era, annual conference, Tallahassee, FL, Feb. 2020 |
| 2020 | "The Radical Fringe of the American Revolution: Perpetrators of the New York City Fire of 1776," at "Revolutions: Moments and Movements in Historical Perspective" symposium, Seton Hall University, South Orange, NJ, Feb. 2020 |
| 2019 | "'The First Incendiary': A Female Arsonist and the New York City Fire of 1776," Sons of the American Revolution conference, "Women Waging War in the American Revolution," Philadelphia, June 2019 |
| 2018 | "The New York City Fire of 1776: Black Arsonists and Accusers," Washington Early American Seminar, University of Maryland, College Park, Sept. 2018 |
| 2017 | "The Night Broadway Burned: The New York City Fire of 1776," New York City Seminar, Gotham Center for New York City History, CUNY Graduate Center, New York, Dec. 2017 |
| 2017 | Panelist, "Being an Early Americanist in the Current Political Climate," CUNY EARS Graduate Conference, New York, May 2017 |
| 2016 | Panelist, "*History is Happening in Manhattan': A Critical Roundtable on Hamilton,*" Society for Historians of the Early American Republic, annual meeting, New Haven, CT, July 2016 |
| 2016 | Panelist, "Chris Schmidt-Nowara In Memoriam (1966–2015): Pioneer of Atlantic Empire and Antislavery Studies," Latin American Studies Association, International Congress, New York, May 2016 |
| 2016 | "'Such Flaming Arguments': The Propaganda of Words and Deeds during the Revolutionary War," conference on "Propaganda, Persuasion, the Press and the American Revolution, 1763–1783," Hong Kong, April 2016 |
| 2015 | "'Disreputable among Civilized Nations': Destroying Homes during the Revolutionary War," conference on "Was the American Revolution a Just War?" Philadelphia, Oct. 2015 |

Carp                                                                                            12

| | |
|---|---|
| 2015 | "The Fearsome Consequences of the American Revolution," Society for Historians of the Early American Republic, annual meeting, Raleigh, NC, July 2015 |
| 2015 | "A Wilderness of Fear: Colonial Experiences of Fear and the Origins of the American Revolution," Joint Omohundro Institute for Early American History and Culture and Society of Early Americanists Conference, Chicago, June 2015 |
| 2014 | Panelist and Chair, "The Boston Tea Party: The Most Dangerous Memory of the American Revolution," Organization of American Historians, annual meeting, Atlanta, GA, April 2014 |
| 2013 | "'Fix'd almost among Strangers': Charleston's Quaker Connections on the Eve of Revolution," Mid-Atlantic Conference on British Studies, Bronx, NY, March 2013 |
| 2012 | "Virtuous War, Vicious Cities: The American Revolution's Urban Legacy," Urban History Association conference, New York, Oct. 2012 |
| 2012 | "Teapot in a Tempest: The Boston Tea Party and the Path to War," Ninth Annual Seminar on the American Revolution, Fort Ticonderoga, NY, Sept. 2012 |
| 2011 | Panelist, President's Plenary, "The Populist Temper in Early America: Is It Real or Is It Memorex?" Society for Historians of the Early American Republic, annual meeting, Philadelphia, July 2011 |
| 2011 | "The Use of Violence in Revolutionary Boston," American Historical Association, annual meeting, Boston, Jan. 2011 |
| 2009 | "Did Dutch Smugglers Provoke the Boston Tea Party?" Cities in Revolt: The Dutch-American Atlantic, ca. 1650–1830, Columbia University, Nov. 2009 |
| 2009 | "Global Perspectives on the Boston Tea Party," Exploring Transnational Studies Inaugural Conference, Tufts University, April 2009 |
| 2007 | "Americans Mobilized: The Revolutions in the Cities," Society for Historians of the Early American Republic, annual meeting, Worcester, MA, July 2007 |
| 2007 | "Beyond George R. T. Hewes: Recovering the Narratives of the Boston Tea Party Participants," Thirteenth Annual Omohundro Institute for Early American History and Culture Conference and Fifth Biennial Society of Early Americanists Conference, Williamsburg, VA, June 2007 |
| 2006 | "The Culmination of Destructive Warfare in Colonial America," paper at "Warfare and Society in Colonial North America and the Caribbean," Omohundro Institute for Early American History and Culture, Knoxville, TN, Oct. 2006 |

Carp                                                                                                    13

2006        "The Night the Yankees Burned Broadway: The Destruction of New York City in 1776," Conference on New York State History, New York, June 2006

2005        "A Revolution in Brick and Brush: The Cultural Politics of the Radical Cosmopolitan," paper at "Faces and Places of Early America" conference, McNeil Center for Early American Studies, Philadelphia, Dec. 2005

2005        "Order, Disorder, and Rebellion in the Taverns of Prerevolutionary New York City," Organization of American Historians, annual meeting, San Jose, CA, April 2005

2002        "Changing Our Habitation: Domestic Spaces in Charleston during the Revolutionary Era," paper at material culture conference, Program in the Carolina Lowcountry and the Atlantic World, Charleston, SC, June 2002

2001        "Port in a Storm: The Boston Waterfront as Contested Space, 1747–1774," Society for Historians of the Early American Republic, annual meeting, Baltimore, July 2001

2001        "Port in a Storm: The Boston Waterfront as Contested Space, 1747–1774," 70th Anglo-American Conference of Historians, Institute for Historical Research, London, July 2001

**Chair or Discussant**

2025        Moderator, "Article Publishing Across Audiences," Graduate Student History Conference, CUNY Graduate Center, New York, March 2025

2023        Presiding Chair, "Loyalism and Memory: A Roundtable on the Place of Loyalist Stories in the Coming 2026 Anniversary," Society for Historians of the Early American Republic, annual meeting, Philadelphia, July 2023

2022        Comment, "Imperial borderlands," panel at "Underrepresented Voices of the American Revolution" Conrad E. Wright Research Conference, Massachusetts Historical Society, Boston, July 2022

2022        Panel judge, History, Beacon Conference, SUNY Orange Community College, Middletown, NY, June 2022

2022        Discussant, "Revolutionary Roads: Environment, Capitalism, and Development," History Graduate Student Conference, CUNY Graduate Center, New York, April 2022

2021        Comment, "Loyalists and Their Legacy," Society for Historians of the Early American Republic, annual meeting, Philadelphia, July 2021

2021        Panel judge, History, Beacon Conference, SUNY Westchester Community College, Valhalla, NY, 2021

Carp                                                                                                    14

| | |
|---|---|
| 2020 | Chair and comment, "Decentering Early New York City's History," American Historical Association, annual meeting, New York, Jan. 2020 |
| 2019 | Chair and comment, "After the Fire: Disaster Relief, Reform, Local Power in American Cities," Society for Historians of the Early American Republic, annual meeting, Cambridge, MA, July 2019 |
| 2019 | Comment, "Civilian Governance and Military Affairs in the American Revolution," Society for Military Historians conference, Columbus, OH, May 2019 |
| 2018 | Comment, "Spaces in Rebellion: Politics Around Communities," CUNY EARS Graduate Conference, New York, May 2018 |
| 2017 | Chair, "Crossing Genders and Genres in Narratives of the American Revolution," Society for Historians of the Early American Republic, annual meeting, Philadelphia, July 2017 |
| 2017 | Comment, "Out of Print: Collective Violence and Orientalism in Revolutionary Era Writings," CUNY EARS Graduate Conference, New York, May 2017 |
| 2016 | Comment, "Reconsidering the Boundaries of Urban Space in the Early Republic," CUNY EARS Graduate Conference, New York, May 2016 |
| 2015 | Comment, "The Continued Costs of Conflict: War, Status, and Society in Revolution and Civil War," CUNY EARS Graduate Conference, New York, May 2015 |
| 2011 | Comment, "Mean Streets: Crowds and Violence in Colonial British American Cities," Seventeenth Annual Omohundro Institute for Early American History and Culture Conference, New Paltz, NY, June 2011 |
| 2008 | Chair, "Perspectives on Colonial America," New England Historical Association, spring meeting, Boston, April 2008 |
| 2008 | Chair and Discussant, "Remaking the American Nation: Secession and its consequences for the Civil War United States," Seventh European Social Science History Conference, Lisbon, Portugal, Feb. 2008 |

## TEACHING

**Graduate Instruction, History Program, Graduate Center, City University of New York**
Fall 2023          "The Literature of American History I" (also fall 2019)

Fall 2016          "Fear and Violence in Early America"

**Graduate Instruction, Brooklyn College**
Spring 2023       "The Colonial Period" (also spring 2018)

Carp                                                                                          15

Spring 2022        "The American Revolution and the Constitution" (also spring 2016, fall 2017)

## Undergraduate Instruction, Brooklyn College

Fall 2025          "The Revolutionary Generation" (also spring 2024, fall 2022, fall 2021, fall 2019, fall 2017, spring 2015)

Fall 2025          "American Pluralism to 1877" (also spring 2019, spring 2017, spring 2016, fall 2015, fall 2014)

Spring 2025        "The History of New York City" (also spring 2023, spring 2024)

Fall 2023          "Slavery and Freedom in New York," colloquium

Fall 2022          "American Military History to 1900" (also fall 2018, spring 2015)

Fall 2021          "Women in Early America," colloquium (also fall 2016)

Spring 2019        "New York City and the American Revolution," colloquium (also fall 2014)

Spring 2018        "Colonial North America to 1763"

## Graduate Supervision, History Program, Graduate Center, City University of New York

2026               Dissertation Advisor, Blake McGready, "Making Nature's Nation: The Revolutionary War and Environmental Interdependence in New York, 1775–1783," June 2026 (projected)

2025               Dissertation Committee, Helena Yoo-Roth, "American Timelines: Imperial Communications, Colonial Time-Consciousness, and the Coming of the American Revolution," June 2025

2024               Dissertation Committee, Madeline Lafuse, "Poison in Marie Laveau's New Orleans: A Cultural History of Food, Freedom, and White Supremacy, 1781–1946," March 2024

2023               Dissertation Committee, Cody Nager, "Determined to be American: Regulating Immigration and Citizenship in the Early American Republic, 1783–1815," March 2023

2022               Dissertation Committee, Miriam Liebman, "'Thus Much for Politicks': American Women, Diplomacy, and the Aftermath of the American Revolution," April 2022

## External Thesis and Dissertation Committees

2024               Dissertation committee, Lance P. Boos, "Print and Performance: The American Musical Marketplace in the Eighteenth Century," Stony Brook University, 2024

Carp                                                                                          16

| 2024 | Dissertation committee, Jason Locke, "Contested Loyalties: The British Occupations of Boston, Philadelphia, and Charleston," University of Saskatchewan, 2024 |
| --- | --- |
| 2015 | Dissertation committee, John N. Blanton, "This Species of Property: Slavery and the Properties of Subjecthood in Anglo-American Law and Politics, 1619–1783," CUNY Graduate Center, 2015 |
| 2012 | Three senior honors thesis committees, Bates College, 2012 |
| 2008 | Dissertation committee, Emily A. Murphy, "American Medici: The Derby Family and Their Rise to Power in the British Atlantic World," Boston University, 2008 |

**Graduate Instruction, Tufts University**

| Spring 2014 | "Graduate Colloquium in Early American History" (also spring 2011) |
| --- | --- |
| Spring 2012 | "Cultures of Violence in the West," colloquium |

**Undergraduate Instruction, Tufts University**

| Spring 2014 | "Antebellum and Civil War America, 1815–1877," plus graduate readings (also spring 2007, fall 2009, spring 2011) |
| --- | --- |
| Spring 2012 | "American Military History to 1900," thematic course (also spring 2010) |
| Fall 2011 | "Colonial North America and the Atlantic World to 1763," plus graduate readings (also fall 2007, spring 2010) |
| Fall 2011 | "Massachusetts and the American Revolution," research seminar |
| Fall 2010 | "Boston's American Revolution," thematic course |
| Fall 2010 | "Revolutionary America, 1763–1815," plus graduate readings (also fall 2006, spring 2008) |
| Fall 2009 | "Cities in Revolution: The Urban Experience of the American Revolution," research seminar (also fall 2007) |
| Spring 2008 | "Massachusetts and the American Revolution," foundation seminar, writing workshop (also spring 2007) |

**Undergraduate Instruction, University of Edinburgh**

| 2004–2005 | "American History 2," lecturer and tutor |
| --- | --- |
| Fall 2004 | "The Frontier in American History, 1763–1890," upper-level seminar |

**Undergraduate Instruction, University of Virginia**

| Spring 2003 | "City and Wilderness in Early America," research seminar |
| --- | --- |

| Spring 2001 | Teaching Assistant, "The History of Rome" |
|---|---|
| Fall 2000 | Teaching Assistant, "American Military History to 1900" |

**PROFESSIONAL SERVICE**

| | |
|---|---|
| 2025–2027 | Member, Committee on the Nancy Lyman Roelker Mentorship Award, American Historical Association, 2025–2027 |
| 2025 | External evaluator, tenure and promotion case, [redacted], 2025 |
| 2025 | External evaluator, promotion case, [redacted], 2025 |
| 2025 | Reader, book manuscript workshop for R. Grant Kleiser, *Exchanging Empires: Free Ports, Reform, and Revolution in the Atlantic World, 1750–1784*, Program of Early American Economy and Society at the Library Company of Philadelphia, online, March 2025 |
| 2022–2024 | Faculty mentor, Brooklyn College, Gardiner Foundation Semiquincentennial Student Fellowship Program, 2022–2024 |
| 2024 | External evaluator, promotion case, [redacted], 2024 |
| 2023 | External evaluator, promotion case, [redacted], 2023 |
| 2020 | External evaluator, tenure and promotion case, [redacted], 2020 |
| 2018–2019 | Member, selection committee, Hench Post-Dissertation Fellowship, American Antiquarian Society, 2018–2019 |
| 2015 | External evaluator, National Endowment for the Humanities, 2015 |
| 2015 | External evaluator, tenure and promotion case, [redacted], 2015 |
| 2014 | External referee, fellowship [redacted], winter 2014 |
| 2009–2014 | Member, "A New Nation Votes" Advisory Board, Tufts University and the American Antiquarian Society, 2009–2014 |
| 2011 | Member, Fellowship Application Review Committee, Winterthur Museum, Garden, & Library, spring 2011 |
| 2011 | Member, Short-Term Fellowship Selection Committee, Massachusetts Historical Society, spring 2011 |
| 2011 | Member, Membership Directory Committee, Colonial Society of Massachusetts, spring 2011 |

2010                 Participant, College Board AP United States History Research Study, Oct. 2010

2009                 External evaluator, tenure and promotion case, [redacted], 2009

**Peer/Expert Review, Book Manuscripts and Book Proposals**
Cambridge University Press (2017); Cornell University Press (2021); Harvard University Press (2022); Manchester University Press (2024); Oxford University Press (2011, 2015, 2018, 2021, 2022, 2023); Palgrave Macmillan (2013); Routledge (2009); Scholastic (2017, 2023, 2024, 2025 three times); University of North Carolina Press (2020, 2022, 2023); University of Pennsylvania Press (2018); Words & Numbers (2014); Yale University Press (2020)

**Peer Review, Journal Articles and Encyclopedia Entries**
*American Political Science Review* (2024); *Early American Studies* (2007, 2018, 2019–2020); *History Compass* (2010); *Journal of American History* (2010, 2012); *Journal of Early American History* (2012, 2014, 2016, 2018); *Journal of Military Ethics* (2015); *Journal of Military History* (2025); *Journal of Southern History* (2014); *Journal of the Early Republic* (2015, 2018, 2023); *Journal of Urban History* (2011 twice); *Massachusetts Historical Review* (2008, 2022); *New England Quarterly* (2020, 2021, 2024); Oxford University Press (2024); *Transactions of the American Philosophical Society* (2025); *William and Mary Quarterly* (2008, 2009, 2010, 2011, 2015 twice, 2017, 2018)

## UNIVERSITY SERVICE

**City University of New York**
2025                 Reviewer, PSC/CUNY Research Awards Panel for History, spring 2025

2024                 Reviewer, PSC/CUNY Research Awards Panel for History, spring 2024

2023                 Reviewer, PSC/CUNY Research Awards Panel for History, spring 2023

2022                 Reviewer, PSC/CUNY Research Awards Panel for History, spring 2021

2021                 Reviewer, PSC/CUNY Research Awards Panel for History, spring 2021

2020                 Reviewer, PSC/CUNY Research Awards Panel for History, spring 2020

**Brooklyn College**
2024                 Member, Faculty Awards Selection Committee, Awards for Excellence in Scholarly and Creative Achievement, Brooklyn College, 2024

2022–2023        Chair, Faculty Council Campus Planning Committee, 2022–2023

2021–2023        At-large School of Humanities and Social Sciences delegate, Faculty Council, 2021–2023

2021–2023        Member, Faculty Council Campus Planning Committee, 2021–2022

2022                 Participant, Honors Academy Reading Day, Jan. 28, 2022

Carp                                                                                                      19

| | |
|---|---|
| 2019–2021 | Member, Indigenous Studies Working Group, 2019–2021 |
| 2019–2020 | Member, Planning Committee, Robert L. Hess Scholar-in-Residence Program, 2019–2020 |
| 2019 | Participant, Honors Academy Reading Day, Jan. 25, 2019 |
| 2015–2018 | At-large School of Humanities and Social Sciences delegate, alternate, Faculty Council 2015–2018 |
| 2015–2018 | Chair, Faculty Council Library Committee, 2015–2018 |
| 2015–2016 | Organizer, "Narratives of the Revolution: A Series about Scholarly and Storytelling Approaches to History," 2015–2016 |
| 2015–2016 | Promotion and Tenure Review Committee, School of Humanities and Social Sciences, 2015–2016 |
| 2015 | Participant and Presenter, Digital Humanities Working Group, Wolfe Institute Interdisciplinary Faculty Study Group, fall 2015 |

## Department of History, Brooklyn College

| | |
|---|---|
| 2024–2025 | Coordinator, Instruction and Pedagogy Working Group, Departmental Self-Study, 2024–2025 |
| 2024–2025 | Member, Teaching and Mentoring outside the Classroom Working Group, Departmental Self-Study, 2024–2025 |
| 2022–2025 | Member, Portfolio Review Committee, Department of History, 2022–2025 |
| 2021–2025 | Member, Honors and Awards Committee, Department of History, 2021–2025 |
| 2021–2022 | Member, Grade Appeals Committee, Department of History, 2021–2022 |
| Spring 2020 | Member, Distance Learning Survey Committee, Department of History, spring 2020 |
| 2016–2020 | Member, Appointments Committee, Department of History, 2016–2020 |
| 2019–2020 | Member, Curriculum Committee, Department of History, 2019–2020 |
| Fall 2018 | Scribe, Department of History, fall 2018 |
| 2016–2017 | Reviewer, *Clio: The Journal of the Brooklyn College Historical Society*, 2016–2017 |

Carp                                                                          20

| | |
|---|---|
| 2015–2016 | Member, Archival Studies Minor Review Committee, Department of History, 2015–2016 |
| 2014–2015 | Member, Assessment Committee, Department of History, 2014–2015 |
| 2014–2015 | Member, Portfolio Review Committee, Department of History, 2014–2015 |

**Graduate Center, City University of New York**

| | |
|---|---|
| 2023 | Review Panel Member, Graduate Center Dissertation Fellowship Competition, Spring 2023 |

**History Program, Graduate Center, City University of New York**

| | |
|---|---|
| 2023–2026 | Member, Executive Committee, 2023–2026 |
| 2024–2026 | Deputy Executive Officer and Co-Chair, Admissions and Awards Committee, 2024–2026 |
| 2025 | Presenter, "Academic Article Publishing Question and Answer," sponsored by Peer Mentor Program, March 2025 |
| 2024 | Member, First-Year Examination Committee, United States History, Fall 2024 |
| 2023 | Member, First-Year Examination Committee, United States History, Fall 2023 |
| 2023 | Presenter, "Academic Article Publishing Question and Answer," sponsored by Peer Mentor Program, March 2023 |
| 2022 | Member, First-Year Examination Committee, United States History, Fall 2022 |
| 2021 | Member, First-Year Examination Committee, United States History, Fall 2021 |
| 2020–2021 | Member, Admissions and Awards Committee, 2020–2021 |
| 2020 | Member, First-Year Examination Committee, United States History, Fall 2020 |
| 2019 | Member, First Year Examination Committee, United States History, Fall 2019 |

**Tufts University**

| | |
|---|---|
| 2011–2012 | Member, Grievance Panel, Arts, Science & Engineering, 2011–2012 |
| 2010–2015 | Member, Undergraduate Admissions and Financial Aid Committee, Arts, Sciences & Engineering, 2010–2015 |
| 2009–2014 | Member, Library Committee, Arts, Sciences & Engineering, 2009–2014 |
| 2007–2014 | Advisor, History Concentration, Museum Studies Certificate Program, 2007–2014 |

**Department of History, Tufts University**

| | |
|---|---|
| 2014 | Member, Vida H. Allen Prize Committee, 2014 |
| 2009–2012, 2014 | Member, Graduate Committee, 2009–2012, 2014 |
| 2012 | Preparator, tenure and promotion case, spring 2012 |
| 2012 | Chair, Search Committee, visiting lecturer position, Early American history, 2012 |
| 2011–2012 | Member, Graduate Assessment Committee, 2011–2012 |
| 2010–2012 | Library Liaison, 2010–2012 |
| 2011 | Member, Gerald R. Gill Prize Committee, 2011 |
| 2011 | Member, Undergraduate Assessment Committee, 2011 |
| 2007–2008 | Member, committee, memorial speaker series on African-American history, 2007–2008 |
| 2007 | Member, Search Committee, tenure-track position, United States in the Modern World, 2007 |

## MEDIA COVERAGE

| | |
|---|---|
| 2025 | Interviewee, Peter Suciu, "This Fourth of July, Let's Not Forget the Significance of 1775," *Forbes*, July 4, 2025 |
| 2025 | Interviewee, "Episode 16: The Tea," "Episode 17: The Tyranny," *Worlds Turned Upside Down* (podcast), host Jim Ambuske, R2 Studios, Roy Rosenzweig Center for History and New Media at George Mason University, June 30, July 29, 2025 |
| 2025 | Interviewee, "Broadway is Burning," *The Napoleonic Wars Podcast*, hosts Zack White and Luke Reynolds, Jan. 18, 2025 |
| 2024 | Interviewee, "Benjamin Carp, The Great New York Fire of 1776," *Ben Franklin's World* (podcast), host Liz Covart, Oct. 8, 2024 |
| 2024 | Interviewee, "The Boston Tea Party: Tyranny, Taxes and Tea (Part 3)" and "The Boston Tea Party: From Protest to Revolution (Part 4)," *The History of Fresh Produce* (podcast), host John Paap, July 11, 16, 2024 |
| 2024 | Interviewee, "The Boston Tea Party; Dawn of the Revolution," *American History Gazette* (podcast), host Jake Suggs, Feb. 7, 2024 |
| 2023 | Interviewee, "Operation *Defiance of the Patriots*," *Operation History* (podcast), Dec. 16, 2023 |

Carp                                                                                    22

2023            Interviewee, Meilan Solly, "The Many Myths of the Boston Tea Party,"
                *Smithsonian Magazine*, Dec. 15, 2023

2023            Interviewee, "Boston Tea Party: Igniting a Revolution" (five-episode podcast
                series) *HistoryExtra*, Dec. 14, 2023

2023            Interviewee, "Radikaler Ungehorsam! Vor 250 Jahren - die Boston Tea Party-
                Revolte," radio feature by Nora Sobich, Deutschlandfunk Kultur, Dec. 13, 2023

2023            Interviewee, "The Boston Tea Party Explained," and "Tea, Tax & Revolution:
                Boston Tea Party Aftermath," *American History Hit* (podcast), host Don
                Wildman, History Hit, Dec. 10, 13, 2023

2023            Interviewee, Elinor Evans, "What Was the 1773 Tea Act?" and "Boston Tea
                Party: Your Guide to the Protest that Ignited a Revolution,"*HistoryExtra* (website
                for *BBC History Magazine* and *BBC History Revealed*), Dec. 7, 13, 2023

2023            Interviewee, "Why Some Founding Fathers Disapproved of the Boston Tea
                Party," by Dave Roos, History.com, Dec. 11, 2023

2023            Interviewee, "The Santa That America Built," *The Toys That Built America*
                docudrama series, History Channel, Dec. 10, 2023

2023            Interviewee, "250 years later, local experts consider the complex legacy of the
                Boston Tea Party," with Evan O'Brien and Anjelica Oswald, *Under the Radar*
                (podcast), host Callie Crossley, WGBH, Dec. 8, 2023

2023            Interviewee, Elinor Evans, *HistoryExtra* (website for *BBC History Magazine* and
                *BBC History Revealed*), Dec. 7, 2023

2023            Interviewee, "The Destruction of the Tea, 250 Years On," *The Last Best Hope?*
                *Understanding America from the Outside In* (podcast), with Stacy Schiff and host
                Prof. Adam Smith, Nov. 29, 2023

2023            Interviewee, "Liberty or Death: Boston Tea Party" docuseries, *Fox Nation*, Nov.
                19, 2023

2023            "The Great New York Fire of 1776," sponsored by New York Genealogical and
                Biographical Society, Fraunces Tavern, New York, May 2023, broadcast on
                *American History TV*, C-SPAN2, Oct. 2023

2023            Interviewee, "The Boston Tea Party," *A Short History of…* (podcast), Noiser
                Podcasts, Oct. 2, 2023

2023            Interviewee, "The Great New York City Fire of 1776," *Unsung History* podcast,
                host Kelly Therese Pollock, Sept. 18, 2023

2023            Interviewee, Erik Ofgang, "Did CT soldiers help spark the Great New York Fire of 1776? It's very likely, according to a new book," *Connecticut Magazine*, Aug. 22, 2023

2023            Interviewee, "CBS News July 4th Holiday Special 2023, Hour 3," hosted by Gil Gross, executive producer Paul Woodhull, aired July 4, 2023

2023            Interviewee, "Taxes and the American Revolution: A Chat with Benjamin Carp," *Tax Chats* podcast, hosts Scott Dyreng and Jeffrey L. Hoopes, episode 102, July 3, 2023

2023            Interviewee, Bill Buell, "American Revolution forum in Fort Plain will include Boston Tea Party talk," *The Daily Gazette* (Schenectady, NY), June 7, 2023

2023            Interviewee, "Did George Washington Burn Down NYC?: Professor Benjamin Carp," *Our Professor Podcast*, hosts Micah Sander and Carter Greene, May 18, 2023

2023            Interviewee, Erik Ofgang, "Did George Washington Order Rebels to Burn New York City in 1776?" *Smithsonian Magazine,* May 11, 2023

2023            Interviewee, "American Revolution – Did Washington burn New York City?" *War Books Podcast*, host A. J. Woodhams, April 19, 2023

2023            Interviewee, "Benjamin L. Carp: Captain Abraham Van Dyck," *Dispatches: The Podcast of the Journal of the American Revolution*, host Brady J. Crytzer, episode 201, Feb. 19, 2023

2023            Interviewee, "Revolution Road with the *Journal of the American Revolution*," host Jimmy Mac, *The David Nemo Show*, RadioNemo, SiriusXM 146, Feb. 3, 2023

2023            Guest Expert, "The Aftermath: The Great New York Fire of 1776," *The Alarmist* podcast, host Rebecca Delgado Smith, Feb. 2023

2023            Panel discussant, *Women Waging War in the American Revolution*, American Revolution Institute of the Society of the Cincinnati, Washington, DC, Oct. 2022, broadcast on *American History TV*, C-SPAN3, Jan. 2023

2022            Guest Expert, "The Aftermath: The Boston Tea Party," *The Alarmist* podcast, host Rebecca Delgado Smith, Dec. 16, 2022

2022            Interviewee, "New York City Revolutionary Trail project," Gotham Center for New York City History, City University of New York, Aug. 20, 2022

2022            "The American Revolutionary War: everything you wanted to know," *History Extra Podcast*, host Elinor Evans, Feb. 27, 2022

2021            "New York Burning, 1776, with Benjamin L. Carp," *Revolution 250 Podcast*, host Robert J. Allison, Sept. 21, 2021

2019        Interviewee, *Michael Portillo's Hidden History of the Empire* (television series),
            Transparent TV, Channel Five (UK), filmed Oct. 21, 2019

2019        Interviewee, Patrick J. Kiger, "Who Were the Sons of Liberty?" *History.com*, Aug.
            19–20, 2019

2018        Interviewee, Alexis Madrigal, "Kim Kardashian's Private Firefighters Expose
            America's Fault Lines," *The Atlantic*, Nov. 14, 2018

2016        Interviewee, *Legends & Lies: The Patriots*, season 2, episodes 5 ("Thomas
            Jefferson: Independence Declared", 8 ("President George Washington: Forged
            In Conflict"), 9 ("Alexander Hamilton & Aaron Burr: Deadly Division")

2015        Interviewee, "Where There's Smoke: A History of Fire," *BackStory with the
            American History Guys*, Virginia Foundation for the Humanities, Aug. 2015

2015        "Revolutionary War: Military Aspects," March 2015, undergraduate lesson
            broadcast on *American History TV*, C-SPAN3, July 2015

2014        "Taverns in Pre-Revolutionary New York City," Fraunces Tavern Museum, New
            York, Oct. 2014, broadcast on *American History TV*, C-SPAN3, Nov.–Dec. 2014

2013        "The Global Boston Tea Party," Society of the Cincinnati, Fora.tv, filmed Oct.
            2013

2012        Interviewee, *Victoria Wood's Nice Cup of Tea* (television documentary series),
            episode 2, KEO Films, BBC One (UK), April 11, 2013

2012        Author interview on *Defiance of the Patriots*, by Faith Middleton, *The Faith Middleton
            Show*, Connecticut Public Radio, WNPR FM 90.5, Oct. 2, 2012

2012        Expert interviewee, "America's Revolution," with Mike Rowe, episode 1, *How
            Booze Built America* (television documentary series), Karga Seven Pictures,
            Discovery Channel, Sept. 19, 2012

2012        Introduction, "Primary Sources," *Jumbo: The Tufts Admissions Magazine* 3 (summer
            2012): 20–23

2011        "Steeped in Tradition," *Tufts Alma Matters Magazine* 6, 1 (spring 2011), Office of
            Graduate Studies, Tufts University

2011        Author talk, Colonial Society of Massachusetts, Boston, Dec. 2010, broadcast on
            *American History TV*, C-SPAN3, Feb. 2011

2010        Author talk, David Library of the American Revolution, Washington Crossing,
            PA, Oct. 2010, broadcast on Book TV, C-SPAN2, Dec. 2010

2010      Author interview on *Defiance of the Patriots*, by David Inge, *Focus*, Illinois Public Media, WILL AM 580, Nov. 18, 2010

2010      Interviewee, "Before the Tea Party, There Was the Tea Party," by Ishaan Tharoor, *Time.com*, Nov. 17, 2010

2010      "Benjamin Carp on *Defiance of the Patriots*," for "Between the Covers," podcast by John J. Miller, *National Review Online*, Nov. 1, 2010

2010      Guest Scholar, *The Oxford Comment*, Episode 1, "BOOZE!," podcast by Oxford University Press, Sept. 2010

2010      Guest Scholar, "Rebels with a (Really Good) Cause," *Boomer Alley*, KFWB News Talk Radio, Los Angeles, July 2010

2010      Guest Scholar, "Teed Off: The Tea Party, Then and Now" (podcast), *BackStory with the American History Guys*, Virginia Foundation for the Humanities, May 2010

2010      Guest Scholar, segment on Boston Tea Party and tea party movement, *Voice of America*, Feb. 2010

2009      Interviewee, *Rebels Rising*, podcast by Marshall Poe, *New Books in History*, June 5, 2009

## COMMUNITY OUTREACH

**Public Presentations**

2026      Author talk, Author Series, Fort Ticonderoga, online, October 2026

2026      Author talk, "Redcoats and Resistance" conference, Brigade of the American Revolution, West Point, NY, April 2026

2025      Author talk, Washington Crossing Historic Park, Washington Crossing, PA, October 2025

2025      Presentation on New York City and the American Revolution, private tour group, New York, May 2025

2025      Author presentation, Revolutionary Westchester 250 RoundTable Book Group and Institute for Thomas Paine Studies, Iona University, online, January 2025

2024      Author talk, Irvington Historical Society, Irvington, NY, December 2024

2024      "Destruction of the King George III Statue in 1776," Inside the Vault series, Gilder Lehrman Institute of American History, online, New York, July 2024

2024      Author talk, Jockey Hollow Chapter, Sons of the American Revolution, Rockaway, NJ, June 2024

| | |
|---|---|
| 2024 | "New York Fires of the Revolution," New York City Fire Museum, New York, March 2024 |
| 2024 | Author talk, American Revolution Round Table of New Jersey, online, Morristown, NJ, Feb. 2024 |
| 2024 | Author talk, Distinguished Speakers Series, University Club, New York, Feb. 2024 |
| 2024 | Author talks, Hamilton Grange National Memorial and Trinity Church Wall Street, New York, Jan. 2024 |
| 2024 | "The Boston Tea Party and Its Legacy at 250," American Revolution Round Table of Richmond and Osher Lifelong Learning Institute of the University of Richmond, online, Richmond, VA, Jan. 2024 |
| 2024 | Author talk, Society of Colonial Wars in the State of Florida, Palm Beach, FL, Jan. 2024 |
| 2024 | Author talk (*Defiance of the Patriots*), with David Waldstreicher, National Archives Museum. online, Washington, DC, Jan. 2024 |
| 2023 | "Boston Tea Party Book Discussion and Author Q&A," Ledyard Public Library, online, Ledyard, CT, Dec. 2023 |
| 2023 | Author talk (*Defiance of the Patriots*), Grand Lodge of Masons in Massachusetts, Boston, Dec. 2023 |
| 2023 | Author talk (*Defiance of the Patriots*), private tour group, Boston, Dec. 2023 |
| 2023 | Author talk (*Defiance of the Patriots*), Society of the Cincinnati, Washington, DC, Dec. 2023 |
| 2023 | "The Boston Tea Party and Its Legacy at 250," Civic Spirit, online, New York, Dec. 2023 |
| 2023 | "Boston Tea Party at the 250th Anniversary," Lincoln Public Library, online, Lincoln, MA, Dec. 2023 |
| 2023 | Author talk, American Revolution Round Table of Northern Delaware, Newark, DE, Nov. 2023 |
| 2023 | Author talk (*Defiance of the Patriots*), Brooklyn Chapter, Old Stone House, Daughters of the American Revolution, Brooklyn, NY, Nov. 2023 |
| 2023 | "Speaking Out About History with Benjamin Carp," National Society of the Sons of the American Revolution, online, Louisville, KY, Oct. 2023 |

| | |
|---|---|
| 2023 | Author talk, Alexander Hamilton Awareness Society, online, New York, Oct. 2023 |
| 2023 | Author presentation, New York State Library, online, Albany, NY, Oct. 2023 |
| 2023 | "The Role of Cities in the American Revolution," Susquehannock High School, online, Glen Rock, PA, Oct. 2023 |
| 2023 | Author talk, private tour group, New York, Sept. 2023 |
| 2023 | Interviewer, Book Launch Conversation: Heather Cox Richardson presents *Democracy Awakening: Notes on the State of America*, St. Joseph's University and Greenlight Bookstore, Brooklyn, NY, Sept. 2023 |
| 2023 | Author talk (all books to date), HistoryAuthorTalks.com, online, Maidenhead., NJ, Sept. 2023 |
| 2023 | Author talk, Institute for Retired Persons, online, Chambersburg, PA, Sept. 2023 |
| 2023 | Author talk (*Defiance of the Patriots*), Emerging Revolutionary War, online, Boardman, OH, Sept. 2023 |
| 2023 | Author talk, Book Breaks, Gilder Lehrman Institute of American History, online, New York, Sept. 2023 |
| 2023 | Author talk, Bryant Park Reading Room Non-Fiction Series (partnered with New-York Historical Society), New York, NY, August 2023 |
| 2023 | Author presentation, Poor Richard's Book Club, online, July and August 2023 |
| 2023 | Author talk, The American Revolution Mohawk Valley Conference, Fort Plain Museum, Fort Plain, NY, June 2023 |
| 2023 | "Urban Geographies of the American Revolution," Richard H. Brown Seminar on the Historical Geography of the American Revolutionary Era at the Norman B. Leventhal Map & Education Center at the Boston Public Library and the American Revolutionary Geographies Online (ARGO) Project, online, Boston and Mount Vernon, VA, May 2023 |
| 2023 | Author talk, General Society of Mechanics and Tradesmen of the City of New York in partnership with the New York Landmarks Conservancy, New York, May 2023 |
| 2023 | Author talk, American Revolution Round Table of Philadelphia, Montgomery, PA, May 2023 |

2023            Author talk, sponsored by New York Genealogical and Biographical Society, Fraunces Tavern, New York, May 2023

2023            Author talk, Ford Evening Book Talk Series, George Washington's Mount Vernon, Mount Vernon, VA, April 2023

2023            Author talk, American Revolution Round Table of New York, online, New York, April 2023

2023            Author event, Gotham Center for New York City History, with Russell Shorto, CUNY Graduate Center, online, New York, March 2023

2023            Author talk, Recirculation (a project of Word Up Bookstore), New York, March 2023

2023            Panelist, "The Great New York Fire of 1776: Private Exhibition Viewing and Panel Discussion," New York City Fire Museum, New York, March 2023

2023            "'Many Circumstances Lead to Conjecture That Mr. Washington Was Privy to This Villainous Act': George Washington and the Great New York City Fire of 1776," 10th Annual Conference on the American Revolution, America's History, LLC, Williamsburg, VA, March 2023

2023            Author talk, Six Bridges Book Festival, online, Little Rock, AR, March 2023

2023            Author talk, Putnam History Museum, online, Cold Spring, NY, Feb. 2023

2023            Author talk, Suffolk County Vanderbilt Museum, Centerport, NY, Feb. 2023

2023            Author talk, Green-Wood Cemetery, online, Brooklyn, NY, Feb. 2023

2023            Author talk, New York Military Affairs Symposium, online, New York, Feb. 2023

2023            Author talk, Brooklyn Chapter, Old Stone House, Daughters of the American Revolution, online, Brooklyn, NY, Feb. 2023

2023            "The Great New York Fire of 1776" (three sessions), Roundtable by 92NY, 92nd Street Y, online, New York, Jan.–Feb. 2023

2023            "The Boston Tea Party," Himan Brown Senior Program, 92nd Street Y, New York, Jan. 2023

2023            "Common Threads: Exploring American Ideals," with Porsha Olayiwola, Charles Coe, and Darren Cole, Revolutionary Spaces and WGBH Forum Network, online, Boston, Jan. 2023

| | |
|---|---|
| 2023 | "To Save This Country: The Boston Tea Party in History," with Nat Sheidley, J. L. Bell, Joseph Ellis, and Sarah Purcell, Revolutionary Spaces and WGBH Forum Network, online, Boston, Jan. 2023 |
| 2022 | Panel discussant, *Women Waging War in the American Revolution*, American Revolution Institute of the Society of the Cincinnati, Washington, DC, Oct. 2022 |
| 2022 | Author talk, St. Paul's Church National Historic Site, Mt. Vernon, NY, Oct. 2022 |
| 2022 | "The Revolutionary Taverns of New York City," Himan Brown Senior Program, 92nd Street Y, New York, Sept. 2022 |
| 2022 | "The Revolutionary Taverns of New York City," Roundtable by 92NY, 92nd Street Y, online, New York, Aug. 2022 |
| 2022 | "Russell Shorto and Friends: Panel Conversation on New Amsterdam," South Street Seaport Museum, New York, June 2022 |
| 2022 | "The Revolutionary Taverns of New York City," Brooklyn Lifelong Learning, Brooklyn, NY, April 2022 |
| 2021 | Author conversation with Kevin J. Weddle, *The Compleat Victory: Saratoga and the American Revolution*, OUP History Book Club, Oxford University Press, online, New York, May 2021 |
| 2021 | "The Fraught Path to Inclusion: Newport's Jewish and African-American Communities in the Revolutionary Era," Congregation B'nai Israel, online, Rumson, NJ, April 2021 |
| 2021 | "Weston's Revolution: Taverns, Tea, and Turncoats," Golden Ball Tavern Museum and Weston Historical Society, online, Weston, MA, March 2021 |
| 2021 | "A New York City Mystery of 1776: Who Set the Fire that Burned Broadway?" Brooklyn Lifelong Learning, online, Brooklyn, NY, March 2021 |
| 2020 | "Tea Party Tonight!" with Rob Crean, Chernoh Sesay, Jr., and William Fowler, Revolutionary Spaces, online, Boston, Dec. 2020 |
| 2020 | "How Revising History Shaped the American Revolution," with Michael D. Hattem, New-York Historical Society, online, New York, Dec. 2020 |
| 2020 | "Boston Tea Party," Dr. Joseph Warren Historical Society, online, Williamsburg, VA, July 2020 |
| 2017 | "The Revolutionary Taverns of New York City," Peter Minuit Chapter, National Society of the Daughters of the American Revolution, New York, Jan. 2017 |

Carp                                                                                                      30

| | |
|---|---|
| 2015 | "Pre-War of Independence Taverns of NYC," The Greenwich Series, New York, Jan. 2015 |
| 2015 | Author talk, Society of Colonial Wars in the State of Florida, Palm Beach, FL, Jan. 2015 |
| 2014 | "Order, Disorder, and Rebellion in New York City's Revolutionary Taverns," Fraunces Tavern Museum, New York, Oct. 2014 |
| 2014 | "The Fiery Side of New York's Revolutionary War," Historic Huguenot District, New Paltz, NY, June 2014 |
| 2014 | Author talk, 1850 House Inn & Tavern, Rosendale, NY, June 2014 |
| 2014 | Author talk, Lunch and Learn Speaker Series, Osher Lifelong Learning Institute, Tufts University, March 2014 |
| 2014 | "Defiance of the Patriots: The Revolution in Charlestown beyond the Neck," Local History Lecture Series, Historic Somerville, Feb. 2014 |
| 2014 | "Cities and Revolution: The Cases of Boston's Waterfront and Newport's Churches," Society of Colonial Wars in the Commonwealth of Massachusetts, Boston, Jan. 2014 |
| 2014 | "Separated by a Common History," Society of Colonial Wars in the State of Florida, Palm Beach, FL, Jan. 2014 (in absentia) |
| 2013 | "Resolute Men (Dressed as Mohawks)," Old South Meeting House and Boston Tea Party Ships & Museum, Boston, Dec. 2013 |
| 2013 | Author talk, Cox Book Prize honoree, Society of the Cincinnati, Washington, DC, Oct. 2013 |
| 2013 | Author talk, Fraunces Tavern Museum, New York, April 2013 |
| 2012 | Video interviews, Boston Tea Party Ships & Museum, Boston, Aug. 2012 |
| 2012 | Author talk, Massachusetts Society of the American Revolution, Boston, Feb. 2012 |
| 2012 | "'Our United Sentiments': Boston, Newton, and the Cause of Liberty," Newton Free Library, Newton, MA, Feb. 2012 |
| 2011 | Host, Boston Tea Party Annual Reenactment, Old South Meeting House, Dec. 2011 |

Carp                                                                                                31

| | |
|---|---|
| 2011 | Author talk, Yale Alumni Association of New York, Harney & Sons, New York, Oct. 2011 |
| 2011 | "Fires and Firefighting in Colonial New England," Edmund Rice (1638) Association, Natick, MA, Sept. 2011 |
| 2011 | Author talk, St. Botolph's Club, Boston, May 2011 |
| 2011 | Author talk, Sudbury Companies of Militia & Minute, Wayside Inn, Sudbury, MA, May 2011 |
| 2011 | Author talk, Arlington Historical Society, Arlington, MA, April 2011 |
| 2011 | Author talk, Boston Public Library, April 2011 |
| 2011 | Author talk, American Antiquarian Society, Worcester, MA, April 2011 |
| 2011 | Session on "The Mobilization of Revolutionary America," for "The American Journey: History, Culture, and the Arts," Museum of Fine Arts, Boston, Feb. 2011 |
| 2011 | Author talk, Historic Shirley-Eustis House, Roxbury, MA, Feb. 2011 |
| 2011 | Author talk, New England Historic Genealogical Society, Boston, Feb. 2011 |
| 2011 | Author talk, Society of Colonial Wars in the Commonwealth of Massachusetts, Boston, Feb. 2011 |
| 2011 | Author talk, University of Virginia Club and Yale Club of Rhode Island, John Carter Brown Library, Providence, RI, Feb. 2011 |
| 2011 | Author talk, Bench and Bar Seminar, Social Law Library, Boston, Feb. 2011 |
| 2010 | Author talk, Boston Tea Party Chapter, National Society of the Daughters of the American Revolution, Dorchester, MA, Dec. 2010 |
| 2010 | Author event, Old State House Museum and Bostonian Society, Dec. 2010 |
| 2010 | Author talk, Yale Club of Boston (with David Art), Dec. 2010 |
| 2010 | Author talk, Royall House and Slave Quarters, Medford, MA, Nov. 2010 |
| 2010 | Author talk, Old South Meeting House, Boston, Oct. 2010 |
| 2010 | Author talk, David Library of the American Revolution, Washington Crossing, PA, Oct. 2010 (Later broadcast on *Book TV*, C-SPAN2, Dec. 2010) |
| 2010 | Author talk, American Revolution Round Table, New York, Oct. 2010 |

Carp                                                                                                    32

2010          Skype Q&A, Historical perspective on the Boston Tea Party, with Andover (Kansas) Middle School eighth-grade students, Sept. 2010

2010          "Two Nations, Shared History," with Kris Manjapra, Lexington Historical Society, April 2010

2009          "Teapot in a Tempest: The Boston Tea Party of 1773," two-part lecture series, "Middays at the Meeting House," Old South Meeting House, Boston, Dec. 2009

2008          "Lexington, the Locals, and the Boston Tea Party," Cronin Lecture Series, Lexington Historical Society, Nov. 2008

2008          Author talk, Elfreth's Alley National Historic Landmark District, Philadelphia, Oct. 2008

2008          Author talk, Redwood Library, Newport, RI, Jan. 2008

**K-12 Teacher and Student Workshops**

2024          "Politics Out of Doors: Debating Loyalism and Independence in the American Seaport Cities," Young People's Continental Congress, Carpenter's Company of the City and County Philadelphia and National History Day, Philadelphia, July 2024

2023          "American Creation, American Destruction: The 250th Anniversary of the Boston Tea Party and 1776," Syracuse University Project Advance, Syracuse, NY, and New York, Oct. and Nov. 2023

2016          "New York and the American Revolution," keynote address, annual teacher development day, New-York Historical Society, New York, Nov. 2016

2016          Workshop session, "Teaching Three Centuries of History through MHS Collections," Massachusetts Historical Society, Boston, July 2016

2015          Boston Background Session, "At the Crossroads of Revolution: Lexington and Concord in 1775," Landmarks of American History and Culture Workshop, Massachusetts Historical Society, Boston, Aug. 2015

2015          "The Boston Tea Party," Minute Man National Historic Park, Boston, July 2015

2014          "The Boston Tea Party and the Making of America," Long Island Council for the Social Studies, annual conference, Melville, NY, Oct. 2014

2014          "The Global Origins of the American Revolution," U.S. History Teachers' Summer Symposium, Poly Prep Country Day School, Brooklyn, NY, June 2014

2013          "The Boston Tea Party and the American Revolution," Minute Man National Historic Park, Boston, August 2013

| 2011 | "African-Americans in Colonial New York," Teaching American History Grant, Gilder Lehrman Institute and Rockland County BOCES, New York, August 2011 |
| --- | --- |
| 2011 | "'The Ringleader of All Violence': Revolutionary Boston and the Tea Party," Teaching American History Grant, Framingham State University and American Antiquarian Society, Worcester, MA, August 2011 |
| 2011 | "Urban Life during the Revolutionary War," History Connected Teaching American History Grant Summer Institute, Primary Source and Reading Memorial High School, Reading, MA, July 2011 |
| 2011 | "'Enemies to Their Country' in Revolutionary Boston," American Studies Summer Institute, John F. Kennedy Presidential Library and Museum and the University of Massachusetts-Boston, Boston, July 2011 |
| 2011 | "World War and the Coming of the American Revolution" and "City Life and the American Rebellion," Teaching American History Grant, Gilder Lehrman Institute and Guilford County (NC) Schools, New York, June 2011 |
| 2010 | "The Rise of Cities after the Revolution," Teaching American History Grant, Gilder Lehrman Institute and MD-Baltimore City Public Schools, June 2010 |

**Consultation and Museum Work**

| 2024–2026 | Advisor, exhibition, "The Occupied City: New York and the American Revolution," Museum of the City of New York, New York, 2024–2026 |
| --- | --- |
| 2025 | Submitted declaration for New York State Office of the Attorney General as expert witness in defense of law limiting body armor for *Heeter et al.* v. *James et al.*, Case No. 1:24-cv-00623-JLS (W.D.N.Y.) |
| 2024 | Advisor, exhibition, "Freedom and the American Revolution," St. Paul's Church National Historic Site., Mt. Vernon, NY, 2024 |
| 2023 | Advisory Board Member, New York City Revolutionary Trail, The Gotham Center for New York City History, Graduate Center, CUNY |
| 2023 | Content Reviewer, "Impassioned Destruction: Politics, Vandalism, and the Boston Tea Party," Revolutionary Spaces (Old State House, Old South Meeting House), Boston, 2023 |
| 2022 | Member, planning group for exhibition exploring the 250th anniversary of the American Revolution, Massachusetts Historical Society, Boston, 2022 |
| 2022 | Expert Advisor, "Essential Guide to the American Revolution," *BBC History Revealed* 107 (May 2022): 30–57 |

Carp                                                                                                          34

| | |
|---|---|
| 2019 | Advisory Reviewer, "For Crown or Colony?" *Mission US*, WNET/Thirteen, New York Public Media, 2019 |
| 2017 | Scholar/Consultant, "Revisiting the Founding Era," Gilder Lehrman Institute, funded by National Endowment of the Humanities Community Conversations Grant, 2017 |
| 2014 | Consultant, *For Life and Liberty: Causes and Effects of the Declaration of Independence*, by Becky Levine (North Mankato, MN: Capstone Press, 2014) |
| 2013 | Selected captions, "Framing Photography: New Additions to the Benton Collection in Context," William Benton Museum of Art, University of Connecticut, Oct. 2013 |
| 2010–2011, 2013 | Member, workshop, reinterpretation of Durant Kenrick House, Historic Newton, Nov. 2010, Nov. 2011; further consultation, June 2013 |
| 2010 | Member, scholarly panel, reinterpretation of Munroe Tavern, Lexington Historical Society, March 2010 |
| 2009 | Expert Adviser, *Liberty's Son: A Spy Story of the American Revolution*, by Paul B. Thompson (Berkeley Heights, NJ: Enslow Publishers, 2009) |
| 2005 | Consultant, *Days That Shook the World* (Series III): "Boston Tea Party," Lion Television, United Kingdom, 2005 |

## MEMBERSHIPS

Gilder Lehrman Scholarly Advisory Board (established 2021)
New York Academy of History, Fellow (inducted 2020)
Massachusetts Historical Society, Honorary Fellow (inducted 2011)
Colonial Society of Massachusetts, Nonresident Member (inducted 2010)
Omohundro Institute for Early American History and Culture, Associate
American Historical Association
Society for Historians of the Early American Republic