UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BENJAMIN HEETER, JOSEPH WURTENBERG, and FIREARMS POLICY COALITION, INC.,

Plaintiffs,

vs.

LETITIA JAMES, in her official capacity as Attorney General of the State of New York; STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police; MICHAEL J. KEANE, in his official capacity as Acting District Attorney for Erie County, New York, and SANDRA DOORLEY, in her official capacity as District Attorney for Monroe County, New York,

Defendants.

Case No. 24-CV-00623-JLS-HKS

---

## DECLARATION OF DR. JACLYN SCHILDKRAUT

Pursuant to 28 U.S.C. § 1746, I, Jaclyn Schildkraut, declare that the following is true and correct:

1. I have been asked to render an opinion by the Office of the Attorney General of New York on the use of body armor in mass public shootings in the United States.

2. This declaration is based on my own personal knowledge, research, and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

**BACKGROUND AND QUALIFICATIONS**

3.      Since February 2022, I have served as the Executive Director of the Regional Gun Violence Research Consortium (RGVRC) at the Rockefeller Institute of Government. From 2014 to 2024, I also served as an assistant professor (2014 – 2018) and associate professor (2018 – 2024) in the Department of Criminal Justice at the State University of New York. I earned my Ph.D. in Criminal Justice in May 2014 from Texas State University. Prior to this, I earned my M.A. in Applied Sociology in December 2009 and my B.S. in Interdisciplinary Studies, with a focus on criminal justice and behavioral sciences, in May 2011, both from the University of Central Florida.

4.      I am a nationally recognized expert on the topic of mass public shootings, a topic that I have researched and written about for the past eighteen years. While my early research examined media representations of mass shootings and the effects it has on members of the public, my more recent work has focused on issues related to prevention of and response to these events. From 2018 to 2023, I conducted the largest study in the nation, to date, on the effects of lockdown drills and emergency preparedness efforts in K-12 schools. Presently, I am engaged in two studies, one previously funded by the U.S. Department of Homeland Security (Opportunity No. DHS-24-TTP-132-00-99, principal investigator)[1] and one currently funded by the National Institute of Justice (Award No. 15PNIJ-23-GG-0248-BSCI, co-investigator) examining the leakage and warning behaviors of mass public shooters and their relevance for prevention (including public awareness and bystander intervention training) and policy (e.g., Extreme Risk Protection Orders).

5.      To date, I have authored, co-authored, or edited five books on firearm-related issues. Three of these (*Mass Shootings: Media, Myths, and Realities*, 2016; *Mass Shootings in America: Understanding the Debates, Causes and Responses*, 2018; *Columbine, 20 Years Later*

---

[1] This funding was terminated by the U.S. Department of Homeland Security on July 21, 2025, but our research team is continuing the project until it is completed with support from other sources.

*and Beyond: Lessons from Tragedy*, 2019) specifically focus on the topic of mass shootings, and I currently have two additional books on this subject matter under contract (due October 2025 and January 2026). From 2012 through this declaration's filing, I have published forty-one peer-reviewed scholarly articles on issues related to mass shootings and their prevention and response. These papers have appeared in journals including, but not limited to, *Homicide Studies*, *American Journal of Criminal Justice*, *Crime Prevention and Community Safety*, *Journal of School Violence*, and *Criminal Justice Policy Review*. Additionally, I have published nine book chapters and seven policy briefs on mass public shootings. Since 2013, I have shared my research on mass shootings through thirty-five professional conference presentations and through sixty-five invited presentations to organizations across the nation. My expertise is regularly sought out by local, national, and international media outlets and I and/or my research has been featured in more than 650 interviews published across television, radio, and print and online news including, but not limited to, outlets such as *CNN, Fox News, ABC, NBC, CBS, The New York Times, The Washington Post, The Wall Street Journal, USA Today, BBC, The Guardian, Associated Press,* and *Reuters*.[2]

6.    Since January 1, 2022, I have provided expert insight and analysis for the following cases, all in federal court, related to Second Amendment jurisprudence and mass shootings:

**New York – Eastern District**
*McGregor, et al., v. Suffolk County, New York, et al.**          2:23-CV-01130-GRB-ARL
**New York – Northern District**
*Antonyuk, et al., v. Bruen**          1:22-CV-00734-GTS-CFH
**New York – Southern District**
*Lane v. James*[†]          7:22-CV-10989-KMK
**Washington, D.C. – U.S. District Court**
*Yzaguirre, et al., v. District of Columbia, et al.*[†]          1:24-CV-01828-APM
*Clemendor, et al., v. District of Columbia, et al.*[†]          1:24-CV-01955-APM
(Consolidated)

* *Amicus curiae* brief  |  [†] Expert declaration

---

[2] A full list of media appearances for Dr. Schildkraut is available at http://www.jaclynschildkraut.com/in-the-news/.

**7.**      A true, correct, and current copy of my curriculum vitae is attached to this declaration as **Exhibit A**.

8.      The declaration provided herein was compiled and completed outside of my official duties for the Regional Gun Violence Research Consortium and the Rockefeller Institute of Government. Moreover, the contents and opinions expressed in this declaration are solely my own, and not those of the Regional Gun Violence Research Consortium, the Rockefeller Institute of Government, the State University of New York, or any previous or current funders of my research.

9.      I have received compensation in the amount of $6,000 for my work on this declaration from the Office of the Attorney General for the District of Columbia. This is calculated at 20 hours of work, including relevant research time, billed at a rate of $300 per hour. This rate would be the same if I were called upon to provide a deposition or testimony.

### SUMMARY OF OPINION

10.      The use of body armor by mass shooters is a newer phenomenon, becoming more common in the last two decades. The primary impetus for perpetrators of mass shootings using body armor during their attacks is because the majority of available ballistics vests, which are the most commonly used type of body armor by these individuals, can withstand fire from standard police-issued handguns that are employed by law enforcement during response. As such, even if the perpetrator takes return fire from police or a civilian who is concealed carrying, they would likely be able to continue their killing until they are met with greater force (e.g., are shot with a tactical patrol rifle or hit in an area, such as their dominant arm, that otherwise incapacitates them), arrested, or die by suicide. Moreover, as mass shooters often study one another, learning ways in which to further their goals of killing as many people as possible or to overcome perceived obstacles they observed in prior incidents, it is expected that the rise in the use of body armor

among mass shooters would continue to increase in the future. These considerations are discussed in greater detail with supporting evidence in the following section.

## BACKGROUND INFORMATION AND SUPPORTING DATA

11.    For the purposes of this declaration, the term "mass shooting" is defined as:

[A]n incident of targeted violence carried out by one or more shooters at one or more public or populated locations. Multiple victims (both injuries and fatalities) are associated with the attack, and both the victims and location(s) are chosen either at random or for their symbolic value. The event occurs within a single 24-hour period, though most attacks typically last only a few minutes. The motivation of the shooting must not correlate with gang violence or targeted militant or terroristic activity.[3]

This definition is chosen as it overcomes the limitations of arbitrary casualty counts and instead focuses on both intent and context. The latter is particularly important to ensure that all incidents analyzed (i.e., mass public shootings) are comparable rather than having qualitative differences that make such comparisons impossible.[4] Between January 1, 1999 and July 31, 2025, there were 375 cases that met these definitional criteria identified through open-source searches, including review of the Federal Bureau of Investigation's annual active shooter reports and news stories.[5]

12.    Data presented here within related to the use of body armor by perpetrators of mass public shootings were collected in part during the course of the research project previously funded by the U.S. Department of Homeland Security (DHS).[6] As a part of this project, our research team submitted public records requests for 172 mass public shootings occurring between 1999 and

---

[3] Jaclyn Schildkraut & H. Jaymi Elsass, *Mass Shootings: Media, Myths, and Realities* 28 (Praeger 2016). We later clarified the element of "terroristic activity" in their definition as incidents like the shootings in San Bernardino, CA (2015) and Orlando, FL (2016) revealed that the perpetrators drew inspiration from or pledged allegiance to the Islamic State in Iraq and Syria (ISIS). Thus, the definition excludes group-sponsored killings but does not omit shootings perpetrated by ideologically motivated lone actor perpetrators.

[4] For example, mass public shootings are typically premeditated well in advance, which creates a significant window of time for individuals to detect the plot, intervene, and ultimately prevent the shooting. Other types of mass shootings, such as those included in the Gun Violence Archive data, can occur when a fight at a bar escalates and someone who has a weapon on them starts shooting; this is qualitatively different as it is not premeditated.

[5] All cases were reviewed by both founding members of the database to ensure they conformed to the definitional parameters before they were added to the database.

[6] See *Sharing Information to Stop Mass Shootings*, available at https://rockinst.org/sisms.

2024[7] to local, state, and federal law enforcement agencies across the United States. We also collected after action reports, court records, the perpetrators' own writings and statements, and open-source documents, including media records.[8] In total, more than 136,000 pages of official records (excluding media reports) were analyzed in the course of this research.

13.     For the remaining 203 cases not included in the original DHS project, data related to the use of body armor were captured from official records received to date,[9] police records available online, or after-action reports for 23 cases. These records were reviewed and coded based on the presence or absence of body armor and/or tactical gear by the perpetrators. Once this review was completed, open-source searches were conducted for the remaining 180 cases using complex keyword searches across several search engines, including Google and Nexis Uni (i.e., Lexis-Nexis).[10] Consistent with our coding protocols from the DHS project, coding in the affirmative (i.e., whether the perpetrator utilized body armor) occurred only in instances where the information could be verified across three reputable sources.

## I.     Use of Body Armor in Mass Shootings

14.     Between 1999 and July 31, 2025, there were 29 mass public shooting incidents (7.5%) out of 375 in which some form of tactical gear was utilized by the perpetrators.[11] A list of

---

[7] During this same period, there were 367 incidents that met the definitional criteria reported above. For this specific project, we focused specifically on cases where there was clear, identifiable leakage (i.e., warning communications) that preceded the shooting. Therefore, the estimates presented here are conservative and may, in fact, be higher.

[8] Any variables coded based on media records were required to have the information triangulated across three reputable sources.

[9] The research team began submitting public records requests to local, state, and law enforcement agencies for the remaining cases on July 1, 2025. As of July 31, 2025, official records have been received and reviewed for 12 cases. Official records from law enforcement available online (e.g., through the FBI Vault or posted on agency websites as part of transparency initiatives related to officer-involved shootings) and after-action reports were collected through open-source searches for 11 additional cases.

[10] The keyword search was structured as follows: [Perpetrator Name] [*City] AND tactical vest OR body armor OR helmet AND shooting [Year]. The city where the shooting occurred was used as a supplemental search term for perpetrators who had more common names and/or for who no search results were initially returned.

[11] Other studies have reported higher proportions of offenders who used body armor during their respective attacks. For example, the New York City Police Department reported that 19% of perpetrators of active shooter events (using a broader definition than the current analyses) committing attacks between 2013 and 2016 wore body armor. See New

incidents is included in **Exhibit B** of this declaration. Of the 29 perpetrators who utilized ballistics gear, 28 (or 96.6%) of them specifically utilized ballistics vests, which are tactical vests, usually made of Kevlar, that contain either steel or ceramic plates designed to withstand the impact of a bullet, thereby protecting the person wearing it from injury where covered. The only perpetrator who did not wear a ballistics vest (Reynolds High School, 2014) utilized a tactical helmet during his attack.[12]

15.     Of the 29 perpetrators who utilized ballistics gear during their attacks, three employed multiple types. The perpetrator of the 2012 mass shooting at the Century 16 movie theater in Aurora, Colorado, utilized four categories of gear – ballistic / tactical helmet, ballistic / tactical vest, bullet-resistant clothing, and other bullet-resistant protection (e.g., throat, groin). The perpetrator of the 2022 mass shootings at the Tops Supermarket in Buffalo, New York, employed three categories of tactical gear – a vest, helmet, and additional bullet-resistant protection. Further, the perpetrator of the Days Inn motel in Phoenix, Arizona, utilized two types of ballistics gear – a vest and helmet.

16.     Figure 1 presents the raw number of mass shooting incidents per year in which body armor was used. The orange trendline (using a polynomial equation for best fit) is used to visualize the change in presence of body armor used by mass shooting perpetrators over time. As illustrated, the use of body armor in mass public shooting incidents has been steadily increasing over the time period analyzed (1999 to 2025).

---

York City Police Department, *Active Shooter: Recommendations and Analysis for Risk Mitigation*, (2016), https://www.nyc.gov/assets/nypd/downloads/pdf/counterterrorism/active-shooter-analysis2016.pdf. Note, however, that this is a considerably shorter time period than analyzed in the present declaration (3 years compared to 26 years), which may account, at least in part, for the disparities in proportions reported.

[12] One additional perpetrator (Umpqua Community College in 2015) wore a flak jacket during his shooting. Flak jackets are designed to protect individuals against shrapnel and small fragments, but are not considered bulletproof, which is why this case was not included in the statistics above. See K. J. O'Connell et al., *The Shielding Capacity of the Standard Military Flak Jacket Against Ballistic Injury to the Kidney*, 33 J. Forensic Sci. 410 (1988).

**Figure 1**

*Number of Mass Shooting Incidents Involving Body Armor by Year, 1999-2025*



*Note.* Data for 2025 is current through July 31, 2025. Therefore, unlike the other years charted, 2025 does not represent a full year of mass shooting incidents, which may impact the trendline slightly.

17.    It bears noting, however, that the number of mass shootings that occurred annually during this same time period (1999 to present) varies considerably, from a low of four incidents (2004) to a high of 25 incidents (2018). Therefore, in order to confirm the findings presented in Figure 1, the proportion of incidents in which body armor was used relative to the total number of mass public shooting incidents that occurred in the same year was calculated for each year in the analysis. The results are presented in Figure 2, which again includes a polynomial trendline in orange to depict the pattern of change over time. As is illustrated, the proportion of mass shooting incidents in which body armor was used continues to increase over time. It bears noting that this more nuanced picture highlights that this upward shift began around 2008, reflecting that the use of body armor by mass shooting perpetrators is a newer development.

**Figure 2**

*Proportion of Mass Shooting Incidents Involving Body Armor by Year, 1999-2025*



*Note.* Data for 2025 is current through July 31, 2025. Therefore, unlike the other years charted, 2025 does not represent a full year of mass shooting incidents, which may impact the trendline slightly.

## II.    Examples of Body Armor Use in Mass Shootings

### a.  New Life Church in Colorado Springs, CO (2007)

18.    In the early morning hours of December 9, 2007, an individual opened fire at the Youth with a Mission training center in Arvada, Colorado, killing two people and wounding two others.[13] Later that morning, he arrived at the New Life Church complex in Colorado Springs, Colorado, at which time he was wearing a black tactical vest.[14] He first opened fire in the parking lot, killing two sisters and wounding two others.[15] The perpetrator then made his way into the church, where he continued firing. While inside, he was confronted by Jeanne Assam, a churchgoer

---

[13]  CNN, *Gunman Opens Fire at Church; One Suspect in Custody*, CNN.com (Dec. 9, 2007), https://www.cnn.com/2007/US/12/09/colorado.shooting/index.html.
[14] Colorado Springs Police Department, *Offense Report for Incident at New Life Church* (Dec. 9, 2007) (on file with author).
[15] *Id.*

who worked as a volunteer armed security guard; she also had previously worked as a law enforcement officer.[16] Ms. Assam and the shooter exchanged gunfire, during which he was hit several times.[17] An additional victim also was injured by the perpetrator before he took his own life.[18] The subsequent investigation revealed that, in addition to studying other mass shooters, the perpetrator also had access to books about practical homicide and how to survive a tactical shooting,[19] which may have influenced his decision to wear a ballistics vest during the shooting.

### b. Century 16 Theater Mass Shooting in Aurora, CO (2012)

19.    As noted, the perpetrator of the 2012 mass shooting at the Century 16 movie theater in Aurora, Colorado, was the most outfitted attacker to date in respect to his selection of body armor. Specifically, he wore six pieces of body armor with protective plates shielding his neck, arms, and groin.[20] In addition to the body armor, he wore ballistics clothing to protect himself during the shooting – a ballistics 3A jacket (in lieu of a ballistics vest, as he instead outfitted himself with a tactical vest holding approximately 400 rounds for his AR-15) as well as Kevlar chaps, both of which were bulletproof and could protect him from fire from handguns commonly issued to law enforcement. He also wore a tactical helmet along with a gas mask.[21] In fact, the perpetrator was wearing so much body armor that the first responding law enforcement officers mistook him for a member of the SWAT team.[22] During his sanity evaluation in 2013 with

---

[16] *Id.*

[17] *Id.*

[18] *Id.*

[19] Arvada Police Department, *Supplemental Report for Incident at Youth with a Mission* (Dec. 9, 2007) (on file with author); *see also* Kirk Mitchell et al., *Arvada Shooting Report Offers New Insights Into Killer*, The Denver Post (May 7, 2016), https://www.denverpost.com/2008/03/27/arvada-shooting-report-offers-new-insights-into-killer/.

[20] Associated Press, *Theater Shooter Jurors See James Holmes' Arsenal*, CBS News Colorado (May 7, 2015), https://www.cbsnews.com/colorado/news/theater-shooting-jurors-see-james-holmes-arsenal/.

[21] Sanity Evaluation by Dr. Jeffrey Metzner (Aug. 4, 2013), filed in *People v. Holmes*, No. 12CR1522 (Colo. Dist. Ct., Arapahoe Cnty. filed June 29, 2018).

[22] ABC News, *Aurora Shooting Trial: Officers Recount Moments When James Holmes Was Captured*, ABC News (Apr. 30, 2015), https://abcnews.go.com/US/aurora-shooting-trial-james-holmes-wore-armor-police/story?id=30710968.

consulting psychiatrist Dr. Jeffrey Metzner, the perpetrator explained that he "wore armor to protect him[self] from getting shot, which would have prevented him from killing more people."[23] He killed 13 people (including an unborn child) and wounded 58 others during the shooting.[24]

### c.  Tops Supermarket Mass Shooting in Buffalo, NY (2022)

20.     The perpetrator of the 2022 mass shooting at the Tops supermarket in Buffalo, New York, conducted considerable research related to the use of body armor for his attack. For months leading up to the shooting, he documented his research on his online diary on the platform Discord (see **Exhibit C** for a document cataloging a sample of the posts). He also translated his research into more than 60 pages of documentation in his final manifesto (attached as **Exhibit D**). These documents provide rare insight into the impetus for why perpetrators use body armor – in far greater detail than the Aurora perpetrator's statement during the psychiatric evaluation – and the decision-making process into selecting certain types.

21.     In first considering why the Buffalo perpetrator chose to wear body armor, he too wanted to kill as many people as possible, but was conscious of the fact that he may encounter not only responding law enforcement officers but also armed civilians.[25] Additionally, he had visited the supermarket less than two months prior to the shooting to conduct surveillance.[26] During the visit, he observed that the supermarket employed armed security guards, with two on shift during the busier time he planned to attack.[27] In fact, one of the security guards on duty stopped the perpetrator and questioned his activities after noticing he had made several trips in and out of the supermarket during his surveillance activities.[28] In his manifesto, he specifically acknowledged

---

[23] Metzner Sanity Evaluation, *supra* note 15 at 7.
[24] An additional 12 people were injured by shrapnel or in the course of attempting to flee the theater, bringing the total number of injured victims to 70.
[25] *See* Exhibit C at 8-9, 22; *see also* Exhibit D at 8-9.
[26] *See* Exhibit C at 27.
[27] *Id.*
[28] *Id* at 32.

that he would need to kill the security guards first in order to be able to continue his attack with as little resistance as possible.[29]

22.    In both his online Discord diary and manifesto, the perpetrator discussed which different types of ammunition he expected to encounter that informed his specific purchases related to body armor. For instance, as summarized in his manifesto,[30] he indicated that he expected to encounter both law enforcement officers and civilians (whom he believed included the security officers at the supermarket) who would be armed with handguns of varying calibers, but believed it was less likely that he would encounter resistance from someone with a semiautomatic assault-style rifle.[31] This informed his decision to purchase and utilize a specific level (Level III+) of plates in his tactical vest, which he noted "would stop all pistol threats and my unlikely but plausible threat of M855 from a police officer or SWAT team's AR."[32]

23.    These considerations also factored into his decisions to purchase and subsequently utilize other forms of tactical gear during the shooting. For example, he used an advanced combat helmet (ACH),[33] which is a lightweight and comfortable type of headgear employed by the military as protection from ballistics,[34] over a bump helmet, which is not rated for bullets but instead protects from scrapes and bumps.[35] He also purchased deltoid armor for added protection of his heart and lungs were he to take any shots from the side.[36] By combining the deltoid armor with the

---

[29] *See* Exhibit D at 8.
[30] *Id* at 8-9.
[31] *Id.*
[32] *Id* at 33.
[33] *See* Exhibit C at 17.
[34] Program Exec. Office Soldier, *Advanced Combat Helmet (ACH)*, U.S. Army (last visited Aug. 2, 2025), https://www.peosoldier.army.mil/Equipment/Equipment-Portfolio/Project-Manager-Soldier-Survivability-Portfolio/Advanced-Combat-Helmet/.
[35] Premier Body Armor, Bump Helmets, *Premier Body Armor* (last visited Aug. 2, 2025), https://premierbodyarmor.com/blogs/pba/bump-helmets?srsltid=AfmBOooNBHvHMB9qa2kn5wmn58raNTViUNCxa8LASziTqTx-rCKlINuf.
[36] *See* Exhibit C at 32.

ballistics vest and the tactical helmet, the perpetrator noted that "odd shots would be the only fatal wounds besides neck and head injuries."[37]

24.     Taken together, the Buffalo perpetrator specifically purchased body armor that would protect him against most, if not all, return fire he could or would experience.[38] During his six-minute attack,[39] he fired approximately sixty times, killing ten individuals and wounding three others.[40] Among those killed was Aaron Salter, a retired Buffalo police officer who worked as armed security at the supermarket.[41] As the perpetrator had anticipated, Mr. Salter did fire at him in an attempt to end the shooting, but he was unharmed as a result of the body armor he had selected and was able to kill Mr. Salter and continue with his attack.[42] Five people were killed and one was injured before Mr. Salter engaged the perpetrator, with three of the five fatalities and the injury occurring outside before the perpetrator ever entered the supermarket.[43] Three additional patrons were killed and two were injured after Mr. Salter was killed.[44]

### d.   Al Noor Mosque & Linwood Islamic Centre in Christchurch, New Zealand (2019)

25.     On March 15, 2019, an Australian white supremacist carried out a series of coordinated shootings against Muslims at their places of worship. The attack, which was livestreamed on Facebook,[45] left fifty-one individuals dead;[46] forty others sustained gunshot

---

[37] *Id*.

[38] Office of the N.Y. State Att'y Gen., *Investigative Report on the Role of Online Platforms in the Tragic Mass Shooting in Buffalo on May 14, 2022* (Oct. 18, 2022), https://ag.ny.gov/sites/default/files/buffaloshooting-onlineplatformsreport.pdf.

[39] Edward Helmore, *US Gun Violence Over Weekend Puts Focus on Easy Access to Weapons*, THE GUARDIAN ( May 16, 2022), https://www.theguardian.com/us-news/2022/may/16/america-shootings-gun-violence-buffalo-houston-los-angeles.

[40] *See* Criminal Complaint, *United States v. Gendron*, No. 22-cr-00109 (W.D.N.Y. Jun. 15, 2022).

[41] *N.Y. Att'y Gen. Buffalo Shooting Report*, *supra* note 27.

[42] *Id* at 12.

[43] *Id* at 10.

[44] *Id.*

[45] James Griffiths et al., *New Zealand Shooting Suspect Appears in Court*, CNN (Apr. 4, 2019), https://www.cnn.com/2019/04/04/asia/brenton-tarrant-new-zealand-shooter-court-intl.

[46] R v Tarrant, [2020] NZHC 2192 (Aug. 27, 2020), available at https://www.courtsofnz.govt.nz/assets/cases/R-v-Tarrant-sentencing-remarks-20200827.pdf.

wounds but survived.[47] During the shooting, the perpetrator wore a tactical vest and helmet; he affixed both the camera used to livestream the attack and a strobe light (meant to disorient his targets) to the helmet.[48] With the exception of the strobe light, this was the identical setup used by the Buffalo perpetrator, who studied the Christchurch perpetrator and wrote extensively about mirroring his behavior in his Discord diary and manifesto.[49] In fact, the Buffalo perpetrator wrote in his Discord diary that "if Brenton Tarrant [the Christchurch shooter] hadn't livestreamed his actions that day, then I don't think I would be writing this as I currently do. Good on you lad."[50]

## III.    Challenges of Body Armor Use for Law Enforcement

26.    As illustrated in the previous figures, body armor was not used by mass shooting perpetrators in the earliest years examined (1999-2001). Yet this did not mean that body armor was not a concern as it related to responding to such attacks. Prior to and including the 1999 shooting at Columbine High School in Jefferson County, Colorado, police practices dictated that incidents like mass shootings were the purview of SWAT teams rather than patrol officers.[51] This was largely because patrol officers did not have the necessary equipment, including tactical rifles and ballistics gear, to respond. On the day of the Columbine shooting, the responding patrol officers did "exactly what they were trained to do,"[52] which was to create a perimeter and wait for the SWAT team – who were equipped with body armor to protect them against the shooters' gunfire – to respond.[53] As a result, police departments across the United States overhauled their procedures following the shooting to ensure that patrol officers were provided the training and

---

[47] *Id.*

[48] *Id* at 2.

[49] *See* Exhibit C at 6, 20; Exhibit D at 4, 6.

[50] *See* Exhibit C at 6.

[51] Jaclyn Schildkraut & Glenn W. Muschert, *Columbine, 20 Years Later and Beyond: Lessons from Tragedy* (Praeger 2019). *See also* J. Pete Blair & Aaron Duron, *The Police Response to Active Shooter Incidents: A Comparative Analysis of Law Enforcement Agencies in the United States*, 96 Police J. 411 (2023).

[52] Columbine Review Comm'n, *The Report of Governor Bill Owens' Columbine Review Commission* 60 (May 2001).

[53] J. Pete Blair et al., *Active Shooter: Events and Responses* (CRC Press 2013).

equipment, including ballistics vests and patrol rifles, necessary to be able to respond to similar incidents as soon as they arrived at the scene rather than waiting for SWAT.[54]

27.     The National Institute of Justice (NIJ) has established standardized body armor classification levels, summarized in Table 1, to ensure law enforcement personnel and others can select protective gear appropriate to the threats they face. These levels range from Level II/IIA, offering protection against common handgun rounds, up to Level IV, which is rated to stop high-powered rifle and armor-piercing ammunition. This classification system exists to provide a consistent and reliable benchmark for evaluating body armor performance.

**Table 1**
*National Institute of Justice's Body Armor Levels*

| Protection Level[55] | Threat Type | Threat Examples | Equivalent to Previous NIJ Levels |
|---|---|---|---|
| **NIJ HG1** | Handgun | 9mm Luger, .357 Magnum | Equivalent to NIJ Level II / IIA |
| **NIJ HG2** | Handgun | 9mm Luger, .44 Magnum | Equivalent to NIJ Level IIIA |
| **NIJ RF1** | Rifle | 5.56mm NATO, 7.62mm NATO | Equivalent to NIJ Level III |
| **NIJ RF2** | Rifle | 5.56mm NATO, 7.62mm NATO (additional threat) | Equivalent to NIJ Level III |
| **NIJ RF3** | Rifle | .30-06 Armor Piercing | Equivalent to NIJ Level IV |

Notably, the perpetrator of the Buffalo mass shooting discussed earlier also had researched these different levels when exploring which types of body armor to purchase for his attack.[56]

---

[54] *Id. See also* Police Exec. Research Forum, *Critical Issues in Policing Series: The Police Responses to Active Shooter Incidents*                                                                                                      (2014), https://www.policeforum.org/assets/docs/Critical_Issues_Series/the%20police%20response%20to%20active%20shooter%20incidents%202014.pdf.

[55] In 2023, the National Institute of Justice revised their level rating signifiers to represent the type of threat they are intended to address. See Nat'l Inst. of Justice, *Ballistic Resistance of Body Armor (NIJ Standard 0101.07)* (Nov. 2023), https://www.ojp.gov/pdffiles1/nij/307346.pdf.

[56] *See* Exhibit C at 23. *See also* Exhibit D at 12.

28.    Although efforts have been made to better equip the police to respond to active shooter events and mass shootings, most agencies issue Level IIIA body armor to their officers, which are designed to protect their chests and backs (but leave other extremities exposed).[57] Level IIIA armor is capable of stopping the rounds fired from handguns, used in approximately 75 percent of mass shooting incidents, as well as shotgun blasts, but it is largely ineffective at stopping rounds fired from the rifles used by nearly 30 percent of perpetrators.[58]

29.    This was the case in the mass shooting that occurred at a Park Avenue office building in New York City on July 28, 2025. When the gunman – who also wore a ballistics vest[59] – entered the location, the first person he shot was Didarul Islam, an off-duty New York City Police Department (NYPD) officer who was working security for the building.[60] Officer Islam was wearing his NYPD uniform, which included a bullet-resistant vest.[61] Like other agencies, the NYPD issues Level IIIA (NIJ HG2) vests to officers, retaining the Level IV (NIJ RF3) vests capable of stopping the rifle rounds used by the shooter for specialized units.[62] Officer Islam ultimately died in the attack; after the perpetrator shot him, he was able to continue on with his rampage. Officer Islam's tragic story, unfortunately, is not one that is unique. One research study examining police victimized by firearms during mass shootings occurring between 1966 and 2019

[57] Blair & Duron, *supra* note 38, at 423.

[58] Jaclyn Schildkraut & H. Jaymi Elsass, *Can Mass Shootings Be Stopped? To Address the Problem, We Must Better Understand the Phenomenon (2023 Update)* (Rockefeller Inst. of Gov't July 2023), https://rockinst.org/wp-content/uploads/2023/12/Updated_Mass-Shooting-Overview.pdf.

[59] Kaitlyn Morris et al., *What We Know About Midtown Manhattan Mass Shooting Suspect Shane Devon Tamura*, ABC NEWS (Jul. 29, 2025), https://abcnews.go.com/US/shane-devon-tamura-suspect-midtown-manhattan-shooting/story?id=124159125.

[60] Sarah Maslin Nir, *Final Salute to a Fallen Officer: Images of Loss and Remembrance*, N.Y. TIMES (Jul. 31, 2025), https://www.nytimes.com/2025/07/31/nyregion/officer-funeral-new-york-shooting.html.

[61] *NYPD Officer Didarul Islam Killed in Manhattan Shooting Was Father of 2*, ABC-7 (July. 29, 2025), https://abc7ny.com/post/345-park-avenue-nyc-shooting-off-duty-nypd-officer-didarul-islam-killed-manhattan-was-father-2/17347400/.

[62] The NYPD refers to Level IV vests as "heavy vests". *See* New York City Police Department, *Body Armor Replacement Program* (last visited August 3, 2025), https://www.nyc.gov/site/nypd/about/about-nypd/equipment-tech/equipment.page; New York City Police Department, *Safe Cops, Safer City: NYPD Training, Technology, and Equipment* (2016), https://www.nyc.gov/assets/nypd/downloads/pdf/publications/safe-cops-safer-city.pdf.

found that 128 officers in 58 incidents were shot when responding, 38 of whom lost their lives.[63] Importantly, this study also found that officers were more likely to be shot when the perpetrator used a rifle compared to other forms of firearms,[64] underscoring the importance of agencies equipping them with the appropriate level body armor for the worst possible scenario they could face.[65]

30.    One mass shooting incident that points to the importance of law enforcement officers having appropriate tactical gear to respond to a mass shooting is the August 5, 2012, incident at the Sikh temple in Oak Creek, Wisconsin. The perpetrator killed six people, several of whom were shot in the parking lot prior to him entering the temple; another four were injured in the attack.[66] During the shooting, Lieutenant Brian Murphy of the Oak Creek Police Department was the first responder to arrive on scene.[67] His presence drew the perpetrator out of the temple, and he was able to engage the perpetrator outside.[68] Lieutenant Murphy, who was wearing a tactical vest, was shot 15 times – three in the vest and twelve times in his body – but survived.[69] Although he was wounded and his gun was kicked away from him, he still was able to keep the perpetrator occupied until a second officer arrived on scene and neutralized him.[70] Were it not for this vest, Lieutenant Murphy not only could have been killed, but the perpetrator could have

---

[63] J. R. Silva, *Police Victimized by Firearms During Mass Shootings (1966–2019)*, 8 J. Threat Assessment & Mgmt. 48 (2021), https://doi.org/10.1037/tam0000161.

[64] *Id*.

[65] Blair et al., *supra* note 40.

[66] Oak Creek Police Department, *Incident Report for Shooting at Sikh Temple* (Aug. 5, 2012) (on file with author); *see also* Mark Memmoott, *At Sikh Temple, Leader Attacked Gunman; Died Trying to Protect Others*, NPR (Aug. 6, 2012), https://www.npr.org/sections/thetwo-way/2012/08/06/158192299/at-sikh-temple-leader-attacked-gunman-died-trying-to-protect-others.

[67] *Id*.

[68] *Id*.

[69] Bureau of Justice Assistance, *2012 Badge of Bravery Recipients: Lieutenant Brian Murphy and Officer Savan Lenda, City of Oak Creek Police Department, Wisconsin*, https://bja.ojp.gov/program/badgeofbravery/recipients/2012/murphy-lenda.

[70] Oak Creek Police Department, *Incident Report*, *supra* note 66.

returned inside the temple, where more than 30 people were hiding, and continued his killing spree.[71]

31.    Although issuing ballistics gear (i.e., vests and helmets) is a common practice for law enforcement agencies, it is not one for other first responders like fire and emergency medical technicians. Some efforts have been made to address this, such as having officers accompany these individuals into areas known as "warm zones" – areas already cleared by police who then accompany first responders in to begin rendering medical assistance. The goal of utilizing this rescue task force (RTF) model is to speed up how quickly injured individuals are able to have their wounds treated,[72] which can help to improve their survivability.[73] Despite the documented importance of rendering medical assistance as quickly as possible, the RTF model is not necessarily a widely used practice. One poll of EMS personnel, for example, found just 35 percent of respondents reported that their agency utilized some version of this RTF model.[74] To help ensure first responders are properly equipped to respond to mass shootings, departments across the United States – including in Raleigh, NC,[75] Mesa, AZ,[76] and Lewiston, ME,[77] each of which has experienced their own incident – are now seeking to equip firefighters and paramedics with

---

[71] Equal Justice Initiative, *Six People Killed in Racially Motivated Attack at Sikh Temple in Wisconsin*, https://calendar.eji.org/racial-injustice/aug/5 (last visited Aug. 10, 2025).

[72] Evan R. Smith, Ben Iselin & Steve McKay, *Toward the Sound of Shooting*, 34 JEMS 48 (2009).

[73] E. Reed Smith et al., *Incidence and Cause of Potentially Preventable Death After Civilian Public Mass Shooting in the U.S.*, 229 J. Am. Coll. Surgeons 244 (2019).

[74] EMS1 Staff, *Poll: Does Your Department Deploy a Rescue Task Force for Active Shooter Events?*, EMS1 (Jul. 16, 2019), https://www.ems1.com/polls/does-your-department-deploy-a-rescue-task-force-for-active-shooter-events-8vgvmphtoqzeb368.

[75] Elaina Athans, *Wake County Investing $250K for Hundreds of Bulletproof Vests, Helmets to Protect First Responders*, ABC 11 (Jul. 17, 2023), https://abc11.com/post/bulletproof-vest-helmet-wake-county-first-responders-firefighters/13515412/.

[76] Lauren Castle, *Mesa Becomes Latest Arizona City to Protect Firefighters and Paramedics with Body Armor*, THE REPUBLIC (Oct. 1, 2018), https://www.azcentral.com/story/news/local/mesa/2018/10/01/mesa-city-council-vote-body-armor-firefighters-paramedics/1426258002/.

[77] Sam Olsen, *Poland Spring Donation Buys Nearly 140 Bulletproof Vests for Androscoggin County Fire Departments*, NEWS CENTER MAINE (Oct. 3, 2024), https://www.newscentermaine.com/article/news/local/public-safety/poland-spring-donation-buys-nearly-140-bulletproof-vests-androscoggin-county-fire-departments/97-a13212cf-7fd2-4b06-9773-d1ff72b10661.

ballistics vests and helmets. It bears noting, however, that having this equipment is not sufficient on its own, as evidenced by the 2016 mass shooting at Pulse Nightclub in Orlando, Florida, where paramedics had access to tactical gear but still did not render assistance for more than three hours until the perpetrator had been neutralized.[78]

32.     In conclusion, the use of body armor during mass shootings presents a number of challenges. For the perpetrator, it offers protection from return fire that can allow them to continue their mission of killing as many people as possible. For responding law enforcement, encountering mass shooters wearing body armor can present challenges to their response, particularly in cases where the perpetrator's firepower is greater than theirs. In some instances, it can even lead to officers losing their lives, as evidenced by the killings of Aaron Salter and Didarul Islam. For other first responders, such as emergency medical services, the prolonged attack can slow down their ability to respond to those who have been injured, thereby potentially increasing the loss of life in these tragedies. Finally, for the civilians who encounter these shooters, these considerations – both independently and when combined – mean that they could find themselves exposed to active scenes longer, which also increases the opportunity for them to be injured or killed.

---

[78] Abe Aboraya, *Orlando Paramedics Didn't Go In to Save Victims of the Pulse Shooting. Here's Why.*, PROPUBLICA (Sep. 26, 2018), https://www.propublica.org/article/pulse-shooting-orlando-tragedy-response-plan.

I, Jaclyn Schildkraut, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on August 29, 2025, in Syracuse, New York.

_____
JACLYN SCHILDKRAUT

A

# JACLYN SCHILDKRAUT
Curriculum Vitae
(Updated August 2025)

## CONTACT INFORMATION

Regional Gun Violence Research Consortium
Rockefeller Institute of Government
411 State Street
Albany, NY 12203
Phone: 518.445.4150 (office) | 315.935.6818 (cell)
Email: Jaclyn.Schildkraut@rock.suny.edu
Website: www.JaclynSchildkraut.com
Twitter: @jschildkraut80

## PROFESSIONAL EMPLOYMENT

2023-Present   Executive Director
Regional Gun Violence Research Consortium, Rockefeller Institute of Government

2018-2023   Associate Professor
Department of Criminal Justice, State University of New York at Oswego

2014-2018   Assistant Professor
Department of Criminal Justice, State University of New York at Oswego

2011-2014   Doctoral Instructional Assistant
School of Criminal Justice, Texas State University

## ACADEMIC BACKGROUND

2014   Ph.D., Criminal Justice, Texas State University

*Dissertation:* Mass Murder and the Mass Media: An Examination of the Media Discourse on U.S. Rampage Shootings, 2000-2012

*Committee:* Drs. Mark Stafford (Chair), Marcus Felson, Scott Bowman, & Glenn W. Muschert

2011   M.A., Applied Sociology, University of Central Florida

2009   B.S., Interdisciplinary Studies, University of Central Florida

## RESEARCH AND TEACHING INTERESTS

School and mass shootings; Homicide; Lockdown drills and emergency preparedness; Emergency notification systems; Crime and the media; Criminological theory

## SCHOLARSHIP

*Denotes student co-author

### BOOKS

**Schildkraut, J**. (Under contract). *Mass shootings: A reference handbook*. ABC-CLIO. Manuscript due January 15, 2026.

Greene-Colozzi, E., & **J. Schildkraut**. (Under contract). *Understanding mass shootings*. Edward Elgar Publishing. Manuscript due October 31, 2025.

**Schildkraut, J.**, & G. L. Carter. (Eds.) (2022). *Guns in American society: An encyclopedia of history, politics, culture, and the law* (3rd ed.). ABC-CLIO.

**Schildkraut, J.**, & A. B. Nickerson. (2022). *Lockdown drills: Connecting research and best practices for school administrators, teachers, and parents*. MIT Press.

Knowles, H., B. Altschuler, & **J. Schildkraut**. (2019). *Lights, camera, execution!: Cinematic portrayals of capital punishment*. Lexington Books.

**Schildkraut, J.**, & G. W. Muschert. (2019). *Columbine, 20 years later and beyond: Lessons from tragedy*. Praeger.

**Schildkraut, J**. (Ed.). (2018). *Mass shootings in America: Understanding the debates, causes, and responses*. ABC-CLIO.

**Schildkraut, J.**, & H. J. Elsass. (2016). *Mass shootings: Media, myths, and realities*. Praeger.


### PEER REVIEWED JOURNAL ARTICLES

Nickerson, A. B., & **J. Schildkraut**. (2024). Students' state anxiety prior to and after participating in lockdown drills. *School Psychology Review, 53*(6), 619-631. https://doi.org/10.1080/2372966X.2021.1875790

**Schildkraut, J.**, E. A. Greene-Colozzi, & A. B. Nickerson. (2024). Balancing students' perceptions of safety and emergency preparedness: A quasi-experimental test of protection motivation theory as it relates to lockdown drills. *Victims & Offenders*. http://doi.org/10.1080/15564886.2024.2410999

**Schildkraut, J.**, & H. M. Martaindale. (2024). Arm the educators… but not without conditions: A qualitative assessment of law enforcement officers' support for armed teacher policies. *Police Practice and Research, 25*(4), 473-489. https://doi.org/10.1080/15614263.2023.2287218

**Schildkraut, J.**, Greene-Colozzi, E. A., & Nickerson, A. B. (2024). Emergency preparedness drills for active and mass shootings in schools. *Current Psychiatry Reports*. https://doi.org/10.1007/s11920-024-01502-7

**Schildkraut, J.**, Connell, N. M., Barbieri, N., & de Azeredo, R. (2024). American uniqueness revisited: A comparative examination of two school shootings using the path to intended violence. *International Journal of Comparative and Applied Criminal Justice, 48*(2), 143-158. https://doi.org/10.1080/01924036.2023.2221751

**Schildkraut, J.**, H. J. Elsass, M. C. Stafford, & J. Sheingold*. (2024). Understanding more than 50 years of mass public shootings as a function of routine activities. *Homicide Studies, 28*(2), 127-150. https://doi.org/10.1177/10887679221083607

**Schildkraut, J.**, R. G. Cowan, & T. M. Mosher*. (2024). The Parkland mass shooting and the path to intended violence: A case study of missed opportunities and avenues for future prevention. *Homicide Studies, 28*(1), 3-26. https://doi.org/10.1177/10887679211062518

**Schildkraut, J**., A. B. Nickerson, M. Vogel, & A. Finnerty*. (2024). Assessing the relationship between exposure to violence and perceptions of school safety and emergency preparedness in the context of lockdown drills. *Journal of School Violence, 23*(3), 319-332. https://doi.org/10.1080/15388220.2023.2291655

**Schildkraut, J.,** & L. B. Geller. (2023). Mass shootings in the United States: Prevalence, policy, and a way forward. *The ANNALS of the American Academy of Political & Social Science, 704*(1), 181-203. https://doi.org/10.1177/00027162231164484

**Schildkraut, J.**, E. A. Greene-Colozzi, A. B. Nickerson, & A. Florczykowski*. (2023). Can school lockdowns save lives? An assessment of drills and use in real-world events. *Journal of School Violence, 22*(2), 167-182. https://doi.org/10.1080/15388220.2022.2162533

**Schildkraut, J.**, & J. J. Turanovic. (2022). A new wave of mass shootings? Exploring the potential impact of COVID-19. *Homicide Studies, 26*(4), 362-378. https://doi.org/10.1177/10887679221101605

**Schildkraut, J.**, & A. B. Nickerson. (2022). Effects of lockdown drills on students' fear, perceived risk, and use of avoidance behaviors: A quasi-experimental study. *Criminal Justice Policy Review, 33*(8), 787-813. https://doi.org/10.1177/08874034221089867

**Schildkraut, J.**, & M. H. Martaindale. (2022). Should firearms be allowed in K-12 public schools? An analysis of law enforcement's perceptions of armed teacher policies. *Security Journal, 35*(4), 1288-1307. https://doi.org/10.1057/s41284-022-00327-4

Martaindale, M. H., & **J. Schildkraut**. (2022). Armed and considered capable? Law enforcement officers' attitudes about armed teacher policies in the United States. *Crime Prevention and Community Safety, 24*(2), 116-131. https://doi.org/10.1057/s41300-022-00142-4

**Schildkraut, J.**, A. B. Nickerson, & K. R. Klingaman*. (2021). Reading, writing, responding: Educators' perceptions of safety, preparedness, and lockdown drills. *Educational Policy, 37*(6), 1876-1900. http://doi.org/10.1177/08959048211015617

**Schildkraut, J**. (2021). Review of Crews' (2020) Handbook of Research on Mass Shootings. *Journal of Criminal Justice Education, 32*(4), 537-539. https://doi.org/10.1080/10511253.2021.1934500

**Schildkraut, J.**, J. Gruenewald, M. Gilliam, & M. Novak. (2021). Framing mass shootings as a social problem: A comparison of ideologically and non-ideologically motivated attacks. *Aggression and Violent Behavior, 60*, 101533. https://doi.org/10.1016/j.avb.2020.101533

Elsass, H. J., **J. Schildkraut**, R. Haenfler, B. V. Klocke, E. Madfis, & G. W. Muschert. (2021). Moral panic, fear of crime, and school shootings: Does location matter? *Sociological Inquiry*, *91*(2), 426-454. https://doi.org/10.1111/soin.12407

**Schildkraut, J.**, E. S. Sokolowski*, & J. Nicoletti. (2021). The survivor network: The role of shared experiences in mass shootings recovery. *Victims & Offenders*, *16*(1), 20-49. https://doi.org/10.1080/15564886.2020.1764426

**Schildkraut, J.**, & C. M. Carr*. (2020). Mass shootings, legislative responses, and public policy: An endless cycle of inaction. *Emory Law Journal*, *69*(5), 1043-1076. https://scholarlycommons.law.emory.edu/elj/vol69/iss5/4/

**Schildkraut, J.**, & A. B. Nickerson. (2020). Ready to respond: Effects of lockdown drills and training on school emergency preparedness. *Victims & Offenders*, *15*(5), 619-638. https://doi.org/10.1080/15564886.2020.1749199

**Schildkraut, J.**, A. B. Nickerson, & T. Ristoff. (2020). Locks, lights, out of sight: Assessing students' perceptions of emergency preparedness across multiple lockdown drills. *Journal of School Violence*, *19*(1), 93-106. https://doi.org/10.1080/15388220.2019.1703720

**Schildkraut, J.**, & J. Gruenewald. (2019). Media salience and frame-changing in the coverage of mass shooting events: A comparison of ideological and non-ideological attacks. *Journal of Criminal Justice and Popular Culture*, *19*(1), 62-89. https://jcjpc.org/volume-19-issue-1-2019

**Schildkraut, J**. (2019). A call to the media to change reporting practices for the coverage of mass shootings. *Washington University Journal of Law & Policy*, *60*, 273-292. https://openscholarship.wustl.edu/law_journal_law_policy/vol60/iss1/16/

**Schildkraut, J.**, B. Naman*, & M. C. Stafford. (2019). Advancing responses to mass shootings using a routine activity approach. *Crime Prevention and Community Safe*ty, *21*(4), 346-361. https://doi.org/10.1057/s41300-019-00077-3

**Schildkraut, J.**, C. M. Carr*, & V. Terranova. (2018). Armed and academic: Perceptions of college students on concealed carry on campus policies. *Journal of School Violence, 17*(4), 487-499. https://doi.org/10.1080/15388220.2018.1449655

**Schildkraut, J.**, H. J. Elsass, & K. Meredith*. (2018). Mass shootings and the media: Why all events are not created equal. *Journal of Crime and Justice, 41*(3), 223-243. https://doi.org/10.1080/0735648X.2017.1284689

**Schildkraut, J.**, K. Jennings, C. M. Carr*, & V. Terranova. (2018). A tale of two universities: A comparison of college students' attitudes about concealed carry on campus. *Security Journal, 31*(2), 591-617. https://doi.org/10.1057/s41284-017-0119-9

Carr, C. M.*, **J. Schildkraut**, & A. Rank. (2017). Barriers to the ballot: Implications for the development of state and national crime policies. *Criminal Justice Studies, 30*(3), 276-288. https://doi.org/10.1080/1478601X.2017.1318343

**Schildkraut, J.**, J. M. McKenna, & H. J. Elsass. (2017). Understanding crisis communications: Examining students' perceptions about campus notification systems. *Security Journal, 30*(2), 605-620. https://doi.org/10.1057/sj.2015.9

Elsass, H. J., J. M. McKenna, & **J. Schildkraut**. (2016). Rethinking crisis communications on campus: An evaluation of faculty and staff perceptions about emergency notification systems. *Journal of Homeland Security and Emergency Management, 13*(3), 329-349. https://doi.org/10.1515/jhsem-2016-0047

**Schildkraut, J**. (2016). Mass murder and the mass media: Understanding the construction of the social problem of mass shootings in the U.S. *Journal of Qualitative Criminal Justice & Criminology, 4*(1), 1-41. https://www.qualitativecriminology.com/pub/v4i1p1

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2016). Studying school shootings: Challenges and considerations for research. *American Journal of Criminal Justice, 41*(3), 444-464. https://doi.org/10.1007/s12103-015-9311-9

**Schildkraut, J.**, & M. C. Stafford. (2015). Researching professionals or professional researchers? A comparison of professional doctorates and Ph.D. programs in criminology and criminal justice. *American Journal of Criminal Justice,* 40(1), 183-198. https://doi.org/10.1007/s12103-014-9240-z

**Schildkraut, J.**, H. J. Elsass, & M. C. Stafford. (2015). Could it happen here? Moral panics, school shootings, and fear of crime among college students. *Crime, Law and Social Change, 63*(1), 91-110. https://doi.org/10.1007/s10611-015-9552-z

**Schildkraut, J.**, & T. C. Hernandez. (2014). Laws that bit the bullet: A review of legislative responses to school shootings. *American Journal of Criminal Justice, 39*(2), 358-374. https://doi.org/10.1007/s12103-013-9214-6

**Schildkraut, J.**, & G. W. Muschert. (2014). Media salience and the framing of mass murder in schools: A comparison of the Columbine and Sandy Hook massacres. *Homicide Studies, 18*(1), 23-43. https://doi.org/10.1177/1088767913511458

**Schildkraut, J.**, & E. E. Mustaine. (2014). Movin', but not up to the east side: Foreclosures and social disorganization in Orange County, FL. *Housing Studies, 29*(2), 177-197. https://doi.org/10.1080/02673037.2014.848263

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2014). Breaking news of social problems: Examining media consumption and panic over school shootings. *Criminology, Criminal Justice, Law & Society, 15*(2), 31-42. https://ccjls.scholasticahq.com/article/119-breaking-news-of-social-problems-examining-media-consumption-and-panic-over-school-shootings

**Schildkraut, J.**, & G. W. Muschert. (2013). Violent media, guns, and mental illness: The three ring circus of causal factors for school massacres, as related in media discourse. *Fast Capitalism, 10*(1). https://fastcapitalism.uta.edu/10_1/schildkraut10_1.html

**Schildkraut, J**. (2013). An inmate's right to die: Legal and *ethical considerations in death row volunteering. Criminal Justice Studies, 26*(2), 139-150. https://doi.org/10.1080/1478601X.2012.720575

**Schildkraut, J**. (2012). Media and massacre: A comparative analysis of the reporting of the 2007 Virginia Tech shootings. *Fast Capitalism, 9*(1). https://fastcapitalism.uta.edu/9_1/schildkraut9_1.html

**Schildkraut, J.**, & A. M. Donley. (2012). Murder in black: A media distortion analysis of 2010 homicides in Baltimore. *Homicide Studies, 16*(2), 175-196. https://doi.org/10.1177/1088767912438712

## BOOK CHAPTERS

**Schildkraut, J.**, & E. A. Greene-Colozzi. (2024). Mass school shootings: Promising approaches for prevention and response. In J. S. Hong, H. C. O. Chan, A. L. C. Fung, & J. Lee (eds.), *Handbook of school violence, bullying, and safety* (pp. 242-255). Edward Elgar Publishing.

**Schildkraut, J.**, & G. W. Muschert. (2019). Media salience and mass murder: Examining frame changing across mass shooter events, 2000-2012. In S. Daly (Ed.), *Assessing and Averting the Prevalence of Mass Violence* (pp. 129-153). IGI Global.

**Schildkraut, J.**, & B. Dohman*. (2019). Commander or comforter in chief? Examining presidential rhetoric in the wake of mass shootings. In S. Daly (Ed.), *Assessing and Averting the Prevalence of Mass Violence* (pp. 154-193). IGI Global.

Muschert, G. W., & **J. Schildkraut**. (2017). School shootings in the media. In M. Brown (Ed.)., *Oxford Research Encyclopedia of Criminology and Criminal Justice: Oxford Encyclopedia of Crime, Media, and Popular Culture*. Oxford University Press.

**Schildkraut, J**. (2017). Crime news in newspapers. In M. Brown (Ed.)., *Oxford Research Encyclopedia of Criminology and Criminal Justice: Oxford Encyclopedia of Crime, Media, and Popular Cultur*e. Oxford University Press.

**Schildkraut, J.**, & H. J. Elsass. (2016). The influence of media on public attitudes. In L. Wilson (Ed.), *The Wiley Handbook of the Psychology of Mass Shootings* (pp. 117-135). John Wiley & Sons. [Invited Manuscript]

**Schildkraut, J.**, H. J. Elsass, & G. W. Muschert. (2016). Satirizing mass murder: What many think, yet few will say. In L. Eargle and A. Esmail (Eds.), *Gun Violence in American Society: Crime, Justice, and Public Policy* (pp. 233-255). University Press of America.

Muschert, G. W., & **J. Schildkraut**. (2015). School shootings. In H. Montgomery (Ed.), *Oxford Bibliographies in Childhood Studies*. Oxford University Press.

**Schildkraut, J.**, & G. W. Muschert. (2014). Violent media, guns, and mental illness: The three ring circus of causal factors for school massacres, as related in media discourse. In B. Agger & T. Luke (Eds.), *Gun Violence and Public Life* (pp. 61-80). Paradigm Publishers.

**Schildkraut, J**. (2012). The remote is controlled by the monster: Issues of mediatized violence and school shootings. In G. W. Muschert & J. Sumiala (Eds.), *School Shootings: Mediatized Violence in a Global Age* (pp. 235-258). Emerald Publishing Group, Ltd.


## POLICY BRIEFS

**Schildkraut, J**., & H. J. Elsass. (2023). *Can mass shootings be stopped? To address the problem, we must better understand the phenomenon* (2023 edition). Regional Gun Violence Research Consortium. https://rockinst.org/issue-area/2023-can-mass-shootings-be-stopped/

**Schildkraut, J**. (2022). *Lockdown drills: A widely used yet often misunderstood practice.* Regional Gun Violence Research Consortium. https://rockinst.org/issue-area/lockdown-drills-a-widely-used-yet-often-misunderstood-practice/

**Schildkraut, J**. (2021). *Can mass shootings be stopped? To address the problem, we must better understand the phenomenon* (2021 edition). Regional Gun Violence Research Consortium. https://rockinst.org/issue-area/2021-can-mass-shootings-be-stopped/

**Schildkraut, J.**, K. Grogan, & A. Nabors. (2020). *Should schools be conducting lockdown drills?* WestEd. https://www.wested.org/resources/schools-lockdown-drills/

**Schildkraut, J.**, & K. Grogan. (2019). *Are metal detectors effective at making schools safer?* WestEd. https://www.wested.org/resources/are-metal-detectors-effective-at-making-schools-safer/

**Schildkraut, J**. (2019). *Assault weapons, mass shootings, and options for lawmakers.* Regional Gun Violence Research Consortium, Rockefeller Institute of Government. https://rockinst.org/issue-area/assault-weapons-mass-shootings-and-options-for-lawmakers/

**Schildkraut, J.**, M. K. Formica, & J. Malatras. (2018). *Can mass shootings be stopped? To address the problem, we must better understand the phenomenon.* Regional Gun Violence Research Consortium, Rockefeller Institute of Government. http://rockinst.org/issue-area/can-mass-shootings-be-stopped/

**MANUSCRIPTS IN REVISION**

**Schildkraut, J**., & H. J. Elsass. *Behavioral responses to the Boston Marathon bombing: A quasi-experimental study of avoidance.* Revise and resubmit at *Behavioral Sciences of Terrorism and Political Aggression* (received May 19, 2025; revision due August 15, 2025).

**MANUSCRIPTS UNDER REVIEW**

**Schildkraut, J**., & H. J. Elsass. *Mass shootings and moral panic: How the public makes sense of tragedy.* Submitted to *Criminology, Criminal Justice, Law & Society* (June 6, 2025).

Schildkraut, J., Greene-Colozzi, E. A., & Nickerson, A. B. *Fear, risk, and the drill: Investigating the emotional and cognitive outcomes of participating in lockdown practices among school personnel.* Submitted to *Psychology in the Schools* (June 3, 2025).

**GRANTS AND FUNDED PROJECTS**

*Denotes student co-author

**GRANTS AWARDED**

2024-2026    *Understanding the leakage that precedes mass public shootings and its utility for prevention efforts through public awareness*. **J. Schildkraut**, M. H. Martaindale, & E. A. Greene-Colozzi. U.S. Department of Homeland Security, Award No. EMW-2024-GR-05138 ($453,818). Principal Investigator.

2024-2027    *Extreme risk protection orders, leakage, and social networks: The legislative, behavioral, and social contexts surrounding mass public shooting incidents and*

*plots*. E. A. Greene-Colozzi, B. R. Klein, & **J. Schildkraut**. National Institute of Justice, Award No. 15PNIJ-23-GG-0248-BSCI ($985,776). Co-Investigator.

2024-2025     *School Safety and security review and assessment*. **J. Schildkraut**. Greenville Central School District ($25,000). Principal Investigator.

2023-2024     *Understanding the needs of survivors and communities impacted by mass public shootings*. **J. Schildkraut**. New Jersey Center on Gun Violence Research ($84,990). Principal Investigator.

2023-2024     *School Safety and security review and assessment*. **J. Schildkraut**. Hoosick Falls Central School District ($25,000). Principal Investigator.

2022-2023     *Continued evaluation and assessment of SRP and SRM training and drills*. **J. Schildkraut**. Syracuse City School District ($50,000). Principal Investigator.

2021-2022     *Continued evaluation and assessment of SRP and SRM training and drills*. **J. Schildkraut**. Syracuse City School District ($40,000). Principal Investigator.

2020-2021     *Amending and Assessing the Standard Response Protocol training and drills in Syracuse City School District for COVID*. **J. Schildkraut**. Syracuse City School District ($30,000). Principal Investigator.

2020-2021     *Perceptions of mass shootings and moral panic among U.S. citizens*. **J. Schildkraut** and H. J. Elsass. State University of New York at Oswego ($2,975). Principal Investigator (Faculty SCA Grant).

2019-2020     *Implementing the Standard Reunification Method in Syracuse City School District*. **J. Schildkraut**. Syracuse City School District ($29,950). Principal Investigator.

2019-2020     *Implementing Standard Response Protocol in Central Square School District*. **J. Schildkraut**. Oswego County Sheriff's Office ($12,0000). Principal Investigator.

2018-2019     *Testing and Implementing the Standard Response Protocol in Syracuse City School District*. **J. Schildkraut**. Syracuse City School District ($30,0000). Principal Investigator.

2018-2019     *The Parkland shooting and systems failures: A review of the evidence*. T. Mosher* & **J. Schildkraut**. State University of New York at Oswego ($1,000). Faculty Mentor (Student SCA Grant).

2018-2019     *The Pulse Nightclub shooting and the impact on the local LGBTQ+ community*. K. Rothschild * & **J. Schildkraut**. State University of New York at Oswego ($994). Faculty Mentor (Student SCA Grant).

2017-2018     *Covering rampage: News consumers' perceptions about mass shootings in the media*. R. McHale* & **J. Schildkraut**. State University of New York at Oswego ($1,000). Faculty Mentor (Student SCA Grant).

2017-2018     *News consumers' perceptions of the coverage of domestic terrorism*. S. Blum* & **J. Schildkraut**. State University of New York at Oswego ($1,000). Faculty Mentor (Student SCA Grant).

2017-2018     Mass shootings and the needs of survivors. **J. Schildkraut**. State University of New York at Oswego ($2,820). Principal Investigator (Faculty SCA Grant).

2016-2017    *Context matters: Examining mass shootings and the role of county and state level correlates*. C. M. Carr* & **J. Schildkraut**. State University of New York at Oswego ($1,750). Faculty Mentor (Challenge Grant).

**GRANTS NOT FUNDED**

2024-2027    *An evaluation of the landscape of safety drills for active shooters in U.S. K-12 public schools*. **J. Schildkraut**, A. B. Nickerson, & E. A. Greene-Colozzi. National Institute of Justice ($1,020,357). Principal Investigator.

2024-2026    *How do U.S. civilians and law enforcement officers decide whether to petition for an extreme risk protection order? An evaluation of key factors*. **J. Schildkraut**, M. H. Martaindale, E. A. Greene-Colozzi, B. R. Klein, & A. Lankford. National Collaborative on Gun Violence Research ($344,028). Principal Investigator.

2024-2026    *Understanding the needs of individuals impacted by mass public shootings*. **J. Schildkraut**. National Institute of Justice ($202,339). Principal Investigator.

2023-2025    *Understanding the leakage that precedes mass public shootings and its utility for prevention efforts through public awareness*. **J. Schildkraut**, M. H. Martaindale, & E. A. Greene-Colozzi. U.S. Department of Homeland Security ($339,368). Principal Investigator.

2023-2026    *StaySafe@School: Virtual reality training to help youth respond to active shooters*. J. Yang, D. Schwebel, **J. Schildkraut**, Y. Huang, A. Nickerson, & Y. Zhang. Centers for Disease Control ($1,949,104). Multiple Principal Investigator.

2023-2024    *Understanding the needs of survivors and communities impacted by mass public shootings*. **J. Schildkraut**. National Institute of Justice ($289,226). Principal Investigator.

2020-2022    *The national database of public mass shootings*. **J. Schildkraut**. Proposal submitted to the National Collaborative on Gun Violence Research ($450,280). Principal Investigator.

2020-2022    *Comparing completed and averted mass shootings: Understanding the data and implications for policy*. **J. Schildkraut** & F. Straub (Police Foundation). Proposal submitted to National Institute of Justice ($691,010). Principal Investigator.

**TECHNICAL REPORTS**

**Schildkraut, J**. (2021). *Continued assessment of the Standard Response Protocol implementation and a three-year-review: Final report*. Prepared for the Syracuse City School District.

**Schildkraut, J**. (2020). *Implementing and testing the Standard Response Protocol: Final report*. Prepared for the Oswego County Sheriff's Office and Central Square Central School District.

**Schildkraut, J**. (2019). *Implementing and testing the Standard Response Protocol: Final report*. Prepared for the Syracuse City School District.

**Schildkraut, J.**, & R. J. Borrow*. (2019). *A survey of perceptions of safety and preparedness of Skaneateles Middle and High School students*. Prepared for the Skaneateles (NY) Central School District.

**Schildkraut, J**. (2018). *Perceptions of safety and preparedness at the central office*. Prepared for the Syracuse City (NY) School District.

**Schildkraut, J**. (2018). *Report of the Onondaga County School Safety Task Force*. Prepared for the Onondaga County (NY) District Attorney's Office.

**Schildkraut, J**, H. J. Elsass, & J. M. McKenna. (2016). *Faculty, staff, and students' perceptions of the University's emergency notification system and related training protocols*. Prepared for the State University of New York at Oswego.

McKenna, J. M., **J. Schildkraut**, & H. J. Elsass. (2014). *Student perceptions of the University's emergency notification system*. Prepared for the Texas State University Office of Emergency Management.

Sanders, B. A., S. Bowman, A. L. Kringen, M. J. Martaindale, **J. Schildkraut**, V. Terranova, & T. Vaughan. (2013). *Bexar County felony probation terminations 2010 and 2011: Quantitative data results*. Prepared for the Bexar County (TX) Probation Department.

## PROFESSIONAL PRESENTATIONS

*Invited Presentations*

**Schildkraut, J.** (2025). *The role of leakage and public awareness in preventing mass shootings.* Panelist in the Community Prevention session at the annual Building the Northeast Network meeting from John Jay College and the New York State Department of Homeland Security and Emergency Services, New York, NY.

**Schildkraut, J.** (2025). *Mass shootings: Lessons Learned and a Path Forward.* Invited presentation at the annual conference of the International Association of Fire Fighters, New Orleans, LA.

**Schildkraut, J.** (2024). *Mass shootings in schools: From prevention to response.* Invited presentation at the annual convention of the New York State School Board Association, New York, NY.

**Schildkraut, J.** (2024). *Emergency preparedness in schools: What's next for New York?* Invited presentation to the Sullivan West Central School District, Jeffersonville, NY (virtual).

**Schildkraut, J.** (2024). *The state of lockdown drills in US K-12 schools*. Invited presentation to the National Academies of Science, Engineering, and Medicine's Committee on the Impact of Active Shooter Drills on Student Health and Well-Being, Washington, DC.

**Schildkraut, J.** (2024). *Lockdown drills 101: From research to practice*. Invited presentation at the Texas School Safety Center annual conference, San Antonio, TX.

*Also presented at:*
New York Women in Law Enforcement Annual Conference, Lake Placid, NY (2024)
UConn-ARMS On Target seminar series (virtual) (2025).

**Schildkraut, J.** (2024). *What do we know about lockdown drills and how you can conduct them correctly.* Invited presentation at the North American Active Assailant Conference, Troy, MI.

**Schildkraut, J.** & T. Ristoff. (2024). *Lockdown drills 101: From implementation to impact.* Invited keynote presentation at the New York State Education Department School Safety Summit, Albany, NY.

**Schildkraut, J.** (2024). *Lessons learned from critical incident reviews of the Uvalde shooting: Key takeaways for law enforcement, policymakers, practitioners, and schools.* Invited presentation for the 20th Annual Safe Schools Initiative Seminar, University at Buffalo, Buffalo, NY.

**Schildkraut, J.** (2024). *Trauma-informed lockdown drills: What does the evidence show?* Invited presentation for the Committee on Policing and Safeguarding Schools (C-PASS) annual meeting, Saratoga Springs, NY.

*Also presented at:*
North American Active Assailant Conference, Troy, MI (2023)
New York State Education Department School Safety Summit, Albany, NY (2023, Keynote)
19th Annual Safe Schools Initiative Seminar, University at Buffalo, Buffalo, NY (2023)

**Schildkraut, J.** (2024). *Mass shootings in schools: Lessons from tragedy and opportunities for prevention.* Invited presentation to Jefferson Lewis Board of Cooperative Education Services, Watertown, NY.

*Also presented at:*
Cayuga County Sheriff's Office, Weedsport, NY (2024)
The Melissa Institute, Miami, FL (2024, webinar)
Sullivan County School Board Association, Watertown, NY (2024)
Tri-Valley Central School District, Grahamsville, NY (2024, webinar)
Greater Southern Tier Board of Cooperative Educational Services, Elmira, NY (2023)
Office for Violence Prevention and Education, Niagara University, Niagara, NY (2023)
Northport Union Free School District, Northport, NY (2023)
Stillwater Central School District, Stillwater, NY (2023)
Queensbury Union Free School District, Queensbury, NY (2023)
Arkansas Safe Schools Conference, Little Rock, AR (2023, Keynote)
New York State School Board Association (2023, webinar)
New York State Education Department School Safety Summit, Albany, NY (2023)
Ottawa Area ISD, Holland, MI (2023)
Committee on Policing and Safeguarding Schools (C-PASS) annual meeting, Saratoga Springs, NY (2023)
Kent ISD, Grand Rapids, MI (2023)
Association of School Business Officials' annual meeting, Saratoga Springs, NY (2022)
DCMO BOCES, Norwich, NY (2022)

**Schildkraut, J.** (2023). *The lockdown debate: "Run Hide Fight" vs. lockdown.* Invited conversation with Katherine Schweit for Joffe Emergency Services, Santa Monica, CA.

**Schildkraut, J.** (2022). *The lockdown drill debate: A look at the current research.* Invited presentation at the Texas School Safety Center annual conference, San Antonio, TX.

**Schildkraut, J.** (2022). *What can we learn from the Uvalde school shooting?* Invited presentation to the North Carolina Task Force for Safer Schools, Raleigh, NC (virtual).

**Schildkraut, J**. (2022). *The SRP lockdown drill: Locks, lights, out of sight… but are we doing this right?* Invited presentation at The Briefings annual meeting, Thornton, CO.

**Schildkraut, J.** (2022). *Mass shootings in our schools*. Invited presentation at the winter workshop of the New York Association of Pupil Transportation, Colonie, NY (virtual).

**Schildkraut, J.**, & A. B. Nickerson. (2021). *The lockdown drill debate: A look at the current research.* Invited presentation for Safe and Sound Schools' National Summit on School Safety, Newtown, CT (virtual).

**Schildkraut, J**. (2021). *Guns in America – The Second Amendment.* Invited panel discussion for Northern Virginia Community College's 2021 Constitution Day program, Alexandria, VA (virtual).

**Schildkraut, J**. (2021). *No Notoriety: Refocusing the conversation after mass shootings*. Invited presentation to the Giffords Law Center to Prevent Gun Violence, San Francisco, CA (virtual).

**Schildkraut, J**. (2021). *What can we learn from previous mass violence events?* Invited presentation at The New York State Office of Victim Services' annual meeting, New York, NY.

**Schildkraut, J**. (2021). *Improvise, adapt, overcome: Findings from a 3-year study implementing and assessing an emergency response protocol*. Invited presentation at The Briefings annual meeting, Wheat Ridge, CO (virtual).

**Schildkraut, J**. (2021). *5 safety drill tips for a safer return to school*. Invited webinar presentation for Raptor Technologies, Houston, TX.

**Schildkraut, J**. (2021). *Evaluating school safety and preparedness: Findings from implementing an emergency response protocol*. Invited presentation at The Briefings winter meeting, Wheat Ridge, CO (virtual).

**Schildkraut, J**. (2020). *Lockdown drills: Best practices and key ways to maximize efficiency*. Invited webinar presentation for Raptor Technologies, Houston, TX.

**Schildkraut, J**. (2020). *Evaluating school safety and preparedness: Findings from implementing an emergency response protocol*. Invited presentation at The Briefings winter meeting, Wheat Ridge, CO.

**Schildkraut, J**. (2019). *5 ways to measure the efficacy of your school safety protocols*. Invited webinar presentation for Raptor Technologies, Houston, TX.

**Schildkraut, J**. (2019). *Mass shootings, legislative responses, and public policy: An endless cycle of inaction*. Invited panel presentation to the Randolph Thrower Symposium, Emory University School of Law, Atlanta, GA.

**Schildkraut, J**. (2018). *School and mass shootings in America: Now what?* Invited presentation at the National Association of Pupil Transportation annual meeting, Kansas City, MO.

**Schildkraut, J**. (2018). *Mass shootings and the media: Collateral consequences stemming from the news coverage and how to change the narrative*. Invited panel presentation to the Whitney R. Harris Institute, Washington University-St. Louis School of Law, St. Louis, MO.

**Schildkraut, J**. (2018). *School safety and securitization in an age of mass shootings*. Invited presentation at the Genesee Valley Institute for Staff Development meeting, Rochester, NY.

**Schildkraut, J**. (2018). *School shootings in America: How do we protect our schools?* Invited webinar/guest presentation to the Nevada Governor School Safety Task Force subcommittee on student well-being, Carson City, NV.

**Schildkraut, J**. (2018). *Mass shootings in America: The media, the myths, and the need for No Notoriety*. Invited presentation at the Annual Meeting of the American Freedom Alliance, Los Angeles, CA.

**Schildkraut, J**. (2018). *School shootings in America: How do we protect our schools?* Invited guest presentation at Central Square school safety meeting, Central Square, NY.

**Schildkraut, J**. (2018). *School shootings in America: How do we protect our schools?* Invited guest presentation to the Oswego County School Safety Task Force, Oswego, NY.

**Schildkraut, J**. (2018). *School and mass shootings in America: Now what?* Invited webinar presentation for the National Association of Pupil Transportation, Albany, NY.

**Schildkraut, J**. (2018). *See something, say something.* Invited guest presentation at Standley Lake High School, Westminster, CO.

**Schildkraut, J**. (2018). *We need to talk about mass shootings: A conversation based on lessons learned at The Briefings, a national school safety symposium at Columbine.* Invited guest presentation at Hobart and William Smith College.

*Also presented at:*
State University of New York at Oswego (2017)

**Schildkraut, J**. (2016). *The aftermath of mass shootings: The gun debate and national crime statistics.* Invited panel presentation, CLAS Brown Bag, SUNY Oswego.

**Schildkraut, J**. (2016). *Mass shootings and the media contagion effect.* Invited panel presentation at the Annual Meeting of the American Psychological Association, Denver, CO.

**Schildkraut, J**. (2016). *A high caliber education: Gun rights, gun violence, and college campuses*. Invited panel presentation at Syracuse University.

**Schildkraut, J**. (2016). *Mass shootings and the "usual suspects": Implications for research and policy.* Invited OzTalk presentation at SUNY Oswego.

**Schildkraut, J**. (2015). *Mass shootings: Understanding the realities through the myths*. Invited guest presentation at Marymount University.


*Conference Presentations*
*Denotes student co-author

**Schildkraut, J.**, Greene-Colozzi, E. A., L. Arrigo, L. Krebs, & B. R. Klein. (2025). *Leveraging social networks as a tool for gun violence prevention: A case study of the Parkland mass shooting*. Paper submitted for presentation at The National Research Conference for the Prevention of Firearm-Related Harms, Tempe, AZ.

Greene-Colozzi, E. A., L. Krebs, L. Arrigo, **J. Schildkraut**, & B. R. Klein. (2025). *Understanding the social networks of mass public shooters: A case study on Virginia Tech*. Paper submitted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC.

Schuetter, B., B. R. Klein, E. A. Greene-Colozzi, & **J. Schildkraut**. (2025). *The effects of ERPOs on mass public shootings: Insights from staggered difference-in-differences estimation*. Paper submitted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC.

Klarevas, L., **J. Schildkraut**, J. Charles, & E. Ruben. (2024). *How firearm-harm and gun-policy researchers can assist courts in a post-*Rahimi *legal landscape*. Panel presentation at the 2024 National Research Conference for the Prevention of Firearm-Related Harms, Seattle, WA.

Klein, B., E. A. Greene-Colozzi, & **J. Schildkraut.** (2024). *An impact evaluation of extreme risk protection orders (ERPOs) on mass public shootings in the United States*. Poster presented at the 2024 National Research Conference for the Prevention of Firearm-Related Harms, Seattle, WA.

**Schildkraut, J.** (2023). *Supporting survivors of mass public shootings: Resource usage in the aftermath of tragedy*. Paper presented at the Annual Meeting of the American Society of Criminology, Philadelphia, PA.

**Schildkraut, J.** (2023). *Posttraumatic change among survivors of mass public shootings: The role of the event impact and social acknowledgement*. Paper presented at the 2023 National Research Conference for the Prevention of Firearm-Related Harms, Chicago, IL.

**Schildkraut, J.**, & M. C. Stafford. (2021). *Understanding mass shootings as a function of routine activities*. Paper presented at the Annual Meeting of the American Society of Criminology, Chicago, IL.

Finnerty, A.*, **J. Schildkraut**, & A. B. Nickerson. (2021). *Does school climate impact perceived safety and preparedness in the context of lockdown drills?* Paper presented at the Annual Meeting of the American Society of Criminology, Chicago, IL.

Florcyzkowski, A.*, & **J. Schildkraut**. (2021). *Mass shootings and the pathway to violence*. Paper presented at the Annual Meeting of the American Society of Criminology, Chicago, IL.

**Schildkraut, J.**, & J. J. Turanovic. (2021). *A new wave of mass shootings? Exploring the potential impact of COVID-19*. Paper presented at the Annual Meeting of the Homicide Research Working Group (virtual).

**Schildkraut, J.**, & H. J. Elsass. (2020). *Are mass shootings epidemic? Assessing moral panic among U.S. citizens*. Paper accepted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC. (Conference canceled)

Stafford, M. C., & **J. Schildkraut**. (2020). *Understanding mass shootings as a function of routine activities*. Paper accepted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC. (Conference canceled)

Finnerty, A.*, **J. Schildkraut**, & A. B. Nickerson. (2020). *Do lockdown drills produce anxiety? An assessment of student responses*. Paper accepted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC. (Conference canceled)

Florcyzkowski, A.*, **J. Schildkraut**, & A. B. Nickerson. (2020). *Assessing the impact of lockdown drills on students' perceived safety and preparedness*. Paper accepted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC. (Conference canceled)

**Schildkraut, J.**, & M. C. Stafford. (2020). *Understanding mass shootings as a function of routine activities*. Paper accepted for presentation at the Annual Meeting of the Academy of Criminal Justice Sciences, San Antonio, TX. (Conference canceled)

**Schildkraut, J.**, & K. Klingaman*. (2019). *Evaluating school safety and preparedness: Findings from implementing an emergency response protocol*. Paper presented at the Annual Meeting of the American Society of Criminology, San Francisco, CA.

**Schildkraut, J.**, B. Naman*, & M. C. Stafford. (2018). *Responding to mass shootings with a routine activity approach*. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

Sokolowski, E.*, & **J. Schildkraut**. (2018). *The survivor network: The role of shared experiences in mass shooting recove*ry. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

Cary, J.*, E. R. Bovier, A. Bergin*, & **J. Schildkraut**. (2018). *Raising awareness of secondary trauma with community engagement events on mass shootings and school safety*. Poster presented at the Annual Meeting of the Eastern Psychological Association, Philadelphia, PA.

McHale, R.*, & **J. Schildkraut**. (2018). *Covering rampage: News consumers' perceptions about mass shootings in the media*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, New Orleans, LA.

**Schildkraut, J.**, & J. Gruenewald. (2017). *Blurring the lines: News media framing of ideological and non-ideological mass shootings*. Paper presented at the Annual Meeting of the American Society of Criminology, Philadelphia, PA.

**Schildkraut, J.**, K. Jennings, V. Terranova, & C. M. Carr*. (2017). *A tale of two universities: A red state-blue state comparison of college students' attitudes of concealed carry on campus policies*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Kansas City, MO.

**Schildkraut, J.**, R. Lee, H. J. Elsass, & C. M. Carr*. (2016). *Context matters: Examining mass shootings and the role of county and state level correlates*. Paper presented at presentation at the Annual Meeting of the American Society of Criminology, New Orleans, LA.

McKenna, J. M., **J. Schildkraut**, & H. J. Elsass. (2016). *Rethinking crisis communications on campus: An evaluation of faculty and staff perceptions about emergency notifications*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Denver, CO.

Elsass, H. J., & **J. Schildkraut**. (2016). *Mass shootings by the numbers: Understanding the myths and realities*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Denver, CO.

Elsass, H. J., **J. Schildkraut**, & T. C. Hernandez. (2015). *Increasing guardianship in schools after mass shootings: A routine activities approach*. Paper presented at the Annual Meeting of the American Society of Criminology, Washington, DC.

Meredith, K.*, **J. Schildkraut**, & H. J. Elsass. (2015). *Mass shootings and the media: Why all events are not created equal*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Orlando, FL.

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2014). *Measurement issues and violent episodic crime: Some thoughts and considerations*. Invited paper presented at the Annual Meeting of the American Society of Criminology, San Francisco, CA.

Hernandez, T. C., **J. Schildkraut**, & H. J. Elsass. (2014). *The Sandy Hook Elementary School shooting and changes in mental health legislation: A review of the evidence.* Paper presented at the Annual Meeting of the American Society of Criminology, San Francisco, CA.

McKenna, J. M., **J. Schildkraut**, & H. J. Elsass. (2014). *Understanding crisis communications: Examining students' perceptions about campus notification systems*. Paper presented at the Annual Meeting of the Homicide Research Working Group, San Antonio, TX.

**Schildkraut, J.**, H. J. Elsass, & M. C. Stafford. (2014). *Modifying target suitability following the Boston Marathon bombing: A routine activities approach*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Philadelphia, PA.

Elsass, H. J., **J. Schildkraut**, T. Arford, & M. C. Stafford. (2014). *The effect of the Boston Marathon bombing on fear of crime among college students.* Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Philadelphia, PA.

**Schildkraut, J.**, H. J. Elsass, & M. C. Stafford. (2014). *As seen in the news: Media effects on fear of crime and moral panics*. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2013). *Connecting the dots: Assessing the relationship between fear of crime and moral panics*. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

**Schildkraut, J**, A. M. Donley, & S. R. Taylor. (2013). *Headlines in white (not black): Examining newsworthiness of homicide in New Orleans, LA*. Paper presented at the Annual Meeting of the Homicide Research Working Group, Brunswick, GA.

**Schildkraut, J**, & T. C. Hernandez. (2013). *Laws that bit the bullet: A review of legislative responses to school shootings*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

**Schildkraut, J.**, & M. C. Stafford. (2013). *Researching professionals or professional researchers? A comparison of professional doctorates and Ph.D. programs in C.J.* Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2013). *Could it happen here? Moral panics, school shootings, and fear of crime among college students*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

**Schildkraut, J.**, A. M. Donley, & M. Gualtieri. (2012). *Atypical and a typical homicide: Testing a reporter's decision to publish*. Paper presented at the Annual Meeting of the American Society of Criminology, Chicago, IL.

**Schildkraut, J**. (2012). *The monster is in control of the remote: Issues of mediatized violence and school shootings*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, New York, NY.

**Schildkraut, J.**, & E. E. Mustaine. (2011). *Movin', but not on up to the east side: Foreclosures and crime in Orlando, FL*. Paper presented at the Annual Meeting of the American Society of Criminology, Washington, D.C.

**Schildkraut, J**. (2011). *Homicide in the headlines: An analysis of the newspaper reporting of Baltimore homicides of 2010*. Paper presented at the Homicide Research Working Group Session Meeting at The American Society of Criminology, Washington, D.C.

**Schildkraut, J.**, & A. M. Donley. (2011). *The Taj MaHoops and the impact on Parramore, an Orlando neighborhood*. Paper presented at the Annual Meeting of the American Sociological Association, Las Vegas, NV.

**Schildkraut, J**. (2011). *Media and mayhem: A comparative analysis of the reportings of the Virginia Tech massacre*. Paper presented at the Annual Meeting of the Society for the Study of Social Problems, Las Vegas, NV.

**Schildkraut, J**, & A. M. Donley. (2011). *Murder in black: A media distortion analysis of homicides in Baltimore*. Paper presented at the Annual Meeting of the Homicide Research Working Group, New Orleans, LA.

**Schildkraut, J**. (2011). *Lessons from Virginia Tech: An examination of emergency response plans in Florida's state universities*. Paper presented at the Annual Meeting of the Southern Sociological Society, Jacksonville, FL.

**Schildkraut, J.**, & B. M. Hanson. (2011). *Murder in prime time: An analysis of the depiction of homicide in crime dramas*. Paper presented at the Annual Meeting of the Southern Sociological Society, Jacksonville, FL.

**Schildkraut, J**. (2011). *Baltimore homicides in the news*. Paper presented at the Annual Meetings of the Southern Criminal Justice Association, Clearwater, FL.

## TEACHING EXPERIENCE

[f]Face-to-face; [o]Online. Courses are offered at the undergraduate level unless otherwise noted.

**Courses Taught**

*SUNY Oswego*
Introduction to Criminal Justice (CRJ 101) [f]
First Year Signature Course: Mass Shootings in America (CRJ 198) [f]
American Criminal Courts and Judicial Process (CRJ 220) [f, o]
Organizational Structure and Communication (PBJ 301) [o]
The Study of Homicide and Lethal Violence (CRJ 312) [f, o]
The Death Penalty (CRJ 313) [f, o]
Crime and the Media (CRJ 330) [o]
Crime Theories and Victimization (CRJ 333) [f, o]
Organized Crime (CRJ 366) [o]
Research Methods for Criminal Justice (CRJ 387) [f, o]
Data Analysis (CRJ 388) [f, o]
Practicum in Criminal Justice (PBJ 397) [o]
Independent Readings/Studies (CRJ 399) [f]
Seminar in Criminal Justice (CRJ 401) [f, o]
Mass Shootings in Society (CRJ 412) [f, o]
Practicum in Teaching Public Justice (CRJ 490) [f]

*University at Albany-SUNY (Adjunct)*
Mass Shootings in Society [Graduate] (RCRJ 659) º

*Texas State University*
Introduction to Criminal Justice (CJ 1310) ƒ
Research Methods (CJ 3346) ƒ
Serial Murder (CJ 4331) ƒ
Crime Theories and Victimization (CJ 4340) ƒ


**Thesis and Dissertation Committees**

*Dissertation Committee Member*
2023-2024    Gregory Lawson, Le Moyne College.
2022-2023    Jennifer LaRose, Louisiana State University.
2020-2023    Charlotte Berger, Pace University.
2020-2022    Jeremy Morton, Fielding Graduate University.

*Master's Thesis Committee Member*
2023-2024    Brynn Schutter, University of Arkansas.
2019    Sarah Rosenbloom, Loyola University (New Orleans).
2018-2019    Megan Olive, University of Central Florida.
2018    Kylei Brown, Michigan State University.

*Undergraduate Thesis Committee Member*
2020    Kirsten Klingaman, State University of New York at Oswego (Chair).


## AWARDS AND HONORS

| | |
|---|---|
| 2019 | Community Service Award, Onondaga County (NY) District Attorney's Advisory Council. |
| 2016 | Nominee, President's Award for Academic Excellence in Academic Advisement, State University of New York at Oswego. |
| 2015 | SAGE Junior Faculty Professional Development Award, Academy of Criminal Justice Sciences. |
| 2014 | Richard Block Award for Outstanding Dissertation, Homicide Research Working Group. |
| 2014 | Outstanding Doctoral Student, Texas State University. |
| 2014 | Student Paper Competition Winner, Academy of Criminal Justice Sciences. |
| 2013 | Outstanding Doctoral Student, Texas State University. |
| 2013 | Graduate College Dissertation Stipend ($2,000), Texas State University. |
| 2012 | Teaching with Sakai Innovation Award Winner (Higher Education: Face-to-Face Category), Jasig/Sakai. |
| 2011 | Richard Block Award for Outstanding Thesis, Homicide Research Working Group. |
| 2011 | Alpha Kappa Delta International Honors Society Inductee. |

## SERVICE AND ACTIVITIES

### University and Department Service

*Department Service*

2021-2023    Personnel Committee, Department of Criminal Justice.

2021-2023    Faculty Search Committee, Department of Criminal Justice.

2017-2023    First Year Advisor, Department of Criminal Justice.

2017-2019    Department Liaison for David F. Cutler '74 Public Justice Excellence Fund, Department of Criminal Justice.

2017-2018    Peer Mentor, Department of Public Justice.

2015-2017    Faculty Advisor, Public Justice Club, Department of Public Justice.

2014-2019    Faculty Search Committee, Department of Public/Criminal Justice.

2014-2018    Curriculum Development Committee, Department of Public Justice.

*University Service*

2022-2023    Campus Safety Advisory Committee, State University of New York at Oswego.

2021-2022    Student SCA Subcommittee Co-Chair, Scholarly and Creative Activities Committee, State University of New York at Oswego.

2020-2023    Scholarly and Creative Activities Committee, State University of New York at Oswego.

2019-2023    New Faculty and Professional Staff Orientation Committee, State University of New York at Oswego.

2017-2019    Human Subjects Committee, State University of New York at Oswego.

2016-2021    Personal Safety Committee, State University of New York at Oswego.

2015-2023    Student Conduct Committee, State University of New York at Oswego.

2015-2019    Campus Technology Advisory Board, State University of New York at Oswego.

### Professional Service

*Manuscript Reviews*

American Journal of Criminal Justice • Crime Media Culture • Crime Prevention and Community Safety • Criminal Justice and Behavior • Criminal Justice Review • Criminal Justice Studies • Criminology & Public Policy • Homicide Studies • Humanities and Social Sciences Communications • Injury Epidemiology • International Social Science Journal • Journal of American College Health • Journal of Criminal Justice and Popular Culture • Journal of Criminal Justice Education • Journal of Criminology • Journal of Interpersonal Violence • Journal of Mass Violence Research • Journal of Police and Criminal Psychology • Journal of Qualitative Criminal Justice and Criminology • Journal of Risk Research • Journal of School Violence • Journal of Youth Studies • Journalism and Mass Communication Quarterly • Justice Evaluation Journal • Justice Quarterly • Public Health Reports Security Journal • Social Problems • Sociological Forum • Sociological Inquiry • The Communication Review • Violence and Gender • Violence and Victims

*Grant Proposal Reviews*

| | |
|---|---|
| 2022 | Office of Juvenile Justice and Delinquency Prevention (OJJDP) |
| 2020 | Centers for Disease Control (CDC) |
| 2020 | Office of Justice Programs (OJP) / National Institute of Justice (NIJ) |

*Book Manuscript/Proposal Reviews*

| | |
|---|---|
| 2020 | Rowman & Littlefield |
| 2019 | University of Michigan Press |
| 2019 | Routledge (Taylor & Francis Group) |
| 2018 | Rowman & Littlefield |
| 2017 | Oxford University Press |
| 2011-2012 | Emerald Publishing (External Reviewer for "School Shootings: Mediatized Violence in a Global Age") |

*Expert Opinions for Legal Cases*

| | |
|---|---|
| 2024 | Expert Declaration, *Lane v. James* (Case No. 22 Civ. 10989 (KMK)), United States District Court, Southern District of New York. |
| 2023 | Amicus brief, *McGregor et al. v. Suffolk County, New York et al.* (Case No. 2:23-cv-01130(GRB)(ARL)), United States District Court, Eastern District of New York. |
| 2023 | Amicus brief, *Antonyuk et al. v. Nigrelli et al.* (Case No. 22-2908(L)), United States Court of Appeals, 2nd Circuit. |
| 2022 | Amicus brief, *Antonyuk et al. v. Bruen* (Case No. 1:22-cv-00734(GTS)(CFH)), United States District Court, Northern District of New York. |

*Other Professional Service*

| | |
|---|---|
| 2024 | Reviewer, Greenwald Family Awards, Research Society for the Prevention of Firearm-Related Harms. |
| 2023-Present | Associate Editor, Homicide Studies. |
| 2021-2022 | Research Consultant, Mass Casualty Commission, Halifax, Nova Scotia, Canada. |
| 2021-2022 | Research Consultant, National Center for School Safety, Ann Arbor, MI. |
| 2021-2023 | Consultant, Madison-Oneida BOCES, Verona, NY. |
| 2021-2022 | Consultant, Reading School District, Reading, PA. |
| 2020-Present | Co-Editor and Founder, Journal of Mass Violence Research. |
| 2020-2021 | Research Consultant, Jamesville-Dewitt School District. |
| 2020-Present | Research Consultant, Safe Schools for Alex, Parkland, FL. |
| 2020-Present | Editorial Board, Journal of Qualitative Criminal Justice and Criminology. |
| 2020-Present | Editorial Board, Journal of School Violence. |
| 2020-Present | Editorial Board, Journal of Criminal Justice and Popular Culture. |
| 2020-2021 | Newsletter Committee, Division of Victimology, American Society of Criminology. |
| 2020-2021 | Treasurer, Division of Victimology, American Society of Criminology. |
| 2018-Present | Researcher, Regional Gun Violence Research Consortium / States for Gun Safety, Rockefeller Institute of Government, Albany, NY. |
| 2018-2020 | Chair, Fayetteville-Manlius (NY) Central School District School Safety Task Force. |

| | |
|---|---|
| 2018-Present | Member/Report Writer, Onondaga County (NY) School Safety Task Force. |
| 2018-2020 | Member, Skaneateles (NY) School Safety Task Force. |
| 2018-Present | Research Consultant, No Notoriety, Phoenix, AZ. |
| 2016-2017 | Program Committee and Chair of "Media and Social Construction of Crime" section, Annual Meeting of the American Society of Criminology, Philadelphia, PA. |
| 2015-2021 | Treasurer, Criminal Justice Educators Association of New York State. |
| 2014-2023 | Research Consultant, Safe and Sound Schools, Newtown, CT. |
| 2014-2017 | Website Administrator, Homicide Research Working Group. |
| 2014-2015 | Membership Coordinator, Homicide Research Working Group. |
| 2013-2014 | Program Co-Chair for Annual Meeting, Homicide Research Working Group. |
| 2013-2014 | Local Arrangements Committee, Homicide Research Working Group. |
| 2013 | Content Consultant, "Newtown School Shootings" by Lisa Owings, Red Line Editorial, Burnsville, MN. |
| 2012-2013 | Qualitative Research Analyst, Bexar County (TX) Probation Department. |
| 2012-2013 | Research Assistant, "Windows into the Soul: Surveillance and Society in the Age of High Technology" by G. T. Marx, University of Chicago Press, Chicago, IL. |
| 2011-2015 | Merchandise Committee, Homicide Research Working Group. |
| 2011-2012 | Site Selection Committee, Homicide Research Working Group. |
| 2011 | Data Coder, Active Shooters Database, Advance Law Enforcement Rapid Response Training (A.L.E.R.R.T.) Center, San Marcos, TX. |
| 2011 | Research Assistant, "Student Handbook to Sociology Research Methods, Volume II" by A. M. Donley, Facts on File, Inc., New York, NY. |
| 2011 | Research Assistant, HUD-mandated annual Homeless Point-in-Time Count for Central Florida region, Homeless Services Network, Orlando, FL. |

**Selected Media Contributions**
Full list of media appearances available at http://www.jaclynschildkraut.com/in-the-news/

| | |
|---|---|
| 2025 | Associated Press, The Boston Globe, Education Week, Wisconsin Public Radio |
| 2024 | USA Today, CNN, Newsweek, The Trace, Politifact, Forbes, The Texas Tribune |
| 2023 | The New York Times, Los Angeles Times, San Francisco Chronicle, The Washington Post, BBC, The 74 |
| 2022 | CNN, New York Magazine, Politifact, Texas Tribune, Los Angeles Times, San Francisco Chronicle, Vox, CBC News, Denver Post, The New York Times, TribLive |
| 2021 | CNN, The New York Times, The 74, Smithsonian Magazine, National Public Radio, Denver Post, ABC News / World News Now, Business Insider, SunSentinel |
| 2020 | The Conversation, The Trace, Scripps National |
| 2019 | Huffington Post, Reuters, The Hill, The Washington Post, Associated Press, The Atlantic, Vanity Fair Italy, Colorado Public Radio, NBC News, Teen Vogue, The Conversation, The Crime Report, WebMD |
| 2018 | The Washington Post, Huffington Post, The Hill, BBC News, Buzzfeed News, CBS News, Vox, Las Vegas Review-Journal |
| 2017 | The Telegraph (UK), The Washington Post, The Wall Street Journal |

| 2016 | Christian Science Monitor, Vice, The Guardian |
| 2015 | The Washington Post, The Wall Street Journal, WORLD Magazine |
| 2014 | National Public Radio |
| 2013 | Popular Science |

**Professional Development**

| 2020 | ACUE Course in Effective Teaching Practices, Oswego, NY. |
| 2018 | Digital Storytelling, Digital Humanities Summer Institute, Victoria, BC. |
| 2012 | Introduction to Geographic Information Systems, Summer Statistics Institute, University of Texas, Austin, TX. |

## PROFESSIONAL AFFILIATIONS

| 2023-Present | Society for Advancement of Violence and Injury Research |
| 2021-Present | Division of Public Opinion and Policy, American Society of Criminology |
| 2020-2022 | Division of Victimology, American Society of Criminology |
| 2014-Present | Criminal Justice Educators Association of New York State |
| 2011-Present | Academy of Criminal Justice Sciences |
| 2011-Present | Homicide Research Working Group |
| 2010-Present | American Society of Criminology |

B

**Exhibit B**

*Mass Shootings in Which Body Armor Was Utilized, 1999-2025*

| DATE | LOCATION | LOCATION TYPE | KILLED | INJURED | BODY ARMOR TYPE |
|---|---|---|---|---|---|
| 3/22/2002 | South Bend, IN | Workplace | 4 | 5 | BV |
| 5/9/2003 | Cleveland, OH | School | 1 | 2 | BV |
| 3/21/2005 | Red Lake, MN | School | 9 | 5 | BV |
| 12/9/2007 | Colorado Springs, CO | Place of Worship | 4 | 5 | BV |
| 10/12/2011 | Seal Beach, CA | Salon/Spa | 8 | 1 | BV |
| 7/20/2012 | Aurora, CO | Movie Theater | 12 | 58 | BC, BH, BPG, BV |
| 12/11/2012 | Happy Valley, OR | Mall | 2 | 1 | BV |
| 6/7/2013 | Santa Monica, CA | School | 3 | 4 | BV |
| 6/10/2014 | Troutdale, OR | School | 2 | 1 | BH |
| 2/20/2016 | Kalamazoo, MI | Multiple Locations | 6 | 2 | BV |
| 9/24/2017 | Antioch, TN | Place of Worship | 1 | 6 | BV |
| 11/5/2017 | Sutherland Springs, TX | Place of Worship | 26 | 20 | BV |
| 11/14/2017 | Rancho Tehama, CA | Multiple Locations | 5 | 10 | BV |
| 1/23/2019 | Sebring, FL | Workplace | 5 | 0 | BV |
| 7/28/2019 | Gilroy, CA | Festival | 3 | 12 | BV |
| 8/4/2019 | Dayton, OH | Bar/Nightclub | 9 | 27 | BV |
| 3/22/2021 | Boulder, CO | Supermarket | 10 | 1 | BV |
| 5/14/2022 | Buffalo, NY | Supermarket | 10 | 3 | BH, BPG, BV |
| 8/8/2022 | Bend, OR | Shopping Center | 1 | 2 | BV |
| 8/28/2022 | Phoenix, AZ | Hotel | 2 | 5 | BH, BV |
| 11/19/2022 | Colorado Springs, CO | Bar/Nightclub | 5 | 19 | BV |
| 3/27/2023 | Nashville, TN | School | 6 | 1 | BV |
| 5/6/2023 | Allen, TX | Mall | 8 | 7 | BV |
| 5/15/2023 | Farmington, NM | Spree | 3 | 6 | BV |
| 7/2/2023 | Philadelphia, PA | Multiple Locations | 5 | 2 | BV |
| 8/26/2023 | Jacksonville, FL | Retail Store | 3 | 0 | BV |
| 1/1/2025 | New Orleans, LA | Entertainment District | 0 | 5 | BV |
| 2/4/2025 | New Albany, OH | Workplace | 2 | 4 | BV |
| 7/28/2025 | New York, NY | Office Building | 4 | 1 | BV |

*Note.* BC = Ballistic Clothing; BH = Ballistic Helmet; BPG = Ballistic Protective Gear; BV = Ballistic Vest. Data current through July 30, 2025.

C

# from-jimboboiii

Jimboboiii — 11/18/2021
(The_Great_Replacement_-_Original_By_Brenton_Tarrant_.pdf)


Jimboboiii — 11/20/2021



MBTI test is most likely pseudoscience but whatever


Jimboboiii — 11/20/2021
Some fun stuff I found on my phone:
Jimboboiii — 11/20/2021
My cat Paige; Face reveal of May 2021; Picture taken awaiting a physiatrist evaluation; Best picture I ever took of myself, was at six flags;

# Pages Omitted

Jimboboiii — 12/07/2021
This was actually me

⋮ **Anonymous** (ID: GshJjCvF ) 🇺🇸
11/09/21(Tue)22:36:37 No.346845690

>>346843457 (OP) #
Don't worry lads, a brenton tarrant event will happen again soon ;)

>>346845734 #

⋮ **Anonymous** (ID: jac/STGT ) 🇬🇷
11/09/21(Tue)22:37:00 No.346845734

>>346845690 (You) #
you wont do shit you nigger

Jimboboiii — 12/07/2021
Today I went over to my buddy Matt's house and brought his airsoft stuff that didn't sell at the flea market. We talked for a bit and I showed him the Mossberg 500 Retrograde I bought a few days ago. I left and went to the park to dry-practice shooting inside my car. Protip: at the day of the attack roll the driver car seat all the way back and have the seat slightly angled so you can shoot from 12 o'clock to 6 o'clock, shooting to the left is impossible to do without physically getting up and sitting on the middle console. Don't even attempt to shoot at your 8 o'clock unless in passenger seat. Can shoot in all positions while holding gun as a right dominant. Also when taking shotgun from the seat, raise the gun first then bring it out so it doesn't get stuck, and have the passenger seat all the way back without headrest for maximum coverage.
Another day down until the attack, I need to buy some more physical items and to get rid of some. Flea market is a good option so far.
Make an account with the nearby VISIONS bank, try and get debit card to pay with things online
I have read Brenton Tarrant's manifesto fully multiple times, I mostly agree with everything he says.
You wait for your people, while your people wait for YOU
Do nothing, achieve nothing.

Jimboboiii — 12/07/2021
3A concealed certified body armor and bump helmet (fuck PASGT) or ACH will have to do, police surplus or stealth armor systems will work. RMA will also work but is kinda relatively expensive. Most likely won't need rifle plates but better to be safe than sorry.
I considered briefing stealing my friend's or families' guns but I immediately shut that down

Jimboboiii — 12/08/2021
It seems that Binghamton is a sucky place for an attack, because of 7.4% black population. If that's true why is it that I see niggers literally everywhere I go?
I'll have to see if I can find a higher black population density, if not southern Syracuse is the place. Oakdale mall maybe? Haven't been there in a while but I feel like it would be a nigger hide-out
Gotta check out Syracuse mall
(N dancing gif)

Jimboboiii — 12/08/2021
Let it be said that (((they) are the real problem. (((they))) have caused this white genocide we see today. (((they))) are willing to kill the future of humanity for a few extra shekels. (((they))) want you to be in debt, in war against your fellow race, and race mix. (((they))) are even worse than the the homo erectus hybrids we have today, and more than the mutts of our earth. The reason why I don't attack them and instead the negroes is that their population boom will be more difficult to deal with in the future, and my killings will prevent some of that and hopefully separate negros and whites more. But the truth is my attack alone even if I'm VERY successful will NOT change much of anything. It will only matter when multiple people like me commit to attacks. When they come together and learn the truth about their world, and take a stand and fight back. Fight back against the replacers and those who want you to be replaced. Convert your fellow friends. Make groups and make a plan.

Jimboboiii — 12/08/2021
Today I loaded up all my MRE and MRE foods and set it on the bench next to that one homeless community under the bridge. I went to 3 stores, Triple City Buy Sell Trade, The Coin Shop, and Julies Antiques, I bought $327 worth of silver, 3 1 troy ounces from virgin islands, 1 1880 Morgan dollar, 17 silver Washington quarters, 22 silver Roosevelt dimes, 19 mercury dimes, 2 1964 Kennedy's, 7 1965-1970 40% Kennedy's, and thirteen war Nickle's.
I went to two gun shops, Mohammad from All Star Pawn Shop seems to like to ask for the maximum amount of money on everything. APMEX bar for $30, NY-Safe BCA AR-308 for $1800, 12 gauge buckshot for $3 per cartridge. Corrosive M2 Ball for $2 per round. I mean come on bro you're jew is showing. Other gun shop was McLain's Sporting Goods, all I learned there was that I could buy a gun online at buds gun shop and have it shipped over there. It has some nice stuff

Jimboboiii — 12/08/2021
https://www.youtube.com/watch?v=H5d42w4ZcY4&list=PLFsQleAWXsj_4yDeebiIADdH5FMayBiJo&index=179&ab_channel=TomBanks

Jimboboiii — 12/08/2021
SONIC MOVIE 2 IS COMING OUT IT'S HAPPENING

Jimboboiii — 12/09/2021
https://youtu.be/FtbY2yTnmj4

Jimboboiii — 12/09/2021
I spent 20 hours in a hospital's emergency room on 5/28/2021. This was because I answered murder/suicide to the question "what do you want to do when you retire?" on an online assignment in my Economics class. This experience only helped to prove my belief that people, even certified doctors are not concerned about helping you. I've had many dreams about that day since I got out, if you weren't mentally ill before you will be after. One of my worst nights of my life was during those 20 hours, I was quite delirious during that night and all my 'dreams' were me trying to sleep in the hospital with 2 chairs next to each other. Reality didn't seem to exist. I was thinking of a personal attack against the replacers at this point, and I had watched the Christchurch mass shooting a few weeks previously and began reading up on his motives and beliefs. If Brenton Tarrant didn't livestream his actions that day, then I don't think I would be writing this as I do currently. Good on you lad

Jimboboiii — 12/09/2021
https://www.youtube.com/watch?v=Mmdc9RIhmOI&ab_channel=Tobuscus
I miss you tobuscus... thanks for the laughs

Jimboboiii — 12/09/2021
American culture is centered around niggers. They have holidays for niggers. They killed hundreds of thousands of white men to free niggers. They listen to nigger music. They elect a nigger as their president. They dress and act like niggers. They draw the entirety of their modern culture from niggers. They post sassy gifs about niggers. They watch sportsball in worship of niggers. Their biggest event of the year involves throwing parties in honor of niggers playing sports. They use nigger slang like "bruh" and "thot". When you say "Martin Luther" they're not thinking of the father of protestantism. They're thinking of the nigger. Their cities are completely overrun with niggers. They worship their ZOGbot police force disproportionately filled with niggers and their global police force of soldiers filled with niggers. Their men sit around watching nigger ball while their women sit around watching nigger talk shows and fantasizing about nigger dick. They worship black retarded gorilla niggers like Muhammad Ali and Michael Jordan and Michael Jackson and the late Niel deGrasse Tyson while attacking the whites who actually built their country before niggers took over. Their movies are filled with niggers and their music charts are topped by niggers. They send niggers to the Olympics and celebrate when the niggers win because those niggers are true red blooded american niggers. They watch nigger porn to a point where "BBC" does not make them think of an international media company but about nigger dick instead. They will tell you how much they hate niggers and how the mutt's law meme is a stale joke and they are just pretending to love niggers but the evidence speaks for itself in that America has always been and will be a nation of nigger loving niggers.

# Pages Omitted



Red is higher percentage black population
Genesee-Jefferson, 19th Ward, Dutchtown, Arnett

Jimboboiii — 12/21/2021
Places to look at:  1200 Marketplace Dr, Rochester, NY 14623, West Main Street,

Jimboboiii — 12/21/2021
https://stealtharmorsystems.com/shop/ols/products/lvac
https://stealtharmorsystems.com/shop/ols/products/gtx-k-3a-ciras-balcs-cut-panels
https://rmadefense.com/store/body-armor/level-iv-body-armor/plate-set-of-2-1155/
https://www.ebay.com/sch/i.html?_from=R40&_trksid=p2380057.m570.l1313&_nkw=ach+helme
t&_sacat=0
If walker hearing protection does not fit under helmet get the sordins
Used body armor will most likely be effective to stop basic bitch threats. NIJ certified IIIa balcs
cut armor should work fine including the helmet just in case of concealed weapon carrier or
early police threats. Rifle rated plates will likely not be necessarily but you never know, maybe a
police officer will respond early with an AR-15, or a nigger will be carrying a draco AK. Certified
NIJ III protection is fine I don't expect any M2 AP threats or M855a1 or any thing like that.

Jimboboiii — 12/21/2021
I went to many stores after my dermatology appointment today. First was all-star pawn shop,
still has stupid high prices for things, a guy tried pawning some items when I was there too.
Then went to McLain's and finger-fucked some of his guns, had a NY-safe AR with detachable
magazines for $1150 and a Yugoslavian SKS for $775. Then I went to Vintage Firearms and
bought some 2 boxes of some old 12 gauge game ammo, priced at 50 shells for $20. Doesn't
have much in the sense of fun things that could cause a lot of damage in short periods of time.
Then I went to Pennsylvania guns and ammo and checked them out, has a nice NY-safe

diamondback tactical AR-15. If I can make sure I can remove the fixed mag release via tools at home then I would consider getting a fixed mag AR. But if not then NY-safe AR with detachable mags will have to do. I'm considering using a NY-safe AR-15 that has detachable magazines and proving how dumb of a law it is and it really only inconveniences regular people and not criminals who are trying to kill people. I'm gonna try out my Mossberg 500 one of these days.

Jimboboiii — 12/21/2021
It would be really embarrassing if I get domed in the first few moments of the attack. All this work just for some undercover cop or vigilante to kill me instantly. That's the thing I worry most about actually, the unsuspecting civilian that can rightfully defend themselves. Making it more difficult for civilians to defend themselves is unconstitutional and dangerous. I already have illegal AR-15 mags and I got those from pure luck of being in the right place at the right time. I dislike interacting with other people considerably, when I was walking into the gun shops today I felt very stressed when talking to the shopowners. This happens multiple times including strangers who talk to me, and even my professors at college.

Jimboboiii — 12/21/2021



Jimboboiii — 12/22/2021
2716 calories of sausage, cheese, apple, chips, half sandwich, pb&j, soup, chocolate, and 2 cookies 202.8 lbs

Jimboboiii — 12/22/2021
15 min workout on bike, 2 hour walk and was cold the entire time

# Pages Omitted

198.6 lbs

Jimboboiii — 01/04/2022
1590 calories from ham, keto bar, green beans, various berries, cheese, whipped cream, salad with dressing, bacon, chicken, pistachios



Jimboboiii — 01/04/2022
I ordered 2x deltoid protectors from a fellow on /k/ for $103.38 on the buy sell trade thread, lets see if he ships it.

Jimboboiii — 01/04/2022
The stealth armor systems bundle is about $200 less than the RMA Contego, but the RMA one is NIJ certified and has a slightly better pounds per square foot of the armor. Stealth armor systems also has a very good reputation as an armor manufacturer though. I think I would choose the RMA Contego instead, unless I can get a military surplus vest for a better price.

Jimboboiii — 01/04/2022
First few days of low carb diet was difficult but I think I'm getting used to it. It's no longer so painful

Jimboboiii — 01/04/2022
Just ordered 2 pairs of darn tough T4021 desert tan large socks on eBay, let's see if it was worth the hype, cost me $56 though
Still need to get an AR-15 and ammo for it, M193 is fine.
Also wtf 650 big ones for an aimpoint T2 or eotech exps3?
hm maybe tommorow ill make my way across NY, see what I can find

Jimboboiii — 01/05/2022



It does not have NIJ III protection, so that's an error. But still looks fine, fits my head and I can readjust the pads to fit my head and my ear protection. Plus it has the NVG mount I can mount my gopro on, so that's nice. Ballisticly should be equivalent to NIJ IIIA, which is what I wanted, and was actually manufactured in 2006. So even with the age and possibility of maltreatment due to heat, should still be able to stop at least a 9mm if need be.

Hmm maybe an IFAK would be nice to have too, just in case a 223 bullet or something pierces my IIIA armor and punctures a hole in my lung, am I really expecting be shot at this much though?

Somebody tried to take it over last second by bidding $162.50 at 17s left, so I quickly went up to my max willing to buy it for and put in $170. and I got it!



That's one of the problems with auctions like this I guess, someone will try and bid higher at the last second hoping their contender isn't on at 1:19 AM on a Wednesday. I got it for just under $200 which is exactly what I wanted, now I have to wait to receive it.
Something I didn't think about was the wait times for buying certain things, I would be totally screwed if the body armor took more than 6 weeks to ship or something like that.

Jimboboiii — 01/05/2022
"Psychologically, your mental state evolves from your early experiences, where you are fearful, nervous, worrying, and anxious, to a state where, gradually, over time and more experience, you come to a place where you realize many things are random, there are things you simply cannot control, that bad things and death may come at any time, despite your best efforts, and there is nothing you can do about it. You come to accept your fate. Once you arrive at that place, you are no less anxious or afraid, but you are as mentally prepared as you will ever be."
It sucks that I'm the solo attacker, but I can't risk getting caught. Not when I'm this close
Jimboboiii — 01/05/2022
Got a refund for some shipping so the ACH will everything attached cost me $191.16, not a bad deal


Jimboboiii — 01/05/2022

I have thought about using only a plate carrier carrying plates instead of soft armor, this would help me move faster if lighter and aim better since I don't have the full soft armor preventing it. I don't think there is a best option, maybe JPC with plates and deltoid armor will do me well haha. 197.8 lbs, 1285 calories from bologna, salad, sausage, keto bar, sugarless jello, chicken

Jimboboiii — 01/05/2022
Ok so plate carrier with deltoids is the option for me, I should be able to move faster and aim better
Deltoid should help protect my lungs and heart too from the side anyways, plate carrier has my front and back, and odd shots would be the only fatal wounds besides neck and head injuries.

Jimboboiii — 01/05/2022
So my card didn't work when ordering a crye precision JPC 2.0 so I used my pay pal instead and it worked fine

You won this auction.  |  View order details

### Crye JPC 2.0 Multicam Black. Large See original listing



Sell one like this

| | |
|---|---|
| Condition: | **New without tags** |
| Ended: | Jan 05, 2022, 1:37PM |
| Winning bid: | **US $229.49** [ 3 bids ] |
| Shipping: | $12.80 Expedited Shipping |
| Located in: | Manhattan, Kansas, United States |
| Seller: | geargobl57 (0)  |  Seller's other items |

Hope I don't get scammed for this item since the guy is new and is at a relatively good price, Funny story I actually searched crye precision JPC 2.0 on ebay and I saw this auction that was ending in less than 2 min, so I quickly did some research to see if it was at a good price and it actually isn't that bad. I was going to do the RMA bundle but decided not to since I was planning to use level III polyethylene plates instead of the level IV ceramic plates just because of weight. The bid was at $220 or so and I jumped in and placed a price of $230 in and luckily I won it, just above a competitors top price. I should be able to attach the deltoid protectors when they ship over so that's nice. Overall I think I did pretty well today, not it's time to lose some weight and get in better shape.
I'm about to show you what real "multicam" looks like I'm gonna have so many different colors on my kit haha

Jimboboiii — 01/05/2022

2x large level III multi curve 1063 costs ~$671
https://rmadefense.com/store/body-armor/level-iii-body-armor/model-1061-1064/
2x 10 x 12 level III #1078 costs ~$569.98
https://rmadefense.com/store/body-armor/level-iii-body-armor/level-iii-body-armor-plate-model-1078/
I don't really need the multi curve function so I think I'm just going to go with the #1078

Jimboboiii — 01/05/2022
Donated all my philosophy and science books to a local antique place, also donated a case of popular mechanics books as well

Jimboboiii — 01/06/2022
196.2 lbs, 1520 calories from homemade chicken salad, sausage, meat and cheese, cucumber, yogurt, bologna,

Jimboboiii — 01/06/2022
Humanitarian efforts towards third world countries (Haiti, Dominican Republic, France) are usually a waste of time and resources, these resources can be otherwise spent on programs that actually can make a difference.



# Pages Omitted



Here's my current theorized head setup. Large ACH helmet with X suspension system, Norontos NVG mount, ACU helmet cover and modified padding. Walkers tan razor digital hearing protection. 3M over the glasses eye protection. I tried it on for a few minutes and will attempt to make it fit better and make it less uncomfortable later today. It is quite tight on my head with the ear pro.
Ear muffs won't always be flush to head because of suspension and glasses but I will have ear plugs in anyways.

Jimboboiii — 01/13/2022
193.2 lbs, 2035 calories from green beans, burger meat, cheese, chocolate, carbless taco, chicken, pie
Darn Tough socks came in today, Im going to go on a hike to test them out

Jimboboiii — 01/13/2022
Put complete setup on at 12:57 except earplugs

Jimboboiii — 01/13/2022
If I wanted to have a better helmet setup I would maybe get an ECH helmet or FAST helmet with all the needed padding, retention, and helmet covers. Then get some MSA supreme pro-x sordins with the neckband and wear them under my helmet. Foamie earplugs would be underneath. Then I would get some Oakley SI Ballistic M Frame glasses, the new ones like the alpha seem fun
A better body armor setup could have a Crye JPC 2.0 with hesco 3810's or USSOCOM standalone spook plates.
I would first look to garand daddy's advice on plate carrier setup actually
https://www.youtube.com/watch?v=s4CAapDuzQQ&ab_channel=GarandThumb
https://www.youtube.com/watch?v=JwDqn0ftSv4&ab_channel=GarandThumb
My boots and socks are already pretty high in the gear tier list, crye JPC 2.0 is too

Jimboboiii — 01/13/2022
Ok it's 30 minutes since I've had the helmet set up, the walkers ear pro and eye pro really pushes into my head and is quite uncomfortable to move my head from side to side or just by doing nothing.
Padding seemed fine, maybe I would readjust the back pads to a lower position but that's it
https://www.youtube.com/watch?v=OvvLSUJAf4U&ab_channel=Reconbrothers
Leather headband can be worn under helmet, textile cannot, neckband is less comfortable the headband version

Jimboboiii — 01/13/2022
I'm practicing taking mags out of my gun belt, The cover for them is a bit annoying to use but I can take a mag out in ~1.5 seconds.

Jimboboiii — 01/13/2022
Mags go in with inside curve out and follower at bottom, I'll remove the grenade pouches since they don't do anything helpful

Jimboboiii — 01/13/2022
I hiked on the roads for ~1 hour to test out my socks, and they work very well. My other socks bunch up at the front and gives me blisters on my toes. The darn tough socks did not however and the padding worked great. The last 15 minutes was painful however because of an unhealed blister at my left toe and it hurt whenever I touched the ground. My right foot did not have this blister so it was comfortable. 10/10

Jimboboiii — 01/13/2022
So its important to get the sordins not the MSA sordins, since they have separated about 3 and a half years ago. I would get the same model but newer date of manufacturing.

Jimboboiii — 01/13/2022

# Pages Omitted

Jimboboiii — 02/10/2022
I've changed my mind, cops are faggots and traitors, protect and serve more like protect and serve the jews and niggers
Cops protect the elite and prevent the working class from rising, despite the fact that they are part of the working class themselves.
They do a good job taking niggers out of society though, and often reduce crimes just by doing that.
Many are nice and all but you can not be a cop and serve the american people at the same time
They will prevent me from killing more niggers, and they prevent others from doing so as well, they are pawns of the elites

Jimboboiii — 02/10/2022
My gloves came in and I tried out my entire kit for the first time today, normally I only test out parts at a time. Everything except for the modified sling attachment point, earplugs, socks, boots, gopro on helmet, and things in my pockets.  I did a full magazine test and accidently dropped 1 mag, with the gloves I'm slightly slower but with training I should get faster. Aiming was more difficult because rear sling pivot was in the wrong position and cause of the plate carrier and armor. Getting the mags out of the closed mag pouch takes about 3 seconds because you have to open the pouch, take it, put it in gun, then close the pouch again. A open system would be beneficial, but at the chance of losing my mags just like Tarrant did.  I still need to adjust the rear sling part, it fell off my right shoulder once and made it impossible to lift up my gun until I readjusted it. The shirt seems a bit tight on my neck but it doesn't restrict breathing at all. Pants are great I can do all positions in them. I rigged the belt to be a bit higher and the mag pouch on my belt is more difficult to use than the ones on my helmet. Sitting down in my chair is fine if I adjust the belt mag pouch and JFAK.  Helmet setup is kind of poor though, although the sordins fit underneath I'm missing the essential middle pad and it makes it quite uncomfortable. I wish I bought a bump high cut helmet instead, unless I get shot in the head in the attack. Protip: with earpro get high cuts that can attach to the helmet. Eyepro was fine at first but as I started to sweat my vision turned watery from the liquid on the inside of the glasses. I can put the eyepro in front to vent at least. I think I can do it guys,  I am quite prepared and with 1 month more to train I think I can be quite effective, I have got to mark some locations in rochester however so I can check them out before the attack.

Jimboboiii — 02/10/2022
The best ammo I can get would be Winchester 5.56 55 gn FMJ. It has a good muzzle velocity for my 20 in barrel that should do some considerable damage when it yaws and such. It's the best I can get my hands on in this area without going into defense loads which are nice but inaccurate for my twist rate and the fact that I can't get enough of it to fill any amount of mags. Oh yeah the gloves I purchased are large tan Oakley Factory Pilot 2.0's, I had a medium I bought but it was too small for me. They are very sexy with everything on it. Doesn't have the greatest dexterity though but should protect my hands from any blunt weapons that I may expect

# Pages Omitted

Jimboboiii — 02/13/2022



Jimboboiii — 02/13/2022
People wool socks, smart wool

Jimboboiii — 02/13/2022
Since I live in the US I gotta worry about CCW carriers, and this is rochester so I have to assume many people inside have concealed handguns. I will shoot first, get in a corner, then look out for anyone for 5 seconds, then commence firing

Jimboboiii — 02/13/2022
I worked on my manifesto a lot today, made a decent amount of progress in the armor section and race section

Jimboboiii — 02/13/2022
Oakley tombstone, ess crossbow

Jimboboiii — 02/14/2022
James watson

# Pages Omitted

I thought the winchester ammo I bought was all the same but I accidently picked up this



I feel shame, guilt, and generally sick knowing I picked up (((their))) ammo
Ill put that ammo in the bottom of my magazine in the car, made in 93 also
Rest of ammo is made in 2013
High quality bushmaster parts and phosphate coated BCG, put in manifesto
Ammo is expensive these days am I right? For 180 rounds of 5.56 I spent $133.56 after tax
$14.00 for box of twenty plus PA's 6% tax

Jimboboiii — 02/26/2022
I tested a down load on 3 examples of magazine, 1 with 30, 1 with 29, 1 with 28. I couldnt feel much of a difference with this magazines plus brownells says its a myth so lets wait until tommorow to see if they function as they should
All magazines seat well with bolt back

Jimboboiii — 02/26/2022
Would M855 be useful in my mission? Most likely not. My 55 grain FMJ's would cause more ballistic damage than M855, however would be stopped by polyethene plates, which the M855 might clear. These plates may be used by police forces but I don't intend to kill them, so I would

keep to 55 grain FMJ. I'm not saying its M193 here because technically it isn't. If killing armored police with rifle rated armor was necessary, I would try to get M855a1 or if I'm really lucky M995. Standard NIJ III plates would be unable to stop both samples. Some tested NIJ III+ plates could stop M855a1. And strong IV or higher plates could stop M995. Keep in mind velocity is dependent on this

The ATF and NFA suck big donkey balls

All guns should have suppressors or be able to have suppressors for the sake of hearing health. Suppressors should be legal for all to use and CHEAP.

Jimboboiii — 02/26/2022

At least they won't have to experience too much pain. 1 or 2 shots to the head or heart should kill them instantly, they might not even realize they just got shot. Shots to the lungs would kill them in a minute or 2. Everything else is variable, even neck shots, I will try and get 2 headshots in to each body I can find.

I don't want to kill them like this but this is the only way. I can't even turn back now

I am trapped to this fate, I can't back out, I have to do this.

Jimboboiii — 02/26/2022

Killing myself is one option, but then I would be turning my back on my race, which is truly selfish

Jimboboiii — 02/27/2022

I cant buy ammo online from many stores because NY is super cucked

Otherwise I could get some better ammo prices

Jimboboiii — 02/27/2022

I'm thinking about that one time at work my boss told me he blamed the liberals for the shortage of workers. And I was so close from saying "you say the liberals I say the Jews, yet we refer to the same people". I wonder how he would respond to that lol

Jimboboiii — 02/27/2022

I'm having a very bad night right now it happens occasionally

Jimboboiii — 02/27/2022

I inserted the tracking number for my PayPal transaction so hopefully I get the money sooner. I then reattempted my Computershare file but I forgot the answer to a question and got locked out, then I tried to do the printable form but I messed that one up too :/ I'm going to go to state lands soon to practice so that'll be fun

Jimboboiii — 02/27/2022

I went to state lands today to test out how my fully loaded magazines work and to sight in the XM-15. Unfortunately I kept on getting failure to feed on nearly all magazines. I believe it's because of there isn't enough spring tension in the 30-40 year old springs to work reliably. So I will have to order some new ones. I noticed that with 33 NRR ear plugs in and the sordins

# Pages Omitted

-Made it to Tops at 12:00, took a picture of where I plan to park my car for the attack



-While inside I made the following observation: "Inside: 53 black, 6 white, 2 armed black security with pistols. ~8 black on outside", and made a rough map on the inside. I also ordered a crunch bar at 12:27



-I went to my car and browsed 4chan and reddit for a bit, and at this time I think discord had a crash, so I couldn't browse messages

-I went north on Jefferson Ave and went to Family Dollar (next to Top's) and Sean's House of Masters Barbershop, surprisingly it was very small and I couldn't see anyone there
-I wandered around in my car for a bit, located 1 good gear up spot at 639 Sherman St, then it was 2:00 and I made my way to Top's to make the second map



-I also made a note page as well



-At 2:00 I went inside Top's and made the second map, then I noted there were 45 blacks inside, 8 white inside, and 10 blacks on the outside of the store
-I then traveled to the spot on Sherman St and noted my best route to Top's from there, including roads I would go on.
-I found another good spot to gear up at 2:38, as seen below. This is off of Mohican Drive



-I noted a strange thing happening at 2:44, I was traveling north east and suddenly my heart started beating really hard and fast. I thought I was about to have a panic attack. I didn't pull over on the side of the road I instead just kept on driving

-I also noted I was driving terribly, I would constantly miss lights and unconsciously go over lines of the road, at one point I was passing a white van and I struck a telephone pole and it knocked off my side mirror. I believe this is because I was very stressed

-At 2:55 I took this picture:



-And went downtown, I saw a group of black children playing at recess and accidently went into a one way only road, a Hispanic person came up to me and told me that so I quickly drove off. I noted there were many police cars downtown and I hadn't seen any near the Top's
-Then at about 4:00 I went back inside Top's to look for anything else to add, I noted that there were many blacks at the cashier's at this time. When I was exiting the black armed security guard came up to me and said "I've seen you go in and out... What are you doing?" And I said I was collecting consensus data, he said if I talked to the manager about it and I said no, and then he said I have to talk to him first. I asked for his name and he told me and I instantly forgot, then I said bye and thanks and walked back to my car. In hindsight that was a close call



-There seems to be 1-2 security guards at all times, they check the bathrooms and hang out in the security room which is close to the entrance. They have a camera system and seem to be very serious about their jobs. They may have a IIIA or similar body armor vest under their jacket and are carrying full-sized glocks.

-After the security guard and I talked for a bit, I went back home and I accidently missed a turn and went on the tolled highway.

-I was driving for a bit on this highway listening to Garand Thumb and I eventually passed a Sportsman's Warehouse at 6:00 and decided to go in.

-I met a woman named Lisa and we talked for a bit and she talked about an option for a Mastercard's with them, and I said sure. I filled that out and they said it didn't immediately work but I still got the free backpack and hat. I wandered around for a bit and checked out the aquarium. I came up to the ammo section and looked at price's.



# Pages Omitted

D



## What you need to know

If there's one thing I want you to get from these writings, it's that White birth rates must change. Everyday the White population becomes fewer in number. To maintain a population the people must achieve a birth rate that reaches replacement fertility levels, in the western world that is about 2.06 births per woman.

en.wikipedia.org/wiki/List_of_sovereign_states_and_dependencies_by_total_fertility_rate

The ONLY White country that reaches these levels is Argentina, at 2.247.

But not in Europe, not in the rest of the Americas, not in Australia or New Zealand. White people are failing to reproduce, failing to create families, failing to have children. But despite this sub-replacement fertility rate, the population in the West is increasing rapidly.

How is this possible?

Mass immigration and the higher fertility rates of the immigrants themselves are causing this increase in population. We are experiencing an invasion on a level never seen before in history. Millions of people pouring across our borders, legally. Invited by the state and corporate entities to replace the White people who have failed to reproduce, failed to create the cheap

# Pages Omitted

**Are you a neo-nazi?**

I support neo-nazism but I am not a member of any neo-nazi groups, you decide what that makes me.

**Are you a conservative?**

No, conservatism is corporatism in disguise, I want no part of it.

**Are you a homophobe/anti-LGBTQ?**

I believe that problems involving the LGB (drop the t) are very insignificant, if one is actually part of the LGB or LGB group and they are loyal to their people that is fine with me. Transgenderism however is a mental illness and should be addressed as such.

**Are you "right wing"?**

Depending on the definition, sure.

**Are you "left wing"?**

Depending on the definition, sure.

**Are you a socialist?**

Depending on the definition. Worker ownership of the means of production? It depends on who those workers are, their intentions, who currently owns the means of production, their intentions and who currently owns the state, and their intentions.

**By living in the United States, weren't you an immigrant yourself?**

Yes, and it seems we immigrants seem to bring a whole host of issues. Although the land technically belongs to its native people, The United States now belongs to Whites because removing Whites from all of the United States is impossible. They are simply rooted too deeply into the land. The same thing applies with other White countries that are not in Europe.

**Is there a particular person that radicalized you the most?**

Yes and his name is Brenton Harrison Tarrant. Brenton's livestream started everything you see here. Brenton started my real research into the problems with immigration and foreigners in our White lands, without his livestream I would likely have no idea about the real problems the West is facing.

**Were you taught violence and extremism by video games, music, literature, cinema?**

No, only the truth caused me to seek violence.

# Pages Omitted

**Was there a particular event or reason you decided to commit to a violent attack?**

Before I begin I will say that I was not born racist nor grew up to be racist. I simply became racist after I learned the truth.

I started browsing 4chan in May 2020 after extreme boredom, remember this was during the outbreak of covid. I would normally browse /k/ because I'm a gun nut and /out/ because I love the outdoors and I eventually wound up on /pol/. There I learned through infographics, shitposts, and memes that the White race is dying out, that blacks are disproportionately killing Whites, that the average black takes $700,000 from tax-payers in their lifetime, and that the Jews and the elite were behind this. From there, I also found other sites, like worldtruthvideos.website, dailyarchives.org, and dailystormer.cn where through data and exposure to real information I learned the truth. We are doomed by low birth rates and high rates of immigration. I never even saw this information until I found these sites, since mostly I would get my news from the front page of Reddit. I didn't care at the time, but as I learned more and more I realized how serious the situation was. Eventually I couldn't take it anymore, I told myself that eventually I was going to kill myself to escape this fate. My race was doomed and there was nothing I could do about it.

But then after browsing /pol/ one day I saw a short gif of a man walking into a building and shooting a shotgun through a dark hallway. I didn't think anything of it, but then I saw it again, and I looked up who this person was. I thought to myself, "Why did this person do it?"

That person was Brenton Tarrant, and after some searches I found the 17 minute livestream of him attacking the Al-Noor mosque. I eventually found his manifesto and I read it, and I found that I mostly agreed with him.

Finally I thought to myself, perhaps there is a chance that we can combat this. Maybe there is a chance that we can take control and prevent our genocide. Maybe we can combat the hedonistic, nihilistic, and individualist insanity that has taken control western thought. I then found other fighters, like Patrick Crucius, Anders Breivek, Dylann Roof, and John Earnest. These men fought for me and had the same goals I did. It was there I asked myself:

Why don't I do something?

Finally I felt awakened.
It was there I started to think about commiting to an attack. To commit to violence.
I would follow Tarrant's lead and the attacks of so many others like him.
No longer would I just accept our replacement.
No longer would I just accept our genocide.
No longer will I willingly serve the people who are trying to end me and my race.
I would have to take the fight to the replacers myself.

# Pages Omitted



This is technically my dad's gun because he bought it but he bought it for me so that I could go hunting without borrowing my cousin's guns. I got this for Christmas 2020 and it's decent for the cheapest gun you can buy from Dick's Sporting Goods. It's chambered in 30-06, has a 22" carbon steel barrel, uses a detachable 4 round magazine, and comes with a standard Weaver 3-9 scope. In the chamber and magazine I will be using 5x Federal Premium 168 gr Sierra Gold Medal ammunition.

**Better options:**

Better options for a setup like this (high-powered rifle) are quite unnecessary for my mission. Considering I will be in a city and the need to reach far out is nonexistent. This gun is really just an extra just in case I run out of ammo in my AR or shotgun. In fact I bet it won't even be used.

Of course you can have all the gucci operator shit in the world, but you're still gonna suck if you don't get training. For me I dry fire practice in my room and I shoot innawoods sometimes. There's many nice people that can help you train so I would try and find them.

# Equipment:

Equipment and tools are also needed for a successful offense or defense against your enemies. I will be going over my personal equipment and ideas for improvement. Along with similar options that poorfags can actually buy.

## Armor:

I just so happen to be quite autistic about helmets, body armor, and ballistics. I got a lot of information from Plateland; a discord I found on 4chan's /k/ board (love you guys).

My list of threats organized by probability are as follows:

**100% Guaranteed**:

Police handgun threats with duty ammo. 9mm, .40 S&W, and 45 ACP threats are most expected.

Solution: NIJ certified II or IIIa armor for helmet and vest

**Also 100% Guaranteed:**

CCW carrier threats, same as police threats. This is Buffalo after all so I am expecting some boys to be packing. At Top's there seems to be a security station at the front of the store, and they are armed with full size glocks. I will have to kill them first.

Solution: NIJ certified II or IIIa armor for helmet and vest:

**Unlikely:**

5.56x45 or .223 Remington threats from civilians and police. The reason why this is on the unlikely side is because NY is cucked for civilian gun owners and through all the footage I've seen of NY police vehicles I have never seen an AR or rifle. The police station or special operations division would most likely have AR's and bring them down when they are deployed. If they do bring AR's, they will most likely be shooting M193 or ranger ammo with less likelihood of M855.

Solution: NIJ certified III armor plates, RF2 armor is not a real NIJ certification yet but if it does what it says it would provide protection against M855 ammo.

**Not going to happen:**

M2AP, M61/M80A1, or M855a1 threats

Solution: NIJ IV plates or ESAPI with backer

**This seriously will not happen:**

Advanced armor piercing threats. M995, 5.56x45 AP 4, 5.56x45 Swiss P AP, DM31 M993, 7.62x51 AP9, 7.62x51 HAPI

Solution: Advanced spook plates, maybe a bible as well

**WTF?:**

Depleted uranium ammunition and large tungsten core projectiles. 14.5 BS-41, 5.56x45 DUDS, 7.62x51 APDS LC/70

Solution: uhhhhhhhh

**LORD OH MIGHTY:**

**120mm KE-W A1 APFSDS-T.**

**SOLUTION: AHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHHH**

## About Helmets

**Advanced Combat Helmet:**

This is a standard surplus ACH helmet made in 2006 designated as Gentex TBH IIIA LTWT. When this was new, this would most likely be equivalent to NIJ 0108.01 IIIA standards, which would stop 44 magnum and 9mm from submachine gun. I've inspected the helmet's kevlar and the bonding and they still seem to be just like new, so I should expect the IIIA standards. Problems began with this helmet when I realized the bolt positions are improperly placed, as seen in the next photos:





| TBH-IIA (High Cut) | TBH-IIA (Mid Cut) | TBH-IIA (Low Cut) |

Why is this important? Because this changes so many things with the helmet. Firstly, new ACH retention systems are unusable. I bought an Ops Core ACH OCC Dial kit off of Amazon one day, and I couldn't fit it because the bolt positions were off. And since I had already removed my previous ACH strap and accidentally stripped some nuts, my old retention system was unusable. I ended up buying an improved H-nape retention system and tried to configure the helmet with that, but even that was impossible to fit properly. So I drilled 2 additional holes where I thought that they should be and low behold it worked, I was able to wear my ACH properly with a good enough fit.



When I first received the helmet, I was surprised at how uncomfortable the padding was on the inside. They were quite hard and uncomfortable to use with my sordins, which started my attempt to upgrade my helmet. I first tried to get the Ops-Core pads from the OCC Dial kit to fit

it, which some did, but then I found another problem with the helmet. The velcro strips on the inside of the helmet were quite damaged and in strange positions so some of the Ops-Core pads did not fit inside of the helmet. I would have to get new velcro discs to fit inside the helmet so my pads could be positioned correctly. I ordered 18 discs on eBay and tried to correctly place them inside the helmet. I had already returned the OCC dial kit so instead I bought some Ops Core EPP pads online so I can have some comfort, and my final result worked. It's not the most comfortable or stable but this is as good as it's going to get. Here's the final outcome:





In my opinion, this helmet in its current configuration is the bottom tier good enough for my mission. I would most definitely get a new more advanced ballistic helmet if I had the money to do so. If there's one thing I want you to get from this, it's to make sure that the bolt positions on the surplus helmet are in the correct position.

To attach the go pro, I attached a norotos NVG mount that came with the helmet, followed by a superglued flat GoPro mount found in the helmet front and side mount kit by GoPro. I was then allowed to attach the GoPro housing to the GoPro mount and I could place the

GoPro hero 7 black inside. I noted the best angle for the mount to be at so it will capture all points of action.

**Helmet Talk:**

In general, helmet material throughout the years went from steel to aramid to polyethylene (UHMWPE).

NIJ standards for helmets are different from the standards for body armor, they use NIJ 0101.01/0108.01 standards which are like 40 years old as of writing this. Below I list the 0108.01 standards.

Type I (not found anymore) protects against .22 long rifle and .38 special
Type II-A protects against lower velocity .357 magnum and 9x19mm
Type II protects against higher velocity .357 magnum and 9x19mm
Type III-A protects against .44 magnum and submachine gun 9x19mm

Modern advanced helmets these days are capable of stopping threats such as standard 7.62x39 or even M80 at full velocity, but are usually very expensive with exception to the ECH. For my threat listing, NIJ II or IIIA would be most adequate. Modern advanced helmets are also usually made out of UHMWPE and other advanced materials instead of aramid fibers.

High cut helmets are interesting in the way that they are lighter weight than full or mid cuts and can fit ear protection/comms better at the cost of side protection. But according to US military statistics side hits were the least common place to be shot on the helmet.

Current suspension and retention systems upgrades to older helmets would help with comfortability, increase helmet security, and by allowing better room for earpro.

Most of the time it's best to just directly order from the manufacturer, sometimes you can save some money if you find a distributor but most of the time you will not.

As of writing this, all Galvion products have a VERY long lead time, I would only attempt to buy Galvion products if it specifically says it is in stock.

Avon Protection, Gentex, BAE systems, United Shield, ArmorSource, Safariland PROTECH, and Point Blank PARACLETE all make great helmets but the mass majority of them are only available to the government and police. All of my helmet options are civilian accessible (as of now).

I wouldn't recommend a surplus PASGT helmet because of the two point strap and inferior suspension system. When I had one the helmet would constantly wobble and fall down. In my opinion the surplus ACH is the minimally priced helmet that is actually decent enough to use. If you already have a PASGT and want to be able to use it effectively, I would highly recommend upgrading it with a 4 point suspension system and padding, such as this one: https://orbitaltactical.com/product/new-skydex-ach-lwh-pasgt-helmet-upgrade-kit-w-suspension-size-6-3-4-pads-200516/

**Shit tier don't buy from list:**

Unless this is literally you're only option I wouldn't bother with the following:

-Most of any old steel helmet (spalling and ricochet concerns, however will protect against shrapnel as intended)

-Amazon/Alibaba/Wish/Aliexpress (chinesium)

-Emerson (chinesium)

-Rothco (chinesium)

-DLP Tactical (chinesium)

-Livans (chinesium)

-Militech (chinesium)

-Alibaba/Wish/Aliexpress (chinesium)

-LongFri (chinesium)

-AA Shield (chinesium)

-NcSTAR (chinesium)

-Guard Dog (chinesium)

-Hikepros (chinesium and a huge liar jew)

-Helmetbro (chinesium and a huge liar jew)

-Security Pro or SecPro (chinesium)

-Hard Head Veterans (mostly chinesium but they are supposedly making changes)

-Diamond Age NEOSTEEL Helmet (made of steel)

-AR500 Militia Helmet (literally the worst cut I have ever seen and made of steel, plus shitty company, don't buy anything from AR500)

**Places to buy new helmets from:**

Many of these items can be found from distributors just by looking them up, but here's some reliable ones:

apexarmorsolutions.com

gentexcorp.com

teamwendy.com

galvion.com (some items are only available to government or law enforcement)

liveactionsafety.com

tnvc.com

hcctac.com

ownthenight.com

opticsplanet.com/tactical-store.com (some items require a badge or government approval)

armsunlimited.com

steeleindustries.com

danasafetysupply.com (some items require a badge or government approval)

rmadefense.com (sells Avon helmets sometimes)

botach.com (sells many shit tier items but also has the real deal sometimes, make sure you know what you're getting)

armorexchange.com (sells many shit tier items but also has the real deal sometimes, make sure you know what you're getting)

chasetactical.com (many of their items directly come from highcom armor, they are only a distributor so make sure you know what you're getting)

**Used:**

eBay/Tacswap/surplus stores/flea markets/Facebook Marketplace/Instagram Shopping/ r/GunAccessoriesForSale (buying used comes with risks, also shit tier/chinesium items may be found here, be careful and don't buy what you are uncertain of)

## Non-Ballistic Helmets

**Notes:**

Non-Ballistic (bump) helmets are best for areas where incoming fire and fragmentation are not expected. These are especially useful for NVG bros and allow attachment points for various tools. Great for making sure you don't hurt ya noggin.

MTEK makes the MTEK Flux Carbon series of helmets, which is actually one of the best bump helmets out there according to user reviews. Unfortunately it is majorly back ordered and produced by a small company.

**Team Wendy EXFIL LTP Helmet:**

| SIZE | HEAD CIRCUMFERENCE (IN) | HEAD CIRCUMFERENCE (CM) | HAT SIZE |
|---|---|---|---|
| SIZE 1 (M/L) | 21 1/2 – 23 1/2 | 55 – 60 | 6 7/8 – 7 1/2 |
| SIZE 2 (XL) | up to 24 3/4 | up to 63 | up to 7 7/8 |

-High cut

-Has add ons attached (proprietary NVG shroud, rail system 2.0 or 3.0)

-Comes with 6 Zorbium pad suspension system and CAM FIT retention system

-For the complete system, size 1 weighs 1.66 lbs and size 2 weighs 1.68 lbs

-Made of Lexan

-As of now costs $274.98 from steeleindustries.com, $275 from botach.com, $290 from ownthenight.com, $309.99 from opticsplanet.com, or $310.52 from teamwendy.com

### Ops-Core FAST Bump Helmet:

| Available Sizes | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| **Head Size** (Circumference) | 20 ⅞ - 22 in (53-56 cm) | 22- 23 ¼ in (56-59 cm) | 23 ¼ - 24 ⅜ in (59-62 cm) | N/A |
| **Square Coverage** | 157.6 in² (1018 cm²) | 168.9 in² (1095 cm²) | 184.4 in² (1192 cm²) | N/A |
| **Shell Weight** | 0.71 lbs (320 g) | 0.69 lbs (315 g) | 0.75 lbs (340 g) | N/A |

-High cut

-Has add ons attached (molded NVG shroud, ARC rails)

-Comes with EPP padding suspension system and OCC-dial retention system

-Made of Lexan

-As of now costs $285 from armsunlimited.com, $330 from gentexcorp.com, or $330–$375 from tnvc.com

### Galvion Caiman Bump Helmet System:

| | SMALL | MEDIUM | LARGE | X-LARGE | XX-LARGE |
|---|---|---|---|---|---|
| **CIRCUMFERENCE** | 20 ¾ - 22 ¼ in (527 - 565 mm) | 22 – 23 ¼ in (559 - 603 mm) | 22 ¾ - 24 in (578 - 610 mm) | 23 ½ - 24 ¾ in (597 - 629 mm) | 24 ¼ – 25 ¾ in (616 - 654 mm) |
| **COVERAGE** | 141 in² (910 cm²) | 149 in² (961 cm²) | 155 in² (1000 cm²) | 169 in² (1090 cm²) | 188 in² (1213 cm²) |
| **WEIGHT (SHELL)** | 0.80 lbs (0.36 kg) | 0.84 lbs (0.38 kg) | 0.90 lbs (0.41 kg) | 0.95 lbs (0.43 kg) | 1.01 lbs (0.46 kg) |
| **WEIGHT (SYSTEM)** | 1.65 lbs (0.75 kg) | 1.69 lbs (0.77 kg) | 1.78 lbs (0.81 kg) | 1.89 lbs (0.86 kg) | 1.99 lbs (0.90 kg) |

-High cut

-Has add ons attached (Wilcox L4 Shroud, rails)

-Comes with EPP padding suspension system and dial retention system

-Made of advanced reinforced polymer

-As of now costs $525 from hcctac.com, or $665 from ownthenight.com

### Team Wendy EXFIL Carbon Bump Helmet:

| COMPLETE SYSTEM WEIGHT | LBS | KG |
|---|---|---|
| Size 1 | 1.66 | 0.75 |
| Size 2 | 1.68 | 0.76 |

-High cut

-Has add ons attached (Wilcox W shroud, rail system 2.0 or 3.0)

-Sizes 1 and 2: 1 is S/M/L, and 2 is L/XL

-Comes with 8 Zorbium comfort pad suspension system and CAM FIT retention system

-Made of carbon fiber

-As of now costs $595 from ownthenight.com, $485-$645 from botach.com, $599.99-$659.99 from opticsplanet.com, or $626.30 from teamwendy.com

**Galvion Caiman Hybrid Helmet System:**

| | SMALL | MEDIUM | LARGE | X-LARGE | XX-LARGE |
|---|---|---|---|---|---|
| **CIRCUMFERENCE** | 20 ¾ - 22 ¼ in (527 - 565 mm) | 22 – 23 ¼ in (559 - 603 mm) | 22 ¾ - 24 in (578 - 610 mm) | 23 ½ - 24 ¾ in (597 - 629 mm) | 24 ¼ – 25 ¾ in (616 - 654 mm) |
| **COVERAGE** | 141 in² (910 cm²) | 149 in² (961 cm²) | 155 in² (1000 cm²) | 169 in² (1090 cm²) | 188 in² (1213 cm²) |
| **WEIGHT (SHELL)** | 0.65 lbs (0.29 kg) | 0.69 lbs (0.31 kg) | 0.71 lbs (0.32 kg) | 0.78 lbs (0.35 kg) | 0.87 lbs (0.39 kg) |
| **WEIGHT (SYSTEM)** | 1.45 lbs (0.66 kg) | 1.53 lbs (0.69 kg) | 1.59 lbs (0.72 kg) | 1.72 lbs (0.78 kg) | 1.84 lbs (0.83 kg) |
| **WEIGHT (APPLIQUE)** | 1.21 lbs (0.55 kg) | 1.29 lbs (0.59 kg) | 1.36 lbs (0.62 kg) | 1.50 lbs (0.68 kg) | 1.71 lbs (0.78 kg) |

-High cut

-Has add ons attached (Wilcox L4 Shroud, rails)

-Comes with EPP padding suspension system and dial retention system

-Made of carbon fiber

-Compatible with the Galvion Caiman hybrid ballistic applique, which protects against .44 Magnum SJHP at 1400 fps, effectively turning this into a IIIA helmet

-As of now costs $875 from ownthenight.com but has a VERY long wait time of 18 months

**Ops-Core FAST Carbon Helmet:**

| Available Sizes | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| **Head Size** (Circumference) | 20 ⅞ - 22 in (53-56 cm) | 22- 23 ¼ in (56-59 cm) | 23 ¼ - 24 ⅜ in (59-62 cm) | N/A |
| **Square Coverage** | 153.14 in² (988 cm²) | 164.77 in² (1063 cm²) | 179.34 in² (1157 cm²) | N/A |
| **Shell Weight** (Paint & Edge Band) | 0.60 lbs (271 g) | 0.65 lbs (297 g) | 0.73 lbs (332 g) | N/A |

-High cut

-Has add ons attached (skeleton NVG shroud, ARC rails)

-Comes with EPP suspension system and OCC-dial retention system

-Made of carbon fiber

-As of now costs $833.70 from tnvc.com

**Ops-Core FAST SF Carbon Composite Helmet:**

| Available Sizes | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| **FAST SF Carbon Composite Shell Weight** (Shell with Paint) | 0.686 lbs (311 g) | 0.736 lbs (334 g) | 0.756 lbs (343 g) | 0.957 lbs (434 g) |

-Super high cut

-Has add ons attached (MBS NVG shroud, skeleton ARC rails)

-Made of carbon fiber and fiberglass

-Comes with vented lux-liner suspension system with OCC-dial or worm dial retention system

-Compatible with the Ops-Core FAST LPBA which protects against 9mm @ 1195 fps, effectively turning this into a ~II helmet

-As of now costs $900 from ownthenight.com, $984–$1,045 from tnvc.com, or $1000 from gentexcorp.com

**II or IIIA Ballistic Helmets**

**Notes:**

-These helmets are best used when pistol and fragmentation threats are expected.

-Converted PASGT and CVC helmets can actually be quite decent and cost effective

-MTEK FLUX Ballistic is a top-tier gucci helmet but just like their bump helmets they are majorly back ordered and they have a small production line.

-Older variants of Ops-Core helmets such as the Ops-Core SX and Ops-Core MT are also great, but they have been replaced by newer variants and can't be found in many online stores anymore. They can still be found in my used section of places to get helmets.

-There's some Avon helmets still available on botach.com but I couldn't fit them in.

**Advanced Combat Helmet (older aramid variant):**

NOTE: There are some helmets that were recalled, if possible make sure the helmet is up to spec and has the correct bolt positions.

- ~IIIA protection, sometimes II if poorly stored or if the helmet was built that way

-Full cut

-3.0-3.88 lbs

-Has MANY add ons available

-Standard configuration comes with 1 crown pad, 2 square pads, and 4 rectangular pads, all made of foam and made by various government contractors. Standard suspension system is a X-nape or H-nape with non-adjustable front straps, although they have upgraded this with the newer Improved Retention System (IRS)

-Made of aramid fibers

-As of now full helmet setup is $150-$250, sold as used

**Avon Protection BA3A Ballistic Helmet:**



-IIIA protection (9mm 124gr FMJ RN at 1400-1450 fps and .44 magnum at 1400-1450 fps)

-Add ons like rails may or may not be available because of bolt positions or hardware, does not come with NVG holes

-Helmet may come with D3O Trust Stealth 7 pad suspension system and Team Wendy CAM FIT dial retention system, or standard or comfort fit 3 pad suspension system with H-nape style retention system

-Made from aramid fibers and composite material

-As of now costs $279.99 from botach.com

**Striker ACH Series Helmets:**

| Size/Helmet Cut | Full cut | Mid cut | High cut |
|---|---|---|---|
| S | 2.7 lbs/1.2 kg | 2.6 lbs/1.2 kg | 2.5 lbs/1.1 kg |
| M | 2.8 lbs/1.3 kg | 2.7 lbs/1.2 kg | 2.6 lbs/1.2 kg |
| L | 3.0 lbs/1.4 kg | 2.8 lbs/1.3 kg | 2.7 lbs/1.2 kg |
| XL | 3.2 lbs/1.5 kg | 3.0 lbs/1.4 kg | 2.9 lbs/1.3 kg |

-IIIA protection (.44 magnum SJHP @ 1400 fps)

-Has add ons available (Wilcox L4 NVG shroud, Striker ACH rails)

-Comes with D3O TRUST 7 Pad suspension system and Striker ratchet dial or H-nape style retention system

-Made from hybridized Kevlar fibers and UHMWPE Spectra shell construction

-As of now costs $433 from liveactionsafety.com, $450 from danasafetysupply.com, $449 without rails and NVG shroud or $669 with rails and NVG shroud from apexarmorsolutions.com, or $578.95 from chasetactical.com

**Gentex TBH-IIIA Mission Configured Helmet System:**

**Shell Weights:**

| Shell Weight (Shell with Paint & Edge Band) | Small | Medium | Large | X-Large |
|---|---|---|---|---|
| Low Cut | 2.46 lbs. (1115 g) | 2.59 lbs. (1175 g) | 2.73 lbs. (1240 g) | 2.93 lbs. (1330 g) |
| Mid Cut | 2.37 lbs. (1075 g) | 2.50 lbs. (1135 g) | 2.59 lbs. (1175 g) | 2.82 lbs. (1280 g) |
| High Cut | 2.14 lbs. (970 g) | 2.29 lbs. (1040 g) | 2.39 lbs. (1085 g) | 2.63 lbs. (1195 g) |

-IIIA protection (9mm 124gr FMJ RN at 1400 fps and .44 magnum 240 gr SWC GC at 1400 fps)

-Has add ons attached (skeleton shroud, skeleton ARC rails)

-Various suspension and retention systems available (Zorbium Action padding with H-nape, Zorbium Action padding with OCC-dial, Ops-Core 360 liner with H-nape)

-Made from monolithic woven aramid fibers

-As of now costs $640 from ownthenight.com or $871.50–$926.10 from tnvc.com

## Galvion A-Series Helmets:

| | SMALL | MEDIUM | LARGE | X-LARGE |
|---|---|---|---|---|
| CIRCUMFERENCE | 20 ¼ - 22 in (515 - 560 mm) | 21 ¼ - 23 in (540 - 585 mm) | 22 - 23 ⅞ in (560 - 605 mm) | 23 - 24 ¾ in (585 - 630 mm) |
| COVERAGE (FULL CUT) | 163 in² (1050 cm²) | 174 in² (1124 cm²) | 183 in² (1180 cm²) | 199 in² (1286 cm²) |
| WEIGHT (FULL CUT SHELL) | 2.66 lbs (1.21 kg) | 2.81 lbs (1.27 kg) | 2.96 lbs (1.34 kg) | 3.31 lbs (1.50 kg) |
| WEIGHT (FULL CUT SYSTEM) | 3.20 lbs (1.45 kg) | 3.36 lbs (1.52 kg) | 3.53 lbs (1.60 kg) | 3.89 lbs (1.76 kg) |
| WEIGHT (MID CUT SYSTEM) | 3.08 lbs (1.40 kg) | 3.25 lbs (1.47 kg) | 3.46 lbs (1.57 kg) | 3.81 lbs (1.73 kg) |
| WEIGHT (HIGH CUT SYSTEM) | 2.96 lbs (1.34 kg) | 3.12 lbs (1.42 kg) | 3.27 lbs (1.48 kg) | 3.66 lbs (1.66 kg) |

-IIIA protection (9mm at 1400 fps and .44 magnum 240 gr SWC GC at 1400 fps)

-Has add ons readily available (Viper NVG shroud, rails)

-Comes with 7-Pad suspension system and Viper H-nape retention system, or Viper modular suspension system

-Made from monolithic aramid

-As of now costs $525.14-$786.96 from galvian.com, $550-$725 from ownthenight.com, or $581.41 without accessories from tnvc.com

## Crye Airframe Helmet:

**WEIGHTS**

- MD: 2.30 lbs.
- LG: 2.55 lbs.
- XL: 2.75 lbs.

- ~II protection (9mm 124gr FMJ at 1195 fps)

-High cut

-Has add ons available (ballistic chops, ballistic ears, rails)

-Can be drilled at the factory for 3 hole or 4 hole NVG shrouds

-Comes with 9 foam pad suspension system and H-nape style retention system

-Most likely made of aramid material

-Another variant (Crye Airframe ATX) is slightly heavier and offers IIIA protection

-As of now costs $1092.70 on cryeprecision.com, or $1,092.70–$1,132.00 from tnvc.com

### Ops-Core FAST LE Helmet:

SHELL WEIGHT

| Available Sizes | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| FAST LE Shell Weight (Shell with Paint & Edge Band) | 2.14 lbs (969 g) | 2.39 lbs (1085 g) | 2.61 lbs (1184 g) | 2.77 lbs (1258 g) |

-IIIA protection (9mm FMJ∕.44 magnum at 1,400 ft∕s)

-High cut

-Has add ons attached (skeleton shroud, ARC rails)

-Comes with EPP padding suspension system with OCC-dial or worm dial retention system

-Made from monolithic aramid

-As of now costs $975 from ownthenight.com, or $1,062.60 from tnvc.com

### Highcom ULACH Series Helmets:

| Size/Helmet Cut | Full cut | Mid cut | High cut |
|---|---|---|---|
| S | 2.0 lbs/0.9 kg | 1.8 lbs/0.8 kg | 1.7 lbs/0.8 kg |
| M | 2.1 lbs/1.0 kg | 2.0 lbs/0.9 kg | 1.8 lbs/0.8 kg |
| L | 2.3 lbs/1.0 kg | 2.1 lbs/1.0 kg | 2.0 lbs/0.9 kg |
| XL | 2.5 lbs/1.1 kg | 2.3 lbs/1.1 kg | 2.2 lbs/1.0 kg |

-IIIA protection (.44 magnum SJHP at 1400 fps)

-Has add ons available (Wilcox L4 NVG shroud, rails)

-Comes with D3O TRUST 7 Pad suspension system and Striker ratchet dial or X-nape style retention system

-Made from UHMWPE Spectra fibers and thermoset resin shell construction

-As of now costs $656.00 from tristatearmor.com, $725.40–$760.50 from armorexchange.com, $849 from apexarmorsolutions.com (with rails and NVG shroud), or $865-$1,281.67 from danasafetysupply.com

**Galvian P-Series Helmets:**

| | SMALL | MEDIUM | LARGE | X-LARGE |
|---|---|---|---|---|
| CIRCUMFERENCE | 20 ¼ - 21 ½ in (515 - 546 mm) | 21 – 22 ¼ in (535 - 568 mm) | 21 ¾ - 23 ½ in (555 - 595 mm) | 22 ¾ - 24 ½ in (575 - 620 mm) |
| COVERAGE (FULL CUT) | 155 in² (1000 cm²) | 161 in² (1039 cm²) | 173 in² (1116 cm²) | 185 in² (1194 cm²) |
| WEIGHT (FULL CUT SHELL) | 1.86 lbs (0.84 kg) | 1.90 lbs (0.86 kg) | 2.05 lbs (0.93 kg) | 2.41 lbs (1.09 kg) |
| WEIGHT (FULL CUT SYSTEM) | 2.77 lbs (1.26 kg) | 2.81 lbs (1.27 kg) | 2.98 lbs (1.35 kg) | 3.38 lbs (1.53 kg) |
| WEIGHT (MID CUT SYSTEM) | 2.67 lbs (1.21 kg) | 2.68 lbs (1.21 kg) | 2.87 lbs (1.30 kg) | 3.27 lbs (1.48 kg) |
| WEIGHT (HIGH CUT SYSTEM) | 2.56 lbs (1.16 kg) | 2.57 lbs (1.17 kg) | 2.74 lbs (1.24 kg) | 3.07 lbs (1.39 kg) |

-IIIA protection (.357 SIG at 1470 fps and .44 magnum 240 gr SJHP at 1430 fps)

-Has add ons readily available (Viper NVG shroud, rails)

-Comes with 7-Pad suspension system and Viper H-nape retention system, or Viper modular suspension system

-Made from UHMWPE

-As of now costs $1078.41-$1219.08 from galvion.com

**Team Wendy EXFIL Ballistic Helmet:**

## Weight

| SIZE | COMPLETE SYSTEM | SHELL |
|---|---|---|
| SIZE 1 (M/L) | 2.6 lbs (1.18 kg) | 1.75 lbs (0.79 kg) |
| SIZE 2 (XL) | 2.75 lbs (1.25 kg) | 1.8 lbs (0.84 kg) |

-IIIA protection (9mm FMJ RN at 1400 fps)

-High cut

-Has add ons attached (Wilcox W shroud, EXFIL rails 2.0 or 3.0)

-Comes with 16 customizable Zorbium comfort pad suspension system and boltless CAM FIT dial retention system

-Made of "polyethylene and other fibers in a proprietary secure fit"

-As of now costs $1109-$1309 from opticsplanet.com, $1,099.98–$1,199.98 from steeleindustries.com, $1,175.69 from botach.com, $1180 from ownthenight.com, or $1205.08 from teamwendy.com

**Ops-Core Sentry XP Helmet:**

SHELL WEIGHT

| Available Sizes | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| Sentry Shell Weight (Shell with Paint & Edge Band) | 1.92 lbs (869 g) | 2.03 lbs (921 g) | 2.11 lbs (958 g) | 2.28 lbs (1034 g) |

-IIIA protection (9mm 124 Gr FMJ at 1400 fps)

-Mid cut

-Has add ons attached (skeleton shroud, ARC rails)

-Comes with EPP padding suspension system with worm dial retention system

-Made from carbon, unidirectional polyethylene and woven aramid

-As of now costs $1765 from gentexcorp.com, or $1,765–$1,860 from tnvc.com

**Ops-Core FAST XP Helmet:**

SHELL WEIGHT

| Available Sizes | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| **FAST XP Shell Weight** (Shell with Paint & Edge Band) | 1.68 lbs (764 g) | 1.88 lbs (853 g) | 2.01 lbs (913 g) | 2.18 lbs (989 g) |

-IIIA protection (9mm 124 Gr FMJ at 1400 fps)

-High cut

-Has add ons attached (skeleton shroud, ARC rails)

-Comes with EPP padding suspension system with worm dial retention system, or vented lux liner suspension system with OCC-dial retention system

-Made from carbon, unidirectional polyethylene and woven aramid

-As of now costs $999.98 from botach.com, $1050 from armsunlimited.com, $1,400 from ownthenight.com, $1,601.25–$1,770.00 from tnvc.com, or $1675 from gentexcorp.com

**Galvian Ballistic Helmet System:**

| | SMALL | MEDIUM | LARGE | X-LARGE | XX-LARGE |
|---|---|---|---|---|---|
| **CIRCUMFERENCE** | 20 ¾ - 22 ¼ in (527 - 565 mm) | 22 – 23 ¼ in (559 - 603 mm) | 22 ¾ - 24 in (578 - 610 mm) | 23 ½ - 24 ¾ in (597 - 629 mm) | 24 ¼ – 25 ¾ in (616 - 654 mm) |
| **COVERAGE** | 154 in² (994 cm²) | 162 in² (1045 cm²) | 171 in² (1103 cm²) | 185 in² (1194 cm²) | 207 in² (1335 cm²) |
| **WEIGHT (SHELL)** | 1.47 lbs (0.67 kg) | 1.53 lbs (0.69 kg) | 1.61 lbs (0.73 kg) | 1.77 lbs (0.80 kg) | 1.92 lbs (0.87 kg) |
| **WEIGHT (SYSTEM)** | 2.31 lbs (1.05 kg) | 2.38 lbs (1.08 kg) | 2.49 lbs (1.13 kg) | 2.71 lbs (1.23 kg) | 2.89 lbs (1.31 kg) |

-IIIA protection (9mm/ .44 MAG SWC GC at 1450 fps)

-High cut

-Has add ons attached (Viper NVG shroud, rails)

-Comes with 7-Pad suspension system and Viper H-nape retention system, or Viper modular suspension system

-Made from UHMWPE

-As of now costs $1,749.99 from armorexchange.com or $1863.93 from galvion.com

**Team Wendy EXFIL Ballistic SL Helmet:**

## Weight

| SIZE | COMPLETE SYSTEM | SHELL |
|---|---|---|
| SIZE 1 (M-L) | 2.22 lbs (1.01 kg) | 1.51 lbs (0.685 kg) |
| SIZE 2 (XL) | 2.31 lbs (1.05 kg) | 1.59 lbs (0.725 kg) |

-II protection (9mm FMJ RN at 1195 fps)

-High cut

-Has add ons attached (Wilcox SL NVG shroud, EXFIL 3.0 rails)

-Comes with Zorbium foam suspension system and CAM FIT retention system

-Made of "polyethylene and other fibers in a proprietary composite matrix"

-As of now costs $1,499.98–$1,545.98 from steeleindustries.com, $1545 from ownthenight.com, $1545.70-$1645.70 on botach.com, $1559 from opticsplanet.com, or $1584.35 from teamwendy.com

## Ops-Core FAST SF Helmet:

SHELL WEIGHT

| Available Sizes ** | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| FAST SF Shell Weight (Shell with Paint & Edge Band) | 1.39 lbs (630g) | 1.44 lbs (655g) | 1.65 lbs (750g) | 1.72 lbs (780g) |

-II protection (9mm 124 Gr FMJ at 1195 fps)

-Super high cut

-Has add ons attached (MBS NVG shroud, skeleton ARC rails)

-Comes with vented lux liner suspension system with OCC-dial retention system

-Made from carbon, unidirectional polyethylene and woven aramid

-As of now costs $1800 from ownthenight.com, $1,860.60–$2,095 from tnvc.com, or $2000 from gentexcorp.com

## Rifle Rated Helmets

**Notes:**

-All of these helmets are weak to steel tipped or cored projectiles, such as the M855 projectile. These helmets are best used for MSC 7.62x39 threats or lesser but some have been proven to stop M80 at full velocity. May or may not stop common lead core 5.56 ammunition.

-All are primarily made from UHMWPE, and the backface deformation on rifle threats would be very high but you may survive the hit. The difference between these and standard IIIA helmets are that these are quite thicker.

-The high cut ECH also exists but as of now is impossible to find commercially

-There are higher rated helmets that can stop M855 such as the Diamond Age Bastion helmet with the ballistic add on, or the Ares Protection level IV helmet, which is supposedly capable of stopping M2 AP at 2880 fps. You will never be able to find one for sale though.

**Enhanced Combat Helmet:**

- ~III protection, has capabilities to stop M43 and M80 threats (may stop M193?)

-Full cut

-3.25-3.61 lbs

-Add ons are quite difficult to find but do exist, common ACH rails may not work because the helmet is in a different cut with different hardware

-Standard configuration comes with a NVG shroud, 7 pad suspension system, ECH IRS (improved retention system for ECH)

-Made of UHMWPE

-As of now full helmet setup can be found used for ~$400-$700, $300 if lucky

**Integrated Head Protection System (IHPS):**

**-**Probably same protection level as ECH, if not a bit higher

-Unique mid cut? Idk look at it yourself and tell me what cut it is

-Compatible with uparmor applique that is supposedly able to stop 7.62x54R 7n1 :0

-Also compatible with a mandible and eyeshield, most likely rated for frag or pistol threats only

-Comes with proprietary NVG shroud, X-nape style retention system and 7 pad retention system

-Made of UHMWPE and carbon

-As of now full helmet setup without face protection or appliques can be found used for ~$1000-$2000

**ArmorSource AS-600 Helmet:**

| | |
|---|---|
| FINISHED HELMET NOMINAL WEIGHT ** | Medium 3.1 lbs. / 1.4 Kg; Large 3.3 lbs. / 1.48 Kg; X-Large 3.5 lbs. / 1.6 Kg |
| FULLY LOADED HIGH-CUT NOMINAL WEIGHT *** | Medium 3.1 lbs. / 1.43 Kg; Large 3.3 lbs. / 1.5 Kg; X-Large 3.5 lbs. / 1.61 Kg |

*Regular-cut shell ** A Regular-cut helmet installed with retention and suspension systems
*** Special Command configuration: the complete kit, with ASR side-rails, NVG Shroud and Operational Loop System

- ~just under III protection, has capabilities to stop M80 at 2100 fps so may stop Tyrone's 7.62x39 draco but probably nothing beyond that.

-Add ons available (Wilcox L4 NVG shroud, ASR rails)

-Comes with Team Wendy ZAP or Team Wendy Epic Air or standard 7 pad or 9 pad suspension system, and Team Wendy CAM FIT or H-nape style retention system

-Made of UHMWPE and composite material

-As of now $949.99 from opticsplanet.com or $1,140 from aviationsurvival.com

**Avon Protection L110 Combat II Helmet:**

| FINISHED SYSTEM WEIGHT | |
|---|---|
| **Size** | **L110 Combat II** |
| S | ~2.9 lbs (1.31 kg) |
| M | ~3.0 lbs (1.36 kg) |
| L | ~3.3 lbs (1.47 kg) |
| XL | ~3.9 lbs (1.77 kg) |
| (includes suspension and retention systems) | |

- ~just under III protection, has capabilities to stop M80 at 2200 fps so may stop Tyrone's 7.62x39 draco but probably nothing beyond that.

-Full cut

-Add ons available (NVG shrouds, ARC rails)

-Comes with D3O Trust Stealth or Epic Air suspension system, and an H-back, X-back, or dial retention system

-Made of UHMWPE

-As of now costs $1550 from botach.com

## Ops-Core TBH-R1 Helmet System:

**System Weights** (Size Large)

| Suspension/Retention Option | Low Cut | Mid Cut | High Cut |
|---|---|---|---|
| Ops-Core Lux Pux / Universal Occ-Dial Fitband | 3.56 lbs. (1613 g) | 3.48 lbs. (1579 g) | 3.29 lbs. (1491 g) |
| Ops-Core 360 Liner / Universal Occ-Dial Fitband | 3.58 lbs. (1625 g) | 3.51 lbs. (1591 g) | 3.31 lbs. (1503 g) |

- ~just under III protection, has capabilities to stop M80 at 2400 fps so will stop most commercially available 7.62x39

-Has add ons attached (MBS NVG shroud, skeleton ARC rails)

-Comes with lux pux or 360 liner suspension system and OCC-dial retention system

-Made from carbon, UHMWPE, and woven aramid

-As of now costs $2035 from hcctac.com, can be ordered from gentexcorp.com

## Ops-Core FAST XR Helmet System:

SYSTEM WEIGHT

| Available Sizes ** | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| FAST XR System Weight (FAST XR Shell with Vented Lux Liner w/ Occ-Dial Universal Fitband) | 2.68lbs (1214g) | 2.81lbs (1275g) | 3.02lbs (1268g) | 3.11lbs (1409g) |

- ~just under III protection, has capabilities to stop 7.62x39 at 2400 fps

-High cut

-Has add-ons attached (MBS NVG shroud, skeleton ARC rails,)

-Comes with vented lux liner suspension system with OCC-dial retention system

-Made from carbon, UHMWPE, and woven aramid

-As of now costs $2,100 from gentexcorp.com, or $2,100–$2,195 from tnvc.com

**Highcom Striker Arditi (RCH) Helmet:**

Weight of full cut:

### SIZE & WEIGHT CHART

| SIZE | LENGTH | WIDTH | CIRCUMFERENCE | WEIGHT | | |
|---|---|---|---|---|---|---|
| S | 7.1" to 7.6" | 5.6" to 6.0" | 21.1" to 21.9" | 1567 g | 1.6 kg | 3.5 lbs |
| M | 7.6" to 7.9" | 6.0" to 6.3" | 21.9" to 22.7" | 1631 g | 1.6 kg | 3.6 lbs |
| L | 7.9" to 8.3" | 6.3" to 6.5" | 22.7" to 24" | 1723 g | 1.7 kg | 3.8 lbs |
| XL | 8.3" to 8.8" | 6.5" to 7.1" | 24" to 26" | 1809 g | 1.8 kg | 4 lbs |

Weight of high cut:

<u>Weight:</u>

Small: 3.1lbs

Medium: 3.3lbs

Large: 3.4lbs

Extra-Large: 3.6lbs

-III protection, has capabilities to stop M193, M43 and M80 threats.

-Full cut, mid cut, and high cut options

-Has add ons available (Wilcox L4 three-hole NVG shroud, rails)

-Comes with D3O TRUST 7 Pad suspension system and X-nape style retention system

-Made of 100% UHMWPE DSM Dyneema

-As of now costs $2,399.00-$2,703.40 from liveactionsafety.com, $2,579.00 with rails and NVG shroud from apexarmorsolutions.com, $2,619.50 from armorexchange.com, or $2,999.00 from tristatearmor.com

## Ops-Core FAST RF1 Helmet System:

SYSTEM WEIGHT

| Available Sizes ** | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| **FAST RF1 System Weight** (FAST RF1 Shell with Vented Lux Liner w/ Occ-Dial Universal Fitband) | 3.32lbs (1509g) | 3.51lbs (1594g) | 3.85lbs (1745g) | 4.11lbs (1865g) |

~III protection, has capabilities to stop M193, M43 and M80 threats.

-High cut

-Has add-ons attached (skeleton ARC rails, modular bungee shroud)

-Comes with vented lux liner suspension system with OCC-dial retention system

-Made from carbon, UHMWPE, and woven aramid

-As of now costs $3249 from gentexcorp.com, $3,250.00–$3,345.00 from tnvc.com,

## Options for helmet upgrades/add ons/replacements

**Notes:**

-Newer full helmet systems already come with very decent retention, padding and mounting systems. Older ACH's for example are the primary use for many of these.

**VELCRO Brand Hook Disks:**

-Replacement to other velcro discs or upgrade to velcro strips, allows for attachment of padding

-Can be found on Team Wendy's website for $5.23 before shipping, also available in other online stores

## Suspension/Retention Systems

**Notes:**

-The entire purpose of the suspension system liner is to protect the head when hit, and to secure the helmet to the user, retention systems are also to secure the helmet to the user. Higher tier pads are more comfortable and allow for better airflow

-Both worm and dial type retention systems work great, it's not that much of a concern to have one over the other

-ECH's are a bit different than regular ACH or FAST style helmets, with larger (17.5mm instead of 15mm) mounting hardware

-PASGT/LWH are also different in position and hardware

-Most of these options fit on any ACH or FAST style helmet, the helmet requires velcro discs or strips to attach pads and the retention system attaches via the helmet bolts.

**Improved H-nape Retention Chinstrap for ACH or ECH:**

-Upgrade to the older style retention systems, has sliders on the front straps and I found it's much more stable and comfortable than the older style. Allows for better fit of ear pro.
-Compatible with ACH or ECH helmets, depends on what package says
-Made by many government contractors
-As of now costs $20-$30 online

**Team Wendy CAM FIT H-Back Retention System:**
-Similar to improved H-nape retention chinstrap
-Compatible with ACH/MICH or ECH helmets
-As of now costs $68 from ownthenight.com, or $71 from teamwendy.com

**Ops-Core Head-Loc 4-Point H-Nape Chinstrap:**
-Similar to improved H-nape retention chinstrap
-Compatible with ACH/MICH helmets
-As of now costs $118 from ownthenight.com, or $127 from gentexcorp.com

**Team Wendy CAM FIT Retention System:**
-Options for ECH, PASGT/LWH, or ACH/MICH/FAST style helmets
-Dial retention system
-As of now costs $112 from ownthenight.com, or $115 from teamwendy.com

**Standard ACH Pads:**
-Replaces helmet suspension
-Standard 7 pad configuration is used the most, there is another 9 pad variant though
-Possible to fit with under the helmet headsets but is not the best
-Made by various government contractors
-As of now costs ~$20 online

**Team Wendy EPIC Air Liner System:**
-Replaces helmet suspension
-Compatible with under the helmet headsets
-Compatible with all helmets with velcro inserts
-Padding can be rearranged to fit all head shapes and sizes
-As of now costs $104.82 from teamwendy.com

**Team Wendy Cloudline System:**

-Replaces helmet suspension

-Compatible with under the helmet headsets

-Compatible with all helmets with velcro inserts

-Padding can be rearranged to fit all head shapes and sizes

-As of now costs $112.74 from teamwendy.com

**4D Tactical Pads:**

-Supposedly one of the best suspension systems for helmets out there

**-**Replaces helmet suspension

-Many variations suitable for all applications

-Compatible with all helmets with velcro inserts

-As of now costs $74.25-$97.50 from ownthenight.com, or $65-$120 from 4dtactical.com

**Ops-Core LuxPux:**

-Replaces helmet suspension

-Comes with 10 pads

-Made of the same materials as the Ops-Core Vented Lux Liner pads

-As of now costs $99 from ownthenight.com

**Ops-Core ACH OCC-Dial EPP Kit:**

-Sold some time ago by Ops-Core but is now discontinued, can still be found online

-Replaces retention and suspension system

-Compatible with ACH helmets

-As of now costs $60-$180 online

**Galvion Viper Modular Suspension System (MSS):**

-Replaces retention and suspension system

-Dial-type retention system

-The suspension system utilizes a net and foam pads that are very adjustable to fit the user's head

-As of now costs $169.99–$197.42 from tnvc.com, $175 from ownthenight.com, or $197.42 from galvion.com

**Ops-Core Vented Lux Liner Kit:**

-Only works on FAST high cut or super high cut helmets

-Replaces retention and suspension system

-Comes in both OCC-dial and worm dial options

-Includes vents ඣ to help with air flow (sorry couldn't help myself)

-Compatible with FAST and similar helmets

-As of now costs $360-$389 from gentexcorp.com or tnvc.com

**Rail systems**

These mounts can be used to attach lights, cameras, NVG's, hearing protection/comms, or various other accessories to the helmet. I can not confirm that ACH rails fit onto ECH helmets, I suspect that different rails are needed due to the different shape

**HighCom Striker ACH-ARC Rail System:**
-Made specifically for ACH style helmets
-As of now costs $105.00 from tristatearmor.com or $109.95 from kellac.com

**Ops-Core ARC Rails:**
-There's ARC rails specifically for the ACH, FAST carbon and bump, sentry, FAST XP, and FAST MT/SF helmets
-As of now cost $112 from gentexcorp.com, or $135 from tnvc.com

**Galvion Viper Front Mount and Viper Interlocking Long Rails:**
-Front mount must be used to attach rails :(
-May attach to ACH-style helmets not made by Galvion, unsure though and wouldn't test it
-Full kit runs for $185.98 from galvion.com

**Team Wendy EXFIL Ballistic Rail 3.0 Retrofit Kit:**
-Attaches ONLY to EXFIL ballistic helmets
-Allows for attachment of EXFIL® Ballistic Visor and the EXFIL® Face Shield
-As of now costs $55.19 from teamwendy.com

**Ops-Core Skeleton ARC Rails:**
-There's skeleton ARC rails specifically for the ACH, FAST carbon and bump, sentry, FAST XP, and FAST MT/SF helmets
-Slightly lesser weight than the regular ARC rails
-As of now costs $100-$122 from ownthenight.com, $112-$135 from gentexcorp.com

**Ballistic Helmet Add Ons**

Protip: Face masks that look like this:



SUCK ASS, don't use them. They don't mount to the face well, limit vision, and will fuck your face up if shot. It's better to just use ballistic visors instead.

**Notes:**
-I think the only reason why somebody would want to have a ballistic mandible instead of a face shield is if they are running helmet mounted night vision devices.
-Fragmentation only appliques do exist to protect from fragmentation from grenades, IED's, ect
-Team Wendy, Ops-Core, and Galvian make ballistic mandibles that are capable of stopping common 9x19 ammo on their respective helmets. They also made face visors that are capable of stopping fragmentation that are compatible with the mandibles.
-Ops-Core and Team Wendy both make ballistic ear covers if you're into that kinda thing.

**Ops-Core Multi-Hit Handgun Face Shield:**
-IIIA protection (9mm 124gr FMJ at 1,400 fps and 44 Cal Magnum 240gr SWC GC at 1,400 fps)
-Fits on all ACH/TBH, or FAST helmets ONLY via ARC rails
-2.95 lbs
-Made of acrylic and polycarbonate material
-As of now costs $593.70 from gentexcorp.com

**Highcom Striker Ballistic Visor:**
-Variants for II or IIIA protection, II is rated for .357 magnum JSP @ 1395 fps and IIIA is rated for .44 magnum @ 1400 fps
-Attaches to full cut PASGT or ACH style helmets with a rear lock headband
-Unknown weight but I'm guessing a a bit heavier than the Ops-Core one because of the design
-Made of "Advanced layering of polycarbonates and polyurethane in a hybridized clear visor"
-As of now costs $449 for II variant and $559 for IIIA variant from apexarmorsolutions.com, or $570 for either variant from danasafetysupply.com

**Velocity Systems SLAAP Up-Armor Ballistic Rifle Plate:**

-Protects against MSC 7.62x39 2400 fps ICW standard ballistic helmets

-Attaches only to Ops-Core FAST MT and FAST helmets

-Attaches via velcro (post and ball)

-Made of UHMWPE

-As of now can be found on armsunlimited.com for $99, :0

https://www.armsunlimited.com/Ops-Core-Ballistic-FAST-Helmet-Rifle-Plate-p/vs-slaap.htm

## About Body Armor

**2x RMA 1093 III+ Large Sapi-Cut Uncertified Plates:**

It hurts me using plates that are not NIJ certified, but it will have to do. RMA is a mostly reliable body armor manufacturer these days and I trust that they will protect me from my expected threats. These plates should stop all expected handgun threats and even the unexpected rifle threats. The large sapi size adequately covers my entire heart and lungs from the front, and my heart, lungs, and upper spine from the back. The SAPI cut does mildly interfere with my ability to shoulder my rifle, but after training with it I am still very capable of shouldering quickly and reliably.

**Body armor needed for my threats:**

I chose III+ plates because they would stop all pistol threats and my unlikely but plausible threat of M855 from a police officer or SWAT team's AR, which many pure polyethylene plates would not stop. But considering that I'm not going to combat any police or SWAT or whatever, these plates are too much. I should have gone instead for a simple concealable IIIA vest or IIIA plates for the lighter weight and probably cost savings.

**Body armor basics:**

(NOTE: This is body armor BASICS, there is so much more to body armor than what I'm writing here)

First I will talk about NIJ certification. NIJ or National Institute of Justice is a department of the US government involved in research, development, and evaluation of crime and justice issues. They are important in the body armor world because of a testing series they do on armor. Compliant armor that stands up to NIJ standards may become NIJ certified. There are 5 levels of NIJ 0101.06 certification which can be found here:

https://en.wikipedia.org/wiki/List_of_body_armor_performance_standards#NIJ_armor_standard _(United_States)

(NOTE: There is a new NIJ standard coming out (0101.07) so these standards will change in the future.)

-Level IIA armor is intended to protect against 9x19 FMJ, .40 S&W FMJ, and .45 ACP FMJ at standard pistol velocities

-Level II armor is intended to protect against 9x19 FMJ at higher velocities (normally +P ammo or standard 9mm ammo out of longer barrels) and .357 magnum JSP
-Level IIIA armor is intended to protect against .357 SIG and .44 magnum SJHP (this threat level stops most handgun and shotgun threats, excluding some armor piercing variety and rare ammo types)
-Level III armor is intended to protect against at least 6 M80 FMJ  (this threat level stops most lead core projectiles, besides some large core projectiles at high velocities)
-Level IV armor is intended to stop at least 1 30-06 M2AP (this threat level stops most of all available ammo to civilians and police in the US with some exceptions)

The reason why NIJ certification is important is because NIJ labs independently test ballistic armor to high standards. This link below leads to a PDF that describes these standards and testing protocols:

https://nij.ojp.gov/library/publications/ballistic-resistance-body-armor-nij-standard-010106
**(INTRUDING NOTE: Armor that isn't NIJ certified can still be decent and reliable)**

NIJ certification is the only credible source that body armor stops what it is intended to stop. No amount of independent testing will ever amount to the credibility NIJ certified armor has. Many private companies refuse to do this, instead relying on people from YouTube or another website to test their plate for them. The problem with this is that it can often be rigged. The links in the description are often affiliate-links, which tempts the tester to fake the test to please the armor manufacturer. Or the armor may be built stronger than normal by the manufacturer, who wants to make sure that the test works. Sometimes the person testing it can rig it by using underpowered or faked ammunition, as it is very easy to paint the tip of a 30-06 ball round black. I'll give an example of one misleading armor test, which also happens to be the most popular armor test on youtube:

https://www.youtube.com/watch?v=nlwlKEeJ0vU&ab_channel=FPSRussia

In this youtube video, FPSRussia tests an AR500 body armor plate, made by AR500 or their new company name Armored Republic. At one point he says he is shooting the AR500 armor plate with 5.56 FMJ, most probably M193 or a copy of M193, with a short-barreled rifle. The plate of course stops the projectile from penetrating and led many consumers to assume that the plate will stop all 5.56 ammunition, but the key factor here is that he used an SBR. Velocity is very dependent on penetrating armor, and since he used an SBR the velocity was lower than from regular rifles. As we know now, the steel armor he used is very susceptible to M193 at high velocities, even out of a standard 16" barrel, which is the most common barrel length and ammo type for the most common rifle in the United States: the AR-15.

I would also like to point out that FPSRussia states that the anti spall coating works in the video. As we know now the anti spall coating is very ineffective at stopping shrapnel, especially when they are hit closer to the edge. The rubberized material simply does not have the capability to catch the bullet splash reliably, and often the spall cuts in between the steel and coating which may cut the coating off and send spall outwards. Even in the video it is shown that the coating came off the bottom of the plate and allowed for fragments of bullet to escape.

Secondly I will discuss armor options. Generally level IIA, II, and IIIA body armor is made out of flexible kevlar or newer UHMWPE that can wrap around the entire body, protecting the entire torso and even then some. Deltoid, neck, throat, lower back, groin, thigh and other auxiliary armor do exist but tend to not be used in most situations because they are covering non vital areas and are encumbersome. The most common form of cut for soft body armor is the BALCS/SPEAR cut, which wraps around most of the torso. These provide a decent area of protection The problem with these is that they often limit the ability to properly shoulder a rifle because the armor gets in the way between the stock and the shoulder.

Hence, body armor plates. These bad boys cover the heart and most of the lungs and are supposed to stop bullets from immediately killing you. Heart shots can kill instantly and lung shots can end up fatal if not treated immediately, therefore it is encouraged that it is protected. Body armor plates are generally 10" x 12" or sapi cut sized, which ranges from small to extra large. Swimmer/shooter cut plates are available that trim down the top left and top right section of the plate so that it is easier to aim a rifle or put your hands forward when using a pistol. Multicurved refers to the plate having multiple curves, which helps with comfortability. In conjunction with (ICW) plates refer to the plate needing a proper IIIA or mil spec backer to safely be used. Body armor plates can range from level IIIA to level IV and even higher. Usually plates get more expensive as the armor gets thinner, lighter, and stronger.

Thirdly I will discuss body armor material, for soft flexible armor, this includes kevlar (aramid) or polyethylene armor. These work by catching the projectile and are usually found in IIIA armor or below. Body armor plates are typically made in 3 forms; UHMWPE, ceramic, and steel.

UHMWPE or ultra high molecular weight polyethene is a type of layered plastic that works just like kevlar fibers does and catches the bullet. UHMWPE plates are very light compared to the other options and offer great protection against lead-cored projectiles, but have the downside of being weak against steel projectiles like 5.56x45 M855, which has a small steel tip. Lower tier UHMWPE plates are also quite thick, which may cause problems when inserting into a plate carrier.

Ceramic plates have a ceramic strike face with a UHMWPE or aramid backer. The ceramic is usually composed of aluminum oxide, silicon carbide, or boron carbide. Aluminum oxide is a white ceramic and is the weakest, heaviest, and cheapest of them all. Silicon carbide is a black ceramic and is stronger and lighter than aluminum oxide but more expensive. And boron

carbide is also a black ceramic that is the strongest and lightest of them all, but the most expensive. Ceramic plates effectively stop many threats because the ceramic is able to break and slow down the projectile and the backing material catches the rest. To make ceramic armor more capable of stopping multiple projectiles, a tile array can be used instead of a monolithic. It's important to note that even with a monolithic ceramic array, decent ceramic plates are still multi-hit capable. The only usable level IV plates and beyond are composed of some type of ceramic.

And finally we have steel… which shouldn't even be considered an option for body armor. Never in a million years would I ever wear any steel body armor plate for the intention of stopping bullets. Here's a list of reasons why:

1: Steel armor is very heavy. For example the AR500 Heritage Plate weighs 8.5 lbs not including any add ons. The Spartan Armor Omega AR500 plate weighs 8.625 lbs also without any add ons. The only other comparable options are low tier ceramic armor like the RMA 1155, which weighs 8.3 lbs for a 10" x 12" SAPI cut. The problem with running heavy armor is that it increases the energy needed to do exercises, which will tire you much faster and may limit your ability to do exercises.

2: Steel armor is reliably penetrated by standard 5.56x45 55 gr at standard velocities. The reason why is simply because the M193 is able to put much of its force into a smaller area when it hits a plate, whereas the M855 is more spread out. There's many videos on YouTube demonstrating this, here's one for example:

https://www.youtube.com/watch?v=8vkighPlBoc&ab_channel=TheChoppingBlock

Since the 16" AR-15 and its variants are one of the most common weapon types used by civilians and militaries today, and M193 is one of the most common ammo types, what's the point if standard target ammo penetrates them easily?

3: Steel armor is dangerous to use. When a bullet hits kevlar armor or a UHMWPE plate, the bullet is caught by the armor and doesn't deform much. With ceramic armor, the bullet is broken by the ceramic and the backing material (normally UHMWPE) catches the remaining bullet fragments. But with steel, the bullet becomes broken by the steel's sheer hardness and doesn't get absorbed, instead the bullet fragments are sent in 360° parallel to the plate. This wouldn't be that much of an issue if your neck, shoulders, thighs, and groin weren't in the way, but that is not the case. Nothing's better when you've been shot and now you have to deal with the multiple spalls that have cut through your iliac and carotid arteries. AR500 and many other companies try to mitigate this with build up liners that are supposed to catch spalling, but unfortunately they do not work as intended. An example of this can be shown from Buffman R.A.N.G.E:

https://www.youtube.com/watch?v=OH3I4ofX8xM&ab_channel=Buffman-R.A.N.G.E.

The tested plate coating literally came off of the plate after 2 hits and failed to catch the rest of the spalling, sending copper and lead bits 1" and in 1 example 2" inside of a gel block. This could most definitely kill you and is why I would stay very far away from steel plates.

"But what about this other solution…" No. Steel armor by its very design is dangerous to use. No amount of build ups or liners or plate coverings will change that. The best thing to do is to simply not buy steel armor in the first place.

Moral of the story/TLDR: If you have steel plates, don't use it. If you want to buy steel plates, don't.

## Body Armor Options

**Notes:**
-Hesco has had many recalls on their plates and failed multiple FIT tests. In fact they failed FIT tests every year except for one. Their models 4400, 4600, 3400, and 3610 all failed a FIT test, and the 3610 and 4600 failed the re-FIT, which led to their recall. Hesco seems to have a lower standard of quality control and underbuilds their plates, and as a result often leads to the plates incapability to stop the projectile it is intended to stop. Some of these recalled options are still available and sold online, be careful of that.
-RMA has used shady tactics before such as using an 8" x 10" ceramic strike face on their 10" x 12" plates, most notably in the gen 1 1189 and gen 1 1199. Both are now unavailable on their website. RMA has also bought steel plates from Spartan Armor to meet the demands of customers who wanted steel armor over ceramic or polyethylene, you decide if that makes them shady or not.
-Chinesium refers to those of low quality or misleading plates that are most likely dangerous to use
-Some armor is not in stock but has to be ordered from the manufacturer, which may take a few weeks or months.

**Don't buy from list, shit tier garbage throw it in a fire and forget about it:**
-Any steel armor (steel armor is ALWAYS dangerous to use)
-Militech (chinesium, cheat rings)
-Alibaba/Wish/Aliexpress (chinesium)
-Armored Republic AR500 (shit company, overpriced goods, steel plates)
-Botach armor (chinesium, cheat rings, remember: Battle Steel = BS)
-Ace Link Armor (cheat rings, dangerous low quality plates)
-SafeLife Defense (shit company, heavy and thick armor (2.0 lbs/square foot for the certified armor), chinesium sourced materials)
-Tactical Scorpion Gear (cheat rings, chinesium imported materials, excessive BFD)
-AA Shield (chinesium)
-Spartan Armor (steel plates, generally overpriced plates compared to other options, lower quality ceramic armor with weak adhesives and unpressed backers)
-Bulletsafe (chinesium, only good thing they have is a cheaper NIJ certified IIIA vest)
-Security Pro USA (sometimes has real deal but their brand items are chinesium and low quality)

-Shotstop (cheat rings, low quality armor)
-LAPG (cheat rings, low quality armor)
-Mira Safety (cheat rings, low quality armor)
-RTS Tactical (shit company, steel plates, cheat rings, low quality armor)
-American Blast Systems (cheat rings, low quality armor)
-Longfri (chinesium, cheat rings)
-Guardian Gear (cheat rings, chinesum, sources from Longfri)
-VISM (chinesium)

**Payton G approved body armor companies:**
These options are harder to find in the civilian market, but sometimes they pop up.
-Tencate/Tencate Cratus
-ARES Armor
-LTC
-Survival Armor
-Ceradyne
-BAE Systems
-Safariland/Protech
-Saber Solutions (Sells Hesco and LTC armor)
-Hyperion
-Atlas Armor
-Mehler Vario
-Mofet Etzion (be warned, they support jews)
-Diamond Age
-Velocity Systems

**Places to buy armor from:**
Many of these items can be found from distributors just by looking them up, but here's some reliable ones:
apexarmorsolutions.com
bulletproofme.com
pewpewsolutions.com
sierratac.com
esstac.com
liveactionsafety.com
brownells.com
opticsplanet.com/tactical-store.com
rmadefense.com
trex-arms.com
hoplitearmor.com

optactical.com
chasetactical.com

**Used:**

eBay/Tacswap/surplus stores/flea markets/Facebook Marketplace/Instagram Shopping/r/GunAccessoriesForSale (buying used comes with risks, also shit tier/chinesium items may be found here, be careful and don't buy what you are uncertain of)

**Current discount codes:**

hoplitearmor.com: BIDENISGAY or CITIZEN
rmadefense.com: RMAPROTECTS
opticsplanet.com: WORK8
gentexcorp.com: CLASKY or ELITE10

## IIIA hard or soft body armor options

**Notes:**

-In this day and age it's normally just better to use level IIIA armor instead of II or IIA. -According to FBI statistics, most homicides involve handguns, so in reality IIIA or armor is likely plentiful for most situations. If rifles may be involved, step the armor up.
-Unfortunately many of the S+ tier IIIA armor like the Safariland Hardwire are only available to certain credentials because of fag companies.
-Interestingly it's harder to get decent IIIA BALCS vests than III or higher hard armor.

**Highcom SA3100 Plate Backer:**

-NIJ .06 IIIA certified
-10" x 12"
-Special threat tested against some 5.7x28 ammunition
-Flexible
-Areal density of 1.32 psf
-0.29" thick
-Made of Twaron aramid fibers
-Works as a ICW plate backer
-As of now costs $145 from apexarmorsolutions.com

**SKD Armor IIIA Soft Armor Plate Backer:**

-NIJ .06 IIIA certified
-10" x 12" and SAPI size options
-Flexible

-Areal density of 1.17 psf
-0.275" thick
-Made of 3000D Twaron Microlam
-Works as a ICW plate backer
-As of now costs $99.95 per plate from skdtac.com

**Crye Precision Platebag Soft Armor Insert:**
-Not NIJ certified
-Supposed to stop up 9mm 124 FMJ at 1400 fps
-Comes in SAPI cut sizes S to XL
-Flexible
-Unknown areal density but since it's made of Dyneema it is very low
-Unknown thickness but it's thin, trust me
-Made of Dyneema
-Works as a ICW plate backer
-As of now costs $153.90 per plate from cryeprecision.com

**Velocity System IIIA Soft Armor SAPI-Cut Plate Backers:**
-NIJ .06 IIIA certified and passes USSOCOM fragmentation requirements
-Flexible
-Comes in SAPI cut sizes M and L from my online research
-Unknown areal density but since it's made of Dyneema it is very low
-.23" thick
-Made of 100% DSM Dyneema
-Works as a ICW plate backer
-As of now costs ~$150 per plate from optactical.com, Velocity Systems does not allow for civilians to buy it directly from them but can often be found in other online stores.

**Hoplite 19300:**
-Not NIJ certified
-Multicurve
-Not flexible

-1.3 lbs
-0.35" thick
-10" x 12"
-Made of UHMWPE
-Probably won't work with ICW plates because it is not flexible
-As of now costs $149 from hoplitearmor.com, $150 from apexarmorsolutions.com,

**RMA 0226 Gen-2:**
**-**Not NIJ certified
-Single curve
-Not flexible
-0.88 lbs
-0.25" thick
-10" x 12"
-Made of UHMWPE
-Probably won't work with ICW plates because it is not flexible
-With current discount this costs $99.99 per plate from rmadefense.com, without it it costs $165

**Hesco P210:**
**-**Not NIJ certified
-Comes in so many forms: SAPI size and cuts, full cuts, and shooter cuts
-Special threat tested for 5.7x28 and 7.62x25 threats, unknown which projectiles used
-Not flexible
-There's so many options it's not even funny, on Hesco's website I count 13 plates all with different cuts, curves, and sizes. Weight varies between plates
-0.27" thick
-Made of UHMWPE
-Probably won't work with ICW plates because it is not flexible
-As of now costs $159–$252 from sierratac.com

**OTV/IOTV soft armor or police vest:**
**-**Police vests are often from safariland, second chance, or point blank body armor
-Police soft armor may be NIJ certified may be not, check the armor itself for a tag saying it is.
(Certification may be expired or denied, look it up in the NIJ compliant list)

-Military soft armor will not be NIJ certified but has passed a military projectile test at one point.

-Age may deteriorate aramid fibers enough that it is now inadequate for stopping bullets and fragmentation, use with caution.

-Curves around the torso

-Weight and coverage varies, more often than not it is on the higher areal density side

-Most likely made of aramid, UHMWPE vests are quite new and hard to find

-As of now ~$100-$300, may be equivalent to NIJ IIA, II, or IIIA

-May or may not come with carrier

-Can be found in the used section of places to get armor, bulletproofme.com also sells surplus sometimes

**Stealth Armor Systems GTX-K-3A CIRAS BALCS Cut Panels:**

**-**Not NIJ certified

-Made from plain woven kevlar fabric

-Curves around the torso

-1.3 psf areal density

-Concealable at .30" thick

-Available in BALCS or First Spear Siege RO cut

-Sizes S to XL

-As of now costs $330-$470 from stealtharmorsystems.com

-Does not come with carrier

**Midwest Armor Stinger III-A Soft Armor Panels:**

**-**NIJ .06 IIIA certified

-Made with woven aramid

-Curves around the torso

-1.55 psf areal density (quite a lot)

-Concealable at .35" thick

-Available in "BALCS, concealed, or custom" sizing

-Sizes XS to 3XL

-As of now costs $369-$389 from bulletproofme.com, or $410 to $580 from midwestarmor.com

**-**Does not come with carrier

**RMA Protego Concealable Soft Body Armor Vest:**

-NIJ .06 IIIA certified

-Made from woven aramid

-This is a rebranded Slate Solutions Gen 1 Concealable vest (I think), RMA does not manufacture this
-Curves around the torso
-1.55 psf areal density (quite a lot)
-Concealable at .35" thick
-As of now armor and carrier costs $499 from rmadefense.com

**ProMAX IIIA Ultra-Thin:**
-NIJ .06 IIIA certified
-Most likely made from aramid material
-Curves around the torso
-1.23 psf areal density
-Concealable at .25" thick
-All sizes are made to order
-Has carrier upgrades such as Cordura nylon outer shell for $30, slick rifle plate pockets for $100, or tactical carrier with plate pockets, cummerbund, and MOLLE for $200
-As of now armor and carrier costs $499 from bulletproofme.com

**RMA Contego Concealable Soft Body Armor Vest:**
-NIJ .06 IIIA certified
-Made from woven aramid
-This is a rebranded Slate Solutions HD Concealable vest, RMA does not manufacture this
-Curves around the torso
-1.18 psf areal density
-Concealable at .25" thick
-Sizes S to 5XL with special order
-Has capabilities to insert additional body armor plates
-As of now armor and carrier costs $599 from rmadefense.com

**ProMAX IIIA Ultimate Ultra-Thin:**
-NIJ .06 IIIA certified
-Most likely made from dyneema-like material

-Curves around the torso

-.86 psf areal density

-Concealable at .21" thick

-All sizes are made to order

-Has carrier upgrades such as cordura® nylon outer shell for $30, slick rifle plate pockets for $100, or tactical carrier with plate pockets, cummerbund, and MOLLE for $200

-As of now armor and carrier costs $749 from bulletproofme.com

**Crye LVS Base Vest:**

-NIJ .06 IIIA certified

-Curves around the torso

-Made of Dyneema or similar fibers so psf is very low

-Unknown thickness but VERY thin

-Sizes from S-2XL

-Has many upgrades such as other carriers, side armor options, and side pouches from Crye

-As of now armor and carrier costs $850 from cryeprecision.com

### III UHMWPE Plate Armor Options

All these options will stop all commercially available handgun threats, will stop most lead core rifle ammo and all commercially available shotgun ammunition. However it is weak against steel tipped or cored ammunition, such as M855. Mild steel core projectiles like M43 may be stopped however.

**RMA 1061-1064:**

>> Small: 8.75" W x 11.75" H – 3.07 lbs. (1.39 kg)

>> Medium: 9.50" W x 12.50" H – 3.48 lbs. (1.57 kg)

>> Large: 10.25"W x 13.25" H – 4.13 lbs. (1.87 kg)

>> X-Large: 11.00" W x 14.00" H – 4.90 lbs. (2.22 kg)

-1062 is NIJ .06 III certified

-Multicurve

-Sapi cut

-1.1" thick

-As of now costs $275-$345 per plate from rmadefense.com

**RMA 1078:**

-NIJ .06 III certified

-10" x 12"

-Singlecurve
-Sapi cut
**-**3.3 lbs
-1.3" **THICC** (may not fit in some carriers because of this)
**-**As of now costs $275 per plate from rmadefense.com

**RMA 1088:**
-NIJ .06 III certified
-10" x 12"
-Singlecurve
-Sapi cut
-3.0 lbs
-1.25" **thicc**
**-**As of now costs $339 from rmadefense.com

**Hesco 3402:**

**SHOOTER CUT - SINGLE CURVE TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
| --- | --- | --- | --- |
| 3402-SH-SC-L | 10.0 x 12.0 inches / 254 x 305 mm | 1.22 inches / 31 mm | 3.2 lb / 1.4 kg |
| 3402-SH-SC-S | 8.0 X 10.0 inches / 203 x 254 mm | 1.22 inches / 31 mm | 2.1 lb / 0.9 kg |

-NIJ .06 III certified
-As of now costs $443.00 from extremeoutfitters.com

**Slate Solutions H3001:**

| 6 X 6 | Single Curve | Full | 1.0 lbs / 0.45 kg |
| --- | --- | --- | --- |
| 6 X 8 | Single Curve | Full | 1.3 lbs / 0.58 kg |
| 8 X 10 | Single Curve | Full | 2.4 lbs / 1.1 kg |
| 8 X 10 | Single Curve | Shooter | 2.2 lbs / 1.0 kg |
| 10 X 12 | Single Curve | Full | 3.5 lbs / 1.6kg |
| 10 x 12 | Single Curve | Shooter | 3.2 lbs / 1.45 kg |
| 10 x 12 | Single Curve | Swimmer | 3.0 lbs / 1.4kg |

-NIJ .06 III certified
-1" thick

-As of now can be ordered on bulletproofme.com in their "Ultra-light Polyethylene Rifle Plates" section for $219-$279 per plate, or $228.33-$311.67 per plate from danasafetysupply.com

**Slate Solutions H4001:**

| | | | |
|---|---|---|---|
| 6 x 6 | Multi-Curve | Full | 1.1 lbs / 0.5 kg |
| 6 x 8 | Multi-Curve | Full | 1.4 lbs / 0.6 kg |
| 8 x 10 | Multi-Curve | Full | 2.7 lbs / 1.2 kg |
| 8 x 10 | Multi-Curve | Shooter | 2.5 lbs / 1.1 kg |
| 10 x 12 | Multi-Curve | Full | 3.7 lbs / 1.7 kg |
| 10 x 12 | Multi-Curve | Shooter | 3.4 lbs / 1.5 kg |
| 10 x 12 | Multi-Curve | Swimmer | 3.2 lbs / 1.4 kg |

-NIJ .06 III certified
-.95" thick
-As of now costs $415.00-$813.33 per plate from danasafetysupply.com

**Highcom 3s11:**

| SIZE & WEIGHT CHART | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SIZE | CURVATURE | CUT | WEIGHT | | SIZE | CURVATURE | CUT | WEIGHT | |
| 5"x7" | Single Curve | Full | 1.0 lbs | 0.5 kg | 8"x10" | Single Curve | Shooters | 2.2 lbs | 1.0 kg |
| 5"x8" | Single Curve | Full | 1.2 lbs | 0.5 kg | 10"x12" | Single Curve | Full | 3.4 lbs | 1.6 kg |
| 6"x6" | Single Curve | Full | 1.0 lbs | 0.4 kg | 10"x12" | Single Curve | Shooters | 2.9 lbs | 1.3 kg |
| 6"x8" | Single Curve | Full | 1.4 lbs | 0.6 kg | 10"x12" | Single Curve | Swimmers | 3.1 lbs | 1.4 kg |
| 8"x10" | Single Curve | Full | 2.3 lbs | 1.0 kg | | | | | |

-NIJ .06 III certified
-1.25" **thicc**
-As of now costs $417-$507 per plate from liveactionsafety.com, or $508.95-$618.95 per plate from chasetactical.com

**Highcom 3s11m:**

| SIZE & WEIGHT CHART | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SIZE | CURVATURE | CUT | WEIGHT | | SIZE | CURVATURE | CUT | WEIGHT | |
| 10"x12" | Multi Curve | Shooters | 2.9 lbs | 1.3 kg | 9.5"x12.5" | Multi Curve | SAPI (M) | 3.3 lbs | 1.5 kg |
| 7.25"x11.5" | Multi Curve | SAPI (XS) | 2.2 lbs | 1.0 kg | 10"x13.25" | Multi Curve | SAPI (L) | 3.8 lbs | 1.7 kg |
| 8.75"x11.75" | Multi Curve | SAPI (S) | 2.8 lbs | 1.3 kg | 11"x14" | Multi Curve | SAPI (XL) | 4.2 lbs | 1.9 kg |

-NIJ .06 III certified

-1.25" **thicc**

-As of now costs $536 from tristatearmor.com, or $558.95–$858.95 per plate from chasetactical.com


**Hoplite 23620:**

-NIJ .06 III certified (says .06 certified on their website but didn't find it on the NIJ compliant list, hmmm…)

-10" x 12"

-Multicurve

-SAPI cut or swimmer cut options

-SAPI cut weighs 2.8 lbs and swimmer cut weighs 2.5 lbs

-1" thick

-As of now costs ~$700-$800 per plate from hoplitearmor.com


**Hesco 3800C:**

(NOTE: Hesco 3800 is also a great plate and is slightly lighter, but has an inactive NIJ listing.)

Law Enforcement Cut · Multi Curve · Torso Plates

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 3800-LE-MC-L | 10.0 x 12.0 inches / 254 x 305 mm | 0.95 inches / 24 mm | 2.4 lb/1.1 kg |
| 3800-LE-MC-S | 8.0 x 10.0 inches / 203 x 254 mm | 0.95 inches / 24 mm | 1.6 lb/0.7 kg |

SAPI Cut - Multi Curve - Torso Plates

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 3800C-SA-MC-XL | 11.00 x 14.00 inches / 279 x 356 mm | 0.95 inches / 24 mm | 3.3 lb / 1.5 kg |
| 3800C-SA-MC-L | 10.25 x 13.25 inches / 260 x 337 mm | 0.95 inches / 24 mm | 2.9 lb / 1.3 kg |
| 3800C-SA-MC-M | 9.50 x 12.50 inches / 241 x 318 mm | 0.95 inches / 24 mm | 2.6 lb /1.1 kg |
| 3800C-SA-MC-S | 8.75 x 11.75 inches / 222 x 298 mm | 0.95 inches / 24 mm | 2.2 lb / 1.0 kg |

-NIJ .06 III certified

-As of now costs $392.99-$535.99 from securityprousa.com, $541-$728 from optactical.com, or $455-$813 from hcctac.com

**Slate Solutions D1652/Tencate Cratus CR-3600 SA:**

-NIJ .06 III certified

-10" x 12" and SAPI size options

-Multicurve

-1.07" thick

-SAPI cut or swimmer cut options

-10" x 12" SAPI cut weighs ~2.4 lbs and 10" x 12" swimmer cut weighs 2.29 lbs, other weights are unknown but it's pretty dang light.

-As of now can be ordered from danasafetysupply.com for $676.67 per plate, $598–$1,015.95 from armorexchange.com, or $609.99-$1019.00 per plate from opticsplanet.com

**SRT Ceramic Composite Armor Options**

**Notes:**

-All these options are rated for special 5.56x45 and 7.62x39 ammunition, but are not recommended for 7.62x51 or similar ammunition because it will penetrate or will have excessive backface deformation. These options fit a very specific niche, and may be useful to you.

-The Velocity Systems API-BZ plate is a very decent plate but unfortunately I couldn't find anyone that sells it at this time.

**Hesco L210:**

(Protip: You're going to want a plate backer with this plate because it's quite uncomfortable to wear standalone, I would recommend the T.REX Plate Backer Set.)

**SHOOTER CUT - SINGLE CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| L210-SH-SC-L | 10.0 X 12.0 inches / 254 x 305 mm | 0.59 inches / 15 mm | 5.5 lb / 2.5 kg |
| L210-SH-SC-S | 8.0 X 10.00 inches / 203 x 254 mm | 0.59 inches / 15 mm | 3.5 lb / 1.6 kg |

**FULL CUT - SINGLE CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| L210-FC-SC-L | 10.0 X 12.00 inches / 245 x 305 mm | 0.59 inches / 15 mm | 6.1 lb / 2.8 kg |
| L210-FC-SC-S | 10.0 X 10.00 inches / 203 x 254 mm | 0.59 inches / 15 mm | 4.0 lb / 1.8 kg |

-Not NIJ certified

-Supposed to stop M193, M855, M67, M43, or 1 7.62x39 BZ-API

-As of now costs $169.60 per plate from trex-arms.com, $165-$193 from esstac.com, or $149–$193 from pewpewsolutions.com

## Hesco M210:

**SAPI CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| M210-SA-MC-XL | 11.00 x 14.00 inches / 279 x 356 mm | 0.61 inches / 15 mm | 6.7 lb / 3.0 kg |
| M210-SA-MC-L | 10.25 x 13.25 inches / 260 x 337 mm | 0.61 inches / 15 mm | 5.8 lb / 2.6 kg |
| M210-SA-MC-M | 9.50 x 12.50 inches / 241 x 318 mm | 0.61 inches / 15 mm | 5.0 lb / 2.3 kg |
| M210-SA-MC-S | 8.75 x 11.75 inches / 222 x 293 mm | 0.61 inches / 15 mm | 4.3 lb / 2.0 kg |

**SWIMMER CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| M210-SW-MC-L | 10.0 x 12.0 inches / 254 x 305 mm | 0.61 inches / 15 mm | 5.1 lb / 2.3 kg |
| M210-SW-MC-S | 8.0 x 10.0 inches / 203 x 254 mm | 0.61 inches / 15 mm | 4.4 lb / 2.0 kg |

-Not NIJ certified

-Supposed to stop M193, M855, M855A1, M67, M43, and 7.62x39 BZ-API

-As of now costs $309–$464 from pewpewsolutions.com or $339–$452 from sierratac.com,

## Hesco U210:

**SHOOTER CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| U210-SH-MC-L | 10.0 x 12.0 inches / 254 x 305 mm | 0.56 inches / 14 mm | 3.9 lb / 1.8 kg |
| U210-SH-MC-S | 8.0 x 10.0 inches / 203 x 254 mm | 0.56 inches / 14 mm | 2.6 lb / 1.2 kg |

**SAPI CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| U210-SA-MC-XL | 11.00 X 14.00 inches / 279 x 356 mm | 0.56 inches / 14 mm | 5.4 lb / 2.5 kg |
| U210-SA-MC-L | 10.25 X 13.25 inches / 260 x 337 mm | 0.56 inches / 14 mm | 4.7 lb / 2.1 kg |
| U210-SA-MC-M | 9.50 x 12.50 inches / 241 x 318 mm | 0.56 inches / 14 mm | 4.1 lb / 1.9 kg |
| U210-SA-MC-S | 8.75 x 11.75 inches / 222 x 298 mm | 0.56 inches / 14 mm | 3.5 lb / 1.6 kg |
| U210-SA-MC-XS | 7.25 x 11.50 inches / 184 x 292 mm | 0.56 inches / 14 mm | 2.8 lb / 1.3 kg |

-Not NIJ certified
-Supposed to stop M193, M855, M855A1, M67, M43, and 7.62x39 BZ-API
-As of now costs $875-$943 from optactical.com, $899.99-$936 from opticsplanet.com, $923 from pewpewsolutions.com, or $786.00-$1,100.00 from esstac.com,

## III+ Ceramic Composite Armor Options

**Notes:**
-All of my III+ armor options will have the ability to stop M855, which pure UHMWPE plates can not stop, and M80, which the above SRT plates will not stop. These III+ options will most likely be classified as RF2 plates in the future.

**Ferro Concepts Ceramic Composite Special Threat:**
-NIJ .06 III certified
-Comes in both medium and large shooters cut SAPI size
-Supposed to stop M193, M855, M67, M43, 30-06 JSP, and 57-N-323S
-1.1" thick
-Medium sapi cut weighs 5.4 lbs per plate and large sapi cut weighs 6 lbs per plate
-As of now costs $362.50-$389.50 per plate from ferroconcepts.com

**Velocity Systems Special Threat Ceramic Plate:**

**Size: 10" x 12"**

**Weight: 6.0 lbs**

-Not NIJ certified

-Supposed to stop M193, M855, M67, M43, and M80

-0.6" thick

-As of now costs $324-$364 per plate from optactical.com, or $334.99 per plate from brownells.com

**RMA 1091-1094:**

» 8.75" W x 11.75" H – 3.91 lbs. (Size Small)

» 9.5" W x 12.5" H – 4.49 lbs. (Size Medium)

» 10.25" W x 13.25" H – 5.16 lbs. (Size Large)

» 11.00" W x 14.00" H – 5.66 lbs. (Size XL)

-Not NIJ certified

-Multicurve

-Supposed to stop M193, M855, M67, M43, and M80 ammo

-1.2" thick

-As of now $274.99–$374.99 per plate from rmadefense.com

**Highcom 3s9:**

### SIZE & WEIGHT CHART

| SIZE | CURVATURE | CUT | WEIGHT | |
|------|-----------|-----|--------|--------|
| 5"x7" | Single Curve | Full | 1.9 lbs | 0.9 kg |
| 5"x8" | Single Curve | Full | 2.2 lbs | 1.0 kg |
| 6"x6" | Single Curve | Full | 1.8 lbs | 0.8 kg |
| 6"x8" | Single Curve | Full | 2.5 lbs | 1.2 kg |
| 8"x10" | Single Curve | Full | 4.2 lbs | 1.9 kg |
| 8"x10" | Single Curve | Shooters | 4.1 lbs | 1.9 kg |
| 10"x12" | Single Curve | Full | 6.3 lbs | 2.8 kg |
| 10"x12" | Single Curve | Shooters | 5.3 lbs | 2.4 kg |
| 10"x12" | Single Curve | Swimmers | 5.6 lbs | 2.6 kg |

-NIJ .06 III certified

-Supposed to stop M193, M855, M855a1, M67, M47, M80. May have capabilities to stop M61, M2 AP, and 7.62x54R B32 but with excessive back face deformation

-1.15" thick

-As of now costs $468-$569 per plate from liveactionsafety.com, or $458.95–$568.95 per plate from chasetactical.com

**Highcom 3s9m:**

| SIZE & WEIGHT CHART | | | | |
|---|---|---|---|---|
| **SIZE** | **CURVATURE** | **CUT** | **WEIGHT** | |
| 10"x12" | Multi Curve | Shooters | 5.3 lbs | 2.4 kg |
| 7.25"x11.5" | Multi Curve | SAPI (XS) | 4.0 lbs | 1.8 kg |
| 8.75"x11.75" | Multi Curve | SAPI (S) | 5.2 lbs | 2.4 kg |
| 9.5"x12.5" | Multi Curve | SAPI (M) | 6.0 lbs | 2.7 kg |
| 10"x13.25" | Multi Curve | SAPI (L) | 6.9 lbs | 3.1 kg |
| 11"x14" | Multi Curve | SAPI (XL) | 7.6 lbs | 3.4 kg |

-NIJ .06 III certified

-Supposed to stop M193, M855, M855a1, M67, M47, M80. May have capabilities to stop M61, M2 AP, and 7.62x54R B32 but with excessive back face deformation

-1.15" thick

-As of now 10" x 12" variant costs $447.50 from apexarmorsolutions.com, the same plate and other variants can be ordered on tristatearmor.com for $369-$639 per plate

**Hoplite 19513:**

-Not NIJ certified

-Medium SAPI sized (9.5" x 12.5")

-Multicurve

-Sapi cut

-Supposed to stop M193, M855, M855A1, M67, M43, and M80

-5.25 lbs

-1.1" thick

-As of now costs $390 per plate from apexarmorsolutions.com or $400 per plate from hoplitearmor.com

**Hesco 3611C:**

**LAW ENFORCEMENT CUT -MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 3611C-LE-MC-L | 10.0 x 12.0 inches / 254 x 305 mm | 1.05 inches / 27 mm | 3.9 lb / 1.8 kg |
| 3611C-LE-MC-S | 8.0 X 10.0 inches / 203 x 254 mm | 1.05 inches / 27 mm | 2.5 lb / 1.2 kg |

**SAPI CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 3611C -SA-MC-XL | 11.0 x 14.0 inches / 279 x 356 mm | 1.05 inches / 27 mm | 5.6 lb / 2.6 kg |
| 3611C -SA-MC-L | 10.25 x 13.25 inches / 260 x 337 mm | 1.05 inches / 27 mm | 4.9 lb / 2.2 kg |
| 3611C -SA-MC-M | 9.50 x 12.50 inches / 241 x 318 mm | 1.05 inches / 27 mm | 4.3 lb / 1.9 kg |
| 3611C -SA-MC-S | 8.75 x 11.75 inches / 222 x 298 mm | 1.05 inches / 27 mm | 3.7 lb / 1.7 kg |

-NIJ .06 III certified

-Supposed to stop M193, M855, M67, M43, and M80 ammo

-As of now costs $435-$490 from sierratac.com or $511-$694 from esstac.com, or $515-$642 per plate from bulletproofme.com

**Slate Solutions H3101:**

| Size | Weight | Price/Status |
|---|---|---|
| **10" by 12"** <br> • Swimmers Cut <br> • the more extreme Shooters Cut - more freedom of movement | 4.2 lb. ( 1.9 kg.) | **$ 298** per plate <br> **IN STOCK** |
| **10" by 12"** <br> • SAPI style Shooters Cut | 4.3 lb. ( 1.95 kg.) | **$ 298** per plate <br> **IN STOCK** |
| **10" by 12" Rectangle** <br> • more coverage on the back IF your place carrier accepts it | 4.45 lb. (2.0 kg.) | **$ 298** per plate |

| Size | Weight | Price/Status |
|---|---|---|
| **11" by 14"** <br> • XL SAPI style Shooters Cut | 6.6 lb. ( 3.0 kg.) | **$ 369** per plate <br> **IN STOCK** |
| **8" by 10"** <br> • Shooters Cut <br> • Rectangle - more coverage on the back, but only IF your place carrier accepts it | Shooters Cut 3.2 lb. ( 1.45 kg.) <br> Rectangle 3.35 lb. (1.5 kg.) | **$ 259** per plate <br> **IN STOCK** |

-NIJ .06 III certified

-Singlecurve

-Supposed to stop M193, M855, M67, M43, 57-BZ-231 (so M855A1 as well), M80, and 57-N-323S

-1.1" thick

-As of now costs $298-$369 from bulletproofme.com or can be ordered from danasafetysupply.com for $311.67-$386.67

**Hesco 3810 III+ Plate:**

**SHOOTER CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 3810-SH-MC-L | 10.0 x 12.0 inches / 254 x 305 mm | .98 inches / 25 mm | 3.9 lb / 1.8 kg |
| 3810-SH-MC-S | 8.0 x 10.0 inches / 203 x 254 mm | .98 inches / 25 mm | 2.5 lb / 1.2 kg |

**SAPI CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 3810-SA-MC-XL | 11.00 x 14.00 inches / 279 x 356 mm | .98 inches / 25 mm | 5.4 lb / 2.5 kg |
| 3810-SA-MC-L | 10.25 x 13.25 inches / 260 x 337 mm | .98 inches / 25 mm | 4.7 lb / 2.1 kg |
| 3810-SA-MC-M | 9.50 x 12.50 inches / 241 x 318 mm | .98 inches / 25 mm | 4.1 lb / 1.8 kg |
| 3810-SA-MC-S | 8.75 x 11.75 inches / 222 x 298 mm | .98 inches / 25 mm | 3.5 lb / 1.6 kg |

-NIJ .06 III certified

-Supposed to stop M193, M855, M67, M43, M80, and 57-N-323S ammo

-As of now costs $502-$912 per plate from essatac.com, $410-$895 per plate from sierratac.com, $518–$940 per plate from pewpewsolutions.com, or $609-$940 per plate from trex-arms.com

## Level IV Plate Options

**Notes:**

-NIJ IV certified body armor will stop at least one 30-06 M2AP @ 2880 fps, which will stop most of all commercially available ammo. Modern decent IV plates have high strength adhesives used and strong coverings and are capable of stopping multiple projectiles. Advanced armor penetrating rounds are required to reliably penetrate this armor.

-I'm not much of a fan of heavy IV plates, since the rounds they stop are quite uncommon, but if you really are expecting threats like M61, M80A1, or M2 AP threats I would get these.

-Hesco 4401 is a decent low tier level IV plate but stopped being manufactured by Hesco, they can still be readily found online though.

**AR500 Level IV ASLC bod**…. lol I'm just joking,

https://www.youtube.com/watch?v=uxtMnsXAwYE&ab_channel=Buffman-R.A.N.G.E.

TLDR: The plate fell apart after one shot because of shit adhesives. Basically it sucks compared to other plates, don't buy anything from AR500.

**RMA 1155:**
-NIJ .06 IV certified
-Singlecurve
-SAPI cut or shooter cut
-8.3 lbs for SAPI cut, 8.0 lbs for shooter's cut
-10" x 12"
-1" thick
-As of now costs $145 per plate from rmadefense.com

**Hoplite 26225-26226:**
-Not NIJ certified
-Single curve
-Swimmer cut
-8" x 10" plate weighs 5.9 lbs, 10" x 12" plate weighs 8.25 lbs
-.73" thick
-As of now they can be found on hoplitearmor.com for $162.50-$187.50 per plate,

**RMA 1155MC:**
-Not NIJ certified
-Multicurve
-Sapi cut
-8.2 lbs
-10" x 12"
-1" thick
-As of now costs $170 per plate from rmadefense.com

**Highcom Guardian 4s17:**

| SIZE | CURVATURE | CUT | WEIGHT | |
|---|---|---|---|---|
| 10"x12" | Single Curve | Full | 8.5 lbs | 3.9 kg |
| 10"x12" | Single Curve | Shooters | 7.2 lbs | 3.3 kg |
| 10"x12" | Single Curve | Swimmers | 7.7 lbs | 3.5 kg |

-NIJ .06 IV certified

-0.95" thick

-As of now costs $179 per plate from bulletproofme.com under their "Standard Stand-Alone Ceramic" section, or $175-$202.50 per plate from apexarmorsolutions.com, $184-$199 from liveactionsafety.com, $169-$220 from tristatearmor.com, $208.95-$228.95 per plate from chasetactical.com

**Highcom Guardian 4s17m:**

SIZE & WEIGHT

| SIZE | SHAPE | CUT | WEIGHT |
|---|---|---|---|
| 10 x 12 | Multi Curve | Shooter Cut | 7.2 lbs / 3.3 kg |
| 7¼ x 11½ | Multi Curve | SAPI (XS) | 6.0 lbs / 2.7 kg |
| 8¾ x 11¾ | Multi Curve | SAPI (S) | 7.4 lbs / 3.4 kg |
| 9½ x 12½ | Multi Curve | SAPI (M) | 8.6 lbs / 3.9 kg |
| 10 x 13¼ | Multi Curve | SAPI (L) | 9.9 lbs / 4.5 kg |
| 11 x 14 | Multi Curve | SAPI (XL) | 11.3 lbs / 5.1 kg |

-NIJ .06 IV certified

-0.95" thick

-As of now costs $215-$296 per plate from apexarmorsolutions.com, $229-$299 per plate from tristatearmor.com, $218.95–$308.95 per plate from chasetactical.com

**Highcom 4sas7:**

| SIZE & WEIGHT CHART | | | | |
|---|---|---|---|---|
| **SIZE** | **CURVATURE** | **CUT** | **WEIGHT** | |
| 5"x7" | Single Curve | Full | 2.6 lbs | 1.2 kg |
| 5"x8" | Single Curve | Full | 2.9 lbs | 1.3 kg |
| 6"x6" | Single Curve | Full | 2.4 lbs | 1.1 kg |
| 6"x8" | Single Curve | Full | 3.4 lbs | 1.6 kg |
| 8"x10" | Single Curve | Full | 5.7 lbs | 2.6 kg |
| 8"x10" | Single Curve | Shooters | 5.5 lbs | 2.5 kg |
| 10"x12" | Single Curve | Full | 8.5 lbs | 3.8 kg |
| 10"x12" | Single Curve | Shooters | 7.2 lbs | 3.3 kg |
| 10"x12" | Single Curve | Swimmers | 7.6 lbs | 3.4 kg |
| 10"x12" | Multi Curve | Shooters | 7.2 lbs | 3.2 kg |
| 7.25"x11.5" | Multi Curve | SAPI (XS) | 5.5 lbs | 2.5 kg |
| 8.75"x11.75" | Multi Curve | SAPI (S) | 7.0 lbs | 3.2 kg |
| 9.5"x12.5" | Multi Curve | SAPI (M) | 8.1 lbs | 3.7 kg |
| 10"x13.25" | Multi Curve | SAPI (L) | 9.3 lbs | 4.2 kg |
| 11"x14" | Multi Curve | SAPI (XL) | 10.2 lbs | 4.6 kg |

-Not NIJ certified (.06 at least)

-0.75" thick

-As of now costs $195-$237.5 per plate from apexarmorsolutions.com, or $168.95–$328.95 per plate from chasetactical.com, $159-$229 from tristatearmor.com, $136-$293 per plate from liveactionsafety.com

**Hoplite 26605:**

**Small**- 8.5"x11.5" **6.5 lbs**

**Medium**- 9.5"x12.50" **7.5 lbs**

**Large**- 10.25"x13.25" **8.5 lbs**

**XL**- 11"x14" **9.75 lbs**

### SIZES:

- **SMALL 8.75"X11.75" SAPI (6.5 LBS.) / 8"X10" SWIMMER (4.8 LBS.)**
- **MEDIUM 9.25"X 12.25" SAPI (7.5 LBS.)/ 10"X12" SWIMMER (7 LBS.)**

-Not NIJ certified (.06 at least)
-Multicurve
-SAPI cut or swimmer cut options
-1" thick
-As of now $265-$339 from bulletproofme.com under their "Lightweight Rifle Plates - Triple Curved" section, $285-$385 from apexarmorsolutions.com,, or $350-$425 from hoplitearmor.com

**Velocity Systems PSA4:**
-Not NIJ certified
-10" x 12"
-Singlecurve
-Shooters cut
-6.8 lbs
-0.75" thick
-As of now costs $304.99 per plate from brownells.com

**Hesco 4601:**

**SHOOTER CUT -MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 4601-SH-MC-L | 10.0 x 12.0 inches / 254 x 305 mm | 1.18 inches / 30 mm | 6.4 lb / 2.9 kg |
| 4601-SH-MC-S | 8.0 X 10.0 inches / 203 x 254 mm | 1.18 inches / 30 mm | 4.1 lb / 1.9 kg |

**SAPI CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 4601 -SA-MC-XL | 11.0 x 14.0 inches / 279 x 356 mm | 1.18 inches / 30 mm | 8.8 lb / 4.0 kg |
| 4601 -SA-MC-L | 10.25 x 13.25 inches / 260 x 337 mm | 1.18 inches / 30 mm | 7.6 lb / 3.5 kg |
| 4601 -SA-MC-M | 9.50 x 12.50 inches / 241 x 318 mm | 1.18 inches / 30 mm | 6.6 lb /3.0 kg |
| 4601-SA-MC-S | 8.75 x 11.75 inches / 222 x 298 mm | 1.18 inches / 30 mm | 5.7 lb / 2.6 kg |

-NIJ .06 IV certified

-As of now costs $486–$711 per plate from sierratac.com, $525-$684 per plate from esstac.com, or $546-$711 per plate from trex-arms.com or opticsplanet.com

**Highcom 4s16:**

| SIZE & WEIGHT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **SIZE** | **CURVATURE** | **CUT** | **WEIGHT** | | **SIZE** | **CURVATURE** | **CUT** | **WEIGHT** | |
| 5"x7" | Single Curve | Full | 2.2 lbs | 1.0 kg | 10"x12" | Single Curve | Swimmers | 6.6 lbs | 3.0 kg |
| 5"x8" | Single Curve | Full | 2.1 lbs | 1.2 kg | 10"x12" | Multi Curve | Shooters | 6.2 lbs | 2.8 kg |
| 6"x6" | Single Curve | Full | 2.1 lbs | 1.0 kg | 7.25"x11.5" | Multi Curve | SAPI (XS) | 4.7 lbs | 2.2 kg |
| 6"x8" | Single Curve | Full | 3.0 lbs | 1.4 kg | 8.75"x11.75" | Multi Curve | SAPI (S) | 6.1 lbs | 2.8 kg |
| 8"x10" | Single Curve | Full | 5.0 lbs | 2.3 kg | 9.5"x12.5" | Multi Curve | SAPI (M) | 7.1 lbs | 3.2 kg |
| 8"x10" | Single Curve | Shooters | 4.8 lbs | 2.2 kg | 10"x13.25" | Multi Curve | SAPI (L) | 8.1 lbs | 3.7 kg |
| 10"x12" | Single Curve | Full | 7.3 lbs | 3.3 kg | 11"x14" | Multi Curve | SAPI (XL) | 8.9 lbs | 4.1 kg |
| 10"x12" | Single Curve | Shooters | 6.2 lbs | 2.8 kg | | | | | |

-Not NIJ certified

-0.75" thick

-As of now costs $319-$389 from chasetactical.com, $328.95–$528.95 per plate from tristatearmor.com, $349-$480 per plate from apexarmorsolutions.com

**Highcom 4sss2:**

| SIZE & WEIGHT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SIZE | CURVATURE | CUT | WEIGHT | | SIZE | CURVATURE | CUT | WEIGHT | |
| 5"x7" | Single Curve | Full | 1.9 lbs | 0.8 kg | 10"x12" | Single Curve | Swimmers | 5.5 lbs | 2.5 kg |
| 5"x8" | Single Curve | Full | 2.1 lbs | 1.0 kg | 10"x12" | Multi Curve | Shooters | 5.2 lbs | 2.4 kg |
| 6"x6" | Single Curve | Full | 1.8 lbs | 0.8 kg | 7.25"x11.5" | Multi Curve | SAPI (XS) | 4.0 lbs | 1.8 kg |
| 6"x8" | Single Curve | Full | 2.5 lbs | 1.1 kg | 8.75"x11.75" | Multi Curve | SAPI (S) | 5.1 lbs | 2.3 kg |
| 8"x10" | Single Curve | Full | 4.1 lbs | 1.9 kg | 9.5"x12.5" | Multi Curve | SAPI (M) | 5.9 lbs | 2.7 kg |
| 8"x10" | Single Curve | Shooters | 4.0 lbs | 1.8 kg | 10"x13.25" | Multi Curve | SAPI (L) | 6.8 lbs | 3.1 kg |
| 10"x12" | Single Curve | Full | 6.2 lbs | 2.8 kg | 11"x14" | Multi Curve | SAPI (XL) | 7.4 lbs | 3.4 kg |
| 10"x12" | Single Curve | Shooters | 5.2 lbs | 2.4 kg | | | | | |

-Not NIJ certified

-0.97" thick

-As of now costs $848.95–$1,208.95 per plate from chasetactical.com

**RMA 1192:**

-Not NIJ certified

-Multicurve

-Sapi cut

-Medium SAPI sized (9.5" x 12.5")

-5.7 lbs

-0.9" thick

-As of now costs $700 per plate from rmadefense.com

**Hoplite 26300:**
SAPI CUT:
<u>Sizes:</u>

**Small**– 8.75"x11.75" **5 lbs**

**Medium**– 9.5"x12.50" **5.5 lbs**

**Large**– 10.25"x13.25" **6.5 lbs**

**XL**– 11"x14" **7.5 lbs**
-Not NIJ certified (.06 at least)
-Multicurve
-SAPI cut or swimmer cut options
-8" x 10" swimmer cut weighs 3.95 lbs, 10" x 12" swimmer cut weighs 5.5 lbs
-.8" thick
-As of now costs $1500-$1687.50 per plate from hoplitearmor.com or $1300-$1450 per plate
from apexarmorsolutions.com

**Hoplite 29590:**

| | WIDTH (IN/MM) | LENGTH (IN/MM) | THICKNESS (IN/MM) | WEIGHT (LB/KG) |
|---|---|---|---|---|
| Small | 9.11 / 231 | 11.10 / 282 | 0.90 / 23 | 4.35 / 1.98 |
| Medium | 9.92 / 252 | 11.60 / 295 | 0.90 / 23 | 4.85 / 2.20 |
| Large | 9.92 / 252 | 12.10 / 307 | 0.90 / 23 | 5.05 / 2.30 |
| X-Large | 10.60 / 269 | 12.60 / 320 | 0.90 / 23 | 5.55 / 2.52 |

-Not NIJ certified (.06 at least)
-Multicurve
-Swimmer cut
-As of now costs $2000 per plate from hoplitearmor.com :0
-Fun fact this was considered a spook plate for some time until it was made commercially
available

**Hesco 4800:**

**SHOOTER CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 4800-SH-MC-L | 10.0 x 12.0 inches / 254 x 305 mm | 1.04 inches / 26 mm | 4.9 lb / 2.2 kg |
| 4800-SH-MC-S | 8.0 x 10.0 inches / 203 x 254 mm | 1.04 inches / 26 mm | 3.2 lb / 1.5 kg |

**SAPI CUT - MULTI CURVE - TORSO PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 4800-SA-MC-XL | 11.00 x 14.00 inches / 279 x 356 mm | 1.04 inches / 26 mm | 6.8 lb / 3.1 kg |
| 4800-SA-MC-L | 10.25 x 13.25 inches / 260 x 337 mm | 1.04 inches / 26 mm | 5.9 lb / 2.7 kg |
| 4800-SA-MC-M | 9.50 x 12.50 inches / 241 x 318 mm | 1.04 inches / 26 mm | 5.1 lb / 2.3 kg |
| 4800-SA-MC-S | 8.75 x 11.75 inches / 222 x 298 mm | 1.04 inches / 26 mm | 4.4 lb / 2.0 kg |

-Not NIJ certified

-As of now costs $1,153–$1,504 from pewpewsolutions.com, $1,323–$1,709 per plate from sierratac.com, or $1397-$1592 per plate from trex-arms.com

**ESAPI Level IV or IV+ ICW Plates:**

| | | |
|---|---|---|
| **8.75" Wide by 11.75" Tall** | ~4.75 lbs. | |
| ~22 by 30 cm. | 2.2 kg. | |
| **9.5" Wide by 12.5" Tall** | ~5.45 lbs. | |
| ~24 by 32 cm. | 2.5 kg. | |
| **10" by 13"** | ~6.25 lbs. | |
| ~25 by 33 cm. | 2.8 kg. | |
| **11" by 14"** | ~7.1 lbs. | |
| ~28 by 36 cm. | 3.2 kg. | |

-Not NIJ certified, but intended to pass US military requirements

-SAPI sizes S-XL

-IIIA or mil-spec ballistic backer needed for proper mitigation of backface deformation of higher tier threats (M2 AP, B32, M80A1)

-Later revisions G. J, and H rated to stop M995 at 3,350fps

-Risky because plates usually "fell off the truck", may be used and may be broken upon arrival, but for a chance of a IV+ plate, it is the best option. Delamination is also a concern with older plates

-As of now they cost ~$200-$500 per plate, can be found in the used section of places to get armor

**Spook plates:**

Body armor plates that defend against higher threats and/or are extremely advanced do exist such as:

-Ceradyne Defender 275

-Gen I-III BALCS Plates

-XSAPI/ECSAPI Plates

-Ceradyne Models AA1-AA4

-Ceradyne 83608, 93765, 96448, 92547, 80571, 96034

-LTC 28550, 28575, 28595

These plates usually are composed of very high tier materials and advanced construction such as enriched boron carbide ceramics. They are VERY difficult to find. Some are able to stop advanced armor penetrating threats such as M995, 7.62x54R BS-41, M993, and other similar tungsten-core projectiles.

**Side Armor Options**

**Notes:**
-Side armor is also nice to have to protect against projectiles. I have heard that it prevents proper ventilation and the user overheats easily though.
-Side armor plates can not be directly NIJ 0101.06 certified. They can however be made from a cut of an NIJ .06 certified plate though.
-These options usually require an additional carrier if they cannot be directly integrated into the plate carrier or armor vest.
-Side plates are usually found in sizes 6" x 6" to 7" x 8".

## Level IIIA Side Armor Options

**SKD Armor Cummerbund Inserts:**
-Come in 3 sizes; size 1 is 5.5" x 7", size 2 is 5.5" x 9", size 3 is 5.5" x 11"
-Intended to work with ICW side armor
-As of now costs $110-$130 from skdtac.com

**Crye Side Soft Armor Insert:**
-Comes in sizes 1 and 2; size 1 is 6" x 6" and size 2 is 6" x 9"
-Intended to work with ICW side armor
-As of now costs $48.90 or $67.80 from cryeprecision.com

**Hoplite 19301:**
-6" x 8"
-0.6 lbs
-0.35" thick
-Not flexible
-As of now can be found for $75 per plate from hoplitearmor.com

### Hesco BI P110:

**SINGLE CURVE - SIDE PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| P110-SP-SC-L | 6.0 x 8.0 in/152 x 203 mm | 0.27 inches / 7 mm | 0.4 lb / 0.2 kg |
| P110-SP-SC-S | 6.0 x 6.0 in/ 152 x 152 mm | 0.27 inches / 7 mm | 0.3 lb / 0.1 kg |

**SINGLE CURVE - TRAUMA PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| P110-TP-SC-XL | 7.0 x 9.0 inches / 178 x 229 mm | 0.27 inches/ 7 mm | 0.6 lb / 0.3 kg |
| P110-TP-SC-L | 6.0 x 8.0 inches / 152 x 203 mm | 0.27 inches / 7 mm | 0.4 lb / 0.2 kg |
| P110-TP-SC-L | 5.0 x 8.0 inches / 127 x 203 mm | 0.27 inches / 7 mm | 0.4 lb / 0.2 kg |
| P110-TP-SC-L | 5.0 x 7.0 inches / 127 x 178 mm | 0.27 inches / 7 mm | 0.3 lb / 0.1 kg |

-Not flexible

-As of now can be found on various online stores for $75-$100 per plate

## Level III Side Plate Options

### Hesco BI 3100:

**SINGLE CURVE - SIDE PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 3100-SP-SC-L | 6.0 x 8.0 inches / 152 x 203 mm | 1.26 inches / 32 mm | 1.4 lb / 0.6 kg |
| 3100-SP-SC-S | 6.0 x 6.0 inches / 152 x 152 mm | 1.26 inches / 32 mm | 1.0 lb / 0.5 kg |

-As of now costs $189 from sierratac.com

### Hoplite 23526:

-Comes in 2 sizes; size 1 is 6" x 6", and size 2 is 6" x 8"

-1.15 lbs for size 1, 1.40 lbs for size 2

-1.15" thick

-As of now size 1 is $275 per plate and size 2 is $337.5 per plate from hoplitearmor.com

## III+ Side Plate Options

Velocity Systems API-BZ side plate should be here but unfortunately I can't find any dealers

### Hesco BI 3110:

SINGLE CURVE - SIDE PLATES

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 3110-SP-SC-L | 6.0 x 8.0 in / 152 x 203 mm | 1.10 inches / 28 mm | 2.5 lb / 1.1 kg |
| 3110-SP-SC-S | 6.0 x 6.0 in / 152 x 152 | 1.10 inches / 28 mm | 1.8 lb /0.8 kg |

-Supposed to stop M193, M855, M67, M43, 57-BZ-231,M80, and 57-N-323S threats

-As of now costs $233-$262 from hcctac.com, or $262 from sierratac.com

### Slate Solutions H3101 Side Plate:

| | |
|---|---|
| **6" by 6" Side** | 1.4 lb. ( 0.6 kg.) |
| **6" by 8" Side** | 1.9 lb. ( 0.9 kg.) |

-Supposed to stop M193, M855, M67, M43, 57-BZ-231 (so M855a1 as well), M80, and 57-N-323S

-1.1" thick

-As of now costs $130-$150 per plate from bulletproofme.com

## Level IV Side Plate Options

### RMA 1155SP:

-6" x 6"
-2.47 lbs per plate
-1" thick
-As of now costs $106 per plate from rmadefense.com

**Highcom 4s17:**

Weight:

-6x6: 2.5lbs

-5x7: 2.6lbs

-5x8: 3lbs

-6x8: 3.5lbs

-0.9" thick
-As of now it is $142.50 per plate from apexarmorsolutions.com

**Hoplite 26227-26228:**
-Comes in 2 sizes; size 1 is 6" x 6" and size 2 is 6" x 8"
-Size 1 weighs 2.63 lbs, size 2 weighs 3.5 lbs
-0.73" thick
-As of now size 1 is $150 per plate and size 2 is $167.5 per plate from hoplitearmor.com

**Hesco BI 4101:**

**SINGLE CURVE - SIDE PLATES**

| Part Number | Nominal Width x Length | Thickness | Weight |
|---|---|---|---|
| 4101-SP-SC-L | 6.0 x 8.0 inches / 152 x 203 mm | 1.19 inches / 30 mm | 2.5 lb / 1.1 kg |
| 4101-SP-SC-S | 6.0 x 6.0 inches / 152 x 152 mm | 1.19 inches / 30 mm | 1.8 lb / 0.8 kg |

-As of now can be found on various online stores for ~$300-$400 per plate

**ESBI Level IV or IV+ ICW Plates:**
(Couldn't find weight sadly, but they are decently lightweight)
-6" x 6", 6" x 8", and 7" x 8" sizes available

-Intended to pass US military requirements
-IIIA or mil-spec ballistic backer needed for proper mitigation of backface deformation
-0.98" thick
-Later revisions rated to stop M995 at 3,350fps
-Risky because plates usually "fell off the truck", may be used and may be broken upon arrival, but for a chance of a IV+ side plate, it is the best option. Delamination is also a concern with older plates
-As of now they cost ~$100-$200 per plate from the used section of places to buy armor

**Spook Side Plates:**

The only spook side plate that I can think of is the XSBI plate, which has identical protection to the XSAPI plate. I'm sure there's some SOCOM special contract one's floating around there. I would put the MSAP plate above next to ESBI plates but I won't because it's not as easily accessible to civilians as the ESBI, so I'm putting it here.

The MSAP plate was developed as an auxiliary piece that can attach to many different needed carriers. It is a stand alone plate that can reportedly stop M995 at full velocity, so just above standard IV plates.

## Tools

**GoPro Hero7 Black:**

This is the tool that would live stream the attack on Twitch. I chose Twitch because:
1. It was compatible with live streaming for free and all people with the internet could watch and record. On FaceBook it seems like you have to have an account to watch live videos.
2: A previous attack was recorded on Twitch (Halle Synagogue Shooting) that lasted about 35 minutes, which for me shows that there is enough time to capture everything important. This may not work as intended if it's reported and taken down early.
3: I could also live stream the twitch livestream on Discord, where many people could also watch and hopefully record the live stream. They would be able to read and download these writings as well.

This is a decent recording device that has the ability to livestream, and so it works for me. I will be recording at 720P so the video may have delays but at least it will look decent
**Better options:**

Well maybe I could've used a better GoPro such as one of the newer models but I don't think that I could have a better livestream simply because of the limit on my data speeds.

**iPhone 11:**

I will be using this to livestream the gopro footage onto my twitch account. I will also be using this to upload all my posts and such. Since my family uses Spectrum I upgraded to the

# Pages Omitted