UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER, JOSEPH WURTENBERG, and the
FIREARMS POLICY COALITION, INC,

                                                    Plaintiffs,

                        v.

                                                                     No. 24-cv-00623 (JLS)
LETITIA JAMES, in her official capacity as Attorney General
of the State of New York, STEVEN G. JAMES, in his official      **CERTIFICATE OF**
capacity as Superintendent of the New York State Police, and   **SERVICE**
MICHAEL J. KEANE, in his official capacity as District
Attorney for the County of Erie, and SANDRA DOORLEY,
in her official capacity as District Attorney for the County of
Monroe,

                                                    Defendants.

        I hereby certify that on April 27, 2026, I electronically filed the State Defendants' Notice

of Cross-Motion for Summary Judgment dated April 27, 2026, State Defendants' Memorandum

of Law in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Its Cross-

Motion for Summary Judgment dated April 27, 2026, the Declaration of Professor Dennis Baron

dated August 20, 2025, the Declaration of Professor Benjamin Carp dated August 18, 2025, the

Declaration of Dr. Jaclyn Schildkraut dated August 29, 2025, and the Declaration of Ryan L.

Belka dated April 27, 2026 with the Clerk of the District using its CM/ECF system.

Dated: Buffalo, New York                LETITIA JAMES
        April 27, 2026                    Attorney General
                                          State of New York
                                          By: /s/ Ryan L. Belka
                                          RYAN L. BELKA
                                          JAMES M. THOMPSON
                                          Assistant Attorneys General
                                          350 Main Place, Suite 300A
                                          Buffalo, NY 14202
                                          (716) 853-8440
                                          Ryan.Belka@ag.ny.gov
                                          James.Thompson@ag.ny.gov