AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of New York

| | |
|---|---|
| BENJAMIN HEETER, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  1:24-cv-00623-JLS |
| LETITIA JAMES, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

*Amici Curiae* Brady Center to Prevent Gun Violence, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety .

Date:     04/29/2026

/s/ Francis C. Healy
*Attorney's signature*

Francis C. Healy - NY Bar No. 4187068
*Printed name and bar number*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, N.Y. 10017

*Address*

francis.healy@hoganlovells.com
*E-mail address*

(212) 918-3000
*Telephone number*

(212) 918-3100
*FAX number*