**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BENJAMIN HEETER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LETITIA JAMES, et al., <br><br> *Defendants*. | **NOTICE OF BRADY CENTER TO PREVENT GUN VIOLENCE, GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, AND EVERYTOWN FOR GUN SAFETY'S MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** <br><br> Civil Action No.: 1:24-cv-00623-JLS |

PLEASE TAKE NOTICE that, upon the accompanying

- Memorandum of law;
- Proposed amicus brief; and
- Proposed order,

*Amici Curiae* Brady Center to Prevent Gun Violence, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety move this Court, before the Honorable John L. Sinatra, Jr., United States District Judge, at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, at a date and time to be set by the Court, for an order granting Brady Center to Prevent Gun Violence, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety leave to file an amicus curiae brief in support of Defendants' Motions for Summary Judgment, ECF Nos. 75, 76, 77.

Dated: April 29, 2026

Respectfully submitted,

*/s/ Francis C. Healy*
Francis C. Healy, NY Bar No. 4187068
 *Local Counsel for Amici Curiae*
Matthew Sullivan, NY Bar No. 5738653
Stanley J. Brown, NY Bar No. 4422846
Rachel Bayer, NY Bar No. 5885017
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, N.Y. 10017
(212) 918-3000
francis.healy@hoganlovells.com
matthew.sullivan@hoganlovells.com
stanley.brown@hoganlovells.com
rachel.bayer@hoganlovells.com

Anna G. Bobrow
Rebecca C. Wilton
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
anna.bobrow@hoganlovells.com
rebecca.wilton@hoganlovells.com

*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I certify that on April 29, 2026, I filed the foregoing document with the Clerk of the

District Court using its CM/ECF system, which electronically notified all participants in this

case.

/s/ Francis C. Healy
Francis C. Healy