# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER, et al.,

*Plaintiffs*,

v.

LETITIA JAMES, et al.,

*Defendants*.

**MEMORANDUM OF LAW IN SUPPORT OF BRADY CENTER TO PREVENT GUN VIOLENCE, GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, AND EVERYTOWN FOR GUN SAFETY'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Civil Action No.: 1:24-cv-00623-JLS

Anna G. Bobrow
Rebecca C. Wilton
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
anna.bobrow@hoganlovells.com
rebecca.wilton@hoganlovells.com

Francis C. Healy, NY Bar No. 4187068
  *Local Counsel for Amici Curiae*
Matthew Sullivan, NY Bar No. 5738653
Stanley J. Brown, NY Bar No. 4422846
Rachel Bayer, NY Bar No. 5885017
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, N.Y. 10017
(212) 918-3000
francis.healy@hoganlovells.com
matthew.sullivan@hoganlovells.com
stanley.brown@hoganlovells.com
rachel.bayer@hoganlovells.com

*Counsel for Amici Curiae*

## TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES ................................................................................................... ii

INTERESTS OF *AMICI CURIAE* ........................................................................................1

ARGUMENT ...........................................................................................................................2

CONCLUSION ........................................................................................................................3

CERTIFICATE OF SERVICE

# TABLE OF AUTHORITIES

**Page(s)**

**CASES:**

*Antonyuk v. James*,
  120 F.4th 941 (2d Cir. 2024) ...................................................................................................2

*Citizens Against Casino Gambling in Erie Cnty. v. Kempthorne*,
  471 F. Supp. 2d 295 (W.D.N.Y. 2007) ....................................................................................2

*Dist. of Columbia v. Heller*,
  554 U.S. 570 (2008).................................................................................................................1

*Goldstein v. Hochul*,
  No. 22-CV-8300 (VSB), 2022 WL 22915988 (S.D.N.Y. Oct. 19, 2022) ................................3

*Hanson v. Dist. of Columbia*,
  120 F.4th 223 (D.C. Cir. 2024)................................................................................................2

*Hart v. Town of Guilderland*,
  No. 1:20-cv-00475, 2020 WL 8411581 (N.D.N.Y. July 28, 2020)..........................................3

*Leslie v. Starbucks Corp.*,
  No. 1:22-cv-00478-JLS, 2022 WL 5434278 (W.D.N.Y. Oct. 7, 2022) ...................................2

*McDonald v. City of Chicago*,
  561 U.S. 742 (2010).................................................................................................................1

*Md. Shall Issue v. Hogan*,
  353 F. Supp. 3d 400 (D. Md. 2018).........................................................................................2

*Nat'l Ass'n for Gun Rts. v. Lamont*,
  685 F. Supp. 3d 63 (D. Conn. 2023)........................................................................................1

*New York State Rifle & Pistol Ass'n, Inc. v. Bruen*,
  597 U.S. 1 (2022)..................................................................................................................1, 2

*United States v. Rahimi*,
  602 U.S. 680 (2024)..............................................................................................................1, 2

Through undersigned counsel, the Brady Center to Prevent Gun Violence, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund) (together, "*Amici*") seek leave to file a brief as *Amici Curiae* in support of Defendants' Motions for Summary Judgment, ECF Nos. 75, 76, 77, for the facts and reasons below.  The proposed brief is attached hereto as Exhibit A for the convenience of the Court and counsel.[1]

## INTERESTS OF *AMICI CURIAE*

Brady Center to Prevent Gun Violence is the nation's longest-standing nonpartisan, nonprofit organization dedicated to reducing gun violence through education, research, and advocacy.  Giffords Law Center to Prevent Gun Violence is a survivor-led, nonprofit policy organization dedicated to researching, writing, enacting, and defending laws and programs proven to reduce gun violence and save lives.  Everytown for Gun Safety is the nation's largest gun-violence-prevention organization, with nearly eleven million supporters across the country.

These organizations have a shared commitment to public safety and civil rights and a substantial interest in ensuring that when democratically elected officials act to reduce our Nation's gun violence epidemic, those efforts are not thwarted by deeply flawed legal theories.  *Amici* have filed numerous *amicus* briefs in cases involving the constitutionality of firearms regulations.  *E.g.*, *United States v. Rahimi*, 602 U.S. 680 (2024); *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022); *McDonald v. City of Chicago*, 561 U.S. 742 (2010); *Dist. of Columbia v. Heller*, 554 U.S. 570 (2008).  Judges regularly cite the organizations' research and expertise.  *E.g.*, *Nat'l Ass'n for Gun Rts. v. Lamont*, 685 F. Supp. 3d 63, 85 (D. Conn. 2023), *aff'd*, 153 F.4th 213 (2d

---

[1]  Counsel for *Amici* contacted the parties by electronic mail regarding this motion on April 24, 2026.  Erie County District Attorney Michael Keane consents to the motion.  Counsel for State Defendants take no position on the motion.  As of the filing, the other parties have not responded to *Amici*'s inquiry.

Cir. 2025), *petition for cert. filed* No. 25-421 (U.S. Oct. 3, 2025); *Hanson v. Dist. of Columbia*, 120 F.4th 223, 249 (D.C. Cir. 2024), *cert. denied*, 145 S. Ct. 2778 (2025); *Md. Shall Issue v. Hogan*, 353 F. Supp. 3d 400, 403-05 (D. Md. 2018); *Antonyuk v. James*, 120 F.4th 941, 1022 n.89, 1023 n.90 (2d Cir. 2024), *cert. denied*, 145 S. Ct. 1900 (2025).

## ARGUMENT

District courts have "broad discretion" to grant an appearance of *amicus curiae* to assist in their proceedings. *Citizens Against Casino Gambling in Erie Cnty. v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2007), *amended on reconsideration in part*, No. 06-cv-00001S, 2007 WL 1200473 (W.D.N.Y. Apr. 20, 2007). "When deciding whether to allow *amicus* participation, courts consider whether the participation will aid in the determination of the issues presented—for example, by adding a legal and factual perspective that is helpful to the court." *Leslie v. Starbucks Corp.*, No. 1:22-cv-00478-JLS, 2022 WL 5434278, at *4 (W.D.N.Y. Oct. 7, 2022) (internal quotation marks and citation omitted). An amicus brief may assist the court when (1) "a party is not . . . represented at all"; (2) "the *amicus* has an interest in some other case that may be affected by the decision in the present case"; or (3) "the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Kempthorne*, 471 F. Supp. 2d at 311 (citation omitted).

*Amici* respectfully submit the attached proposed brief to assist the Court with assessing this Second Amendment challenge to New York's law restricting body armor sales. New York's law is constitutional under the two-step, text-history-and-tradition approach to Second Amendment analysis established in *Bruen* and *Rahimi*. *Amici*'s proposed brief provides further support demonstrating that the challenged law satisfies both steps of this analysis. First, body armor is not covered by the Second Amendment's text because it is not a form of bearable arms; it is not in civilian common use; and the individuals most affected by this law are not ordinary, law-abiding

2

citizens whom the Second Amendment protects. Second, even if this Court were to find that body armor is covered by the Second Amendment's text, like historical restrictions on unusually dangerous weapons, New York's restrictions on body armor are consistent with this nation's history and tradition of regulation.

*Amici* bring deep and broad perspective to the interests raised in this case and have a compelling interest in the federal courts' interpretation of Second Amendment issues, as three of the country's leading gun violence prevention organizations. *Amici* also have a unique perspective on the impact of body armor in mass shooting events, which is directly related to the legal issues this Court may need to consider to resolve this case, including whether body armor is "unusually dangerous" and in "common use" for lawful self-defense.

This motion is timely, filed only two days after Defendants filed their cross-motions for summary judgment. *See* ECF Nos. 75, 76, 77. Granting this motion would not cause any delay to the litigation. *See, e.g.*, *Goldstein v. Hochul*, No. 22-CV-8300 (VSB), 2022 WL 22915988, at *1-2 (S.D.N.Y. Oct. 19, 2022) (permitting Everytown for Gun Safety to file an amicus brief where the brief was filed before any decision was rendered and prior to the deadline for the parties to file a reply to the motion); *Hart v. Town of Guilderland*, No. 1:20-cv-00475, 2020 WL 8411581, at *1 (N.D.N.Y. July 28, 2020) (finding that "consideration of the filing would not result in delays to the litigation").

## CONCLUSION

*Amici*, therefore, respectfully submit the attached brief to assist the Court in deciding the significant issues raised in this matter.

Dated: April 29, 2026

Respectfully submitted,

*/s/ Francis C. Healy*
Francis C. Healy, NY Bar No. 4187068
  *Local Counsel for Amici Curiae*
Matthew Sullivan, NY Bar No. 5738653
Stanley J. Brown, NY Bar No. 4422846
Rachel Bayer, NY Bar No. 5885017
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, N.Y. 10017
(212) 918-3000
francis.healy@hoganlovells.com
matthew.sullivan@hoganlovells.com
stanley.brown@hoganlovells.com
rachel.bayer@hoganlovells.com

Anna G. Bobrow
Rebecca C. Wilton
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
anna.bobrow@hoganlovells.com
rebecca.wilton@hoganlovells.com

*Counsel for Amici Curiae*

4

## CERTIFICATE OF SERVICE

I certify that on April 29, 2026, I filed the foregoing document with the Clerk of the

District Court using its CM/ECF system, which electronically notified all participants in this

case.

*/s/ Francis C. Healy*
Francis C. Healy