**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

BENJAMIN HEETER, et al.,

|  |  |
|---|---|
| | *Plaintiffs*, |
| v. | |
| LETITIA JAMES, et al., | |
| | *Defendants*. |

**ORDER**

Civil Action No.: 1:24-cv-00623-JLS

This action is before the Court on *Amici Curiae* Brady Center to Prevent Gun Violence, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety's motion for leave to file an amicus brief in support of Defendants' Motions for Summary Judgment. ECF Nos. 75, 76, 77.

The Court **GRANTS** the motion.

**SO ORDERED** this _____ day of _____ 2026.

_____
John L. Sinatra, Jr.
United States District Judge