

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

July 6, 2026

**<u>Via ECF</u>**

The Honorable John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

Re:   <u>Heeter, et al. v. James, et al.</u>, No. 24 Civ. 623 (JLS) (HKS)

Dear Judge Sinatra,

This office represents defendants Steven G. James, in his official capacity as Superintendent of the New York State Police, and Letitia James, in her official capacity as Attorney General of the State of New York.  I write on behalf of all parties to request rescheduling of the oral argument on the cross-motions for summary judgment, currently scheduled for 9:30 a.m. on July 30, 2026.  <u>See</u> ECF No. 82.  Unfortunately, neither counsel for Plaintiffs nor counsel for the State Defendants are available on that date.

Pursuant to Your Honor's individual rules of practice, counsel for all parties have conferred regarding proposed new dates and suggest August 13 or August 14 as dates when all parties are available.  We thank the Court for its flexibility and look forward to the opportunity to appear before Your Honor in the coming weeks.

Respectfully submitted,

James M. Thompson
Special Counsel