UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BENJAMIN HEETER, *et al.*,

                                *Plaintiffs*,

                    v.

LETITIA JAMES, *et al.*,

                                *Defendants.*

Civil Action No.:

1:24-cv-00623-JLS-HKS

---

### PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7(a)(6) of the Local Rules of Civil Procedure, Plaintiffs respectfully request the Court's permission to file a short sur-reply memorandum of law limited to the importance of the United States Supreme Court's two recent Second Amendment decisions, *United States v. Hemani*, 146 S. Ct. 1677 (2026), issued on June 18, 2026, and *Wolford v. Lopez*, 609 U.S. ---, 2026 WL 1825723, issued on June 25, 2026.  The proposed sur-reply is attached as **Exhibit A**.

*Wolford* and *Hemani* were issued shortly after Plaintiffs filed their answering/reply memorandum in this case (Dkt. No. 80, filed May 29, 2026).  Plaintiffs have not had the opportunity to discuss the impact of these significant decisions on the pending cross-motions for summary judgment.  By contrast, Defendants' reply briefs were due on June 29, 2026 (Dkt. No. 83), after *Wolford* and *Hemani* were issued, affording them the opportunity to address what they consider to be the impact of these cases.

Further, Plaintiffs have not yet used five pages of the ten pages this Court authorized the Parties to use for reply memoranda.  Dkt. No. 82.

Prior to filing this motion, undersigned counsel conferred with Defendants.  The Defendants' position is that they intend to seek permission to file a five-page reply to Plaintiffs' sur-reply.  Plaintiffs will not oppose that request, and take no position on the Defendants' supporting rationale.

Respectfully Submitted,                                FLUET

Dated:  McLean, Virginia                        By: */s/ Nicolas J. Rotsko*
        July 29, 2026                                     Nicolas J. Rotsko, Esq.

                                            1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
nrotsko@fluet.law
*Attorney for Plaintiffs*