United States District Court
WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER, ET AL

v.

LETITIA JAMES, ET AL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 24-CV-623

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiffs' motion for summary judgment is granted with respect to the State's restriction on the sale and purchase of body armor.

Date: October 21, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/Colin J.
Deputy Clerk