UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BENJAMIN HEETER, JOSEPH WURTENBERG, and the FIREARMS POLICY COALITION, INC,

Plaintiffs,

v.

LETITIA JAMES, in her official capacity as Attorney General of the State of New York, STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, and MICHAEL J. KEANE, in his official capacity as District Attorney for the County of Erie, and SANDRA DOORLEY, in her official capacity as District Attorney for the County of Monroe,

Defendants.

No. 24-cv-00623 (JLS)

PLEASE TAKE NOTICE that Defendants Letitia James, in her official capacity as Attorney General of the State of New York, and Steven G. James, in his official capacity as Superintendent of the New York State Police, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on October 21, 2026, ECF No. 96, and the Decision and Order entered on October 21, 2026, ECF No. 95. The appeal is from each and every aspect of these orders, and from all other proceedings in the District Court.

Dated: New York, New York
October 30, 2026

LETITIA JAMES
Attorney General of the State of New York
Attorney for the State Defendants

By: ______________________________
James M. Thompson
Special Counsel
28 Liberty Street

New York, New York 10005
(212) 416-6556
james.thompson@ag.ny.gov

CC: All counsel of record (via ECF)