UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN HEETER, JOSEPH WURTENBERG, and the FIREARMS POLICY COALITION, INC,<br><br>Plaintiffs,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York, STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, and MICHAEL J. KEANE, in his official capacity as District Attorney for the County of Erie, and SANDRA DOORLEY, in her official capacity as District Attorney for the County of Monroe,<br><br>Defendants. | No. 24-cv-00623 (JLS) |

**STIPULATION OF STAY PENDING EXPEDITED APPEAL**

**WHEREAS**, on October 21, 2026 the Court entered a Decision and Order granting Plaintiffs' motion for summary judgment, ECF No. 95, and

**WHEREAS**, as part of that Decision and Order the Court granted the State Defendants' request for a 14-day stay of the judgment in order to allow the the State Defendants time to seek interim relief on appeal, see id. at 44, and

**WHEREAS**, on October 30, 2026, the State Defendants filed a notice of appeal, ECF No. 98; and

**WHEREAS**, the parties have reached an agreement to extend the stay of the judgment during the pendency of the appeal, in exchange for an expedited briefing schedule at the U.S. Court of Appeals for the Second Circuit, and

**WHEREAS**, the State Defendants will file an unopposed motion for an expedited briefing and argument schedule with the Second Circuit within 2 business days of the Court's endorsement of this stipulation,

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel for the parties, as follows:

1. The stay of the judgment entered by the Court in its October 21, 2026 Decision and Order, ECF No. 95 at 44, is continued during the pendency of any appeal.

2. If the Second Circuit denies the unopposed motion for an expedited briefing and argument schedule, the stipulated stay will terminate within 7 days of the denial, absent an order continuing the stay from this Court or the Second Circuit. If the Second Circuit grants the unopposed motion for an expedited briefing and argument schedule, the stay will terminate upon the latter of 1) the expiration of the time to file a petition for certiorari regarding any decision reached by the Second Circuit; 2) the denial of a petition for certiorari; or 3) the issuance of the Supreme Court's mandate, if certiorari is granted.

3. This Stipulation may be executed by way of facsimile, scanned, electronic or conformed signatures, each of which shall be deemed to be an original, and/or in counterparts, each of which shall be deemed to be an original and all of which, collectively, shall be deemed to be one and the same instrument.

Dated: New York, New York
November 3, 2026

LETITIA JAMES
Attorney General of the State of New York
Attorney for the State Defendants

By: ____________________

James M. Thompson
28 Liberty Street
New York, New York 10005
james.thompson@ag.ny.gov

Ryan Lane Belka
Main Place Tower
350 Main Street, Suite 300A
Buffalo, NY 14202
ryan.belka@ag.ny.gov

Dated: Tysons, VA
November 3, 2026

FLUET
Attorney for the Plaintiffs

By: ____________________

Nicolas J. Rotsko
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
nrotsko@fluet.law

Dated: Tysons, VA
November 2, 2026

FLUET
Attorney for the Plaintiffs

By: ______________________________
Nicolas J. Rotsko
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
nrotsko@fluet.law

Dated: Buffalo, New York
November 2, 2026

ERIE COUNTY LAW DEPARTMENT
Attorney for Defendant Michael J. Keane

By: ______________________________
Christopher Sasiadek
95 Franklin Street, Room 1634
Buffalo, New York 14202
christopher.sasiadek@erie.gov

Dated: Rochester, New York
November 2, 2026

MONROE COUNTY LAW DEPARTMENT
Attorney for Defendant Sandra Doorley

By: ______________________________
Adam M. Clark
39 West Main Street
Rochester, New York 14614
adamclark@monroecounty.gov

Robert John Shoemaker
39 West Main Street
Rochester, New York 14614

SO ORDERED:

______________________________________

The Honorable John L. Sinatra, Jr.
United States District Judge