**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**BENJAMIN HEETER, FIREARMS POLICY COALITION, INC., MARK BRAIMAN, and JOSEPH WURTENBERG,**

**Plaintiffs,**

**-vs-**

**Case No. 24-cv-00623**

**LETITA JAMES, in her official capacity as Attorney General of the State of New York, STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, MICHAEL J. KEANE, in his official capacity as Actin District Attorney for Erie County, New York, WILLIAM G. GABOR, in his official capacity as District Attorney for Madison County, New York, and, SANDRA DOORLEY, in her official capacity as District Attorney for Monroe County, New York,**

**Defendants.**

---

# DESIGNATION OF RECORD ON APPEAL

Attached as **Exhibit A** is the Designation of Record on Appeal.

Dated: Buffalo, New York
November 3, 2026

LETITIA JAMES
New York State Attorney General
Attorney for the State Defendants

By: *s/Ryan L. Belka*
RYAN L. BELKA
Assistant Attorney General, of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202-3473
Telephone: (716) 853-8400
Ryan.Belka@ag.ny.gov

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**BENJAMIN HEETER, FIREARMS POLICY COALITION, INC., MARK BRAIMAN, and JOSEPH WURTENBERG,**

**Plaintiffs,**

**-vs-**

**Case No. 24-cv-00623**

**LETITA JAMES, in her official capacity as Attorney General of the State of New York, STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, MICHAEL J. KEANE, in his official capacity as Actin District Attorney for Erie County, New York, WILLIAM G. GABOR, in his official capacity as District Attorney for Madison County, New York, and, SANDRA DOORLEY, in her official capacity as District Attorney for Monroe County, New York,**

**Defendants.**

---

I hereby certify that on November 3, 2026, I electronically filed the **Designation of Record on Appeal** with the Clerk of the District Court using its CM/ECF system.

Dated: Buffalo, New York
November 3, 2026

LETITIA JAMES
New York State Attorney General
Attorney for the State Defendants
By: *s/Ryan L. Belka*
RYAN L. BELKA
Assistant Attorney General, of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202-3473
Telephone: (716) 853-8400
Ryan.Belka@ag.ny.gov

# A

APPEAL,CASREF

# U.S. DISTRICT COURT
# U.S. District Court, Western District of New York (Buffalo)
# CIVIL DOCKET FOR CASE #: 1:24-cv-00623-JLS-HKS

Heeter et al v. James et al
Assigned to: Hon. John L. Sinatra, Jr.
Referred to: Hon. H. Kenneth Schroeder Jr.
Cause: 42:1983 Civil Rights Act

Date Filed: 07/01/2024
Date Terminated: 10/21/2026
Jury Demand: Defendant
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: Federal Question

**Plaintiff**

**Benjamin Heeter**

represented by **Nicolas J. Rotsko**
Fluet
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
703-590-1234
Fax: 703-590-0366
Email: nrotsko@fluet.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Firearms Policy Coalition, Inc.**

represented by **Nicolas J. Rotsko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Braiman**
*TERMINATED: 06/03/2025*

represented by **Nicolas J. Rotsko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Wurtenberg**

represented by **Nicolas J. Rotsko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Letitia James**
*in her official capacity as Attorney General of the State of New York*

represented by **Ryan Lane Belka**
NYS Attorney General's Office
Main Place Tower
Suite 300A
350 Main Street

Buffalo, NY 14202
716.853.8440
Fax: 716.853.8571
Email: Ryan.Belka@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Thompson**
Office of the New York Attorney General
NYC
28 Liberty Street
14th Floor
New York, NY 10005
212-416-6556
Email: james.thompson@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven G. James**
*in his official capacity as Superintendent of the New York State Police*

represented by **Ryan Lane Belka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael J. Keane**
*in his official capacity as Acting District Attorney for Erie County, New York*

represented by **Christopher J. Sasiadek**
Erie County Law Department
New York
95 Franklin Street
Room 1634
Buffalo, NY 14202
716-858-2208
Email: christopher.sasiadek@erie.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William G. Gabor**
*in his official capacity as District Attorney for Madison County, New York*
*TERMINATED: 06/03/2025*

represented by **James P. Youngs**
Hancock Estabrook, LLP
1800 AXA Tower 1
100 Madison Street
Syracuse, NY 13202
315-565-4500
Fax: 315-565-4600
Email: jyoungs@hancocklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica L. Masler**
Hancock Estabrook, LLP

1800 AXA Tower 1
100 Madison Street
Syracuse, NY 13202
315-565-4555
Email: erica.masler@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandra Doorley**
*in her official capacity as District Attorney for Monroe County, New York*

represented by **Adam M. Clark**
Monroe County Department of Law
39 West Main Street
Rochester, NY 14614
585-753-1374
Email: adamclark@monroecounty.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert John Shoemaker**
Monroe County Law Department
39 West Main Street
Room 307
Rochester, NY 14614
585-753-1472
Email: boshoemaker@monroecounty.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Tyler Nelson**
Office of New York State Attorney General
144 Exchange Blvd.
Suite 200
Rochester, NY 14614
585-327-3225
Email: zachary.nelson@ag.ny.gov
*TERMINATED: 01/20/2026*

**Amicus**

**Armored Republic Holdings LLC**

represented by **Joseph Biven Brown**
Armored Republic Holdings LLC
11226 N 23rd Ave
Suite 102B
Phoenix, AZ 85029
719-367-3338
Email: jbrown@armoredrepublic.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Randy Elf**
Post Office Box 525
Lakewood, NY 14750
202-423-2122

Email: ForEFilingOnly@gmail.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Brady Center to Prevent Gun Violence** represented by **Francis C. Healy**
Hogan Lovells Cadwalader US LLP
200 Liberty Street
New York, NY 10281
212-504-6000
Fax: 212-504-6666
Email: francis.healy@hlc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Giffords Law Center to Prevent Gun Violence** represented by **Francis C. Healy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Everytown for Gun Safety Action Fund** represented by **Francis C. Healy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2024 | 1 | COMPLAINT against Steven G. James, Michael J. Keane, James Letitia $ 405 receipt number ANYWDC-5221678, filed by Benjamin Heeter, FIREARMS POLICY COALITION, INC.. (Attachments: # 1 Civil Cover Sheet)(Rotsko, Nicolas) (Entered: 07/01/2024) |
| 07/01/2024 | 2 | Original Summons Filed. (Rotsko, Nicolas) (Entered: 07/01/2024) |
| 07/01/2024 | 3 | Original Summons Filed. (Rotsko, Nicolas) (Entered: 07/01/2024) |
| 07/01/2024 | 4 | Original Summons Filed. (Rotsko, Nicolas) (Entered: 07/01/2024) |
| 07/01/2024 | 5 | Corporate Disclosure Statement by FIREARMS POLICY COALITION, INC.. (Rotsko, Nicolas) (Entered: 07/01/2024) |
| 07/03/2024 | | Case assigned to Hon. John L. Sinatra, Jr. Notification to chambers of online civil opening. (LB) (Entered: 07/03/2024) |
| 07/03/2024 | 6 | Summons Issued as to Letitia James, Steven G. James, Michael J. Keane. (LB) (Entered: 07/03/2024) |
| 07/03/2024 | | AUTOMATIC REFERRAL TO MEDIATION Pursuant to Section 2.1(A) of the Plan for Alternative Dispute Resolution in the United States District Court for the Western District of New York (the ADR Plan), this case is automatically referred to ADR. To access the ADR Plan and for inquiries regarding the Court's ADR Program please review the Court's ADR webpage and/or contact the Court's ADR Administrator at adrprogram@nywd.uscourts.gov. |

| | | |
|---|---|---|
| | | Prior to the Local Rule 16 scheduling conference, counsel and unrepresented parties shall review the ADR Plan and confer with each other regarding ADR for this case. Unless the parties agree to a different intervention, it is presumed they will participate in mediation. The parties shall be prepared to report on the outcome of their ADR discussion at the scheduling conference, as the initial Scheduling Order for this case will establish ADR deadlines in accordance with the ADR Plan.(LB) (Entered: 07/03/2024) |
| 07/03/2024 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85) is available for download at http://www.uscourts.gov/services-forms/forms. (LB) (Entered: 07/03/2024) |
| 07/16/2024 | 7 | MOTION to Reassign Case *District-Wide* by Letitia James, Steven G. James. (Attachments: # 1 Memorandum in Support with Exhibit A)(Belka, Ryan) (Entered: 07/16/2024) |
| 07/16/2024 | 8 | TEXT ORDER denying Defendants' 7 Motion to Reassign Case. The Court agrees with Defendants that this case is not related to the previous Second Amendment cases handled by this Court. For this reason, when the Court reviewed the civil cover sheet in this case, the Court instructed the clerk's office to assign the case pursuant to the District's normal random assignment process, which it was. Any information to the contrary, provided by telephone to Defendants' counsel by someone in the clerk's office, has been confirmed to be incorrect. In short, the Court forced a random assignment, and then (several times) confirmed that this, in fact, occurred. The Court is also aware of Defendants' secondary, policy argument, and notes that the District's normal random-assignment practice applies and needs no alteration based on the nature of the case or otherwise. The motion is, therefore, DENIED in all respects. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 7/16/2024. (KEF) (Entered: 07/16/2024) |
| 07/30/2024 | 9 | AFFIDAVIT of Service for Complaint and Summons served on Letitia James, Attorney General on July 12, 2024, filed by Firearms Policy Coalition, Inc., Benjamin Heeter. (Rotsko, Nicolas) (Entered: 07/30/2024) |
| 07/30/2024 | 10 | AFFIDAVIT of Service for Complaint and Summons served on Michael J. Keane, District Attorney on July 12, 2024, filed by Firearms Policy Coalition, Inc., Benjamin Heeter. (Rotsko, Nicolas) (Entered: 07/30/2024) |
| 07/30/2024 | 11 | AFFIDAVIT of Service for Complaint and Summons served on Steven G. James, Superintendent of New York State Police on July 17, 2024, filed by Firearms Policy Coalition, Inc., Benjamin Heeter. (Rotsko, Nicolas) Modified on 7/30/2024 (CGJ). (Entered: 07/30/2024) |
| 07/30/2024 | | E-Filing Notification: re 11 Modified to correct service date (CGJ) (Entered: 07/30/2024) |
| 08/02/2024 | 12 | MOTION to Dismiss by Letitia James, Steven G. James. (Attachments: # 1 Memorandum in Support)(Belka, Ryan) (Entered: 08/02/2024) |
| 08/05/2024 | 13 | TEXT ORDER re 12 MOTION to Dismiss by Letitia James, Steven G. James. Plaintiffs' opposition is due August 23, 2024. Defendants' reply, if any, is due September 6, 2024. The parties shall appear for argument on September 19, 2024, at 2:00 p.m. in the Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 8/5/2024. (KLH) (Entered: 08/05/2024) |
| 08/07/2024 | 14 | NOTICE of Appearance by Christopher J. Sasiadek on behalf of Michael J. Keane (Sasiadek, Christopher) (Entered: 08/07/2024) |

| | | |
|---|---|---|
| 08/07/2024 | 15 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Michael J. Keane. (Attachments: # 1 Memorandum in Support)(Sasiadek, Christopher) (Entered: 08/07/2024) |
| 08/08/2024 | 16 | TEXT ORDER re 15 Motion to Dismiss by Michael J. Keane. Plaintiffs' opposition is due August 30, 2024. Defendant's reply, if any, is due September 13, 2024. The parties shall appear for argument on September 19, 2024, at 2:00 p.m. in the Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 8/8/2024. (KLH) (Entered: 08/08/2024) |
| 08/08/2024 | 17 | Letter filed by Michael J. Keane *Requesting Modification to Schedule*. (Sasiadek, Christopher) (Entered: 08/08/2024) |
| 08/18/2024 | 18 | TEXT ORDER re 12 MOTION to Dismiss by Letitia James, Steven G. James and 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Michael J. Keane. Plaintiff's opposition to both motions is due August 30, 2024. Defendants' replies in further support of their motions are due September 13, 2024. The parties shall appear for oral argument on October 25, 2024, at 10:00 AM in the Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 8/18/2024. (KLH) (Entered: 08/18/2024) |
| 08/23/2024 | 19 | AMENDED COMPLAINT *, First* against All Defendants, filed by Benjamin Heeter, Firearms Policy Coalition, Inc..(Rotsko, Nicolas) (Entered: 08/23/2024) |
| 08/23/2024 | 20 | Original Summons Filed. (Rotsko, Nicolas) (Entered: 08/23/2024) |
| 08/23/2024 | 21 | Original Summons Filed. (Rotsko, Nicolas) (Entered: 08/23/2024) |
| 08/23/2024 | 22 | Summons Issued as to Sandra Doorley, William G. Gabor. (CGJ) (Entered: 08/23/2024) |
| 08/26/2024 | 23 | TEXT ORDER re: 19 Amended Complaint. By September 6, 2024, the parties shall confer and file a letter submission discussing how the Court should treat the pending motions to dismiss (Dkt. 12, 15) in light of the 19 Amended Complaint. *See Pettaway v. Nat'l Recovery Sols., LLC,* 955 F.3d 299, 30304 (2d Cir. 2020) ("when a plaintiff properly amends [his] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint"). The parties should also discuss what, if any, modification to the 18 scheduling order is appropriate. SO ORDERED. Issued by Hon. John. L. Sinatra, Jr. (MEM) (Entered: 08/26/2024) |
| 08/28/2024 | 24 | TEXT ORDER. In light of the Court's 23 Order, briefing on the pending motions to dismiss (Dkt. 12, 15) is held in abeyance pending further order from the Court. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. (MEM) (Entered: 08/28/2024) |
| 09/05/2024 | 25 | NOTICE of Appearance by James P. Youngs on behalf of William G. Gabor (Youngs, James) (Entered: 09/05/2024) |
| 09/06/2024 | 26 | Letter filed by Mark Braiman, Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg . (Rotsko, Nicolas) (Entered: 09/06/2024) |
| 09/09/2024 | 27 | TEXT ORDER. The proposal set forth in the 26 letter is so-ordered. As set forth therein, updated motions to dismiss are due September 13, 2024. Oppositions are due September 27, 2024. Replies are due October 11, 2024. Oral argument remains scheduled for October 25, 2024, at 10:00 AM in the Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY. The motions at Dkt. 12 and 15 are deemed withdrawn. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. (MEM) (Entered: 09/09/2024) |

| | | |
|---|---|---|
| 09/10/2024 | 28 | NOTICE of Appearance by Robert John Shoemaker on behalf of Sandra Doorley (Shoemaker, Robert) (Entered: 09/10/2024) |
| 09/11/2024 | | ATTENTION ALL PARTIES OR INTERVENORS: Pursuant to Fed. R. Civ. P. 7.1 and/or General Order No. 157 In the Matter of Disclosure of Members, Shareholders, Partners, and Leaders of Business Organization Parties, all Disclosure Statements are to be filed with first appearance, pleading, petition, motion, response, or other request addressed to the court. (KM) (Entered: 09/11/2024) |
| 09/13/2024 | 29 | MOTION to Dismiss *The Amended Complaint* by Letitia James, Steven G. James. (Attachments: # 1 Memorandum in Support)(Belka, Ryan) (Entered: 09/13/2024) |
| 09/14/2024 | 30 | MOTION to Dismiss *First Amended Complaint* by Michael J. Keane. Responses due by 9/13/2024. (Attachments: # 1 Memorandum in Support)(Sasiadek, Christopher) (Entered: 09/14/2024) |
| 09/18/2024 | 31 | ANSWER to 19 Amended Complaint by Sandra Doorley.(Shoemaker, Robert) (Entered: 09/18/2024) |
| 09/20/2024 | 32 | ANSWER to 19 Amended Complaint by William G. Gabor.(Youngs, James) (Entered: 09/20/2024) |
| 09/23/2024 | 33 | AFFIDAVIT of Service for First Amended Complaint and Summons served on William Gabor, District Attorney for Madison County, New York on August 30, 2024, filed by Mark Braiman, Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg. (Rotsko, Nicolas) (Entered: 09/23/2024) |
| 09/23/2024 | 34 | AFFIDAVIT of Service for First Amended Complaint and Summons served on Sandra Doorley, District Attorney for Monroe County, New York on September 3, 2024, filed by Mark Braiman, Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg. (Rotsko, Nicolas) (Entered: 09/23/2024) |
| 09/27/2024 | 35 | *Amended* ANSWER to 19 Amended Complaint by Sandra Doorley.(Shoemaker, Robert) (Entered: 09/27/2024) |
| 09/27/2024 | 36 | MEMORANDUM in Opposition re 30 MOTION to Dismiss *First Amended Complaint*, 29 MOTION to Dismiss *The Amended Complaint* filed by Mark Braiman, Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg. (Rotsko, Nicolas) (Entered: 09/27/2024) |
| 09/27/2024 | 37 | DECLARATION signed by Nicolas J. Rotsko re 36 Memorandum in Opposition to Motion, filed by Mark Braiman, Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg . (Attachments: # 1 Exhibit Governor Hochul Signs Landmark Legislative Package to Strengthen Gun Laws and Protect New Yorkers, # 2 Exhibit Attorney General James Vows to Protect New Yorkers in Wake of Supreme Court Ruling., # 3 Exhibit Understanding Recent Changes to New Yorks Gun Laws., # 4 Exhibit Attorney General James Statement on New Efforts to Protect Abortion and Strengthen Gun Control., # 5 Exhibit Governor Hochul Signs Landmark Legislation to Strengthen Gun Laws and Bolster Restrictions on Concealed Carry Weapons in Response to Reckless Supreme Court Decision, # 6 Exhibit New York Secretary of States website FAQs concerning the Body Armor Ban, # 7 Exhibit State Police arrest Virginia man for illegally possessing multiple firearms, # 8 Exhibit New York State Police arrest Hastings man for illegally possessed firearms, # 9 Exhibit Niagara Falls man arrested for multiple ghost guns, # 10 Exhibit Penal Law § 270.21 (unlawful possession of body armor), # 11 Exhibit Penal Law § 270.22 (unlawful sale of body armor))(Rotsko, Nicolas) (Entered: 09/27/2024) |
| 09/27/2024 | 38 | DECLARATION signed by Brandon Combs re 36 Memorandum in Opposition to Motion, filed by Mark Braiman, Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph |

| | | |
|---|---|---|
| | | Wurtenberg . (Rotsko, Nicolas) (Entered: 09/27/2024) |
| 09/27/2024 | 39 | DECLARATION signed by Joseph Wurtenberg re 36 Memorandum in Opposition to Motion, filed by Mark Braiman, Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg . (Rotsko, Nicolas) (Entered: 09/27/2024) |
| 09/27/2024 | 40 | DECLARATION signed by Mark Braiman re 36 Memorandum in Opposition to Motion, filed by Mark Braiman, Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg . (Rotsko, Nicolas) (Entered: 09/27/2024) |
| 09/27/2024 | 41 | DECLARATION signed by Benjamin Heeter re 36 Memorandum in Opposition to Motion, filed by Mark Braiman, Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg . (Rotsko, Nicolas) (Entered: 09/27/2024) |
| 10/11/2024 | 42 | REPLY/RESPONSE to re 29 MOTION to Dismiss *The Amended Complaint*, 36 Memorandum in Opposition to Motion, filed by Letitia James, Steven G. James. (Belka, Ryan) (Entered: 10/11/2024) |
| 10/25/2024 | 43 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Oral Argument held on 10/25/2024 re motions to dismiss 29 , 30 . Written decision to follow.<br><br>Appearances. For Plaintiffs: Nicolas Rotsko. For New York State Defendants: Ryan Belka. For Erie County Defendant: Christopher Sasiadek. For Madison County Defendant: James Youngs. (Court Reporter Bonnie Weber) (KLH) (Entered: 10/25/2024) |
| 11/08/2024 | 44 | DECISION AND ORDER denying Defendants' motions to dismiss 29 30 . Signed by Hon. John L. Sinatra, Jr. on 11/8/2024. (KLH)<br><br>Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf of this document for reference. (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF HEARING: Status Conference set for 11/14/2024 at 2:00 PM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. (KLH) (Entered: 11/08/2024) |
| 11/14/2024 | 45 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status conference held on 11/14/2024. Court directs defendants who have not yet answered the amended complaint, to file their answer on or before 11/29/2024. Court advises the parties that it will enter a non-dispositive referral to a magistrate judge. Referral order to follow.<br><br>Appearances. For Plaintiffs: Nicolas Rotsko (by teleconference). For New York State Defendants: Ryan Belka. For Erie County Defendant: Christopher Sasiadek. For Monroe County Defendant: Robert Schoemaker. (Court Reporter Bonnie Weber) (KLH) (Entered: 11/14/2024) |
| 11/14/2024 | 46 | TEXT ORDER REFERRING CASE to Magistrate Judge H. Kenneth Schroeder Jr. for all pretrial matters, excluding dispositive motions. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). The parties are encouraged to consider consenting to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). Consent forms are available from Judge Schroeder or the Clerk of Court. IT IS SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/14/2024. (KLH) (Entered: 11/14/2024) |
| 11/21/2024 | 47 | ANSWER to 19 Amended Complaint by Michael J. Keane.(Sasiadek, Christopher) (Entered: 11/21/2024) |
| 11/25/2024 | 48 | Letter filed by Michael J. Keane *Requesting Relief from ADR Referral*. (Sasiadek, Christopher) (Entered: 11/25/2024) |

| | | |
|---|---|---|
| 11/27/2024 | 49 | ANSWER to 19 Amended Complaint by Letitia James, Steven G. James.(Belka, Ryan) (Entered: 11/27/2024) |
| 12/02/2024 | 50 | TEXT ORDER granting 48 letter request upon consent to opt out of mediation based upon the nature of the dispute. Issued by Hon. H. Kenneth Schroeder Jr. on 11/25/2024. (KER)<br><br>Clerk to Follow up (Entered: 12/02/2024) |
| 12/03/2024 | 51 | TEXT ORDER: A Preliminary Pretrial Conference is hereby set for 12/17/2024 at 11:00 AM via telephone with the Hon. H. Kenneth Schroeder, Jr. The parties are directed to dial 716-764-9100 and use Telephone Conference Number 225 973 925# in order to be connected to the conference. SO ORDERED. Issued by the Hon. H. Kenneth Schroeder Jr. on 12/3/2024. (LMG) (Entered: 12/03/2024) |
| 12/16/2024 | 52 | NOTICE of Appearance by Erica L. Masler on behalf of William G. Gabor (Masler, Erica) (Entered: 12/16/2024) |
| 12/17/2024 | 53 | Minute Entry for proceedings held before Hon. H. Kenneth Schroeder Jr.: Preliminary Pretrial Conference held with counsel by telephone on 12/17/2024.<br><br>Dates established for the issuance of a Scheduling/Case Management Order.<br><br>Appearances: Nicolas Rotsko for plaintiffs; AAG Ryan Belka for State of New York defendants; Christopher Sasiadek for Michael J. Keane; Erica Masler for William G. Gabor; Robert Shoemaker for Sandra Doorley. (LMG) (Entered: 12/17/2024) |
| 12/17/2024 | 54 | SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Mandatory Disclosures due by 1/31/2025; Motions to Compel Discovery due by 4/18/2025; Discovery completed by 5/2/2025; Plaintiff Expert Witness ID due by 5/16/2025; Defendant Expert Witness ID due by 6/20/2025; Dispositive Motions due by 2/27/2026. Signed by Hon. H. Kenneth Schroeder Jr. on 12/17/2024. (LMG) (Entered: 12/17/2024) |
| 04/18/2025 | 55 | MOTION for Extension of Time to Complete Discovery *and Amend the Case Management Order* by Letitia James, Steven G. James. (Attachments: # 1 Memorandum in Support)(Belka, Ryan) (Entered: 04/18/2025) |
| 04/21/2025 | 56 | TEXT ORDER granting 55 Motion for Extension of Time to Complete Discovery as follows: Motions to Compel due by 5/2/2025; Fact Discovery completed by 5/16/2025; Plaintiffs' Expert Disclosure due by 5/30/2025; Defendants' Expert Disclosure due by 7/4/2025; Expert Depositions completed by 1/14/2026; Dispositive Motions due by 5/13/2026. Issued by Hon. H. Kenneth Schroeder Jr. on 4/21/2025. (KER) (Entered: 04/21/2025) |
| 05/02/2025 | 57 | MOTION for Extension of Time to Complete Discovery *and Amend the Case Management Order* by Letitia James, Steven G. James. (Attachments: # 1 Declaration of Ryan L. Belka, Esq.)(Belka, Ryan) (Entered: 05/02/2025) |
| 05/02/2025 | 58 | TEXTY ORDER granting 57 Motion for Extension of Time to Complete Discovery as follows: Motions to Compel shall be filed no later than 6/16/2025; Fact Discovery completed by 6/30/2025; Plaintiffs' Expert Disclosure due by 7/14/2025; Defendants' Expert Disclosure due by 8/18/2025; Expert Depositions completed by 2/27/2026; Dispositive Motions due by 4/27/2026. Issued by Hon. H. Kenneth Schroeder Jr. on 5/2/2025. (KER) (Entered: 05/02/2025) |

| | | |
|---|---|---|
| 06/02/2025 | 59 | STIPULATION *of Partial Dismissal* by Benjamin Heeter, Firearms Policy Coalition, Inc., Mark Braiman, Joseph Wurtenberg. (Rotsko, Nicolas) (Entered: 06/02/2025) |
| 06/03/2025 | 60 | TEXT ORDER acknowledging the parties' 59 Stipulation of Partial Dismissal as written. The Clerk of Court is directed to terminate Plaintiff Mark Braiman and Defendant William G. Gabor as parties to this action. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/3/2025. (KLH) (Entered: 06/03/2025) |
| 08/08/2025 | 61 | NOTICE of Appearance by Zachary Tyler Nelson on behalf of Sandra Doorley (Nelson, Zachary) (Entered: 08/08/2025) |
| 08/15/2025 | 62 | STIPULATION *[Joint] and Proposed Order re Defendants' Expert Disclosure Deadline* by Letitia James, Steven G. James. (Belka, Ryan) (Entered: 08/15/2025) |
| 08/15/2025 | 63 | TEXT ORDER: As set forth in the 62 Stipulation, the deadline for defendants' expert disclosure is extended through 9/1/2025. Issued by Hon. H. Kenneth Schroeder Jr. on 8/15/2025. (KER) (Entered: 08/15/2025) |
| 09/19/2025 | 64 | NOTICE of Appearance by James M. Thompson on behalf of Letitia James, Steven G. James (Thompson, James) (Entered: 09/19/2025) |
| 01/20/2026 | 65 | NOTICE of Withdrawal of Attorney: Zachary Nelson no longer appearing for Defendant Sandra Doorley.<br><br>CLERK TO FOLLOW UP.<br><br>(Shoemaker, Robert) (Entered: 01/20/2026) |
| 02/26/2026 | 66 | Letter filed by Benjamin Heeter *Joint Letter Regarding Dispositive Motion Briefing*. (Rotsko, Nicolas) (Entered: 02/26/2026) |
| 02/27/2026 | 67 | NOTICE of Appearance by Adam M. Clark on behalf of Sandra Doorley (Clark, Adam) (Entered: 02/27/2026) |
| 03/03/2026 | 68 | TEXT ORDER acknowledging 66 Letter stipulating to dispositive motion briefing schedule with plaintiffs' motion for summary judgment due 3/27/2026; defendants' cross-motion for summary judgment due 4/27/2026; plaintiffs' reply due 5/29/2026; and defendants' Sur Reply due 6/29/2026. Issued by Hon. H. Kenneth Schroeder Jr. on 3/3/2026. (KER) (Entered: 03/03/2026) |
| 03/27/2026 | 69 | MOTION for Summary Judgment by Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg. (Attachments: # 1 Memorandum in Support of Motion for Summary Judgment, # 2 Statement of Undisputed Facts, # 3 Appendix to Statement of Undisputed Material Facts, # 4 Exhibit A-O to Appendix, # 5 Declaration of N. Rotsko, # 6 Exhibit 1-20 to Declaration of N. Rotsko, # 7 Exhibit 21-40 to Declaration of N. Rotsko, # 8 Exhibit 41-64 to Declaration of N. Rotsko)(Rotsko, Nicolas) (Entered: 03/27/2026) |
| 03/31/2026 | 70 | NOTICE of Appearance by Randy Elf on behalf of Armored Republic Holdings LLC (Elf, Randy) (Entered: 03/31/2026) |
| 03/31/2026 | 71 | CONTINUATION OF EXHIBITS to 69 MOTION for Summary Judgment *Corrected Memorandum in Support of Motion for Summary Judgment with Corrected Cover Page*. (Rotsko, Nicolas) (Entered: 03/31/2026) |
| 04/06/2026 | | ATTENTION ALL PLAINTIFFS OR INTERVENORS: Pursuant to Fed. R. Civ. P.7.1 and/or General Order No. 157. In the Matter of Disclosure of Members, Shareholders, Partners, and Leaders of Business Organization Parties, all Disclosure Statements are to be filed within seven (7) days of this notice. (KM) (Entered: 04/06/2026) |

| | | |
|---|---|---|
| 04/06/2026 | 72 | MOTION to appear pro hac vice ( Filing fee $ 200 receipt number ANYWDC-5780669.) by Armored Republic Holdings LLC. (Attachments: # 1 Exhibit Dr. Brown's PHV Petition, # 2 Affidavit Dr. Elf's Sponsor Affidavit, # 3 Exhibit Dr. Brown's Attorney Oath, # 4 Exhibit Dr. Brown's Civility Oath, # 5 Exhibit Dr. Brown's Attorney-Database and ECF-Registration Form, # 6 Text of Proposed Order)(Elf, Randy) (Entered: 04/06/2026) |
| 04/07/2026 | 73 | MOTION for Leave to File *to File Amicus Brief in Support of Plaintiffs' Summary Judgment Motion* by Armored Republic Holdings LLC. (Attachments: # 1 Memorandum in Support of Motion for Leave, # 2 Declaration of Logan Reece, # 3 Exhibit : Amicus Brief, # 4 Text of Proposed Order)(Elf, Randy) (Entered: 04/07/2026) |
| 04/09/2026 | 74 | TEXT ORDER granting 72 Admission Pro Hac Vice to Joseph Biven Brown. Issued by Hon. H. Kenneth Schroeder Jr. on 4/9/2026. (KER)<br><br>Clerk to Follow up (Entered: 04/09/2026) |
| 04/27/2026 | 75 | CROSS-MOTION for Summary Judgment and RESPONSE in Opposition re 69 MOTION for Summary Judgment *and Cross-motion for Summary Judgment* filed by Michael J. Keane. (Attachments: # 1 Declaration Attorney Declaration of Christopher Sasiadek, # 2 Statement of Undisputed Facts Response to Plaintiffs' Statement of Facts, # 3 Memorandum in Support Memorandum of Law, # 4 Certificate of Service Certificate of Service)(Sasiadek, Christopher) Modified on 4/28/2026 (CGJ). (Entered: 04/27/2026) |
| 04/27/2026 | 76 | MEMORANDUM in Opposition re 69 MOTION for Summary Judgment filed by Sandra Doorley. (Attachments: # 1 Statement of Undisputed Facts Response to statement of facts)(Clark, Adam) (Entered: 04/27/2026) |
| 04/27/2026 | 77 | CROSS-MOTION for Summary Judgment and REPLY/RESPONSE to re 69 MOTION for Summary Judgment *STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT* filed by Letitia James, Steven G. James. (Attachments: # 1 Memorandum in Support STATE DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT, # 2 Statement of Undisputed Facts STATE DEFENDANTS LOCAL CIVIL RULE 56(a)(2) COUNTER- STATEMENT AND 56(a)(1) STATEMENT OF UNDISPUTED MATERIAL FACTS, # 3 Declaration DECLARATION OF PROFESSOR DENNIS BARON, # 4 Declaration DECLARATION OF PROFESSOR BENJAMIN CARP, # 5 Declaration DECLARATION OF DR. JACLYN SCHILDKRAUT, # 6 Declaration DECLARATION OF RYAN L. BELKA, # 7 Certificate of Service)(Belka, Ryan) Modified on 4/28/2026 (CGJ). (Entered: 04/27/2026) |
| 04/28/2026 | | E-Filing Notification: re 75 and 77 modified to add Cross-Motion for Summary Judgment. (CGJ) (Entered: 04/28/2026) |
| 04/29/2026 | 78 | NOTICE of Appearance by Francis C. Healy on behalf of Brady Center to Prevent Gun Violence, Giffords Law Center to Prevent Gun Violence, Everytown for Gun Safety Action Fund (Healy, Francis) (Entered: 04/29/2026) |
| 04/29/2026 | 79 | MOTION for Leave to File *Amicus Brief* by Brady Center to Prevent Gun Violence, Everytown for Gun Safety Action Fund, Giffords Law Center to Prevent Gun Violence. (Attachments: # 1 Memorandum in Support of Motion for Leave to File Amicus Brief, # 2 Exhibit A - Proposed Amicus Brief, # 3 Text of Proposed Order)(Healy, Francis) (Entered: 04/29/2026) |
| 05/29/2026 | 80 | REPLY/RESPONSE to re 77 MOTION for Summary Judgment, 69 MOTION for Summary Judgment , 75 MOTION for Summary Judgment *Plaintiffs' Memorandum of* |

| | | |
|---|---|---|
| | | *Law in Opposition to Defendants' Cross-Motions for Summary Judgment and Reply in Support of Their Motion for Summary Judgment* filed by Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg. (Attachments: # 1 Statement of Undisputed Facts Plaintiffs' Response to State Defendants' Local Civil Rule 56(a)(1) Statement of Undisputed Material Facts, # 2 Statement of Undisputed Facts Plaintiffs' Response to Defendant Sandra Doorley's Statement of Additional Material Facts)(Rotsko, Nicolas) (Entered: 05/29/2026) |
| 06/26/2026 | 81 | Joint MOTION for Leave to File Excess Pages *[by Letter]* by Letitia James, Steven G. James.(Belka, Ryan) (Entered: 06/26/2026) |
| 06/26/2026 | 82 | TEXT ORDER. The parties' 81 Joint MOTION for Leave to File Excess Pages is GRANTED. The 73 and 79 MOTIONS for Leave to File Amicus Briefs are GRANTED. The parties may respond to the Amicus Briefs, to the extent that they haven't already done so in their papers, by July 10, 2026. Oral argument on the summary judgment motions is set for July 30, 2026, at 9:30 A.M. in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 06/26/2026. (TDM) Modified on 6/29/2026 to clarify the subject for oral argument (KLH). (Entered: 06/26/2026) |
| 06/29/2026 | | E-Filing Notification re 82 TEXT ORDER: Entry modified on 6/29/2026 to clarify the July 30, 2026 oral argument is on the summary judgment motions. (KLH) (Entered: 06/29/2026) |
| 06/29/2026 | 83 | REPLY/RESPONSE to re 77 MOTION for Summary Judgment *State Defendants' Reply In Further Support Of Their Cross-Motion For Summary Judgment* filed by Letitia James, Steven G. James. (Thompson, James) (Entered: 06/29/2026) |
| 07/06/2026 | 84 | Joint MOTION to Adjourn Oral Argument by Letitia James, Steven G. James.(Thompson, James) (Entered: 07/06/2026) |
| 07/07/2026 | 85 | TEXT ORDER granting 84 Joint Motion to Adjourn Oral Argument. Oral Argument on the summary judgment motions is now set for August 14, 2026 at 1:30 p.m. in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 7/7/2026. (KLH) (Entered: 07/07/2026) |
| 07/10/2026 | 86 | REPLY/RESPONSE to re 73 MOTION for Leave to File *to File Amicus Brief in Support of Plaintiffs' Summary Judgment Motion* filed by Letitia James, Steven G. James. (Belka, Ryan) (Entered: 07/10/2026) |
| 07/10/2026 | 87 | RESPONSE to Motion re 79 MOTION for Leave to File *Amicus Brief in Support of Defendants' Motions for Summary Judgment* filed by Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg. (Rotsko, Nicolas) (Entered: 07/10/2026) |
| 07/15/2026 | | RESCHEDULING NOTICE: Oral Argument RESCHEDULED for 8/28/2026 at 2:00 PM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. (KLH) (Entered: 07/15/2026) |
| 07/29/2026 | 88 | MOTION for Leave to File *Sur-Reply* by Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg. (Attachments: # 1 Exhibit A - Proposed Sur-Reply)(Rotsko, Nicolas) (Entered: 07/29/2026) |
| 07/30/2026 | 89 | TEXT ORDER re Plaintiff's 88 MOTION for Leave to File Sur-Reply. Plaintiff's 88 motion is GRANTED, and to the extent that Defendants also seek permission to file a sur-reply, that request is GRANTED. Any sur-reply from Defendants is due by August 7, 2026. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 7/30/2026. (TDM) (Entered: 07/30/2026) |

| | | |
|---|---|---|
| 07/31/2026 | 90 | REPLY/RESPONSE to re 69 MOTION for Summary Judgment *Plaintiffs' Sur-Reply Memorandum of Law in Further Support of their Motion for Summary Judgment* filed by Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg. (Rotsko, Nicolas) (Entered: 07/31/2026) |
| 08/07/2026 | 91 | REPLY to Response to Motion re 77 MOTION for Summary Judgment, 88 MOTION for Leave to File *Sur-Reply State Defendants' Response to Plaintiffs' Sur-Reply Memorandum of Law In Support of Their Motion For Summary Judgment* filed by Letitia James, Steven G. James. (Attachments: # 1 Exhibit A - 1819 Code of Laws of the District of Columbia) (Thompson, James) (Entered: 08/07/2026) |
| 08/28/2026 | 92 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr., as to Heeter, et al. v. James, et al.<br><br>The parties appeared for oral argument. Counsel presented argument on behalf of their respective clients. The Court heard argument and took the matter under advisement. A written decision will follow.<br><br>Appearances: Nicolas J. Rotsko, on behalf of plaintiffs; Ryan Lane Belka and James M. Thompson, on behalf of the New York State defendants; Christopher J. Sasiadek, on behalf of the Erie County defendant; Adam M. Clark, on behalf of the Monroe County defendant; Bonnie Weber, RPR, Court Reporter. (KLH) (Entered: 08/31/2026) |
| 09/01/2026 | 93 | REPLY/RESPONSE to re 69 MOTION for Summary Judgment , 75 MOTION for Summary Judgment *Supplemental Brief* filed by Michael J. Keane. (Sasiadek, Christopher) (Entered: 09/01/2026) |
| 09/04/2026 | 94 | REPLY/RESPONSE to re 93 Reply/Response *Plaintiffs' Response to Erie County's Supplemental Brief* filed by Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg. (Rotsko, Nicolas) (Entered: 09/04/2026) |
| 10/21/2026 | 95 | DECISION AND ORDER that Plaintiffs' 69 motion is GRANTED with respect to the State's restriction on the sale and purchase of body armor. Defendants' 75 and 77 motions are DENIED as to that issue; that Defendants and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this Order are permanently enjoined, effectively immediately, from enforcing N.Y. GEN. Bus. LAW§ 396-eee and N.Y. PENAL LAW§§ 270.21 and 270.22 with respect to the sale and purchase of body armor, and their regulations, policies, and practices implementing it; that Defendants' request for a fourteen-day stay pending appeal is GRANTED. Signed by Hon. John L. Sinatra, Jr. on 10/21/2026. (KLH)<br><br>*Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf of this document for reference.*<br><br>Clerk to Follow up (to enter judgment and close the case) (Main Document 95 replaced on 10/21/2026 to correct a minor typographical error.) (KLH). (Entered: 10/21/2026) |
| 10/21/2026 | 96 | JUDGMENT in favor of Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg against Letitia James, Michael J. Keane, Sandra Doorley, Steven G. James. Signed by Andrew W. Moeller, Clerk of Court on 10/21/2026. (CGJ) (Entered: 10/21/2026) |
| 10/22/2026 | 97 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on August 28, 2026, before District Judge, the Honorable John L. Sinatra, Jr. Court Reporter/Transcriber Bonnie S. Weber, BSWtranscripts@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. |

| | | |
|---|---|---|
| | | Redaction Request due 11/12/2026. Redacted Transcript Deadline set for 11/23/2026. Release of Transcript Restriction set for 1/20/2027. (BSW) (Entered: 10/22/2026) |
| 10/30/2026 | 98 | NOTICE OF APPEAL as to 95 Order on Motion for Summary Judgment,,,,,,,,,,,,, 96 Judgment by Letitia James, Steven G. James. Filing fee $ 605, receipt number ANYWDC-6052121. (Thompson, James) (Entered: 10/30/2026) |
| 10/30/2026 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit.<br><br>Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (CGJ) (Entered: 10/30/2026) |
| 11/03/2026 | 99 | STIPULATION re 96 Judgment *Extending Stay During Expedited Appeal* by Letitia James, Steven G. James. (Thompson, James) (Entered: 11/03/2026) |
| 11/03/2026 | 100 | Consent MOTION to Stay *Deadline to File Fee Petition* by Firearms Policy Coalition, Inc., Benjamin Heeter, Joseph Wurtenberg.(Rotsko, Nicolas) (Entered: 11/03/2026) |

---

## PACER Service Center

### Transaction Receipt

| | | | |
|---|---|---|---|
| 11/03/2026 19:47:20 | | | |
| **PACER Login:** | ryanbelka | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-00623-JLS-HKS |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |